Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (*Pro hac vice* forthcoming)
JWodarski@mintz.com
Daniel B. Weinger (*Pro hac vice* forthcoming)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Pro hac vice* forthcoming)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Pro hac vice* forthcoming)
NWArmington@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive,<br><br>  Defendants. | Case No. 3:23-cv-04804<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-15**<br><br>Removed from the Superior Court of the State of California, County of San Francisco (State Court Case No. CGC-23-608135)<br><br>Complaint Filed: August 4, 2023 |

1       Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, Defendants Recycle Track Systems, Inc.

2    ("RTS") and RecycleSmart Solutions, Inc. ("RecycleSmart") (collectively, "Defendants") hereby

3    provide the following Certification of Conflicts and Interested Entities or Persons:

4       1.      Pursuant to Fed. R. Civ. P. 7.1, Defendant RTS states that it is wholly owned by its

5    parent corporation, RTS Holding, Inc., a Delaware corporation.

6       2.      Pursuant to Fed. R. Civ. P. 7.1, Defendant RecycleSmart states that it is a wholly

7    owned subsidiary of RTS and that there is no publicly held corporation owning 10% or more of

8    RecycleSmart's stock.

9       3.      Pursuant to Fed. R. Civ. P. 7.1, Defendant Pello does not exist as a separate corporate

10   entity from either RTS or RecycleSmart, and is instead an internal business division of Defendant

11   RecycleSmart.

12      Pursuant to Civil L.R. 3-15, the undersigned counsel for Defendants Recycle Track Systems,

13   Inc. ("RTS") and RecycleSmart Solutions, Inc. ("RecycleSmart") (collectively, "Defendants"),

14   certifies that the following listed persons, associations of persons, firms, partnerships, corporations

15   (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the

16   subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

17   that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

18      4.      Defendant Recycle Track Systems, Inc. ("RTS");

19      5.      Defendant RecycleSmart Solutions, Inc.;

20      6.      RTS Holding, Inc., a Delaware corporation; and

21      7.      Plaintiff RoadRunner.

DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-15

DATED: September 19, 2023

Respectfully submitted,

Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

_____
Arameh Zargham O'Boyle
James M. Wodarski (*Pro hac vice* forthcoming)
Daniel B. Weinger (*Pro hac vice* forthcoming)
Andrew H. DeVoogd (*Pro hac vice* forthcoming)
Nicholas W. Armington (*Pro hac vice* forthcoming)

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.

DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-15