Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (*Pro hac vice* forthcoming)
JWodarski@mintz.com
Daniel B. Weinger (*Pro hac vice* forthcoming)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Pro hac vice* forthcoming)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Pro hac vice* forthcoming)
NWArmington@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>    Plaintiff,<br>   v.<br><br>RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 3:23-cv-04804<br><br>**DEFENDANTS' DEMAND FOR JURY TRIAL**<br><br>Removed from the Superior Court of the State of California, County of San Francisco (State Court Case No. CGC-23-608135)<br><br>Complaint Filed:   August 4, 2023 |

1
DEFENDANTS' DEMAND FOR JURY TRIAL

Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. hereby demand a jury trial.

DATED: September 19, 2023

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

_____
Arameh Zargham O'Boyle
James M. Wodarski (*Pro hac vice* forthcoming)
Daniel B. Weinger (*Pro hac vice* forthcoming)
Andrew H. DeVoogd (*Pro hac vice* forthcoming)
Nicholas W. Armington (*Pro hac vice* forthcoming)

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.