Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  310-586-3200
Facsimile:  310-586-3202

James M. Wodarski (*Pro hac vice* forthcoming)
JWodarski@mintz.com
Daniel B. Weinger (*Pro hac vice* forthcoming)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Pro hac vice* forthcoming)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Pro hac vice* forthcoming)
NWArmington@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC. and
RECYCLE SMART SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br>  Plaintiff, <br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive, <br><br>  Defendants. | Case No. 3:23-cv-04804 <br><br> **CERTIFICATE OF SERVICE RE DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332, 1441, AND 1446** <br><br> Removed from the Superior Court of the State of California, County of San Francisco (State Court Case No. CGC-23-608135) <br><br> Complaint Filed:    August 4, 2023 |

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, Suite 300, Los Angeles, California 90067.

On September 19, 2023, I served true and correct copies of the following documents:

1. **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332, 1441, AND 1446;**
2. **CIVIL COVER SHEET;**
3. **DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-15; AND**
4. **DEFENDANTS' DEMAND FOR JURY TRIAL.**

| | |
|---|---|
| ☒ | **BY FEDERAL EXPRESS**: By placing the document(s) listed above in a sealed envelope and depositing on the same day in the ordinary course of business with a facility regularly maintained by Federal Express at Los Angeles, California, addressed as set forth below: |
| | Stanley M. Gibson<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567<br><br>James M. Neudecker<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>2 Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br><br>Joseph J. Mellema<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br><br>Email: sgibson@jmbm.com; jneudecker@jmbm.com; jmellema@jmbm.com<br><br>*Attorneys for Plaintiff ROADRUNNER RECYLING, INC.* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2023, at Los Angeles, California.

_____
JAZMIN LEON