Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (*Pro hac vice* forthcoming)
JWodarski@mintz.com
Daniel B. Weinger (*Pro hac vice* forthcoming)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Pro hac vice* forthcoming)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Pro hac vice* forthcoming)
NWArmington@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 3:23-cv-04804-JCS<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLE SMART SOLUTIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[N.D. CIVIL LOCAL RULE 6-1]**<br><br>Case Assigned to Magistrate Judge Joseph C. Spero in Courtroom D<br><br>Complaint Filed:　August 4, 2023<br>Trial Date:　　　Not Yet Set |

WHEREAS, Plaintiff, Roadrunner Recycling, Inc., ("Plaintiff") filed the original Complaint in this action on August 4, 2023;

WHEREAS, Plaintiff attempted service on September 8, 2023. Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively, "Defendants") dispute that service was proper. Regardless, in the interest of saving private party resources and efficiency, Defendants have agreed to accept service;

WHEREAS, the parties have agreed that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is November 8, 2023;

WHEREAS, the 60-day extension will not alter the date of any event or any deadline already fixed by Court order;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

Defendants shall have until November 8, 2023 to answer or otherwise respond to the Complaint.

DATED: September 26, 2023

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

_____
Arameh Zargham O'Boyle
James M. Wodarski (*Pro hac vice* forthcoming)
Daniel B. Weinger (*Pro hac vice* forthcoming)
Andrew H. DeVoogd (*Pro hac vice* forthcoming)
Nicholas W. Armington (*Pro hac vice* forthcoming)

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.

DATED: September 26, 2023

JEFFER MANGELS BUTLER & MITCHELL LLP

*/s/ Stanley M. Gibson*
Stanley M. Gibson
James M. Neudecker
Joseph J. Mellema

Attorneys for Plaintiff
ROADRUNNER RECYLING, INC.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to Mr. Stanley M. Gibson, attorney for Plaintiff, and that I obtained Mr. Gibson's authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

Arameh Zargham O'Boyle