| | |
|---|---|
| 1 | Arameh Zargham O'Boyle (SBN: 239495) |
| | azoboyle@mintz.com |
| 2 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
| 3 | 2049 Century Park East, Suite 300 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: 310-586-3200 |
| | Facsimile: 310-586-3202 |
| 5 | |
| 6 | James M. Wodarski (*Pro hac vice* forthcoming) |
| | JWodarski@mintz.com |
| 7 | Daniel B. Weinger (*Pro hac vice* forthcoming) |
| | DBWeinger@mintz.com |
| 8 | Andrew H. DeVoogd (*Pro hac vice* forthcoming) |
| | AHDeVoogd@mintz.com |
| 9 | Nicholas W. Armington (*Pro hac vice* forthcoming) |
| 10 | NWArmington@mintz.com |
| | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
| 11 | One Financial Center |
| 12 | Boston, MA 02111 |
| | Telephone: (617) 542-6000 |
| 13 | Facsimile: (617) 542-2241 |
| 14 | Attorneys for Defendants |
| | RECYCLE TRACK SYSTEMS, INC. and |
| 15 | RECYCLE SMART SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE RE SUPPLEMENTARY MATERIAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive, | Case Assigned to Magistrate Judge Joseph C. Spero |
| Defendants. | Complaint Filed: August 4, 2023 |
| | Trial Date: Not Yet Set |

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, Suite 300, Los Angeles, California 90067.

On September 26, 2023, I served true and correct copies of the following documents:

1. **CASE ASSIGNED TO MAGISTRATE JUDGE JOSEPH C. SPERO;**
2. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
3. **CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO;**
4. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;**
5. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; AND**
6. **BROCHURE ENTITLED, "CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE"**

| ⊠ | **BY FEDERAL EXPRESS**: By placing the document(s) listed above in a sealed envelope and depositing on the same day in the ordinary course of business with a facility regularly maintained by Federal Express at Los Angeles, California, addressed as set forth below: |
|---|---|
| | Stanley M. Gibson<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567<br><br>James M. Neudecker<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>2 Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br><br>Joseph J. Mellema<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br><br>Email: sgibson@jmbm.com; jneudecker@jmbm.com; jmellema@jmbm.com<br><br>*Attorneys for Plaintiff ROADRUNNER RECYLING, INC.* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2023, at Los Angeles, California.

_____
JAZMIN LEON