JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES M. NEUDECKER (Bar No. 221657)
*jneudecker@jmbm.com*
2 Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

Attorneys for Plaintiff ROADRUNNER
RECYLING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-JCS <br><br> **PLAINTIFF ROADRUNNER RECYCLING, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL L.R. 3-15]** <br><br><br> Complaint Filed: August 4, 2023 <br> Trial Date: Not Yet Set |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named Plaintiff) to report.

DATED: October 4, 2023

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON

By: /s/ Stanley M. Gibson
STANLEY M. GIBSON
Attorneys for Plaintiff ROADRUNNER
RECYLING, INC.