Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (*Admitted Pro Hac Vice*)
JWodarski@mintz.com
Daniel B. Weinger (*Admitted Pro Hac Vice*)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Admitted Pro Hac Vice*)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Admitted Pro Hac Vice*)
NWArmington@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF DANIEL B. WEINGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COUNTS 1 AND 2 OF AMENDED COMPLAINT** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive, | Case Assigned to District Judge William Alsup |
| Defendants. | Hearing: |
| | Date:        December 14, 2023 |
| | Time:        8:00 a.m. |
| | Location:    450 Golden Gate Avenue |
| | Courtroom 12 – 19th Floor |
| | San Francisco, CA 94102 |
| | Complaint Filed:    August 4, 2023 |
| | Trial Date:        Not Yet Set |

I, Daniel B. Weinger, hereby declarant as follows:

1.      I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. ("RTS") and RecycleSmart Solutions, Inc. ("RecycleSmart") (collectively, "Defendants"). I make this declaration in support of Defendants' Motion to Dismiss Counts 1 and 2 of the Amended Complaint.  Except as stated otherwise, I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy of the renewal order between Compology and RecycleSmart, dated November 2, 2020 (the date RecycleSmart executed the agreement) ("the Renewal Order"), and referenced in ¶ 18 of the Amended Complaint. Dkt. No. 15 at ¶ 18 (Oct. 4, 2023).

3.      Attached as **Exhibit B** is a true and correct copy of the "Compology Terms and Conditions" that govern the Renewal Order (referred to as "the Terms" by RoadRunner), and that are referenced in at least ¶¶ 18-22, 26-27, 34-36, 38, 42-43, 49, 53-54, 60-64, 66-68 of the Amended Complaint. Dkt. No. 15 at ¶ 18-22, 26-27, 34-36, 38, 42-43, 49, 53-54, 60-64, 66-68 (Oct. 4, 2023).

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on November 8, 2023, at Boston, Massachusetts.


*/s/ Daniel B. Weinger*
Daniel B. Weinger

# EXHIBIT A



# Order Form

**Order Number:** AO-10302020

**Order Form Creation Date:** 10.30.2020

**Customer Name:** RecycleSmart
**Address:** 3751 Shell Rd., Suite 100, Richmond, BC V6X ZW2, Canada
**Phone:** (888) 892-1796

**Order Type:** Renewal

**Equipment**

| SKU | Equipment Item Description | Units | Unit Price | Subtotal |
|---|---|---|---|---|
| 900-0002 | Container camera (R12) | 0 | $0.00 | $0 |
| | | | Equipment Subtotal | $0 |

Freight estimate: N/A

The final freight and tax amounts may vary from the estimates provided on this Order Form.

Non-warranty replacement camera price: $200.00 per camera

Equipment Payment Terms: Net 30

All prices are in USD

**Installation and Maintenance Services**

| SKU | Service Item Description | Units | Unit Price | Subtotal |
|---|---|---|---|---|
| 840-0014 | RecycleSmart Camera Service per task | 0 | $50.00 | $0.00 |
| | | | Services Subtotal | $0.00 |

Services Payment Terms: Due upon receipt

All prices are USD

Exhibit A



**Subscriptions**

| SKU | Subscription Item Description | Units | Unit Price | Subtotal |
|---|---|---|---|---|
| 802-01-36 | Base software subscription (monthly) | 2,212 | $14.50 | $32,074.00 |
| | Subscriptions Subtotal (Monthly) | | | $32,074.00 |
| | Subscription Total (Term) | | | $384,888.00 |

Subscription Term (months): 12
Subscriptions Payment Terms: Net 30
Subscriptions Billing Frequency: Monthly

All prices are USD

**Subscription Activation & Billing Schedule**

| Total Active Subscription Quantity | Activation & Billing Start Date | Order Start & End Dates |
|---|---|---|
| 2,212 | 11/1/2020 | 11/1/2020 - 10/31/2021 |

**Ship To:**
RecycleSmart
3751 Shell Rd
Richmond BC V6X2W2
Canada

**Bill To:**
RecycleSmart
3751 Shell Rd
Richmond BC V6X2W2
Canada

**Order Form Expiration**
The pricing, terms and conditions set forth in this Order will expire 30 days after the Order Form Creation Date. Inventory availability and delivery schedules are subject to change and may change between Order Form creation date and the Order Form execution date.

**Terms and Conditions**

2

Exhibit A



By executing this Order Form Customer agrees to Compology's Terms and Conditions attached hereto as Exhibit A.

Accepted and agreed to by:

**Customer:** RecycleSmart

**By:** 

**Name:** Colin Bell
**Title:** Chief Operating Officer

**Date:** 11/2/2020

**Compology**

**By:** 

**Name:** Xavier Brouard
**Title:** Director of Customer Success

**Date:** 10/30/2020

3

Exhibit A

# EXHIBIT B



## EXHIBIT A - COMPOLOGY TERMS AND CONDITIONS

THESE COMPOLOGY TERMS AND CONDITIONS (the "Terms") are incorporated by reference into, and govern the obligations of Compology, Inc., a Delaware corporation ("Compology") and the Customer arising under and with respect to, the certain Order Form to which these Terms are attached, and any subsequent Order Form between Compology and Customer referencing these Terms. Compology and Customer are sometimes referred to individually as a "Party" and collectively as the "Parties".

Each Order Form is governed by and incorporates the following documents in effect as of the date of last update of such documents, collectively referred to as the "Agreement" that consists of:

    a. the Order Form;
    b. any attachments and/or appendix(ices) to the Order Form; and
    c. these Terms.

The applicable attachment(s) and appendix(ices) shall be determined by the Equipment and Subscription Services purchased on the Order Form. In the event of a conflict, the order of precedence is as set out above in descending order of control (with each Order Form taking precedence over these Terms).

TABLE OF CONTENTS

1. DEFINITIONS
2. USAGE AND ACCESS RIGHTS
3. EQUIPMENT; DELIVERY AND INSTALLATION
4. TECHNICAL SUPPORT
5. OWNERSHIP
6. SECURITY
7. FEES AND PAYMENT
8. TAXES
9. TERM AND TERMINATION
10. CONFIDENTIAL INFORMATION
11. REPRESENTATIONS AND WARRANTIES
12. LIMITATION OF LIABILITY
13. INDEMNIFICATION
14. GENERAL TERMS
15. SCHEDULE A - EQUIPMENT WARRANTY
16. SCHEDULE B - PREMIUM INSTALLATION & SUPPORT SERVICES
17. SCHEDULE C - SELF PERFORMED INSTALLATION & STANDARD SERVICE POLICY

1.    DEFINITIONS

    1.1.    "Account" means a unique account established by Customer via a Subscription Service or other administrative means to enable its Authorized Users to access and use such Service.



1.2.   "Account Administrator" is an Authorized User who is assigned and expressly authorized by Customer as its agent to manage Customer's Account, including, without limitation, to configure administration settings, assign access and use authorizations, request different or additional services, provide usage and performance reports, and to receive privacy disclosures. Customer may appoint an employee or a Third-Party business partner or contractor to act as its Account Administrator and may change its designation at any time through its Account.

1.3.   "Affiliate" means, with respect to either Party, any Person that controls, is controlled by or is under common control with such Party. For purposes of this definition only, "control" means (a) to possess, directly or indirectly, the power to direct the management or policies of a Person, whether through ownership of voting securities or by contract relating to voting rights or corporate governance, or (b) to own, directly or indirectly, more than 50% of the outstanding voting securities or other ownership interest of the Person.

1.4.   "Affiliated Entities" means the service providers, licensors, licensees, vendors, and independent contractors of Compology.

1.5.   "Authorized User" means one individual natural person, whether an employee, business partner, contractor, or agent of Customer or its Affiliates who is registered by Customer to use the Subscription Services. An Authorized User must be identified by a unique email address and two or more persons may not use the Subscription Services as the same Authorized User. If the Authorized User is not an employee of Customer, use of the Subscription Services will be allowed only if the user is under confidentiality obligations with Customer at least as restrictive as those in these Terms and is accessing or using the Subscription Services solely to support Customer's and/or Customer Affiliates' Internal Business Purposes.

1.6.   "Customer Data" means data collected, used, processed, stored and/or generated as the result of Customer's use of the System, and any data (excluding any Device Data) supplied by the Customer to Compology in connection with the Subscription Services and pursuant to the terms hereof or of an Order.

1.7.   "Derivative Data" means any information or data resulting from the manipulation, processing or analysis of Device Data based upon the operation of the Software, which processing may involve associated databases, algorithms, external data, calculations and other processes, methods or tools.

1.8.   "Device" means the cameras, GPS trackers, bluetooth beacons, sensors, peripheral electronics and firmware offered by Compology along with any enhancements, replacements, updates, upgrades and new versions that Compology makes available.

 

1.9.    "Device Data" means any data collected by Compology through the operation of a Device, including, but not limited to, data relating to GPS location, container movement, and images.

1.10.   "Documentation" means any specifications and materials published or made available by Compology, as updated from time to time, describing the features, functionality and other capabilities of the System.

1.11.   "Equipment" means the Devices, associated firmware, and any additional hardware required to mount, connect and operate such devices in coordination with the Software.

1.12.   "Intellectual Property" means: (i) patents, (ii) trademarks, service marks, domain names, trade dress, trade names and other identifiers of source or goodwill, including the goodwill connected with the use thereof and symbolized thereby, (iii) copyrights, moral rights, works of authorship (including Software) and rights in data and databases, (iv) confidential and proprietary information, including trade secrets, know-how and invention rights, (v) rights of privacy and publicity, (vi) registrations, applications, renewals, extensions, reissues, divisions, continuations, continuations-in-part and reexaminations for any of the foregoing in (i)-(v), and (vi) all other proprietary rights.

1.13.   "Internal Business Purposes" means the business operations of Customer, Customer Affiliates' and Customer's end clients.

1.14.   "Person" means an individual, sole proprietorship, partnership, limited partnership, limited liability partnership, corporation, limited liability company, business trust, joint stock company, trust, incorporated association, joint venture or similar entity or organization, including a government or political subdivision, department or agency of a government.

1.15.   "Service Technician" means Compology personnel, Compology's independent contractors and its service representatives who have been trained to install and service Compology Devices.

1.16.   "Software" means any software program or application, script, algorithm, database, application programming interface (API) or other processor instructions of any type, solely in object code format, made available by Compology to Customer on a software-as-a-service basis, and utilized by Compology for the purpose of (a) generating, accessing and processing Customer Data, Device Data and Derivative Data, (b) making such data available to Customer and (c) interfacing or interacting with the Equipment. Software shall be deemed to include all enhancements, improvements, corrections, updates and upgrade releases made to the foregoing by Compology from time-to-time.

1.17.   "Subscription Services" means the System hosted by Compology and made available to Customer, along with the provision by Compology of services relating thereto, to include but not be limited to Device delivery, installation,

3

 

maintenance and monitoring, reporting, Software fixes and updates, hosting and service analysis and benchmarking.

1.18.    "System" means the Devices, the Software and/or the combination thereof on an integrated basis to enable the collection, processing and/or delivery of Device Data and Derivative Data.

2.    <u>USAGE AND ACCESS RIGHTS</u>

2.1.    <u>Right to Use.</u>

2.1.1.    Compology will provide the Subscription Services to Customer as set forth in the Order Form. Subject to the terms and conditions of these Terms, Compology grants to Customer a worldwide, limited, non-exclusive, non-transferable right and license, during the Term, solely for Customer's Internal Business Purposes and in accordance with the Documentation, to: (a) use the Subscription Services; and (b) implement, configure, and through its Account Administrator, permit its Authorized Users to access and use the Subscription Services. Customer will ensure that all Authorized Users using the Subscription Services under its Account comply with all of Customer's obligations under these Terms, and Customer is responsible for their acts and omissions relating to the Agreement as though they were those of Customer.

2.1.2.    Compology will provide Customer with usernames and passwords which enable each Authorized User to access and use the Subscription Services. Each username and password may be used only by the assigned Authorized User and may not be transferred or shared without Compology's consent. Customer and each Authorized User are responsible for maintaining the confidentiality of the username and password information. Customer shall take reasonable steps to prevent unauthorized access to the Subscription Services, including without limitation by protecting its username and password information and Customer shall immediately notify Compology of any unauthorized use or any other breach of security with respect to account access.

2.1.3.    The method and means of providing the System shall be under the control, management, and supervision of Compology, giving due consideration to the requests of Customer. Compology, directly or through its Affiliates and/or Affiliated Entities, will host and maintain the Subscription Services, subject to Section 4.2 (Connectivity) herein. Compology will remotely review and monitor all use of the Subscription Services to provide the Subscription Services to Customer and to ensure compliance with these Terms. Compology may use tools, scripts, software, metadata analysis and utilities (collectively, the "Tools"), along with Device Data and Derivative Data,

 

to monitor and administer the Subscription Services and to help resolve Customer's service requests. Information collected by the Tools may be used to assist in managing Compology's and its Affiliated Entities' respective product and service portfolio, to help Compology and its Affiliated Entities to address deficiencies in their respective product and service offerings, and for license and Subscription Services management.

2.1.4. Customer shall use the System only for lawful purposes in connection with its business and in accordance with the instructions provided by Compology and solely for Customer's Internal Business Purposes. In using the System, Customer agrees not to engage, directly or indirectly, in any of the following prohibited actions: (a) use or launch any automated system, including without limitation, "robots," "spiders," "offline readers," or other methods that access the System in a manner that sends more messages to the servers than a human interaction can reasonably produce; (b) use any portion of the System as a destination linked from any unsolicited bulk or unsolicited commercial messages; (c) attempt to interfere with or compromise the integrity or security of the System or decipher transmissions to or from the servers running the System or attempt to collect or harvest any personally identifiable information and account names from the System; (d) intentionally upload viruses, worms, or other software agents through the System; (e) conduct fraud, hide or attempt to hide Customer's or an Authorized User's identity; or (f) bypass the measures that Company may use, consistent with these Terms, to restrict access to the System.

2.1.5. Customer shall not use the System or any component thereof for any purposes beyond the scope of the license granted in these Terms. Without limiting the foregoing and except as expressly set forth in these Terms, Customer shall not at any time, and shall not permit others to: (i) copy, adapt, modify, or create derivative works of the System, in whole or in part except as otherwise expressly set forth herein; (ii) rent, lease, lend, sell, sublicense, assign, distribute, publish, transfer, or otherwise make available the System or any component thereof; (iii) reverse engineer, disassemble, decompile, decode, adapt, make error corrections to or otherwise attempt to derive or gain access to the source code or any other component of the System, in whole or in part; (iv) remove any proprietary notices from the Device or Software; (v) use the System or any component thereof in any manner or for any purpose that infringes, misappropriates, or otherwise violates any intellectual property right or other right of any person, or that violates any applicable law; or (vi) combine or integrate the Device or Software with any software, technology, services, or materials not authorized by Compology. Additionally, Customer covenants and agrees not to, directly or indirectly, manipulate or process Device Data, through interaction with databases, algorithms, external data, calculations and/or other

5



processes, methods or tools, for the purposes of deriving Derivative Data.

2.2.  <u>Functionality of Subscription Services.</u> Compology may upgrade, modify, replace, or reconfigure the Subscription Services at any time provided that any such revision shall not materially reduce the functionality of the Subscription Services. Notwithstanding the above, upon thirty (30) days prior written notice, Compology may withdraw a product, service, or Software from the market. If Compology adds new functions or new features to the Subscription Services made available to its customers, such functionality or new features shall be available to Customer; provided that additional fees may be applicable for such increased functionality or new features. During the Term, changes may require Customer to purchase new or supplemental Equipment and/or software upgrades hereunder to continue receiving the Subscription Services. Any failure to purchase such new or supplemental Equipment and/or Software upgrades may limit Customer's ability to continue receiving the Subscription Services and may constitute a material default under these Terms.

2.3.  <u>Trial Usage.</u> If Customer registers for a free trial, promotional offer, unpaid pilot program or other type of limited offer for use of the Compology System ("Free Trial"), Customer may be presented with additional terms and conditions when registering for a Free Trial, and any such additional terms and conditions are hereby incorporated into these Terms by reference as an Order Form and are legally binding upon the Parties. ANY DATA THAT CUSTOMER ENTERS INTO THE COMPOLOGY SYSTEM, AND ANY CONFIGURATIONS MADE BY OR FOR CUSTOMER, DURING THE TRIAL USAGE WILL BE PERMANENTLY LOST AT THE END OF THE TRIAL PERIOD UNLESS CUSTOMER: (a) PURCHASES A SUBSCRIPTION TO THE SAME COMPOLOGY SYSTEM AS THOSE COVERED BY THE TRIAL; (b) PURCHASES AN UPGRADED VERSION OF THE COMPOLOGY SYSTEM; AND/OR (c) EXPORTS SUCH DATA BEFORE THE END OF THE TRIAL PERIOD. CUSTOMER CANNOT TRANSFER DATA ENTERED OR CONFIGURATIONS MADE DURING THE FREE TRIAL TO A COMPOLOGY SYSTEM THAT WOULD BE A DOWNGRADE FROM THAT COVERED BY THE TRIAL, AND IN SUCH SITUATION ANY CUSTOMER DATA OR CUSTOMIZATION WILL BE PERMANENTLY LOST. NOTWITHSTANDING ANY OTHER PROVISION OF THESE TERMS, INCLUDING WITHOUT LIMITATION SECTION 11.2 (DISCLAIMER OF WARRANTY), SECTION 12 (LIMITATION OF LIABILITY) AND SECTION 13 (INDEMNIFICATION) FREE TRIALS ARE PROVIDED "AS-IS" AND "AS AVAILABLE" AND, TO THE FULLEST EXTENT PERMISSIBLE BY LAW, (y) WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY; AND (z) COMPOLOGY'S TOTAL AGGREGATE LIABILITY ARISING OUT OF OR RELATING TO CUSTOMER'S USE OF THE FREE TRIAL IS ONE HUNDRED DOLLARS ($100.00).



3.    <u>EQUIPMENT; DELIVERY AND INSTALLATION</u>

   3.1.    <u>Equipment Purchase.</u> Customer shall purchase the minimum quantity of Equipment specified on any Order Form. The purchase of such Equipment may also be financed by Compology or leased to Customer, in Compology's sole discretion, pursuant to any additional terms included in the Order Form. At any time during the Term and at Compology's sole discretion, Compology may, at no charge to Customer replace or substitute any Equipment used by or for Customer with new or different Equipment of any brand, model or version, from any source or manufacturer, provided that such replacement or substitute equipment provides like features and functionality.

   3.2.    <u>Equipment Delivery.</u> Except as set forth in an Order Form, all Equipment shall be delivered CPT (Carriage Paid to Customer's designated warehouse) (Incoterms 2020), and risk of loss to Equipment shipped under any Order Form shall pass to Customer upon Compology's delivery of such Equipment to the carrier at Compology's shipping facility. In some circumstances, Equipment shipments may be delivered from Compology's supplier site, in which case an Order Form may specify a separate method of shipment; provided that Customer's responsibility for shipping costs shall not exceed Customer's responsibility for such costs from Compology's facilities in the United States. Customer shall reimburse Compology any costs reasonably incurred in shipping the Equipment, whether the shipment is in whole or partial fulfillment of such Order. Equipment will be shipped to the address designated on the Order Form.

   3.3.    <u>Equipment Delivery Schedule.</u> Any schedule quoted for delivery is an estimate only and Compology shall not be liable for or in respect of any loss or damage arising from any delay in fulfilling any order, failure to deliver or delay in delivery caused by circumstances outside the control of Compology or otherwise except by the negligence of Compology.

   3.4.    <u>Nonconforming Goods.</u> Customer shall inspect Equipment received under an Order Form within ten (10) business days of receipt (the "Inspection Period") of the Equipment. Customer shall either accept or, if any Equipment constitutes Nonconforming Goods, reject that Equipment, and shall require an adjustment to the quantity shipped as appropriate. Customer will be deemed to have accepted delivery of the Equipment unless it notifies Compology in writing of any Nonconforming Goods or erroneous quantity of Equipment during the Inspection Period and furnishes written evidence or other documentation as reasonably required by Compology. If Customer notifies Compology of any Nonconforming Goods or erroneous quantity of Equipment in a timely manner, and Compology determines, in its reasonable discretion that the Equipment constitutes Nonconforming Goods, Compology shall replace the Nonconforming Goods with conforming Equipment or otherwise ship or take acceptance of a remedial quantity of Equipment at no cost to Customer (except in the case of damaged Devices covered by insurance). Customer acknowledges and agrees that the remedies set out in Section 3.4 are Customer's exclusive remedy for the delivery of

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC

 

Nonconforming Goods. "Nonconforming Goods" means any product received by Customer from Compology under a purchase order that involves the delivery of product with incorrect SKUs or that of damaged products that do not conform to applicable specifications based upon a visual inspection.

3.5. <u>Device Installation.</u> Compology may be contracted to install the ordered Device(s) in accordance with Compology's installation policies included in Schedule D - Premium Installation And Support Services, as it may be updated and provided to the Customer from time to time. Customer may also self install Devices in accordance with Compology's self installation policies included in Schedule C - Self Performed Installation & Standard Service Policy.

3.6. <u>Installation Alterations.</u> Customer acknowledges and agrees that installation of a Device may require drilling holes and other alterations to a container, trailer or other asset. Compology has no obligation to restore any property to its pre-installation condition after removal of a Device and will not be held liable for any damage claims resulting from drilling holes or modifications to a container, trailer or other asset.

4. <u>TECHNICAL SUPPORT</u>

4.1. <u>Technical Support</u>

4.1.1. <u>Technical Support.</u> Authorized Users may request technical support regarding the System via electronic mail at support@compology.com twenty-four (24) hours per day, seven (7) days per week. Compology shall respond to such requests within twenty-four (24) hours Monday through Friday except on federal holidays. Compology will deliver updates to the Software at no additional charge. Compology will use commercially reasonable efforts to keep the Software available via website access on a twenty-four (24) hours per day, seven (7) days per week basis, subject to occasional scheduled downtime for maintenance purposes during non-working hours and downtime for unforeseen maintenance and service upgrades for short periods of time. Customer shall provide access, information, and support as Compology may reasonably require in the process of resolving any failure in the Software to function in accordance with the description, representations, and warranties set forth herein.

4.1.2. <u>Support Exclusions.</u> Compology is not obligated to provide support to the extent circumstance giving rise to the need for such support have been created in whole or in part by:

4.1.2.1. the acts, omissions, negligence or willful misconduct of Customer or Authorized Users, including any unauthorized modifications to the Subscription Services or Equipment;

Exhibit B

 

4.1.2.2.    any failure or defect of Customer's, an Authorized User's, or a Third-Party's equipment, software, facilities, Third-Party applications, or internet connectivity (or other causes outside of Compology's System and network as it extends to Compology's firewall)

4.1.2.3.    Customer's or an Authorized User's use of the Subscription Services other than in accordance with the Documentation or;

4.1.2.4.    a force majeure event as set forth in Section 14.8 (Force Majeure) below.

4.2.    Connectivity: Compology's provision of the Subscription Services hereunder utilizes Third-Party network services, such as communications networks (e.g., Internet Service Providers, cellular carriers, GPS satellites) (collectively, the "Third Party Network Services"). When using the Subscription Services, data is transmitted through, and Compology configures and manufactures its Equipment and Software based upon, such Third-Party Network Services. Compology will be responsible for procuring mobile connectivity for the Device(s). However, Compology shall not be liable for any downtime, outages or breaks in coverage in Third-Party Network Services (except due to the extent of Compology's negligence, willful misconduct or Equipment defects), nor for any downtime that Customer experiences as a result of Customer's or its Authorized Users' own network connectivity issues. Compology does not guarantee network availability between Customer and Compology's hosting servers.

If Customer experiences a Subscription Services outage and is unable to access the Subscription Services, Customer must immediately contact Compology's help desk, providing any necessary information that may assist Compology in determining the cause of the outage. The Subscription Services will not be available to any Equipment installed or located in an area that is not covered by the Third-Party Network Services.

5.    OWNERSHIP

5.1.    Compology's Ownership. Except for purchased Equipment and as otherwise expressly set forth herein, no title or ownership rights in the System or any component thereof (and no Intellectual Property Rights relating thereto) will pass to Customer or its Authorized Users. For the avoidance of doubt, except as otherwise expressly set forth herein, Compology owns and retains all right, title and interest to the System and any component thereof, including without limitation, all Intellectual Property rights relating thereto, and shall own rights to all updates, modifications and revisions thereto. Except to the extent expressly set forth herein, Compology shall be entitled to use the retained rights described above for the benefit of its other customers.

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC



5.2.  <u>Data.</u> Customer owns all rights and title to any Device Data and Derivative Data. Customer hereby grants to Compology a limited, perpetual, irrevocable, non-exclusive license to copy, collect, process, store, generate, and display the Device Data and Derivative Data to the extent necessary to provide the System and to monitor and improve the performance of the System. Additionally, Customer acknowledges and agrees that during and after the Term of these Terms: (i) Compology and Compology Affiliates may retain and use Device Data and Derivative Data for purposes of providing the Software and Subscription Services to Customer, and for conducting research, product development and product improvement efforts; (ii) Compology may share Device Data and Derivative Data with any Compology Affiliate or with Third-Party service providers for the foregoing purposes, subject to obligations of confidentiality; (iii) Compology may disclose Device Data and Derivative Data if required under applicable law, regulation or court order; and (iv) Compology may use aggregated and anonymized data to provide analytics, information, forecasts, extrapolations, and projections to Customer, its Affiliated Entities, and its prospective customers. Compology may use, reproduce, sell, publicize, or otherwise exploit such aggregated data in any way, in its sole discretion.

5.3.  <u>Retrieval of Customer Data.</u> Upon expiration or termination of the Subscription Services Term under an Order Form, Compology shall make all historical Customer Data available for download by Customer for 30 days from date or expiration or written notice of termination, provided Customer requests such download of Customer Data and pays all outstanding charges hereunder in full. After such 30-day period, Compology shall have no obligation to maintain or provide any Customer Data and may thereafter, unless legally prohibited, delete all Customer Data in its systems or otherwise in its possession or under its control.

5.4.  <u>Feedback.</u> Compology encourages Customer to provide suggestions, proposals, ideas, recommendations, or other feedback regarding improvements to the Compology System and related resources ("Feedback"). To the extent Customer provides Feedback, Customer grants to Compology a royalty-free, fully paid, sub-licensable, transferable, non-exclusive, irrevocable, perpetual, worldwide right and license to make, use, sell, offer for sale, import, and otherwise exploit Feedback (including by incorporation of such feedback into the Compology System) without restriction; provided that such Feedback does not identify Customer, its Affiliates, or Authorized Users, or include any Customer Data without Customer's prior written consent.

6.  <u>SECURITY</u>

6.1.  <u>Security Standards.</u> Compology will use commercially reasonable industry standard security technologies in providing the Compology System. Compology has implemented and will maintain appropriate technical and organizational measures, including information security policies and safeguards, to preserve the security, integrity, and confidentiality of Customer

10

Exhibit B

 

Data and to protect against unauthorized or unlawful disclosure or corruption of or access to Customer Data. Additional security obligations, if any, shall be set forth or referenced in the applicable Order Form attachment and/or appendix.

6.2. <u>Data Backup.</u> As a part of the System, Compology shall maintain a backup of Customer Data for an orderly and timely recovery of such data in case the System is interrupted. In the event of any act, error or omission, negligence, misconduct, or breach by Compology that comprises or is suspected to compromise the security, confidentiality, or integrity of Customer Data or the physical, technical, administrative, or organizational safeguards put in place by Compology that relate to the protection of the security, confidentiality, or integrity of Customer Data, Compology shall, as applicable: (i) notify Customer as soon as practicable; (ii) cooperate with Customer in investigating the occurrence; and (iii) perform or take any other actions required to comply with applicable law as a result of the occurrence.

7. <u>FEES AND PAYMENT</u>

7.1. <u>Fees.</u> Customer will pay all fees specified in Order Forms. Except as otherwise specified herein or in an Order Form, (i) fees are based on Equipment, Services and Software subscriptions purchased, not on actual usage, (ii) payment obligations are non-cancelable and fees paid are non-refundable, and (iii) quantities purchased cannot be decreased during the relevant subscription term.

7.2. <u>Purchase Orders.</u> If Customer issues a purchase order, then it shall be for the full amount set forth in the applicable Order Form, and Compology hereby rejects any additional or conflicting terms appearing in a purchase order or any other ordering materials submitted by Customer, and conditions assent solely based on the terms and conditions of these Terms as offered by Compology. Upon request, Compology shall reference the purchase order number on its invoices, provided, however, that Customer acknowledges that it is Customer's responsibility to provide the corresponding purchase order information, including a purchase order number upon the signing of any Order Form. Customer agrees that a failure to provide Compology with the corresponding purchase order information shall not relieve Customer of its obligations to provide payment to Compology pursuant to Section 7.1 (Fees) above.

7.3. <u>Invoicing and Payment.</u> Compology will invoice Customer in accordance with the relevant Order Form. If Customer does not provide Compology with a purchase order upon signing any Order Form, Customer must provide Compology with valid and updated credit card information. If Customer provides credit card information to Compology, Customer authorizes Compology to charge such credit card for all Equipment and Subscription Services listed in the Order Form for the initial subscription term and any renewal subscription term(s) as set forth in Section 9.4 (Renewal) below.

Exhibit B

 

Such charges shall be made in accordance with the billing frequency stated on the applicable Order Form. Unless otherwise stated in the Order Form, invoiced fees are due net 30 days from the invoice date. Customer is responsible for providing complete and accurate billing and contact information to Compology and notifying Compology of any changes to such information.

7.4.    <u>Overdue Charges.</u> If any invoiced amount is not received by Compology by the due date, then without limiting Compology's rights or remedies, (a) those charges may accrue late interest at the rate of 1.5% of the outstanding balance per month, or the maximum rate permitted by law, whichever is lower, and/or (b) Compology may condition future subscription renewals and Order Forms on payment terms shorter than those specified in the section 7.3 (Invoicing and Payment) above.

7.5.    <u>Suspension of Service.</u> If any charge owed by Customer under this or any other agreement for services is 30 days or more overdue, Compology may, without limiting its other rights and remedies, suspend Subscription Services until such amounts are paid in full, provided that, Compology will give Customer at least 10 days' prior notice that its account is overdue to the Account Payables contact information listed on the corresponding Order Form, before suspending services to Customer.

8.    <u>TAXES</u>

All payments required by these Terms are stated exclusive of all taxes, duties, levies, imposts, fines or similar governmental assessments, including sales and use taxes, value-added taxes ("VAT"), goods and services taxes ("GST"), excise, business, service, and similar transactional taxes imposed by any jurisdiction and the interest and penalties thereon (collectively, "Taxes"). Customer shall be responsible for and shall bear Taxes associated with its purchase of, payment for, access to or use of the Compology Equipment and Subscription Services. Taxes shall not be deducted from the payments to Compology, except as required by law, in which case Customer shall increase the amount payable as necessary so that after making all required deductions and withholdings, unless Compology receives and retains (free from any Tax liability) an amount equal to the amount it would have received had no such deductions or withholdings been made. If Customer claims tax exempt status for amounts due under these Terms, it shall provide Compology with a valid tax exemption certificate (authorized by the applicable governmental authority) to avoid application of Taxes to Customer's invoice. Each Party is responsible for and shall bear Taxes imposed on its net income. Customer hereby confirms that Compology can rely on the ship-to name and address set forth in an Order Form(s) as the location of supply for Tax purposes.



9. <u>TERM AND TERMINATION</u>

9.1. <u>Term.</u> The term of an Order Form is the period of time, including all renewals thereto, that begins on the Order Start Date and, unless terminated sooner as provided herein, will continue until the Order End Date, both dates as specified on the Order Form (the "Term"). The term of these Terms shall continue as long as an Order Form referencing or incorporated into these Terms remains valid and in effect. Prior to the Order Start Date, Compology may, upon mutual agreement, start providing equipment installation and/or provide Customer access to the Compology Subscription Services, which will be governed by these Terms. Termination or expiration of any Order Form shall leave all other Order Forms unaffected.

9.2. <u>Termination for Breach; Termination for Insolvency.</u> If either Party commits a material breach or default in the performance of any of its obligations under these Terms, then the non-breaching Party may terminate these Terms in its entirety by giving the breaching Party not less than thirty (30) days' written notice of termination, unless the material breach or default in performance is cured within such thirty (30) day period. Either Party may terminate these Terms in its entirety upon written notice if the other Party becomes the subject of a petition in bankruptcy or any proceeding related to its insolvency, receivership or liquidation, in any jurisdiction, that is not dismissed within sixty (60) days of its commencement, or an assignment for the benefit of creditors.

9.3. <u>Refund or Payment upon Termination.</u> If these Terms are terminated by Customer in accordance with Section 9.2 (Termination for Breach; Termination for Insolvency) above, Compology will refund Customer any prepaid fees covering the remainder of the term of all Order Forms after the effective date of termination. If these Terms are terminated by Compology in accordance with Section 9.2 (Termination for Breach; Termination for Insolvency) above and Compology has delivered the Services in accordance with the Order Form and these Terms, Customer will pay to Compology any unpaid fees covering the remainder of the term of all Order Forms. In no event will termination relieve Customer of its obligation to pay any fees payable to Compology for the period prior to the effective date of termination so long as Compology delivered the Services in accordance with the Order From and these Terms.

9.4. <u>Renewal.</u> Following the initial term of an Order Form, all Subscription Services shall automatically renew for successive one (1) year renewal terms (each a "Renewal Term" and together with the initial term the "Term"), until such time as either Party provides the other Party with written notice of termination at least sixty (60) days prior to the last day of the Order End Date of an Order Form or any subsequent Renewal Term.

9.5. <u>Rights Upon Termination.</u> The provisions of these Terms relating to (i) restrictions on license or use of the System; (ii) any perpetual license or authorization, (ii) warranty disclaimer, (iii) indemnification, (iv) limitation of liability, (v) entire agreement, (vi) ownership of intellectual property, (vii) confidentiality, and (viii) payment, along with any other provisions that by

13

Exhibit B



their nature are intended to survive, will survive the termination or expiration of these Terms.

10. <u>CONFIDENTIAL INFORMATION</u>

10.1. <u>Definition.</u> For the purpose of these Terms "Confidential Information" shall mean a Party's non-public business, financial, technical, legal and personnel information, and includes, for example, product designs and data, source code, trade secrets, pricing, customer and supplier lists, network structure and addresses, designs, technical specifications, business plans, these Terms and any other non-public data whether written, verbal or visual, connected to or related to the business and affairs of a Party or any of its affiliates. Notwithstanding the foregoing, "Confidential Information" does not include information that (i) is or becomes generally available to the public other than as a result of disclosure by the receiving Party (the "Recipient") or anyone to whom the Recipient transmits the information, (ii) becomes available to the Recipient on a non-confidential basis from a source other than the disclosing Party who, to the Recipient's knowledge, is not bound by a confidentiality agreement with the disclosing Party, (iii) was rightfully known to the Recipient or in its possession prior to the date of disclosure by the disclosing Party, or (iv) is independently developed by the Recipient without any benefit of or reference to the disclosing Party's Confidential Information.

10.2. <u>Non-Disclosure.</u> Neither Party will publish, disclose, copy, disseminate or use the Confidential Information of the other Party in its business or for any other purpose except as expressly permitted in these Terms. As a limited exception, a Party may disclose another Party's Confidential Information solely as necessary to comply with a subpoena or other legal request, so long as prompt prior notice (if legally permitted) is provided to the Party whose Confidential Information is being disclosed and the potential disclosing Party cooperates with such Party in the event such Party elects to any compelled disclosure of Confidential Information.

10.3. <u>Affiliates.</u> As contemplated under these Terms, a Party may disclose the other Party's Confidential Information to its Affiliates, but the disclosing Party will be liable for its Affiliates' use and disclosure of any Confidential Information.

10.4. <u>Return or Destruction of Confidential Information.</u> The Recipient must use commercially reasonable efforts to protect against the unauthorized disclosure of the disclosing Party's Confidential Information. Upon written request, the Recipient will return to the disclosing Party or destroy all copies of the disclosing Party's Confidential Information and will not in any manner use, convey, disclose or disseminate the Confidential Information (except (i) as otherwise permitted in these Terms or (ii) retained pursuant to the Recipient's document retention policies and/or automated backup procedures in accordance with applicable law). Any retained Confidential Information remains subject to the confidentiality obligations in these Terms.

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC




10.5.   Publicity. Each Party may use the other Party's name or mark, identify the business relationship between the parties and/or share business metrics, such as Compology's service benefits, on their respective websites and/or marketing materials.

11.   REPRESENTATIONS AND WARRANTIES

11.1.   Equipment Warranty. Compology warrants that the Equipment (including each Device) shall be free from defects in material and workmanship and will perform as designed commencing on the date such Equipment is activated for the warranty period as set out in the warranty requirements. The warranty requirements set forth in Equipment Warranty attached hereto as Schedule A, may be updated or modified by Compology from time to time by the provision to Customer of such updated terms in writing, and provided that any such updates or modifications thereto do not materially adversely impact Customer's rights hereunder. Compology will promptly replace any Equipment that fails to comply with the design specifications during the applicable period at no cost to Customer. For any out-of-warranty Equipment or damage, Customer may purchase replacement Cameras at the designated rate on the most recently executed Order Form. Customer's sole and exclusive remedy for any failure of the Equipment to conform to the warranty shall, at Compology's option, be the repair or replacement of such defective Equipment.

11.2.   THE EQUIPMENT WARRANTY APPLIES ONLY TO THE EQUIPMENT. ANY PRODUCTS NOT MANUFACTURED BY COMPOLOGY CARRY ONLY THE WARRANTY PROVIDED BY THE MANUFACTURER THEREOF.

11.3.   DISCLAIMER OF WARRANTY. EXCEPT AS EXPRESSLY PROVIDED HEREIN, COMPOLOGY DISCLAIMS ANY AND ALL WARRANTIES (EXPRESS OR IMPLIED, ORAL OR WRITTEN) OF ANY KIND ARISING OUT OF OR RELATING TO THE SUBSCRIPTION SERVICES, EQUIPMENT AND THESE TERMS, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF NON-INFRINGEMENT, PERFORMANCE, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE (WHETHER COMPOLOGY KNOWS, HAS REASON TO KNOW, HAS BEEN ADVISED, OR IS OTHERWISE IN FACT AWARE OF ANY SUCH PURPOSE) WHETHER ALLEGED TO ARISE BY LAW, BY REASON OF CUSTOM OR USAGE IN THE TRADE OR BY COURSE OF DEALING. EXCEPT AS SET FORTH HEREIN, THE SUBSCRIPTION SERVICES ARE PROVIDED "AS IS."

12.   LIMITATION OF LIABILITY

12.1.   DAMAGES. IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY (AND ITS RESPECTIVE DIRECTORS, OFFICERS, AGENTS OR EMPLOYEES) FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, SPECIAL OR PUNITIVE DAMAGES, OR

15

Exhibit B



DAMAGES FOR LOSS OF PROFITS, REVENUES OR REPUTATIONAL HARM, FOR ANY MATTER RELATING TO OR ARISING IN CONNECTION WITH THESE TERMS, WHETHER BASED ON ONE OR MORE ACTIONS OR CLAIMS IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHER LEGAL OR EQUITABLE THEORY, AND EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

12.2.   <u>MAXIMUM LIABILITY.</u> EXCEPT AS MAY ARISE OUT OF (I) THE GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OF A PARTY, (II) A PARTY'S BREACH OF ITS OBLIGATIONS IN SECTION 10 (CONFIDENTIAL INFORMATION), OR (III) EITHER PARTY'S OBLIGATIONS FOR THIRD-PARTY CLAIMS UNDER SECTION 13 (INDEMNIFICATION), THE MAXIMUM LIABILITY OF EITHER PARTY TO THE OTHER PARTY (AND ITS RESPECTIVE DIRECTORS, OFFICERS, AGENTS, OR EMPLOYEES) WITH RESPECT TO ANY AND ALL CLAIMS ARISING IN CONNECTION WITH THESE TERMS, REGARDLESS OF THE THEORY UPON WHICH THE LIABILITY IS PREMISED, WILL NOT EXCEED THE FEES RECEIVED BY COMPOLOGY HEREUNDER DURING THE 12 MONTHS IMMEDIATELY PRECEDING THE ACTION OR OMISSION THAT GAVE RISE TO SUCH CLAIM. THE FOREGOING LIMITATIONS OF LIABILITY WILL APPLY EVEN IF THE LIMITED REMEDIES HEREIN FAIL OF THEIR ESSENTIAL PURPOSE.

12.3.   <u>EXCLUSIONS.</u> EXCEPT AS EXPRESSLY SET FORTH HEREIN, COMPOLOGY SHALL NOT BE LIABLE FOR (A) ANY CLAIMS ARISING OUT OF THE UNAUTHORIZED USE OF THE SUBSCRIPTION SERVICE BY CUSTOMER OR AUTHORIZED USER, IF ANY, OR (B) ANY PRODUCT WARRANTY OR PERFORMANCE CLAIMS OF CUSTOMER'S CUSTOMERS TO THE EXTENT BROUGHT BY SUCH CUSTOMER DIRECTLY AGAINST COMPOLOGY.

13.   <u>INDEMNIFICATION</u>

13.1.   <u>Compology Defense.</u> Compology will defend, indemnify and hold harmless Customer, its affiliates, and their respective directors, officers and employees from and against any and all claims, losses, damages, liabilities, costs and expenses (including reasonable attorneys' fees) finally awarded by a court of competent jurisdiction or otherwise agreed by Compology to be paid, to the extent arising out of any allegation that a component of the System (a) infringes, misappropriates or violates any Intellectual Property right of any person or entity; or (b) violates any federal, state or local laws, regulations or ordinances.

13.2.   <u>Exclusions.</u> Compology will not indemnify Customer, however, to the extent the claim of infringement is caused by: (a) Customer's modification of the System or use of the System other than as directed by Compology or as contemplated by these Terms; (b) Customer's failure to use corrections or



enhancements made available by Compology to Customer; or (c) materials, equipment or information not owned or developed by Compology that are used in combination with the System, unless otherwise approved by Compology. If any part of the System is, or in Compology's opinion is likely to be, held to be infringing, Compology may at its expense and option either: (i) procure the right for Customer to continue using it, (ii) replace it with a non-infringing equivalent, (iii) modify it to make it non-infringing, or (iv) direct the return of any applicable materials or equipment and refund to Customer the fees paid for such materials or equipment, less a reasonable amount for Customer's use of such materials or equipment up to the time of return. Notwithstanding anything to the contrary set forth in these Terms, the foregoing remedies constitute Customer's sole and exclusive remedies and Compology's entire liability with respect to infringement.

13.3.  Additional Rules. The following additional rules will apply to any indemnification claim under these Terms: (i) the indemnified Party must promptly notify the indemnifying Party in writing of the claim (so that the ability to defend the claim is not harmed); (ii) the indemnifying Party has the exclusive right to control the defense and settlement of the claim (except that the indemnified Party may control claims brought by or involving any governmental entity, or seeking injunctive or other equitable relief); (iii) the indemnifying Party may not settle a claim that involves any remedy or relief other than the payment of money by the indemnifying Party without the indemnified Party's prior written approval (which must not be unreasonably withheld); and (iv) the indemnified Party must provide reasonable assistance in the defense (at the indemnifying Party's expense).

14.  GENERAL TERMS

14.1.  Notices. All notices, requests, demands and other communications hereunder shall be effective if in writing and delivered personally or sent by electronic mail, Federal Express or other priority delivery service, or by certified or registered mail, postage prepaid, to the applicable Party at the addresses indicated on the Order Form. Unless otherwise specified herein, such notices or other communications shall be deemed effective (a) on the date delivered, if delivered personally, (b) two (2) business days after being sent, if sent by Federal Express or other priority delivery service, (c) on the date of delivery if delivered sent by electronic mail during normal business hours of the recipient and on the next business day if after normal business hours of the recipient, and (d) five (5) business days after being sent, if sent by registered or certified mail. Either Party may specify another address by giving notice as provided in this Section 14.1 (Notices) to the other Party. A copy of all notices sent to Compology shall be sent to Alisa Won, Esq., Sideman & Bancroft LLP, One Embarcadero Center, Twenty-Second Floor, San Francisco, California 94111, and electronic mail (awon@sideman.com).

14.2.  Entire Agreement. These Terms (including the Schedules referenced herein) forms the parties' entire agreement relating to its subject matter and

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC

 

supersedes all other prior or contemporaneous communications between the parties relating to the subject matter. No Party is relying on any warranties, representations, promises or inducements not expressly stated in these Terms.

14.3. <u>Independent Contractors.</u> The parties are independent contractors. Nothing in these Terms or the relationship contemplated herein will be deemed to create a joint venture, partnership, or agency between Compology and Customer. Neither Party's employees will be considered agents or employees of the other Party. Neither Party is authorized to enter into any contracts or agreements or undertake any duties or obligations for or on behalf of the other Party without the other Party's prior written consent.

14.4. <u>Severability.</u> If any provision of these Terms is deemed unenforceable, this will not affect the enforceability of any other provision of these Terms.

14.5. <u>Waivers.</u> A Party may only waive its rights under these Terms through a specific written waiver by its authorized representative. A waiver of one breach will not constitute a waiver of any other breach.

14.6. <u>No Third- Party Beneficiaries.</u> These Terms are between Compology and Customer. Except to the extent expressly stated in these Terms, these Terms do not create any third- Party beneficiary rights.

14.7. <u>Assignment.</u> Neither Party may assign to any third Party any of its respective rights or obligations under these Terms without the other Party's prior written permission, not to be unreasonably withheld; provided that a Party may assign these Terms to an Affiliate, or to a third Party pursuant to a change of control transaction (involving a transfer of not less than 50% of voting equity to a third Party) or the sale of substantially all of the assets or business of such Party. The assigning Party must provide the other Party with written notice of an assignment as soon as practicably possible after the completion of such assignment.

14.8. <u>Force Majeure.</u> Neither Party will be liable for failure to perform or delay in performing any obligation (other than the payment of moneys owed) under these Terms if such failure or delay is due to an act of God, fire, flood, earthquake, strike, war (declared or undeclared), embargo, blockade, legal prohibition, shortage, strike, failure of environmental controls, epidemic, pandemic, failure of Internet-mediated transmissions, terrorist attack, governmental action, riot, insurrection, damage, destruction or any other similar cause beyond the control of such Party that adversely impacts the ability of a Party to perform ("Force Majeure"), provided that the putative Force Majeure was not reasonably avoidable by the defaulting Party.

14.9. <u>Governing Law and Venue.</u> These Terms are governed solely by the internal laws of the State of California and the parties agree to submit to the non-exclusive jurisdiction of the state and federal courts in the Northern District of California.

Exhibit B

 

14.10. <u>Counterparts.</u> These Terms may be signed in counterparts, each of which shall be deemed an original and together shall constitute a single instrument. Electronic (DocuSign) or PDF execution and delivery of these Terms will be legal, valid and binding.

Accepted and agreed to by:

**<u>Customer:</u>** RecycleSmart

**By:** *Colin Bell*
6A3A093B8C91409...

**Name:** Colin Bell
**Title:** Chief Operating Officer

**Date:** 11/2/2020

**<u>Compology</u>**

**By:** *Xavier Brouard*
A75775F7F6CB42D...

**Name:** Xavier Brouard
**Title:** Director of Customer Success

**Date:** 10/30/2020

Exhibit B



## SCHEDULE A - EQUIPMENT WARRANTY

*Compology's Equipment warranty comes standard with all purchases and leases.*

**Term**

- Purchased equipment: 36 months
- Leased equipment: Initial lease term

**Start Date**
The Compology Equipment Warranty starts on the Camera Activation Date (CAD) and is automatically registered with Compology at that time. A camera or beacon is considered activated once it has been turned on and sends its first message to Compology's cloud software platform.

**Eligibility**
All cameras with a CAD less than 36 months from the current date are eligible for warranty coverage. Customers may request a complete list of CADs for their organization at any time by submitting the request to Compology through support@compology.com or via Intercom system.

**What's Covered**
Compology's camera warranty covers the following during the warranty period:

- Equipment manufacturing defects
- Equipment workmanship defects
- Equipment batteries
- Technician services for cameras in Zone 1 locations (as outlined in Technician Service Details)

**What's Not Covered**
Compology's equipment warranty does not cover:

- Labor cost for removing or reinstalling cameras considered under Standard Service program plan, or in Zone 2 if under Premium Service Program
- Shipping cost to return cameras to Compology
- Equipment that has been damaged due to normal wear and tear or is missing from the container
    - In the case of replacements due to damaged, vandalism and missing cameras, Customer agrees to pay the contracted price for each camera replaced

**Exercising the Warranty**
Customers should maintain extra cameras in their possession for use in field maintenance. Compology recommends that the customer purchase an additional 2-5% of their installed equipment for future maintenance.

In situations where Compology is not performing the maintenance, to service a suspected defective camera for warranty repair or replacement the customer should:

- Take a spare camera from their inventory and go to the container location

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC

 

- Remove the suspected defective camera and replace with the spare camera
- Once Customers have installed the replacement cameras on the containers, Customers will want to edit the "placeholder" containers using this instructions published on our Help Center: Editing Container Information

**Returning Equipment**

To return cameras under warranty the customer should contact Compology through the chat link in the lower right corner of the Compology Web App or by email at support@compology.com and request a Return Material Authorization (RMA) from Compology. Include in your request:

- The number of cameras you wish to return
- The model of camera if you know it

Once Compology receives the RMA request, Compology will provide the customer an RMA # to reference with their return shipment. Customer must ship cameras at their expense to Compology at the following address:

> Compology
> Attn: RMA # (Provided)
> 1045 Bryant St., Suite 101
> San Francisco, CA 94103

Once the RMA is received Compology will:

- Notify Customer upon receipt of the RMA
- Inspect the device(s) and either repair or replace
- Return the device(s) to the customer at Compology's expense by ground shipment in 3-4 weeks

*Note: Compology, at its option, will repair or replace defective cameras. Replacement cameras provided may be new or refurbished at Compology's discretion, but in all cases will assume the remainder of the warranty of the original camera purchased.*

**Advance Replacement**

Compology offers its customers the ability to order cameras to be used for maintenance. Unlike normal fleet purchases, these orders are shipped on account to customers with payment due in 45 days.

The intent of the Advance Replacement program is to allow customers without maintenance cameras to acquire cameras before travelling into the field to do maintenance and in this way complete maintenance in a single trip.

- To place an Advance Replacement order contact Compology through the chat link in the lower right corner of the Compology Web App or by email at support@compology.com
- Orders will be priced at the customer's contracted equipment price and shipped by ground at Compology's expense.
- At the time of order, Compology will provide the customer an RMA # to be used to return any defective cameras found during their maintenance activity.

Exhibit B

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC




- Following maintenance, the customer should return defective cameras for inspection.
- Customers will be notified by Compology upon receipt of the RMA
- Following inspection, Compology will process a credit against the Advance Replacement invoice
- Any quantity not offset by a returned camera will be assumed to have been used for non-warranty purposes and payment of the balance of the associated invoice will be due 45 days following shipment.



Exhibit B



<u>SCHEDULE B - PREMIUM INSTALLATION & SUPPORT SERVICES</u>

**Introduction**
Compology's Premium Services Program is a selective program offered to our most important clients. This provides the opportunity to leverage our network of trained installation and service technicians and represents increased levels of support service from Compology. The detailed services are described in this document.

**Term**
Premium Services Programs are co-terminus with the term of the Base Software Module Subscription.

**Service Zones**
Compology can dispatch technicians in our Compology Technician Network according to our Compology Service Zones ("Zones"). These Zones are continuously being updated- for the most current listing check here.

Service Zones are loosely defined around Metropolitan Statistical Areas (MSA's) and are broken into two Zones:

● Zone 1 - MSA's where Compology has retained service technicians and proactively provides service.
● Zone 2 - All other MSA's where Compology can provide service, but requires custom quoting and scheduling.

Between Zone 1 & Zone 2 Compology offers coast to coast coverage in the United States and Canada.

*Note: Large prospective customers may warrant opening a new Service Zone, however you must first check with Compology for consideration. Generally, Compology requires at least 150 total active cameras in an MSA to warrant opening a new Service Zone but this may vary depending on the specifics and strategic nature of the opportunity.*

**Installation Services**
Compology has a network of installers or trained technicians who cover most metropolitan areas in the United States and Canada. To cover locations where we do not have our own installers, we have a network of 3rd party installers who we manage to provide coast to coast coverage for installation services.

<u>Process</u>

1. Compology will request a complete list of possible installation locations from Customer using a template for new installations. A complete list of possible installation locations includes all container locations for a specific customer / end client and the locations of all other customers / end clients that a Customer serves. We request locations of all other end clients a Customer serves because we often find there are efficiencies and opportunities for cost savings when additional locations are considered. Compology will request the following details to be captured in our Installation template:
   a. Level of prioritization between locations
   b. Container content types

23

Exhibit B



     c. Service schedule
     d. Cost for collection

2. Compology prepares an installation plan and associated quote that includes price and schedule estimates. Compology will identify locations where there are possible efficiencies and locations where the cost/installation may require special considerations.
3. Compology will review the plan and quote with Customer, adjust as necessary and get Customer's written approval of the plan prior to beginning installation.
4. It is expected that Customer will provide a primary point of contact who can answer tactical operation questions for Compology quickly during normal business hours.
5. Compology will provide updates through the installation process on a daily basis.

**Additions, Changes & Removals**
Compology can accommodate installations at additional locations at any time. We aim to minimize the number of changes or removals from an installation list once the plan and quote have been agreed upon. Changes and removals increase the complexity of the installation process - increasing the time and cost to complete the work.

**Support Services**
Technical Support

- Online technical and non-technical support is offered through your Compology Web App via the Chat icon in the lower right corner or by emailing support@compology.us Support agents are available 8am-5pm (PST), Monday-Friday.
- FAQs and Help articles are available on the Compology Help center.
- 1:1 technical training on maintenance best practices provided by Operations at Customer request, but no more than 1 hour per quarter.

**System Performance Monitoring, Alerting & Reporting**
Compology Operations continuously monitors your camera fleet on a daily basis to ensure fleet performance and identify any issues and provides regular reporting. In addition, Compology Operations will monitor for network outages and work with our providers to remediate the outage.

In addition to Compology's daily monitoring support, we have the following reports that are available to you and your team so you can maintain a high level of awareness of how your Compology fleet is performing. These reports are automated and sent daily (for some front load customers, this may be weekly):

- Fleet Performance Metrics: An overview of the current fleeting posting rate
- Maintenance Issues & Task History: A list of cameras with issues and those that require your attention

If you need to subscribe to or adjust that schedule, please reach out to our Support team by emailing support@compology.com or through your Compology Web App via the Chat icon in the lower right corner.

**Fleet Health and Performance Level**
Camera fleet posting rate is defined as the percentage of cameras that are successfully posting within the last three (3) days. During the normal course of business cameras may

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC



stop posting for more than three days. Compology will assist in keeping your camera posting rate as high as possible which will require collaboration between Compology and Customer. If your fleet posting rate drops below 90%, Compology will take proactive measures and assign a case manager to help improve your camera fleet performance. For detailed information, please refer to our published Maintenance Best Practices (Premium Service Customers)

**Technician Service Details**

| | Dispatch | Service Charges | | | Equipment | |
|---|---|---|---|---|---|---|
| | Pre-Approval | Warranty | Non Warranty | Could not Complete | Warranty | Non Warranty |
| **Zone 1** | No | $0/task | Contracted rate* / task | Contracted rate* / task | $0 / camera | Contracted rate* / camera |
| **Zone 2** | Yes | Quoted | Quoted | Quoted | $0/ camera | Contracted rate* / camera |

(*) Contracted rate(s) reflected on the Order Form.

**Dispatching & Approval for Camera Maintenance**
Compology Operations will dispatch technicians in our Compology Technician Network to fix cameras as needed, specifically:

- Compology will dispatch a field service technician to correct non-posting, actionable cameras in the Compology "Service Zones" (see 'Zones' section). A camera is considered "actionable" if: Compology has not previously attempted to service at the same location since their last successful post or if the camera has posted in the last 90 days.
- If a camera is in Zone 1:
  - Compology will proactively dispatch a technician
  - Customer must use the Compology Web App to mark locations as "restricted access" if Compology must pre-authorize service or needs special instructions. This is expected to be 5% or less of locations.
  - Within 24 hours of notification of dispatch, Customer may request the service be cancelled for any reason. If cancelled after 24 hours, a service charge may apply.
- If a camera is in Zone 2:
  - Compology will notify Customer's designated personnel via Maintenance Issues & Task History report  and request customer direction to either;
    - Authorize Zone 2 service charge
    - Or, customer acknowledgement that they will service the container themselves

**Service Charges & Pricing**
The following are the service rates and applicability for each Service Zone (all fees are included in the service fee).

Exhibit B

 

*Note: The below pricing is valid for "single task" dispatching. Bulk installations are custom quoted and are covered in the Installation Service section above.*

- Zone 1 - Fixed Contracted Rate / task
  - Services charges for camera failures under warranty will be waived by Compology
  - Service charges for camera failures not under warranty will be the Customers responsibility
  - Service charges for dispatches to containers where the technician is unable to complete the service (e.g. there is restricted access or the container cannot be found) will be the Customers responsibility.
- Zone 2 - Up to $300/ task
  - All service charges in Zone 2 will be customer's responsibility
  - Service charges for dispatches to containers where the technician is unable to complete the service will be the Customers responsibility

If Customer needs service outside of the above within Zone 1, Customer can send a request for non-covered service to Compology Operations via

- The chat icon in the lower right corner of the Compology Web App
- Or, an email to [support@compology.com](mailto:support@compology.com)

This includes but is not limited to typical tasks listed here:

- Cleaning a camera lens
- Swapping camera to a new container
- One-off installation of a new camera

Tasks dispatched for non-covered service requests in Zone 1 will be subject to the same Service Task SLA and Pricing (above).

**Service Level Agreement (Service Tasks)**
Compology aims to:

- Zone 1:
  - Complete >=80% of all tasks in Zone 1 in <4 days
  - Complete 100% of tasks in Zone 1 in <14 days
- Zone 2:
  - Complete 100% of tasks in <14 days once Compology has been approved to dispatch a Zone 2 location

Compology Operations will notify Compology Customer Success on a weekly basis of any customers who fall outside the established Service Task SLA's

**Invoicing and Payment**
Charges for equipment and services rendered will be invoiced at the end of each month and are due on receipt.

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC



## Customer Obligations

- If a Customer authorizes Compology to dispatch a technician to a Zone 2 location, it is doing so to the last known location of the camera(s) without prior approval of any non-warranty service charge that may result.
- Customers agree to maintain at their sole cost an inventory of equipment to be used by technicians for service. It is suggested that customers purchase an additional 2-5% of their fleet size for this purpose (see "Exercising the Warranty" and "Advance Replacement" sections in Schedule A - Equipment Warranty).
- Customer agrees to return defective cameras to Compology for replacement using an Return Material Authorization (RMA) and assumption of related shipping cost.

## Replacement Hardware (Missing Containers)

Cameras that haven't posted in 30-days are considered "non-actionable" and missing. In this case, we recommend the Customer purchases new replacement cameras to install on additional containers or, when the container is found, replace the non-posting camera.





Exhibit B

DocuSign Envelope ID: 716BA1FF-D086-4A16-B4F7-B584080CA7DC

 

<u>SCHEDULE C - SELF PERFORMED INSTALLATION & STANDARD SERVICE POLICY</u>

**Self-service Installations**
In addition to leveraging Compology's network of technicians, we offer detailed instructions and guides for customers to install new cameras themselves. List of available installation instructions and materials is available upon request.

**Standard Service Policy**
Compology offered detailed maintenance best practices for customers to  perform maintenance activities themselves. <u>Compology Maintenance Best Practices</u> are published on our Help Center.

Exhibit B