1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**

9
**NORTHERN DISTRICT OF CALIFORNIA**

10 | ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA

11 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COUNTS 1 AND 2 AMENDED COMPLAINT**
v.

12 | RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive, |

13 | | Case Assigned to Honorable William H. Alsup

14 | Defendants. |

15 | | Hearing:
Date: December 14, 2023
Time: 8:00 a.m.

16 | | Location: 450 Golden Gate Avenue
Courtroom 12 – 19th Floor

17 | | San Francisco, CA 94102

18 | | Complaint Filed: August 4, 2023
Trial Date: Not Yet Set

19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
COUNTS 1 AND 2 AMENDED COMPLAINT

# **ORDER**

Upon Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Motion to Dismiss Counts 1 and 2 Amended Complaint (the "Defendants' Motion"), and upon review of the papers submitted and the oral argument presented by counsel, and good cause appearing, it is hereby

**ORDERED THAT:**

1. Defendants' Motion is **GRANTED;**

2. Plaintiff's Count 1 for trade secret misappropriation under the California Uniform Trade Secrets Act, California Civil Code section 3426, *et seq.* against Defendants is **DISMISSED WITH PREJUDICE**;

3. Plaintiff's Count 2 for trade secret misappropriation under the Federal Defend Trade Secrets Act, 18 U.S.C. § 1836 against Defendants is **DISMISSED WITH PREJUDICE**;

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
HON. WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
COUNTS 1 AND 2 AMENDED COMPLAINT