Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (*Admitted Pro Hac Vice*)
JWodarski@mintz.com
Daniel B. Weinger (*Admitted Pro Hac Vice*)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Admitted Pro Hac Vice*)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Admitted Pro Hac Vice*)
NWArmington@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF DANIEL B. WEINGER IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS 1 AND 2 OF AMENDED COMPLAINT** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive, | Case Assigned to District Judge William Alsup |
| Defendants. | Hearing: |
| | Date:        December 19, 2023 |
| | Time:        9:30 a.m. |
| | Location:    450 Golden Gate Avenue |
| | Courtroom 12 – 19th Floor |
| | San Francisco, CA 94102 |
| | Complaint Filed:    August 4, 2023 |
| | Trial Date:    Not Yet Set |

I, Daniel B. Weinger, hereby declarant as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. ("RTS") and RecycleSmart Solutions, Inc. ("RecycleSmart") (collectively, "Defendants"). I make this declaration in support of Defendants' Reply In Support of Motion to Dismiss Counts 1 and 2 of the Amended Complaint.  Except as stated otherwise, I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the RoadRunner's "Waste Metering™" website, titled: "Waste Metering™: Smart Cameras In Your Dumpsters," available at https://www.roadrunnerwm.com/technology/waste-metering.

3. Attached as **Exhibit B** is a true and correct copy of the Internal Photographs of the Compology R12 Sensor, available at https://fcc.report/FCC-ID/2AO44-R12/3799607.pdf.

4. Attached as **Exhibit C** is a true and correct copy of the External Photographs of the Compology R12 Sensor, available at https://fcc.report/FCC-ID/2AO44-R12/3813143.pdf.

5. Attached as **Exhibit D** is a true and correct copy of the Request for Confidentiality re FCC ID: 2AO44-R12, available at https://fcc.report/FCC-ID/2AO44-R12/3799600.pdf.

6. Attached as **Exhibit E** is a true and correct copy of the Internal Photographs of the Compology R13 Sensor, available at https://fcc.report/FCC-ID/2AO44-R13/6320249.pdf.

7. Attached as **Exhibit F** is a true and correct copy of the External Photographs of the Compology R13 Sensor, available at https://fcc.report/FCC-ID/2AO44-R13/6320247.pdf.

8. Attached as **Exhibit G** is a true and correct copy of the Request for Confidentiality re FCC ID: 2AO44-R13, available at https://fcc.report/FCC-ID/2AO44-R13/6320246.pdf.

Executed on November 29, 2023, at Boston, Massachusetts.

*/s/ Daniel B. Weinger*
Daniel B. Weinger

# EXHIBIT A

DUMPSTER MONITORING TECHNOLOGY

# WASTE METERING™: SMART CAMERAS IN YOUR DUMPSTERS

Waste Metering™ powers the most advanced analysis of your waste operations to deliver tailored, cost-effective waste and recycling services for each of your locations, while also enabling better hauler oversight.

**TALK TO A WASTE EXPERT**









WE'RE YOUR WASTE OPERATIONS MANAGER

# DATA-DRIVEN SERVICE OPTIMIZATION

Waste Metering™ collects daily data on dumpster fullness, fullness at pick up, contents and contaminants and verifies service events. AI analyzes those data points to automatically identify optimization opportunities for service schedule, dumpster size and dumpster type adjustments for each of your locations.

# BETTER HAULER OVERSIGHT

Our Waste Metering™ technology automatically flags when a hauler misses a scheduled pick-up and flags it to your dedicated Roadrunner support staff so we can resolve any issues quickly and make sure you're getting the service you're paying for.



## WE'RE YOUR DUMPSTER DIVER

# PROACTIVE CUSTOMER SERVICE

Our Waste Metering™ technology can detect when dumpsters are at risk for overflow, when a recycling



smoothly.

WE'RE YOUR WASTE INTELLIGENCE

# DATA-INFORMED REPORTING

Waste Metering™ accurately tracks waste and recycling by
volume and weight, enabling us to provide industry-best



# EYES IN EVERY CONTAINER

AI-powered dumpster monitoring cameras automatically monitor and detect fullness, content, location and service activity, so we know what's happening at every dumpster.





dumpster images throughout the day and night
- GPS provides location lock
- Tilt sensor captures service events
- Grime-resistant lens nanocoating keeps the camera clean
- Cell-network enabled to work anywhere



Subscribe to our newsletter to receive updates, blogs and industry news!

Enter email address

SUBSCRIBE

**SERVICES**

FULLY MANAGED WASTE
SERVICES

RECYCLEMORE™ PROGRAM

CLEANSTREAM™ RECYCLING

**HOW WE WORK**

OUR PROCESS

OUR TECHNOLOGY

WASTE METERING™

**SUSTAINABILITY**

RECYCLEMORE™ PROGRAM

CLEANSTREAM™ RECYCLING

ESG REPORTING

TRUE ZERO WASTE ADVISORS

**ABOUT US**

WHO WE ARE

CAREERS

BLOG

IN THE NEWS

**VENDORS**

**INDUSTRIES**

**MATERIAL TYPE**

TECHNICIAN NETWORK

GROCERY

HEALTHCARE FACILITY

HOSPITALITY

LOGISTICS

MANUFACTURING

MULTI-FAMILY HOUSING

OFFICE BUILDING

PROPERTY MANAGEMENT

RESTAURANT

RETAIL

E-WASTE

ORGANICS

PAPER

PLASTIC FILM

STYROFOAM

**CONTAINER TYPES**

**CONTAINER SIGNAGE**

**CUSTOMER PAYMENT PORTAL**

**UPLOAD YOUR INVOICE & CONTRACT**

PRIVACY POLICY          SITEMAP



UNITED STATES     © 2023 ROADRUNNER RECYCLING, INC.

# EXHIBIT B

# Internal Pictures

Open View of the EUT:



PCB Top View:



PCB Bottom View:







# EXHIBIT C

# External Pictures

Front View:





Top View:



Bottom View:



Right Side View:



Left Side View:



# EXHIBIT D

**compology**

**Federal Communications Commission**
**Equipment Authorization Division**
**7435 Oakland Mills Road**
**Columbia, MD 21048**

Date:                    3/13/18


Subject:                Request for **Permanent Confidentiality**

                        **FCC ID:** 2AO44-R12


To Whom It May Concern:

In accordance with §0.457(d) and §0.459 of CFR 47, and KDB 726920, **Compology Inc.** hereby requests permanent confidentiality for documents filed under the following exhibit types:

1. Block Diagram
2. Schematic Diagram
3. Part List
4. Operational Description

These items contain detailed system and equipment description and related information about the product which **Compology Inc.** considers to be proprietary, confidential and a custom design which otherwise would not be released to the general public. Since this design is a basis from which future technological products will evolve, **Compology Inc.** also feels that this information would be of benefit to its competitors, and that the disclosure of the information in these exhibits would give our competitors an unfair advantage in the market.

We are aware that exhibit types *cover letters, attestations, label document, test reports, RF exposure information (SAR and MPE reports)*, cannot be requested to be classified confidential and are thus subject to publication, as will be documents of all other exhibits types for which we have not requested a confidentiality classification.

Best Regards,


*Signature*

Name: Benjamin Chehebar
Title: Co-founder & CPO
Company Name: Compology Inc.
Address: 1045 Bryant St., Suite 101, San Francisco, CA 94103

# EXHIBIT E

# compology - R13S PCB BOTTOM













# EXHIBIT F

# compology — R13S BACK



# compology - R13S BOTTOM




**compology** - R13S FRONT

# compology - R13S LEFT



# compology - R13S RIGHT



# compology - R13S TOP



# EXHIBIT G



**Federal Communications Commission**
**Equipment Authorization Division**
**7435 Oakland Mills Road**
**Columbia, MD 21048**

Date: 11/01/2022

Subject:                    Request for **Permanent Confidentiality**

                                **FCC ID: 2AO44-R13**

To Whom It May Concern:

In accordance with §0.457(d) and §0.459 of CFR 47, and KDB 726920, ***Compology LLC*** hereby requests permanent confidentiality for documents filed under the following exhibit types:

1. Block Diagram
2. Schematic Diagram
3. Part List
4. Operational Description

These items contain detailed system and equipment description and related information about the product which ***Compology LLC*** considers to be proprietary, confidential and a custom design which otherwise would not be released to the general public. Since this design is a basis from which future technological products will evolve, ***Compology LLC*** also feels that this information would be of benefit to its competitors, and that the disclosure of the information in these exhibits would give our competitors an unfair advantage in the market.

We are aware that exhibit types *cover letters, attestations, label document, test reports, RF exposure information (SAR and MPE reports)*, cannot be requested to be classified confidential and are thus subject to publication, as will be documents of all other exhibits types for which we have not requested a confidentiality classification.

Best Regards,

_____
Signature

Name: Benjamin Chehebar
Title: VP, Hardware
Company Name: Compology LLC
Address: 40 Boardman Place, San Francisco, CA 94103