1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567

10 JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:    (949) 623-7200
12 Facsimile:    (949) 623-7202

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
|---|---|
| Plaintiff, | *Assigned for All Purposes to:* Hon. William H. Alsup, Courtroom 12 |
| v. | **DECLARATION OF JOSEPH J. MELLEMA IN SUPPORT OF MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | *Filed Concurrently with Notice of Motion and Motion to Amend First Amended Complaint; Memorandum of Points and Authorities; [Proposed] Order* |
| | Date:  February 20, 2024<br>Time:  8:00 a.m.<br>Judge: William H. Alsup<br>Place: Courtroom 12 |
| | Complaint Filed:  August 4, 2023<br>Trial Date:       Not Yet Set |

71868431v1

Case No. 3:23-cv-04804-WHA

# DECLARATION OF JOSEPH J. MELLEMA

I, Joseph J. Mellema, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Jeffer Mangels Butler & Mitchell LLP, attorneys of record for Plaintiff ROADRUNNER RECYCLING, INC.. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Notice of Motion and Motion of Roadrunner Recycling, Inc. to Amend First Amended Complaint ("FAC") and Memorandum of Points and Authorities.

2. Attached hereto as Exhibit A is a true and correct copy of RoadRunner's Proposed Second Amended Complaint ("SAC").

3. Attached hereto as Exhibit B is a true and correct copy of a redline between RoadRunner's SAC and FAC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of January, 2024, at Irvine, California.

_____
Joseph J. Mellema

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2024, I electronically filed the foregoing **DECLARATION OF JOSEPH J. MELLEMA IN SUPPORT OF MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
|---|---|
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Joseph J. Mellema

71868431v1

3

Case No. 3:23-cv-04804-WHA

DECLARATION OF JOSEPH J. MELLEMA IN SUPPORT OF
MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT