JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*jneudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

SHAVON HENRY (Bar No. 326855)
*shenry@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:(310) 203-8080
Facsimile: (310) 230-0567

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | *Assigned for All Purposes to:* <br> Hon. William H. Alsup, Courtroom 12 |
| v. | **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., PELLO, and DOES 1-25, inclusive, | |
| Defendants. | *Filed concurrently with Notice of Motion and Motion to Amend First Amended Complaint; Declaration of Joseph J. Mellema* |
| | Date: February 20, 2024 <br> Time: 8:00 a.m. <br> Judge: William H. Alsup <br> Place: Courtroom 12 |
| | Complaint Filed: August 4, 2023 <br> Trial Date: Not Yet Set |

71868529

Case No. 3:23-cv-04804-WHA

1     The Court, having considered Plaintiff Roadrunner Recycling, Inc.'s ("RoadRunner")
2 Notice of Motion and Motion for Leave to Amend First Amended Complaint, hereby GRANTS
3 the Motion and ORDERS as follows: The Court grants leave to amend RoadRunner's First
4 Amended Complaint and file RoadRunner's Second Amended Complaint (Exhibit A to the
5 concurrently filed Declaration of Joseph J. Mellema).
6     **IT IS SO ORDERED.**
7 DATED: _____

_____
THE HONORABLE WILLIAM H. ALSUP OF THE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2024, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
| --- | --- |
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Joseph J. Mellema