1 | JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
2 | *sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
3 | *jneudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
4 | San Francisco, CA 94111
Telephone:     (415) 398-8080
5 | Facsimile:      (415) 398-5584

6 | SHAVON HENRY (Bar No. 326855)
*shenry@jmbm.com*
7 | 1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
8 | Telephone:(310) 203-8080
Facsimile: (310) 230-0567

9 |
JOSEPH J. MELLEMA (Bar No. 248118)
10 | *jmellema@jmbm.com*
3 Park Plaza, Suite 1100
11 | Irvine, California 92614-2592
Telephone:     (949) 623-7200
12 | Facsimile:      (949) 623-7202

13 | Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

14 |

15 | **UNITED STATES DISTRICT COURT**

16 | **NORTHERN DISTRICT OF CALIFORNIA**

17 | ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA

18 | Plaintiff, | *Assigned for All Purposes to:*
Hon. William H. Alsup, Courtroom 12

19 | v. |

20 | RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | **ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S**

21 | | **IDENTIFICATION OF TRADE SECRETS**

22 | Defendants. | *Filed concurrently with Declaration of Joseph J. Mellema; [Proposed] Order*

23 | |
Complaint Filed:      August 4, 2023

24 | | Trial Date:            Not Yet Set

25 |

26 |

27 |

28 |

71904330 | Case No. 3:23-cv-04804-WHA

ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S
IDENTIFICATION OF TRADE SECRETS

JMBM | Jeffer Mangels Butler & Mitchell LLP

1    PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5 and the Court's

2  Order Granting Motion to Dismiss [Dkt. 43], Plaintiff RoadRunner Recycling, Inc.

3  ("RoadRunner") hereby requests that the Court order Plaintiff's Identification of Trade Secrets to

4  be filed under seal. This Motion is accompanied by (1) the Declaration of Joseph J. Mellema

5  ("Mellema Decl."); (2) a Proposed Order; and (3) an unredacted, confidential version of Plaintiff's

6  Identification of Trade Secrets attached as Exhibit A to the Mellema Declaration. Specifically,

7  RoadRunner seeks to file the entirety of Plaintiff's Identification of Trade Secrets under seal.

8  **I.    FACTUAL AND PROCEDURAL BACKGROUND**

9    On August 4, 2023, RoadRunner filed its Complaint in the California Superior Court of

10  San Francisco, including causes of action for trade secret misappropriation under the California

11  Uniform Trade Secrets Act ("CUTSA") and breach of contract. See Dkt. 1, Ex. A. On September

12  19, 2023, Defendants filed a Notice of Removal. *Id*. On October 4, 2023, RoadRunner filed a First

13  Amended Complaint ("FAC"). Dkt. 15. On November 22, 2023, Recycle Track Systems, Inc. and

14  RecycleSmart Solutions, Inc. ("Defendants") filed a motion to dismiss RoadRunner's FAC. Dkt.

15  32. On December 26, 2023, the Court granted Defendants' motion to dismiss, with permission to

16  seek leave to amend. Dkt. 43. As part of its Order, the Court required RoadRunner to "address

17  California Code of Civil Procedure Section 2019.210, as set out at the hearing." *Id.*

18  **II.    LEGAL ARGUMENT**

19    **A.    Legal Standard**

20    The Court has the inherent authority to seal documents to protect the release of trade

21  secrets. *See Nixon v. Warner Comm., Inc.*, 435 US 589, 597 (1978); *Hagestad v. Tragesser*, 49

22  F3d 1430, 1433-1434 (9th Cir. 1995); *Uniloc 2017 LLC v. Apple, Inc.*, 964 F.3d 1351, 1361 (Fed.

23  Cir. 2020) ("The publication of materials that could result in infringement upon trade secrets has

24  long been considered a factor that would overcome th[e] strong presumption" of access to court

25  filings.) (quoting *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011)). United States

26  District Court for the Northern District Local Rule 79-5 permits a party to request that all or part

27  of document be filed under seal.

28

71904330                                                    2                          Case No. 3:23-cv-04804-WHA

ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S
IDENTIFICATION OF TRADE SECRETS

## B. RoadRunner Requests that the Court Order Plaintiff's Identification of Trade Secrets to be Filed Under Seal

In order to comply with the Court's Order (Dkt. 43) and Code of Civil Procedure Section 2019.210, RoadRunner must identify and disclose confidential and proprietary information in the form of its trade secrets. *See* Cal. Code Civ. Proc. Section 2019.210 ("In any action alleging the misappropriation of a trade secret under the Uniform Trade Secrets Act (Title 5 (commencing with Section 3426) of Part 1 of Division 4 of the Civil Code), before commencing discovery relating to the trade secret, the party alleging the misappropriation shall identify the trade secret with reasonable particularity subject to any orders that may be appropriate under Section 3426.5 of the Civil Code.").

RoadRunner requests that Plaintiff's Identification of Trade Secrets be sealed in its entirety because the purpose of a disclosure under Code of Civil Procedure Section 2019.210 is to identify RoadRunner's trade secrets with reasonable particularity and thus, the contents of Plaintiff's Identification of Trade Secrets are specifically directed to that purpose and disclose RoadRunner's trade secrets such that the publication of its contents could result in infringement of RoadRunner's trade secrets. Mellema Decl., ¶ 3. A narrower redacted version of this document is not possible because the entirety of its contents are directed to identifying RoadRunner's trade secrets with reasonable particularity. *Id.*, ¶ 4. RoadRunner operates in a competitive market, and therefore, disclosure of the information contained in Plaintiff's Identification of Trade Secrets would cause it irreparable competitive injury. *Id.*, ¶ 5. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby to gain an unfair advantage from RoadRunner's years of research, development, and other experience in the industry. *Id.*

These facts establish good cause to seal the document in its entirety. *See, e.g., Auris Health, Inc. v. Noah Med. Corp.*, 2023 WL 5959427, at *4 (N.D. Cal. Sept. 12, 2023) (finding good cause to exist to seal plaintiffs' Trade Secret Identification documents filed pursuant to California Code of Civil Procedure Section 2019.210 in their entirety "because disclosure could cause them irreparable injury."); *OpenTV, Inc. v. Apple, Inc.,* 2015 WL 2120504, at *2 (N.D. Cal.

ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S
IDENTIFICATION OF TRADE SECRETS

JMBM | Jeffer Mangels
Butler & Mitchell LLP

1  May 5, 2015) (finding "good cause" supported sealing because of "the competitive and

2  commercial harm that would result from the disclosure of trade secrets"); *Nevro Corp. v. Bos. Sci.*

3  *Corp.,* 2017 WL 2780719, at \*1 (N.D. Cal. June 27, 2017) (finding "good cause exists to seal"

4  portions of a discovery letter that contain "trade secrets"); *see also* 18 U.S.C. § 1835 (noting "the

5  court shall enter such orders and take such other action as may be necessary and appropriate to

6  preserve the confidentiality of trade secrets"). Indeed, these facts would support sealing Plaintiff's

7  Identification of Trade Secrets under the more exacting "compelling reasons" standard, if that

8  standard were to apply. *See, e.g., Prostar Wireless Grp., LLC v. Domino's Pizza, Inc.,* 360 F.

9  Supp. 3d 994, 1021 (N.D. Cal. 2018), *aff'd*, 815 F. App'x 117 (9th Cir. 2020) (finding

10  "compelling justifications" support sealing plaintiff's "trade secret disclosures"); *Microsoft Corp.*

11  *v. Hon Hai Precision Indus. Co.,* 2020 WL 4901610, at \*6 (N.D. Cal. Aug. 20, 2020) (granting

12  request to seal of document containing "trade secret information").

13  **III.    CONCLUSION**

14        For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion

15  and order Plaintiff's Identification of Trade Secrets be filed under seal.

16

17  DATED:  January 16, 2024             JEFFER MANGELS BUTLER & MITCHELL LLP
                              STANLEY M. GIBSON

18                                JAMES NEUDECKER
                              JOSEPH J. MELLEMA

19

20

21                      By:  _____

22                                  JOSEPH J. MELLEMA
                    Attorneys for Plaintiff

23                      ROADRUNNER RECYCLING, INC.

24

25

26

27

28

71904330               4              Case No. 3:23-cv-04804-WHA

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of January, 2024, I electronically filed the foregoing **ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
|---|---|
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Joseph J. Mellema

ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS