1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567
9
   JOSEPH J. MELLEMA (Bar No. 248118)
10 *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:    (949) 623-7200
12 Facsimile:    (949) 623-7202

13 Attorneys for Plaintiff
   ROADRUNNER RECYCLING, INC.
14

15           **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA**

17 ROADRUNNER RECYCLING, INC.,          Case No. 3:23-cv-04804-WHA

18            Plaintiff,                *Assigned for All Purposes to:*
                                        Hon. William H. Alsup, Courtroom 12
19        v.
                                        **DECLARATION OF JOSEPH J.**
20 RECYCLE TRACK SYSTEMS, INC., and     **MELLEMA IN SUPPORT OF**
   RECYCLESMART SOLUTIONS, INC.,        **ROADRUNNER RECYCLING, INC.'S**
21                                      **ADMINISTRATIVE MOTION TO FILE**
                                        **UNDER SEAL PLAINTIFF'S**
22            Defendants.               **IDENTIFICATION OF TRADE SECRETS**

23                                      *Filed concurrently with Administrative Motion*
                                        *to File Under Seal Plaintiff's Identification of*
24                                      *Trade Secrets; Proposed Order*

25                                      Complaint Filed:    August 4, 2023
                                        Trial Date:         Not Yet Set
26

27

28

JMBM | Jeffer Mangels Butler & Mitchell LLP

**DECLARATION OF JOSEPH J. MELLEMA**

1.      I am an attorney at law licensed to practice before all courts in the State of California.  I am of counsel with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner").  If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Identification of Trade Secrets, filed under seal in its entirety.

3.      I am informed and believe that the contents of Plaintiff's Identification of Trade Secrets are specifically directed to the purpose of California Code of Civil Procedure Section 2019.210, namely, to identify RoadRunner's trade secrets with reasonable particularity and thus, disclose RoadRunner's trade secrets such that the publication of its contents could result in infringement of RoadRunner's trade secrets. I am informed and believe that Plaintiff's Identification of Trade Secrets contains confidential and proprietary trade secret information because it constitutes technical information about RoadRunner's products and services in its waste metering system, including its smart camera apparatus, optical assembly and design, image preprocessing techniques, machine learning training data, and algorithms and processes; RoadRunner has taken reasonable measures to keep such information secret; and it derives independent economic value from not being generally known to, and not being readily ascertainable through proper means by, anther person who can obtain economic value from the disclosure or use of the information.

4.      A narrower redacted version of Plaintiff's Identification of Trade Secrets is not possible because the entirety of its contents are directed to identifying RoadRunner's trade secrets with reasonable particularity pursuant to California Code of Civil Procedure Section 2019.210.

5.      RoadRunner operates in a competitive market, and therefore, disclosure of the information contained in Plaintiff's Identification of Trade Secrets would cause it irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby to gain

an unfair advantage from RoadRunner's years of research, development, and other experience in the industry.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed January 16, 2024 in Irvine, California.

_____
JOSEPH J. MELLEMA

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of January, 2024, I electronically filed the foregoing **DECLARATION OF JOSEPH J. MELLEMA IN SUPPORT OF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
|---|---|
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via  on the following non-CM/ECF participants:

_____

Joseph J. Mellema

71904330

4

Case No. 3:23-cv-04804-WHA

DECLARATION OF JOSEPH J. MELLEMA IN SUPPORT OF ROADRUNNER RECYCLING, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS