1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:   (415) 398-8080
5  Facsimile:   (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567
9
   JOSEPH J. MELLEMA (Bar No. 248118)
10 *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:   (949) 623-7200
12 Facsimile:   (949) 623-7202

13 Attorneys for Plaintiff
   ROADRUNNER RECYCLING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | *Assigned for All Purposes to:* Hon. William H. Alsup, Courtroom 12 |
| v. | **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS** |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | Complaint Filed: August 4, 2023 Trial Date: Not Yet Set |

71904330

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Roadrunner Recycling, Inc.'s ("Roadrunner") application for an order to file under seal and accompanying papers, and good cause appearing therefore,

**IT IS HEREBY ORDERED** by the Court that Plaintiff's Identification of Trade Secrets shall be filed under seal in its entirety and may only be viewed by personnel of the Court, Jeffer Mangels Butler & Mitchell, LLP and Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. without a showing of good cause, and pursuant to an order of the Court.

DATED:

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of January, 2024, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
|---|---|
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Joseph J. Mellema