1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567

9
   JOSEPH J. MELLEMA (Bar No. 248118)
10 *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:    (949) 623-7200
12 Facsimile:    (949) 623-7202

13 Attorneys for Plaintiff
   ROADRUNNER RECYCLING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
|---|---|
| Plaintiff, | *Assigned for All Purposes to:* Hon. William H. Alsup, Courtroom 12 |
| v. | **STIPULATION AND [PROPOSED] ORDER TO AMEND THE BRIEFING SCHEDULE ON ROADRUNNER RECYCLING, INC.'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | Current Date:    February 29, 2024 Time:    8:00 a.m. Judge:    Hon. William H. Alsup Place:    Courtroom 12 |
| | Complaint Filed:    August 4, 2023 Trial Date:    December 9, 2024 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Plaintiff Roadrunner Recycling, Inc. ("RoadRunner") and Defendants Recycle Track Systems, Inc., and RecycleSmart Solutions, Inc., ("Defendants") (collectively, the "Parties"), by and through their respective counsel, jointly agree and stipulate as follows:

WHEREAS, the Court rescheduled the hearing on RoadRunner's Motion for Leave to Amend its First Amended Complaint to take place on February 29, 2024 at 8:00 a.m.;

WHEREAS, Defendants' responses are currently due on or before January 30, 2024, and RoadRunner's reply is currently due on or before February 6, 2024;

WHEREAS, RoadRunner's lead trial counsel will be serving as lead trial counsel in a weeks-long trial in the District Court of Colorado and will unable to participate in the preparation of the reply under the current briefing schedule;

WHEREAS, RoadRunner's counsel that heavily participated in the preparation of RoadRunner's Motion for Leave to Amend and Plaintiff's Identification of Trade Secrets will be out of the country with no online access and unable to participate in the preparation of the reply under the current briefing schedule;

WHEREAS, Defendants' counsel seeks additional time to file Defendants' responses due to service of Plaintiff's Identification of Trade Secrets on January 17, 2024 while the Parties worked out an agreement to protect the contents of Plaintiff's Identification of Trade Secrets from disclosure;

WHEREAS, this amendment to the briefing schedule is not sought for purposes of delay or to prejudice any Party's rights, and no Party shall base any argument in support of or in opposition to the Motion upon this amendment to the briefing schedule.

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree and request that the Court order as follows:

(1) Defendants' responses to RoadRunner's Motion for Leave to Amend shall be due on or before February 8, 2024; and

(2) RoadRunner's reply shall be due on or before February 15, 2024.

**IT IS SO STIPULATED.**

DATED: January 18, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
SHAVON HENRY
JOSEPH J. MELLEMA

By: _____/s/ Joseph J. Mellema_____
    JOSEPH J. MELLEMA
Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

DATED: January 18, 2024

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
ARAMEH ZARGHAM O'BOYLE
JAMES M. WODARSKI
DANIEL B. WEINGER
ANDREW H. DEVOOGD
NICHOLAS W. ARMINGTON
TIANYI TAN

By: _____*/s/ Daniel B. Weinger*_____
    DANIEL B. WEINGER
Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS, INC.

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California's Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory, Daniel B. Weinger, who is listed on the signature page.

DATED: January 18, 2024

By: _____
JOSEPH J. MELLEMA

**[PROPOSED] ORDER**

The Court, having considered the foregoing Stipulation, and good cause appearing therefor, hereby ORDERS as follows:

1. The Stipulation is GRANTED;
2. The responses to Plaintiff's Motion for Leave to Amend (Dkt. 45) shall be filed on or before February 8, 2024;
3. The reply shall be filed on or before February 15, 2024.

**IT IS SO ORDERED.**

DATED: _____

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2024, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO AMEND THE BRIEFING SCHEDULE ON ROADRUNNER RECYCLING, INC.'S MOTION OF FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
|---|---|
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

_____
JOSEPH J. MELLEMA