UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROADRUNNER RECYCLING, INC.,

    Plaintiff,

v.

RECYCLE TRACK SYSTEMS, INC., et al.,

    Defendants.

No. C 23-04804 WHA

**ORDER DENYING STIPULATION TO AMEND BRIEFING SCHEDULE**

The parties' stipulation to amend the briefing schedule for plaintiff's motion for leave to amend is **DENIED**. While plaintiff states that two attorneys from their team will be unavailable to participate in the drafting of the reply, they do not explain why the remainder of the team is unable to do so. Defendants likewise do not present a compelling reason for alteration of the briefing schedule. Briefing shall take place according to the existing schedule.

**IT IS SO ORDERED.**

Dated: January 19, 2024

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE