1  Arameh Zargham O'Boyle (SBN: 239495)
   azoboyle@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
   POPEO, P.C.
3  2049 Century Park East, Suite 300
   Los Angeles, CA 90067
4  Telephone: 310-586-3200
   Facsimile: 310-586-3202
5
6  James M. Wodarski (*Admitted Pro Hac Vice*)
   JWodarski@mintz.com
7  Daniel B. Weinger (*Admitted Pro Hac Vice*)
   DBWeinger@mintz.com
8  Andrew H. DeVoogd (*Admitted Pro Hac Vice*)
   AHDeVoogd@mintz.com
9  Nicholas W. Armington (*Admitted Pro Hac Vice*)
   NWArmington@mintz.com
10 Tianyi Tan (*Admitted Pro Hac Vice*)
   TTan@mintz.com
11 MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
   POPEO, P.C.
12 One Financial Center
   Boston, MA 02111
13 Telephone:  (617) 542-6000
   Facsimile:  (617) 542-2241

14 Attorneys for Defendants
   RECYCLE TRACK SYSTEMS, INC., and
15 RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>  Plaintiff,<br>v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Case Assigned to Honorable William H. Alsup<br>Courtroom 12<br><br>Complaint Filed: August 4, 2023<br>Trial Date: December 9, 2024 |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") hereby respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Defendants' Opposition to Motion of RoadRunner Recycling, Inc. for Leave to Amend First Amended Complaint. Specifically, Defendants seek to file under seal the information and/or document(s) listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Defendants' Opposition to Motion of RoadRunner Recycling, Inc. for Leave to Amend First Amended Complaint | Entirety, pending designation from Plaintiff | Plaintiff Roadrunner Recycling, Inc. |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* Civil L.R. 79-5(f).

## III. PLAINTIFF'S CONFIDENTIAL INFORMATION

On January 16, 2024, Plaintiff filed under seal its submission pursuant to CCP § 2019.210. Courts allow trade secret plaintiffs to submit their identification of trade secrets under seal to avoid publicly disclosing the alleged trade secrets they are attempting to protect. In that vein, Defendants are opposing Plaintiff's motion to amend the complaint and extensively refer to the sealed filing in that submission. As a result, Defendants seek to seal the opposition listed in the above table because it may contain information that Plaintiff considers Confidential and/or Highly Confidential-Attorneys' Eyes Only and/or Highly Confidential-Source Code pursuant to the interim agreement between the parties regarding how to treat Plaintiff's CCP § 2019.210 submission until an appropriate protective order is in place. Defendants take no position on the merits of sealing Plaintiff's designated material, and expects Plaintiff to file one or more declarations in accordance with the Local Rules.

## IV. CONCLUSION

In compliance with Civil Local Rule 79-5(d) and (e), an unredacted version of the above-listed document is filed separately as an attachment to this Administrative Motion and a redacted version is filed publicly.

Dated: January 30, 2024

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

*/s/ Daniel B. Weinger*
Arameh Zargham O'Boyle
James M. Wodarski (*Admitted Pro Hac Vice*)
Daniel B. Weinger (*Admitted Pro Hac Vice*)
Andrew H. DeVoogd (*Admitted Pro Hac Vice*)
Nicholas W. Armington (*Admitted Pro Hac Vice*)
Tianyi Tan (*Admitted Pro Hac Vice*)

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLE SMART SOLUTIONS, INC.