**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| | Complaint Filed: August 4, 2023<br>Trial Date: December 9, 2024 |

Pursuant to Civil Local Rule 79-5, Defendants Recycle Track Systems, Inc. and Recyclesmart Solutions Inc. (collectively, "Defendants") have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Defendants' Opposition to Motion of RoadRunner Recycling, Inc. for Leave to Amend First Amended Complaint, and good cause to seal having been shown, the Court **GRANTS** Defendants' Administrative Motion and **ORDERS** sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Defendants' Opposition to Motion of RoadRunner Recycling, Inc. for Leave to Amend First Amended Complaint | Entirety, pending designation from Plaintiff | Plaintiff Roadrunner Recycling, Inc. |

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE