Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (*Admitted Pro Hac Vice*)
JWodarski@mintz.com
Daniel B. Weinger (*Admitted Pro Hac Vice*)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Admitted Pro Hac Vice*)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Admitted Pro Hac Vice*)
NWArmington@mintz.com
Tianyi Tan (*Admitted Pro Hac Vice*)
TTan@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF DANIEL B. WEINGER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | Case Assigned to District Judge William Alsup |
| Defendants. | Hearing: |
| | Date:        February 29, 2024 |
| | Time:        8:00 a.m. |
| | Location:    450 Golden Gate Avenue |
| | Courtroom 12 – 19th Floor |
| | San Francisco, CA 94102 |
| | Complaint Filed:    August 4, 2023 |
| | Trial Date:         December 9, 2024 |

I, Daniel B. Weinger, hereby declarant as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. ("RTS") and RecycleSmart Solutions Inc. ("RecycleSmart") (collectively, "Defendants"). I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Leave to Amend First Amended Complaint. Except as stated otherwise, I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the eBay listing of the Compology R13 Sensor, titled "COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster," available at https://www.ebay.com/itm/266422745021.

3. Attached as **Exhibit 2** is a true and correct copy of the eBay listing of the Compology R13 Sensor, titled "COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster," available at https://www.ebay.com/itm/165986465824.

4. Attached as **Exhibit 3** is a true and correct copy of the eBay listing of the Compology R13 Sensor, titled "Compology R13 Dumpster Monitoring Camera / Waste Metering," available at https://www.ebay.com/itm/404675854951.

5. Attached as **Exhibit 4** is a true and correct copy of the eBay listing of the Compology R13 Sensor, titled "Compology R13 Dumpster Monitoring Camera / Waste Metering," available at https://www.ebay.com/itm/275331948516.

6. Attached as **Exhibit 5** is a true and correct copy of the eBay listing of the Compology R13 Sensor, titled "COMPOLOGY R13 TRASH CAN SENSOR (900-0003) – LOT OF 10," available at https://www.ebay.com/itm/255952710522.

7. Attached as **Exhibit 6** is a true and correct copy of the OfferUp listing of the Compology R13 Sensor, titled "Compology R13 Camera," available at https://offerup.com/item/detail/1585793083.

8. Attached as **Exhibit 7** is a true and correct copy of the FCC ISED Report of the Compology R13 Sensor, available at https://fcc.report/FCC-ID/2AO44-R13/4285590.pdf.

9.      Attached as **Exhibit 8** is a true and correct copy of the Compology's article posted on Medium, titled "From The Stone Age To The Future: Indisputable Service Verification For Waste Has Arrived," available at https://medium.com/@compology/from-the-stone-age-to-the-future-indisputable-service-verification-for-waste-has-arrived-440afa707a83.

Executed on January 30, 2024, in Boston, Massachusetts.

<div align="right">

*/s/ Daniel B. Weinger*
Daniel B. Weinger

</div>

# EXHIBIT 1

ebay

Shop by category ▾

Search for anything            | All Categories ▾ |   **Search**

Back to home page   Business & Industrial   Electrical Equipment & Sup...   Circuit Breakers & Disconn...   Circuit Breakers     Share   Add to Watchlist



  

Have one to sell? **Sell now**

## COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster

 **dealsdirecthq** (4928)
100% positive · Seller's other items · Contact seller

### US $99.95

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: **New**

Quantity: | 1 |   2 available

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

↺ **Breathe easy.** Free shipping and returns.

Shipping:   **Free** Standard Shipping. See details
Located in: Vancouver, Washington, United States

Delivery:   Estimated between **Sat, Jan 20** and **Wed, Jan 24** to 02108 ⓘ

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:     

 **PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

$ **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |

Report this item   Scroll

Seller assumes all responsibility for this listing.          eBay item number:  266422745021

Last updated on Oct 08, 2023 12:12:51 PDT  View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions |
| Brand | Comopology |

## Item description from the seller

**Introducing the COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster, a top-tier solution for keeping your waste management under control. Designed by the trusted brand Comopology, this product is perfect for businesses and industries in need of an efficient way to monitor their dumpsters.**

**With its cutting-edge technology, this wireless dumpster is a reliable tool for keeping track of your waste output. The camera allows for easy monitoring, while the metering function accurately measures the amount of waste generated. Its easy-to-use interface makes it a convenient option for businesses of all sizes. Take your waste management to the next level with the COMPOLOGY Model R13.**

**Brand new in box**

**Free Shipping**



### dealsdirecthq

**100%** Positive Feedback
**18K** items sold



📅 Joined Jul 2016


Scrol

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

## Popular categories from this store    See all

Collectibles    Crafts    Everything Else

Travel    Clothing, Shoes & Accessories

Toys & Hobbies    Video Games & Consoles

Dolls & Bears    Pet Supplies

## Seller feedback (4,880)

➕ _***3 (1) • Past month

Item arrived fairly quickly and as described. I would purchase from them again!

AIRTHINGS Digital Radon Detector Model#2350 Brand New (#266590403636)

➕ n***d (38) • Past month

Fast shipping and a good price.

Takedown Recurve Bow Kit 24-36lbs Archery Set With Arrows For Target Practice (#266404884616)

➕ d***r (177) • Past month

The Pin Nailer arrived quickly and exactly as described, A+

Milwaukee M12 12V 23 Gauge Cordless Pin Nailer - Tool Only (2540-20) (Rough Box) (#266532845018)

See all feedback

---

Back to home page    Return to top

More to explore : Monitor Electrical Usage Meters, Wireless HVAC Refrigerant Scales & Meters, Monitor Other Industrial Electrical Test Meters & Detectors, Commercial Waste Disposal, Commercial Waste Pulpers & Extractors, Capacitance Meters, Turbine Flow Meter Flow Meters, Test Watt Meters, Flow Meters, Micromotion Mass Flow Meter Flow Meters

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



# EXHIBIT 2





Hi! Sign in or register Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search

Back to home page · Business & Industrial > Electrical Equipment & Sup... > Circuit Breakers & Disconn... > Circuit Breakers Share · Add to Watchlist

Have one to sell? Sell now

# COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster

acist_electrical (24551)
99.6% positive · Seller's other items · Contact seller

**US $110.00**

or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: **New**

Quantity: 1 5 available / 3 sold

Buy It Now

Add to cart

Make offer

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **US $13.00** Standard Shipping. See details
Located in: Beaver, West Virginia, United States

Delivery: Estimated between **Sat, Jan 20** and **Tue, Jan 23** to 02108

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX DISCOVER
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **165986465824**

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions |
| Brand | Comopology |

## Item description from the seller

COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster Receptacle Monitor

**acist_electrical**

**99.6%** Positive Feedback
**171K** items sold

Visit store
Contact
♡ Save seller

📅 Joined Mar 2012

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

## Popular categories from this store    See all

CUTLER-HAMMER/WESTINGH...    ALLEN-BRADLEY

SQUARE D    GE    PHOENIX CONTACT    TELEMECANIQUE

SIEMENS    Other

## Seller feedback (18,022)

➕ r***l (647) • Past month

Good

HELLA HF Mercedes 4RA 007 793 10 A 002 542 87 19 Relay 12 VDC 4 BLADE (#155308126067)

➕ p***p (7) • Past month

Item was as described, and came in a timely manner.

LOT OF 10 OMRON G5Q 14 DC24V 5 AMP 30 VDC 24 VDC 10 AMP 250 VAC 10 Relay 2071C8 (#175480916680)

➕ 2***2 (3239) • Past month

Nice Merchandise, Superfast Shipper, Great Ebayer. AAAAA +++++. I highly recommend this seller.

SQUARE D HOM120 Single Pole 20 AMP Type HOM Homeline Circuit Breaker (#165016679295)

See all feedback

More to explore :  Monitor Electrical Usage Meters,  Wireless HVAC Refrigerant Scales & Meters,  Monitor Other Industrial Electrical Test Meters & Detectors,  Commercial Waste Disposal,  Commercial Waste Pulpers & Extractors,  Capacitance Meters,  Turbine Flow Meter Flow Meters,  Test Watt Meters,  Flow Meters,  Micromotion Mass Flow Meter Flow Meters

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⬤ and AdChoice ⓘ

# EXHIBIT 3



Hi! Sign in or register Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search

Back to search results · Business & Industrial > Facility Maintenance & Safe... > Surveillance & Alarm Equip... > Other Facility Surveillance Share · Add to Watchlist

Have one to sell? Sell now

# Compology R13 Dumpster Monitoring Camera / Waste Metering

PELAYO'S RACK (1051)
95.9% positive · Seller's other items · Contact seller

**US $120.00**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: **Used**

Buy It Now
Add to cart
Make offer
Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: US $17.05 Expedited Shipping. See details
Located in: Merced, California, United States

Delivery: Estimated between **Sat, Jan 20** and **Wed, Jan 24** to 02108

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **404675854951**

Last updated on Dec 28, 2023 16:12:22 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully operational and functions as intended. This item may be a floor model or store return that has been used. See the seller's listing for full details and description of any imperfections. See all condition definitions |
| Brand | Compology |
| MPN | R13 |
| UPC | Does not apply |

## Item description from the seller

This Compology R13 Dumpster Monitoring Camera / Waste Metering is a great addition to your surveillance and alarm equipment. With its advanced features, you can efficiently monitor your waste metering without any hassle. The brand behind this product, Compology, is known for producing high-quality surveillance and alarm equipment for businesses and industries.

The camera is designed specifically for dumpster monitoring, making it an ideal choice for your facility maintenance and safety needs. Its unique features and functionalities make it stand out from other surveillance systems in the market. With this product, you can have peace of mind knowing that your waste metering is being monitored round the clock.

Does not include box charger or some other accessories

ONLY comes with what's pictured. Please review pictures prior to purchase. We appreciate all business and would recommend sending a message if any issue or concern comes up. Thanks!"



### PELAYO'S RACK

**95.9%** Positive Feedback
**4.2K** items sold

📅 Joined Apr 2020

**Visit store**

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store    See all

Everything Else   Travel   Dolls & Bears   Antiques

Movies & TV

### Seller feedback (1,070)

➕ l***q (180) • Past month

wow super fast shipping, happy with the purchase, recommended! A++++

Plantronics Explorer 232 Black/Sliver Portable Bluetooth Ear-Hook Single Headset (#404738870522)

➕ i***o (1674) • Past month

Looks good!

Replacement for Liftmaster 41C4220A Gear and Sprocket Kit for Chamberlain Sears  (#404721093608)

➕ 3***4 (162) • Past month

an easy transaction with this e-bayer....very good...thanx !!!

COREL VideoStudio Ultimate 2019 EDITING Software (#404443902163)

See all feedback

More to explore : Monitor Electrical Usage Meters, Monitor Other Industrial Electrical Test Meters & Detectors, Commercial Waste Disposal, Commercial Waste Pulpers & Extractors, Unbranded Commercial Waste Disposal, Coriolis Flow Meter Flow Meters, Electromagnetic Flow Meter Flow Meters, Test Watt Meters, Endress+Hauser Electromagnetic Flow Meter Flow Meters, Rosemount Vortex Flow Meter Flow Meters

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

# EXHIBIT 4

Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄



ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search

< Back to home page  ›  Business & Industrial  ›  Facility Maintenance & Safe...  ›  Surveillance & Alarm Equip...  ›  Other Facility Surveillance

Share  ·  Add to Watchlist



## Compology R13 Dumpster Monitoring Camera / Waste Metering

Bayview Liquidations (1121)
98.9% positive  ·  Seller's other items  ·  Contact seller

**C $199.99**
Approximately US $148.35
or Best Offer

Condition:  **New – Open box**

Quantity:  [ 1 ]    4 available / 1 sold

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

Shipping:  **C $21.00 (approx US $15.58)** Canada Post
Expedited Parcel - USA. See details
International shipment of items may be subject ⓘ
to customs processing and additional charges.
Located in: Port Elgin, Ontario, Canada

Delivery:  Estimated between **Tue, Jan 23** and **Tue, Jan 30**
to 02108 ⓘ
Please allow additional time if international
delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  ●●  AMEX

ⓘ Earn up to 5x points when you use your
eBay Mastercard®. Learn more

**Shop with confidence**

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more


Have one to sell?  Sell now

| About this item | Shipping, returns, and payments |

Seller assumes all responsibility for this listing.

eBay item number:  275331948516

Last updated on Sep 01, 2023 10:04:00 PDT  View all revisions

## Item specifics

| | |
|---|---|
| Condition | New – Open box: An item in excellent, new condition with no functional defects. The item may be missing original packaging and may have been used for testing or demo purposes. The item includes accessories found with the original product and may include a warranty. See the seller's listing for full details and description. See all condition definitions |
| MPN | R13 |
| Brand | Compology |
| UPC | Does not apply |



## Item description from the seller

Selling a Compology R13 Dumpster Monitoring / Waste Metering Camera.  It's not been installed, but does not come in any packaging.

Although this camera is new, I do not have any information with regards to registration, or monitoring costs.  I suggest contacting the manufacturer for the most complete information.  This item is being sold AS IS, WHERE IS, NO RETURNS.  Please ensure you will be able to use this before ordering.

## Business seller information

Value Added Tax Number:  CA 770904886RT0001



## Bayview Liquidations

**98.9%** Positive Feedback
**6.1K** items sold

[Visit store]

[Contact]

[♡ Save seller]

📅 Joined Jul 2017

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.6 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store    See all

Fashion    Cosmetics    Electronics

Car Parts & Accessories    For the Home

Commercial & Industrial Items    RV / Marine / Snowmobile

Other

### Seller feedback (1,143)

⊕ a***a (160) • Past month

Fast shipping

Burberry Full Rim Eyeglass Frames B1332 (1283 54 17 145) Black Rubber (#276037211537)

⊖ y***p (2) • Past month

The product was defective and the customer service was awful. This is the worst experience I have had with ebay for these years.

Seiko Womens Stainless Steel White Dial Quartz Watch - SXDF61 SXDF61P1 (#276169880705)

⊕ n***o (1105) • Past month

Item was defective. Seller caught it before shipping and cancelled the order. So, positive and negative at the same time. Honest seller though.

Hansgrohe Focus N Pull Down Kitchen Faucet, Chrome 71800005 (#276086044485)

[See all feedback]

Back to home page                                                                                                    Return to top

More to explore :   Monitor Electrical Usage Meters,   Monitor Other Industrial Electrical Test Meters & Detectors,   Commercial Waste Disposal,   Commercial Waste Pulpers & Extractors,   Unbranded Commercial Waste Disposal,   Coriolis Flow Meter Flow Meters,   Electromagnetic Flow Meter Flow Meters,   Test Watt Meters,   Endress+Hauser Electromagnetic Flow Meter Flow Meters,   Rosemount Vortex Flow Meter Flow Meters

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ



# EXHIBIT 5



Hi! Sign in or register Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search

Back to home page · Business & Industrial > Restaurant & Food Service > Wholesale Lots Share · Add to Watchlist

Have one to sell? Sell now

# COMPOLOGY R13 TRASH CAN SENSOR (900-0003) - LOT OF 10

skyhighattire-9 (3726)
99.6% positive · Seller's other items · Contact seller

**US $1,150.00**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: **New – Open box**
*"Item Comes As Shown With No Box.Item Is New And Never Used.Defects: Item May Have MinorDust / Rub"*... Read more

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **US $29.99** Standard Shipping. See details
Located in: Atlanta, Georgia, United States

Delivery: Estimated between **Sat, Jan 20** and **Thu, Jan 25** to 02108

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **255952710522**

Last updated on May 31, 2023 07:02:16 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | **New – Open box** |
| Seller Notes | "Item Comes As Shown With No Box.Item Is New And Never Used.Defects: Item May Have MinorDust / Rub Marks From Storage. Overall Excellent Condition.See Images For Clear Details.Only the Items Pictured Are Included." Read Less |
| Brand | Compology |
| Model | R13 |
| MPN | 900-0003 |
| UPC | N/A |

## Item description from the seller

Item Comes As Shown With No Box.

Item Is New And Never Used.

Defects: Item May Have Minor

Dust / Rub Marks From Storage.

Overall Excellent Condition.

See Images For Clear Details.

Only the Items Pictured Are Included.

Best Deal.

X1 MARKET PLACE



### skyhighattire-9

**99.6% Positive Feedback**

**12K items sold**

Visit store

Contact

♡ Save seller

📅 Joined Mar 2017

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (3,765)

➕ p***z (616) • Past month

Thank you!

ROBERTSHAW PILOT BURNER 1830-491 (#256093553890)

➕ l***k (967) • Past month

Just as described

Emerson White Rodgers 36J29-701 Manifold Gas Valve S1-02543267000 (#256348035872)

⊕ e***e (516) • Past month

Excellent product, great price!

Oceanic QLR 4 Weight Pockets for Oceanic BCD's (Set of 2) (#256263366377)

See all feedback

---

Back to home page

More to explore :   Commercial Trash Can Other Cleaning & Janitorial Supplies,   Trash Bags & Trash Liners,   Trash Pumps,   Diesel Trash Pump Trash & Water Transfer Pumps,
Gasoline Trash Pump Trash & Water Transfer Pumps,   Industrial Insulation R13 Insulation R-Value,   Diesel Trash & Water Transfer Pumps,   Gasoline Trash & Water Transfer Pumps,
Electric Trash & Water Transfer Pumps,   Wholesale Lots

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

# EXHIBIT 6



☰ OfferUp                                    Post a Job    Log in



  

## $55 $95

# Compology R13 Camera

🕐 **Last updated 7 months ago** in Phoenix, AZ

Condition: New

Electronics & Media - Cameras & Photography

| Make offer |
| --- |

| Ask |
| --- |

| Ask | Make offer |
| --- | --- |



**Serious Buyers Only**
Joined Jul 2015 ★★★★★ (84)

# Description

Compology R13 Waste Meter ED camera Brand new in the box 2023 model make me a offer

♡ Save     ⚑ Report     ⇄ Share



Map is approximate to keep seller's location private.

# Related searches

Gopro     Camera equipment

# Similar items



**Polaroid Camera**
$100



**2018 Dodge Durango**
$13,900



**2019 Chevrolet Impala**
$13,500



**Canon A-1 1980 35m...**
$400







**2017 Chrysler Pacifica**
$26,999
Chandler, AZ

**2011 Chevrolet Equinox**
$7,995
Phoenix, AZ

**2023 Honda CR-V**
$39,988
Tempe, AZ

# Serious Buyers Only's other offers









### 19' Inch White Round ...
$50
Phoenix, AZ

### LG Washer And Dryer
$280
Phoenix, AZ

### MK 170 Tile Saw
$80
Phoenix, AZ

### HVAC Vacuum Pump
$185
Phoenix, AZ







### Moen Garbage Disposal
$80
Phoenix, AZ

### Romex 50ft
$40
Phoenix, AZ

### Century Fan Blower M...
$90
Phoenix, AZ

Shop

How it works

Explore

Sell

Post an item

Auto dealerships

Jobs

Post job

Find a job

About

Our story

Careers

# EXHIBIT 7



# FCC / ISED Test Report

**FOR:** Compology

**Model Number:** R13 & R13L (Variant)

**Product Description:**
Wireless device captures still images, GPS location and accelerometer information and transmits via the CAT-M1 network. Also includes BLE and NFC.

**FCC ID:** 2AO44-R13
**IC ID:** 23661-R13

**Applied Rules and Standards:**
47 CFR Part 15.247 (DTS)
RSS-247 Issue 2 (DTSs) & RSS-Gen Issue 5

**REPORT #:** EMC_COMPO_012_18001_FCC_15.247_ISED_BLE_DTS_rev3

**DATE:** 5/17/2019



A2LA Accredited

IC recognized #
3462B-2

*CETECOM* **Inc.**
411 Dixon Landing Road ◆ Milpitas, CA 95035 ◆ U.S.A.
Phone: + 1 (408) 586 6200 ◆ Fax: + 1 (408) 586 6299 ◆ E-mail: info@cetecom.com ◆ http://www.cetecom.com
*CETECOM* Inc. is a Delaware Corporation with Corporation number: 2905571


**TABLE OF CONTENTS**

| | | |
|---|---|---|
| **1** | **ASSESSMENT** | **3** |
| **2** | **ADMINISTRATIVE DAT** | **4** |
| 2.1 | IDENTIFICATION OF THE TESTING LABORATORY ISSUING THE EMC TEST REPORT | 4 |
| 2.2 | IDENTIFICATION OF THE CLIENT | 4 |
| 2.3 | IDENTIFICATION OF THE MANUFACTURER | 4 |
| **3** | **EQUIPMENT UNDER TEST (EUT)** | **5** |
| 3.1 | EUT SPECIFICATIONS | 5 |
| 3.2 | EUT SAMPLE DETAILS | 6 |
| 3.3 | ACCESSORY EQUIPMENT (AE) DETAILS | 6 |
| 3.4 | MODE OF OPERATION DETAILS | 6 |
| 3.5 | JUSTIFICATION FOR WORST CASE MODE OF OPERATION | 7 |
| **4** | **SUBJECT OF INVESTIGATION** | **8** |
| **5** | **MEASUREMENT RESULTS SUMMARY** | **8** |
| **6** | **MEASUREMENT UNCERTAINTY** | **9** |
| 6.1 | ENVIRONMENTAL CONDITIONS DURING TESTING: | 9 |
| 6.2 | DATES OF TESTING: | 9 |
| **7** | **MEASUREMENT PROCEDURES** | **10** |
| 7.1 | RADIATED MEASUREMENT | 10 |
| 7.2 | RF CONDUCTED MEASUREMENT PROCEDURE | 12 |
| **8** | **TEST RESULT DATA** | **13** |
| 8.1 | EMISSION BANDWIDTH 6DB AND 99% OCCUPIED BANDWIDTH | 13 |
| 8.2 | POWER SPECTRAL DENSITY | 21 |
| 8.3 | MAXIMUM PEAK CONDUCTED OUTPUT POWER | 26 |
| 8.4 | BAND EDGE COMPLIANCE | 31 |
| 8.5 | RADIATED TRANSMITTER SPURIOUS EMISSIONS AND RESTRICTED BANDS | 37 |
| **9** | **TEST SETUP PHOTOS** | **54** |
| **10** | **TEST EQUIPMENT AND ANCILLARIES USED FOR TESTING** | **54** |
| **11** | **REVISION HISTORY** | **54** |



## 1    Assessment

The following device as further described in section 3 of this report was evaluated for radiated and conducted spurious emissions for unlicensed radio according to criteria specified in FCC rules 15.247 of Title 47 of the Code of Federal Regulations and the relevant ISED Canada standard RSS-GEN and RSS-247.

No deviations were ascertained.

According to section 5 of this report, the overall result is PASS.

| Company | Description | Model # |
|---------|-------------|---------|
| Compology | Wireless device captures still images, GPS location and accelerometer inforamtion and transmits via the CAT-M1 network. Also includes BLE and NFC. | R13, R13L *1 |

*1: R13L is a Variant of R13. Check section 3 for more details.

**Responsible for Testing Laboratory:**

| Date | Section | Name | Signature |
|------|---------|------|-----------|
| 5/17/2019 | Compliance | Li, Cindy (Lab Manager) | *Cindy Li* (Digitally signed by Cindy Li, DN: cn=Cindy Li, o=Cetecom Inc, ou=EMC, email=cindy.li@cetecom.com, c=US, Date: 2019.05.18 21:19:45 -07'00') |

**Responsible for the Report:**

| Date | Section | Name | Signature |
|------|---------|------|-----------|
| 5/17/2019 | Compliance | Ghanma, Issa (EMC Engineer) | (Digitally signed by: Issa Ghanma, DN: CN = Issa Ghanma email = issa.ghanma@cetecom.com C = US O = CETECOM INC. OU = EMC, Date: 2019.05.18 15:00:23 -07'00') |

The test results of this test report relate exclusively to the test item specified in Section3.
CETECOM Inc. USA does not assume responsibility for any conclusions and generalizations drawn from the test results with regard to other specimens or samples of the type of the equipment represented by the test item. The test report may only be reproduced or published in full. Reproduction or publication of extracts from the report requires the prior written approval of CETECOM Inc. USA.



## 2    Administrative Data

### 2.1    Identification of the Testing Laboratory Issuing the EMC Test Report

| Company Name: | CETECOM  Inc. |
|---|---|
| Department: | Compliance |
| Street Address: | 411 Dixon Landing Road |
| City/Zip Code | Milpitas, CA 95035 |
| Country | USA |
| Telephone: | +1 (408) 586 6200 |
| Fax: | +1 (408) 586 6299 |
| Lab Manager: | Cindy Li |
| Responsible Project Leader: | Trina Noor |

### 2.2    Identification of the Client

| Applicant's Name: | Compology |
|---|---|
| Street Address: | 1045 Brayent St. Suite 101 |
| City/Zip Code | San Francisco , CA 94103 |
| Country | USA |

### 2.3    Identification of the Manufacturer

| Manufacturer's Name: | Same as client. |
|---|---|
| Manufacturers Address: | -------------------- |
| City/Zip Code | -------------------- |
| Country | -------------------- |


## 3    Equipment Under Test (EUT)

### 3.1    EUT Specifications

| | |
|---|---|
| **Marketing name:** | Oscar R13 |
| **Hardware Version Identification Number (HVIN):** | R13, R13L |
| **Product Marketing Name (PMN):** | Oscar R13 |
| **Chipset manufacturer number:** | BLUENRG-232 |
| **Frequency range / number of channels:** | Nominal band: 2400 MHz – 2483.5 MHz;<br>Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 39), 40 channels |
| **Type(s) of Modulation:** | Bluetooth low energy 4.0 GFSK modulation. |
| **Modes of Operation:** | Bluetooth LE in both advertising and connected mode of operation |
| **Max. measured output Powers [ dBm ]:** | 8.49 |
| **Antenna Information as declared:** | Internal; 2450AT43B100E, 1.3dBi Peak |
| **Power Supply/ Rated Operating Voltage Range [ V DC ]:** | Low: 2.5, Nominal: 3.67, High: 3.9 |
| **Operating Temperature Range [ ºC ]:** | Low: -20, Nominal: 20, High: 85 |
| **Other Radios included in the device:** | 1.   Cellular:<br>     a.   Module name: U-blox SARA-R410M-02B<br>     b.   Model number: SARA-R410M-02B<br>     c.   FCC ID: XPY2AGQN4NNN<br><br>2.   GPS:<br>     a.   Module name: U-blox EVA-M8M<br>     b.   Model number: EVA-M8M-0 |
| **Sample Revision:** | ☐Prototype Unit;    ☐Production Unit;    ■Pre-Production |
| **EUT Dimensions [ inch ]:** | 5" X 4" X 4" |
| **Weight [lbs]:** | 1.5 |
| **EUT Diameter:** | ■ < 60 cm      ☐ Other _____ |



### 3.2 EUT Sample details

| EUT # | IMEI | HW Version | SW Version | Notes / Comments |
|-------|------|------------|------------|------------------|
| 1 | 357812090508802 | rev_D | Oscar-0300 | Used for conducted measurements. |

| EUT # | Serial Number | HW Version | SW Version | Notes / Comments |
|-------|---------------|------------|------------|------------------|
| 2 | 0286002653BC5D | rev_D | Oscar-0300 | R13 / Primary device |
| 3 | 0286002658C9BE | rev_D | Oscar-0300 | • R13L / The "long turret" version of R13 that will be used in thick-walled containers.<br>• The only difference in the electronics is a longer camera flex PCB and longer flash flex PCB; the main board with all RF systems is exactly the same as R13.<br>• 2 of the 3 mechanical parts are different to accommodate the longer turret design. |

### 3.3 Accessory Equipment (AE) details

| AE # | Comments |
|------|----------|
| - | - |

### 3.4 Mode of Operation details

| Mode of Operation | Description of Operating modes | Additional Information |
|-------------------|-------------------------------|------------------------|
| Op. 1 | BLE GFSK | Putty terminal tool and special commands provided by the customer used to configure the EUT to:<br>• Modulated TX<br>• Low, Mid, High channel.<br>• Maximum output power.<br>Note: The commands will not be available to the end user.<br>For Radiated measurements: The internal antenna was connected.<br>For Conducted measurements: The measurements equipment was connected to 50 ohm RF port of the EUT. |



### 3.5    Justification for Worst Case Mode of Operation

The worst case mode of operation has been determined by evaluating the conducted results.
During the testing process the EUT was tested with transmitter sets on low, mid and high channels, and the highest duty cycle and output power.

For radiated measurements, all data in this report shows the worst case between horizontal and vertical antenna polarizations and for all orientations of the EUT.



### 4 Subject of Investigation

The objective of the measurements done by CETECOM Inc. was to assess the performance of the EUT according to the relevant requirements specified in FCC rules 15.247 of Title 47 of the Code of Federal Regulations and Radio Standard Specification RSS-247 Issue 2 and RSS-GEN Issue 5 of ISED Canada.

This test report is to support a request for new equipment authorization under the:
- FCC ID: 2AO44-R13
- IC ID: 23661-R13

Testing procedures are based on 558074 D01 DTS Meas Guidance v05 – "GUIDANCE FOR PERFORMING COMPLIANCE MEASUREMENTS ON DIGITAL TRANSMISSION SYSTEMS (DTS) OPERATING UNDER SECTION 15.247" - April 5, 2017, by the Federal Communications Commission, Office of Engineering and Technology, Laboratory Division.

### 5 Measurement Results Summary

| Test Specification | Test Case | Temperature and Voltage Conditions | Mode | Pass | NA | NP | Result |
|---|---|---|---|---|---|---|---|
| §15.247(a)(2) RSS-247 5.2(a) | Emission Bandwidth | Nominal | BT LE | ■ | ☐ | ☐ | Complies |
| §15.247(e) RSS-247 5.2(b) | Power Spectral Density | Nominal | BT LE | ■ | ☐ | ☐ | Complies |
| §15.247(b)(3) RSS-247 5.4(d) | Maximum Conducted Output Power and EIRP | Nominal | BT LE | ■ | ☐ | ☐ | Complies |
| §15.247(d) RSS-247 5.5 | Band edge compliance Unrestricted Band Edges | Nominal | BT LE | ■ | ☐ | ☐ | Complies |
| §15.247; 15.209; 15.205 RSS-247 5.5; Gen 8.9; 8.10 | Band edge compliance Restricted Band Edges | Nominal | BT LE | ■ | ☐ | ☐ | Complies |
| §15.247(d); §15.209 RSS-Gen 6.13 | TX Spurious emissions-Radiated | Nominal | BT LE | ■ | ☐ | ☐ | Complies |
| §15.207(a) RSS Gen 8.8 | AC Conducted Emissions | Nominal | BT LE | ☐ | ■ | ☐ | Complies Note 1 Note 2 |

**Note1**: NA= Not Applicable; NP= Not Performed.
**Note2**: Device does not connect to and AC main.



### 6    Measurement Uncertainty

Where relevant, the following measurement uncertainty levels have been estimated for tests performed on the apparatus, with 95% confidence interval (in dB delta to result), based on a coverage factor k=1.

Radiated measurement

| | |
|---|---|
| 9 kHz to 30 MHz | ±2.5 dB (Magnetic Loop Antenna) |
| 30 MHz to 1000 MHz | ±2.0 dB (Biconilog Antenna) |
| 1 GHz to 40 GHz | ±2.3 dB (Horn Antenna) |

Conducted measurement

| | |
|---|---|
| 150 kHz to 30 MHz | ±0.7 dB (LISN) |
| RF conducted measurement | ±0.5 dB |

According to TR 102 273 a multiplicative propagation of error is assumed for RF measurement systems. For this reason the RMS method is applied to dB values and not to linear values as appropriate for additive propagation of error. Also used: http://physics.nist.gov/cuu/Uncertainty/typeb.html. The above calculated uncertainties apply to direct application of the Substitution method. The Substitution method is always used when the EUT comes closer than 3 dB to the limit.

### 6.1    Environmental Conditions During Testing:

The following environmental conditions were maintained during the course of testing:
- Ambient Temperature: 20-25º C
- Relative humidity: 40-60%

### 6.2    Dates of Testing:

02/25/2019 – 03/01/2019



### 7 Measurement Procedures

#### 7.1 Radiated Measurement

The radiated measurement is performed according to ANSI C63.10 (2013)

- The exploratory measurement is accomplished by running a matrix of 16 sweeps over the required frequency range with R&S Test-SW EMC32 for 4 positions of the turntable, two orthogonal positions of the EUT and both antenna polarizations. This procedure exceeds the requirement of the above standards to cover the 3 orthogonal axis of the EUT. A max peak detector is utilized during the exploratory measurement. The Test-SW creates an overall maximum trace for all 12 sweeps and saves the settings for each point of this trace. The maximum trace is part of the test report.
- The 10 highest emissions are selected with an automatic algorithm of EMC32 searching for peaks in the noise floor and ensuring that broadband signals are not selected multiple times.
- The maxima are then put through the final measurement and again maximized in a 90deg range of the turntable, fine search in frequency domain and height scan between 1m and 4m.
- The above procedure is repeated for all possible ways of power supply to EUT and for all supported modulations.
- In case there are no emissions above noise floor level only the maximum trace is reported as described above.
- The results are split up into up to 4 frequency ranges due to antenna bandwidth restrictions. A magnetic loop is used from 9 kHz to 30 MHz, a Biconilog antenna is used from 30 MHz to 1 GHz, and two different horn antennas are used to cover frequencies up to 40 GHz.

Radiated Emissions Test Setup below 30MHz Measurements



Radiated Emissions Test Setup 30MHz-1GHz Measurements





Radiated Emissions Test Setup above 1GHz Measurements





### 7.1.1    Sample Calculations for Field Strength Measurements

Field Strength is calculated from the Spectrum Analyzer/ Receiver readings, taking into account the following parameters:
1. Measured reading in dBµV
2. Cable Loss between the receiving antenna and SA in dB and
3. Antenna Factor in dB/m

All radiated measurement plots in this report are taken from a test SW that calculates the Field Strength based on the following equation:

$$FS (dBµV/m) = \text{Measured Value on SA (dBµV)- Cable Loss (dB)+ Antenna Factor (dB/m)}$$

Example:

| Frequency (MHz) | Measured SA (dBµV) | Cable Loss (dB) | Antenna Factor Correction (dB) | Field Strength Result (dBµV/m) |
|---|---|---|---|---|
| 1000 | 80.5 | 3.5 | 14 | 98.0 |

### 7.2    RF Conducted Measurement Procedure

Testing procedures are based on 558074 D01 DTS Meas Guidance v05 – "GUIDANCE FOR PERFORMING COMPLIANCE MEASUREMENTS ON DIGITAL TRANSMISSION SYSTEMS (DTS) OPERATING UNDER SECTION 15.247" - April 5, 2017, by the Federal Communications Commission, Office of Engineering and Technology, Laboratory Division.



- Connect the equipment as shown in the above diagram.
- Adjust the settings of the SA (Rohde-Schwarz Spectrum Analyzer) to connect the EUT at the required mode of test.
- Measurements are to be performed with the EUT set to the low, middle and high channels and for worst case modulation schemes.



## 8    Test Result Data

### 8.1    Emission Bandwidth 6dB and 99% Occupied Bandwidth

#### 8.1.1    Measurement according to FCC 558074 D01 DTS Meas Guidance v05

**Spectrum Analyzer settings:**
- Set RBW = 100 kHz
- Set the video bandwidth (VBW) ≥ 3 x RBW
- Detector = Peak
- Trace mode = Max hold
- Sweep = Auto couple
- Allow the trace to stabilize
- Measure the maximum width of the emission that is constrained by the frequencies associated with the two outermost amplitude points (upper and lower frequencies) that are attenuated by 6 dB relative to the maximum level measured in the fundamental emission.

#### 8.1.2    Limits:

➢ FCC §15.247(a) (2):
- Systems using digital modulation techniques may operate in the 902–928 MHz, 2400–2483.5 MHz, and 5725–5850 MHz bands. The minimum 6 dB bandwidth shall be at least 500 kHz.

➢ RSS-247 5.2:
- DTSs include systems that employ digital modulation techniques resulting in spectral characteristics similar to direct sequence systems. The following applies to the bands 902-928 MHz and 2400-2483.5 MHz:

    a.   The minimum 6 dB bandwidth shall be 500 kHz.



### 8.1.3    Test conditions and setup:

| Ambient Temperature | EUT # | EUT operating mode | Power Input |
|---|---|---|---|
| 22° C | 1 | Op.1 | 3.67v DC |

### 8.1.4    Measurement result:

| Plot # | Frequency (MHz) | 6dB Emissions Bandwidth (MHz) | Limit (MHz) | Result |
|---|---|---|---|---|
| 1 | 2402 | 0.721 | > 0.5 | Pass |
| 2 | 2440 | 0.721 | > 0.5 | Pass |
| 3 | 2480 | 0.713 | > 0.5 | Pass |

| Plot # | Frequency (MHz) | 99% Occupied Bandwidth (MHz) | Limit (MHz) | Result |
|---|---|---|---|---|
| 4 | 2402 | 1.05 | > 0.5 | Pass |
| 5 | 2440 | 1.04 | > 0.5 | Pass |
| 6 | 2480 | 1.04 | > 0.5 | Pass |



## 8.1.5    Measurement Plots:





| Plot #2 | |
|---|---|
| **2440 MHz** | **GFSK** |





**Plot #3**

| 2480 MHz | GFSK |

















### 8.2 Power Spectral Density

### 8.2.1 Measurement according to FCC 558074 D01 DTS Meas Guidance v05

**Spectrum Analyzer settings for Peak PSD method:**

- Set analyzer center frequency to DTS channel center frequency
- Set the span to 1.5 x DTS bandwidth
- Set RBW to: 3 kHz ≤ RBW ≤ 100 kHz
- Set the VBW ≥ 3 x RBW
- Detector = Peak
- Sweep time = Auto couple
- Trace mode = Max hold
- Allow trace to fully stabilize
- Use the peak marker function to determine the maximum amplitude level within the RBW
- If measured value exceeds limit, reduce RBW (no less than 3 kHz) and repeat

### 8.2.2 Limits:

➢ FCC§15.247
- (e) For digitally modulated systems, the power spectral density conducted from the intentional radiator to the antenna shall not be greater than 8 dBm in any 3 kHz band during any time interval of continuous transmission. This power spectral density shall be determined in accordance with the provisions of paragraph (b) of this section. The same method of determining the conducted output power shall be used to determine the power spectral density.

➢ RSS-247 5.2
- b. The transmitter power spectral density conducted from the transmitter to the antenna shall not be greater than 8 dBm in any 3 kHz band during any time interval of continuous transmission. This power spectral density shall be determined in accordance with the provisions of section 5.4(d), (i.e. the power spectral density shall be determined using the same method as is used to determine the conducted output power).



### 8.2.3   Test conditions and setup:

| Ambient Temperature | EUT # | EUT operating mode | Power Input | Antenna Gain |
|---|---|---|---|---|
| 22° C | 1 | Op.1 | 3.67v DC | 1.3 dBi |

### 8.2.4   Measurement result:

| Plot # | Frequency [ MHz ] | Peak Power Spectral Density [ dBm/3 kHz ] | PSD Adjusted for Antenna Gain [ dBm/3 kHz ] | Limit [ dBm/3 kHz ] | Result |
|---|---|---|---|---|---|
| 1 | 2402 | -7.10 | -5.8 | 8 | Pass |
| 2 | 2441 | -7.24 | -5.94 | 8 | Pass |
| 3 | 2480 | -7.35 | -6.05 | 8 | Pass |



## 8.2.5    Measurement Plots:





| Plot #2 | |
|---|---|
| **2440 MHz** | **GFSK** |



**Plot #3**

| 2480 MHz | GFSK |
|---|---|



Date: 25.FEB.2019  19:50:33



### 8.3    Maximum Peak Conducted Output Power

#### 8.3.1    Measurement according to FCC 558074 D01 DTS Meas Guidance v05

**Spectrum Analyzer settings:**
- RBW ≥ DTS bandwidth
- VBW ≥ 3 x RBW
- Span ≥ 3 x RBW
- Sweep = Auto couple
- Detector function = Peak
- Trace = Max hold
- Use peak marker function to determine the peak amplitude level

#### 8.3.2    Limits:

**Maximum Peak Output Power:**

➢ FCC §15.247 (b):
- (3) For systems using digital modulation in the 902-928 MHz, 2400-2483.5 MHz, and 5725-5850 MHz bands: 1 Watt. As an alternative to a peak power measurement, compliance with the one Watt limit can be based on a measurement of the maximum conducted output power. Maximum Conducted Output Power is defined as the total transmit power delivered to all antennas and antenna elements averaged across all symbols in the signaling alphabet when the transmitter is operating at its maximum power control level. Power must be summed across all antennas and antenna elements. The average must not include any time intervals during which the transmitter is off or is transmitting at a reduced power level. If multiple modes of operation are possible (e.g., alternative modulation methods), the maximum conducted output power is the highest total transmit power occurring in any mode.

➢ IC RSS-247 5.4:
- d. For DTSs employing digital modulation techniques operating in the bands 902-928 MHz and 2400-2483.5 MHz, the maximum peak conducted output power shall not exceed 1 W. The e.i.r.p. shall not exceed 4 W, except as provided in section 5.4(e).

- As an alternative to a peak power measurement, compliance can be based on a measurement of the maximum conducted output power. The maximum conducted output power is the total transmit power delivered to all antennas and antenna elements, averaged across all symbols in the signalling alphabet when the transmitter is operating at its maximum power control level. Power must be   summed across all antennas and antenna elements. The average must not include any time intervals during which the transmitter is off or transmitting at a reduced power level. If multiple modes of operation are implemented, the maximum conducted output power is the highest total transmit power occurring in any mode.



### 8.3.3    Test conditions and setup:

| Ambient Temperature | EUT # | EUT operating mode | Power Input | Antenna Gain |
|---|---|---|---|---|
| 22° C | 1 | Op.1 | 3.67v DC | 1.3 dBi |

### 8.3.4    Measurement result:

| Plot # | Frequency (MHz) | Maximum Peak Conducted Output Power (dBm) | EIRP (dBm) | Limit (dBm) | Result |
|---|---|---|---|---|---|
| 1 | 2402 | 8.49 | 9.79 | 30 (Pk) / 36 (EIRP) | Pass |
| 2 | 2441 | 8.45 | 9.75 | 30 (Pk) / 36 (EIRP) | Pass |
| 3 | 2480 | 8.33 | 9.63 | 30 (Pk) / 36 (EIRP) | Pass |



## 8.3.5    Measurement Plots:





**Plot #2**

| 2440 MHz | GFSK |
|----------|------|



Date: 25.FEB.2019  19:32:33







### 8.4    Band Edge Compliance

#### 8.4.1    Measurement according to FCC 558074 D01 DTS Meas Guidance v05

**Spectrum Analyzer settings for band edge:**
- Set the center frequency and span to encompass frequency range to be measured
- RBW = 100 kHz
- VBW ≥ 3 x RBW
- Sweep Time: Auto couple
- Detector = Peak
- Trace = Max hold
- Allow trace to fully stabilize
- Use the peak marker function to determine the maximum amplitude level
- Set the marker on the emission at the band edge, or on the highest modulation product outside of the band, if this level is greater than that at the band edge

#### 8.4.2    Limits non restricted band:

➢ FCC§15.247
- (d) In any 100 kHz bandwidth outside the frequency band in which the spread spectrum or digitally modulated intentional radiator is operating, the radio frequency power that is produced by the intentional radiator shall be at least 20 dB below that in the 100 kHz bandwidth within the band that contains the highest level of the desired power, based on either an RF conducted or a radiated measurement, provided the transmitter demonstrates compliance with the peak conducted power limits. If the transmitter complies with the conducted power limits based on the use of RMS averaging over a time interval, as permitted under paragraph (b)(3) of this section, the attenuation required under this paragraph shall be 30 dB instead of 20 dB. Attenuation below the general limits specified in §15.209(a) is not required. In addition, radiated emissions which fall in the restricted bands, as defined in §15.205(a), must also comply with the radiated emission limits specified in §15.209(a) (see §15.205(c)).

➢ RSS-247 5.5
- In any 100 kHz bandwidth outside the frequency band in which the spread spectrum or digitally modulated device is operating, the RF power that is produced shall be at least 20 dB below that in the 100 kHz bandwidth within the band that contains the highest level of the desired power, based on either an RF conducted or a radiated measurement, provided that the transmitter demonstrates compliance with the peak conducted power limits. If the transmitter complies with the conducted power limits based on the use of root-mean-square averaging over a time interval, as permitted under section 5.4(d), the attenuation required shall be 30 dB instead of 20 dB.

#### 8.4.3    Measurement result:

| Plot # | EUT # | EUT operating mode | Band Edge | Band Edge Delta (dBc) | Limit (dBc) |
|--------|-------|--------------------|-----------|----------------------|-------------|
| 1 | 1 | Op.1 | Lower, Non-restricted | 41.31 | >20 |



## 8.4.4 Measurement plots





**Spectrum Analyzer settings for restricted band:**
- Peak measurements are made using a peak detector and RBW=1 MHz

### 8.4.5   Limits restricted band §15.247/15.209/15.205

- *PEAK LIMIT= 74 dBμV/m @3m =-21.23 dBm
- *AVG. LIMIT= 54 dBμV/m @3m =-41.23 dBm
- Start frequency & stop frequency according to frequency range specified in the restricted band table in FCC section 15.205 & RSS-Gen 8.10
- Measurements with a peak detector were used to show compliance to average limits, thus showing compliance to both peak and average limits.

(a) Except as shown in paragraph (d) of this section, only spurious emissions are permitted in any of the frequency bands listed below:

| MHz | MHz | MHz | GHz |
|---|---|---|---|
| 0.090-0.110 | 16.42-16.423 | 399.9-410 | 4.5-5.15 |
| ¹0.495-0.505 | 16.69475-16.69525 | 608-614 | 5.35-5.46 |
| 2.1735-2.1905 | 16.80425-16.80475 | 960-1240 | 7.25-7.75 |
| 4.125-4.128 | 25.5-25.67 | 1300-1427 | 8.025-8.5 |
| 4.17725-4.17775 | 37.5-38.25 | 1435-1626.5 | 9.0-9.2 |
| 4.20725-4.20775 | 73-74.6 | 1645.5-1646.5 | 9.3-9.5 |
| 6.215-6.218 | 74.8-75.2 | 1660-1710 | 10.6-12.7 |
| 6.26775-6.26825 | 108-121.94 | 1718.8-1722.2 | 13.25-13.4 |
| 6.31175-6.31225 | 123-138 | 2200-2300 | 14.47-14.5 |
| 8.291-8.294 | 149.9-150.05 | 2310-2390 | 15.35-16.2 |
| 8.362-8.366 | 156.52475-156.52525 | 2483.5-2500 | 17.7-21.4 |
| 8.37625-8.38675 | 156.7-156.9 | 2690-2900 | 22.01-23.12 |
| 8.41425-8.41475 | 162.0125-167.17 | 3260-3267 | 23.6-24.0 |
| 12.29-12.293 | 167.72-173.2 | 3332-3339 | 31.2-31.8 |
| 12.51975-12.52025 | 240-285 | 3345.8-3358 | 36.43-36.5 |
| 12.57675-12.57725 | 322-335.4 | 3600-4400 | Above 38.6 |
| 13.36-13.41 | | | |



## 8.4.6    Test conditions and setup:

| Ambient Temperature | EUT # | EUT operating mode | Power Input | Antenna Gain |
|---|---|---|---|---|
| 22° C | 1 | Op.1 | 3.67v DC | 1.3 dBi |

## 8.4.7    Measurement result:

| Plot # | Band Edge | Measured Peak, Average Values (dBm) | Corrected by Antenna Gain (dBm) | Limit (dBm) | Result |
|---|---|---|---|---|---|
| 1 | Upper Restricted Peak | -28.37 | -27.07 | -21.23 Peak | Pass |
| 2 | Upper Restricted Average | -45.37 | -44.07<br>• And corrected for duty cycle= -41.95 | -41.23 AVG | Pass |



## 8.4.8   Measurement plot:





| Zero-Span measurement method | | |
|---|---|---|
| RBW & VBW > 50/T | # of sweep points across T > 100 | Duty cycle 61.4% |



- 10*Log(1/Duty cycle) = 2.12 dB

| Plot #2 | |
|---|---|
| 2480 MHz | GFSK |





### 8.5    Radiated Transmitter Spurious Emissions and Restricted Bands

#### 8.5.1    Measurement according to ANSI C63.10 (2013)

**Spectrum Analyzer Settings:**
- Frequency = 9 KHz – 30 MHz
- RBW = 9 KHz
- Detector: Peak

- Frequency = 30 MHz – 1 GHz
- Detector = Peak / Quasi-Peak
- RBW= 120 KHz (<1GHz)

- Frequency > 1 GHz
- Detector = Peak / Average
- RBW = 1 MHz

- Radiated spurious emissions shall be measured for the transmit frequencies, transmit power, and data rate for the lowest, middle and highest channel in each frequency band of operation and for the highest gain antenna for each antenna type, and using the appropriate parameters and test requirements.
- The highest (or worst-case) data rate shall be recorded for each measurement.
- For testing at distance other than the specified in the standard, the limit conversion is calculated by using 40 dB/decade extrapolation factor as follow: Conversion factor (CF) = 40 log (D/d) = 40 log (300m / 3m) = 80dB

#### 8.5.2    Limits:

FCC §15.247
- d) In any 100 kHz bandwidth outside the frequency band in which the spread spectrum or digitally modulated intentional radiator is operating, the radio frequency power that is produced by the intentional radiator shall be at least 20 dB below that in the 100 kHz bandwidth within the band that contains the highest level of the desired power, based on either an RF conducted or a radiated measurement, provided the transmitter demonstrates compliance with the peak conducted power limits. If the transmitter complies with the conducted power limits based on the use of RMS averaging over a time interval, as permitted under paragraph (b)(3) of this section, the attenuation required under this paragraph shall be 30 dB instead of 20 dB. Attenuation below the general limits specified in §15.209(a) is not required. In addition, radiated emissions which fall in the restricted bands, as defined in §15.205(a), must also comply with the radiated emission limits specified in §15.209(a) (see §15.205(c)).



FCC §15.209 & RSS-Gen 8.9

- Except as provided elsewhere in this subpart, the emissions from an intentional radiator shall not exceed the field strength levels specified in the following table:

| Frequency of emission (MHz) | Field strength (µV/m) | Measurement Distance (m) | Field strength @ 3m (dBµV/m) |
|---|---|---|---|
| 0.009–0.490 | 2400/F(kHz) / --------- | 300 | - |
| 0.490–1.705 | 24000/F(kHz) / -------- | 30 | - |
| 1.705–30.0 | 30 / (29.5) | 30 | - |
| 30–88 | 100 | 3 | 40 dBµV/m |
| 88–216 | 150 | 3 | 43.5 dBµV/m |
| 216–960 | 200 | 3 | 46 dBµV/m |
| Above 960 | 500 | 3 | 54 dBµV/m |

FCC §15.205 & RSS-Gen 8.10

- Except as shown in paragraph (d) of this section, only spurious emissions are permitted in any of the frequency bands listed below:

| MHz | MHz | MHz | GHz |
|---|---|---|---|
| 0.090-0.110 | 16.42-16.423 | 399.9-410 | 4.5-5.15 |
| [1]0.495-0.505 | 16.69475-16.69525 | 608-614 | 5.35-5.46 |
| 2.1735-2.1905 | 16.80425-16.80475 | 960-1240 | 7.25-7.75 |
| 4.125-4.128 | 25.5-25.67 | 1300-1427 | 8.025-8.5 |
| 4.17725-4.17775 | 37.5-38.25 | 1435-1626.5 | 9.0-9.2 |
| 4.20725-4.20775 | 73-74.6 | 1645.5-1646.5 | 9.3-9.5 |
| 6.215-6.218 | 74.8-75.2 | 1660-1710 | 10.6-12.7 |
| 6.26775-6.26825 | 108-121.94 | 1718.8-1722.2 | 13.25-13.4 |
| 6.31175-6.31225 | 123-138 | 2200-2300 | 14.47-14.5 |
| 8.291-8.294 | 149.9-150.05 | 2310-2390 | 15.35-16.2 |
| 8.362-8.366 | 156.52475-156.52525 | 2483.5-2500 | 17.7-21.4 |
| 8.37625-8.38675 | 156.7-156.9 | 2690-2900 | 22.01-23.12 |
| 8.41425-8.41475 | 162.0125-167.17 | 3260-3267 | 23.6-24.0 |
| 12.29-12.293 | 167.72-173.2 | 3332-3339 | 31.2-31.8 |
| 12.51975-12.52025 | 240-285 | 3345.8-3358 | 36.43-36.5 |
| 12.57675-12.57725 | 322-335.4 | 3600-4400 | Above 38.6 |
| 13.36-13.41 | | | |

- Radiated emissions which fall in the restricted bands, as defined in §15.205(a), must also comply with the radiated emission limits specified in §15.209(a) (see §15.205(c)).
  - *PEAK LIMIT= 74 dBµV/m
  - *AVG. LIMIT= 54 dBµV/m



### 8.5.3 Test conditions and setup:

| Ambient Temperature | EUT operating mode | Power Input |
|---|---|---|
| 23° C | Op.1 | 12 VDC |

### 8.5.4 Measurement result:

| Plot # | Channel # | EUT # | Scan Frequency | Critical Frequency [MHz] | Emission level [dBuV/m] | Detector | Limit | Result |
|---|---|---|---|---|---|---|---|---|
| 1 – 3 | 0 | 2 | 30 MHz – 18 GHz | 14413.4 | 51.02 | RMS | See section 8.5.2 | Pass |
| 4 – 8 | 19 | 2 | 9 kHz – 40 GHz | 14638.3 | 53.42 | RMS | See section 8.5.2 | Pass |
| 9 – 11 | | 3 | 30 MHz – 18 GHz | 12201.2 | 43.59 | RMS | See section 8.5.2 | Pass |
| 12 – 14 | 39 | 2 | 30 MHz – 18 GHz | 7439.3 | 44.7 | RMS | See section 8.5.2 | Pass |



### 8.5.5    Measurement Plots:

| Plot # 1 Radiated Emissions: 30MHz – 1GHz | |
|---|---|
| **Modulation: GFSK** | **Channel: 0** |





| Plot # 2 Radiated Emissions: 1 – 3GHz | |
|---|---|
| **Modulation: GFSK** | **Channel: 0** |





| Plot # 3 Radiated Emissions: 3 – 18GHz |
|---|

| Modulation: GFSK | Channel: 0 |
|---|---|

## Final_Result

| Frequency (MHz) | MaxPeak (dBµV/m) | RMS (dBµV/m) | Limit (dBµV/m) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB/m) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4803.474 | --- | 42.83 | 53.98 | 11.15 | 200.0 | 1000.0 | 292.0 | H | 149.0 | -33 | 1:46:59 PM - 2/27/2019 |
| 7206.397 | 56.19 | --- | 73.99 | 17.79 | 200.0 | 1000.0 | 107.0 | V | 296.0 | -30 | 1:33:24 PM - 2/27/2019 |
| 7206.651 | --- | 44.41 | 53.98 | 9.57 | 200.0 | 1000.0 | 114.0 | H | 24.0 | -30 | 1:50:46 PM - 2/27/2019 |
| 9607.126 | --- | 42.03 | 53.98 | 11.95 | 200.0 | 1000.0 | 226.0 | H | 45.0 | -25 | 1:40:31 PM - 2/27/2019 |
| 12011.095 | --- | 43.55 | 53.98 | 10.43 | 10.0 | 1000.0 | 230.0 | H | 115.0 | -22 | 1:43:49 PM - 2/27/2019 |
| 14413.442 | --- | 51.02 | 53.98 | 2.96 | 10.0 | 1000.0 | 157.0 | V | 100.0 | -18 | 1:54:13 PM - 2/27/2019 |
| 14413.641 | 56.13 | --- | 73.98 | 17.85 | 10.0 | 1000.0 | 142.0 | V | 99.0 | -18 | 1:30:01 PM - 2/27/2019 |
| 16769.599 | --- | 40.56 | 53.98 | 13.42 | 10.0 | 1000.0 | 206.0 | H | -79.0 | -15 | 1:37:09 PM - 2/27/2019 |





| Plot # 4 Radiated Emissions: 9KHz – 30MHz | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Modulation: GFSK** | | **Channel: 19** | | | | | | | | |

## Final_Result

| Frequency (MHz) | MaxPeak (dBµV/m) | Limit (dBµV/m) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.030 | 93.79 | 118.03 | 24.23 | 500.0 | 0.1 | 100.0 | H | -87.0 | 76 | 6:40:41 PM - 2/27/2019 |
| 0.060 | 89.88 | 112.00 | 22.11 | 500.0 | 0.1 | 100.0 | H | -45.0 | 71 | 7:04:41 PM - 2/27/2019 |
| 2.035 | 61.26 | 70.00 | 8.74 | 500.0 | 9.0 | 164.0 | H | -93.0 | 43 | 6:43:09 PM - 2/27/2019 |
| 4.029 | 58.11 | 70.00 | 11.89 | 500.0 | 9.0 | 107.0 | V | -86.0 | 38 | 7:01:21 PM - 2/27/2019 |





| Plot # 5 Radiated Emissions: 30MHz – 1GHz | |
|---|---|
| **Modulation:** GFSK | **Channel:** 19 |





| Plot # 6 Radiated Emissions: 1 – 3GHz | |
|---|---|
| Modulation: GFSK | Channel: 19 |

## Final_Result

| Frequency (MHz) | RMS (dBμV/m) | Limit (dBμV/m) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB/m) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1903.885 | 34.85 | 53.98 | 19.13 | 200.0 | 1000.0 | 177.0 | V | 332.0 | 8 | 9:35:29 AM - 2/27/2019 |





| Plot # 7 Radiated Emissions: 3 – 18GHz |
|---|

| Modulation: GFSK | Channel: 19 |
|---|---|

## Final_Result

| Frequency (MHz) | MaxPeak (dBµV/m) | RMS (dBµV/m) | Limit (dBµV/m) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4880.412 | --- | 42.88 | 53.98 | 11.10 | 200.0 | 1000.0 | 300.0 | H | 146.0 | -33 | 2:20:52 PM - 2/27/2019 |
| 7319.146 | --- | 49.38 | 53.98 | 4.60 | 200.0 | 1000.0 | 120.0 | V | 290.0 | -30 | 2:37:37 PM - 2/27/2019 |
| 7319.503 | 56.64 | --- | 73.99 | 17.35 | 200.0 | 1000.0 | 100.0 | V | 292.0 | -30 | 2:17:30 PM - 2/27/2019 |
| 9758.959 | 52.35 | --- | 73.98 | 21.63 | 200.0 | 1000.0 | 210.0 | H | 228.0 | -25 | 2:07:31 PM - 2/27/2019 |
| 9760.998 | --- | 42.40 | 53.98 | 11.58 | 200.0 | 1000.0 | 172.0 | H | 223.0 | -25 | 2:27:36 PM - 2/27/2019 |
| 12201.191 | --- | 43.19 | 53.98 | 10.79 | 10.0 | 1000.0 | 190.0 | H | 310.0 | -22 | 2:24:21 PM - 2/27/2019 |
| 14638.371 | --- | 53.42 | 53.98 | 0.56 | 10.0 | 1000.0 | 166.0 | V | 138.0 | -17 | 2:31:02 PM - 2/27/2019 |
| 14641.510 | 59.00 | --- | 73.98 | 14.98 | 10.0 | 1000.0 | 107.0 | V | 144.0 | -17 | 2:14:02 PM - 2/27/2019 |

| Frequency (MHz) | MaxPeak (dBµV/m) | Corrected MaxPeak (dBµV/m) | Limit (dBµV/m) | Margin (dB) |
|---|---|---|---|---|
| 7319.503 | 56.64 | 39.14 | 53.98 | 14.84 |
| 9758.959 | 52.35 | 34.85 | 53.98 | 19.13 |
| 14641.510 | 59.00 | 41.50 | 53.98 | 12.48 |



| | |
|---|---|
| —— Preview Result 2-RMS | —— Preview Result 1-PK+ | ✳ Critical_Freqs RMS |
| ✳ Critical_Freqs PK+ | —— FCC 15C PK | ┄┄ FCC 15C AVG |
| ◆ Final_Result PK+ | ◆ Final_Result RMS | |

**According to the FCC Basics of Unlicensed transmitters and ANSI C63.10 section 7.5;**
Determining the duty cycle correction factor (in dB) using **20 * Log₁₀ (Duty cycle %)**, and apply it to the peak pulse.
**20 * Log₁₀ (0.075) = 17.5 dB**



| Plot # 8 Radiated Emissions: 18 – 40GHz | |
|---|---|
| **Modulation: GFSK** | **Channel: 19** |





| Plot # 9 Radiated Emissions: 30MHz – 1GHz | |
|---|---|
| **Modulation: GFSK** | **Channel: 19** |





| Plot # 10 Radiated Emissions: 1 – 3GHz | |
|---|---|
| Modulation: GFSK | Channel: 19 |





| Plot # 11 Radiated Emissions: 3 – 18GHz | |
|---|---|
| Modulation: GFSK | Channel: 19 |

## Final_Result

| Frequency (MHz) | MaxPeak (dBµV/m) | RMS (dBµV/m) | Limit (dBµV/m) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4879.651 | 51.05 | --- | 73.99 | 22.94 | 200.0 | 1000.0 | 223.0 | V | 318.0 | -33 | 1:03:55 PM - 2/27/2019 |
| 7320.699 | 50.99 | --- | 73.99 | 23.00 | 200.0 | 1000.0 | 202.0 | H | 321.0 | -30 | 12:30:53 PM - 2/27/2019 |
| 7320.712 | --- | 42.98 | 53.98 | 11.00 | 200.0 | 1000.0 | 156.0 | H | 327.0 | -30 | 12:49:10 PM - 2/27/2019 |
| 9758.989 | --- | 38.75 | 53.98 | 15.23 | 200.0 | 1000.0 | 124.0 | V | 60.0 | -25 | 12:52:48 PM - 2/27/2019 |
| 12201.201 | --- | 43.59 | 53.98 | 10.39 | 10.0 | 1000.0 | 107.0 | V | 344.0 | -22 | 12:56:16 PM - 2/27/2019 |
| 16787.989 | 49.79 | --- | 73.98 | 24.19 | 10.0 | 1000.0 | 229.0 | V | 259.0 | -15 | 1:00:43 PM - 2/27/2019 |





| Plot # 12 Radiated Emissions: 30MHz – 1GHz | |
|---|---|
| Modulation: GFSK | Channel:39 |





| Plot # 13 Radiated Emissions: 1 – 3GHz | |
|---|---|
| **Modulation: GFSK** | **Channel: 39** |





| Plot # 14 Radiated Emissions: 3 – 18GHz | | | | | | | | | | |

| Modulation: GFSK | Channel: 39 |

## Final_Result

| Frequency (MHz) | MaxPeak (dBµV/m) | RMS (dBµV/m) | Limit (dBµV/m) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4959.701 | --- | 38.54 | 53.98 | 15.44 | 200.0 | 1000.0 | 100.0 | H | 46.0 | -33 | 4:21:12 PM - 2/27/2019 |
| 7439.374 | --- | 44.70 | 53.98 | 9.28 | 200.0 | 1000.0 | 132.0 | V | 274.0 | -29 | 4:28:09 PM - 2/27/2019 |
| 7440.502 | 52.72 | --- | 73.99 | 21.27 | 200.0 | 1000.0 | 120.0 | V | 279.0 | -29 | 4:14:10 PM - 2/27/2019 |
| 9919.323 | --- | 39.82 | 53.98 | 14.16 | 200.0 | 1000.0 | 107.0 | H | -3.0 | -24 | 4:17:54 PM - 2/27/2019 |
| 12398.790 | --- | 42.87 | 53.98 | 11.11 | 10.0 | 1000.0 | 132.0 | H | 136.0 | -22 | 4:24:36 PM - 2/27/2019 |





### 9      Test setup photos

Setup photos are included in supporting file name: "EMC_COMPO_012_18001_FCC_ISED_Setup_Photos rev3.pdf"

### 10      Test Equipment And Ancillaries Used For Testing

| Equipment Type | Manufacturer | Model | Serial # | Calibration Cycle | Last Calibration Date |
|---|---|---|---|---|---|
| PASSIVE LOOP | ETS.LINDGREN | 6512 | 00164698 | 3 YEARS | 08/08/2017 |
| BILOG ANTENNA | TESEO | CBL 6141B | 41106 | 3 YEARS | 11/01/2017 |
| HORN ANTENNA | ETS.LINDGREN | 3115 | 00035114 | 3 YEARS | 07/31/2017 |
| HORN ANTENNA | ETS.LINDGREN | 3117 | 0167061 | 3 YEARS | 08/08/2017 |
| HORN ANTENNA | ETS.LINDGREN | 3116C | 00166821 | 3 YEARS | 09/24/2017 |
| SIGNAL ANALYZER | R&S | FSU26 | 200065 | 2 YEARS | 07/03/2017 |
| SIGNAL ANALAYZER | R&S | FSV 40 | 101022 | 3 YEARS | 07/05/2017 |
| COMPACT DIGITAL BAROMETER | CONTROL COMPANY | 35519-055 | 91119547 | 2 YEARS | 06/20/2017 |
| THRMOMETER HUMIDIY | DICKSON | TM320 | 16253639 | 3 YEARS | 11/02/2017 |

Note:  Equipment used meets the measurement uncertainty requirements as required per applicable standards for 95% confidence levels.
Calibration due dates, unless defined specifically, falls on the last day of the month. Items indicated "N/A" for cal status either do not specifically require calibration or is internally characterized before use.

### 11      Revision History

| Date | Report Name | Changes to report | Report prepared by |
|---|---|---|---|
| 03/11/2019 | EMC_COMPO_012_18001_FCC_15.247_ISED_BLE_DTS | Initial Version | Issa Ghanma |
| 03/21/2019 | EMC_COMPO_012_18001_FCC_15.247_ISED_BLE_DTS_rev1 | FCC ID correction | Issa Ghanma |
| 03/26/2019 | EMC_COMPO_012_18001_FCC_15.247_ISED_BLE_DTS_rev2 | Correction: Section 3.1<br>• Replace Module name with **Chipset manufacturer number**.<br>• Replace BLUENRG-2323 with **BLUENRG-232** | Issa Ghanma |
| 05/17/2019 | EMC_COMPO_012_18001_FCC_15.247_ISED_BLE_DTS_rev3 | Correction: Section 4, 7, 8<br>• 558074 D01 DTS Meas Guidance version number.<br>Apply duty cycle correction factor to plot #7 | Issa Ghanma |

# EXHIBIT 8

Open in app ↗

Sign up    Sign in

 Medium    Search

Write    

# From The Stone Age To The Future: Indisputable Service Verification For Waste Has Arrived



compology · Follow
5 min read · Jul 25, 2017

👏 3

*Written By: <u>Dave Tessin</u>, Vice President of Operations, Compology*

**The Value of Service Verification**

Waste haulers service our communities in a number of ways including keeping our cities clean, assisting businesses to meet sanitation regulations and helping construction projects avoid unnecessary delays. Still, our industry is rarely appreciated or noticed, that is unless there's an issue with service. For haulers, being able to prove they've provided service can mean the difference between meeting contract obligations, resolving or avoiding customer disputes and receiving payment for all services provided. For haulers' customers, it can mean proof they are meeting sanitation requirements and getting the service they paid for.

Haulers have tried a number of service verification methods over the years, but there's never been an option that was foolproof...until now. Compology's image-based sensors provide indisputable, multi-point service verification that, in the future, could bring about a smoother, automated billing process improving the customer service experience and simplifying hauler operations. But we'll get back to the future, first, let's take a look at the different service verification options available to haulers today.

(*Drop us a note to learn more about Compology, service verification or our product roadmap.*)

## Manual Verification

The most basic form of verifying service has been tasking truck drivers to record their pickups on a route sheet every time they provide service and then have an office employee re-enter that data into a computer. But like any manual process, this leaves multiple points for error, such as faulty or forgotten entries, and no way to actually prove that service was provided. If there's a customer dispute, it becomes a case of the hauler's word versus a customer's word that, regardless of the outcome, can hurt the business relationship.

We get it though, technology has traditionally been too pricey and unnecessary for haulers...but things change. Today, customers demand more transparency from service providers, and with modern advancements, more efficient, reliable technology is now affordable enough for haulers. Would you still rub sticks together to start a flame when you could simply use an affordable lighter?

## Truck-based GPS

Just like manual verification, the major drawback of using truck-based GPS

is that there's no way to actually prove service was provided, only that the truck was at a specific location at a specific time. Basically, haulers assume service was provided by tracking a truck's GPS location at a certain time and seeing if it was at or near the customer location that needed service. But this isn't always the case — a driver might get to a location and not be able service the container because it was blocked, too full, or simply couldn't be found. Some systems try to add a second layer of verification by having the driver push a button to confirm service, but this brings back the same issue that a manual process struggles with: relying on a manual task to be performed consistently and without error.

### Ultrasonic Sensors

As container-based sensors become the norm, some haulers are giving ultrasonic sensors, like Enevo or SmartBin, a shot at solving the service verification problem. These sensor measure the change in fill-level of the container's contents through soundwaves. Haulers assume the change in the container's fill-level from full to empty means it's been serviced, but what if the reading is wrong? As we've talked about before, ultrasonic measurements can be faulty in larger front-load containers and don't work at all in roll-off containers. Really, you won't know whether the fullness reading is wrong or right until you get an actual look inside the container.

### Compology

Compology's sensors provide a multi-point service verification system for both front-load and roll-off containers.

1. **Container Tilt** — An accelerometer (like the thing in your smartphone that knows when to rotate your screen) in the sensor measures and records when a container gets picked-up and put down, and uses it as just one proof point that the container has been serviced. Did we mention

that when the container is tilted the sensor is triggered to take a photo of the empty container?

2. **Images** — The sensor's camera automatically takes photos of the entire contents of the container so haulers are able to verify service by comparing the pre-service photo of the full container to the post-service photo of the empty container. This foolproof image verification method can be accessed remotely from any smartphone or computer and the images can be easily shared with customers to resolve any potential disputes.

3. **Fullness level change** — Like ultrasonic sensors, Compology's image-based sensors also deliver the change in fullness percentage as a third point of service verification and also work reliably in front-load and roll-off containers.

4. **GPS tracking** — Triple check not enough? How about a quadruple check? For roll-off containers, Compology actually uses GPS to track the change in location of the container from the customer's coordinates to the coordinates of the disposal facility.

Compology's images alone are enough for foolproof service verification, but container tilt, fullness level and GPS tracking make sure to provide back up.



Compology sensor images before and after service is performed, with fullness percentage and timestamp.

## Let's Get Back To The Future

Compology sensors aren't flux capacitors, but they are helping move the waste industry into the future.



Flux Capacitor sending a DeLorean into the future



Compology's sensor helping send the waste industry into the future

With multi-point service verification providing trustworthy data, haulers can improve the service experience for customers. For example, we can use service verification to automatically start the billing process, and at the same time, send receipts with images and service information to customers. This

allows haulers to get paid faster, reduce unpaid bills/bad debt, lessen the burden on admins, and align the waste industry with the same modern service experience consumers have come to expect.

> *"Ordering service from our phones, paying with a credit card and automatically receiving a receipt has become standard in our everyday lives from getting a ride through Uber to ordering a pizza and tracking it through Domino's. It makes all the sense in the world for the customer and service provider. At the end of the day, the waste industry is a service industry, and at Compology, we get excited about the opportunity to bring the same level of convenience and efficiency to the waste industry with technology our haulers can rely on." — **Jason Gates, Co-Founder & CEO, Compology**

<u>Drop us a note</u> to learn more about Compology, service verification or our product roadmap.

Waste Management    Data    Internet Of Things    Industrial Internet    Sensors



# Written by compology



120 Followers

Our thoughts on all things waste, recycling and transportation

---

## More from compology



 compology

### Fullness Monitoring for Waste: Image-based vs. Ultrasonic...

5 min read  ·  Jul 11, 2017

 6        



 compology

### A Case Study: Peninsula Sanitary Service Inc. (PSSI) Implements...

How a waste hauler implemented image-based container sensors to manage inventor...

3 min read  ·  Oct 31, 2017

 50        





 compology

compology in B The Change

## Technology & Trash: The Winning Combination

Why the largest container manufacturer turned to image-based container monitorin...

4 min read · Nov 28, 2017

## How Technology Can Help Businesses Achieve Their...

Why We Need Tech-Enabled Sustainability Solutions That Make Financial Sense

5 min read · Aug 25, 2021

 88

 91    1

See all from compology

# Recommended from Medium





 Unbecoming

 James Presbitero Jr. in Practice in Public

## 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my...

 · 4 min read · Feb 16, 2022

## These Words Make it Obvious That Your Text is Written By AI

These 7 words are painfully obvious. They make me cringe. They will make your reader...

4 min read · Dec 31, 2023

👏 74K    💬 1052                    🔖+

👏 30K    💬 808                    🔖+

---

## Lists

 **data science and AI**
39 stories · 54 saves

 **General Coding Knowledge**
20 stories · 850 saves

 **Predictive Modeling w/ Python**
20 stories · 846 saves

 **ChatGPT**
20 stories · 426 saves

---





 AL Anany ✔

Scott-Ryan Abt in Pitfall

## The ChatGPT Hype Is Over — Now Watch How Google Will Kill...

It never happens instantly. The business game is longer than you know.

## Bye Bye, Spotify

And see ya later, all you subscription services in my little empire

 · 6 min read · Sep 1, 2023

✦ · 4 min read · Aug 19, 2023

 20K    644     19.1K    447





 Gowtham Oleti

Bryan Ye in Better Humans

## Apps I Use And Why You Should Too.

Let's skip past the usual suspects like YouTube, WhatsApp and Instagram. I want t...

10 min read  •  Nov 14, 2023

## How To Wake Up at 5 A.M. Every Day

An unconventional and compassionate guide to becoming an early bird

⭐ • 15 min read • Oct 3, 2019

 15,8K    276

93K    837

See more recommendations