UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>             Plaintiff,<br>  v.<br><br>RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC,<br><br>             Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br><u>Hearing:</u><br>Date:        February 29, 2024<br>Time:       8:00 a.m.<br>Location:   450 Golden Gate Avenue<br>                 Courtroom 12 – 19th Floor<br>                 San Francisco, CA 94102<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:         December 9, 2024 |

1 **ORDER**

2 Upon consideration of the Request for Judicial Notice by Defendants Recycle Track Systems,
3 Inc. ("RTS") and RecycleSmart Solutions Inc. ("RecycleSmart") (collectively, "Defendants"), and
4 for good cause shown, and for good cause appearing, it is hereby **ORDERED THAT:**

5 Pursuant to Federal Rule of Evidence 201 and governing case law, this Court will take judicial
6 notice of the documents listed in the table below. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-
7 89 (9th Cir. 2001); *Cal. Sportfishing Prot. Alliance v. Shiloh Grp., LLC*, 268 F. Supp. 3d 1029, 1037-
8 39 (N.D. Cal. 2017). Judicial notice is appropriate for facts "not subject to reasonable dispute" that
9 "can be accurately and readily determined from sources whose accuracy cannot reasonably be
10 questioned." Fed. R. Evid. 201(b). As described below, courts may take judicial notice of public
11 webpages and public documents, such as those posted by the plaintiff itself and those filed with the
12 Federal Communications Commission ("FCC"), for the purpose of establishing what information is
13 within the public record.

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| **Exhibit 1** | eBay listing of the Compology R13 Sensor, titled "COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster," available at https://www.ebay.com/itm/266422745021 |
| **Exhibit 2** | eBay listing of the Compology R13 Sensor, titled "COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster," available at https://www.ebay.com/itm/165986465824 |
| **Exhibit 3** | eBay listing of the Compology R13 Sensor, titled "Compology R13 Dumpster Monitoring Camera / Waste Metering," available at https://www.ebay.com/itm/404675854951 |
| **Exhibit 4** | eBay listing of the Compology R13 Sensor, titled "Compology R13 Dumpster Monitoring Camera / Waste Metering," available at https://www.ebay.com/itm/275331948516 |
| **Exhibit 5** | eBay listing of the Compology R13 Sensor, titled "COMPOLOGY R13 TRASH CAN SENSOR (900-0003) – LOT OF 10," available at https://www.ebay.com/itm/255952710522 |
| **Exhibit 6** | OfferUp listing of the Compology R13 Sensor, titled "Compology R13 Camera," available at https://offerup.com/item/detail/1585793083 |
| **Exhibit 7** | FCC ISED Report of the Compology R13 Sensor, available at https://fcc.report/FCC-ID/2AO44-R13/4285590.pdf |
| **Exhibit 8** | Compology's article posted on Medium, titled "From The Stone Age To The Future: Indisputable Service Verification For Waste Has Arrived," available at https://medium.com/@compology/from-the-stone-age-to-the-future-indisputable-service-verification-for-waste-has-arrived-440afa707a83 |

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE