1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567

9
   JOSEPH J. MELLEMA (Bar No. 248118)
10 *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:    (949) 623-7200
12 Facsimile:    (949) 623-7202

13 Attorneys for Plaintiff
   ROADRUNNER RECYCLING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | *Assigned for All Purposes to:* <br> Hon. William H. Alsup, Courtroom 12 |
| v. | **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT UNDER SEAL** |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | Complaint Filed: August 4, 2023 <br> Trial Date: Not Yet Set |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Roadrunner Recycling, Inc.'s ("Roadrunner") application for an order to file under seal and accompanying papers, and good cause appearing therefore,

**IT IS HEREBY ORDERED** by the Court that Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Amend First Amended Complaint shall be filed under seal in its entirety and may only be viewed by personnel of the Court, Jeffer Mangels Butler & Mitchell, LLP and Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. without a showing of good cause, and pursuant to an order of the Court.

DATED: _____

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
| --- | --- |
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Stanley M. Gibson