1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567

9
   JOSEPH J. MELLEMA (Bar No. 248118)
10 *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:    (949) 623-7200
12 Facsimile:    (949) 623-7202

13 Attorneys for Plaintiff
   ROADRUNNER RECYCLING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> *Assigned for All Purposes to:* <br> Hon. William H. Alsup, Courtroom 12 <br><br> **ROADRUNNER RECYCLING, INC.'S STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> *Filed concurrently with Declaration of Stanley M. Gibson; [Proposed] Order* <br><br> Complaint Filed:    August 4, 2023 <br> Trial Date:    Not Yet Set |

1  Pursuant to Civil Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner")
2 hereby submits the following Statement and requests the Court order Defendants' Opposition to
3 Motion of Roadrunner Recycling, Inc. for Leave to Amend First Amended Complaint (the
4 "**Opposition**") be sealed in its entirety.

This Statement is accompanied by (1) the Declaration of Stanley M. Gibson ("Gibson Decl."); and (2) a Proposed Order.

## I. LEGAL ARGUMENT

### A. Legal Standard

The Court has the inherent authority to seal documents to protect the release of trade secrets. *See Nixon v. Warner Comm., Inc.*, 435 US 589, 597 (1978); *Hagestad v. Tragesser*, 49 F3d 1430, 1433-1434 (9th Cir. 1995); *Uniloc 2017 LLC v. Apple, Inc.*, 964 F.3d 1351, 1361 (Fed. Cir. 2020) ("The publication of materials that could result in infringement upon trade secrets has long been considered a factor that would overcome th[e] strong presumption" of access to court filings.) (quoting *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011)). United States District Court for the Northern District Local Rule 79-5 permits a party to request that all or part of document be filed under seal.

### B. RoadRunner Requests the Court Order Defendants' Opposition to Motion of Roadrunner Recycling, Inc. for Leave to Amend First Amended Complaint be Sealed in its Entirety

RoadRunner requests the Opposition be sealed in its entirety because its discusses disclosures that RoadRunner made under Code of Civil Procedure Section 2019.210 to identify its trade secrets with reasonable particularity. By virtue of the Opposition discussing the contents of those disclosures, the publication of the Opposition could result in infringement of RoadRunner's trade secrets. Gibson Decl., ¶ 3. RoadRunner operates in a competitive market, and therefore, disclosure of the information contained in Plaintiff's Identification of Trade Secrets would cause it irreparable competitive injury. *Id.*, ¶ 4. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby to gain an unfair advantage from RoadRunner's years of research, development, and other experience in the industry. *Id.*

These facts establish good cause and "compelling reasons" to seal the document in its entirety. *See, e.g., Prostar Wireless Grp., LLC v. Domino's Pizza, Inc.,* 360 F. Supp. 3d 994, 1021 (N.D. Cal. 2018), *aff'd*, 815 F. App'x 117 (9th Cir. 2020) (finding "compelling justifications" support sealing plaintiff's "trade secret disclosures"); *Microsoft Corp. v. Hon Hai Precision Indus. Co.,* 2020 WL 4901610, at *6 (N.D. Cal. Aug. 20, 2020) (granting request to seal of document containing "trade secret information"); *Illumina, Inc. v. BGI Genomics Co.*, 559 F. Supp. 3d 1072, 1093 (N.D. Cal. 2021) ("The Ninth Circuit has explained that examples of "compelling reasons" include the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets.")(citations omitted); *In re Google Location Hist. Litig.*, 514 F. Supp. 3d 1147, 1161 (N.D. Cal. 2021) ("Indeed, this Court and many others have held that the compelling reasons standard applies to the sealing of a complaint precisely because the complaint forms the foundation of the lawsuit.")

## II. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion and order Defendants' Opposition to Motion of Roadrunner Recycling, Inc. for Leave to Amend First Amended Complaint be sealed in its entirety.

DATED: February 6, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA

By: _____
STANLEY M. GIBSON
Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I electronically filed the foregoing **ROADRUNNER RECYCLING, INC.'S STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
| --- | --- |
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Stanley M. Gibson