JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*jneudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

SHAVON HENRY (Bar No. 326855)
*shenry@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:(310) 203-8080
Facsimile: (310) 230-0567

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> *Assigned for All Purposes to:* <br> Hon. William H. Alsup, Courtroom 12 <br><br> **DECLARATION OF STANLEY M. GIBSON IN RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> *Filed concurrently with Plaintiff's Statement In Response to Defendant's Administrative Motion to consider Whether Another Party's Material Should Be Sealed; and Plaintiff's [Proposed] Order* <br><br> Complaint Filed: August 4, 2023 <br> Trial Date: Not Yet Set |

## DECLARATION OF STANLEY M. GIBSON

1. I am an attorney at law licensed to practice before all courts in the State of California. I am of counsel with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. The contents of Defendants' Opposition to Motion of Roadrunner Recycling, Inc. for Leave to Amend First Amended Complaint (the "**Opposition**") discuss the contents of disclosures that RoadRunner made under Code of Civil Procedure Section 2019.210 to identify its trade secrets with reasonable particularity.

3. By virtue of the Opposition discussing the contents of those disclosures, the publication of the Opposition could result in infringement of RoadRunner's trade secrets. I am informed and believe that the Opposition contains confidential and proprietary trade secret information because it discusses technical information about RoadRunner's products and services in its waste metering system, including its smart camera apparatus, optical assembly and design, image preprocessing techniques, machine learning training data, and algorithms and processes; RoadRunner has taken reasonable measures to keep such information secret; and it derives independent economic value from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

4. RoadRunner operates in a competitive market, and therefore, disclosure of the information contained in the Opposition would cause it irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby to gain an unfair advantage from RoadRunner's years of research, development, and other experience in the industry.

5. A narrower redacted version of the Opposition is not possible because it is primarily concerned with responding to Plaintiff's Identification of Trade Secrets document, the entirety of which is directed toward identifying RoadRunner's trade secrets with reasonable particularity pursuant to California Code of Civil Procedure Section 2019.210.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed February 6, 2024in Los Angeles, California.

_____
STANLEY M. GIBSON

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I electronically filed the foregoing **DECLARATION OF STANLEY M. GIBSON IN RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
| --- | --- |
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via  on the following non-CM/ECF participants:

Stanley M. Gibson