JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*jneudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:  (415) 398-8080
Facsimile:  (415) 398-5584

SHAVON HENRY (Bar No. 326855)
*shenry@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:(310) 203-8080
Facsimile: (310) 230-0567

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:  (949) 623-7200
Facsimile:  (949) 623-7202

Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | *Assigned for All Purposes to:* Hon. William H. Alsup, Courtroom 12 |
| v. | **DECLARATION OF STANLEY M. GIBSON IN SUPPORT OF ROADRUNNER RECYCLING, INC.'S MOTION TO FILE AN UNREDACTED VERSION OF ITS REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT UNDER SEAL** |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | *Filed concurrently with Motion to File Under Seal; Proposed Order* |
| | Complaint Filed:  August 4, 2023<br>Trial Date:  Not Yet Set |

Case No. 3:23-cv-04804-WHA

DECLARATION OF STANLEY M. GIBSON IN SUPPORT OF ROADRUNNER RECYCLING, INC.'S
ADMINISTRATIVE MOTION TO FILE REPLY UNDER SEAL

# DECLARATION OF STANLEY M. GIBSON

1. I am an attorney at law licensed to practice before all courts in the State of California. I am of counsel with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of RoadRunner's unredacted version of its Reply to Defendants' Opposition to Plaintiff's Motion to Amend First Amended Complaint ("**Reply**"), filed under seal. Exhibit A includes highlights reflecting the portions for which sealing is sought pursuant to N.D. Cal. L.R. 79-5(e)(2).

3. Plaintiff's Reply contains discussions of disclosures under Code of Civil Procedure Section 2019.210. I am informed and believe that the contents of Plaintiff's Identification of Trade Secrets ("ITS"), discussed in the Reply, are specifically directed to the purpose of California Code of Civil Procedure Section 2019.210, namely, to identify RoadRunner's trade secrets with reasonable particularity and thus, disclose RoadRunner's trade secrets such that the publication of its contents could result in infringement of RoadRunner's trade secrets. I am informed and believe that the Reply contains confidential and proprietary trade secret information because it describes technical information about RoadRunner's products and services in its waste metering system, including its smart camera apparatus, optical assembly and design, image preprocessing techniques, machine learning training data, and algorithms and processes; RoadRunner has taken reasonable measures to keep such information secret; and it derives independent economic value from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

4. RoadRunner's reply incorporates discussion and information from the ITS to rebut portions of Defendants' opposition brief that discussed and disclosed portions of the ITS. RoadRunner has only redacted the portions of its reply that discuss or disclose portions of the ITS in an effort to comply with N.D. Cal. L.R. 79-5(e). Attached hereto as **Exhibit A** is a true and correct copy of the unredacted version of RoadRunner's Reply. Attached hereto as **Exhibit B** is a true and correct copy of the redacted version of RoadRunner's Reply.

5.     RoadRunner operates in a competitive market, and therefore, disclosure of the information contained in Plaintiff's Identification of Trade Secrets would cause it irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby to gain an unfair advantage from RoadRunner's years of research, development, and other experience in the industry.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed February 8, 2024 in Los Angeles, CA.

STANLEY M. GIBSON

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing **DECLARATION OF STANLEY M. GIBSON IN SUPPORT OF ROADRUNNER RECYCLING, INC.'S MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
| --- | --- |
| Andrew H DeVoogd | AHDeVoogd@mintz.com <br> TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com <br> docketing@mintz.com <br> GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com <br> aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com <br> clopez@jmbm.com <br> mastercalendar@jmbm.com <br> msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com <br> im3@jmbm.com <br> lo2@jmbm.com <br> mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Stanley M. Gibson