JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*jneudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

SHAVON HENRY (Bar No. 326855)
*shenry@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:(310) 203-8080
Facsimile: (310) 230-0567

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> *Assigned for All Purposes to:* <br> Hon. William H. Alsup, Courtroom 12 <br><br> **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT UNDER SEAL** <br><br> Complaint Filed: August 4, 2023 <br> Trial Date: Not Yet Set |

# [PROPOSED] ORDER

Upon consideration of Plaintiff Roadrunner Recycling, Inc.'s ("Roadrunner") application for an order to file under seal and accompanying papers, and good cause appearing therefore,

**IT IS HEREBY ORDERED** by the Court that the unredacted version of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Amend First Amended Complaint shall be sealed as set forth in RoadRunner's Application as Exhibit A, and may only be viewed by personnel of the Court, Jeffer Mangels Butler & Mitchell, LLP and Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. without a showing of good cause, and pursuant to an order of the Court.

DATED: _____

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
| --- | --- |
| Andrew H DeVoogd | AHDeVoogd@mintz.com <br> TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com <br> docketing@mintz.com <br> GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com <br> aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com <br> clopez@jmbm.com <br> mastercalendar@jmbm.com <br> msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com <br> im3@jmbm.com <br> lo2@jmbm.com <br> mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Stanley M. Gibson