1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567

9
   JOSEPH J. MELLEMA (Bar No. 248118)
10 *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:    (949) 623-7200
12 Facsimile:    (949) 623-7202

13 Attorneys for Plaintiff
   ROADRUNNER RECYCLING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
|---|---|
| Plaintiff, | *Assigned for All Purposes to:* Hon. William H. Alsup, Courtroom 12 |
| v. | **DECLARATION OF STANLEY M. GIBSON IN RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | *Filed concurrently with Plaintiff's Statement In Response to Defendant's Administrative Motion to consider Whether Another Party's Material Should Be Sealed; and Plaintiff's [Proposed] Order* |
| | Complaint Filed:  August 4, 2023 Trial Date:  Not Yet Set |

71955422                                                    Case No. 3:23-cv-04804-WHA

DECLARATION OF STANLEY M. GIBSON IN RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

# DECLARATION OF STANLEY M. GIBSON

1. I am an attorney at law licensed to practice before all courts in the State of California. I am of counsel with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. The contents of Defendants' Opposition to Motion of Roadrunner Recycling, Inc. for Leave to Amend First Amended Complaint (the "**Opposition**") discuss the contents of disclosures that RoadRunner made under Code of Civil Procedure Section 2019.210 to identify its trade secrets with reasonable particularity.

3. By virtue of the Opposition discussing or disclosing the contents of those disclosures, the publication of the Opposition could result in infringement of RoadRunner's trade secrets. I am informed and believe that the Opposition contains confidential and proprietary trade secret information because it discusses technical information about RoadRunner's products and services in its waste metering system, including its smart camera apparatus, optical assembly and design, image preprocessing techniques, machine learning training data, and algorithms and processes; RoadRunner has taken reasonable measures to keep such information secret; and it derives independent economic value from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

4. RoadRunner operates in a competitive market, and therefore, disclosure of the trade secret information contained in the Opposition would cause it irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby to gain an unfair advantage from RoadRunner's years of research, development, and other experience in the industry.

5. Defendants' Opposition incorporates discussion and information from the ITS. RoadRunner has only redacted the portions of Defendants' Opposition that discuss or disclose portions of the ITS in an effort to comply with N.D. Cal. L.R. 79-5(e). Attached hereto as **Exhibit A** is a true and correct copy of the unredacted version of Defendants' Opposition prepared by

1 RoadRunner.  Attached hereto as **Exhibit B** is a true and correct copy of the redacted version of
2 Defendants' Opposition prepared by RoadRunner.
3     I declare under the penalty of perjury of the laws of the United States that the foregoing is
4 true and correct.  Executed February 8, 2024in Los Angeles, California.

                                    STANLEY M. GIBSON

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing **DECLARATION OF STANLEY M. GIBSON IN RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Counsel | Email Address |
|---|---|
| Andrew H DeVoogd | AHDeVoogd@mintz.com |
| | TMMcGrath@mintz.com |
| Arameh Zargham O'Boyle | azoboyle@mintz.com |
| | docketing@mintz.com |
| | GJLeon@mintz.com |
| Daniel B. Weinger | dbweinger@mintz.com |
| James M Wodarski | jmwodarski@mintz.com |
| James Mark Neudecker | JNeudecker@jmbm.com |
| | aw5@jmbm.com |
| Joseph James Mellema | jmellema@jmbm.com |
| | clopez@jmbm.com |
| | mastercalendar@jmbm.com |
| | msommer@jmbm.com |
| Nicholas W Armington | nwarmington@mintz.com |
| Shavon Henry | sh6@jmbm.com |
| Stanley Martin Gibson | sgibson@jmbm.com |
| | im3@jmbm.com |
| | lo2@jmbm.com |
| | mastercalendar@jmbm.com |
| Tianyi Tan | TTan@mintz.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

Stanley M. Gibson

71955422      4      Case No. 3:23-cv-04804-WHA

DECLARATION OF STANLEY M. GIBSON IN RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED