Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (*Admitted Pro Hac Vice*)
JWodarski@mintz.com
Daniel B. Weinger (*Admitted Pro Hac Vice*)
DBWeinger@mintz.com
Andrew H. DeVoogd (*Admitted Pro Hac Vice*)
AHDeVoogd@mintz.com
Nicholas W. Armington (*Admitted Pro Hac Vice*)
NWArmington@mintz.com
Tianyi Tan (*Admitted Pro Hac Vice*)
TTan@mintz.com
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS INC.,<br><br>　　　Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT FOR (1) TRADE SECRET MISAPPROPRIATION UNDER CALIFORNIA UNIFORM TRADE SECRETS ACT; (2) TRADE SECRET MISAPPROPRIATION UNDER DEFEND TRADE SECRETS ACT; AND (3) BREACH OF CONTRACT**<br><br>Complaint Filed:　　August 4, 2023<br>Trial Date:　　　　December 9, 2024 |

Defendants Recycle Track Systems, Inc. ("RTS") and RecycleSmart Solutions Inc. ("RecycleSmart") (collectively, "Defendants") hereby submit this Answer in response to the Second Amended Complaint ("SAC") of Plaintiff Roadrunner Recycling, Inc. ("Plaintiff"), as follows:

Any and all allegations not specifically admitted herein are denied. Except as otherwise stated, Defendants deny the factual allegations, if any, contained in headings, subheadings, tables of contents, unnumbered paragraphs, figures, and footnotes in the SAC. Defendants repeat that all headings here are for organizational purposes only and expressly do not acquiesce or agree that such headers have any substantive meaning or are accurate characterizations of fact and/or law. Each response in this Answer is made subject to the following limitations. First, the responses do not constitute acknowledgement or admission of the validity or relevance of any allegation. Second, where Defendants state that they lack knowledge or information sufficient to form a belief about the truth of an allegation, Defendants reserve the right to argue that the allegation is true or false based on evidence. Defendants reserve the right to seek leave to amend or supplement their Answer as necessary, including to add affirmative defenses and/or counterclaims.

## INTRODUCTION

1. Answering Paragraph 1, Defendants admit that Plaintiff has alleged in this action "theft of RoadRunner's waste and metering technology and breach of contract" by Defendants. This paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

2. Answering Paragraph 2, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

3. Answering Paragraph 3, Defendants admit that RecycleSmart is RTS's wholly-owned subsidiary and that RecycleSmart contracted with Compology, including delivery of cameras installed inside waste containers. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

4. Answering Paragraph 4, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

5. Answering Paragraph 5, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

6. Answering Paragraph 6, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

7. Answering Paragraph 7, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

## PARTIES

8. Answering Paragraph 8, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

9. Answering Paragraph 9, Defendants admit the allegations therein.

10. Answering Paragraph 10, Defendants admit the allegations therein.

## JURISDICTION AND VENUE

11. Answering Paragraph 11, Defendants admit that Plaintiff claims that the amount in controversy is over $75,000 and that therefore this Court has diversity jurisdiction over the claims in this action pursuant to 28 U.S.C. § 1332(a)(3). As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required.

12. Answering Paragraph 12, this paragraph asserts legal conclusions to which no response is required.

13. Answering Paragraph 13, Defendants admit that RecycleSmart and Compology entered into an agreement titled "Compology Terms and Conditions" (the "Terms") and that the Terms provide that ". . . the parties agree to submit to the non-exclusive jurisdiction of the state and

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

federal courts in the Northern District of California." As to the remaining allegations in this paragraph, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

14. Answering Paragraph 14, Defendants admit that RTS announced its acquisition of RecycleSmart, a Richmond, British Columbia company, in March 2023. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

15. Answering Paragraph 15, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

16. Answering Paragraph 16, Defendants admit that venue is proper in this Court. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

## BACKGROUND

### Compology Develops Confidential and Proprietary Trade Secrets

17. Answering Paragraph 17, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

### Compology's Overall Waste and Recycling Metering System

18. Answering Paragraph 18, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

19. Answering Paragraph 19, this paragraph asserts legal conclusions and Plaintiff's

characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

20. Answering Paragraph 20, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

### Compology's Smart Camera Apparatus

21. Answering Paragraph 21, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

22. Answering Paragraph 22, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

23. Answering Paragraph 23, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

24. Answering Paragraph 24, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

25. Answering Paragraph 25, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

26. Answering Paragraph 26, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

27. Answering Paragraph 27, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

28. Answering Paragraph 28, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

### Compology's Optical Assembly and Design

29. Answering Paragraph 29, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

30. Answering Paragraph 30, this paragraph Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

31. Answering Paragraph 31, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

### Compology's Image Preprocessing Techniques

32. Answering Paragraph 32, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

33.     Answering Paragraph 33, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

**Compology's Training Data**

34.     Answering Paragraph 34, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

35.     Answering Paragraph 35, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

36.     Answering Paragraph 36, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

37.     Answering Paragraph 37, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

38.     Answering Paragraph 38, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

**Compology's Algorithms and Processes**

39.     Answering Paragraph 39, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

40.     Answering Paragraph 40, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

41.     Answering Paragraph 41, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

42.     Answering Paragraph 42, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

**Compology's RecycleSmart Enter into the Terms**

43.     Answering Paragraph 43, Defendants admit that Compology and RecycleSmart entered into one or more contracts between 2017 and 2022. As to the remaining allegations in this paragraph, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

44.     Answering Paragraph 44, Defendants admit that on November 2, 2020, Compology and RecycleSmart entered into a renewal order form that was subject to the "Compology Terms and Conditions" in which Compology was to provide Compology's System and Subscription Services to RecycleSmart. Defendants further admit that the quoted materials in Paragraph 44 appear in the source cited. As to the remaining allegations in this paragraph, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

each and every allegation therein.

45. Answering Paragraph 45, Defendants admit that the quoted materials in Paragraph 45 appear in the source cited but have been taken out of their complete context. To the extent Paragraph 45 contains additional allegations, Defendants deny each and every allegation therein.

46. Answering Paragraph 46, Defendants admit that the quoted material in Paragraph 46 appears in the source cited.

47. Answering Paragraph 47, Defendants admit that the Terms provides, in Section 10.2, that "Neither Party will publish, disclose, copy, disseminate or use the Confidential Information of the other Party in its business or for any other purpose except as expressly permitted in these Terms." To the extent Paragraph 47 contains additional allegations, Defendants deny each and every allegation therein.

48. Answering Paragraph 48, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

### Compology Delivers its System and Services to RecycleSmart Under the Terms

49. Answering Paragraph 49, Defendants admit that Compology performed under the contract by installing cameras in waste containers, providing access to an API, and providing customer support. As to the remaining allegations in this paragraph, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

50. Answering Paragraph 50, Defendants admit that in October 2021, RecycleSmart negotiated a 1-year contract renewal. As to the remaining allegation, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required.

51. Answering Paragraph 51, Defendants admit that sometime in 2022, Pello cameras were installed in containers, that some of those containers may have also had a Compology sensor, and that Defendants downloaded their own proprietary information that they owned pursuant to the operative contract. Defendants also admit that the contract between RecycleSmart and Compology lapsed in October 2022. As to the remaining allegations in this paragraph, this paragraph asserts

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

**RecycleSmart Gains Access to RoadRunner's Trade Secrets**

52. Answering Paragraph 52, Defendants admit that in the duration of the contract between RecycleSmart and Compology, Compology sensors were installed in certain containers and that RecycleSmart was provided cameras to install. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

53. Answering Paragraph 53, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

54. Answering Paragraph 54, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

**RecycleSmart Misappropriates RoadRunner's Trade Secrets and Breaches the Terms**

55. Answering Paragraph 55, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

56. Answering Paragraph 56, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

57.     Answering Paragraph 57, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

58.     Answering Paragraph 58, this paragraph asserts Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

59.     Answering Paragraph 59, Defendants deny that they disassembled or reverse-engineered any Compology technology. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

60.     Answering Paragraph 60, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

61.     Answering Paragraph 61, Defendants admit that Pello cameras were installed in containers and that some of those containers may have also had a Compology sensor. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

62.     Answering Paragraph 62, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

63.     Answering Paragraph 63, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

64.     Answering Paragraph 64, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

**Defendants Are Bound by the Terms and Liable for Each Other's Wrongful Acts**

65.     Answering Paragraph 65, Defendants admit that in March 2023, RTS announced its acquisition of RecycleSmart, including RecycleSmart's Pello cameras and systems. As to the remaining allegations in this paragraph, Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations and, on that basis, deny each and every allegation therein.

66.     Answering Paragraph 66, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

67.     Answering Paragraph 67, Defendants admit that the quoted materials in Paragraph 67 appear in the source cited but have been taken out of their complete context. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions to which no response is required.

68.     Answering Paragraph 68, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

**FIRST CAUSE OF ACTION**

**[Trade Secret Misappropriation Under California Uniform Trade Secrets Act, Cal. Civ. Code § 3426, et seq.]**

69.     Answering Paragraph 69, Defendants incorporate by reference their responses to Paragraphs 1-70, as though fully set forth herein.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

70.    Answering Paragraph 70, Defendants admit that the complaint alleges misappropriation of trade secrets under the California Uniform Trade Secrets Act. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

71.    Answering Paragraph 71, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

72.    Answering Paragraph 72, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

73.    Answering Paragraph 73, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

74.    Answering Paragraph 74, Defendants deny that they disassembled or reverse-engineered any Compology technology. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

75.    Answering Paragraph 75, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

76.    Answering Paragraph 76, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

77.    Answering Paragraph 77, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

78.     Answering Paragraph 78, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

79.     Answering Paragraph 79, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

80.     Answering Paragraph 80, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein and deny that Plaintiff is entitled to any relief whatsoever.

## SECOND CAUSE OF ACTION

### [Trade Secret Misappropriation Under Defend Trade Secrets Act, 18 U.S.C. § 1836]

81.     Answering Paragraph 81, Defendants incorporate by reference its responses to Paragraphs 1-80, as though fully set forth herein.

82.     Answering Paragraph 82, Defendants admit that the complaint alleges misappropriation of trade secrets under the Defend Trade Secrets Act. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

83.     Answering Paragraph 83 this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

84.     Answering Paragraph 84, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

85.     Answering Paragraph 85, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

86.     Answering Paragraph 86, Defendants deny that they disassembled or reverse-engineered any Compology technology. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

87.     Answering Paragraph 87, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

88.     Answering Paragraph 88, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

89.     Answering Paragraph 89, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

90.     Answering Paragraph 90, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

91.     Answering Paragraph 91, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

92.     Answering Paragraph 92, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein and deny that Plaintiff is entitled to any relief whatsoever.

### THIRD CAUSE OF ACTION

### [Breach of Contract against All Defendants]

93.     Answering Paragraph 93, Defendants incorporate by reference their responses to Paragraphs 1-94, as though fully set forth herein.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

94. Answering Paragraph 94, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

95. Answering Paragraph 95, Defendants admit that RTS acquired RecycleSmart. As to the remaining allegations in this paragraph, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

96. Answering Paragraph 96, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

97. Answering Paragraph 97, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

98. Answering Paragraph 98, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

99. Answering Paragraph 99, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

100. Answering Paragraph 100, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein, including on the basis of lack of knowledge or information sufficient to form a belief about the truth of these allegations.

101. Answering Paragraph 101, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

102. Answering Paragraph 102, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

required, Defendants deny each and every allegation therein.

103.    Answering Paragraph 103, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

104.    Answering Paragraph 104, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

105.    Answering Paragraph 105, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein.

106.    Answering Paragraph 106, this paragraph asserts legal conclusions and Plaintiff's characterizations of its claims to which no response is required. To the extent any further response is required, Defendants deny each and every allegation therein and deny that Plaintiff is entitled to any relief whatsoever.

### **PRAYER FOR RELIEF**

The allegations set forth in Plaintiff's Prayer for Relief assert legal conclusions to which no response is required. To the extent any further response is required, Defendants deny the allegations in the Prayer for Relief, and further deny that Plaintiff is entitled to any relief whatsoever on any of the claims asserted in the SAC.

Without admitting any of the facts alleged by Plaintiffs, Defendants also plead the following separate and affirmative defenses to the claims asserted in the SAC:

### **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

### **[Failure to State a Claim]**

The SAC and each cause of action therein fail to allege facts sufficient to state a claim against Defendants.

## Second Affirmative Defense

### [No Trade Secrets]

The SAC and each cause of action therein fail to allege facts sufficient to establish any trade secret owned by Plaintiff.

## Third Affirmative Defense

### [Readily Ascertainable]

The SAC and each cause of action therein are barred, in whole or in part, because the information claimed to be trade secret, confidential, or proprietary is readily ascertainable.

## Fourth Affirmative Defense

### [No Misappropriation]

Although Defendants do not bear the burden of proof on this issue and Plaintiff has failed to show that any trade secret exists, Defendants have not misappropriated any information claimed to be trade secret, confidential, or proprietary.

## Fifth Affirmative Defense

### [No Improper Access]

Although Defendants do not bear the burden of proof on this issue and Plaintiff has failed to show that any trade secret exists, Defendants did not obtain access to any information claimed to be trade secret, confidential, or proprietary by improper means.

## Sixth Affirmative Defense

### [No Reasonable Steps to Maintain Secrecy]

Although Defendants do not bear the burden of proof on this issue and Plaintiff has failed to show that any trade secret exists, Plaintiff did not take any reasonable steps to preserve the secrecy of the information claimed to be trade secret, confidential, or proprietary and/or disclosed such information to third parties or the public and not maintained as confidential.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

## Seventh Affirmative Defense

### [No Independent Economic Value]

Although Defendants do not bear the burden of proof on this issue and Plaintiff has failed to show that any trade secret exists, the information claimed to be trade secret, confidential, or proprietary does not have independent economic value.

## Eighth Affirmative Defense

### [Independent Development]

Defendants developed their Pello cameras and systems independently.

## Ninth Affirmative Defense

### [No Breach of Contract]

Although Defendants do not bear the burden of proof on this issue, Defendants have not breached any contract with Plaintiff.

## Tenth Affirmative Defense

### [Laches, Waiver, Estoppel, Unclean Hands]

The SAC and each cause of action therein, in whole or in part, are barred by the doctrine of laches, waiver, estoppel, and/or unclean hands.

## Eleventh Affirmative Defense

### [Statute of Frauds]

The SAC and each cause of action therein, in whole or in part, are barred by the Statute of Frauds to the extent Plaintiff is relying on non-written materials to support its claims.

## Twelfth Affirmative Defense

### [Failure to State a Claim for Punitive Damages]

The SAC and each cause of action therein fail to allege facts sufficient to state a claim for punitive damages.

## Thirteenth Affirmative Defense

### [Speculative Damages]

Plaintiff is not entitled to any recovery from Defendants because the alleged damages, if any, are speculative.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

### Fourteenth Affirmative Defense

### [No Attorney's Fees]

Plaintiff is not entitled to any attorney's fees because of its failure to state facts sufficient to entitle it to attorney's fees and costs.

### Fifteenth Affirmative Defense

### [Adequate Remedy at Law]

Plaintiff is not entitled to any injunctive relief because, to the extent Plaintiff has been damaged at all (and it has not), Plaintiff has an adequate remedy at law.

### Reservation of Additional Defenses

Defendants continue to investigate the allegations set forth in the SAC. Defendants specifically give notice that they intend to rely upon such other defenses as may become available by law, or pursuant to statute, or discovery proceedings in this action, and hereby reserve the right to assert such additional defenses.

### PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment on Plaintiff's SAC as follows:

1.      That Plaintiff takes nothing by way of its SAC and is not entitled to any relief;

2.      That Plaintiff's SAC be dismissed in its entirety with prejudice;

3.      That judgment be entered in favor of Defendants and against Plaintiff;

4.      That Defendants be awarded its attorneys' fees and costs of suit incurred herein; and

5.      That Defendants be awarded such other and further relief that the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Defendants respectfully demand a jury trial for each and every cause of action and affirmative defense herein that sounds in law.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Dated: March 14, 2024

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

*/s/ Daniel B. Weinger*

Arameh Zargham O'Boyle
James M. Wodarski (*Admitted Pro Hac Vice*)
Daniel B. Weinger (*Admitted Pro Hac Vice*)
Andrew H. DeVoogd (*Admitted Pro Hac Vice*)
Nicholas W. Armington (*Admitted Pro Hac Vice*)
Tianyi Tan (*Admitted Pro Hac Vice*)

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT