# EXHIBIT A



James Neudecker
JNeudecker@jmbm.com

Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
(415) 398-8080   (415) 398-5584 Fax
www.jmbm.com

January 13, 2023

**BY EMAIL [rob.duthie@recycle-smart.com] AND FED-EX DELIVERY**

Rob Duthie
Chief Executive Officer
RecycleSmart
10851 Shellbridge Way #310
Richmond, BC V6X 2W8
Canada

        Re:    Cease and Desist Letter re the Misappropriation of Compology LLC's Intellectual Property

Dear Mr. Duthie:

      My law firm represents Compology LLC and its parent company, RoadRunner Recycling, Inc. (collectively "Compology"). This letter is provided to (i) demand that RecycleSmart and all of its affiliates (collectively "you" or "RecycleSmart") immediately cease and desist any and all use of the Pello technologies, which are described on the website hellopello.io as of the date hereof and any further developments thereupon (collectively, the "Pello Technology"), and (ii) put you on notice that Compology hereby asserts an ownership interest in and to the intellectual property associated with the Pello Technology.  Compology further demands that RecycleSmart take all affirmative steps to identify and preserve, and cease any operations that would result in the destruction of, information or documents that may pertain to the Pello Technology, including, but not limited to, your development, training, design and marketing thereof.

      As you are aware, RecycleSmart began subscribing to Compology's proprietary waste camera metering technologies as early as June 2017. Throughout the duration of RecycleSmart's relationship with Compology, RecycleSmart was (i) provided access to Compology's valuable and confidential information, proprietary data and design details, and (ii) bound by certain obligations related to the confidentiality and non-use thereof by contract, statute and common law. It has come to Compology's attention that beginning by 2021, if not earlier, you developed a competitive waste camera metering technology, the Pello Technology, while a customer of Compology, by taking deliberate steps to misappropriate and infringe upon Compology's intellectual property. Despite past representations by RecycleSmart that the development of the Pello Technology was the result of a grant from the Canadian government to explore a waste sensor platform in Canada, that could combine data from several different sensors, and that RecycleSmart would not develop any derivative or duplicative technologies that would compete with Compology's proprietary technologies, RecycleSmart not only did the opposite of its stated

Rob Duthie, CEO
January 13, 2023
Page 2

intentions, but did so in a manner that made improper and unauthorized utilization of Compology's intellectually property.

    RecycleSmart is, among other things, in direct violation of the express terms of its subscription services agreement with Compology, has committed trade secret misappropriation in violation of the California Uniform Trade Secrets Act (California Civil Code § 3426 *et seq*), has engaged in unfair business practices prohibited by California's Unfair Competition Law (California Business & Professions Code § 17200 *et seq*), and committed numerous other actionable torts and violations of applicable law. The misappropriated information and technologies that comprise the Pello Technology are the proprietary intellectual property of Compology and RecyleSmart's continued use thereof is unlawful.  In addition to the ownership interest in the Pello Technology, our Client is entitled to actual damages, exemplary damages, disgorgement and unjust enrichment damages, attorneys' fees and costs to prosecute, injunctive relief, and/or any royalties deemed reasonable by a California court.

    Please immediately confirm: (1) your receipt of this letter; (2) that you will immediately cease and desist any and all use of the Pello Technologies and any further developments thereupon; and (3) that you will take all steps necessary to identify and preserve all information and documents pertaining to the Pello Technology.

    We reiterate that Compology reserves any and all ownership rights of the Pello Technology arising under the claims outlined above, and its right to pursue monetary damages in connection therewith.  Nothing in this letter, or otherwise, is intended or shall be construed to be a waiver or release of, or a limitation or restriction upon, any of Compology's rights, remedies, claims, positions, or defenses arising out of or in connection with this matter, and all of such rights, remedies, claims, positions, and defenses have been and continue to be reserved and may be exercised or asserted by Compology at any time without further notices except as required by applicable law.

    Regards,

JAMES NEUDECKER of
Jeffer Mangels Butler & Mitchell LLP



70933993v1