# EXHIBIT B



James Neudecker                                          Two Embarcadero Center, 5th Floor
(415) 984-9676                                           San Francisco, California 94111-3813
JNeudecker@jmbm.com                                      (415) 398-8080   (415) 398-5584 Fax
                                                                                www.jmbm.com

January 31, 2023

**VIA EMAIL [dbweinger@mintz.com]**

Daniel Weinger
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

> Re:     **Cease and Desist Letter re the Misappropriation of Compology's
>         Trade Secrets**

Dear Mr. Weinger:

Thank you for your response to my letter of January 13, 2023 (the "Letter"), demanding, among other things, that your client, Recycle Track Systems, Inc. ("RTS"), and its subsidiary RecycleSmart Solutions, Inc. ("RecycleSmart"), (i) immediately cease and desist any and all use of the Pello Technologies (as defined in the Letter) and any further developments thereupon, and (ii) take all steps necessary to identify and preserve all information and documents pertaining to the Pello Technology.

Our letter was sent as a courtesy to RTS, to see if the parties could resolve the matter before RoadRunner Recycling, Inc. ("RoadRunner") and its subsidiary, Compology LLC ("Compology" and together with RoadRunner, "Client") have to initiate litigation.  Frankly, we think it is disingenuous for RecycleSmart to claim that it is not aware of the facts and circumstances leading to the assertions of infringement and misappropriation of my Client's intellectual property, and the unfair business practices of RecycleSmart. We also do not desire to exchange further letters if RTS intends to posture that no such activity occurred.  As I'm sure you can appreciate, the value and materiality of these claims are significant, and my Client intends to file suit if no progress towards a resolution is achieved very soon.  If RTS is earnestly of the view that no wrongdoing has occurred, please inform us immediately, and we can forego further dialogue and proceed to litigation.

The above notwithstanding, to aid the alleged investigation of your client's actions, we would point you to inquiring as to the means by which the Pello Technology was developed and trained.  Compology audited RecycleSmart's use of Compology's technology and tools and observed that beginning in early July 2021 (notably the month in which RecycleSmart announced the Pello Technology) and for the following six month period, RecycleSmart's use and downloads spiked significantly – nearly 600% – relative to its use over the preceding years, and pulling atypical and aged tagged and labeled images, again inconsistent with RecycleSmart's

Daniel Weinger
January 31, 2023
Page 2

prior use, which began in 2017. As a result of this finding, Compology also audited the potential for the Pello Technology to be placed in the same containers with that of Compology's cameras, and, based on a cursory image analysis, found that greater than 10% of RecycleSmart containers with Compology's cameras were also outfitted with the competing and duplicative Pello Technology, providing ample opportunity to train the Pello Technology on the years of effort, expense and learning developed by Compology in a matter of mere months.

Further confirming the suspicious activity, in October 2021, RecycleSmart insisted that it be informed how Compology's back-end systems work to monitor cameras, dispatch service technicians and generally manage the network of cameras.  That same month, RecycleSmart reduced its contract with Compology from 3 years to 1 year, setting the contract expiration date for October 31, 2022, with an option to renew.  RecycleSmart did not exercise its contract renewal option with Compology in October 2022. What began as a ten camera pilot in 2017, and expanded to be one of Compology's largest customers by summer of 2021, abruptly ended following the full transition to the Pello Technology, developed while RecycleSmart remained an allegedly loyal customer of Compology.

Given that machine learning tools require *years* to be properly trained and developed, with the input of hundreds of thousands of accurately labeled and tagged images that take significant time and resources to aggregate and mark, it is, to put it softly, entirely unlikely that RecycleSmart launched its fully operational Pello Technology in the period that it did so, without having misappropriated Compology's intellectual property. The inescapable conclusion is that RecycleSmart impermissibly, unfairly and improperly used Compology's proprietary technology, data, and processes in order to develop a tool that directly competes with Compology's own proprietary technologies.  In so doing, RecycleSmart is in direct violation of the express terms of its subscription services agreement with Compology, has committed trade secret misappropriation in violation of the California Uniform Trade Secrets Act (California Civil Code § 3426 *et seq*), has engaged in unfair business practices prohibited by California's Unfair Competition Law (California Business & Professions Code § 17200 *et seq*), and committed numerous other actionable torts and violations of California law, as has already been communicated.  Under applicable California law, our Client is entitled to actual damages, exemplary damages, disgorgement and unjust enrichment damages, attorneys' fees and costs to prosecute, injunctive relief, and/or any royalties deemed reasonable by a California court.

Again, if RTS is interested in exploring a pre-litigation resolution, let me know immediately.  If, on the other hand, RTS is content to continue to feign ignorance, or is not interested in trying to resolve things before litigation, we will simply proceed with filing a lawsuit.

We reserve any and all ownership rights of Compology in the Pello Technology and our Client's right to pursue monetary damages as outlined above.  Nothing in this letter, or otherwise, is intended or shall be construed to be a waiver or release of, or a limitation or restriction upon, any of our Client's rights, remedies, claims, positions, or defenses arising out of



Daniel Weinger
January 31, 2023
Page 3


or in connection with this matter, and all of such rights, remedies, claims, positions, and defenses have been and continue to be reserved and may be exercised or asserted by our Client at any time without further notices except as required by applicable law.

Very truly yours,

JAMES NEUDECKER of
Jeffer Mangels Butler & Mitchell LLP


JN:j1n

