JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:   (949) 623-7200
Facsimile:   (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:   December 9, 2024 |

Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") respectfully submits this motion to consider whether material designated as confidential by Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively, "Defendants") should be sealed. Specifically, RoadRunner seeks to file the following documents under seal:

| Description | Portions to be Sealed | Designating Party |
| --- | --- | --- |
| Exhibit C to RoadRunner's September 5, 2024 letter – Excerpts from the deposition of Yahya Laraki | Entirety | Defendants |
| Unredacted version of RoadRunner's September 5, 2024 letter | Portions highlighted in yellow | Defendants |

Local Rule 79-5(f) provides that a document may be filed provisionally under seal when the document or portions thereof "has been designated as confidential by another party or non-party." L.R. 79-5(f). Defendants designated Mr. Laraki's deposition testimony "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case (Dkt. No. 68). The protective order provides that information or items designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" contain "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means." (*Id.* at 3). Exhibit C is a copy of Mr. Laraki's deposition testimony and the highlighted portions of RoadRunner's letter directly reference Mr. Laraki's deposition testimony.

Accordingly, RoadRunner respectfully requests that the Court consider whether the portions of Mr. Laraki's testimony attached to RoadRunner's September 5, 2024 letter as Exhibit C and the references to Mr. Laraki's testimony in RoadRunner's letter should be sealed.

/ / /

/ / /

/ / /

1  DATED: September 5, 2024		JEFFER MANGELS BUTLER & MITCHELL LLP
					STANLEY M. GIBSON
2					JAMES NEUDECKER
					JOSEPH J. MELLEMA
3					LENA STREISAND

					By:  _____*/s/ Lena Streisand*_____
5						LENA STREISAND
					Attorneys for Plaintiff ROADRUNNER
6					RECYCLING, INC.