JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF LENA STREISAND IN SUPPORT OF MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:   August 4, 2023<br>Trial Date:            December 9, 2024 |

I, Lena Streisand, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Jeffer Mangels Butler & Mitchell LLP, attorneys of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner").  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of RoadRunner's Motion to Consider Whether Defendants' Material Should Be Sealed.

2. Attached hereto is a true and correct copy of excerpts from the transcript of Yahya Laraki's deposition.  The transcript has been highlighted to indicate those portions of Mr. Laraki's testimony that are directly referenced in RoadRunner's letter to the Court, dated September 5, 2024.

3. Attached hereto is a true and correct copy of the unredacted version of RoadRunner's September 5, 2024 letter to the Court.  RoadRunner's proposed redactions are highlighted in yellow.

3. Mr. Laraki's deposition transcript and the references thereto in RoadRunner's letter are being filed provisionally under seal pursuant to L.R. 79-5(f) because Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. designated Mr. Laraki's testimony "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of September, 2024, in Los Angeles, California.

By:     */s/ Lena Streisand*
        LENA STREISAND
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

# PROOF OF SERVICE

*RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*
**3:23-cv-04804-WHA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On September 5, 2024, I served true copies of the following document(s) described as **DECLARATION OF LENA STREISAND IN SUPPORT OF MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED AND PROVISIONALLY SEALED ATTACHMENTS** as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Lstreisand@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 5, 2024, at Los Angeles, California.

*/s/ Lena Streisand*
Lena Streisand

## SERVICE LIST

*RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*
**3:23-cv-04804-WHA**

| | |
|---|---|
| Arameh Zargham O'Boyle<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email:  AZOBoyle@mintz.com | Attorneys for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. |
| Amy LoBue<br>James J. Thomson<br>James M. Wodarski<br>Matthew S. Galica<br>Michael C. Newman<br>Stephen Huxton Chen<br>Tianyi Tan<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Emails: alobue@mintz.com<br>jjthomson@mintz.com<br>JWodarski@mintz.com<br>msgalica@mintz.com<br>mcnewman@mintz.com<br>schen@mintz.com<br>TTan@mintz.com<br><br>CC:       rts-mintz@mintz.com | |

72563392v1

Case No. 3:23-cv-04804-WHA

DECLARATION OF LENA STREISAND IN SUPPORT OF MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED