1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:    (949) 623-7200
   Facsimile:    (949) 623-7202
9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:    (310) 203-8080
12 Facsimile:    (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| 19          Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** |
| 20     v. | |
| 21  RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| 22          Defendants. | Complaint Filed:  August 4, 2023<br>Trial Date:       December 9, 2024 |

23

24

25

26

27

28

Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a motion to consider whether Defendants' material should be sealed. Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following document under seal:

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Exhibit C to RoadRunner's September 5, 2024 letter – Excerpts from the deposition of Yahya Laraki | Entirety | Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively, "Defendants") |
| Unredacted version of RoadRunner's September 5, 2024 letter | Portions highlighted for redaction | Defendants |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE