# EXHIBIT A

**Provisionally Filed Under Seal**

**ECF 98**