# EXHIBIT D



jmbm.com

Lena Streisand
Lstreisand@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080  (310) 203-0567 Fax
www.jmbm.com

September 3, 2024

**BY EMAIL**

Matthew S. Galica
Mintz
One Financial Center
Boston, MA 02111
E-Mail: msgalica@mintz.com

    Re:  Defendants' Subpoena to Launch Finance LLC

Dear Matt:

   We write regarding Defendants' Subpoena to Laina Payne of Launch Finance LLC.  The subpoena is objectionable on multiple grounds, as described below.

   First, Defendants failed to timely provide RoadRunner notice of the subpoena.  Pursuant to Fed. R. Civ. P. 45(a)(4):

> If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party.

Defendants did not provide notice of the subpoena until after it was served on Launch Finance.  Further, RoadRunner did not receive notice of Ms. Payne's deposition until after the noticed time and date of the deposition.

   Second, the subpoena is unreasonable and a reasonable subpoena would be out of time.  Defendants served the subpoena on Launch Finance on August 29, 2024 at 3:20 p.m. PT.  The subpoena commands compliance by August 30, 2024 at 10:00 a.m. ET, less than 24 hours after it was served.  Being that the fact discovery cut-off in this case was August 30, 2024, Defendants could not have served Launch Finance with a subpoena that allotted Launch Finance reasonable time to respond without leave of Court, which Defendants did not seek.

   For those reasons, RoadRunner requests that Defendants withdraw the subpoena to Launch Finance.

Matthew S. Galica
September 3, 2024
Page 2


      Nothing in this letter shall be construed as a complete statement of RoadRunner's objections to the subpoena or a waiver of RoadRunner's rights.

      Regards,

LENA STREISAND for
Jeffer Mangels Butler & Mitchell LLP

LS:l2s

