# EXHIBIT 1

**Daniel B. Weinger**
617 348 1629
dbweinger@mintz.com



MINTZ

One Financial Center
Boston, MA  02111
617 542 6000
mintz.com

January 27, 2023

Via E-mail

James Neudecker
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
(415) 398-8080 (415) 398-5584 Fax
JNeudecker@jmbm.com

Re:   RTS Response to Compology's Cease and Desist Letter

Dear Mr. Neudecker:

    My law firm represents Recycle Track Systems, Inc. ("RTS"), and its subsidiary RecycleSmart Solutions, Inc. ("RecycleSmart"). We are in receipt of your letter of January 13, 2023 ("Letter"), addressed to Rob Duthie at RecycleSmart, which alleged that RecycleSmart misappropriated unidentified trade secrets and committed unidentified unfair business practices. Please direct all future communication with respect to this matter to my attention.

    RTS and RecycleSmart take seriously any allegations of infringement and/or misappropriation of intellectual property. Your Letter accuses RecycleSmart of these serious allegations, yet does not provide any factual basis or legal support for such assertions. For example, you claim that RecycleSmart "has committed trade secret misappropriation," yet you have not identified any trade secrets (or confidential information) that would form the basis of this claim. Nor have you identified any source of such trade secrets or confidential information. You further claim that RecycleSmart "has engaged in unfair business practices," without identifying those unfair business practices or any factual predicate for this allegation. As another matter, while you imply that RecycleSmart's development of Pello was itself somehow improper, nowhere in your Letter do you claim that RecycleSmart was in some way restricted from creating technology embodied by Pello. Of course, RecycleSmart was in no way so restricted. Your Letter provides no meaningful information that would assist our investigation of your allegations.

    In any event, contrary to the vague, unsupported, and baseless assertions in your Letter, RecycleSmart's Pello technology was independently created and not based on any confidential information owned by Compology. While we are always open to an amicable discussion with Compology, especially considering RecycleSmart's preexisting business relationship with Compology, we respectfully request that Compology cease lodging vague, unsupported, and baseless allegations against RTS and its family of companies.

**MINTZ**

James Neudecker
January 27, 2023
Page 2



     My contact information is provided above should you wish to discuss this matter further. I am always open to having a dialogue regarding any of your concerns with respect to this matter.

Best regards,

Daniel B. Weinger
Member

502137271v.1