1  Arameh Zargham O'Boyle (SBN: 239495)
   AZOboyle@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   2049 Century Park East, Suite 300
3  Los Angeles, CA 90067
   Telephone:     (310) 586-3200
4  Facsimile:     (310) 586-3202

5  James M. Wodarski *(Admitted Pro Hac Vice)*
   JWodarski@mintz.com
6  Michael C. Newman *(Admitted Pro Hac Vice)*
   MCNewman@mintz.com
7  Matthew S. Galica *(Admitted Pro Hac Vice)*
   MSGalica@mintz.com
8  James J. Thomson *(Admitted Pro Hac Vice)*
   JJThomson@mintz.com
9  Sean M. Casey *(Admitted Pro Hac Vice)*
   SMCasey@mintz.com
10 Tianyi Tan *(Admitted Pro Hac Vice)*
   TTan@mintz.com
11 Stephen Chen *(Admitted Pro Hac Vice)*
   SChen@mintz.com
12 Amy LoBue *(Admitted Pro Hac Vice)*
   ALoBue@mintz.com
13 MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   One Financial Center
14 Boston, MA 02111
   Telephone:     (617) 542-6000
15 Facsimile:     (617) 542-2241

16 Attorneys for Defendants
   RECYCLE TRACK SYSTEMS, INC., and
17 RECYCLESMART SOLUTIONS INC.

18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20 ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| 21              Plaintiff, | **DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS'** |
| 22       v. | **ADMINISTRATIVE MOTION TO FILE** |
| 23 RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | **UNDER SEAL** |
| 24              Defendants. | *Assigned for All Purposes to:* The Hon. William H. Alsup, Courtroom 12 |
| 25 | Complaint Filed:   August 4, 2023 |
| 26 | Trial Date:             December 9, 2024 |

1
DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
(CASE NO. 3:23-CV-04804-WHA)

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. ("Defendants"). I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of Defendants' Response to Plaintiff's September 5, 2024 Discovery Letter. Defendants' proposed redactions are highlighted in yellow.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Yahya Laraki's Deposition taken on August 7, 2024. The transcript has been highlighted to indicate those portions of Mr. Laraki's testimony that are directly referenced in Defendants' Response to Plaintiff's September 5, 2024 Discovery Letter. Defendants propose redacting **Exhibit 4** in its entirety.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September, 2024, in Boston, Massachusetts.

>*/s/ Matthew S. Galica*
>Matthew S. Galica

# PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is One Financial Center, Boston, MA 02111. On September 10, 2024, I served true and correct copies of the following documents:

## DEFENDANTS' PROVISIONALLY SEALED DOCUMENTS

| | |
|---|---|
| ☒ | **BY E-MAIL**: By electronic mail transmission on September 10, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. |

| | |
|---|---|
| Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:(310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
| Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2024, at Boston, MA.

*Stephanie Stutzmann*
STEPHANIE STUTZMANN