**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| | Complaint Filed:   August 4, 2023<br>Trial Date:         December 9, 2024 |

Pursuant to Civil Local Rule 79-5, Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") have filed an Administrative Motion to File Under Seal ("Administrative Motion"): (1) Defendants' Response to Plaintiff's September 5, 2024 Discovery Letter with respect to the highlighted portions that reference Defendants' confidential information; and (2) the excerpts of Yahya Laraki's deposition transcript, which references Defendants' confidential information.

Good cause to seal having been shown, the Court **GRANTS** Defendants' Administrative Motion and **ORDERS** sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Defendants' Response to Plaintiff's September 5, 2024 Discovery Letter | Portions highlighted in yellow | Defendants |
| Exhibit 4 to Defendants' Response to Plaintiff's September 5, 2024 Discovery Letter – Yahya Laraki Deposition Transcript (Excerpts) | Entirety | Defendants |

**IT IS SO ORDERED.**

DATED: _____, 2024

HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE