# EXHIBIT A

| | |
|---|---|
| **From:** | Joseph Mellema <JMellema@jmbm.com> |
| **Sent:** | Friday, April 5, 2024 3:10 PM |
| **To:** | Weinger, Daniel |
| **Cc:** | RTS-Mintz; Stan M. Gibson; Christina Lopez |
| **Subject:** | RoadRunner v. RTS et al. - RoadRunner Document Production [JMBM-LA.82941.0001] |

Dear Counsel,

Please see the link to RoadRunner's document production bearing bates numbers ROADRUNNER000000096-000028692. Please note these documents have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY or CONFIDENTIAL pursuant to the Protective Order and should be treated accordingly.

https://jmbmip.sharefile.com/public/share/web-s00eb90cb26cf4ef38738f7f1d7d77846

Best,
Joe

**Joseph J. Mellema** | Partner
**Jeffer Mangels Butler & Mitchell LLP | JMBM**
3 Park Plaza #1100, Irvine, CA 92614
**D:** (949) 623-7232 **| E:** JMellema@jmbm.com
**VCARD | BIO | LINKEDIN**



This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Message

| | |
|---|---|
| **From**: | Jason Gates [jason@compology.com] |
| **Sent**: | 3/13/2022 12:49:54 PM |
| **To**: | Benjamin Chehebar [ben@compology.com] |
| **CC**: | Andreas Gruson [andreas@compology.com]; Alex Captain [ACaptain@catrockcap.com]; Buddy Arnheim [buddy@lobby.vc]; Yousif Al-Dujaili [yad@catrockcap.com] |
| **Subject**: | Re: Compology Operating Plan For Approval |
| **Attachments**: | CompologyOperating Plan_March 13 2022.xlsx |

As suggested, we've taken another hard look at who and what expenses are absolutely necessary for the success of the business. Attached is our updated plan ███████████████████████████████████████████ ████████████ ████████████

Thank you for the feedback and questions. To address them specifically:

- **Formulas:** Thanks for catching that mismatch, Alex. We've reviewed our model closely several times and feel confident in its accuracy now.
- **Government:** During our Board call yesterday ██████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████
- **Sales, Customer Success & Account Coordinators:** The motion of hunting for new business takes a very different skill set than the program management of implementation, training, etc. ████████████ ████████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████
- **Launch Finance:** After our controller resigned in early February we hired an outsourced finance team to run finance for us end to end - everything from month end close to processing sales orders to reporting. There is some cleanup happening right now which is why ██████████████████████ ████████████████████████████ We currently have a VP level resource providing oversight as well as a full time controller and part time sr. accountant. We don't need all of these resources going forward but I think it's really important to make the investment needed to ensure our finances are correct and we can report/review in a timely manner.

We are still working on ██████████████████████████████████████████ ████████████████████████ but wanted to get this plan out for everyone's review ASAP.These numbers will come in a follow up email as soon as we have them ready.

What's everyone's availability like today for a call to address any outstanding questions and approve a plan for execution tomorrow morning? Ben and I can be available anytime.

- Jason

On Sun, Mar 13, 2022 at 10:02 AM Benjamin Chehebar <ben@compology.com> wrote:
  Alex,

CONFIDENTIAL