# EXHIBIT B

**Lena Streisand**

| | |
|---|---|
| **From:** | Stutzmann, Stephanie <SEStutzmann@mintz.com> |
| **Sent:** | Friday, August 30, 2024 12:02 PM |
| **To:** | Joseph Mellema; Stan M. Gibson; Christina Lopez; James Neudecker; Shavon Henry; Lena Streisand; Itzi Munoz |
| **Cc:** | RTS-Mintz |
| **Subject:** | RoadRunner Recycling, Inc. v. RTS, et al.; Case No.: 3:23-cv-04804 - Subpoena and Proof of Service to Laina Payne, Co-Founder VP Finance, Launch Finance |
| **Attachments:** | Subpoena - L. Payne, Co-Founder, VP Finance, Launch Finance AO_088A_rev_12-2020.pdf; Proof of Serivce - L. Payne, Launch Finance, Co-Founder, VP Finance.pdf |

Counsel:

Attached for service please find Subpoena and Proof of Service to Laina Payne, Co-Founder, VP Finance of Launch Finance.

Best,
Stephanie

**Stephanie Stutzmann**
*Legal Specialist*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.1657
SEStutzmann@mintz.com | Mintz.com



STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments
to this message are intended for the exclusive use of the addressee(s)
and may contain confidential or privileged information. If you are not
the intended recipient, or the person responsible for delivering the
email to the intended recipient, be advised you have received this
message in error and that any use, dissemination, forwarding, printing,
or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn,
Ferris, Glovsky and Popeo sender immediately, and destroy all copies
of this message and any attachments.

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| ROADRUNNER RECYCLING, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:23-cv-04804-WHA |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | ) ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  
Laina Payne, Co-Founder & VP Finance, Launch Finance, LLC
112 Homestead Blvd., Mill Valley, CA  94941-3452

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:
Launch Finance accounting or financial reporting for or on behalf of Compology Inc. or RoadRunner Recycling Inc.

| Place: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. 1 Financial Center, Boston, MA 02111 or by Zoom | Date and Time: 08/30/2024 10:00 am |
|---|---|

The deposition will be recorded by this method:  stenographically recorded and videotaped

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: documents related to Launch Finance's relationship with Compology from 2013-2022; Launch Finance's prepared financial documents for or on behalf of Compology; Launch Finance's methods, policies, processes, and documents used to prepare financial documents for or on behalf of Compology; calculations appearing in financial documents for or on behalf of Compology.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  08/29/2024

CLERK OF COURT

OR

_____          /s/ Matthew S. Galica
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Recycle Track Systems, Inc. and RecycleSmart Solutions Inc._____, who issues or requests this subpoena, are:
Matthew S. Galica, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA  02111, MSGalica@mintz.com, 617-542-6000

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Matthew S. Galica<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>555 12th Street NW, Suite 1100  Washington, DC 20004<br><br>TELEPHONE NO.: (202) 434-7406 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : | |

| United States District Court | |
|---|---|
| STREET ADDRESS: 450 Golden Gate Avenue | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: San Francisco, CA 94102 | |
| BRANCH NAME: Northern District of California | |

| PLAINTIFF/PETITIONER:  Roadrunner Recycling, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Recycle Track Systems, Inc., et al. | 3:23-cv-04804-WHA |

| **PROOF OF SERVICE** | Ref. No. or File No.:<br>060590-007 |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Subpoena to Testify at a Deposition in a Civil Action**

PARTY SERVED: **Laina Payne, Co-Founder & VP Finance, Launch Finance, LLC**

DATE & TIME OF DELIVERY: **8/29/2024**
**3:20 PM**

ADDRESS, CITY, AND STATE: **112 Homestead Blvd**
**Mill Valley, CA 94941**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid: $40.00.**

Fee for Service: $ 563.70
County: Marin
Registration No.: 118
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 060590-007

I declare under penalty of perjury under the laws of the
The United States that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on  August 30, 2024

Signature: *Javier Baraona*

Javier Baraona

982(a)(23)[New July 1, 1987]      Order#: P213359/General