UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY BY MESSRS. ARMSTRONG AND LONGSON** |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | Hon. William H. Alsup |

Hearing

| Date: | October 10, 2024 |
|---|---|
| Time: | 8:00 a.m. |
| Location: | 450 Golden Gate Avenue Courtroom 12, 19th Floor San Francisco, CA 94102 |
| Complaint Filed: | August 4, 2023 |
| Trial Date: | December 9, 2024 |

## ORDER

Upon Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Motion to Exclude Expert Testimony By Messrs. Armstrong and Longson ( "Defendants' Motion"), and upon review of the papers submitted and the oral argument presented by Counsel, and good cause appearing, it is hereby **ORDERED THAT:**

1. Defendants' Motion is **GRANTED;**
2. Mr. Armstrong and Mr. Longson are precluded from testifying as experts in this matter under Federal Rule of Evidence 702, 703, or 705.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE