1   Arameh Zargham O'Boyle (SBN: 239495)
    AZOboyle@mintz.com
2   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    2049 Century Park East, Suite 300
3   Los Angeles, CA 90067
    Telephone:    (310) 586-3200
4   Facsimile:    (310) 586-3202

5   James M. Wodarski *(Admitted Pro Hac Vice)*
    JWodarski@mintz.com
6   Michael C. Newman *(Admitted Pro Hac Vice)*
    MCNewman@mintz.com
7   Matthew S. Galica *(Admitted Pro Hac Vice)*
    MSGalica@mintz.com
8   James J. Thomson *(Admitted Pro Hac Vice)*
    JJThomson@mintz.com
9   Sean M. Casey *(Admitted Pro Hac Vice)*
    SMCasey@mintz.com
10  Tianyi Tan *(Admitted Pro Hac Vice)*
    TTan@mintz.com
11  Stephen Chen *(Admitted Pro Hac Vice)*
    SChen@mintz.com
12  Amy LoBue *(Admitted Pro Hac Vice)*
    ALoBue@mintz.com
13  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    One Financial Center
14  Boston, MA 02111
    Telephone:    (617) 542-6000
15  Facsimile:    (617) 542-2241

16  Attorneys for Defendants
    RECYCLE TRACK SYSTEMS, INC., and
17  RECYCLESMART SOLUTIONS INC.

18                **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20  | ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
    |---|---|
21  | Plaintiff, | **DEFENDANTS RECYCLE TRACK** |
    | v. | **SYSTEMS, INC. AND RECYCLESMART** |
22  | | **SOLUTIONS INC.'S MOTION TO** |
    | RECYCLE TRACK SYSTEMS, INC., and | **CONSIDER WHETHER ANOTHER** |
23  | RECYCLESMART SOLUTIONS INC., | **PARTY'S MATERIAL SHOULD BE** |
    | | **SEALED** |
24  | Defendants. | |
    | | *Assigned for All Purposes to:* |
25  | | The Hon. William H. Alsup, Courtroom 12 |
26  | | Complaint Filed:    August 4, 2023 |
    | | Trial Date:        December 9, 2024 |
27

28
                                        1
    DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE
                                      SEALED
                          (CASE NO. 3:23-CV-04804-WHA)

## I.     INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") hereby respectfully submit this Motion to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion") Specifically, Defendants seek to file under seal the information and/or document(s) listed below, based on Plaintiff's designation of the transcripts as confidential:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Timothy Jay Longson Deposition Transcript | Entirety | Plaintiff |
| Justin Armstrong Deposition Transcript | Entirety | Plaintiff |

## II.     LEGAL STANDARD

Civil L.R. 79-5(f) requires that for any document a party ("Filing Party") seeks to seal because that document has been designated as confidential by another party or non-party (the "Designating Party"), the Filing Party must file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

## III.     PLAINTIFF'S CONFIDENTIAL INFORMATION

Defendants file this motion because Plaintiffs have designated on the record the entirety of each deposition transcript as confidential.  The transcripts have been excerpted, and the portions thereof discussing alleged trade secrets have been highlighted.

DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 3:23-CV-04804-WHA)

1   Dated: September 10, 2024                    Respectfully Submitted,

2                                                /s/ Matthew S. Galica

3                                                Arameh Zargham O'Boyle (SBN: 239495)
                                                 AZOboyle@mintz.com
4                                                MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
                                                     POPEO, P.C.
5                                                2049 Century Park East, Suite 300
                                                 Los Angeles, CA 90067
6                                                Telephone:    (310) 586-3200
                                                 Facsimile:    (310) 586-3202
7
                                                 James M. Wodarski (Admitted Pro Hac Vice)
8                                                JWodarski@mintz.com
                                                 Michael C. Newman (Admitted Pro Hac Vice)
9                                                MCNewman@mintz.com
                                                 Matthew S. Galica (Admitted Pro Hac Vice)
10                                               MSGalica@mintz.com
                                                 James J. Thomson (Admitted Pro Hac Vice)
11                                               JJThomson@mintz.com
                                                 Sean M. Casey (Admitted Pro Hac Vice)
12                                               SMCasey@mintz.com
                                                 Tianyi Tan (Admitted Pro Hac Vice)
13                                               TTan@mintz.com
                                                 Stephen Chen (Admitted Pro Hac Vice)
14                                               SChen@mintz.com
                                                 Amy LoBue (Admitted Pro Hac Vice)
15                                               ALoBue@mintz.com
                                                 MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
16                                                   POPEO, P.C.
                                                 One Financial Center
17                                               Boston, MA 02111
                                                 Telephone:    (617) 542-6000
18                                               Facsimile:    (617) 542-2241

19                                               Attorneys for Defendants
                                                 **RECYCLE TRACK SYSTEMS, INC., and**
20                                               **RECYCLESMART SOLUTIONS INC.**

21

22

23

24

25

26

27

28
                                        3
DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE
                                     SEALED
                          (CASE NO. 3:23-CV-04804-WHA)