1   Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
2   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
3   Los Angeles, CA 90067
Telephone:     (310) 586-3200
4   Facsimile:      (310) 586-3202

5   James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
6   Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
7   Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
8   James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
9   Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
10  Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
11  Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
12  Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
13  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
14  Boston, MA 02111
Telephone:     (617) 542-6000
15  Facsimile:      (617) 542-2241

16  Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
17  RECYCLESMART SOLUTIONS INC.

18              **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA**

20  ROADRUNNER RECYCLING, INC.,                    | Case No. 3:23-cv-04804-WHA

21                      Plaintiff,                 | **DECLARATION OF MATTHEW S.
                                                   | GALICA IN SUPPORT OF DEFENDANTS'**
22              v.                                 | **MOTION TO CONSIDER WHETHER
                                                   | ANOTHER PARTY'S MATERIAL**
23  RECYCLE TRACK SYSTEMS, INC., and               | **SHOULD BE SEALED**
RECYCLESMART SOLUTIONS INC.,

24                      Defendants.                | *Assigned for All Purposes to:*
                                                   | The Hon. William H. Alsup, Courtroom 12
25
                                                   | Complaint Filed:     August 4, 2023
26                                                 | Trial Date:          December 9, 2024

27

28
                                          1

I, Matthew S. Galica, hereby declare as follows:

1.      I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. ("Defendants"). I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2.      I submit this declaration in support of Defendants' Motion to Consider Whether Another Party's Material Should be Sealed.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Timothy (Jay) Longson's Deposition taken on August 15, 2024. The transcript has been highlighted to indicate those portions of Mr. Armstrong's testimony that directly reference alleged trade secrets.

4.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Justin Armstrong's Deposition taken on August 22, 2024. The transcript has been highlighted to indicate those portions of Mr. Armstrong's testimony that directly reference alleged trade secrets.

5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September, 2024, in Boston, Massachusetts.

*/s/ Matthew S. Galica*
Matthew S. Galica

DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 3:23-CV-04804-WHA)

1

## PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action.  My business address is One Financial Center, Boston, MA 02111.  On September 10, 2024, I served true and correct copies of the following documents:

## DEFENDANTS' PROVISIONALLY SEALED DOCUMENTS

| | |
|---|---|
| ☒ | **BY E-MAIL**:  By electronic mail transmission on September 10, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below.  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. |

| | |
|---|---|
| Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:(310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
| Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 10, 2024, at Boston, MA.

*Stephanie Stutzmann*

STEPHANIE STUTZMANN