JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO DKT. NO. 102** <br><br> Complaint Filed:    August 4, 2023 <br> Trial Date:    December 9, 2024 |

Pursuant to Local Rules 7-11 and 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") respectfully requests that the Court order the following documents to be kept under seal:

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Exhibit A to Dkt. No. 102 – Email designated CONFIDENTIAL under protective order | Unredacted portions highlighted in yellow | RoadRunner |
| Exhibit C to Dkt. No. 102 – Deposition Testimony of Jason Gates | Entirety | RoadRunner |

The Court has inherent authority to seal documents to protect confidential and proprietary information upon a showing of "compelling reasons." *See Nixon v. Warner Comm., Inc.*, 435 US 589, 597 (1978). Courts have held that compelling reasons exist for sealing documents disclosing "long-term financial projections, discussions of business strategy, . . . " *Krieger v. Atheros Commc'ns, Inc.*, No. 11-CV-00640-LHK, 2011 WL 2550831, at *1 (N.D. Cal. June 25, 2011), "detailed product-specific financial information, customer information, [and] internal reports," *In re Apple Inc. Device Performance Litig.*, No. 5:18-MD-02827-EJD, 2019 WL 1767158, at *2 (N.D. Cal. Apr. 22, 2019)

The portions of Exhibit A that RoadRunner requests to file under seal reveal Compology's business strategy and financial strategy and are irrelevant to RoadRunner's substantive filing. The portions RoadRunner seeks to file under seal also contain information regarding Compology's customers, including governmental entities, that are not relevant to this lawsuit. The portion of Exhibit A that is referenced in Dkt. No. 102 is visible to the public. It is not redacted. Therefore, filing the unredacted version of Exhibit A under seal does not disturb the public's general right to inspect and copy judicial records.

Exhibit C is a compilation of excerpts from Jason Gates' deposition testimony. This testimony specifically chronicles Mr. Gates walking counsel through a spreadsheet of Compology's long-term financials and financial projections. Mr. Gates goes cell-by-cell through the spreadsheet, explaining how Compology calculated items in the spreadsheet, defining those

items, and providing detail regarding Compology's accounting.  These are not generalized statements regarding Compology's financials but granular, specific descriptions of Compology's accounting and projections disclosing how Compology forecasted revenue, expenses, etc.  This information is highly sensitive and should be sealed.  *See Krieger*, 2011 WL 2550831, at *1.

DATED:  September 10, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA
LENA STREISAND

By:  */s/ Lena Streisand*
　　　　　LENA STREISAND
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.