JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF LENA STREISAND IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO DKT. NO. 102** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:             December 9, 2024 |

I, Lena Streisand, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Jeffer Mangels Butler & Mitchell LLP, attorneys of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of RoadRunner's Motion to File Under Seal Certain Exhibits to Dkt. No. 102.

2. Attached hereto is a true and correct copy of the unredacted document attached to Dkt. No. 102 as Exhibit A. RoadRunner's proposed redactions are highlighted in yellow.

3. Attached hereto is a true and correct copy of Exhibit C to Dkt. No. 102, excerpts from the deposition of Jason Gates.

4. I am informed and believe that the contents of Exhibits A and C that RoadRunner seeks to keep under seal are highly confidential and sensitive and that publication of that information could put RoadRunner at a competitive disadvantage. I am informed and believe that this information is highly sensitive and confidential business information because it contains descriptions of product-specific financial accounting, business strategy, and financial strategy. Exhibit C also discusses projections and the confidential methods in which Compology calculated its financial projections.

5. RoadRunner's request to seal this information is narrowly tailored in that RoadRunner filed a redacted version of Exhibit A that only conceals the sensitive information contained therein. RoadRunner cannot file a redacted version of Exhibit C because the entirety of its contents explain the details of a financial spreadsheet that RoadRunner produced pursuant to the protective order in this case.

6. RoadRunner operates in a competitive market and disclosure of this confidential information could cause RoadRunner to suffer competitive injury, as the information reveals, among other things, how RoadRunner makes its money.

1    I declare under the penalty of perjury of the laws of the United States that the foregoing is
2    true and correct.  Executed this 10th day of September, 2024, in Los Angeles, California.

By:   */s/ Lena Streisand*
         LENA STREISAND
         Attorneys for Plaintiff ROADRUNNER
         RECYCLING, INC.

# PROOF OF SERVICE

*RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*
**3:23-cv-04804-WHA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On September 10, 2024, I served true copies of the following document(s) described as **DECLARATION OF LENA STREISAND IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO DKT. NO. 102 AND PROVISIONALLY SEALED ATTACHMENTS** as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Lstreisand@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2024, at Los Angeles, California.

*/s/ Lena Streisand*
Lena Streisand

# SERVICE LIST

*RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*
**3:23-cv-04804-WHA**

| | |
|---|---|
| Arameh Zargham O'Boyle<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email:  AZOBoyle@mintz.com | Attorneys for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. |
| Amy LoBue<br>James J. Thomson<br>James M. Wodarski<br>Matthew S. Galica<br>Michael C. Newman<br>Stephen Huxton Chen<br>Tianyi Tan<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Emails: alobue@mintz.com<br>jjthomson@mintz.com<br>JWodarski@mintz.com<br>msgalica@mintz.com<br>mcnewman@mintz.com<br>schen@mintz.com<br>TTan@mintz.com<br><br>CC:    rts-mintz@mintz.com | |