JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO DKT. NO. 102**<br><br>Complaint Filed:    August 4, 2023<br>Trial Date:    December 9, 2024 |

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed an administrative motion to file under seal certain exhibits to Docket No. 102. Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Exhibit A to Dkt. No. 102 – Email designated CONFIDENTIAL under protective order | Unredacted portions highlighted in yellow | RoadRunner |
| Exhibit C to Dkt. No. 102 – Deposition Testimony of Jason Gates | Entirety | RoadRunner |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

72576522v1