Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:   (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS INC.,<br><br>    Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFF'S MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (DKT. NO. 95)**<br><br>*Assigned for All Purposes to:*<br>The Hon. William H. Alsup, Courtroom 12<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:          December 9, 2024 |

1

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. ("Defendants"). I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2. I submit this Declaration in Support of Defendants' Statement in Response to Plaintiff's Motion to Consider Whether Defendants' Material Should Be Sealed (Dkt. No. 95).

3. On August 7, 2024, Defendants designated the deposition testimony of Yahya Laraki, Defendants' 30(b)(6) witness, as HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY. The protective order provides that information or items designated "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" contain "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means."

4. The highlighted portions of Plaintiff's September 5, 2024 Letter—provisionally redacted from the public version filed—directly reference and/or paraphrase Mr. Laraki's testimony that discusses and reflects source code-level details of Defendants' confidential and proprietary information regarding its Pello system, including its specific machine learning models and the development thereof. *See* Dkt. No. 95-4. The corresponding testimony is excerpted in Exhibit C to Plaintiff's September 5, 2024 Letter. *See* Dkt. No. 95-3.

5. The publication of the unredacted version of Plaintiff's September 5, 2024 Letter and Exhibit C thereto could cause Defendants substantial competitive harm as it would provide insight into Defendants' proprietary Pello system as well as the development thereof.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2024, in Boston, Massachusetts.

>                           */s/ Matthew S. Galica*
>                           Matthew S. Galica