1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| Defendants. | Complaint Filed:  August 4, 2023<br>Trial Date:  December 9, 2024 |

Upon consideration of Plaintiff RoadRunner Recycling, Inc.'s Motion to Consider Whether Defendants' Material Should Be Sealed and Defendants' accompanying papers, and good cause appearing therefore,

**IT IS HEREBY ORDERED** by the Court that the unredacted version of Plaintiff's September 5, 2024 Letter (Dkt. No. 95-4) and Exhibit C thereto (Dkt. No. 95-3) shall be sealed in their entirety and may only be viewed by personnel of the Court; Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.; and Jeffer Mangels Butler & Mitchell, LLP without showing of good cause, and pursuant to an order of the Court.

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE