JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF LENA STREISAND IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S OMNIBUS ADMINISTRATIVE MOTION TO SEAL** <br><br> Complaint Filed:    August 4, 2023 <br> Trial Date:    December 9, 2024 |

## DECLARATION OF LENA STREISAND

1. I am an attorney at law licensed to practice before all courts in the State of California. I am an associate with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of RoadRunner's unredacted Identification of Trade Secrets ("ITS"), filed under seal. Pursuant to N.D. Cal. L.R. 79-5(e)(2), Exhibit A includes highlights reflecting the portions for which sealing is sought.

3. Attached hereto as Exhibit A-R is a true and correct copy of RoadRunner's ITS with redactions.

4. Attached hereto as Exhibit B is a true and correct copy of Defendants' unredacted Opposition to RoadRunner's Motion to Amend First Amended Complaint ("Defendants' Opposition"). Pursuant to N.D. Cal. L.R. 79-5(e)(2), Exhibit B includes highlights reflecting the portions for which sealing is sought.

5. Attached hereto as Exhibit B-R is a true and correct copy of Defendants' Opposition with redactions.

6. Attached hereto as Exhibit C is a true and correct copy of RoadRunner's unredacted version of its Reply to Defendants' Opposition to Plaintiff's Motion to Amend First Amended Complaint ("Reply"), filed under seal. Pursuant to N.D. Cal. L.R. 79-5(e)(2), Exhibit C includes highlights reflecting the portions for which sealing is sought.

7. Attached hereto as Exhibit C-R is a true and correct copy of RoadRunner's redacted Reply.

8. RoadRunner's ITS is a disclosure of its trade secrets pursuant to Code of Civil Procedure Section 2019.210. Defendants' Opposition and RoadRunner's Reply contain references to the information in RoadRunner's ITS.

9. I am informed and believe that the contents of RoadRunner's ITS and those portions discussed in Defendants' Opposition and RoadRunner's Reply, are specifically directed to the purpose of California Code of Civil Procedure Section 2019.210, namely, to identify

RoadRunner's trade secrets with reasonable particularity and thus, disclose RoadRunner's trade secrets such that the publication of its contents could result in loss of trade secret protection and misappropriation of RoadRunner's trade secrets. I am informed and believe that the ITS, Opposition, and Reply contain confidential and proprietary trade secret information because they describe technical information about RoadRunner's products and services in its waste metering system, including its smart camera apparatus, optical assembly and design, image preprocessing techniques, machine learning training data, and algorithms and processes; RoadRunner has taken reasonable measures to keep such information secret; and RoadRunner derives independent economic value from this information not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

10. In an effort to comply with N.D. Cal. L.R. 79-5(e) and this Court's Orders, RoadRunner has only redacted the portions of the ITS, Opposition, and Reply that discuss or disclose RoadRunner's trade secrets.

11. RoadRunner operates in a competitive market, and therefore, disclosure of the information contained in RoadRunner's ITS and the discussions of that information in the Opposition and Reply would cause RoadRunner irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby gain an unfair advantage from RoadRunner's years of research, development, and other experience in the industry.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 17th day of September, 2024, in Los Angeles, CA.

_____
LENA STREISAND

# PROOF OF SERVICE

*RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*
**3:23-cv-04804-WHA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On September 17, 2024, I served true copies of the following document(s) described as **DECLARATION OF LENA STREISAND IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND EXHIBITS A, B, AND C** as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Lstreisand@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 17, 2024, at Los Angeles, California.

*/s/ Lena Streisand*
Lena Streisand

---

Case No. 3:23-cv-04804-WHA
DECLARATION OF LENA STREISAND IN SUPPORT OF ROADRUNNER'S OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL

# SERVICE LIST

*RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*
**3:23-cv-04804-WHA**

| | |
|---|---|
| Arameh Zargham O'Boyle<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email:  AZOBoyle@mintz.com | Attorneys for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. |
| Amy LoBue<br>James J. Thomson<br>James M. Wodarski<br>Matthew S. Galica<br>Michael C. Newman<br>Stephen Huxton Chen<br>Tianyi Tan<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Emails: alobue@mintz.com<br>jjthomson@mintz.com<br>JWodarski@mintz.com<br>msgalica@mintz.com<br>mcnewman@mintz.com<br>schen@mintz.com<br>TTan@mintz.com<br><br>CC:      rts-mintz@mintz.com | |