JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S OMNIBUS ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:     August 4, 2023<br>Trial Date:            December 9, 2024 |

*Jeffer Mangels Butler & Mitchell LLP*

JMBM

72603268v1

1   Pursuant to Local Rule 79-5 and the Court's Order re Motions to Seal (Dkt. No. 93),

2   Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed an administrative motion to file under

3   seal certain exhibits to Docket No. 102.  Having established good cause for sealing, the Court

4   hereby orders the Clerk to maintain the following documents under seal:

| Description | Portions to be Sealed |
| --- | --- |
| Unredacted Version of RoadRunner's Identification of Trade Secrets (Exhibit A to Omnibus Motion; Dkt. No. 46) | Entirety |
| Exhibits to RoadRunner's Identification of Trade Secrets (Dkt. No. 47) | Entirety |
| Unredacted Version of Defendants' Opposition to Motion to Amend First Amended Complaint (Exhibit B to Omnibus Motion; Dkt. No. 52) | Entirety |
| Unredacted Version of RoadRunner's Reply in support of Motion to Amend First Amended Complaint (Exhibit C to Omnibus Motion; Dkt. No. 57) | Entirety |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

JMBM | Jeffer Mangels Butler & Mitchell LLP