# EXHIBIT A-R

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*jneudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

SHAVON HENRY (Bar No. 326855)
*shenry@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:(310) 203-8080
Facsimile: (310) 230-0567

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | *Assigned for All Purposes to:* Hon. William H. Alsup Courtroom 12 |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC., | **PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS** |
| Defendants. | |
| | Complaint Filed:    August 4, 2023 Trial Date:    Not Yet Set |

Pursuant to the Court's December 26, 2023 Order (Dkt. 43), and California Code of Civil Procedure § 2019.210, Plaintiff Roadrunner Recycling, Inc., ("Roadrunner") hereby identifies the trade secrets that are at issue in this suit. Roadrunner's identification is based on the information currently available to it, without the benefit of substantial discovery. Roadrunner reserves the right to amend, revise, or supplement the information provided herein. RoadRunner requests that the Court maintain the secrecy of Plaintiff's Identification of Trade Secrets pursuant to Code of Civil Procedure § 3426.5, including sealing these records and ordering that Defendants' counsel, nor any other third party, may disclose them, including to Defendants themselves.

## I.      BACKGROUND

RoadRunner is a pioneer in waste and recycling metering technology. RoadRunner's predecessor, Compology, Inc., which RoadRunner acquired in October 2022, originally developed RoadRunner's technology over the course of 10 years, expending millions of dollars and tens of thousands of person-hours to develop its confidential and proprietary technology.

In 2012, Jason Gates and Benjamin Chehebar co-founded Compology. Its original product involved contracting with waste-hauling companies to route collection vehicles, using sensors in dumpsters to monitor fullness of the waste containers and provide waste collection services. Over the next several years, Compology built up a critical mass of waste-hauling clients and started to make direct sales to waste generators themselves.

Existing solutions used ultrasonic-based technology to monitor fill levels, but those solutions were unwieldy and delivered inaccurate fill level measurements in larger containers due to different points of fill inside the containers. Compology's camera-based technology proved to be far more accurate, enabling the customer to see the contents of a waste container and capture an image, thereby detecting the fullness level of the waste container and recommending increased or decreased servicing events, as needed, to reduce inefficiencies and cost in waste haulers and waste generators' emptying rates. Compology's technology further enabled the customer to achieve increased recycling rates. For example, Compology's technology could determine whether a waste container had a large volume of clean cardboard versus contaminated items. In addition, the technology could determine that the waste container included unbroken-down cardboard boxes, in

1  which case the waste container could be serviced. Compology offered end data to customers so

2  that the customers could implement waste and recycling management policies and service based

3  on its desired goals. Waste haulers charged waste generators penalties or fines for contaminated

4  waste containers, and waste generators benefited from Compology's technology to ensure waste

5  containers were uncontaminated, thereby avoiding waste hauler fines.

6          Compology's technology, in part, included robust machine learning models that ingested

7  preprocessed images and machine labeled and tagged the images. These machine learning models

8  worked such that only one smart camera is needed per waste container and only three images are

9  needed per day. Compology designed its smart camera apparatus to maximize battery life, up to 5

10  years (or more). Compology sought to install cameras into a waste container only once, and

11  needed a sufficiently low-powered design to ensure that batteries or smart camera assemblies did

12  not need to be re-installed more than once per five years. Compology needed to balance its low-

13  power design with a visible flash having specific lighting characteristics to ensure sufficient

14  quality images to measure fullness, emptiness, contamination, and other events. The design

15  utilized low-power cellular technology to transmit camera images to the server/database on which

16  machine-learning ("ML") models were used to machine label and tag the camera images. Coatings

17  on the camera assembly itself were developed to shed debris.

18          In operation, the camera images are sent to a database and machine learning models

19  analyze the images. In its current iteration, only smart camera is needed to take three daily pictures

20  of the interior of a waste container. The machine learning models include a fullness analysis,

21  emptiness analysis, and dumpster content (e.g., contamination) analysis, among others. ████

22  ████████████████████ are automatically processed by the machine learning models. The

23  images are then tagged and labeled with metadata, ████████████████████████████

24  ████████████████████████████████████████████

25  ████████████████████████ particularly in hard to determine cases. In some

26  circumstances, ████████████████████████████████

27  ████████████████████ Compology also developed algorithms using the images and

28  metadata to provide conclusions and recommendations to customers, as described more fully

1   herein.

2       Compology's technology included a web-based application for customers to connect to the

3   system and obtain analysis and reporting metrics. Compology developed an application

4   programming interface ("API") to allow larger customers to obtain data for Compology cameras

5   in the customer's waste containers. For example, certain customers used the API to integrate waste

6   container fullness data with data from weather and other systems.

7       None of this technology is publicly available and is kept strictly confidential and secret to

8   all third parties, except by disclosure under strict and narrow non-disclosure and non-use

9   provisions. RoadRunner kept its confidential and proprietary information secret from all third

10  parties in part by restricting access from all third parties and internally only with persons having a

11  "need to know" regarding certain parts of RoadRunner's technology.

12  **II.**      **TRADE SECRETS AT ISSUE IN THIS SUIT**

13      RoadRunner's trade secret information at issue in this suit relates to (1) the overall waste

14  and recycling metering system, (2) smart camera apparatus, (3) optical assembly and design, (4)

15  image preprocessing in camera apparatus for use by machine-learning training and operation, (5)

16  training data stored in a database and comprising labeled and tagged images and associated

17  metadata, and (6) algorithms and processes to generate data, analysis, and recommendations to

18  customers, including fullness, emptiness, contamination, schedules, data ingestion efficiencies,

19  and location analysis of waste containers.

20      The particular trade secrets at issue are documented in a series of electronically stored

21  files, some of which are reproduced and attached as exhibits to these disclosures.

22      **A.**      **Overall Waste Metering System**

23      RoadRunner's trade secrets include the overall know-how and design of its waste metering

24  system including physical hardware components such as the smart camera apparatus, optical

25  assembly and design, firmware such as its image preprocessing techniques implemented in the

26  camera apparatus, training data, machine learning models, an AI system implementing the

27  machine learning models, and algorithms and processes to generate data, analysis, and

28  recommendations to customers, including fullness, emptiness, contamination, schedules, data

Jeffer Mangels
Butler & Mitchell LLP

JMBM

ingestion efficiencies, and location analysis of waste containers. As more fully described below, Compology developed a convolutional neural network ("CNN") as its AI system to implement the machine learning models for accurate machine labeling and tagging of images from Compology's smart cameras. The combination of these hardware, firmware, and software elements as implemented in an waste metering system is itself a trade secret.

As described herein, RoadRunner expended millions of dollars in efforts to design its product in an iterative process over the past decade. Although certain components of RoadRunner's smart camera design employ commercially available parts, the combination of those parts, with non-commercially available parts, and the unique configuration of the parts in a smart camera assembly, integrates significant know-how and techniques learned during its development and testing process. Courts recognize that a trade secret exists when such combinations exist, even when the combinations might include commercial or generally known components.  Civ. Code § 3246.1(d) (including device or compilation); 1 Milgrim on Trade Secrets § 1.01 (2020) ("A secret combination of known elements is eligible for trade secret protection."); *see also By-Buk Co. v. Printed Cellophane Tape Co.*, 163 Cal. App. 2d 157, 166 (1958) (trade secrets for bundle or combination of parts in system); *San Jose Construction, Inc. v. S.B.C.C., Inc.*, 155 Cal. App. 4th 1528, 1537 (2007) (trade secrets for compilation of written materials); *Winston Research Corp. v. 3M*, 350 F.2d 134, 139, 1965 (1965) (trade secrets in combination of specifications showing basic mechanical elements and relationship to each other).

## B. <u>Smart Camera Apparatus</u>

Developing a battery operated, wireless camera system that must survive in the harsh environment of industrial and commercial trash containers for 5+ years is non-trivial. Over 10 years, Compology designed, tested, certified, and ultimately entered mass production on six different versions of waste metering camera technology. Each version refined the performance in critical areas unique to this challenging product field. These areas include environmental challenges (e.g., grime/debris mitigation, strength & damage mitigation), optical challenges (e.g., lighting, dynamic range, field of view, etc.), radio frequency ("RF") performance, and battery life, among others. Compology's innovation resulted in highly customized designs, requiring the

1  fabrication of custom components and assemblies, all of which are the sum of years of trial and

2  error, testing, and refinement.

3  Compology experimented with numerous types of camera apparatus designs. For example,

4  Compology experimented with multiple cameras using ████████ however, as Compology's

5  machine learning models became more robust, ████████████████████████████████

6  ████████████████████████████ In addition, Compology experimented with

7  different camera placements within different types of waste containers, settling on a three-point

8  mounting system in which the smart camera is placed high in top back corners.

9  The harsh and varying environmental conditions and needs for the waste industry required

10 Compology to iteratively develop physical components of the smart camera apparatus over the

11 course of a decade. A waste container presents a varying environment that may be very dark, very

12 light, and often both simultaneously, for example, when a waste container may have only one of

13 two lids open, or is located in a shaded or partially shaded area. In addition, the waste container

14 may be located outside and exposed to heat and cold depending on the weather cycles. The waste

15 containers also vary widely in size and shape anywhere from a 1-yard front-load container to a 40-

16 yard roll-off container.

17 Compology employed various confidential and proprietary techniques to achieve an

18 accurate, low-power, smart camera apparatus for use in waste containers. Selection of the camera

19 lens with an appropriate field-of-view ("FOV"), view angle, placement, and resolution were all

20 central to sufficiently capturing the dynamics within a variety of shapes and sizes of waste

21 containers. In addition, a camera apparatus ████████████████████ to capture a

22 usable image was required to mitigate inherent limitations in CMOS sensors and provide usable

23 images to server-side machine-learning algorithms to evaluate fullness and contamination. Further,

24 ████████████████████████████████████████████████████

25 ████████████████████████, and as a result, ████████████████

26 ████████████████████████████████████████████████

27 ████████████ Compology also used a custom coating on its camera lens to reduce grime and

28 debris buildup on the optical surfaces, requiring lab, in-field, and Highly Accelerated Lifecycle

JMBM | Jeffer Mangels
      Butler & Mitchell LLP

1   Testing ("HALT") to identify the solution with the best performance to withstand the harsh

2   environment and sustainability factors (e.g., longevity in the field) as described herein.

3   Compology designed its smart camera apparatus with a custom CMOS Camera Module ("CCM")

4   in which specific optical, physical, and electrical requirements were used to design and

5   manufacture the custom CCM.

6       Compology's smart camera apparatus trade secret includes a smart camera, including a

7   CCM with wide field-of-view camera lens, battery pack, high-durability injection-molded parts,

8   including a "double shot" rear housing with TPE overmolding, front housing with recessed

9   sensors for debris shielding, and camera and flash PCBA cutouts and mounting, and optical

10  windows with high scratch-resistance, and specialized coatings; printed circuit board assemblies

11  ("PCBAs") containing microcontrollers, external RAM integrated circuit ("IC"), wireless

12  communication systems, accelerometer, GPS, environmental sensors, and a camera flash LED.

13  The smart camera apparatus includes a housing with an ███████████ that improves hardness

14  and scratch resistance.

15      Compology's smart camera apparatus is not publicly available. Neither Compology nor

16  RoadRunner disclosed its confidential and proprietary technology through publicly available

17  submissions to the Federal Communications Commission ("FCC"), nor through their website or

18  other online materials. A third party could not inspect and use Compology's confidential and

19  proprietary smart camera apparatus without improperly obtaining and disassembling it.

20          **1.    <u>Optical Assembly and Design</u>**

21      Designing any electronics, let alone an optoelectronic device such as Compology's smart

22  camera apparatus, to survive and continue functioning without intervention in a waste container

23  for at least five years poses significant challenges. The severity and nuances of these issues are not

24  obvious and have been mitigated through the many iterations of the Compology smart camera

25  apparatus. Compology designed the camera optics and accompanying physical elements, including

26  the components of the CCM such as the CMOS sensor, camera flash PCBA, and camera flash

27  LED, for use with harsh weather conditions, durability to withstand physical damage from impact

28  of waste and movement of waste dumpsters during filling and emptying, and to facilitate debris

1  shedding to keep the lens unobscured to capture accurate images of the interior of the waste

2  dumpsters.

3       Compology iteratively developed the camera lens and materials over the course of many

4  years to optimize the captured images for use with Compology's machine learning algorithms to

5  determine fullness levels, emptying events, and contamination events and types. The camera lens

6  is a fixed-focus lens with an optimal field-of-view and focal length for the harsh/constrained

7  environment and requirements for capturing waste container images. The field of view of

8  Compology's R12 lens was ███████████, and the R13 lens was ███████████. Attached as

9  Exhibits 1 to ___ hereto are various assembly drawings and specifications of the R12 CMOS

10 modules (Exs. 1 to 7) and of the R13 CMOS modules (Exs. 8 to 14).

11      Over the past decade, Compology experimented with different types of optical elements,

12 ████████████████████████████████████████████████████████████

13 ███████████████████ However, through Compology's experimentation, it learned that █

14 ████████████████████████████████████████████████

15 ██████████████████████████████████████████ As

16 one example, Compology learned that ████████████████████████████

17 ██████████████████████████ preventing the capture of suitable images.

18 Compology experimented with ███████████████████████████████

19 █████████████████████████████████ permitted capture

20 of images that were suitable ████████████████████

21      Severe physical damage is commonplace in any waste container, but particularly in the

22 construction and demolition sectors. This damage can be imparted both by the waste put into the

23 waste container as well as the heavy machinery used to manipulate the trash and or container, such

24 as forklifts, front end loaders, and bucket loaders. Great care was taken with the mechanical design

25 to minimize or avoid this type of damage. Compology developed designs to mitigate physical

26 damage. For example, Compology used a double-shot injection molding process with a

27 thermoplastic elastomer ("TPE") second shot. This second shot rubber TPE overmolding

28 technique was designed to ████████████████████████████

JMBM  Jeffer Mangels
      Butler & Mitchell LLP

█████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████ In extreme cases, a metal shield was developed to surround and protect the smart camera assembly to provide further protection from physical damage. When installing the smart camera assembly in a waste container, a metal shield is first affixed to the waste container, and the smart camera assembly positioned and affixed within the metal shield.

Debris buildup on the optical surfaces (windows) presents a substantial challenge, particularly in containers serving the food industry. Sources of occlusion can include grime, grease, rain, snow, dirt, humidity, cobwebs and nearly anything else that you might find in a waste container. Compology mitigated these sources of debris, primarily through ████████████████ ████████████████████████████ Specifically, Compology employed a ██████████████████████████████████. Such debris can vary depending on the environment and industry for which the waste containers are provided.Compology experimented with many types of coatings by ██████████████████████████████████████ ██████████████████████████████████████████████████ ██████ Attached as Exhibit 15 hereto is a specification document detailing the specifics of the ████████████ employed by Compology for its smart camera assembly. In addition, the window geometry of the camera assembly housing was recessed so that waste and debris would slide off instead of becoming affixed to the camera lens assembly.

Compology also used a white LED lens flash located ██████, and ██████, the camera lens. The camera flash (and camera flash PCBA used to control the camera flash) were designed to ████████████████████████████████████████████████████████ ██████████████████████████████████ Compology also experimented with different lighting characteristics, colors, and intensities to balance sufficient image capture against longevity of battery life in the low-power smart camera apparatus.

### 2. Low-Power Wireless Communication Module and Location Sensors

Compology smart camera assemblies are designed to function when the wireless communication system is able to communicate with the server. This is a particular challenge for a

JMBM | Jeffer Mangels Butler & Mitchell LLP

waste metering system because the vast majority of commercial and industrial waste containers are composed of steel boxes, which closely resemble Farady Cages—a device intended to isolate and inhibit radio transmission. This, coupled with the fact that Compology's customers are located anywhere across the United States, in both very rural and densely populated cities, means the RF performance of the wireless communication system must be highly optimized for these challenging conditions. Typically the RF performance of any system is a constraint that highly shapes the physical and electrical design. It is tested and refined throughout the design process and is ultimately subjected to FCC and PTCRB regulatory certification.

Compology's smart camera assembly uses an LTE CAT-M1 wireless communication module over 4G ███████████████████████████████ The wireless communication module uses █████████████████ for best propagation of data signals using the 4G network. In operation, the smart camera assembly is designed to communicate ███ ████████████████████████████████████ ████████████████████████████████████ ██████████████ The battery life of Compology's smart camera assembly is paramount and is another engineering constraint which impacts nearly every element of the design. Compology's use of CAT-M1 cellular technology, ██████████████████████████ ███████████████████████████████████████

Compology smart cameras include Global Navigation Satellite System ("GNSS")/GPS for location identification. GNSS provides an important data point for Compology's customers, ███ ██████████████████████████████ as well as for Compology's fleet of field-technicians and maintenance services. GNSS provides a very weak signal, ████████████████████ ██████████████████████████████ ████████████████████████████████ ████████████████

### 3. Power Subsystem and Design

Compology's smart camera apparatus also includes a specific and unique battery

1   technology chosen in combination with the other elements of the smart camera apparatus to

2   lengthen the time in the waste container to five years or more without replacement. Battery life is

3   paramount to the success of Compology's hardware products, impacting overall smart camera

4   assembly lifespan and hence cost and profitability. It is another engineering constraint which

5   impacts nearly every element of the design. This can be seen heavily in the electrical design and

6   component selection which emphasizes low power consumption. Among the factors Compology

7   needed to balance are ██████████████████████████████████████████████████

8   ████████ An exotic battery chemistry (Lithium Thionyl Chloride—LiSoCl2) was selected for

9   Compology's smart camera apparatus to meet these strict requirements. ████████████████

10  ████████████████████████████████████████ in a custom battery

11  pack to serve this purpose. Attached as Exhibits 16-17 hereto are specifications of the battery

12  technology for the R12 smart camera (Ex. 16) and the R13 smart camera (Ex. 17).

### C.   Image Preprocessing Techniques

14       Compology experimented with different image preprocessing techniques before employing

15  an image enhancement design. It created ██████████████████████████████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████

19  ████ Then additional ████████████████████████████████████████

20  ██████████████████████████████████████████

21  ████████████████████████████████████████████ Finally,

22  Compology employed ████████████████████████████████████████

23       Compology implemented its image preprocessing techniques ██████████████████

24  ████████████████

### D.   Training Data

26       Compology employs machine learning to analyze images of waste containers. To manually

27  review and identify metrics of waste containers using humans only is cumbersome and inefficient.

28  Thus, Compology developed a machine learning system to automatically analyze and label and tag

JMBM | Jeffer Mangels Butler & Mitchell LLP

1  images (i.e., machine labeling) for use by Compology's algorithms and processes that it uses to

2  provide data, analysis, and recommendations to its customers, among other things. To automate

3  Compology's process of analyzing images of waste containers, Compology used training data to

4  train its machine learning models such that, when sufficiently trained, the machine learning

5  models could label and tag images of waste containers without significant human involvement.

6          Compology's training data is a trade secret and is central to Compology's training of its

7  machine learning models and operation of its services. In machine learning, the size and quality of

8  the training data are the most determinative factors for creating effective machine learning

9  systems. At or around 2015, Compology started the process of training machine learning models

10  for fullness levels of waste containers. Over the course of years, Compology manually labeled and

11  tagged images from Compology's smart camera assembles and built up a database of millions of

12  images and related labels and tags. Specifically, the images were taken with Compology's smart

13  cameras, delivered wirelessly to Compology's server, and stored on a database. Compology then

14  manually labeled and tagged these images with particular information detailing ███████████

15  ███████████████████████████ and other information used by Compology's algorithms

16  and processes. This process took over seven years. The metadata included ███████████████

17  ███████████████ as labels and tags in metadata associated with specified images.

18          The training data includes ███████████████████████████████████

19  ███████████████████████████ among others. After a critical mass of images

20  were stored in the database as a training set, Compology was able to develop working machine

21  learning models for fullness levels of waste containers, content of the containers, and the

22  empty/service state of containers over time. The machine learning models developed through the

23  training data are implemented in an AI system in order to automate the ingestion and classification

24  of images and provide automatic labels and tags associated with the particular images. It is also

25  possible to train successful machine learning models from the output of other models.

26          Compology kept its training data secret from third parties except by disclosure and use

27  under strict and narrow non-disclosure and non-use provisions.

28          As described herein, Complogy employs an AI system to automatically machine label and

tag preprocessed images and store the results in its database. The AI system used by Compology in its waste metering system is a CNN, which is a type of deep learning algorithm used for processing visual data. It draws inspiration from the human visual cortex, where specific neurons respond to specific regions of the visual field. CNNs mimic this behavior to recognize patterns and features in images.

A CNN consists of layers, each designed to process and transform the input data in a specific way. The primary layers include:

1.      Convolutional Layers: These layers apply filters (or kernels) to the input image to extract features such as edges, textures, or specific shapes. The filter might be an array of 5x5 binary values (0 or 1) that passes over the image in strides (jumps 3 pixels to the right each step, for example).

2.      Activation Layers: Typically using a Rectified Linear Unit (ReLU), these layers introduce non-linearity, allowing the network to learn complex patterns.

3.      Pooling Layers: These layers reduce the spatial dimensions (width and height) of the input volume for the next convolutional layer, reducing the computation required and controlling overfitting.

4.      Fully Connected Layers: Towards the end, these layers compute the class scores, resulting in the final output, such as the classification of the image.

Weights are fundamental to CNNs. They are the parameters that the network learns through machine learning training. Each neuron in a convolutional layer is connected to a small region of the input data. The strength of these connections is determined by weights. Another parameter generated during training are biases that are generated as data falls through the neural network layers. The role of weights include:

1.      Feature Identification:  In convolutional layers, weights are part of the filters that slide over the input image to produce feature maps. Different weights allow the network to detect different features such as edges of an object.

2.      Learning Process: During machine learning training, the CNN adjusts these weights based on the error in its output. This process is known as backpropagation.

There are many steps in training and adjusting weights, including:

1.      Forward Pass: The CNN processes the input data through its layers to make a prediction.

2.      Loss Calculation: The error (loss) is calculated by comparing the CNN's prediction to the actual label.

3.      Backward Pass (Backpropagation): The CNN propagates the error back through its layers, adjusting the weights to minimize the loss.

4.      Optimization Algorithms: Algorithms like Stochastic Gradient Descent (SGD) are used to update the weights in the direction that minimizes the loss.

CNNs, through their unique architecture, are adept at handling image data. The concept of weights and biases and their adjustment during training is central to how these networks learn and make predictions.  Though weights and biases are generated during training are a crucial part of the model, but they do not represent the entirety of the training process. Other key elements include:

1.      Model Architecture: This includes the design of the network with various layers (convolutional, pooling, fully connected, etc.), their arrangement, and the choice of activation functions. The architecture dictates how the weights and biases will be used to process input data.

2.      Learning Algorithm: Typically, a variant of gradient descent is used to optimize the weights. The learning algorithm determines how the weights are updated during training.

3.      Hyperparameters: These are the settings that govern the training process and are not learned from the data. Examples include the learning rate, batch size, number of epochs, and regularization terms.

Compology trained its CNN using machine learning. Machine learning is crucial to the successful application of a CNN. The examples used for training include both the input images and the expected outputs called labels, which are metadata elements. The distribution and quality of these data are fundamental to the training process. The function that measures how well the CNN is performing is called the loss function; the machine learning training is intended to

1  minimize the loss function, which can iteratively happen over time as more training data is used to

2  train the machine learning models. The weights (and biases) are the direct product of the training

3  and are used to make predictions. They are a part of the machine learning models that can be

4  saved and loaded for future use, effectively capturing the learned aspects of the training dataset.

5  Compology's high-quality training data compiled, labeled, and tagged over the course of

6  years is an important trade secret that is used to train Compology's machine learning models and

7  implemented in its CNN. The aforementioned trade secrets are kept strictly confidential and not

8  available to third parties except by disclosure under strict and narrow non-disclosure and non-use

9  provisions.

10      **E.**      **Software Algorithms and Processes**

11  Compology developed several software algorithms and processes that it uses to generate

12  data, analysis, and recommendations to customers, including fullness, emptiness, contamination,

13  scheduling, data ingestion efficiencies, and location analysis of waste containers, as described

14  below and herein. These algorithms and processes took significant time and effort to create.

15      **1.**      **Subpar Image Detection (SPID)**

16  Compology developed the SPID as ██████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ██████████████████████████████████████████████████████████████

19  ██████████████████████████████████████████████████

20  ████████████████████████████████████ is a trade secret.

21  In operation, ████████████████████████████████████████████

22  ██████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████

24  ██████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████

26  ██████████████████████████████████████████████████████████████

27  ██████████████████████████████████████████████████████████████

28  ████████████████████████████

The use of the SPID is only discussed with current Compology customers under strict and narrow non-disclosure and non-use provisions.

### 2. Container Fullness Analysis

Compology developed the container fullness analysis process over the course of many years. The process consists of a ██████████████████████████████████ ████████████████████████████████████████████████ ████████████████ In this system, ████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ █████████████████████████████████████████████ ██████████████████████████████████████ █████████████████████████████████████████████████ ████████████████████████████ At least as early as 2015, Compology had developed a working ████████████████████████████ From 2015 to the present multiple improvements were made ████████████████████████████████████ ████████████████████████████████████

In operation, ██████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

1 ███████████████████████████████████████████████████

2 ██████   Attached as Exhibits 18 and 19 are the ████████████████████ respectively.



15 The container fullness analysis ████████████████████████████

16 ███████████████████████████████████████████████████

17 The mechanics of this █████████████████ are disclosed only under strict and

18 narrow non-disclosure and non-use provisions.

### 3.   Contamination Detection / Content Identification (COR-Classifier)

Compology developed its contamination detection / content identification analysis service over the course of many years. Compology had previously implemented a content identification service for detection of clear and non-clear plastic bags, detecting both the presence of the plastic bags and the number of bags in a waste container. Over time, Compology developed the contamination detection / content identification analysis service to detect seven types of contamination: (1) plastic bags; (2) electronic waste (e.g., microwaves, etc.); (3) bulky items; (4) uncollapsed cardboard boxes, (5) construction materials and yard debris; (6) styrofoam; and (7) tanglers (e.g., stringy material that could jam the equipment at recycling processor facilities). The selection of these seven kinds of potential contamination, which balances ████████ with



1  ████████████████████████ is a trade secret.

2  ████████████████████████████████████████

3  ████████████████████████████████████████

4  ███████████████████████████████████

5  ████████████████████████████████████

6  ████████████████████████████████████████

7  ███████████████████████████

8     The contamination detection / content identification analysis service is disclosed only

9  under strict and narrow non-disclosure and non-use provisions.

10     **4.     Empty Event Detection**

11     Compology developed an empty event detection service over the course of many years.

12  The empty event detection service is utilized to determine if and when an empty / servicing event

13  has occurred. Because there are so many kinds of waste containers, with different modes of

14  disposal, and deployed in many different ways, it is advantageous to ████████████████

15  ████████████████████████████. The empty event detection process

16  therefore ████████████████████████████████

17  █████████████████████████████████████ In machine

18  learning, these streams of data are known as "features." The knowledge of which features are used

19  is the key to creating a successful system, as opposed to the selection of any particular machine

20  learning technique or architecture. For this reason, the features of the empty event detection

21  system are a trade secret.

22     For example, ████████████████████████████████

23  ████████████████████████████████████

24  ██████████ because Compology learned through experimentation that █████████

25  ████████████████████████ For example, waste

26  containers vary in type, some being front-load containers, while others are roll-off containers or

27  textile containers. Front-load waste containers are typically picked up with a front-loader forklift

28  and raised over the truck to an upside-down orientation and shaken. █████████████████

JMBM | Jeffer Mangels Butler & Mitchell LLP



1 ███████████████████████████████████████████

2 ███████████████████████████████████████████

3 ████████████████████████████████████████████

4 ██████████████████████████████ The empty event detection

5 service therefore utilizes ████████████████████████

6 ██████████████████████ to determine an empty event.

7     In operation, the empty event detection service receives the following inputs: ████████

8 ████████████████████████████████████████

9 ████████████████████████████. The service ██

10 ██████████████████████ determines, ██████████████

11 ████████████████████████████████████████████

12 █████████████████

13     The empty event detection service is disclosed only under strict and narrow non-disclosure

14 and non-use provisions.

15     **5.**    **Rightsizing Recommendation Generation**

16     Compology developed a rightsizing recommendation generation algorithm over the course

17 of many years. The rightsizing recommendation generation algorithm is utilized to generate a

18 recommendation to customers to ██████████████████████████████

19 ██████████████████████ for a given waste container. The rightsizing

20 recommendation generator receives, as an input, ██████████████████████

21 ████████████████████████████████

22     In operation, the rightsizing process performs the following steps:

23 █ ███████████████████

24 ██████████████████████████

25 ████████████████████████████████

26 ████████████████████

27 ████████████████████████████████████

28 ████████████████████████████

1  ██████████████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ██████████████████████████████████████████████

4  ████████████████████████ The broad steps involved in creating these

5  ████████████████████ can be observed only with access to the Compology system.

6  The rightsizing recommendation generation algorithm is disclosed only under strict and

7  narrow non-disclosure and non-use provisions.

8  **6.     Post Auto-balancing Algorithm**

9  Compology developed the post auto-balancing algorithm over the course of many years.

10  The purpose of the algorithm is to ████████████████████████████████

11  ████████████████████████ Customer waste containers ████████████████

12  █████████████████████████████████████████████████████

13  Depending on the type of customer organization, several different modes of operation are possible.

14  For example, organizations using roll-off waste containers ██████████████████████

15  ████████████████████████████████████████████████████

16  ██████████████████████████████████████████████████████

17  ██████████████████████████████████████████████████████

18  ██████████████████████████████████████████████████████

19  █████████████████████████████████████████████████

20  ████████████████████

21  The post auto-balancing algorithm is disclosed only under strict and narrow non-disclosure

22  and non-use provisions.

23  **7.     Location "Soft-Locking" Technique**

24  Compology developed the location soft-locking technique over the course of many years

25  along with its algorithms and processes. At least as early as 2018, Compology developed machine

26  learning models for waste container locations and has been improving its location soft-locking

27  technique over the ensuing years. Compology learned through experimentation that █████████

28  █████████████████████████████████████████████████████



1   ████████ Compology's system considers ██████████████████

2   █████████████████████████████████████████████

3   ███████████████████████████████████████████████

4   ████████████████████████████████████████

5   In operation, ████████████████████████████████████

6   ███████████████████████████████████████████████████

7   ██████████████████████████████████████████████

8   █████████████████████████████████████████

9   ████████████████████████████████████████████

10  ████████. For example, ███████████████████████████

11  ██████████████████████████████████████████

12  ██████████████████████████████████████████

13  █████████████████████ This is a need unique to the waste sector.

14  Additionally, █████████████████████████████████

15  █████████████████████████████████████

16  However, ████████████████████████████████████████████

17  ████████████████████████████████████ This feature is

18  observable to users of the Compology system.

19      The location soft-locking technique is disclosed only under strict and narrow non-

20  disclosure and non-use provisions.

21          **8.      <u>Overall Software System</u>**

22      The combination of, and interaction between the aforementioned algorithms and processes

23  (i.e., Subpar Image Decision, Fullness Analysis, Content Identification, Empty Event Detection,

24  Rightsizing Recommendation Generation, and Location "Soft-Locking") is itself a trade secret,

25  and comprises a larger interdependent system, developed over years, each component creating

26  additional value to the customer. The individual connections and interactions of the components as

27  implemented in software are a trade secret.

28

III.    <u>**ROADRUNNER'S TRADE SECRETS HAD INDEPENDENT ECONOMIC VALUE**</u>

It is believed that Defendants had no knowledge or information to develop their own waste metering system. This is apparent by the numerous customer service communications between technical teams for Compology and RecycleSmart during the pendency of the parties' business relationship. Without the trade secrets disclosed herein, Defendants would have had to incur considerable expense and time to recreate RoadRunner's system. Thus, RoadRunner's trade secrets had significant independent economic value. *See* 1 Milgrim on Trade Secrets § 1.01 (2020) ("[A]s long as a competitor would have to incur considerable expense to recreate the combination, generally the combination will be found to have independent economic value.").

DATED:  January 16, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
SHAVON HENRY
JOSEPH J. MELLEMA


By:  _____
         STANLEY M. GIBSON
      Attorneys for Plaintiff ROADRUNNER
      RECYCLING, INC.