Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202
James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
mcnewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
smcasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:     (617) 542-6000
Facsimile:       (617) 542-2241
Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.,<br><br>　　　Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' LETTER BRIEF SEEKING PERMISSION TO FILE DISCOVERY MOTION**<br><br>*Assigned for All Purposes to:*<br>The Hon. William H. Alsup, Courtroom 12<br><br><br>Complaint Filed:     August 4, 2023<br>Trial Date:                 December 9, 2024 |

I, Matthew S. Galica, hereby declare as follows:

1.     I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. ("Defendants"). I make this declaration in support of Defendants Motion to Take Third Party Deposition out of Time. I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2.     Attached as **Exhibit A** is a true and correct copy of Steven Krebs' 30(b)(6) Deposition taken on August 23, 2024.

3.     Attached as **Exhibit B** is a true and correct copy of Jason Gates' 30(b)(1) Deposition taken on August 26, 2024.

4.     Attached as **Exhibit C** is a true and correct copy of the letter sent from myself to RoadRunner's Counsel, Joseph Mellema on August 28, 2024.

5.     Attached as **Exhibit D** is a true and correct copy of the letter I received from RoadRunner's Counsel, Joseph Mellema on September 3, 2024.

Executed on September 6, 2024, at Boston, Massachusetts.

*/s/ Matthew S. Galica*
Matthew S. Galica

2
DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' LETTER
BRIEF SEEKING PERMISSION TO FILE DISCOVERY MOTION
Case No. 3:23-cv-04804-WHA