# EXHIBIT A



# ATTORNEYS' EYES ONLY

# Transcript of Steven Krebs, Corporate Designee & Individually

**Date:** August 23, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

**Page 129**

1  Q. Are you familiar with Compology's legacy
2  software?
3  A. I am -- like, the web app. You can go in
4  and see photos, and the images are tagged, and that
5  which people can do and drive. Those of us that
6  aren't engineers, right, it's the web interfaces
7  that are usually the most -- yeah. I'm familiar.
8  I've driven that before.
9  Q. Okay. Has any of that functionality been
10 migrated to ORION?
11  A. No. They're completely different things,
12 different systems.
13  Q. Is ORION the primary software that
14 RoadRunner's utilizing at this point for a customer?
15  A. No. ORION is like a tool, essentially.
16 It's only useful during pricing. Its main goal is
17 essentially -- let's say a human being can get
18 through 10 proposals a day; with ORION, it can get
19 through 70.
20  Q. What other tools does RoadRunner utilize?
21    MR. MELLEMA: Objection; form.
22  A. Can you specify? I mean, there's so many
23 tools. I guess what kind of tools do you mean?
24  Q. Let's start with software. What types of
25 software tools does ORION utilize -- or RoadRunner

**Page 130**

1  utilize?
2  A. Again, like, would you talk about generic
3  SaaS? I mean, we have Salesforce. We have an ERP.
4  We have, you know, basic stuff. We talked about
5  Box. We talked about all kinds of platforms. We
6  use Zoom Info for lead generation.
7  Q. What about for customer proposals, are
8  there any outside of ORION you use to develop those?
9  A. No. I mean, the data that ORION is using
10 is all within our RoadRunner database, if you will.
11 So that's just compiling it into a PDF or, you know,
12 whatever document. So that data's in there, but
13 ORION just speaks to the -- maybe even you want to
14 call it an algorithm, but the logic, the code,
15 whatever that prices it.
16  Q. Is the development of ORION done in-house,
17 or does RoadRunner --
18  A. In-house.
19  Q. Okay.
20  A. But it really doesn't -- unless there
21 wasn't an issue, you know, it's not development.
22 You know what I mean? It's not like it needs
23 developed more so than it needs tweaked as things go
24 on. You know, as I said, most machine-learning
25 based things need to be evaluated at times and make

**Page 131**

1  sure it's working the way you want it to.
2  Q. Okay. All right. I'm handing you what
3  will be marked Exhibit 373, and this is going to be
4  a native Excel file. For the record, it's going to
5  be ROADRUNNER000021514.
6    (Exhibit 373 was marked for identification
7  and is attached to the transcript.)
8  Q. Can you see that document on the screen?
9  A. Yes.
10  Q. Okay. Have you seen this document before?
11  A. Do you want to corroborate? You said
12 21514.X?
13  Q. Yes, those are the Bates numbers.
14  A. Okay. Yeah, I'm looking at that.
15  Q. Okay. Have you seen this document before?
16  A. It doesn't ring a bell.
17  Q. Okay. Have you seen anything like this?
18  A. I mean, it's a spreadsheet, and there's
19 some aggregated values. But no, nothing that I know
20 of specifically.
21  Q. If you go up to cell 1A, it says company
22 historical financials and forecast.
23  A. Yep.
24  Q. Do you have any idea which company this
25 refers to?

**Page 132**

1  A. I'm assuming based on the context of this
2  meeting and everything that this is something from
3  Compology.
4  Q. For the record, I can represent it was
5  produced with the title Compology financial FY 2019
6  to 2024E.
7    Does that ring any bell?
8  A. No.
9  Q. Okay. Looking at this document, does it
10 appear to have actual financials for 2019 to 2021?
11  A. I don't know that.
12  Q. Okay. Does it appear to have estimated
13 financials for 2022 through 2024?
14  A. I don't know that.
15  Q. Okay.
16  A. I mean, the way it's calculated and
17 everything, I don't know.
18  Q. You don't know if this document was
19 provided to RoadRunner during the acquisition
20 discussions, do you?
21  A. I don't.
22  Q. Okay. Do you know if Compology summarized
23 any of these financials for RoadRunner?
24  A. I'm sure they did. Like I said, for the
25 quality learnings, it was, like, P&Ls furnished and

133

1 things like that.
2   Q.  Okay.
3   A.  But going back to our previous discussion,
4 what you're being mindful of there, right, is not
5 what they did in the past and their past business.
6 We're focused more on just getting the lay of the
7 land to the extent we're able to bring it into our
8 business.
9       So the level of depth there was -- the
10 term "materiality" and some of those directional
11 concepts I was explaining, we wanted to make sure
12 directionally it all made sense and everything like
13 that.  We didn't -- we didn't need them to be Ernst
14 & Young reincarnated.  We needed to make sure it was
15 reasonable.
16   Q.  Okay.  So if you weren't looking at these
17 granular financials, what were you using to analyze
18 Compology's value to RoadRunner?
19   A.  Again, there --
20       MR. MELLEMA:  Hold on.  Objection to form.
21   A.  The value to RoadRunner and what their
22 value was and their business, they're not related.
23   Q.  Okay.
24   A.  Right?  Again, I -- what they did -- sure,
25 it's mindful you're going to bring this amount of

134

1 customers in and that kind of stuff, but again,
2 that's not really what the point of emphasis was.
3 The thought process is what it could do for our
4 business.
5   Q.  Okay.  Looking at this document, do you
6 have any reason to dispute the veracity of the
7 information?
8   A.  I'm sorry.  What word did you use there?
9   Q.  Do you have any reason to dispute the
10 veracity --
11   A.  What does veracity mean?
12   Q.  Do you think these are accurate numbers?
13 Do you have any reason to disagree that these are
14 accurate numbers?
15   A.  I wouldn't be able to tell you.
16   Q.  Okay.  Only somebody from Compology would
17 be able to verify the accuracy?
18       MR. MELLEMA:  Sorry.  Objection to form.
19   A.  Yeah.  I -- they would have to be
20 corroborated by something.  I would not know off the
21 top of my head.
22   Q.  Okay.  Is there anyone at RoadRunner who
23 would be able to look at Compology's financials and
24 verify the accuracy?
25   A.  No.  I mean, if it -- me looking at it, I

135

1 mean, obviously, but, again, I don't think it was
2 necessarily a point of emphasis.  But it would,
3 again, have been a part of the Q of E.  But, again,
4 you're more understanding where they are at that
5 time, which is what that whole process is about, and
6 the exposure to our business should be bringing
7 on -- what are the working capital requirements.
8       They had a lot of aged payables.  They
9 owed a lot of people money, particularly AQS.  So,
10 again, those are the things you're keen on
11 understanding because you're going to have to make
12 good on all of that.
13   Q.  Did you discuss the amount of money that
14 Compology owed to AQS?
15   A.  You mean --
16       MR. MELLEMA:  Objection; form.
17   Q.  How did you become aware that Compology
18 owed money to AQS?
19   A.  So as you're going through the Q of E,
20 right, their balance sheet, there's payables.
21 There's liabilities.  A balance sheet is assets and
22 liabilities and equities.  Collectively, your assets
23 less your liabilities is your net assets.  Right?
24       The net assets of the business, you need
25 to know what's going on there.  So knowing they had

136

1 payables.
2   Q.  Okay.
3   A.  You know, and then obviously conversation
4 with Jason and Ben about -- again, going back to the
5 distressed nature of their business.  That really
6 wasn't a surprise.
7   Q.  Okay.  Did you discuss what the money owed
8 to AQS was for?
9   A.  No, but -- I mean, I guess not in
10 specifics, but it would obviously be for orders, you
11 know.
12   Q.  Orders of what?
13   A.  Cameras.
14   Q.  Is it your understanding that AQS made all
15 of the cameras that Compology was selling?
16   A.  Yes.
17   Q.  Okay.
18   A.  Beyond -- like we talked about, initial
19 prototype or things, right.  But when you talk
20 "manufacturing" manufacturing, yeah, they're the
21 only manufacturer I'm aware of.
22   Q.  Okay.  I have a lot the of questions about
23 this document, but it doesn't sound like you're the
24 right person to ask.  Is there anything in this
25 document that looks familiar to you or that you

141

concept, it's not directionally wrong, but there was some stale balance sheet positions.

I know this is a little accounting oriented, but your position is dictated by your balance sheet, and your change in positions on your balance sheet is dictated by either abnormal balance sheet movements or through your P&L.

So what I mean by that is when you look at their balance sheet, they would have stale things, for example, but not hard to find. I remember one in my mind was, like, pre-paid commissions expense.

That on their books was a pre-paid. Right? A pre-paid is supposed to be bled into expense as utilized. So I would say, Ben, Jason, do you have any commissions that you've pre-paid that haven't yet been incurred and whatever? And they'd say, no, we gobbled them all up, and you just book an entry to believe it. You know, essentially you expense it all at one time.

When we took the reins in October/November, because I think it was right to do that and have those conversations X amount of months after acquisition. Right? We had a lot of those touch points to make sure that everybody was on the same page.

142

And it wasn't a complicated process because, again, PWC pointed the same out. It was just PWC's not going to book the existing entries for you and clean it all up. They're just letting you know the lay of the land.

Q. Okay. Did Compology have a financial officer preacquisition?

A. When we brought them on, no, they didn't.

Q. Okay.

A. They had an external group called Launch Finance that helped them to do bookkeeping. I met with them on a number of occasions. They were relatively new to the outfit, though. I believe they started in March of '22. So it's not like they could even speak to a lot of the legacy stuff.

I remember hearing through the grapevine we had a controller, we had a lot of so-and-so. A lot of "we hads", but I never met anybody. "This is the guy" thing. I never got a "this is the guy," per se.

Q. Okay.

A. But also I would say conceptually it's not a very complicated business. You know, like I said, there were some accounting things that needed to be cleaned up and remedied, but directionally, us,

143

them, got the comfort we needed to get to proceed, obviously, as we did.

Q. Did these accounting issues concern you when you --

A. Not really, because again, remember, I'm -- I'm only -- I'm bringing on the technology essentially in the old business. Obviously when I look at their AP and things that they owe and just confirming that kind of stuff, you want to have some conversations about that, but the decisions they made in 2021 got them to where they are. They don't really affect me anymore.

Q. Okay.

A. From a business person perspective, you just have to be mindful that you're going to bring that into your castle, per se. You've just got to be mindful of what that would take and capital and all that stuff.

So you check the boxes to get comfortable, and we did certainly -- you know, their most critical vendors, for example, like AQS. There was discussions had with AQS. I'm sure -- I didn't personally, but people got comfortable with that relationship, or they wouldn't have moved forward.

That was obviously their biggest vendor

144

times seven. You know, so if that was the biggest problem, then all others were kind of it is what it is.

Q. Do you recall what the debt owed to AQS was at the time of the acquisition?

A. It was -- it was -- it was definitely in the several hundreds of thousands of dollars.

Q. Do you recall the names of any other vendors that they owed money to?

A. No. None were, like -- again, I'm not trying to sound a certain way here, but they weren't material to the kind of things we look at a lot of times for our own business. Right? So I just knew what I needed to know to not be put off by it, per se. And I obviously corroborated that.

You hire a firm -- again, that kind of goes back to my -- the PWCs and Deloittes, and they do this for a living. That's what they do, and you get an opinion, a lay of the land from them, and you roll with it.

Q. Okay. Is there anyone else at RoadRunner who would have reviewed Compology's financials during the acquisition discussions?

A. I would want -- I know people at GA, like analysts we talk to, look at them, or I'm sure