# EXHIBIT B



**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

# Transcript of Jason Gates

**Date:** August 26, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Jason Gates
Conducted on August 26, 2024

27 (105 to 108)

---

**105**

1  Did you speak with counsel today?
2  A. Yes.
3  Q. Did you speak with counsel today after
4  this deposition started?
5  A. Yes.
6  Q. What general topics did you discuss with
7  counsel today?
8  ATTORNEY GIBSON: I would just caution you
9  not to reveal any specifics.
10 A. A general assessment of how I was feeling
11 personally.
12 Q. Any other topics discussed?
13 A. No.
14 Q. Did Compology have a CFO while you were
15 CEO at Compology?
16 A. No.
17 Q. Was there anyone who had responsibility
18 for financial affairs while you were CEO at
19 Compology?
20 A. Yes.
21 Q. Who was that individual?
22 A. That was me.
23 Q. Did any other individuals help you with
24 your responsibilities related to financial affairs?
25 A. Yes.

**106**

1  Q. Who were those individuals?
2  A. I have to think back.
3  We had a number of different people that
4  worked for us in finance or in accounting. What was
5  his name?
6  Steve Kent was the vice president of
7  operations and finance for a period of time. I
8  cannot remember his deputy, his name.
9  Then there were a number of more junior
10 accountants, and then we used some third-party
11 finance and accounting services as well.
12 Q. How long did Steve Kent serve as the vice
13 president of operations and finance?
14 A. 18 months, maybe, two years. I don't
15 remember specifically.
16 Q. Would it be fair to say that you were the
17 primary person in charge of financial affairs during
18 your time as CEO at Compology?
19 A. Yes.
20 Q. Was Steve Kent reporting to you whenever
21 he was serving as vice president of operations and
22 finance?
23 A. That one was tricky. The operations part
24 of his role was reporting to Ben Chehebar, and the
25 finance part of his role was reporting to me. So...

**107**

1  Q. Whose responsibility was it, while you
2  were at CEO at Compology, for bookkeeping?
3  A. That would have been our accounting team.
4  Q. Do you remember any of the individuals on
5  the accounting team?
6  A. I remember there was one guy named Freddie
7  On -- Oncama (phonetic), or something like that.
8  When I had a deeper hand in the
9  day-to-day, kind of after Steve transitioned out, we
10 supplemented with a third party called Launch
11 Finance, and I worked very closely with the
12 individuals, or at least two of the individuals that
13 were assigned to our account through Launch. They
14 also had some additional team members that I didn't
15 interact with.
16 But the day-to-day bookkeeping was -- I
17 was removed from the day-to-day bookkeeping.
18 Q. How long did Launch Finance work with
19 Compology during your tenure there?
20 A. We used them at two different points.
21 Once was very early on, and the other was just
22 before the business was acquired.
23 Q. What -- I apologize.
24 A. I was going to try to estimate the
25 duration of their engagement combined between the

**108**

1  two different stints. Probably in the magnitude of
2  18 months or two years.
3  Q. What were the services that Launch Finance
4  provided to Compology during those 18 months to two
5  years?
6  A. It's primarily accounting and financial
7  reporting.
8  Q. Did you have yearly audited financials
9  conducted?
10 A. No.
11 Q. Why was that?
12 A. Our board decided that was not a priority,
13 at the time.
14 Q. When was the decision made that yearly
15 audited financials were not a priority by the board?
16 A. I don't know that it was ever one specific
17 time. The -- the topic that was discussed
18 regularly.
19 Q. It was discussed regularly but never
20 decided to go ahead and conduct the yearly audited
21 financials; is that accurate?
22 A. We revisited the topic of prudent
23 financial management of the business on a regular
24 basis, and auditing financials was one of many
25 topics that were discussed.

**137**

1  Q. Could you please explain that
2  relationship.
3  A. Revenue-generating cameras is our method
4  of counting how many cameras were contributing to
5  the subscription revenue line item in 32, Row 32.
6  Q. Would it be fair to say that the Row 20 is
7  related to Row 32, based on what you just testified?
8  A. They are related.
9  Q. Are other categories of revenue related to
10 revenue-generating cameras?
11 A. Well, in certain cases, equipment is
12 related, and in some cases, services are related to
13 revenue-generating cameras.
14 Q. How -- scratch that.
15    What documents would I need to look at to
16 understand what revenue streams equipment, services,
17 and subscriptions are going into the total
18 revenue-generating cameras?
19    ATTORNEY GIBSON: Object to form.
20 A. They -- I think you would need the revenue
21 recognition schedule and maybe invoices from the --
22 used in our accounting system.
23 Q. Any other documents?
24 A. Not that I can think of, off the top of my
25 head.

**138**

1    ATTORNEY GIBSON: Now is a good time for
2  another break, Counsel. It's been --
3    ATTORNEY LoBUE: I have one more question
4  about this, and then we can move on, if you don't
5  mind.
6    ATTORNEY GIBSON: That's fine.
7  Q. So looking at total revenue in Row 33.
8  A. Yes.
9  Q. There is an increase, would you agree,
10 between Column AT and Column AU?
11 A. Yes.
12 Q. Could you please explain how the growth is
13 negative 5 percent in light of this increase in
14 total revenue?
15    ATTORNEY GIBSON: Object to form.
16 A. Can I take a moment to review the values
17 in the spreadsheet?
18 Q. Of course.
19 A. (Document review.)
20    So it looks like the -- so growth in
21 Row 21 is a direct calculation from
22 revenue-generating cameras.
23    The difference in total revenue between AU
24 and AT is -- there is variability between each of
25 the three components of equipment, services, and

**139**

1  subscription. But the largest difference is in
2  subscription. And what specifically accounts for
3  that difference, I would need to see more of the
4  records in order to be able to comment on
5  specifically.
6  Q. When you say "records," are you referring
7  to the Compology accounting standards document that
8  you referred to before?
9  A. My first place that I would look is the
10 revenue recognition schedule in our accounting
11 system.
12    ATTORNEY LoBUE: For the record, I will
13 request that the plaintiffs produce the revenue
14 recognition schedule, to the extent that it's in
15 their possession. And I'll put that in an email
16 after today.
17 Q. Before we break, I have a couple other
18 questions related to, later on, about how to
19 calculate specific cells where formulas are missing.
20 A. Okay.
21 Q. But I'm getting the sense that you're
22 unable to answer that, as you're sitting here today,
23 without the Compology accounting practices or the
24 revenue recognition schedule; is that correct?
25    ATTORNEY GIBSON: Objection. Form.

**140**

1  A. I just want to make sure that I'm not
2  speculating and that I'm providing accurate
3  information.
4  Q. That's fine.
5     I just -- but you would have to look at
6  these documents in order to figure out exactly how
7  certain cells are calculated when there is not a
8  formula; is that correct?
9     ATTORNEY GIBSON: Objection. Form.
10 A. I don't think the specific calculations of
11 some of these cells was within my specific
12 day-to-day. Like, we hired subject matter experts
13 to perform those calculations and then report them
14 to me.
15    So I don't think I, myself, even with the
16 proper documents, could then recreate the
17 calculation or explain it to you in the level of
18 detail that you might be looking for.
19 Q. What experts helped you -- scratch that.
20    Who are some of the subject matter experts
21 that you hired to perform these calculations?
22 A. The team at Launch Finance.
23 Q. Is there someone that you worked with
24 specifically at Launch Finance?
25 A. We had a -- a small team there.

141
1  Q.  Was there an individual that led the team?
2  A.  Yes.
3  Q.  Who was that individual?
4  A.  Her name is Laina Payne.
5  Q.  Could you please spell that for the
6  record, if you're able?
7  A.  L-A-I-N-A.  P-A-Y-N-E, I think, on the
8  last name spelling.
9       ATTORNEY LoBUE:  Perfect.  Thank you.
10      We can go ahead and go off the record.
11      THE VIDEOGRAPHER:  We are going off the
12 record.  The time is 15:13.
13      (Recess.)
14      THE VIDEOGRAPHER:  We are back on the
15 record.  The time is 15:20.
16 BY ATTORNEY LoBUE:
17 Q.  Hello, Mr. Gates.  Welcome back.
18      Earlier, you mentioned Compology's R&D
19 expenses.
20      Do you remember that?
21 A.  Yes.
22 Q.  How, generally, did Compology track its
23 R&D expenses?
24 A.  We tracked our R&D expenses specifically
25 for claiming an R&D payroll tax credit.  So we

142
1  tracked, specifically, the payroll expenses as
2  related to R&D.
3       Outside of that, we did not use historical
4  aggregation of expense to quantify our R&D efforts.
5  Q.  The R&D tax credit, did that have a
6  specific name?
7  A.  I believe it was -- the technical name is
8  the R&D tax credit.  At least, that's what it was
9  always referred to in my -- to me as.
10 Q.  Do you know what branch of the government
11 was responsible for that R&D tax credit?
12 A.  I believe it was a federal program, but I
13 don't know the specifics beyond that.
14 Q.  What documents would I need to look at to
15 understand the R&D payroll expenses?
16      ATTORNEY GIBSON:  Object to form.
17 A.  The payroll tax credits were part of our
18 broader tax preparation.
19 Q.  What other documents showed the payroll
20 expenses that Compology submitted to receive the tax
21 credit?
22 A.  I don't remember specifically what was
23 used.
24 Q.  But you would think that the federal tax
25 documents for Compology would show those expenses

143
1  submitted for the tax credit?
2  A.  Yeah, I'm not sure whether it was filed as
3  a separate document or within our annual -- the
4  package of documents that's part of our annual
5  filing.  That would be field of expertise of a tax
6  specialist.  But I think it's included in a broader
7  category of our tax documents.
8  Q.  When did Compology start its R&D?
9  A.  2012.
10 Q.  Do you know how much money was spent on
11 R&D, after acquisition, but while you were there at
12 RoadRunner?
13 A.  I don't.
14 Q.  Do you know if that was tracked?
15 A.  I don't.
16 Q.  While you were CEO of Compology, did
17 Compology ever valuate its IP portfolio?
18      ATTORNEY GIBSON:  Object to form.
19 A.  Our counsel provided opinions as it
20 relates to our IP portfolio.
21 Q.  Did a non attorney put a dollar amount on
22 the value of Compology's IP during the time you were
23 CEO?
24 A.  No.
25 Q.  Did you ever share, as CEO, a dollar value

144
1  for IP to stockholders?
2  A.  I would need to refresh my memory on
3  stockholder communications to answer that.
4  Q.  Do you remember sharing communications
5  with stockholders about the value of Compology's IP?
6       ATTORNEY GIBSON:  Object to form.
7  A.  I remember, at multiple points, discussing
8  Compology's total value, but I don't remember
9  specifically whether it was broken out.
10 Q.  How did you determine Compology's total
11 value that you shared with stockholders?
12 A.  Well, at times, it was ascribed by a third
13 party.
14 Q.  What third parties would that be?
15 A.  Prospective acquirers.
16 Q.  How many prospective acquirers did
17 Compology have while you were CEO?
18 A.  I forget, specifically, but maybe five.
19 Q.  Did each of the prospective acquirers
20 provide a valuation of the total Compology value?
21 A.  Yes.
22 Q.  Of those that you can remember, could you
23 please list the prospective acquirers.
24 A.  Quest Resource Holdings Group, Digi
25 International, Environmental Solutions Group,