# EXHIBIT C

**Matthew S. Galica**
+1.617.348.4859
MSGalica@mintz.com



One Financial Center
Boston, MA 02111
617 542 6000
mintz.com

August 28, 2024

*VIA E-MAIL*

Joseph J. Mellema
Jeffer Mangels Butler & Mitchell LLP
3 Park Plaza #1100
Irvine, CA 92614

Re:   Issues Arising from Deposition of Steven (Steve) Krebs and Jason Gates

Dear Joe:

     We write regarding issues that have arisen from the depositions of Steven (Steve) Krebs on August 23, 2024 and Jason Gates on August 26, 2024.

**I.     Launch Finance**

     Both Mr. Krebs and Mr. Gates were unable to sufficiently speak to the pre-acquisition Compology financial documents, including ROADRUNNER000021514. Mr. Krebs testified that he had never reviewed in detail the pre-acquisition Compology financials such that he could only speculate to their meaning. *See* Krebs Transcript (Rough Draft) at 125:5-128:17, 128:18-129:8, 138:17-139:3, 150:22-151:13. And Mr. Gates testified that even with access to interpretive Compology documents (that remain unproduced), he would be unable to speak to how finances were calculated in the financial spreadsheets. *See* Gates Transcript (Rough Draft) at 135:14-21. As part of both Mr. Krebs and Mr. Gates testimony, it was revealed that a third party, Launch Finance, not only aided in Compology's financial reporting but Mr. Gates testified that Launch Finance, including Laina Payne, would be a better source than he for financial information relating to the pre-acquisition Compology documents. *See* Gates Transcript (Rough Draft) at 135:14-136:11; Krebs Transcript (Rough Draft) at 136:2-16.

     By the end of day August 28, 2024 please provide answers to the following questions:

1. Have any RoadRunner experts, including but not limited to damages and economics experts, had any communications with Launch Finance about (1) any financial documents prepared by Launch Finance for, or on behalf of, Compology, or (2) methods for interpreting any documents prepared by Launch Finance for, or on behalf of, Compology?

**MINTZ**



August 28, 2024
Page 2

2. Has RoadRunner or its counsel sought financial information from Launch Finance in response to our discovery requests?

3. Does RoadRunner contend that financial documents created by Launch Finance for, or on behalf of, Compology are not within its possession, custody, or control?

Because RoadRunner's 30(b)(6) witness, Steve Krebs, and the former CEO of Compology, Jason Gates, have been unable to sufficiently address RTS's 30(b)(6) Topics related to finances, including Nos. 8, 12, and 13, we intend to move for leave to execute a subpoena out of time that may include the following:

a. Taking a third party deposition out of time, such as Launch Finance employees who worked with Compology to create financial documents, including at least Laina Payne;

b. Taking another deposition of RoadRunner's corporate designee on financial-related topics out of time in view of information obtained through the execution of Launch Finance's subpoena; and

c. Taking an additional deposition of RoadRunner's damages expert in the event our ability to execute the Launch Finance subpoena extends beyond the period of expert discovery.

## II.   Ongoing Production Deficiencies

Mr. Krebs and Mr. Gates identified several documents during the course of their depositions that have not been produced to date. These documents are responsive to at least one of RTS's Requests for Production, including Nos. 3, 5, 6, 12, 15, 17, 18, 20, 27.

1. Comprehensive list of all SKUs (i.e., product or subscription identification numbers) offered to RoadRunner customer's that identify products or subscriptions that include the alleged trade secrets (Krebs Transcript (Rough Draft) at 189:23-190:3, 259:18-260:20);

2. Compology financial documents provided to PWC during acquisition negotiation, including PBC (Krebs Transcript (Rough Draft) at 90:13-91:11, 217:12-22);

3. Documentation of Compology's financial capital raised (Krebs Transcript (Rough Draft) at 95:19-96:6);

4. Reports and/or opinions produced by PWC in Compology acquisition negotiation, including PWC's PBC and quality in earnings report (Krebs Transcript (Rough Draft) at 90:18-25, 134:4-14);

5. RoadRunner boilerplate contracts (Krebs Transcript (Rough Draft) at 240:6-13);

**MINTZ**



August 28, 2024
Page 3

6. Compology accounting policies, including its standard accounting principles, and any other internal documents used to interpret financial documents (Gates Transcript (Rough Draft) at 129:20-130:8);

7. Compology's revenue recognition schedule (Gates Transcript (Rough Draft) at 132:25-133:2);

8. Compology's tax filings related to the R&D payroll tax credit and supporting documentation (Gates Transcript (Rough Draft) at 136:25-138:8);

9. Documents used to track spending of Compology funding (Gates Transcript (Rough Draft) at 203:22-25);

10. Office space plans or documents showing facility space allocation per department (Gates Transcript (Rough Draft) at 155:18-156:10);

11. Budgets related to engineering R&D budgets (Gates Transcript (Rough Draft) at 160:20-161:4); and

12. Comprehensive document summarizing manufacturing purchase orders (Gates Transcript (Rough Draft) at 164:9-16).

These documents are responsive to RTS's Requests for Production, including those that RTS identified in four deficiency letters served on July, 10, 19, and 22, 2024 and August 20, 2024. The documents listed above, along with any other responsive documents to RTS's Requests for Production, must be produced by the end of fact discovery August 30, 2024.

Best regards,

Matthew S. Galica