| | |
|---|---|
| 1 | Arameh Zargham O'Boyle (SBN: 239495) |
|   | AZOboyle@mintz.com |
| 2 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
|   | 2049 Century Park East, Suite 300 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone:    (310) 586-3200 |
| 4 | Facsimile:    (310) 586-3202 |
| 5 | James M. Wodarski *(Admitted Pro Hac Vice)* |
|   | JWodarski@mintz.com |
| 6 | Michael C. Newman *(Admitted Pro Hac Vice)* |
|   | MCNewman@mintz.com |
| 7 | Matthew S. Galica *(Admitted Pro Hac Vice)* |
|   | MSGalica@mintz.com |
| 8 | James J. Thomson *(Admitted Pro Hac Vice)* |
|   | JJThomson@mintz.com |
| 9 | Sean M. Casey *(Admitted Pro Hac Vice)* |
|   | SMCasey@mintz.com |
| 10 | Tianyi Tan *(Admitted Pro Hac Vice)* |
|   | TTan@mintz.com |
| 11 | Stephen Chen *(Admitted Pro Hac Vice)* |
|   | SChen@mintz.com |
| 12 | Amy LoBue *(Admitted Pro Hac Vice)* |
|   | ALoBue@mintz.com |
| 13 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
|   | One Financial Center |
| 14 | Boston, MA 02111 |
|   | Telephone:    (617) 542-6000 |
| 15 | Facsimile:    (617) 542-2241 |
| 16 | Attorneys for Defendants |
|   | RECYCLE TRACK SYSTEMS, INC., and |
| 17 | RECYCLESMART SOLUTIONS INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S SEPTEMBER 5, 2024 DISCOVERY LETTER** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | *Assigned for All Purposes to:* |
| | The Hon. William H. Alsup, Courtroom 12 |
| | Complaint Filed:    August 4, 2023 |
| | Trial Date:    December 9, 2024 |

1
DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' RESPONSE TO
PLAINTIFF'S SEPTEMBER 5, 2024 DISCOVERY LETTER
(CASE NO. 3:23-CV-04804-WHA)

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. ("Defendants"). I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Response to Plaintiff's September 5, 2024 Discovery Letter filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Letter from Daniel B. Weinger to James Neudecker dated January 27, 2023, in response to the January 13, 2023 letter from Compology LLC ("Compology") and RoadRunner Recycling, Inc. ("RoadRunner") (together with Defendants, the "Parties").

4. Attached hereto as **Exhibit 2** is a true and correct copy of Letter from Daniel B. Weinger to Stanley M. Gibson dated February 10, 2023, in response to the January 31, 2023 letter from Compology and RoadRunner and regarding the Parties' February 6, 2023 meet and confer.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the emails exchanged between the Parties on February 10, 2023, following the transmittal of **Exhibit 2**.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Yahya Laraki's Deposition taken on August 7, 2024, provisionally filed under seal. The unredacted copy of **Exhibit 4** is attached to Defendants' Administrative Motion to File Under Seal.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September, 2024, in Boston, Massachusetts.

                                          */s/ Matthew S. Galica*
                                          Matthew S. Galica