# EXHIBIT 4

|    |    |    |    |
|----|----|----|----|
| 1  | the Pello data that was used.  Like, I work | 1  | training the model with images. |
| 2  | mostly on -- except for downloading the images | 2  | BY MR. GIBSON: |
| 3  | from Compology, and seeing the development of | 3  | Q.  And I'm trying to understand, |
| 4  | the AutoML model that was trained on Compology, | 4  | when did you decide it was time to move from the |
| 5  | I worked more on Pello images to -- to -- to | 5  | Compology images to the Pello images? |
| 6  | label them. | 6  | MR. GALICA:  Objection. |
| 7  | Q.  There's no confusion.  I'm taking | 7  | THE WITNESS:  When we realized that |
| 8  | this step by step. | 8  | what we call the distribution of the data in |
| 9  | A.  Yeah.  Okay. | 9  | machine learning needs to be identically |
| 10 | Q.  We're on the Compology step.  Are | 10 | distributed.  And the distribution of Pello |
| 11 | you with me? | 11 | images and the distribution of Compology images |
| 12 | A.  Yes. | 12 | is not the same.  So the -- when we tested |
| 13 | Q.  Okay.  Now, what did you call | 13 | basically the model on -- with Compology images, |
| 14 | that ML, the machine learning? | 14 | it didn't give us good result.  But when we did |
| 15 | A.  AutoML. | 15 | it with Pello images, it gives us a good result. |
| 16 | Q.  Auto? | 16 | And again, we are always testing on Pello images |
| 17 | A.  AutoML. | 17 | alone. |
| 18 | Q.  And I want to understand what you | 18 | BY MR. GIBSON: |
| 19 | did when you're using the Compology images to | 19 | Q.  Yeah, I'm trying to understand |
| 20 | train the AutoML? | 20 | you.  The first step, though, was to take the -- |
| 21 | A.  It was trained with the Compology | 21 | to take these thousand Compology images and |
| 22 | images.  So we take some software solutions that | 22 | train and put them into an auto machine learning |
| 23 | exist, some blocks about machine learning models | 23 | program.  Right? |
| 24 | that implement AutoML features, and we pass the | 24 | A.  Um-hmm. |
| 25 | image, Compology image through this model and | 25 | Q.  You need to answer yes. |
|    | Page 74 |    | Page 76 |
| 1  | train it so that it learns how to detect | 1  | A.  Yes. |
| 2  | contamination.  And then we test it to assess | 2  | Q.  How did you know when it's time |
| 3  | the performance on Pello images. | 3  | to go to the second step? |
| 4  | Q.  And what -- do you remember what | 4  | MR. GALICA:  Objection. |
| 5  | product or service you were using for the | 5  | BY MR. GIBSON: |
| 6  | software? | 6  | Q.  Or the next step? |
| 7  | A.  No. | 7  | MR. GALICA:  Objection. |
| 8  | MR. GALICA:  Objection. | 8  | THE WITNESS:  When the accuracy metric |
| 9  | THE WITNESS:  No. | 9  | that you are tracking didn't give us |
| 10 | BY MR. GIBSON: | 10 | satisfactory results. |
| 11 | Q.  And did you pass all 1000 images | 11 | BY MR. GIBSON: |
| 12 | through all at once, or did you use some and | 12 | Q.  Do you have any documents that |
| 13 | then do more? | 13 | show that? |
| 14 | A.  I don't recall this.  I don't | 14 | MR. GALICA:  Objection. |
| 15 | recall this. | 15 | THE WITNESS:  I don't know. |
| 16 | Q.  You don't remember how long it | 16 | BY MR. GIBSON: |
| 17 | took? | 17 | Q.  Have you seen any in the last six |
| 18 | A.  No. | 18 | months? |
| 19 | Q.  And when did you decide that it | 19 | A.  In the last six months?  No. |
| 20 | was accurate enough to start to use on the Pello | 20 | Q.  I take it you don't have the |
| 21 | images? | 21 | AutoML version that was trained on the Compology |
| 22 | MR. GALICA:  Objection. | 22 | images anymore? |
| 23 | THE WITNESS:  After training the AI | 23 | MR. GALICA:  Objection. |
| 24 | model on Pello images, it gives -- it gave us -- | 24 | THE WITNESS:  No. |
| 25 | exceeded the 70 percent accuracy performance | 25 |  |
|    | Page 75 |    | Page 77 |

**Page 122**

```
1    BY MR. GIBSON:
2        Q.  Did you think that it was easy to
3    label the Compology images?
4        MR. GALICA:  Objection.
5        THE WITNESS:  Yes.
6    BY MR. GIBSON:
7        Q.  Why was that?
8        A.  Because the labeling is not
9    difficult -- it's not a difficult task.  It's
10   going through images saying, does this contain
11   contamination?  Yes.  No.
12       Q.  And one of the things you wanted
13   to do in this first iteration of the ML model
14   was to squeeze the most from Compology images.
15   Right?
16       MR. GALICA:  Objection.
17       THE WITNESS:  Was to do, yeah,
18   experimentations with the Compology images and
19   see if they are suitable for --
20   BY MR. GIBSON:
21       Q.  You wanted to squeeze the most
22   from them because they were -- the labeling
23   process was easy with them.  Right?
24       MR. GALICA:  Objection.
25       THE WITNESS:  I would not necessarily
```

**Page 123**

```
1    say it's easy.  Like, it's the -- I still need
2    to go through images one by one and say, does
3    this contain contamination yes, no.
4    BY MR. GIBSON:
5        Q.  Let's look at Exhibit 46.
6        A.  Yes.
7        Q.  And Exhibit 46 is an email from
8    yourself to Mr. Bell.  Subject:  "Conversation
9    with Colin Bell."  Let me know when you had a
10   chance to read that.  It's from January 24th,
11   2022.
12       EXHIBIT NO. 46:  Email from Yahya
13       Laraki to Colin Bell.  January 24th,
14       2022.  Subject: "Conversation with
15       Colin Bell."
16       THE WITNESS:  Yes.
17   BY MR. GIBSON:
18       Q.  You wrote:
19          "The plan is to squeeze the most
20       from Compology images as the labeling
21       process is easy with them."
22       Do you see that?
23       A.  Yes.
24       Q.  And you wrote those words to
25   Mr. Bell, one of the founders of Recycle Smart.
```

**Page 124**

```
1    Right?
2        A.  Yes.
3        Q.  And then you wrote:
4           "Once we have a final version of
5        the model trained Compology images, I
6        will fine-tune the model on Pello
7        images."
8        Do you see that?
9        A.  Yes.
10       Q.  And that's in fact what you did.
11   Right?
12       MR. GALICA:  Objection.
13       THE WITNESS:  What do you mean?
14   BY MR. GIBSON:
15       Q.  Well, you executed what you wrote
16   in the sentence.
17       MR. GALICA:  Objection.
18       THE WITNESS:  As -- yes.  As
19   experimentations, yes.
20   BY MR. GIBSON:
21       Q.  And then you tested and deployed
22   the model.  Correct.
23       MR. GALICA:  Objection.
24       THE WITNESS:  No.  This model, no.
25
```

**Page 125**

```
1    BY MR. GIBSON:
2        Q.  Not this exact model.  But you
3    tested this model.  Right?
4        MR. GALICA:  Objection.
5        THE WITNESS:  Yes.
6    BY MR. GIBSON:
7        Q.  And that informed you of how you
8    could make further improvements to the final
9    model.  Right?
10       MR. GALICA:  Objection.
11       THE WITNESS:  Not really because,
12   yeah, it was another model that was used after
13   that.
14   BY MR. GIBSON:
15       Q.  And you don't have this model
16   that you were originally working with, right,
17   sir?
18       A.  No.
19       Q.  So there's no way for us to
20   compare the original model with the model that
21   was deployed.  Right?
22       MR. GALICA:  Objection.
23       THE WITNESS:  No, I don't think so.
24   BY MR. GIBSON:
25       Q.  Let's look at Exhibit 47.  And
```

**Page 150**

```
 1        Q.  But overall, you remember you
 2   were satisfied with the stage that you were at?
 3        A.  Yes.
 4        Q.  And just to be clear, you
 5   haven't, at any point, just started over from
 6   ground zero or from scratch in doing your
 7   machine language model for decontamination
 8   project.  Right?
 9        A.  It was done from using a
10   pre-trained, open source model, but not from
11   scratch, like a public -- publicly available
12   models trained on public data.
13        Q.  My question wasn't clear.  Let me
14   ask you again.
15        A.  Yeah.
16        Q.  So since you started working at
17   Recycle Smart, you haven't started over from
18   ground zero, from no images and started using
19   just Pello images to create a model.  Right?
20        A.  This is what was used in what is
21   described here.
22        Q.  I'm not talking about what we've
23   been going through.  We've gone through that
24   process.  Talking about you haven't done some
25   other model than what we've been talking about
```

**Page 151**

```
 1   today.
 2        MR. GALICA:  Objection.
 3        THE WITNESS:  Other model, which we
 4   discussed.  Yes, I did other models.
 5        BY MR. GIBSON:
 6        Q.  That are for plastic
 7   contamination?
 8        A.  Yes, yes.
 9        Q.  And what happened to that?  Are
10   they being used?
11        A.  Yes.  So the latest model version
12   is using a new model architecture called
13   ConvNeXt.
14        Q.  Called what?
15        A.  ConvNeXt, C-O-N-V-N-E-X-T.
16        Q.  And when did you create that one?
17        A.  It was after this period.  I
18   don't recall exactly.  Maybe around June of that
19   year of 2022.
20        Q.  June of 2022?
21        A.  Yeah, I don't recall the dates.
22        Q.  Where are the documents that show
23   how that was created?
24        A.  In the IRAP documentation, there
25   is the ConvNeXt model that is mentioned.
```

**Page 152**

```
 1        Q.  Anything else?
 2        A.  Maybe in email communication but
 3   I forgot.
 4        Q.  Did you review any of those to
 5   prepare for your deposition?
 6        A.  No.
 7        Q.  Okay.  So you don't know whether
 8   there are any or not?
 9        A.  Yeah, I don't know.
10        Q.  And where is that model kept?
11        MR. GALICA:  Objection.
12        THE WITNESS:  In three places.  So the
13   current one that we use.  One in my local
14   machine, on an interface called Hugging Face.
15   But we did --
16        Q.  Spell that.
17        A.  "Hugging" like a hug, Hugging
18   Face, like face.  It's a platform for open
19   source machine learning models.
20        And the third place is as a Lambda
21   function, and this is what is used in the Pello
22   images.  So this is just the demo, the Hugging
23   Face is just for demo to the team.  And the
24   Lambda function is the real deployment.
25        Q.  And you spell that last one?
```

**Page 153**

```
 1        A.  The Lambda, Lambda function
 2   L-A-M-B-D-A function.
 3        Q.  And that was the final version?
 4        A.  That we use.
 5        Q.  And when did you create this
 6   version?
 7        A.  Again, I don't remember exactly,
 8   but around June 2022, on the summary.
 9        Q.  And what open source did you use
10   for it?
11        A.  I used the ConvNeXt library
12   published by Facebook.  Yeah, and use their
13   material, basically.
14        Q.  And where did you obtain it from?
15        A.  GitHub.
16        Q.  And how long did you take to
17   train it?
18        A.  A model, around two hours, two,
19   three hours.
20        Q.  So you created a new model two to
21   three hours.
22        A.  Like, the training time is two to
23   three hours.  So when I click on the execute
24   script, it takes two to three hours to execute.
25        Q.  And what did you train it on?
```

```
 1  containers and then, yeah, for this model, we
 2  don't use it in all type of containers.  And
 3  then we have a model trained on roll-off
 4  containers only.  And this is the one that we
 5  use that is deployed and used.
 6      Q.  All right.  So what I'm just
 7  trying to make sure I'm clear.  Today, RTS is
 8  not using any artificial intelligence machine
 9  trained model for anything that's not -- for
10  something that's not a roll-off container.
11  Right?
12      A.  That I'm aware --
13          MR. GALICA:  Objection.
14          THE WITNESS:  -- of, no.  Yeah.  We
15  don't use, other than the roll-off containers as
16  of today.
17          THE REPORTER:  Raise your voice.
18          THE WITNESS:  As of today, yes.  I
19  should say the same.
20          BY MR. GIBSON:
21      Q.  So are you familiar with the term
22  ResNet model?
23      A.  Yes.
24      Q.  What does that mean to you?
25      A.  It's a residual neural net.  It's
                                          Page 174
```

```
 1  a very well-known model architecture in machine
 2  learning image classification.  Yeah.
 3      Q.  And as specifically used inside
 4  of Recycle Smarter RTS, what would you
 5  understand the ResNet model to be?
 6      A.  The ResNet model is a pre-trained
 7  model on an open source model that uses publicly
 8  available data.  Millions of images that
 9  pre-train this model, and then we use those
10  weight connections in the model that the model
11  learned for -- to adapt them to the new task at
12  hand.
13      Q.  "The new task at hand" is what
14  you said?
15      A.  Yeah.  So we take an open source
16  model and fine-tune it for -- task is
17  contamination detection, we fine-tune on that.
18  It's x-ray images, we will fine-tune it on x-ray
19  images.  It will be the same pre-trained model.
20      Q.  And is that what you used when
21  you first started in January of 2022?
22      A.  Yes, yes.
23      Q.  And that's the model that then
24  was -- had different versions or iterations?
25      A.  Yes.  Before switching again, the
                                          Page 175
```

```
 1  model architecture.
 2      Q.  You're mumbling.  Before what?
 3      A.  Before switching the model
 4  architecture, yes.
 5      Q.  And you say the model
 6  architecture was switched in June of 2022?
 7      A.  I don't remember exactly the
 8  date, but around there.  Yeah.
 9      Q.  And what was it switched to?
10      A.  To the ConvNeXt model.
11      Q.  And what's the primary
12  difference, as you understand it, between the
13  two?
14      A.  Just, the ResNet model was
15  published in 2016, I think.  And the ConvNeXt
16  was published in 2021, 2020.  And it borrowed a
17  lot of ideas in the ML field that made the
18  progress that we see now in the chatbots like
19  ChatGPT, et cetera.  So just to give you an
20  example that is used, there is the layer
21  normalization, for example, that was not used in
22  the ResNet which is used on the ConvNeXt, and a
23  lot of other changes like this.  And it was also
24  a very fast model in inference.
25      Q.  How are you spelling it?
                                          Page 176
```

```
 1      A.  C-O-N-V-N-E-X-T.
 2      Q.  Say that again.  C-O-N-V?
 3      A.  N-E-X-T.  You can put Facebook or
 4  something next to it.
 5      Q.  Are you aware that the ResNet
 6  model was still being implemented in June of
 7  2023 according to the IRAPs.
 8          MR. GALICA:  Objection.
 9          THE WITNESS:  I don't remember.
10          BY MR. GIBSON:
11      Q.  You're not in charge of
12  implementation.  Right?
13      A.  For the deployment on the -- no,
14  no.
15      Q.  Were you aware of the camera
16  placement that was done to derive images for
17  Pello?
18          MR. GALICA:  Objection.
19          THE WITNESS:  No.
20          BY MR. GIBSON:
21      Q.  Do you know where the sensors
22  were placed inside the bins for Pello?
23      A.  Yes.  Maybe I misunderstood your
24  question.  Can you rephrase it, maybe?
25      Q.  Yeah.  The Pello has a camera?
                                          Page 177
```

```
 1        Q.  We've discussed a few different
 2   AI models related to contamination detection
 3   today.  Do you recall that?
 4        A.  Yes.
 5        Q.  Was one of them AutoML?
 6        A.  Yes.
 7        Q.  Was one of them ResNet?
 8        A.  Yes.
 9        Q.  Was one of them ConvNeXt?
10        A.  Yes.
11        Q.  Are all of those different AI
12   models?
13        A.  Yes.
14        Q.  Okay.  Was the ConvNeXt model
15   ever trained using Compology images?
16        A.  No.
17        Q.  Okay.  If we could go back to
18   Exhibit 53.  Quite a few back.  Do you recall
19   this exhibit?
20        A.  Yes.
21        Q.  If I could direct you to the
22   email on the second half of the page, Bates
23   stamped 20353.  If you could let me know when
24   you get there.
25        A.  Yes.
                                         Page 218
```

```
 1        Q.  The first line of your email
 2   reads:
 3            "Great news regarding the new
 4            model.  Fine tuned on Pello images."
 5        Do you see that?
 6        A.  Yes.
 7        Q.  Was that a ResNet AI model?
 8        A.  I don't recall exactly, but I
 9   think, yes.
10        Q.  Okay.  And is the one you're
11   talking about in this email, is that only
12   trained using Pello images?
13        A.  Yes.
14        MR. GIBSON:  Objection.  Leading.
15        BY MR. GALICA:
16        Q.  If I could turn your attention to
17   one email up in the thread page 20352.  And just
18   for Judge Alsup's ground rules.  You know,
19   speaking of objections, halfway down the page,
20   there's an email from you.  March 16th, 2022 at
21   12:38 p.m.  Do you see that?
22        A.  Yes.
23        Q.  And then the first line of that
24   email, you state here's the link to the -- to
25   test the new model with 89 percent accuracy on
                                         Page 219
```

```
 1   Pello images.  Do you see that?
 2        A.  Yes.
 3        Q.  Is that the same model that we
 4   were just discussing on the previous page?
 5        MR. GIBSON:  Objection.  Form.
 6        THE WITNESS:  I don't recall exactly,
 7   but I think, yes.
 8        MR. GALICA:  Okay.  I don't have any
 9   further questions right now.
10        MR. GIBSON:  I have some follow ups.
11        MR. GALICA:  Sorry?
12        MR. GIBSON:  I have some follow-up
13   questions.
14        FURTHER CROSS-EXAMINATION
15        BY MR. GIBSON:
16        Q.  So sticking with Exhibit 53, do
17   you remember earlier in your deposition when you
18   said you couldn't recall whether the ResNet
19   model was trained with both Compology and Pello
20   images?
21        MR. GALICA:  Objection.
22        THE WITNESS:  Yes.
23        BY MR. GIBSON:
24        Q.  And that was a true statement
25   when you made it.  Correct?
                                         Page 220
```

```
 1        A.  Yes.
 2        Q.  And if you look at the emails
 3   that come right after this one on March 17th.
 4        A.  Okay.
 5        Q.  If you look at, I think it's
 6   Exhibit 49.
 7        A.  Okay.
 8        Q.  That one was March 17th, 2022.
 9        A.  Yes.
10        Q.  This is the one where you wrote:
11            "Yeah.  And I fine-tuned the
12            model train of Compology images to
13            Pello images, so I got a huge bump of
14            improvement there."
15        Do you see that?
16        A.  Yes.
17        Q.  Okay.  And in terms of this
18   ConvNeXt model, it came after the AutoML model.
19   Right?
20        A.  Yes.
21        Q.  And it came after the ResNet
22   model.  Correct?
23        A.  Yes.
24        Q.  And you learned from both of
25   those models.  Correct.
                                         Page 221
```

```
 1        MR. GALICA:  Objection.
 2        THE WITNESS:  What do you mean by
 3   "learned"?
 4        BY MR. GIBSON:
 5        Q.  You personally, you learned how
 6   to make improvements to the models.  Right?
 7        MR. GALICA:  Objection.
 8        THE WITNESS:  Was not just thanks to
 9   these two models.  It's all my training or my
10   research I'm doing, all the -- yeah.
11        BY MR. GIBSON:
12        Q.  I'm not saying it's just one
13   thing, but using the AutoML and ResNet models
14   furthered your knowledge of how to apply these
15   kinds of models in particular to the business
16   that Recycle Smart and RTS were.  Right?
17        MR. GALICA:  Objection.
18        THE WITNESS:  He said had more
19   experience by -- yeah, sure.  The more I
20   learned, the more I have experience.
21        BY MR. GIBSON:
22        Q.  And that experience informed how
23   you use the ConvNeXt model.  Right?
24        MR. GALICA:  Objection.
25        THE WITNESS:  No.
                                          Page 222
```

```
 1        BY MR. GIBSON:
 2        Q.  You just threw all that knowledge
 3   that you had learned from using AutoML and
 4   ResNet out the window when you use ConvNeXt, is
 5   that what you're telling the jury?
 6        A.  I didn't --
 7        MR. GALICA:  Objection.
 8        THE WITNESS:  -- say that.  I said
 9   that it was not the reason we moved to ConvNeXt.
10   If we move to ConvNeXt because factual
11   information goes -- the performance was better.
12        BY MR. GIBSON:
13        Q.  We talked about that at first,
14   that performance wasn't as good as ResNet, and
15   you had to use ResNet as a comparison to get
16   ConvNeXt to perform better.  Correct?
17        MR. GALICA:  Objection.
18        THE WITNESS:  Yeah.  I think you had a
19   misunderstanding on this.
20        BY MR. GIBSON:
21        Q.  You were using ConvNeXt and
22   ResNet at the same time.  Right?
23        MR. GALICA:  Objection.
24        THE WITNESS:  No.  I trained ConvNeXt
25   model, tested on the image -- Pello images and
                                          Page 223
```

```
 1   compared that performance to the one of ResNet
 2   model.
 3        BY MR. GIBSON:
 4        Q.  So you took the Pello images from
 5   you -- strike that.
 6        You took Pello images and you tested
 7   them in the ConvNeXt model.  Right?
 8        A.  Um-hmm.
 9        Q.  And then you took the same images
10   and you tested them on the ResNet model.  Right?
11        A.  Yes.
12        Q.  And you compared the performance.
13   Correct?
14        A.  Yes.
15        Q.  And then you made adjustments to
16   ConvNeXt as you iterated it and got it to be
17   better.  Right?
18        MR. GALICA:  Objection.
19        THE WITNESS:  Yes.  I've made
20   improvement to the ConvNeXt model, yes.
21        BY MR. GIBSON:
22        Q.  And while you were doing that,
23   you continued to test the same Pello images
24   between ConvNeXt and ResNet to check the
25   performance levels.  Right?
                                          Page 224
```

```
 1        A.  I didn't keep training the ResNet
 2   model.
 3        Q.  I didn't say training.  I said
 4   checking the --
 5        A.  Yes.  So once we have the
 6   performance, we start -- so I'm working only on
 7   the ConvNeXt and I have that number in mind.
 8   And, again, I'm -- you're making the assumption
 9   that the performance at first was worse than the
10   ResNet.  I -- I didn't say that.  I said I don't
11   recall if it was the first try was worse than
12   the ResNet, just to make sure it's correct.
13        Q.  You don't know one way or the
14   other whether the performance was worse on
15   ConvNeXt than ResNet.  Correct?
16        MR. GALICA:  Objection.
17        BY MR. GIBSON:
18        Q.  You just don't know.
19        A.  I know that -- this is the only
20   thing I know is that the ResNet model performed
21   worse than the ConvNeXt model.
22        Q.  At the end you know that.  I'm
23   talking about when you -- let's try to stay with
24   my question.  It's been a long day.
25        When we started talking about this,
                                          Page 225
```