# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROADRUNNER RECYCLING, INC., )
Plaintiff, ) Case No.
) 3:23-CV-04804-WHA
V. )
RECYCLE TRACK SYSTEMS, INC., )
RECYCLESMART SOLUTIONS, INC.,)
Defendant. )
-------------------------- )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

--- This is the Videotaped Deposition of YAHYA LARAKI, taken at Spaces Cite Multimedia, 75 Queen Street, Suite 1400, Montreal, Quebec, on the 7th day of August, 2024

------------

REPORTED BY: LEILA HECKERT, CVR, RCP-M

VIDEOGRAPHER: DAVID OXILIA

------------

JOB NO. 6807830

don't know.
Q. And what was this person doing?
MR. GALICA: Objection.
THE WITNESS: Machine learning.
BY MR. GIBSON:
Q. And specifically, what was the person doing with the Compology images in terms of machine learning?
MR. GALICA: Objection.
THE WITNESS: It -- he used AutoML model, which is automatic machine learning, basically, to take the images from Compology and pass them through the AI model and experiment with the results. So to see what -- what was the performance of that when we test it against Pello images in the test set.
BY MR. GIBSON:
Q. And was this person working with you?
A. Yes. Yes.
Q. And where is this person now?
A. I don't know.
Q. Do they still work for RTS?
A. No.
Q. Do you know when they left?

A. They left three months after starting. He left three months.
Q. Was this person working on trying to detect contamination before you started at Recycle Smart, to your knowledge?
MR. GALICA: Objection.
THE WITNESS: No. It was the exact same time we started.
BY MR. GIBSON:
Q. And were you both reporting to Mr. Anderson?
A. Can you...
Q. Okay. Were you both reporting --
A. Yes.
Q. So, is this person assisting you in trying to detect contamination levels, or were you working alongside each other?
A. In parallel, we're working in parallel on this project.
Q. And was it this person's idea to use the Compology images or your idea or someone else's?
MR. GALICA: Objection.
THE WITNESS: I don't recall.

BY MR. GIBSON:
Q. And why couldn't you use the Pello images to start with?
A. Because we already have labeled images from Compology, and we wanted to test if that was giving us good results.
Q. And what did the tests show?
A. It was very bad results, around random. So when a machine learning model, when you have two classes, give around a 50 percent accuracy, which means that your model didn't learn anything and is just spitting random number predictions.
Q. And you still have the results from this model?
A. No.
Q. Where did it go?
A. During the acquisition of Recycle Smart by RTS, we migrated all the data we had on our laptops from the old -- from Recycle Smart to RTS, and we had to transfer the data. I had all the machine learning projects on my local computer, and I decided to only transfer the data that we actually use and was relevant for us. And -- because we -- like, at the

iterations, the later iteration, we didn't use any Compology images, I just didn't transfer them when we did the migration.
Q. When was this?
A. I don't recall the exact date, but I recall it was before we received any -- the injunction to not delete any documents, et cetera, it was before that.
Q. You said you remember the specific date?
A. No.
Q. And when you say you didn't migrate them, what happened to -- what happened to the -- what happened to the data when it wasn't migrated?
A. It was deleted.
Q. It was?
A. It was deleted, or non-migrated, to be more precise.
Q. What happened to the device that it was on? Well, it was on a device that wasn't migrated. What happened to the original --
A. It was formatted, so.
Q. So it was reformatted and erased?
A. Yeah.

there's not, versus it says there's no contamination when there is?

A. Yes.

Q. And you remember that is the months went by that you fine-tune the model trained on Compology images to Pello images and then got a huge bump in improvement?

MR. GALICA: Objection.

THE WITNESS: Yes.

BY MR. GIBSON:

Q. And in fact, you reported that to your colleagues. Correct?

A. Yes.

Q. On Exhibit 49 is an email from yourself to Mr. Lin on March 17th, 2022 at 1:16. Do you see that?

EXHIBIT NO. 49: Email from Yahya Laraki to Boken Lin. March 17th, 2022. Subject: "Conversation with Boken Lin."

THE WITNESS: Yep.

BY MR. GIBSON:

Q. And do you remember this conversation at all, or only once in the mail?

A. Not really but yeah, I have the

gist of it.

Q. And you wrote:

"Yeah. And I fine-tuned the model trained on Compology images to Pello images, so I got a huge amount of improvement there."

Right?

A. Yeah.

Q. And that was true, right?

MR. GALICA: Objection.

THE WITNESS: Yes.

BY MR. GIBSON:

Q. Let's look at Exhibit 50. And Exhibit 50 is an email from Mr. Lin to yourself shortly -- looks like a couple of minutes after the email we looked at, Exhibit 49. And here I see:

"Are you training the Pello images together with and Compology?"

Do you see that?

EXHIBIT NO. 50: Email from Boken Lin to Yahya Laraki. March 17th, 2022. Subject: "Conversation with Boken Lin."

THE WITNESS: Um-hmm.

BY MR. GIBSON:

Q. Yes?

A. Yes.

Q. And then we'll show you what you wrote back a few minutes later is Exhibit 51. Fifty-one is an email from yourself a few minutes later to Mr. Lin, and you wrote:

"No, I train on Compology first and then on Pello."

Do you see that?

EXHIBIT NO. 51: From Yahya Laraki to Boken Lin. March 17th, 2022. Subject: "Conversation with Yahya Laraki."

THE WITNESS: Yes.

BY MR. GIBSON:

Q. And that was correct. Right?

A. Back in the time, yes.

Q. Do you remember why you had Subject: "Conversation with Yahya Laraki," and then you had these emails?

A. Sorry?

Q. Is there a reason why you have the subject line of these emails is a conversation as opposed to an email? It was

actually a phone conversation, too?

A. I don't recall this at all.

Q. And I just asking you more generally, inside of Recycle Smart around this time, did people have a practice when you were writing emails to them or receiving emails from them of putting in the subject line "Conversation with..."?

A. I don't remember this.

Q. We've seen it a few different times today. So I was just curious if there was a reason why that appears.

A. I noticed something weird. Why is it my current email address that is shown there because...

Q. As opposed to Recycle Smart?

A. Yeah.

Q. I was going to ask that as well. I think all of the emails that we've seen are from rts.com@recyclesmart. Do you know how that occurred?

A. No, no.

Q. And Exhibit 52 looks like an email from March 25th, 2022 to yourself with a subject line that's in French. You should take

A. Forever.
Q. So you have that all the way back to when?
A. Since it was deployed initially.
Q. Do you know what happened to the Compology images that were downloaded? I think we saw reference to as many as 600,000 or two batches of 40,000. And what happened to those?
MR. GALICA: Objection.
THE WITNESS: I never had this amount of images.
BY MR. GIBSON:
Q. And I'm just asking if you know what happened to the images themselves.
MR. GALICA: Objection.
THE WITNESS: The Compology images?
BY MR. GIBSON:
Q. Yes.
A. The 40,000.
Q. Yes.
A. These were no -- never -- like there was never 40,000 images that was downloaded.
Q. Well, that you know of. Are you aware of --

A. That I know of, yes.
Q. You're not -- you don't know what happened before you got to Recycle Smart, right?
A. Yes, correct.
Q. I understand you don't have any Compology images anymore because they were on your old computer that was reformatted and erased. Right?
A. Yes.
Q. But you don't know if there are people inside of Recycle Smart or RTS that still have Compology images?
MR. GALICA: Objection.
THE WITNESS: In their local laptop?
BY MR. GIBSON:
Q. Yes.
A. No.
Q. You don't know?
A. I don't know, I don't know that.
Q. Did you ask anyone?
A. No.
Q. Did you talk with anyone other than your counsel to prepare for your deposition today?
A. No.

Q. Did you search for any documents to prepare for your deposition today?
A. No.
Q. And you have turned over documents to counsel. Correct?
A. Yes.
Q. Can you describe what you turned over?
A. PowerPoints. Source code, the metadata associated with some images.
Q. What do you mean by "metadata associated with some images"?
A. The Pello images, when the image -- because I had on my local computer only the image, and for the counsel, I imported also the time at which the image was taken exactly, and in which store it was taken from.
Q. Where did you get that information from?
A. From the Pello backend PostgreSQL database.
Q. Anything else you provided to counsel?
A. This is what I recall. Yeah, so, yeah, all the documents that I had -- yeah --

in -- in my laptop about AI and ML that I find necessary.
Q. So anything else you can specifically recall?
A. No.
Q. I don't have any further questions at this time. I would note you were designated on a topic just yesterday when I was flying, and I hadn't the opportunity to prepare for that. And we also are entitled to the documents that were used to prepare the witness, so subject to that, I don't have any questions for today.
MR. GALICA: Sure. I mean, we feel that you were given proper notice and he was here to talk about all the different topics. You can still ask him about that topic.
MR. GIBSON: But I don't have -- I don't have the ability to access documents today. Okay. We're on the plane yesterday.
MR. GALICA: Yeah. And we produced everything that we think we were required to produce. So I have a few follow-up questions.
REDIRECT EXAMINATION BY MR. GALICA:

you had -- did an initial run of Pello images on ConvNeXt and on ResNet at the same time. Right?
MR. GALICA: Objection.
THE WITNESS: It's just the "same time" that keeps -- yeah. It was not at the same -- I had the performance of the ResNet. I didn't touch it again, and then I was working on the ConvNeXt. I don't recall if the first ever training of that model gave me better results than the ResNet or not. One thing I know for sure is that at the end of this iterations, the ConvNeXt model performed better.
Q. And that's fine. That's not worth getting to. We have to go this step by step so we stay in time.
So you don't recall when you did the very first iteration of the ConvNeXt model whether it was better or worse than the ResNet model. Right?
MR. GALICA: Objection.
THE WITNESS: Yes, yes.
BY MR. GIBSON:
Q. And there's no way to tell because you didn't keep that data.
A. No.

Q. We can't -- we can't refresh your memory because we don't have any data. Right?
A. No.
Q. That's right. You have no data?
MR. GALICA: Objection.
BY MR. GIBSON:
Q. From that very first run on ConvNeXt, you don't have that data?
A. No.
MR. GALICA: Objection.
BY MR. GIBSON:
Q. Do you know what happened to that data.
A. Yeah. It was -- when I transferred to the -- when we formatted the laptop, I kept only the models, the data that I had use for. So I kept only Pello images and only the best model that I trained because I trained maybe 20, 50 different models. And at the end, I take the best one.
Q. Do you know sitting here today when you saw the results between ConvNeXt and ResNet how you continue then to improve the ConvNeXt model?
MR. GALICA: Objection.

THE WITNESS: Yeah, I continue to improve the ConvNeXt model.
BY MR. GIBSON:
Q. I understand. How, is what I'm looking for. How did you do it?
A. By continuously adding more -- testing the model on Pello images and the iteration process that I described. So the wrong classification of those images, I add them to my training data, I retrain the model, it improves the performance. But it's still making mistakes. I go check those mistakes, try to add them to the training data. And I continue like this.
Q. And do you have any record of what images you used to do that?
A. I used Pello images to do that.
Q. No. Do you know which images?
A. What do you mean by "which images"?
Q. Do you know what specific images you used to train the ConvNeXt model?
A. Yes, these images, I still have them today. The Pello images that -- that were used to train the ConvNeXt model, I still have

them.
Q. Do they -- do you know what order you trained the ConvNeXt model on those images?
A. What?
Q. What order did you feed the model?
A. What do you mean by "what order"?
Q. Well, you went through several iterations. Did you use the same images each iteration?
A. No.
Q. So that's my question.
Do you know when you did the second iteration, what images you used?
A. Versus the first?
Q. Yes.
A. Like the -- no.
Q. Do you know for the third iteration?
A. No.
Q. Or the fourth iteration?
A. No.
Q. Or the fifth iteration?
A. No. It just keeps adding to the training data, the original one.

Q. And in the meantime, ResNet is out being used in Pello devices that are out in the field. Right?
MR. GALICA: Objection.
THE WITNESS: I don't know that.
BY MR. GIBSON:
Q. Who would know that?
A. I don't know.
Q. Mr. Anderson know that?
A. Maybe.
Q. You are aware that ResNet was used on Pello devices that were out with customers. Right?
MR. GALICA: Objection.
THE WITNESS: I'm not sure about this.
BY MR. GIBSON:
Q. Do you know when Pello or Recycle Smart started reporting to customers when there was a contamination problem?
A. No.
Q. Do you know what the accuracy of the ResNet model was in the final version for contamination levels?
MR. GALICA: Objection.
THE WITNESS: I don't recall the exact

Page 230

number. No.
BY MR. GIBSON:
Q. Was it over 90 percent?
A. Yes.
Q. Do you know if it was over 95 percent?
A. I don't think so.
Q. And you think the ConvNeXt model is now over 95 percent?
A. Yes.
Q. Did you have the Compology images on your laptop when you were working on the ConvNeXt model?
MR. GALICA: Objection.
THE WITNESS: Yes.
BY MR. GIBSON:
Q. And this would be all 2000 images?
A. Yes. Yes.
MR. GIBSON: Okay. I don't have anything further at this time. So due to my previous statements regarding inadequate time to prepare for the late notice topic and the documents that were used for the witness, but not produced before this deposition.

Page 231

MR. GALICA: We disagree with that. Everything had been produced and we think you had ample time to prepare and the whole day for asking questions about off topic he was designated on. I don't have any further questions.
MR. GIBSON: That's fine. I think Judge Alsup's rules are clear. So we'll send you an email about that.
MR. GALICA: We do think they are clear.
THE VIDEOGRAPHER: This concludes the deposition of Yahya Laraki. Going off the record at 3:59 pm.
-- [Whereupon the examination concludes at 3:59 P.M.]

Page 232

CERTIFICATE OF REPORTER

CANADA
PROVINCE OF ONTARIO

I, Leila Heckert, CVR, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in shorthand using Computer Aided Realtime, to the best of my ability, and thereafter reduced to written format under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which the deposition was taken, and further that I am not related or any employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

Leila Heckert, CVR

Page 233