JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
JAMES NEUDECKER (Bar No. 221657)
JNeudecker@jmbm.com
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
jmellema@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
lstreisand@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF LENA STREISAND IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY BY MESSRS. ARMSTRONG AND LONGSON** <br><br> *Filed Concurrently with Opposition to Defendants' Motion to Exclude Expert Testimony by Messrs. Armstrong and Longson* <br><br> Date:    October 24, 2024 <br> Time:    8:00 a.m. <br> Crtrm.:   12 <br><br> Complaint Filed:    August 4, 2023 <br> Trial Date:         December 9, 2024 |

72613555v1

Case No. 3:23-cv-04804-WHA

DECLARATION OF LENA STREISAND

## DECLARATION OF LENA STREISAND

1. I am an attorney at law licensed to practice before all courts in the State of California. I am an associate with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of redacted excerpts from the deposition of Timothy (Jay) Longson.

3. Attached hereto as Exhibit B is a true and correct copy of redacted excerpts from the deposition of Justin Armstrong.

4. Attached hereto as Exhibit C is a true and correct copy of Mr. Armstrong's LinkedIn profile, which I generated and downloaded directly from LinkedIn. As of the date of this Declaration, Mr. Armstrong's LinkedIn profile is available to view and download at https://www.linkedin.com/in/justin-armstrong-b4903b49/.

5. Attached hereto as Exhibit D is a true and correct copy of Mr. Longson's LinkedIn profile, which I generated and downloaded directly from LinkedIn. As of the date of this Declaration, Mr. Longson's LinkedIn profile is available to view and download at https://www.linkedin.com/in/jaylongson/.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 24th day of September, 2024 in Los Angeles, California.

                                                */s/ Lena Streisand*
                                                LENA STREISAND