# EXHIBIT A



**ATTORNEYS' EYES ONLY**

# Transcript of Timothy Jay Longson, Corporate Designee & Individually

**Date:** August 15, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                  _____

4


5   ROADRUNNER RECYCLING, INC.,  )
                                 )
6               Plaintiff,       )
    vs.                          ) Case No.
7                                ) 3:23-cv-04804-WHA
    RECYCLE TRACK SYSTEMS, INC., )
8   and RECYCLESMART SOLUTIONS   )
    INC.,                        )
9                                )
                Defendants.      )
10  _____)

11

12               ATTORNEYS' EYES ONLY


13
    VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
14      By and through its Designated Representative,
                    TIMOTHY JAY LONGSON,
15           and in his Individual Capacity
              Thursday, August 15, 2024
16             San Francisco, California

17

18                  9:32 a.m. PDT

19                       to

20                  6:01 p.m. PDT

21


22


23  Stenographically Reported by:
    Burgundy B. Ryan, RPR,
24  CSR No. 11373
    Job No. 549087
25  Pages 1-232
```

Case 3:23-cv-04804-WHA   Document 119-2   Filed 09/24/24   Page 4 of 15

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    26

| | | |
|---|---|---|
| 1 | Scientific, NASA Ames and Carnegie Mellon, were you | 10:03:08 |
| 2 | employed by any other entities after receiving your | 10:03:14 |
| 3 | Ph.D? | 10:03:18 |
| 4 |     A.   I think Atlas Scientific also had a name | 10:03:24 |
| 5 | Atlas Nanotechnology.  I don't know the distinction, | 10:03:27 |
| 6 | but there were -- I think they had used more than | 10:03:30 |
| 7 | one name at once -- at one point.  I don't know if | 10:03:37 |
| 8 | it was a completely separate company or what exactly | 10:03:40 |
| 9 | the distinction was, but... | 10:03:45 |
| 10 |     Q.   Okay.  And setting aside, you know, the -- | 10:03:48 |
| 11 | any naming distinction between Atlas Scientific and | 10:03:52 |
| 12 | Atlas Nano, did you work with any -- on any | 10:03:55 |
| 13 | different projects than the ones we've already | 10:04:02 |
| 14 | discussed? | 10:04:04 |
| 15 |     A.   No. | 10:04:05 |
| 16 |     Q.   And after all of those projects, what | 10:04:12 |
| 17 | employment did you obtain? | 10:04:19 |
| 18 |     A.   I was employed by Compology. | 10:04:24 |
| 19 |     Q.   And when did that employment start? | 10:04:32 |
| 20 |     A.   It was fall 2023, I believe. | 10:04:38 |
| 21 |     Q.   Is it 2023 or 2013? | 10:04:45 |
| 22 |     A.   Sorry.  2013. | 10:04:48 |
| 23 |     Q.   And when you started, do you recall the | 10:04:51 |
| 24 | role that you had? | 10:04:55 |
| 25 |     A.   I think my title starting out was Director | 10:04:57 |

| | | |
|---|---|---|
| 1 | of Electrical Engineering. | 10:05:00 |
| 2 | Q. And did you work on a team? | 10:05:04 |
| 3 | A. I was the first employee. | 10:05:07 |
| 4 | Q. Okay. And when you started, what was your | 10:05:09 |
| 5 | understanding of your role? | 10:05:14 |
| 6 | A. I was there to help build the hardware | 10:05:19 |
| 7 | required for Compology. | 10:05:23 |
| 8 | Q. For a specific product? | 10:05:26 |
| 9 | A. Yes. For our waste metering products. | 10:05:28 |
| 10 | Q. And were there any prototypes that existed | 10:05:35 |
| 11 | when you started? | 10:05:40 |
| 12 | A. Yes, but they were in their infancy. | 10:05:46 |
| 13 | Q. What -- what does it mean to be in their | 10:05:55 |
| 14 | infancy? | 10:05:57 |
| 15 | A. They were not well developed. They did not | 10:06:01 |
| 16 | serve the functions needed. | 10:06:03 |
| 17 | Q. At what level of development were they? | 10:06:08 |
| 18 | A. I don't really know. I didn't interact | 10:06:14 |
| 19 | with those prototypes. I quickly started | 10:06:17 |
| 20 | prototyping a new solution. | 10:06:22 |
| 21 | Q. So when you started, you were aware of | 10:06:27 |
| 22 | prototypes but set them aside and began work from | 10:06:32 |
| 23 | scratch on a new project, is that fair to say? | 10:06:37 |
| 24 | A. Yes. | 10:06:39 |
| 25 | Q. Okay. And this would have been the first | 10:06:41 |

| | | |
|---|---|---|
| 1 | development that's done because we can push firmware | 11:52:34 |
| 2 | updates over the year and then, yes, there is often | 11:52:39 |
| 3 | troubleshooting or rolling changes that need to be | 11:52:43 |
| 4 | made for one reason or another. | 11:52:46 |
| 5 | Q.  And who is involved in the firmware | 11:52:49 |
| 6 | development of Compology's products? | 11:52:53 |
| 7 | A.  There's been a number of people over the | 11:52:57 |
| 8 | years.  I have been leading much of that effort. | 11:52:59 |
| 9 | Q.  For all Compology products? | 11:53:08 |
| 10 | A.  Yes. | 11:53:11 |
| 11 | Q.  Okay.  Who else works on it? | 11:53:12 |
| 12 | A.  Right now we have an employee named Jacob | 11:53:16 |
| 13 | Junker. | 11:53:23 |
| 14 | Q.  And what products has he worked on? | 11:53:26 |
| 15 | A.  He's worked on R13S and C01. | 11:53:29 |
| 16 | Q.  And what is C01? | 11:53:37 |
| 17 | A.  It's a new product that we're launching | 11:53:41 |
| 18 | right now. | 11:53:44 |
| 19 | Q.  Has it launched? | 11:53:46 |
| 20 | A.  We have gone through our first | 11:53:49 |
| 21 | manufacturing build, but we have not deployed any of | 11:53:53 |
| 22 | these cameras en masse. | 11:53:57 |
| 23 | Q.  And where are C01 products intended to be | 11:54:02 |
| 24 | deployed? | 11:54:10 |
| 25 | A.  It's specifically targeting compactor | 11:54:13 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024      82

| | | |
|---|---|---|
| 1 | A. Any other repositories for what? | 12:00:07 |
| 2 | Q. For the -- the algorithms that you were | 12:00:09 |
| 3 | just discussing. | 12:00:17 |
| 4 | A. Not to my knowledge, but I am -- I'm not on | 12:00:18 |
| 5 | the software team, so you can't speak to that. | 12:00:21 |
| 6 | Q. Okay. Is there any policy governing how | 12:00:23 |
| 7 | trade secrets are handled at RoadRunner or | 12:00:35 |
| 8 | Compology? | 12:00:37 |
| 9 | A. Yes. We do a number of things to protect | 12:00:43 |
| 10 | our trade secrets. So for starters, our facilities | 12:00:46 |
| 11 | are locked. So any of the physical hardware is kept | 12:00:52 |
| 12 | safe, as well as IT equipment and so on. So each of | 12:00:57 |
| 13 | those require key cards to get into those | 12:01:05 |
| 14 | facilities. | 12:01:08 |
| 15 | Additionally, we have a whole IT department | 12:01:10 |
| 16 | basically committed to protecting our data. And | 12:01:16 |
| 17 | then, thirdly, any employee that is hired has to | 12:01:26 |
| 18 | sign a contract with the company, stipulating that | 12:01:33 |
| 19 | they are going to protect the company's data and | 12:01:38 |
| 20 | when they leave or are terminated, the IT department | 12:01:46 |
| 21 | has procedures in place to revoke access to | 12:01:51 |
| 22 | sensitive data. | 12:01:57 |
| 23 | Q. Okay. You started by saying the physical | 12:02:00 |
| 24 | hardware is kept safe. What do you mean by | 12:02:04 |
| 25 | "physical hardware"? | 12:02:08 |

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | the -- the testimony and, you know, how things are           | 13:59:14 |
| 2  | going.                                                       | 13:59:19 |
| 3  |     Q.   Okay.  Nothing specific?                            | 13:59:20 |
| 4  |     A.   No.                                                 | 13:59:22 |
| 5  |     Q.   He didn't suggest how to answer questions           | 13:59:23 |
| 6  | when you return from break?                                  | 13:59:26 |
| 7  |     A.   No.                                                 | 13:59:27 |
| 8  |     Q.   Okay.  I will turn your attention to lines          | 13:59:30 |
| 9  | 3 through 10 on page 8.  Can you just give that a            | 13:59:43 |
| 10 | read and let me know when you've had a chance to do          | 13:59:50 |
| 11 | that?                                                        | 13:59:53 |
| 12 |     A.   Okay.                                               | 14:00:18 |
| 13 |     Q.   Do you see line 4 -- end of line 3,                 | 14:00:28 |
| 14 | beginning of line 4, where it says, "over the course         | 14:00:33 |
| 15 | of many years to optimize the captured images"?              | 14:00:36 |
| 16 |     A.   Yes.                                                | 14:00:44 |
| 17 |     Q.   How did you optimize the captured images            | 14:00:44 |
| 18 | for the R11?                                                 | 14:00:47 |
| 19 |     A.   Well, a big piece was, you know, designing          | 14:00:53 |
| 20 | the whole lens assembly, so making sure that we had          | 14:01:00 |
| 21 | an adequate ████████, adequate ████████████, that            | 14:01:04 |
| 22 | the image sensor had ██████████████████.  I'm                | 14:01:13 |
| 23 | trying to think what else was important in those             | 14:01:21 |
| 24 | design decisions.                                            | 14:01:23 |
| 25 |          R11 actually had two cameras, so two image          | 14:01:29 |

| | | |
|---|---|---|
| 1 | sensors, two lenses, et cetera, so we were working | 14:01:33 |
| 2 | at the time on doing ▇▇▇▇▇▇▇▇▇▇▇ to assist | 14:01:38 |
| 3 | with the fullness evaluation. | 14:01:45 |
| 4 | Q.   Okay.  So -- excuse me.  There were two | 14:01:52 |
| 5 | cameras with the R11, you said; correct? | 14:02:00 |
| 6 | A.   Uh-huh. | 14:02:03 |
| 7 | Q.   Did those have different fields of view? | 14:02:04 |
| 8 | A.   No.  In fact, when you're doing ▇▇▇ | 14:02:11 |
| 9 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 14:02:15 |
| 10 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 14:02:18 |
| 11 | ▇▇▇▇▇▇▇▇▇▇▇▇ | 14:02:23 |
| 12 | Q.   Okay.  So ideally you want them to be | 14:02:24 |
| 13 | ▇▇▇▇▇▇; correct? | 14:02:29 |
| 14 | A.   It really depends on what you're trying to | 14:02:31 |
| 15 | achieve.  I can imagine a scenario in which if | 14:02:34 |
| 16 | you're only interested in ▇▇▇▇ content within some | 14:02:39 |
| 17 | small range, that you might want one large field of | 14:02:44 |
| 18 | view camera to capture the entire contents and then | 14:02:49 |
| 19 | a smaller one to capture just the ▇▇▇▇ information | 14:02:52 |
| 20 | in that small range.  But for our purposes at the | 14:02:56 |
| 21 | time, we were interested in having ▇▇▇▇▇▇▇▇ | 14:03:04 |
| 22 | ▇▇▇▇▇. | 14:03:07 |
| 23 | Q.   And just to be clear, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 14:03:08 |
| 24 | A.   These two cameras were ▇▇▇▇▇▇▇ short of | 14:03:12 |
| 25 | manufacturing tolerances. | 14:03:18 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024

124

| | | |
|---|---|---|
| 1 | Q. So within manufacturing tolerances, they | 14:03:20 |
| 2 | were designed to be ▒▒▒▒? | 14:03:23 |
| 3 | A. There may have been ▒▒▒▒▒▒▒▒▒▒ | 14:03:28 |
| 4 | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 14:03:32 |
| 5 | ▒▒▒▒, but I believe they were ▒▒▒▒▒▒▒▒. | 14:03:36 |
| 6 | Q. Okay. And you referred to ▒▒▒▒ | 14:03:41 |
| 7 | ▒▒▒▒▒▒. Do you recall that? | 14:03:51 |
| 8 | A. Yes. | 14:03:53 |
| 9 | Q. What is a ▒▒▒▒ camera? | 14:03:55 |
| 10 | A. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 14:03:58 |
| 11 | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 14:04:04 |
| 12 | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 14:04:10 |
| 13 | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 14:04:16 |
| 14 | Q. I didn't mean to cut you off. | 14:04:21 |
| 15 | A. Assuming you have two eyes. | 14:04:22 |
| 16 | Q. And are the image sensors used in a ▒▒▒▒ | 14:04:29 |
| 17 | ▒▒▒▒ configuration specifically define -- designed | 14:04:34 |
| 18 | for that purpose? | 14:04:39 |
| 19 | A. Yes. I would recommend that. If you're | 14:04:44 |
| 20 | designing a ▒▒▒▒▒▒▒▒, then you should probably | 14:04:48 |
| 21 | consider how you're designing it. | 14:04:51 |
| 22 | Q. So there are image sensors that are | 14:04:56 |
| 23 | dedicated for use in ▒▒▒▒ camera systems; is that | 14:05:00 |
| 24 | correct? | 14:05:04 |
| 25 | A. There are image sensors that allow you to | 14:05:04 |

| | | |
|---|---|---|
| 1 | synchronize the image capture so that both image | 14:05:09 |
| 2 | sensors capture an image simultaneously, at the | 14:05:14 |
| 3 | exact same time.  However, we did not use such | 14:05:17 |
| 4 | synchronized image sensors for this product. | 14:05:24 |
| 5 |     Q.   So you didn't use ones that were specific | 14:05:29 |
| 6 | for ▮▮▮▮ camera systems; correct? | 14:05:33 |
| 7 |     A.   That's correct.  If -- ▮▮▮▮▮▮▮▮▮▮ | 14:05:37 |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:05:40 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:05:43 |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 14:05:49 |
| 11 |     Q.   Okay.  Does the R12 incorporate a ▮▮▮▮ | 14:05:51 |
| 12 | camera? | 14:05:55 |
| 13 |     A.   No.  R12 had just one single lens and image | 14:05:56 |
| 14 | sensor. | 14:06:01 |
| 15 |     Q.   And is that true for the R13 and its | 14:06:02 |
| 16 | variants as well? | 14:06:05 |
| 17 |     A.   Yes. | 14:06:06 |
| 18 |     Q.   Okay.  You previously said that you | 14:06:07 |
| 19 | designed it to have adequate ▮▮.  Do you recall | 14:06:11 |
| 20 | that? | 14:06:14 |
| 21 |     A.   I think I said ▮▮▮▮▮▮▮▮▮. | 14:06:15 |
| 22 |     Q.   What is an ▮▮▮▮▮▮▮▮? | 14:06:21 |
| 23 |     A.   It's a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:06:24 |
| 24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 14:06:28 |
| 25 |     Q.   And what is the amount adequate that ▮▮ | 14:06:30 |

| | | |
|---|---|---|
| 1 | ▮▮▮▮▮? | 14:06:35 |
| 2 | A. So if you don't -- ▮▮▮▮▮ | 14:06:38 |
| 3 | ▮▮▮▮▮ | 14:06:44 |
| 4 | ▮▮▮▮▮ | 14:06:50 |
| 5 | ▮▮▮▮▮ | 14:06:56 |
| 6 | ▮▮▮▮▮ | 14:06:59 |
| 7 | Q. So you incorporated an ▮▮▮ to prevent | 14:07:05 |
| 8 | that from occurring? | 14:07:08 |
| 9 | A. That's correct. | 14:07:09 |
| 10 | Q. And did you design the ▮▮▮? | 14:07:10 |
| 11 | A. No. | 14:07:13 |
| 12 | Q. Who did? | 14:07:13 |
| 13 | A. I don't know the company for this specific | 14:07:15 |
| 14 | one. I would have to go and look at our | 14:07:19 |
| 15 | documentation. | 14:07:22 |
| 16 | Q. So you just purchased the part; correct? | 14:07:23 |
| 17 | A. Yeah, effectively. I'm -- I'm sure it was | 14:07:26 |
| 18 | not a relatively off-the-shelf part. | 14:07:29 |
| 19 | Q. In lines 5 to 6 on page 8, you state that | 14:07:47 |
| 20 | "the camera lens is a ▮▮▮▮▮." | 14:07:52 |
| 21 | Do you see that? | 14:07:55 |
| 22 | A. Yes. | 14:07:55 |
| 23 | Q. What does that mean? | 14:07:56 |
| 24 | A. That means it cannot ▮▮▮▮▮ | 14:07:59 |
| 25 | ▮▮▮▮▮ | 14:08:03 |

| | | |
|---|---|---|
| 1 | we've received those images and then we -- ▮ | 14:47:03 |
| 2 | ▮ | 14:47:10 |
| 3 | ▮ | 14:47:18 |
| 4 | ▮ | 14:47:25 |
| 5 | ▮ | 14:47:32 |
| 6 | ▮ | 14:47:35 |
| 7 | And then once we do all of that, ▮ | 14:47:41 |
| 8 | ▮ | 14:47:44 |
| 9 | ▮ | 14:47:49 |
| 10 | ▮ | 14:47:56 |
| 11 | Q.   I'll ask a general and then some specific | 14:48:04 |
| 12 | follow-ups. | 14:48:08 |
| 13 | Are all of those steps performed by a | 14:48:09 |
| 14 | single component in the R11 device? | 14:48:12 |
| 15 | A.   No.  There's multiple components that are | 14:48:15 |
| 16 | used to facilitate this whole process.  So, first, | 14:48:30 |
| 17 | ▮ | 14:48:38 |
| 18 | ▮ | 14:48:43 |
| 19 | ▮ | 14:48:49 |
| 20 | ▮ | 14:48:50 |
| 21 | ▮ | 14:48:53 |
| 22 | ▮ | 14:48:55 |
| 23 | ▮ | 14:49:03 |
| 24 | ▮ | 14:49:09 |
| 25 | ▮ Then the | 14:49:14 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024

149

| | | |
|---|---|---|
| 1 | basically, expand it out so that ████████████ | 14:53:03 |
| 2 | ████████████████████████ | 14:53:09 |
| 3 | So demosaicing, or debayering is common | 14:53:17 |
| 4 | practice for any image sensor that is outputting a | 14:53:22 |
| 5 | Bayer image. | 14:53:27 |
| 6 | By MR. GALICA: | 14:53:31 |
| 7 | Q.   Did you write specific firmware code to | 14:53:31 |
| 8 | perform the steps that you just described? | 14:53:36 |
| 9 | MR. MELLEMA:  Objection.  Form. | 14:53:39 |
| 10 | THE WITNESS:  We wrote specific firmware to | 14:53:46 |
| 11 | be able to ████████████████████████████ | 14:53:48 |
| 12 | ████████████████████████████████ | 14:53:52 |
| 13 | ████████████████████████████ | 14:54:00 |
| 14 | By MR. GALICA: | 14:54:12 |
| 15 | Q.   Did you write specific firmware to perform | 14:54:12 |
| 16 | the additional ████████████████ described on | 14:54:15 |
| 17 | lines 19 and 20? | 14:54:18 |
| 18 | A.   Yes. | 14:54:20 |
| 19 | Q.   Is ████████████ a common image | 14:54:33 |
| 20 | processing technique? | 14:54:37 |
| 21 | A.   It is fairly common. | 14:54:38 |
| 22 | Q.   Is ████████████████ a common image | 14:54:40 |
| 23 | processing technique? | 14:54:44 |
| 24 | A.   It's less common but still fairly common. | 14:54:47 |
| 25 | Q.   And is ████████████████████████ | 14:54:53 |

Case 3:23-cv-04804-WHA   Document 119-2   Filed 09/24/24   Page 15 of 15

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    232

```
1        CERTIFICATE OF STENOGRAPHIC REPORTER
2
3
4        I, BURGUNDY B. RYAN, a Certified Shorthand
5   Reporter, hereby certify that the witness in the
6   foregoing deposition,
7              TIMOTHY JAY LONGSON,
8   was by me duly sworn to tell the truth, the whole
9   truth, and nothing but the truth, in the
10  within-entitled cause; that said deposition was
11  taken at the time and place therein named; that the
12  testimony of said witness was stenographically
13  reported by me, a disinterested person, and was
14  thereafter transcribed into typewriting.
15       I further certify that I am not of counsel
16  or attorney for either or any of the parties to said
17  deposition, nor in any way interested in the outcome
18  of the cause named in said caption.
19
20       DATED:  Wednesday, August 21, 2024.
21
22            [signature]
23       Burgundy B. Ryan, CSR No. 11373, RPR
24
25
```