# EXHIBIT B



## ATTORNEYS' EYES ONLY

# Transcript of Justin Armstrong, Corporate Designee & Individually

**Date:** August 22, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

1     UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3 - - - - - - - - - - - - -x

4 ROADRUNNER RECYCLING, INC., :

5       Plaintiff,  : No 3:23-cv-04804-WHA

6 vs.       :

7           :

8 RECYCLE TRACK SYSTEMS, INC., :

9 AND RECYCLESMART SOLUTIONS,

10 INC.,

11      Defendants.

12 - - - - - - - - - - - - -x

13

14     ATTORNEYS' EYES ONLY

15

16 VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
  By and through its Designated Representative,
     JUSTIN ARMSTRONG,

17   and in his Individual Capacity
      Pittsburgh, PA

18    Thursday, August 22, 2024
      9:34 a.m.

19

20

21 Job No.: 548736

22 Pages: 1 - 214

23 Reported By: Brooklyn E. Schweitzer

24    RPR, CRR, CA CSR

25

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    18

| | | |
|---|---|---|
| 1 | relational data, but... | 09:48:27 |
| 2 | Q.   And is that because it resides in a | 09:48:29 |
| 3 | relational database? | 09:48:31 |
| 4 | A.   It is. | 09:48:33 |
| 5 | Q.   Okay.  And what is the database in which | 09:48:33 |
| 6 | Compology raw data resides? | 09:48:39 |
| 7 | A.   For the most part, it's in ██████████ | 09:48:41 |
| 8 | ████████████████████████████████ | 09:48:47 |
| 9 | ███████████████████ | 09:48:53 |
| 10 | Q.   Okay.  And the ██████ database, is that | 09:48:58 |
| 11 | one maintained internally by Compology? | 09:49:02 |
| 12 | A.   Yeah.  It's a product called ████████ | 09:49:05 |
| 13 | So you pay for a hosted database.  So some of the | 09:49:11 |
| 14 | maintenance is taken care of by ██████  They | 09:49:19 |
| 15 | certainly take care of the physical server parts of | 09:49:24 |
| 16 | it. | 09:49:29 |
| 17 | Q.   Okay.  But they don't design the | 09:49:29 |
| 18 | underlying scheme, though, do they? | 09:49:30 |
| 19 | A.   They do. | 09:49:33 |
| 20 | Q.   Compology does, correct? | 09:49:34 |
| 21 | A.   Yes. | 09:49:35 |
| 22 | Q.   Okay.  And more specifically, you, | 09:49:35 |
| 23 | correct? | 09:49:38 |
| 24 | A.   There were many engineers, software | 09:49:38 |
| 25 | engineers that worked at Compology over the years. | 09:49:44 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    19

| | | |
|---|---|---|
| 1 | So I was one of the people, but one of many. | 09:49:49 |
| 2 | Q.   Okay.  And then you mentioned an ███████ | 09:49:52 |
| 3 | database.  What is stored on that? | 09:50:00 |
| 4 | A.   The images that come from the cameras. | 09:50:02 |
| 5 | Q.   And do they have any information | 09:50:06 |
| 6 | associated with them as they're stored in the ██ | 09:50:08 |
| 7 | database? | 09:50:11 |
| 8 | A.   ██████████████████████████████████ | 09:50:12 |
| 9 | ████████████████████████████████████ | 09:50:18 |
| 10 | ████████████████████████████████████ | 09:50:23 |
| 11 | █████████████████████████████████ | 09:50:30 |
| 12 | ████████████████████████████████████ | 09:50:32 |
| 13 | ████████████ | 09:50:35 |
| 14 | Q.   And in the example of the University of | 09:50:36 |
| 15 | Maryland video we were discussing before, sounds | 09:50:41 |
| 16 | like they were provided with images and associated | 09:50:44 |
| 17 | fill level data; is that correct? | 09:50:48 |
| 18 | A.   I don't know if they were provided with | 09:50:51 |
| 19 | images, actually.  I don't really know anything | 09:50:53 |
| 20 | about their project or where they got the data from | 09:50:56 |
| 21 | or how it was delivered to them. | 09:51:00 |
| 22 | Q.   Who would know? | 09:51:02 |
| 23 | A.   I don't know. | 09:51:03 |
| 24 | Q.   You're not aware of anybody having given a | 09:51:08 |
| 25 | presentation to University of Maryland? | 09:51:13 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    50

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 10:55:14 |
| 2 | ███████████ | 10:55:18 |
| 3 | So if you want super accurate results, ███ | 10:55:19 |
| 4 | █████████████████████████████████ | 10:55:24 |
| 5 | ████████████████████████████████████ | 10:55:29 |
| 6 | █████████████████ That's the | 10:55:34 |
| 7 | advantage of having a █████████████ system. | 10:55:37 |
| 8 | So what I generally tried to do as the | 10:55:41 |
| 9 | person setting the strategy for machine learning at | 10:55:45 |
| 10 | Compology was to ██████████████████████████ | 10:55:49 |
| 11 | ████████████████████ | 10:55:55 |
| 12 | Q.   And what was the accuracy of the models | 10:55:58 |
| 13 | when you joined Compology? | 10:56:04 |
| 14 | A.   I believe the accuracy was somewhere in | 10:56:05 |
| 15 | the neighborhood of ████████ of the images falling | 10:56:10 |
| 16 | within █████████████, and the throughput was very | 10:56:17 |
| 17 | low when I joined.  It was something like ██ | 10:56:23 |
| 18 | ████████ | 10:56:25 |
| 19 | Q.   That's -- | 10:56:25 |
| 20 | A.   █████████████ | 10:56:26 |
| 21 | Q.   At -- sorry.  I didn't mean to cut you | 10:56:27 |
| 22 | off. | 10:56:29 |
| 23 | That's ████████████████████ | 10:56:29 |
| 24 | ████████████████ | 10:56:35 |
| 25 | A.   It was █████████████████, as I | 10:56:36 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    75

| | | |
|---|---|---|
| 1 | ████████████████████████ | 11:36:02 |
| 2 | ████████████████████████ | 11:36:07 |
| 3 | So I don't really know what the meaning of | 11:36:10 |
| 4 | the word "design" would be in relation to those. | 11:36:15 |
| 5 | You -- I think it -- it's more accurate to say that | 11:36:19 |
| 6 | you choose or select a combination of | 11:36:23 |
| 7 | hyperparameters and then train a model based on | 11:36:27 |
| 8 | those hyperparameters. | 11:36:31 |
| 9 | Q.   Okay.  And then what did you do with | 11:36:33 |
| 10 | respect to parameters in the context of designing | 11:36:36 |
| 11 | your models? | 11:36:42 |
| 12 | A.   So the -- the nature of machine learning | 11:36:42 |
| 13 | is that the parameters get set based on the training | 11:36:45 |
| 14 | data. | 11:36:50 |
| 15 | Q.   So you didn't do anything to set them, | 11:36:51 |
| 16 | correct? | 11:36:54 |
| 17 | MR. MELLEMA:  Objection; form. | 11:36:55 |
| 18 | A.   I trained the model. | 11:36:56 |
| 19 | Q.   Okay.  And that -- the parameters being | 11:36:58 |
| 20 | set is just a by-product of training the model? | 11:37:02 |
| 21 | MR. MELLEMA:  Objection; form. | 11:37:09 |
| 22 | A.   I would say it's the purpose of training | 11:37:10 |
| 23 | the model. | 11:37:12 |
| 24 | Q.   Okay.  So how were the parameters set | 11:37:13 |
| 25 | after you trained the model? | 11:37:22 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    80

| 1 | Q.   Okay.   So based on all the research you | 11:53:33 |
|---|---|---|
| 2 | did, what's your understanding of trade secrets? | 11:53:38 |
| 3 | A.   My understanding is that it's valuable | 11:53:40 |
| 4 | information that's not public. | 11:53:45 |
| 5 | Q.   Okay.   And with that understanding, what | 11:53:46 |
| 6 | of your design work do you consider to be a trade | 11:53:51 |
| 7 | secret? | 11:53:53 |
| 8 | A.   I would say most of the work that I did at | 11:53:54 |
| 9 | Compology could fall under that umbrella. | 11:53:59 |
| 10 | Q.   Can you give an example? | 11:54:04 |
| 11 | A.   The work that I did to develop the right | 11:54:05 |
| 12 | sizing algorithm, for example, I think could be | 11:54:13 |
| 13 | considered a trade secret. | 11:54:20 |
| 14 | Q.   Are you saying the idea or the feature of | 11:54:21 |
| 15 | right sizing is a trade secret? | 11:54:24 |
| 16 | MR. MELLEMA:   Object to form. | 11:54:26 |
| 17 | A.   I think that the method of right sizing. | 11:54:28 |
| 18 | So you asked if the idea of right sizing is a trade | 11:54:42 |
| 19 | secret.   I don't know, actually.   Could be. | 11:54:47 |
| 20 | Maybe it wouldn't be -- I mean, it wasn't | 11:54:53 |
| 21 | obvious to Compology that right sizing was the right | 11:54:56 |
| 22 | thing to build in the beginning.   Part of being a | 11:55:02 |
| 23 | startup is trying things and learning what the | 11:55:08 |
| 24 | market actually needs. | 11:55:13 |
| 25 | So it could be, I guess.   The idea of it. | 11:55:17 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    83

| | | |
|---|---|---|
| 1 | And so with ██████████████, | 11:58:39 |
| 2 | that's -- sorry.  ██████████████ | 11:58:44 |
| 3 | ██████████████████████████ | 11:58:47 |
| 4 | ██████████████████████████████ | 11:58:54 |
| 5 | ██████████████████████████████ | 11:58:59 |
| 6 | ████████ | 11:59:10 |
| 7 | Q.   And that's the specific method you used to | 11:59:10 |
| 8 | perform right sizing -- | 11:59:14 |
| 9 | A.   Yes. | 11:59:15 |
| 10 | Q.   -- correct? | 11:59:16 |
| 11 | And where does the software code that | 11:59:17 |
| 12 | executes that method reside? | 11:59:24 |
| 13 | A.   ██████████ | 11:59:26 |
| 14 | Q.   What do you mean by in ████████ | 11:59:30 |
| 15 | A.   █████████████████ | 11:59:33 |
| 16 | application we were talking about earlier, and it's | 11:59:39 |
| 17 | also -- ████████████████████████████ | 11:59:46 |
| 18 | ██████████████ | 11:59:48 |
| 19 | Q.   So the repository's called ████████ | 11:59:50 |
| 20 | literally? | 11:59:53 |
| 21 | A.   Yeah. | 11:59:54 |
| 22 | Q.   Okay.  Who has access to that? | 11:59:55 |
| 23 | A.   I do.  I think -- so historically, other | 11:59:57 |
| 24 | software engineers at Compology, and now that we're | 12:00:09 |
| 25 | part of RoadRunner, there are a few people on the | 12:00:14 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                     94

| | | |
|---|---|---|
| 1 | Q.   Okay.  And you see in Lines 7 to 9, it | 12:17:01 |
| 2 | states, "is size and quality of the training data | 12:17:11 |
| 3 | are the most determinant factors for creating | 12:17:15 |
| 4 | effective machine learning systems." | 12:17:18 |
| 5 | A.   Mm-hmm. | 12:17:21 |
| 6 | Q.   Correct? | 12:17:21 |
| 7 | What do you mean by "effective" there? | 12:17:22 |
| 8 | A.   I guess accurate, accurate enough to | 12:17:25 |
| 9 | fulfill customer needs. | 12:17:35 |
| 10 | Q.   Okay.  And I want to go through each trade | 12:17:36 |
| 11 | secret that you've identified in this document and | 12:17:42 |
| 12 | have you identify what you believe is an effective | 12:17:47 |
| 13 | level of accuracy for each of them.  Okay? | 12:17:52 |
| 14 | MR. MELLEMA:  Objection; form. | 12:17:56 |
| 15 | A.   I can try. | 12:17:58 |
| 16 | Q.   Okay.  For subpar image detection, what do | 12:18:00 |
| 17 | you think is an effective level of accuracy? | 12:18:04 |
| 18 | A.   I guess I would have to say that I could | 12:18:07 |
| 19 | give an answer for something that I think would be | 12:18:12 |
| 20 | too low to be effective, and, you know, there's | 12:18:17 |
| 21 | probably a range of values that could be considered | 12:18:22 |
| 22 | acceptable.  Obviously more accurate is better than | 12:18:26 |
| 23 | less accurate. | 12:18:30 |
| 24 | So I would say that in the case of -- you | 12:18:31 |
| 25 | were asking about subpar image detection, right?  I | 12:18:40 |

| | | |
|---|---|---|
| 1 | would say that if you had anything lower than ██ | 12:18:45 |
| 2 | ████, it would be a complete disaster.  I like it | 12:18:52 |
| 3 | to be in the -- in the ██████ for that one because | 12:18:59 |
| 4 | it's one of these ████████████████ | 12:19:04 |
| 5 | ██████████████████████████████ | 12:19:10 |
| 6 | ███ | 12:19:15 |
| 7 | Q.   So there's a ████████████████ | 12:19:16 |
| 8 | █████████████████████████████████ | 12:19:19 |
| 9 | ██████████████████████ | 12:19:23 |
| 10 | A.   That's right, yeah, because if it decides | 12:19:25 |
| 11 | that -- ███████████████████████████ | 12:19:28 |
| 12 | ████████████████████████████ | 12:19:32 |
| 13 | Q.   Okay.  And do you know the accuracy level | 12:19:35 |
| 14 | you have for subpar image detection right now? | 12:19:40 |
| 15 | A.   I don't remember. | 12:19:44 |
| 16 | Q.   Okay.  What about the effective accuracy | 12:19:45 |
| 17 | for container fullness? | 12:19:48 |
| 18 | A.   Yeah.  I think -- I think that that's in | 12:19:49 |
| 19 | the neighborhood of ██████████████ | 12:19:55 |
| 20 | ███████████████████████ | 12:20:01 |
| 21 | Q.   And is that what you're attempting to | 12:20:05 |
| 22 | achieve or what you actually achieve? | 12:20:09 |
| 23 | A.   I believe that we exceed that, but I | 12:20:11 |
| 24 | haven't looked at the numbers in the last couple of | 12:20:14 |
| 25 | weeks. | 12:20:18 |

| | | |
|---|---|---|
| 1 | Q.   Okay.  And what about the effective | 12:20:18 |
| 2 | accuracy rate you're attempting to achieve for | 12:20:21 |
| 3 | contamination detection? | 12:20:25 |
| 4 | A.   With contamination, ███████████████ | 12:20:27 |
| 5 | ████████████████████████████████ | 12:20:34 |
| 6 | ██████████████████████████████ | 12:20:39 |
| 7 | ████████████████████████ | 12:20:48 |
| 8 | I think we have a top-level goal of having | 12:20:53 |
| 9 | an ████████████████████████████ | 12:21:02 |
| 10 | ██████████████████████████████████ | 12:21:10 |
| 11 | ██████████████████████████████████ | 12:21:14 |
| 12 | ████████████████████████████ I | 12:21:18 |
| 13 | think I remember that as an accuracy that we told | 12:21:23 |
| 14 | customers, and I think it still holds. | 12:21:30 |
| 15 | Q.   Sorry.  I didn't mean to cut you off.  Is | 12:21:33 |
| 16 | that it? | 12:21:36 |
| 17 | And do you know what accuracy levels you | 12:21:37 |
| 18 | achieve right now for contamination detection? | 12:21:40 |
| 19 | A.   I believe it exceeds the ██ and the ██. | 12:21:45 |
| 20 | Q.   Okay.  And then for right sizing, what | 12:21:48 |
| 21 | level of accuracy are you attempting to achieve? | 12:21:57 |
| 22 | A.   We don't really track accuracy in right | 12:22:00 |
| 23 | sizing in any kind of formal way. | 12:22:04 |
| 24 | Q.   Okay.  What about post auto balancing, | 12:22:07 |
| 25 | what level of accuracy are you attempting to | 12:22:13 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                              97

| | |
|---|---|
| 1 | achieve? | 12:22:15 |

1   achieve?                                                    12:22:15

2        A.   Again, that doesn't really have an               12:22:16

3   accuracy.  What that does is -- the point of that         12:22:18

4   process is ███████████████████████████████████            12:22:24

5   ████████████████████████████████████████████              12:22:29

6   ███████████████████████████████████████████               12:22:38

7   ████████████████████████████████████████████████          12:22:42

8   ████████████████████████████████                          12:22:52

9        So ████████████████████████████████                  12:22:54

10  █████████████████████████████████████████                 12:22:57

11  ████████████████████████████████████████████              12:23:00

12  ██████████████████████████████████                        12:23:04

13       Q.   And then what about a success metric or          12:23:09

14  accuracy metric for location soft locking?                12:23:15

15       A.   I don't think we have anything like that.       12:23:18

16       Q.   Going back to Lines 7 through 9, you see         12:23:20

17  where it says "the size and quality of the training       12:23:27

18  data are the most determining factors for creating        12:23:29

19  effective machine learning systems"?                      12:23:34

20       A.   Which page?  Sorry.                              12:23:37

21       Q.   On Page 12, Lines 7 through 9.                   12:23:39

22       A.   Yeah.                                            12:23:49

23       Q.   What do you mean -- strike that.                 12:23:49

24            What size and quality of training data is        12:23:56

25  required for your subpar image detection model?           12:24:01

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    98

| 1 | MR. MELLEMA:  Objection; form. | 12:24:06 |
| 2 | A.   I don't remember how many images I used to | 12:24:07 |
| 3 | train the last version of the SPID.  I think it was | 12:24:16 |
| 4 | around ████████ | 12:24:27 |
| 5 | Q.   And what do you mean by the -- strike | 12:24:27 |
| 6 | that. | 12:24:34 |
| 7 | What quality of training data do you need | 12:24:35 |
| 8 | to train the SPID? | 12:24:39 |
| 9 | A.   Best quality I can find. | 12:24:43 |
| 10 | Q.   What do you mean by best quality you can | 12:24:44 |
| 11 | find? | 12:24:47 |
| 12 | A.   If you have ████████████ | 12:24:47 |
| 13 | ██████████████████████ | 12:24:51 |
| 14 | ████████████████████ | 12:24:59 |
| 15 | ████████████████████ | 12:25:07 |
| 16 | ██████████████████████ | 12:25:13 |
| 17 | ███████████████ | 12:25:17 |
| 18 | But quality is a qualitative measure by | 12:25:22 |
| 19 | definition, so I can't really put a number on it. | 12:25:26 |
| 20 | Q.   Conceptually, is it fair to say that | 12:25:33 |
| 21 | correct classification of images provides better | 12:25:40 |
| 22 | quality images -- | 12:25:45 |
| 23 | A.   Absolutely. | 12:25:46 |
| 24 | Q.   -- for training? | 12:25:47 |
| 25 | Why didn't you train it with ██████ -- | 12:25:48 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    99

| | |
|---|---|
| 1    sorry.  Strike that. | 12:25:53 |
| 2              Why didn't you train the SPID with ████ | 12:25:54 |
| 3    images? | 12:25:58 |
| 4        A.   ████████████████████████████ | 12:25:58 |
| 5    ████████████████████████████████████ | 12:26:06 |
| 6    ████████████████████████████████████ | 12:26:10 |
| 7    ██████████ | 12:26:14 |
| 8        Q.   What would be the difference in accuracy | 12:26:15 |
| 9    you could obtain in a model trained on ████████ | 12:26:19 |
| 10   images as opposed to one trained on ██████ images? | 12:26:23 |
| 11       A.   So in the case of SPID -- actually, in the | 12:26:28 |
| 12   case of most of the models, ████████████████ | 12:26:33 |
| 13   ████████████████████████████████████ | 12:26:36 |
| 14   ████████████████████████████████████ | 12:26:44 |
| 15   ████████████████████████████ | 12:26:52 |
| 16   ████████████████████████████████████ | 12:26:54 |
| 17   ████████████████████████████████ | 12:27:02 |
| 18   ████████████████████████████ | 12:27:08 |
| 19              Typically -- and this isn't really | 12:27:13 |
| 20   accepted as a rule of thumb outside of just my | 12:27:22 |
| 21   personal experience, but ████████████████ | 12:27:25 |
| 22   ████████████████████████ | 12:27:32 |
| 23   ████████████████████████████ | 12:27:37 |
| 24         So I usually have ████████████████ | 12:27:40 |
| 25   ████████████████████████████ | 12:27:43 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    100

| | | |
|---|---|---|
| 1 | ████████████ that's involved in the process. | 12:27:46 |
| 2 | Q.   And what impact does it have on accuracy? | 12:27:49 |
| 3 | A.   So I'll usually ████████████████████ | 12:27:55 |
| 4 | ██████████████████████████████████████ | 12:28:04 |
| 5 | ████████████████████████████████████████ | 12:28:08 |
| 6 | ██████████████████████████████████████ | 12:28:13 |
| 7 | ████████████████████████████████ | 12:28:16 |
| 8 | Q.   Okay.  And then what was the size and | 12:28:22 |
| 9 | quality of images you needed to train the container | 12:28:24 |
| 10 | fullness model? | 12:28:27 |
| 11 | A.   I think the last container fullness model | 12:28:28 |
| 12 | was trained with something in the neighborhood of █ | 12:28:37 |
| 13 | █████████████████████ | 12:28:42 |
| 14 | Q.   Were those ███████████████████████ | 12:28:44 |
| 15 | ██████████ | 12:28:49 |
| 16 | A.   ████████████████ | 12:28:50 |
| 17 | Q.   All of them? | 12:28:51 |
| 18 | A.   All of them. | 12:28:52 |
| 19 | Q.   Okay.  What about the first time you | 12:28:53 |
| 20 | trained the model? | 12:28:57 |
| 21 | A.   I don't recall. | 12:28:58 |
| 22 | Q.   Do you have an estimate? | 12:28:59 |
| 23 | A.   I'll guess that it was probably just shy | 12:29:02 |
| 24 | of ████████████ the first time I trained it. | 12:29:09 |
| 25 | Q.   And were those ██████████████████████ | 12:29:12 |

ATTORNEYS' ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                     101

| | | |
|---|---|---|
| 1 | ████████ | 12:29:15 |
| 2 | A.    ████ | 12:29:15 |
| 3 | Q.   Do you always train with ████████ | 12:29:16 |
| 4 | images? | 12:29:24 |
| 5 | A.   Yeah, I do. | 12:29:24 |
| 6 | Q.   Why don't you train with ████████ | 12:29:25 |
| 7 | images? | 12:29:28 |
| 8 | A.   When you use ██████████ | 12:29:29 |
| 9 | ████████████████ | 12:29:33 |
| 10 | ████████████████ | 12:29:40 |
| 11 | ██████████████ | 12:29:44 |
| 12 | ████ | 12:29:50 |
| 13 | Q.   Okay. | 12:29:51 |
| 14 | A.   And that's not just at Compology.  I would | 12:29:51 |
| 15 | describe that as best practice in the -- | 12:29:56 |
| 16 | Q.   Okay. | 12:30:00 |
| 17 | A.   -- industry. | 12:30:00 |
| 18 | Q.   So the best practice would be train with | 12:30:01 |
| 19 | ████████    images, correct? | 12:30:04 |
| 20 | A.   Yeah. | 12:30:06 |
| 21 | Q.   And then with the hopes of having | 12:30:06 |
| 22 | ████████████████ | 12:30:10 |
| 23 | ████████████████ | 12:30:14 |
| 24 | ██, correct? | 12:30:17 |
| 25 | A.   Correct. | 12:30:19 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    102

| | | |
|---|---|---|
| 1 | Q.   Do you recall the size of the quality of | 12:30:20 |
| 2 | images used to train the contamination detection | 12:30:28 |
| 3 | model? | 12:30:33 |
| 4 | A.   I don't recall.  It's in the ███████. | 12:30:33 |
| 5 | Q.   What about the -- is that most recently or | 12:30:35 |
| 6 | the first time? | 12:30:38 |
| 7 | A.   Most recently. | 12:30:38 |
| 8 | Q.   Okay.  What about the first time? | 12:30:39 |
| 9 | A.   The first time might have been in the | 12:30:41 |
| 10 | ████████████████████. | 12:30:47 |
| 11 | Q.   Okay.  What about the size and quality of | 12:30:48 |
| 12 | images used for empty event detection? | 12:30:58 |
| 13 | A.   So empty event detection ██████████ | 12:31:01 |
| 14 | ██████████████████████████████ | 12:31:07 |
| 15 | ████████████████████████████████████ | 12:31:13 |
| 16 | ██████████████████████████████████████ | 12:31:18 |
| 17 | ██████ | 12:31:21 |
| 18 | And as I recall, that's in the | 12:31:25 |
| 19 | neighborhood of -- the first time we did it was | 12:31:27 |
| 20 | probably in the -- you know, ██████████, and | 12:31:32 |
| 21 | the -- the newest one that was just trained last | 12:31:38 |
| 22 | week, if I -- I don't know, but if I had to guess, | 12:31:42 |
| 23 | probably uses ████████████████████████ | 12:31:45 |
| 24 | ██████. | 12:31:50 |
| 25 | Q.   And what do you mean by ██████████████? | 12:31:51 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                           106

| | | |
|---|---|---|
| 1 | the method described in 21 -- Lines 21 through 28 on | 12:38:05 |
| 2 | Page 15? | 12:38:11 |
| 3 | A.   Yes. | 12:38:11 |
| 4 | Q.   Okay.  If you had a source code computer, | 12:38:12 |
| 5 | you could do that? | 12:38:15 |
| 6 | A.   Mm-hmm. | 12:38:15 |
| 7 | MR. MELLEMA:  Objection to form. | 12:38:16 |
| 8 | Q.   Okay.  How long would it take you to do | 12:38:17 |
| 9 | that? | 12:38:19 |
| 10 | A.   So the question is how long would it take | 12:38:19 |
| 11 | me to point out which files are involved? | 12:38:22 |
| 12 | Q.   Yeah. | 12:38:25 |
| 13 | A.   A couple of minutes, probably. | 12:38:26 |
| 14 | Q.   Okay.  Can you describe the development | 12:38:28 |
| 15 | process you went through to create the subpar image | 12:38:42 |
| 16 | detection model? | 12:38:46 |
| 17 | A.   Okay.  So it started off with having a | 12:38:48 |
| 18 | ████████████████████████████████████████ | 12:38:57 |
| 19 | ████████████████████████████████████████████ | 12:39:04 |
| 20 | ██████████████████████████████████ | 12:39:07 |
| 21 | ██████████████████████████████ | 12:39:16 |
| 22 | ███████████████████████████ | 12:39:23 |
| 23 | ████████████████████████████ | 12:39:29 |
| 24 | ████████████████████████████████████ | 12:39:32 |
| 25 | ██████████████████████████████████ | 12:39:38 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    107

| | | |
|---|---|---|
| 1 | ████████████████ | 12:39:44 |
| 2 | And then we ██████████████████████ | 12:39:47 |
| 3 | ████████████████████████████████████ | 12:39:55 |
| 4 | ██████████████████████████████ | 12:40:03 |
| 5 | ████████████████████████████████████ | 12:40:09 |
| 6 | ██████████████████████████ | 12:40:14 |
| 7 | We created that change, ████████████ | 12:40:16 |
| 8 | ██████████████████████████████ | 12:40:26 |
| 9 | ██████████████████████████████ | 12:40:31 |
| 10 | ██████████████████████████████ | 12:40:34 |
| 11 | ██████ | 12:40:37 |
| 12 | And after, I think it would have been | 12:40:39 |
| 13 | ██████████████████████████████ | 12:40:43 |
| 14 | ████████████████████████ | 12:40:48 |
| 15 | ████████████████████████████████████ | 12:40:52 |
| 16 | ██████████████████████████████ | 12:41:01 |
| 17 | Then I took the model that I selected and | 12:41:07 |
| 18 | ████████████████████████████████ | 12:41:10 |
| 19 | ████████████████████████████████ | 12:41:13 |
| 20 | ██████████████████████████ | 12:41:17 |
| 21 | ██████████████████████████ | 12:41:23 |
| 22 | ████████████████████████ | 12:41:28 |
| 23 | ████████████████████████████████████ | 12:41:33 |
| 24 | ████████████████ | 12:41:37 |
| 25 | Q.   What model did you choose? | 12:41:37 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    108

```
 1        A.   The names of the models are -- we named        12:41:39

 2   them after movies that are really bad because, you      12:41:48

 3   know, they're subpar pictures.  So I think one of       12:41:51

 4   the -- one of them was called Breaking Dawn, one of     12:42:00

 5   them was called Superman 4.  I can't remember what      12:42:04

 6   we're on now.                                           12:42:09

 7        Q.   Let me ask it a little differently.           12:42:10

 8             Is the model based on the open source         12:42:12

 9   library?                                                12:42:17

10        A.   The model is ███████████████████████          12:42:18

11   ████████████████████████████████                        12:42:21

12        Q.   Okay.  And when did you create the            12:42:23

13   original model?                                         12:42:28

14        A.   I don't recall.  Probably 2018.               12:42:29

15        Q.   And how long did it take to develop the       12:42:36

16   original model?                                         12:42:39

17        A.   I don't remember at all.                      12:42:40

18        Q.   Do you have an estimate?                      12:42:41

19        A.   Well, are you asking how much time it took    12:42:47

20   from conception to it being done, which includes        12:42:54

21   while we were collecting data through the system --     12:43:01

22   and I didn't have any active role in that -- or are     12:43:05

23   you asking how much of my, like, attention, time, my    12:43:12

24   working hours?                                          12:43:16

25        Q.   Yeah, I'm asking how much attention/time,     12:43:17
```

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                          109

| | | |
|---|---|---|
| 1 | so working hours of Compology employees were spent | 12:43:20 |
| 2 | developing this. | 12:43:23 |
| 3 | MR. MELLEMA:  Objection to form. | 12:43:24 |
| 4 | A.   With this particular model, it was long | 12:43:25 |
| 5 | enough ago that I don't really remember how long I | 12:43:35 |
| 6 | spent on it, but it was typically several months of | 12:43:38 |
| 7 | work to get these up and running. | 12:43:44 |
| 8 | Q.   And was that full-time work? | 12:43:47 |
| 9 | A.   Yeah. | 12:43:49 |
| 10 | Q.   So you weren't working on any other models | 12:43:49 |
| 11 | during that time? | 12:43:52 |
| 12 | A.   During the time that I was working on this | 12:43:53 |
| 13 | model for several months, yeah, I wasn't working on | 12:43:55 |
| 14 | other models. | 12:43:58 |
| 15 | Q.   Okay. | 12:43:59 |
| 16 | MR. MELLEMA:  Is now a good time for a | 12:44:03 |
| 17 | break?  It's been about an hour.  Maybe for lunch? | 12:44:04 |
| 18 | THE WITNESS:  Sounds good to me. | 12:44:12 |
| 19 | MR. GALICA:  Yeah, we can do that, then. | 12:44:13 |
| 20 | VIDEOGRAPHER:  Okay.  We are going off of | 12:44:15 |
| 21 | the record at 12:44 p.m. | 12:44:18 |
| 22 | (A recess was taken.) | 12:44:21 |
| 23 | VIDEOGRAPHER:  We are going back on the | 13:34:18 |
| 24 | record at 1:34 p.m. | 13:34:21 |
| 25 | BY MR. GALICA: | 13:34:23 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                          141

| | | |
|---|---|---|
| 1 | ████████████████████████████████ | 14:24:21 |
| 2 | ██████████████████████████████ | 14:24:24 |
| 3 | Q.   And you would consider this -- the way you | 14:24:37 |
| 4 | implement empty event detection to be machine | 14:24:40 |
| 5 | learning algorithm; is that fair to say? | 14:24:43 |
| 6 | A.   Yes. | 14:24:47 |
| 7 | Q.   ████████████████, but still a machine | 14:24:47 |
| 8 | learning algorithm? | 14:24:51 |
| 9 | A.   Yes. | 14:24:53 |
| 10 | Q.   And is that different than just a | 14:24:54 |
| 11 | run-of-the-mill software algorithm? | 14:24:57 |
| 12 | A.   Well, I don't know what run-of-the-mill | 14:25:01 |
| 13 | would be, but -- | 14:25:05 |
| 14 | Q.   What in your mind makes this a machine | 14:25:08 |
| 15 | learning algorithm? | 14:25:10 |
| 16 | A.   The fact that you use training data to | 14:25:11 |
| 17 | have the model make up its own rules, essentially, | 14:25:16 |
| 18 | rather than explicitly programming in rules. | 14:25:21 |
| 19 | Q.   Did a model for performing empty event | 14:25:27 |
| 20 | detection exist prior to you being employed by | 14:25:41 |
| 21 | Compology? | 14:25:44 |
| 22 | A.   It didn't. | 14:25:44 |
| 23 | Q.   When did you first develop this model? | 14:25:45 |
| 24 | A.   I think it was in the summer of 2017. | 14:25:47 |
| 25 | Q.   And how long did it take? | 14:25:54 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                151

| | | |
|---|---|---|
| 1 | A.   It's implemented in ████████.   It's | 14:50:53 |
| 2 | basically ████████████████████████ | 14:51:02 |
| 3 | ████████████████████████████████████ | 14:51:09 |
| 4 | ███ | 14:51:13 |
| 5 | Q.   Would you characterize it as ████████ | 14:51:13 |
| 6 | ████████████ -- | 14:51:20 |
| 7 | A.   I wouldn't. | 14:51:21 |
| 8 | Q.   -- algorithm? | 14:51:21 |
| 9 | A.   I wouldn't.  ████████████████ | 14:51:24 |
| 10 | Q.   Did an algorithm for post auto balancing | 14:51:26 |
| 11 | exist prior to your employment at Compology? | 14:51:32 |
| 12 | A.   It didn't. | 14:51:34 |
| 13 | Q.   When did you develop this algorithm? | 14:51:35 |
| 14 | A.   I actually have no recollection of when | 14:51:37 |
| 15 | that was. | 14:51:44 |
| 16 | Q.   Did you work on it with anybody else? | 14:51:45 |
| 17 | A.   I mostly worked on it myself.  I talked to | 14:51:47 |
| 18 | my boss and our product manager a little bit about | 14:51:54 |
| 19 | it, but in terms of the actual programming work, it | 14:51:58 |
| 20 | was all me. | 14:52:01 |
| 21 | Q.   Can you give a year in which you might | 14:52:01 |
| 22 | have worked on it? | 14:52:07 |
| 23 | A.   I'm sorry.  I can't remember. | 14:52:08 |
| 24 | Q.   Do you remember when it was first | 14:52:10 |
| 25 | commercially deployed? | 14:52:13 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    214

```
 1              REPORTER'S CERTIFICATE

 2

 3         I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,

 4    RPR, CRR, in and for the State of California, do

 5    hereby certify:

 6         That prior to being examined, the witness

 7    named in the foregoing deposition was by me duly

 8    sworn to testify the truth, the whole truth and

 9    nothing but the truth and that the witness reserved

10    the right of signature;

11         That said deposition was taken down by me

12    in shorthand at the time and place therein named,

13    and thereafter reduced to typewriting under my

14    direction, and the same is a true, correct and

15    complete transcript of said proceedings.

16         I further certify that I am not interested

17    in the event of the action.

18         Witness my hand this 29th day of August,

19    2024.

20

21

22    _____

23    Certified Shorthand

24    Reporter for the

25    State of California
```