# EXHIBIT C

## Contact

www.linkedin.com/in/justin-armstrong-b4903b49 (LinkedIn)

## Top Skills

Machine Learning
Computer Vision
Data Engineering

## Patents

Method and System for Contamination Assessment
Method and system for fill level determination
Method and system for container location analysis

# Justin Armstrong

Machine Learning/AI Engineering Manager
Queens, New York, United States

## Experience

RoadRunner Recycling
AI & Algorithms Lead
October 2022 - Present (2 years)

Compology
AI & Algorithms Lead
June 2016 - October 2022 (6 years 5 months)
San Francisco

Designed and implemented the AI core of Compology's Waste Metering platform.

Work areas:

* Computer vision
** Recycling contamination
** Container Fullness
** Synthetic Data

* Other Data Engineering
** Human-in-the-loop process optimization
** Sensor failure prediction
** Location matching / clustering
** GPS noise correction
** Accelerometer time series analysis
** Schedule Optimization

Yelp
Software Engineer
2015 - June 2016 (1 year)
San Francisco Bay Area

Data Quality Team: Responsible for the suite of tools used to curate Yelp's business data

Jawbone
Senior Software Engineer
May 2014 - 2015 (1 year)

San Francisco Bay Area

Full stack developer on the Wellness Web (UP for Groups) team

Created beautiful and responsive user experiences on the web

Developed services to support UP for Groups portal using Python, Cassandra, MySQL

Experian Marketing Services
Software Developer Lead
April 2010 - May 2014 (4 years 2 months)
Deerfield Beach, FL

Design and implement various internal and external applications using Ruby on Rails, HTML/JavaScript, Flex/ActionScript

Create architectural framework front-end for client-facing analytics application (OneView)

Research, evaluate and adopt emerging technologies. (Pioneered the use of rails at ECI)

Lead architect for new internal production system

Create UI for custom web tools which allow our clients to create rich data visualizations

Improve algorithms for processing behavioral and geodetic data

Illuminati Studios
Software Developer
June 2007 - April 2010 (2 years 11 months)

Created websites and applications in Flex/Flash, ColdFusion, php

Developed Flex applications in ActionScript and MXML which range from custom CRM systems to media players

Created ColdFusion APIs to support Flex using AMF (remote procedures and messaging channels using BlazeDS), SOAP and E4X (XML) protocols

Designed application functionality and user experience (UX)

Developed the company project tracking system in ColdFusion and Flex

Worked with ColdFusion, AJAX, CSS, to implement CMS websites

Coded and optimized Flash documents in AS2 and AS3

Vanderbilt University
Teaching / Research Assistant
August 2004 - June 2006 (1 year 11 months)
Nashville

Developed algorithms for control of bipedal walking robots

Created programs for physical motion simulation

Taught lab sessions in instrumentation, electronics, and linear dynamic systems

---

## Education

Tulane University

Bachelor of Science in Engineering (BSE), Mechanical Engineering

pioneer accelerator

pioneer accelerator