# EXHIBIT D

# Timothy (Jay) Longson

Director Of Hardware Engineering at RoadRunner Recycling
Santa Cruz, California, United States

## Contact

www.linkedin.com/in/jaylongson (LinkedIn)
jaylongson.com (Personal)

## Top Skills

Physics
Nanotechnology
LaTeX

## Honors-Awards

Honor in Electrical Engineering

Comprehensive Honors

Second place winner of the University Affiliated Research Center (UARC), Systems Teaching Institute (STI) poster competition.

UCSC Center for Remote Sensing student grant

## Publications

Core-Shell Interactions in Coaxial Electrospinning and Impact on Electrospun Multiwall Carbon Nanotube Core, Poly(methyl methacrylate) Shell Fibers

Adapting Traditional Macro and Micro Photography for Scientific Gigapixel Imaging

Morphological impact on thermal interface resistance of self catalyzing Fecralloy MWNT TIMs

## Summary

Self-motivated, electrical engineer, with 6 years experimental lab research in nanotechnology at NASA. Has a track record for reliability, creativity and innovation. Involved in a number of interdisciplinary and collaborative projects, with work featured in National Geographic, New Scientist, and Science Magazine. Key contributor to NASA and NSF funded projects. Seeking ambitious, impactful and challenging projects.

## Experience

**RoadRunner Recycling**
Director of Hardware
November 2022 - Present (1 year 11 months)
San Francisco Bay Area

**Compology**
9 years 4 months

Director Of Hardware Engineering
November 2020 - January 2023 (2 years 3 months)
San Francisco Bay Area

Director of Electrical Engineering
October 2013 - November 2020 (7 years 2 months)
San Francisco Bay Area

Director of electrical engineering, responsible for design and development of wireless sensor package aimed at increasing efficiency within the waste management industry. Responsibilities include Architecture design, circuit design, sensor integration, PCBA, C & Python firmware development.

**NASA Ames Research Center**
Post graduate intern
February 2013 - September 2013 (8 months)

Responsible for industrial automation (PLC integration) of electric arc shock tube for hypersonic tests – resulting in increased productivity and

reduced abort rate. Designed, simulated and drafted mechanical upgrades using SolidWorks including vacuum, pressure vessels and kinematic valve assemblies.

### Carnegie Mellon University
Create Lab - Developer
May 2010 - June 2012 (2 years 2 months)

Developer of opto-electrical-mechanical systems for microscopic, gigapixel image generation. Responsible for programming, embedded system development, image analysis and grant writing. Work featured in National Geographic, New Scientist, Science Magazine and Carnegie Museum of Natural History.

### Atlas Scientific
Research Scientist
May 2011 - February 2012 (10 months)

Lead research scientist developing cryogenic, thermal interface materials. Responsible for design of experiments, product development, sample characterization, custom experimental apparatus, and technical writing. Improved thermal conductivity by ~15x and developed novel metrology method.

### Atlas Nanotechnologies
Research Scientist
January 2009 - April 2011 (2 years 4 months)

Lead research scientist developing polymer/nanoparticle thermal interface material. Responsible for conception and design of experiments, process and product development, apparatus design, report writing. Designed and built custom chemical vapor deposition chamber for wafer scale carbon nanotube synthesis, resulting in 42% increase in height uniformity and 17% increase in crystallinity uniformity.

### NASA Ames Research Center
Graduate Student Researcher
September 2006 - September 2008 (2 years 1 month)

Independent research on next generation wiring using polymer/carbon nanotube composites. Developed novel coaxial electrospinning method with 100x conductivity increase over similar homogenous approach.

## Education

### University of California, Santa Cruz
Doctor of Philosophy (Ph.D.), Electrical Engineering · (2008 - 2013)

### University of California, Santa Cruz
Master of Science (M.S.), Electrical Engineering · (2006 - 2008)

### University of California, Santa Cruz
Bachelor of Science (B.S.), Electrical Engineering · (2002 - 2006)