JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:          December 9, 2024 |

1  Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed
2  an Administrative Motion to File Under Seal in connection with RoadRunner's Opposition to
3  Defendants' Motion to Exclude Expert Testimony by Messrs. Armstrong and Longson.  Having
4  established good cause for sealing, the Court hereby orders the Clerk to maintain the following
5  documents under seal:

| Description | Portions to be Sealed |
|---|---|
| Unredacted Version of Excerpts of Timothy (Jay) Longson's Deposition Testimony | Entirety |
| Unredacted Version of Excerpts of Justin Armstrong's Deposition Testimony | Entirety |

12  SO ORDERED.
13  DATED:

14  By: _____
15  THE HONORABLE WILLIAM H. ALSUP
    SENIOR DISTRICT COURT JUDGE

72619046v1