# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S OMNIBUS ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| Defendants. | |
| | Complaint Filed:   August 4, 2023 |
| | Trial Date:        December 9, 2024 |

1  Upon consideration of Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114) and
2  Defendants' Opposition thereto, the undersigned finds that good cause has not been demonstrated for
3  Plaintiff's requests to seal, which remain overbroad and cover public information.
4  **IT IS HEREBY ORDERED** by the Court that Plaintiff's Omnibus Administrative Motion
5  to Seal (Dkt. No. 114) is **DENIED**. The parties shall publish onto the public docket unredacted copies
6  of all previously redacted filings considered by the Court's prior order (*see* Dkt. No. 93).

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE