Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:   (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S OMNIBUS ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 114)** <br><br> *Assigned for All Purposes to:* <br> The Hon. William H. Alsup, Courtroom 12 <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:   December 9, 2024 |

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. ("Defendants"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114) ("Opposition"). I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 10,943,356, produced by Defendants at RTS_00332217 – RTS00332241.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the YouTube video posted on November 17, 2019 and titled "Applying Computer Vision to Reduce Contamination in the Recycling Stream," available publicly at https://www.youtube.com/watch?v=lqNT-i44QQA and produced by Defendants at RTS_00333366.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the YouTube video titled "Using Vision to Improve Waste Collection Efficiency," available publicly at https://www.edge-ai-vision.com/2016/12/using-vision-to-improve-waste-collection-efficiency-a-presentation-from-compology/ and produced by Defendants at RTS_00338926.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the CNN Business video titled "McDonald's is putting cameras in dumpsters. Here's why," available publicly at https://www.cnn.com/videos/business/2020/12/17/compology-dumpster-camera-recycling-orig.cnn and produced by Defendants at RTS_00337936.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Verizon webpage titled "Oscar R11," available publicly at https://opendevelopment.verizonwireless.com/device-showcase/device/4998 and produced by Defendants at RTS_00335958 – RTS_00335969.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Compology webpage titled "Physical Camera Installation & Removal," available publicly at https://help.compology.com/en/articles/4571899-physical-camera-installation-removal and produced by Defendants at RTS_00335709 – RTS_00335762.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Compology's FCC filing titled "Compology R12 User Manual / Installation Instructions," available publicly at https://fcc.report/FCC-ID/2AO44-R12/3799609.pdf and produced by Defendants at RTS_00333865 – RTS_00333908.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the September 12, 2024 deposition of William Leo Hoarty, Plaintiff's technical expert, wherein the highlighted portions are referenced by the Opposition filed concurrently herewith.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Compology's article titled "How Sensors Will Succeed in The Waste Industry", available publicly at https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808 and produced by Defendants at RTS_00335930 – RTS_00335949.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Compology slides titled "Waste Metering$^{TM}$ for Contamination Reduction," available publicly at https://dam.assets.ohio.gov/image/upload/epa.ohio.gov/Portals/34/document/general/Compology%20-%20Waste%20Metering%20Overview%20Presentation.pdf and produced by Defendants at RTS_00337209 – RTS_00337234.

12. Attached hereto as **Exhibit 11** is a true and correct copy of RoadRunner webpage titled "Waste Metering," available publicly at https://www.roadrunnerwm.com/technology/waste-metering and produced by Defendants at RTS_00347453 – RTS_00347470.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Compology webpage titled "Rightsizing," available publicly at https://help.compology.com/en/articles/6071358-rightsizing and produced by Defendants at RTS_00335894 – RTS_00335909.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Google Search results for "Lithium Thionyl Chloride," available publicly at https://www.google.com/search?q=Lithium+Thionyl+Chloride&rlz=1C1GCEA_enUS1089US1089&oq=Lithium+Thionyl+Chloride&gs_lcrp=EgZjaHJvbWUyBggAEEUYOdIBBzMyNWowajSoAgCwAgE&sourceid=chrome&ie=UTF-8 (last accessed September 24, 2024).

15. Attached hereto as **Exhibit 14** is a true and correct copy of an article titled "Batteries FOR LIFE" dated June 16, 2005, publicly available at https://tadiranbat.com/wp-content/uploads/2022/03/machine-design-batteries-for-life.pdf and produced by Defendants at RTS_00344366 – RTS_00344369.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the transcript of the August 15, 2024 deposition of Timothy (Jay) Longson, Plaintiff's 30(b)(6) designee, wherein the highlighted portions are referenced by the Opposition filed concurrently herewith.

17. Attached hereto as **Exhibit 16** is a true and correct copy of U.S. Patent Appl. No. 17/145,021, produced by Defendants at RTS_00333188 - RTS_00333209.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Compology webpage titled "Why didn't an empty event register?" available publicly at https://help.compology.com/en/articles/4633141-why-didn-t-an-empty-event-register and produced by Defendants at RTS_00335763 – RTS_00335768.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Compology webpage titled "Maintenance Best Practices (Standard Service Customers)," available publicly at https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers and produced by Defendants at RTS_00335633 – RTS_00335650.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Compology webpage titled "Locking a Container to a Service Location," available publicly at https://help.compology.com/en/articles/3604037-locking-a-container-to-a-service-location and produced by Defendants at RTS_00335587 – RTS_00335596.

21. Attached hereto as **Exhibit 20** is a true and correct copy of U.S. Patent No. 10,798,522, produced by Defendants at RTS_00332190 - RTS_00332216.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Compology webpage titled "Using the Container Page," available publicly at https://help.compology.com/en/articles/2670205-using-the-containers-page and produced by Defendants at RTS_00335405 – RTS_00335418.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Compology webpage titled "Historical Container Activity," available publicly at https://help.compology.com/en/articles/3702735-historical-container-activity and produced by Defendants at RTS_00335597 – RTS_00335608.

24. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of September, 2024, in Boston, Massachusetts.

*/s/ Matthew S. Galica*
Matthew S. Galica