| | |
|---|---|
| 1 | Arameh Zargham O'Boyle (SBN: 239495) |
|   | AZOboyle@mintz.com |
| 2 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
|   | 2049 Century Park East, Suite 300 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone:    (310) 586-3200 |
| 4 | Facsimile:    (310) 586-3202 |

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **EXHIBIT 4 - VIDEO** |
| v. | *Assigned for All Purposes to:* |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | The Hon. William H. Alsup, Courtroom 12 |
| Defendants. | Complaint Filed:    August 4, 2023 |
| | Trial Date:    December 9, 2024 |

1

DEFENDANTS' MANUAL FILING NOTIFICATION
(CASE NO. 3:23-CV-04804-WHA)

# MANUAL FILING NOTIFICATION

Regarding: **Exhibit 4** to the Declaration of Matthew S. Galica in Support of Defendants' Opposition to Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____   Unable to Scan Documents

_____   Physical Object (please describe):

  X     Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

_____   Item Under Seal in Criminal Case

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (please describe): _____

Dated: September 25, 2024                              Respectfully Submitted,

/s/ Matthew S. Galica

Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
     POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:    (310) 586-3200
Facsimile:    (310) 586-3202

James M. Wodarski (Admitted Pro Hac Vice)
JWodarski@mintz.com
Michael C. Newman (Admitted Pro Hac Vice)
MCNewman@mintz.com
Matthew S. Galica (Admitted Pro Hac Vice)
MSGalica@mintz.com
James J. Thomson (Admitted Pro Hac Vice)
JJThomson@mintz.com
Sean M. Casey (Admitted Pro Hac Vice)
SMCasey@mintz.com
Tianyi Tan (Admitted Pro Hac Vice)
TTan@mintz.com

| | |
|---|---|
| 1 | |
| 2 | Stephen Chen (Admitted Pro Hac Vice) |
| | SChen@mintz.com |
| 3 | Amy LoBue (Admitted Pro Hac Vice) |
| | ALoBue@mintz.com |
| 4 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
| 5 | One Financial Center |
| | Boston, MA 02111 |
| 6 | Telephone:    (617) 542-6000 |
| | Facsimile:    (617) 542-2241 |

Stephen Chen (Admitted Pro Hac Vice)
SChen@mintz.com
Amy LoBue (Admitted Pro Hac Vice)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
    POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

3
DEFENDANTS' MANUAL FILING NOTIFICATION
(CASE NO. 3:23-CV-04804-WHA)