# EXHIBIT 5

# Web Data Collection Report

**Page Title**

Verizon Open Development | device

**URL**

https://opendevelopment.verizonwireless.com/device-showcase/device/4998

**Collection Date**

Wed Aug 14 2024 09:25:54 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

2e3e8df77c4dfc95b104a308175260c4db6f19128b4e9aea67a908915c59b4a8439fc300b4
58ec2215adf211d2eca82353aa87e793db401677657e582a468e8611518f16159bfee1743f
0a67a46ee1c1a1e2b2f7ff7addc5c05a5ff132f842f40722d1cc0c31a43bf520adf9628de1
06f83f956a6d7ece56a0726db41ef05ccc09673e31c8ec62cbf655e2a27ddde4a43b5834f
af963607eeec5df328dbca6ad937f05aac264facb8fc9121172d32bf16ab30df43b3c4025
a4dbcfbfe81c772bdabe84282f686e5278900716d2e7e4e8199dd9e500cf6624209478af7
3ed25a90db0bdff32192b02dccc32586b5ee01c71f5700f9ab5a9ea4fe65e13c463ba14

RTS_00335958

# File Signatures

## SCREEN CAPTURE

### MHTML

### File Name

https-opendevelopment.verizonwireless.com-device-showcase-device-499-Aug-14-24-09-25-54-GMT-0400-(EDT).mhtml

### Hash (SHA256)

f1ff6a43c2e9089dc34bcc0c91e63028958008272d72816273dff367690a4082

### Signature (PKCS#1v1.5)

2ba4516cc845f2683561f04789a33e001fcbb82afe797ca48717b1b117782f2a50193f927
b658a14918fcf65ca99bfe4d6f017e677dd69aa229ebf195622979b5001d5f90fe0cabef4
bbc84f7797aaabe94a2877f28a12ef9fd695c31db170c5870129210ab81635ca1ac05460a
db53b5a3da977e178961f404b808675e92192c04cd0f5b8a4b2676755763be0ae33f4f4f5
3ccff0da67247bdc10d77d041892b421c3e7ff9848b029193600404326e3df0e2b39f0eb1
49d7d7100422b0e4d8fc1ac2139b9e350bd488890e6c029e4ab340c0b0c9459329963324c
dc67392f1482aaf8c7c47f89eee3085fa517271f8dbffdb5261d0a123a162dbc7176964723



**File Name**
https://opendevelopment.verizonwireless.com-device-showcase-device-499-Aug-14-24-09-25-54-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
87c099e4d5f8fb61157b6d5fdd6a08b6f1d974e6cc4dc8ef28159c971ccad360

**Signature (PKCS#1v1.5)**
3e3cf56b0df0ca59f77d4c000b21c75708c5dac0454e1ab7dac9bdb793f32fb86c0ccd94f3b5f82d46
9f9065284259676ce247f6a4e9ce928d6ba24c09d3993f3ec5fdc8377ece166c2c91bc024ed04472c
86917363ebfefd4478ef31c1f66b02998069d4aa3dad77bba0f85a8bff733cc4f03a4d2445e71496312
fa562fa5c9c5ddf5fa83ab1f160beded064a1ed505448449472a3ecfdf18be8139761f686b446ad75b4
d40e4b8a641b62a744d646463721016243e4e8666ad2f865a7318fa11960bb30ea4eb840481f43ab97
5c04cd55d1f110257071fc61af90012d4e5f7c139fe0aafd09fdbb15e279b8a506aeb5a77a43f0c6927
6dbf898e5630d4f40

**URL**
https://opendevelopment.verizonwireless.com/device-showcase/device/4998

**Timestamp**
Wed Aug 14 2024 09:25:54 GMT-0400 (Eastern Daylight Time)

RTS_00335960

**Sales**

**Address**
1045 Bryant St. Suite 101,
San Francisco, CA 94103

**Phone**
914-584-8103

**Email**
ben@comoology.com

| | |
|---|---|
| Network technology | LTE with GSM/UMTS |
| LTE category support | Cat 4 |

---

## Hardware

**Antenna**
Internal

**Battery**
3.6V/57Ah Lithium Thionyl Chloride

**Display resolution**

**Ethernet ports**
0

**SIM type**
Standard/Industrial Micro SIM (3FF)
(Get Compatible SIM SKUs Info)

**USB ports**
0

**Voltage supply**
–

**Other features**

| | | | |
|---|---|---|---|
| Accelerometer | ✔ | Keyboard | – |
| Z-Wave | – | Magnetic card reader | – |
| Audio | – | Printer | – |
| Battery safety | ✔ | RJ-11 | – |
| Bluetooth | – | Scanning technology | – |
| Camera | ✔ | Serial | ✔ |
| Dual SIM | – | Smart card reader | ✔ |
| E911 | – | Voice transmission capable | – |
| eUICC | – | Wifi | – |
| Expansion card slots | – | Zigbee | – |
| GNSS | ✔ | | |
| GPS | ✔ | | |

---

## Software

| | |
|---|---|
| FoTA For Baseband/Modem Software Update Capability | Developer Kit |
| Non Verizon FoTA Solution (only) | – |

### File Name
https://opendevelopment.verizonwireless.com-device-showcase-device-499-Aug-14-24-09-25-54-GMT-0400-(EDT)_1.jpg

### Hash (SHA256)
a5bac26ec36c090c6207b91e10f5020f2d235fa10a42c22beec8cae4401da381

### Signature (PKCS#1v1.5)
632b4d5c2c7792946f3a078642890ad697611cb486f3ca9158432ff8e2bc1f0772a949ec11171b67e
6000370fd2cfb6375cfb512754aa25e817b6cb22f658e9e5a608e21297b7fdb948c7586867c576b85
c585764593f823e553b8500f2f13b372aa54e9a9859665978d369ed7e5a0140b65e59befd3233391c
438025b526f771d8c4b64a8902bb19eab9cf8aa9229d56f08d53630b96c043d5eeabc613caf0f4ec65
7f450c4273a2be7ca206c1dfdd5df47eaf80c8180a1fbff718dac5bd9c24ff621f336efbc6066ab404
3f95e30649c1fab539ec0034d3c6bb23592a4b801b8050060319388b5fda861a7cc6e5b649187729
16424f7d85ed75b53b786c1dd

### URL
https://opendevelopment.verizonwireless.com/device-showcase/device/4998

### Timestamp
Wed Aug 14 2024 09:25:54 GMT-0400 (Eastern Daylight Time)



## Software

| FoTA For Baseband/Modem Software Update Capability Non Verizon FoTA Solution (only) | Developer Kit | – |
|---|---|---|
| FoTA Client Type – | Diagnostics | – |
| | Security Level | None |
| Operating System RTOS | EMS | – |
| | MMS | – |
| | Remote Management | ✔ |
| | SMS Capability | – |
| | WEA (Wireless Emergency Alert) | – |
| | Persistent Prefix IPv6 | – |
| | Mobile Private Network | ✔ |
| | Fixed Wireless Access (FWA) | – |
| | Split Data Routing (aka Dual APN) | – |
| | Multi-APN | – |
| | Global Capable | – |
| | Private Wireless Network (On Site) | – |

## Chassis

| Dimensions – | Rain & dust resistance | ✔ |
|---|---|---|
| Weight – | Vehicle Mounting | – |

**File Name**
https://opendevelopment.verizonwireless.com-device-showcase-device-499-Aug-14-24-09-25-54-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
561b3f0f03dee67340413769541561848a2bd27a8700af0b6101c2c2d4c5b236

**Signature (PKCS#1v1.5)**
6d266ce6340cc82dab6b5d6387630a6d9fa2a48c5a48cac12c1628c78330d14bc3831755ab422b6aa0
7f55f4af8e66a1342fa867f47138bedab7b6afa1f9de47c2bbc32c912b136fef6e11ba720a25a5f52f
10b08f79b20483c94dc4ca793325bff51a778097d1cc07ceef07e300c1a8ff2e3a6c3692ceb24d776c3
629e6a6beb1745894eebc127006ce7b9cf46fe2f16241805566a458a7cc38940285236c5ba05b5d06
1ffd8755b7259e7ab39ea4c9d253b0cb59b0496d9ef4d229cb96fd12133a77d4764f895597d4be29fa
2fbd9851677eafd9192db83c6cd3fcf8f1a2f56f1da3b5e65f2169ab95c9c25c395f86102596feaf24bd
4547781ed79e67ba937

**URL**
https://opendevelopment.verizonwireless.com/device-showcase/device/4998

**Timestamp**
Wed Aug 14 2024 09:25:54 GMT-0400 (Eastern Daylight Time)



**Chassis**  ^

| Dimensions | Rain & dust resistance | ✔ |
| – | | |
| Weight | Vehicle Mounting | – |
| – | | |
| Operating Temperature | | |
| – | | |
| Storage Temperature | | |
| – | | |
| Relative Humidity | | |
| – | | |

**Network**  ^

| NAT | Fax capable | – |
| – | | |
| Routing Protocols | Firewall | – |
| – | | |
| Security Protocol | UMTS | – |
| – | | |
| VPN Support | LTE | Band4 (1700 MHz) |
| – | | Band13 (700 MHz) |
| Numbershare | | |
| N - no Numbershare | | |

**Contact**  ^

**Website**
www.compology.us/

**Technical support**
Address
1045 Bryant St. Suite 101, San Francisco, CA 94103

Phone
914-534-8103

Email
ben@compology.com

**File Name**
https-opendevelopment.verizonwireless.com-device-showcase-device-499-Aug-14-24-09-25-54-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
58c708b359aea51343b31bc212e8f477aff69738c096b5cf830b137bd9d8ecd8

**Signature (PKCS#1v1.5)**
1c97b4277ff178248ca4599430016c1418a99929ad01e05fe75fd26d8603d60bf8fa891c61251827e
4b1a654c0d68aa8621026406d582bbb9a772f3bcafd7864e518c42dd1642d7bc94ef84e7706da23ab
3bf189007224932a086ad23fedcde73d9d4eaaadfc960a519aee1c9457e3bebb220014ad9bb12caf9
1a02df92c7e64cbf7d828bbc475f17d7ab9e6866808c8d6f68fcb97d5a1c9a02bc4c2eeaaaa574d42
14ed65de025da756a0a97ce672ac800b9f0502e9a9104357c11eeb36297310c6218f57f59d739a861
a3ba09379c475c857bf655b9c7837c9dc94a2ce620a04649250f456137ffebc3c322ee2ff9d98d8fa
1f499d731b984a6290df2790d2

**URL**
https://opendevelopment.verizonwireless.com/device-showcase/device/4998

**Timestamp**
Wed Aug 14 2024 09:25:54 GMT-0400 (Eastern Daylight Time)

RTS_00335963



**File Name**
https-opendevelopment.verizonwireless.com-device-showcase-device-499-Aug-14-24-09-25-54-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
1ca23c311982addda52e71c09028b1176f2c1cd549c0722053790e9eba4ba753

**Signature (PKCS#1v1.5)**
1c49819b6ba81c835689df10684bf0bfbbe12a7b08aeec04b54e69869b73d09f71c567af0702a7b93
98bcdc8191a633d00a02c84d46888a8591ed21ab49c09ef82e4686e3396d101701ab2a92d50a48d18
3553a9cf7a244d88d9d310d189c9dff7a26dd744cebeeedc4fc0a39d287420622715dade9cbafbcb0
b5241a869ed7659347250352ed7661cbb47b14d74b63a837ac8a3b8bd098e5b195b4d2ff2ba96f05f
a13f004625d50d3434e3838a07c2700c8bc8a0808c7853b51f1600cecfb8efb0b59ff32087f33b0b63
4f9d14479cdc12de75a8bf66aeac9c4ff731a11e0cc6bba7054f99300a7d48e9fbc09a89146b0ac5ff
59c9bd9d2e6d0b3e5d4ee98c

**URL**
https://opendevelopment.verizonwireless.com/device-showcase/device/4998

**Timestamp**
Wed Aug 14 2024 09:25:54 GMT-0400 (Eastern Daylight Time)



RTS_00335965

## Hardware ^

**Antenna**
Internal

**Battery**
3.6V/57Ah Lithium Thionyl Chloride

**Display resolution**
–

**Ethernet ports**
0

**SIM type**
Standard/Industrial Micro SIM (3FF)
**(Get Compatible SIM SKUs Info)**

**USB ports**
0

**Voltage supply**
–

**Other features**

| | | | | |
|---|---|---|---|---|
| Accelerometer | ✔ | Keyboard | – |
| Z-Wave | – | Magnetic card reader | – |
| Audio | – | Printer | – |
| Battery safety | ✔ | RJ-11 | – |
| Bluetooth | – | Scanning technology | – |
| Camera | ✔ | Serial | ✔ |
| Dual SIM | – | Smart card reader | ✔ |
| E911 | – | Voice transmission capable | – |
| eUICC | – | Wifi | – |
| Expansion card slots | – | Zigbee | – |
| GNSS | ✔ | | |
| GPS | ✔ | | |

## Software ^

**FoTA For Baseband/Modem Software Update Capability**
Non Verizon FoTA Solution (only)

Developer Kit                    –

RTS_00335966

**FoTA Client Type**
—

**Operating System**
RTOS

| | |
|---|---|
| Diagnostics | — |
| Security Level | None |
| EMS | — |
| MMS | — |
| Remote Management | ✔ |
| SMS Capability | — |
| WEA (Wireless Emergency Alert) | — |
| Persistent Prefix IPv6 | — |
| Mobile Private Network | ✔ |
| Fixed Wireless Access (FWA) | — |
| Split Data Routing (aka Dual APN) | — |
| Multi-APN | — |
| Global Capable | — |
| Private Wireless Network (On Site) | — |

## Chassis ⌃

**Dimensions**
—

**Weight**
—

| | |
|---|---|
| Rain & dust resistance | ✔ |
| Vehicle Mounting | — |

RTS_00335967

**Operating Temperature**
—

**Storage Temperature**
—

**Relative Humidity**
—

---

**Network** ^

| | |
|---|---|
| **NAT**<br>— | Fax capable — |
| **Routing Protocols**<br>— | Firewall — |
| **Security Protocol**<br>— | UMTS — |
| **VPN Support**<br>— | LTE — Band4 (1700 MHz) Band13 (700 MHz) |
| **Numbershare**<br>N - no Numbershare | |

---

**Contact** ^

**Website**

www.comology.us/

**Technical support**

**Address**
1045 Bryant St. Suite 101, San Francisco, CA 94103

**Phone**
914-584-8103

**Email**
ben@comology.com

RTS_00335968



RTS_00335969