# EXHIBIT 6

# Web Data Collection Report

**Page Title**

Physical Camera Installation & Removal | Compology Help Center

**URL**

https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Collection Date**

Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

78e5c85b21c82ee23c9b91b0caddc3f2859ea9e2f8909813b6dda32f2417a6272b38cf1b
c17135dc73658fa67c44772a25ac20c9f9ec763c009f085409ff7b44de8252913c779a25
b9b146a8fca640aab112659bfd35290ebda285d665c14c257dacedaecf262350857e06e9
96dfc80df3e06602e44d6bfd9fb435849dceef2e152d29155bb5a92af125597fb1819440
9d7d90873b726aa068f8e142997a5a25bcae4fee79a36dce8a699922569f2ee8a99664b9
6d47e12a053a7ddffe2996a9619376e336fe1f4ad734eb9191e694f3a8f89509b60aaf7b8
b66cfb156d0f8807d279d820dfaba3f8a2f2ac2269ec038701f0864a2a49d29784af7667
2d962d5

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

7e0f58f2ee1366a88036af3996dd7783ea6f2d9b29deb4042bf5f543a0166c6e

**Signature (PKCS#1v1.5)**

68298bdfbc516a8744a6447e2c3eb425f616a5b9772f4c43879a72ae354ad64b6771c82e
dc4c79255956ca9c3230ac2062c2763dc62540f0ec61b225544584521a1d748e36ad6baf
c4dbe0c85fe30e0b6369f2658cc5dc6af8a583146dcbe3b5f6b64c46aada532c516e482d9
c3a4f422f86297c3c17c36008da72f2ca4bcd3e5150df6946124d5dccaeb4a8d6e33b10cf
f7d1160929006bfb9399c4897c33c7f268690bc9e9b54c98400dc4bc84a96e06aac9f1720
14a651f0fa1155eb0b9047976b2ce7ce09141f565f4e63ea9617900d6d2b8be5dbc1c4fd6
133e879df6e30b5058656d17f5018f20e069e95aefae1a8ceb09b5ff160300fbb052c67bb
d48

RTS_00335710



All Collections > Maintenance & Installation > Physical Camera Installation & Removal

## Physical Camera Installation & Removal

Mounting instructions for front load and roll off containers.

 Written by Dana Beck
Updated this week

**IMPORTANT:** Prior to doing the physical installation outlined below, please make sure you've completed the digital installation:

**Digital Camera Installation & Removal**

### Table of Contents

1. Camera Types
2. Required Tools
3. Camera Placement
4. Camera Installation

---

### 1. Camera Types

- **R13S** - Inside dumpster mounted camera (used primarily for front loads)
- **R13** - Outside dumpster mounted camera (used primarily for roll offs)
- **C01\*** - Outside dumpster mounted camera (used primarily for compactors)

R13S                          R13



**File Name**
https://help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
ad5b39ec076e35f6d5c9c1efd6d3b172d0b11390e6a10a2bedbbf503bdba5679

**Signature (PKCS#1v1.5)**
083f8432c1e6de96d2bd426240b8a45214af331997f8c12509d6254954325aa156ae48366662f6eb6
857cfa84aed1f18d8a97c342a71c82425569a494babec9b963251418c15b972a48215ad2d70bddce0f
86e5dc3a6ec5d7e389d19d57e417329a849ebeebe4099f1d0d590641a9190d9f63d38010cf85336ee2
7ca8040a9eeb213c2c1689fff0a1f7f5a8d5301c395b61166ac35597d06aca2bebc3d74b1461a5bbfe
2c26c8221cae328ed72210be78f0df235c5967d060c3ce718bace80a0186d19dc6c312b61d727fba9e
c715d1dd4726561a96810789723f739f2207dcf512f3308b1331ac7ac7adcf22447351692e337d73c2
3889d2ae56d380a0ba104

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



## 1. Camera Types

- **R13S** - Inside dumpster mounted camera (used primarily for front loads)
- **R13** - Outside dumpster mounted camera (used primarily for roll offs)
- **C01\*** - Outside dumpster mounted camera (used primarily for compactors)

R13S                    R13

    

*Image of C01 Pending

## 2. Required Tools

- Cordless drill
- Drill template (shipped with cameras*)
- Washers, bolts, nuts & rivets for mounting (shipped with cameras*)
- 3/16" drill bit
- 1/8"- 1/2" step bit

R13

- 44mm hole saw
- 3/8" tri-groove socket

R13S

- T25 security bit (R13S Installation only)

C01

- Riveter (rated to be able to pop 3/16" stainless steel rivets)
- Bracket placement spacer (shipped with cameras*)
- 44mm hole saw
- 5/32" security bit

*Additional parts can be shipped/emailed by request via support@compology.com

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
4431478d68ba2576f6dbc833a94b355d5fc805c7068bc3a0df735e9c16d6c2f9

**Signature (PKCS#1v1.5)**
80913276889c88011f2e1d8417c617cbb11381d15bc50db24d8e19643ed7969853b9c7df7cfebe7c33
2df1b91230537d7d661e5d0adde034aa71a0d4eb3c31bf3f817b38e4d5719619cf65651137606b433
38f49677b6d7b9cfb9de6f30375db96c5740b0782c2125b82a54fc5cbb794a7de98b125f0f9e30cf8
d20ec391c6ee725585b6c3670be97a0db5040e2fcc4071c1e017fb3b554d12ca6de854ccbbcc46dbb
98fe06d45752d0ce8774d6e4cc87cd56f6842c12608ce3c733dfe0b70bf84fc23cd2b565a66e659cf
a401855bc86055db10b6a53e2132f1975de14c4fae8369310b21c73f662a5a3077fdb6559478dcf4b5
1091c7ca6a1ab39b20b285be

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

C01

- Riveter (rated to be able to pop 3/16" stainless steel rivets)
- Bracket placement spacer (shipped with cameras")
- 44mm hole saw
- 5/32" security bit

*Additional parts can be shipped/emailed by request via support@compology.com

## 3. Camera Placement

- Keep the camera parallel with the ground (example below)
- If a container has a sliding door, make sure the camera is as far back as possible to allow the door to open at least 80% (detailed view and the bottom of this article).

R13/R13S



2 YD TEXTILES



2 YD FRONT-LOAD



3 YD FRONT-LOAD



4 YD FRONT-LOAD



6 YD FRONT-LOAD



8 YD FRONT-LOAD
(NO SIDE DOORS)



8 YD FLAT TOP CUBE



8 YD SLANT BACK



8 YD SLOT FRONT

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
c3d9b2565539523e4269b22873da470a90ef89e8013d3fa347ce5146eb8836bd

**Signature (PKCS#1v1.5)**
72736101378d466a38228c2e1c7e86ae90800330c0a631a205f0d47ca800b2c68499e6a3cc5a89b925
0babe56c39975b89ba48029759a01afffa6b61b70844b0daa223fa40eba8ed323714e9b562bea6da64a
236f8b999434f1a4cfad45fb9f43fb7a453913d199d4a3b9821f6cd0f4bd848fd1a58008f7ea1013e7e
be8c715a82074c94daf7a54dd6eb69bfd6ea443332f2d9379973cc5563fbdcb04b51afa212182e0ff5
fb2110b46cd2da7ae70aedf03d75a60c45e700666e3a09897d99aaa7b3b8db3ab6defbd44cb133c56f
41c90bdd98fe44dd784cb11d78be0e1f8cf89fa4a0a18d108dff41aa73bb921e7c9787c62c93a43c2023
cf4047943bef75caf

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



8 YD FLAT TOP CUBE (W/ SIDE DOORS)    8 YD SLANT BACK (W/ SIDE DOORS)    8 YD SLOT FRONT

8 YD FLAT TOP CUBE (W/ SIDE DOORS)    8 YD SLANT BACK (W/ SIDE DOORS)    8 YD SLOT FRONT



30 YD ROLL OFF    53' VAN TRAILER

C01



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
cdf2bd1177e7128189e3254c7a3dc938c870ea457d8a68b3c7a138dcd6c97712

**Signature (PKCS#1v1.5)**
5c0de407731737fd0929f395d37dcd4d5fed7bd58ed22da0d03014cc0e5ad4edb5e2e5f6db3890ac3
b7a933c9f5ba3e1b67548a8f3ad98a5c91b2ca4c5bdb9d6fc0450c4f29cbc82cd07de94c6111e6d25
d624c7230ed3939a76b1c70f5858fe014bba26244f8c01cf2d90f993eea77b0726eb063e4d5c5bf39
1ebc4cb9658c49077e2e2dd2e018b52abba117f4d93a6400d5cf07974386f969fe964f2256d790662
bc7a13b5bfe51032ede2077fbe67bc25f703b02b3e90722af06bfba6fe585d62e55b00c4c30af30362
19b9744f6247c3d7da007176b0fb45bd474930c0c6d5d481368117c4ae45ddc5d07853ffe5f9ca775e
84cda1f443b2c29a97661bfa

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



## 4. Camera Installation

R13S (Bolts)

R13S (Adhesive)

R13

C01

---

### R13S Camera Installation (Bolts)

1. Peel tape covers on the back of the Cardboard Template (in the box on top of the camera). Place template in the correct location on dumpster exterior surface



2. Drill two holes where indicated using 1/4" (6.35 mm or larger) bit

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
89cd623e374bbc8abd0589818815920bd81dc52d8371ff1282d24f86b568c714d

**Signature (PKCS#1v1.5)**
55777a7ced617d790aa81cc479fa1258bfda8dfee83890a32ed81523d1985b44e210e212bd214f0edb
68b8f64a84fbe33fc97f3f15af825ccc61d3b2a938ece96b2c0588d3a3d7e730e69e958ba15e819c55
9d6248cdd618040d9a54f01e11731e180498b608483a757f9a78b6506dff34426dbc701737db38d4
5913acdc6bc503ef2d4ce39de80be3994b94ba44c6315b79a41ffb7554183097a85a1a63170eea313
fc635c84e3709f12e34bbb143c5ddc6c19a8acd981890125e5012dd7557dc510558db52e0c3231095
9208d33e75e3b6d2d851f726d518883a08c8ef74350012add557eab0719fd5c5e848410f658e31234c
b2680aa3e44fdffd7b5ef01

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



2. Drill two holes where indicated using 1/4" (6.35 mm or larger) bit



3. Remove and compost (or recycle) the template



4. Mount camera using screws and lock washers. Hand tighten securely with Pin-Torx T25 driver. Do not over-tighten



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_5.jpg

**Hash (SHA256)**
581a60fc6749c43939ff29fb9f73264ea8d55636995c6ce42f991b7c19a99e6c

**Signature (PKCS#1v1.5)**
7f342f5bdbb84ec987e804b35fc02ca081a5948045d9793e9509c4fc0a711657de3e406b83d7a7f533
2ca4966fa22cc1a02641e3595e5b7f96efa3fe90b717580f1b28e571fd61bd2b5107f8ff64222cae65
e17c29462345f4bb6b8f14d3c3c88878dffc265f07b29a4c53b93efbeb14a8ace984d5eabfff892b6
49c3cdf5771740d0b6569401bb71447df5b506bd8a5079bd30556674f2e51e8c81fed9519686395be
633a385a529286f6fca381b157c1a3ad90da8864a80e0433076987707ea0021d96538f639a840f391
c9317bb1a429133d44339b0a31520db04f64f22da2a550597145238a1bba3552f4e93f82b0f0e0f5d
625532ba3793961088276fc7

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



### R13S Camera Installation (Adhesive)

1. If the camera and bracket are separate, remove screw covers on camera using a flat head screwdriver.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_6.jpg

**Hash (SHA256)**
a7274535c51aff40a086bc7a488365c8b1807614bd863a1cff0348917e74529d

**Signature (PKCS#1v1.5)**
6ad8f30049418c070c9116a8c9076648e3a447f5f5fa9c4208fb0357563783331f6c3b91caa737437b
9b34c86134dc167b785bd196d33a59aa2fda077c48c920dfa9f8bf1c642f7cc260c8789d7f518aa819
6560eaa3499df399c48f203da2dfa6e9d04006f8fba189ee48a32e900c23b1435124185fb99cb56f6
0e3bbd877d749aed8ca01198e510fe2c78e1e39f498fb56b6853029837086092d86ddbfef383d63cb
9d364ba5984e64feb169a0ec5c6e91d158f2ee92b3010410235a9b187f6905cee411b06220107944ff
533f6be90709b69b13aa3a666909f1242899c7e63be9d5eba54f57736ce701e0c87c56219f4bf98f6
bd3b34c64e65a56f9e077f11

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



2. Attach bracket using 2x M5 screws (included in adhesive kit). Replace screw covers.



3. Prepare bin surface using scour pad, making sure to remove any loose paint, rust or grime in mounting location. Ideally the surface should be clean, painted metal.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_7.jpg

**Hash (SHA256)**
2fbd52d3121dc24ff2e759d3c4df75aa5987b0e56afd3115ad74ed99a7a2857e

**Signature (PKCS#1v1.5)**
3ef8f9cd091d66b1cb7c0e415babbbdde2bac89b69ef06287432bef8059ef224ecced689f0a78fb2d
7505ee011ad3ec630293fc9f1e49a9245cdd58a25e47ef1cbe979c735b4f19cdd543b0b6b9e2ad5e4
c56d39cd807abd9ec6e7fa503f20ce0581a1e45c765241eb392809aca6c7551e4258a6538403e4cd3
e56e5ab02fab310f314709cb8b64d6954e6a0dc60b0a3affbd2357dee1538b49b917590e9acf25492
2b738b969ed3b1bd459a94d08daca4008f9440236ac9dc90228fc71d481b74b102e36463d87231a08
a66a24163113afc1f470552142f4ca00d6fdb8f2dd3afd68ec2a7d663573c9cdee7cbab4c96d3b7054
443f9b7c306b70df3ca58d21d

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



4. Take the alcohol swab and clean off any dust from the scouring process.



5. Open the primer tube by piercing the seal with the point on the lid. Spread a liberal amount of primer onto the mounting surface. **Take care not to get any primer on your skin or in your eyes, and keep away from open flames.**



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_8.jpg

**Hash (SHA256)**
dd00d7cf9f67c589607d03dbad5f059357fe82b2052883a5ac17b2c4dc0364c9

**Signature (PKCS#1v1.5)**
0304747686e6c9518149ec1c16a2509cfcaaabef3c0ac94943b0d0eae7c9851f7cafb068e9d05702c
73cc13ba61b240acac810776aa906b75c3acd1d46526d40e2c133d7c540843a6621d08729180966b7
eb22c493393d258da1ea7e6916eaa9bccdc7ec9a363e9f13667ff3bda428da050ed85ae04d9e1fb0e
ba5361701bb7d031796d4d1b80cce31bec76d874713afa0796a96add9235ec87470a08a2a1151e0ec
768fe4766c56591b42b1a88cb6694d19e59d8b641705fe1cb4e1622f0809eb04033aa1838e74553c4
af3bc5cafe381e4449eae6743b7581098686e7a2cf416b55f82f0c0a8d584697b0312d16677be774d
00397f72084e57d01a661ab048

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



6. Using the small brush, ensure that the primer is evenly spread over the entire mounting area.



7. Peel off adhesive cover on template



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_9.jpg

**Hash (SHA256)**
f1f2dacf89ca7c473848230ceda7ee2d32fe491eef1f815ad612ea7f9da6d6a3

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
1f9685da3cc613e0fb2df6997d51789eecd79b530af56a95f1b6d7c70dffa922aae055d89d318b67c73cb7c922e53c5dc88ad24c260c5b01c9c632181ecebf9424d3fcf5054bbd8e645b7566e3bb28796bfcb5b2878587a8442f4bccb158f31a10c56390f5cc956dd3870ed91c52609a1a479281f57cc2a202c8c13450d17a35cbd467338fee8e4d4666d5b18ef643a5ddf6fcef07b07e180df4162763d6756e68906e7db14eab7598498ed9f91b2ac639351aa318bbc89862e12d7055dae09ae39d50cf64eda7c79344b813198306d6d8ab1accc57c5f2989a2b26a6835b8d89db96cd66ac3df62bef8b3a7bbc02e76e821ba21770feee75e85d1de6c6435be

7. Peel off adhesive cover on template



8. Press firmly into place, exerting as much force as you can. **Hold for at least 30 seconds.**



**R13 Camera Installation**

1. Peel the backer from the Paper Template Label (in box behind camera). Place label in

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_10.jpg

**Hash (SHA256)**
dcb74a28597113c9d9b85b849bb4fa4d918acc676cb75335622e3d15cc2a08bd

**Signature (PKCS#1v1.5)**
39620f96227b794cf170ec4098078fad7fedc6d45d6980172733751a56ca71e58960c76ed4cc5e5c5
a9fed555d94dbec6b4a9e120ac3759c8f2ac849a689edbcdfe91a82895e689bd1c5083c7e13367ac2
c169701ec7d9753b6fc4e8aac5a73ea8027515300264ac61d65adcdc27844b3ca719d22d78a5c23ca
4c7657400fe741159df0e0e39f5d0594570de7b245afb7af6305d66e5de7e6a838ed6c73dc24d93bc
6c25027def52dd676b045ead8f63f0d8494601fc5c63764848798afa7d402075a7c61ecafa580e6315
2723de5342b404a993f97e1b9a6fc0e29e803afee8841b634ae5a642a79b7c91f7328e08c74ba3ec0c
8b4100f31852c127ef9716f3

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

RTS_00335721



### R13 Camera Installation

1. Peel the backer from the Paper Template Label (in box behind camera). Place label in correct location on dumpster exterior surface.



2. Drill hole saw center and corner holes using 3/16" bit.



3. Remove template label.

**File Name**
https://help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_11.jpg

**Hash (SHA256)**
61039ab207bb966c4341bd65b8d24238c4e0132f232fdb84ed99a3a9c9a325e7

**Signature (PKCS#1v1.5)**
5076212a85fcd986bdf8dc61293e07958d9a6484672325999ebdc109738541960ac579505877590973
0c6cb229b61f3edc4303fe00b3a24f3fa6856f092077eb712aba7502c56ec5bf7748d820dc79b00b8d
e2a88316ca5908100ee2d3c7270b61f59d13a2726d11329ea2e21e60b60c54b524f76d96640cb50a592
c4f7d3ed6ccc172fdc6ca20791c1c5aacdb4f606d8072b5100bba60bb99aa122dd170b117b30ba4ba8ed
a21cbfb7118b1ffecaf9fd755f56c2d486acf0710749d2351b0230c26778f4e2c197461e64ccf2988f32e
4b0c78a468d05fcf755a5fffbbc83e1873815e689e0ead6f980f5627f11fe3ed7d6eb150edb337a1cd3c
18b7f3da484c

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



3. Remove template label.



4. Drill out 1.75" / 44 mm hole saw.



5. Enlarge corner holes to 5/16" using step bit.

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_12.jpg

**Hash (SHA256)**
32535dbe7dbd24881d4826b4f82e2061d54c22a1a5903d8fd369d07af8e98651

**Signature (PKCS#1v1.5)**
1a4e66d7452740bde9b25b619f7b3a5162c6204ed55251ff8cf215e6bc38ad4d7033271cb87b55373d
b10b2b2791d12a374bd8c3b0d953423e0e5a058b165c2760a03a9c12e847d45c88b1f922bfe65884ad
ccfb2666a3b3ffb65eeaa5fa9186ab936ec44051bc37f52301641fafd408c95757073e38b875042775
5184a24e10294a060c3ed4677e42aaaff1d9b9471c23c3212611ca14e2f514634263b0da3e76caeed2
49aff6033103ce827440632faec4dafb9513d74a118a3f6c976ee1eebd81582930bedd616ce47753f8
19f78a66a4079e5ae1ef07a1d75b28a1b5b867b00797316ae892a8481b86041225ccff917aa0b04d7
e8d45bbafbe6e0d264539

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



5. Enlarge corner holes to 5/16" using step bit.



6. Peel and discard tape backers from inside surface of steel shield.



7. From inside the dumpster, place shield studs through holes and press to affix tape.

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_13.jpg

**Hash (SHA256)**
7a526d4ed8e30a17d4cf9dd00ff98e007d096fad6dbed8d6f0254d53b89e2fe2

**Signature (PKCS#1v1.5)**
473901c6401862c1008882f71a37ccbce3868765de71f19005871a758ef2532af28d827f5b6a01cd6
56d1cadcabf5ccf8434c858311458d7dde31f8de2e50082a5566fc4832a41a7c105323a69cd96377b
603686ada1288b4aabb59315b4378774a5173dc63ff5a0f56278f7e3fc931e12693974a88e1cf216d
09af789e6dc0683019e0a800e6d4b396b8abdce533e4ae251393b6432a1ab51a82124fe2b480a4ae
966c802465e222f1d38bceed1244a56255edebcba49830edd3be9afe4729670c2cc5c34bdef098e2
9fbaa50b49c374526116f235121844be3fd17e4e006d2fe9d6d4b3b0a062dece57fde61b707eb1d1c
bec7f94b3ab25423bca98342de25

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



7. From inside the dumpster, place shield studs through holes and press to affix tape.



8. From outside the dumpster, place camera on studs and flush with bin surface.



9. Add lock washers and security nuts to studs. Hand tighten securely with security nut driver. Do not over-tighten.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_14.jpg

**Hash (SHA256)**
b4a518562a7ceba08195a12ee930d700bd7605ce91e19225d740fed1917895b9

**Signature (PKCS#1v1.5)**
5e89c30b97ad4ae4d7e6b61a0c723a8f2f0bd5aed79d7a389f56de384407424e42417e745676db3504
bd7d466ef0f7c9b926cdabfedd5ed5a3538013fa63724a979ff6927f40d126e2ef56c5acb521d85169
6ec6e382c543b721e61f1d4a78e46058ab71dd111b70d99d8b9af4c388a027f32f7e8d864ba78af43c
a28ab21aa0db4530f9788561f601703d7b50011dcc7356ac206b464041db5e66e949f88f2ccd690ec2
c321526c121e5e3d73d5e4968224ee17b93ea5d4fb2143ead3af39cf5945cfdf93ec136fbea9f6b19df
74efc5a064672aff76f2fb20c27436b948166ee07f6c3bdaf2d79dd4dd6bc339eba7c2dbe235842f5
20f304c6fe39adc42dc0

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

9. Add lock washers and security nuts to studs. Hand tighten securely with security nut driver. Do not over-tighten.



**R13 Camera Removal**

1. Remove the security nuts and lock washers.



2. Remove the camera. If seal is stuck to the dumpster, use the flat head screwdriver to pry off.

**File Name**
https://help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_15.jpg

**Hash (SHA256)**
4d75fcc2eaa72d6358bc5753685dffeb0851da9e2e873dd2d96b1acd1a3f5ecc

**Signature (PKCS#1v1.5)**
597814d76e6652f3963fccfb825571edec9866f7676134e82ba3faa8308fc5cb89893d17d8dbc7abf
0a98b9f5d3b656a7ad3d33067937c34253557c5016e97fe334c18cdcf5e5c35e9615f8f4f255b0d12
48fb69b4d0ab2b129606d81ff48658c2f591627df5ce2a588a63d57422829eeddf6edbfa6ba5669b9
a0dbe8cb5ea22f9988c803acf970280a2dd760c39489c67ada87f7b4e3d140c770f305a9ce6d5d14e
87d51594ea292d94813d07ae6e1d67d1a862720b592b8e210ba6db814b3b8bf94e8b91218f43382fd8
95480e7572773828131d1597878222617eb6fe9406b30cd73edf60a83fdfe82fecb62cf91cef9327c11
474fa880aca132a0b89f70b

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



2. Remove the camera. If seal is stuck to the dumpster, use the flat head screwdriver to pry off.



3. Remove shield. If tape is stuck to the dumpster, use flat head screwdriver to pry off.



4. Place the blank plate on the dumpster from outside, with studs going through existing corner holes.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_16.jpg

**Hash (SHA256)**
23686b837ad588a0ae52a8df818f3dc2d52fc6ac56bb470cfa5791e7570bce30

**Signature (PKCS#1v1.5)**
7e09e8869638414909b7d3c0661d5922be86beb0b9db48bc6022f89af16fe084582b09b7c07ed3013
e8590be4c6f01ad24e7e8bf7ab9a41ed37621c4e0f5f921644a511449609f99d50dd9e2ea732af5d7
2de20df9364edb04d523da2e4f3a3e6eb05d2060b63f623672d3a8ae7870b0c779d778b0991492f4e
6a744d9b5b4a8056457917e25a685aac6e4a44299f8b6716e4370083a636fc5a8fc14ed505821ac2f6
5f43e013fc9108d940391de61a983c97d3cead7c3ab11fd5fe3b1ee0b6465fac63a8434dd904abc8f1b
af199215bf950a6521800fbe9635c4f8139726fdea5b033fd2be7d119c84969eb5b1ddd070e8851f0a
d4156c54efa7aec8623cb7

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



4. Place the blank plate on the dumpster from outside, with studs going through existing corner holes.



5. Add lock washers and security nuts to studs. Hand tighten securely with security nut driver. Do not over-tighten.

### C01

1. Locate where the larger part of the container, the hopper, means the ram end. The camera will be installed on the hopper, close to the ram end looking away from the ram.



2. Measure out the placement of the bracket so that the top of the bracket should be

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_17.jpg

**Hash (SHA256)**
0be933ad25e91936e0a03addbb8cbcd65dbcb0935d9e11d785585feb4760c18a

**Signature (PKCS#1v1.5)**
24e2d460095fc6933684e49b2d2103ae78d0e03ee021968d18c1fa150dada573c0f72f18dd32cdbd6
daabdfd99d7ab2ae31ed70c9f2a5ab149b7a2e585eb61001676faed53f13da54a1ec848245a06e998
58b9798ae1585fc614b53ee1c860bbfd5fb30d865a992de2c3b66fe70e50e7599954b1b54c79b8635
a15199fa3121405de7119dd3496be5db6a44de91ea978ba94766d738ed6c08696d1eb3c9ea492a8a6
ef6e52e2e15f95709ed1f41ecf800a7043acb6fdc48498906c1d295e616882538b1ac26b97376f901
0fd9c042122aa0ea4580009da4f94bf04a95efb9d5f41a5cae3ee88dcf765cf90739a790ecd98a685
d5792c9c1e867b51b58a985a51

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



2. Measure out the placement of the bracket so that the top of the bracket should be roughly 3" from the top of the container wall and 12" from the back edge of the container with the turret hole.



3. Drill the turret hole using the hole saw roughly 6" from the top and 18" from the back edge. This should go all the way through the Steel leaving a clean through-hole.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_18.jpg

**Hash (SHA256)**
99efaf7819915ca51b083a79ff35d5aa293254ee56fbc5bba816ab6613c3b5e0

**Signature (PKCS#1v1.5)**
3e99b529611aac76c4646420424b0d2c7590188d4a342963667f805f43e7d5d15fdafde1023f354bd
adff2015db69226490075581fd0b208342c220bc227638e5e20d63bff4052b38b21c2ce668c5f56cb
779910a98c16dd46663aa7bdc9ba0b925417cb76e9dc2b1e5e8a84bc88c639921501a4c3fa28a44494
30874a082c121e17d0fe7520bd83aee6d1ffdd6e1674f14d567b4af820c073f026547318ad8ea9fc29
7af1caf01e5ecad7d8af32563f3a4c12fad52e74f30d83920edd881300e0f207f955a6a9ea296683c1
d064833f8a6baa1f68c88aafe22521cb6c5bb13148ee8ada3e3879ebb91ee0e9d261a25480f0cdb5b
79c8203cd15a733b4aa82f6

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



4. Insert the *Bracket Placement Spacer* into the hole. It should seat comfortably flat on the container surface.

5. Prepare the container surface for strong adhesive by spreading provided solvent with the provided brush. Let dry for 1-2 min before proceeding with the next step. Be very careful with solvent exposure, take all precautions according to MSDS.



6. Peel the cover layer pieces off the double-stick tape on the back side of the bracket, and taking care to keep the bracket vertically oriented and the turret hole aligned over the *Bracket Placement Spacer*, press the bracket firmly against the container to set the tape.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_19.jpg

**Hash (SHA256)**
c050a94f0e635616f639c992de31304557bde07759884ac594f36739054a9ac8

**Signature (PKCS#1v1.5)**
78914524a759e909ac35fe6788d2bf840b83f50295a2b7026f8ae613ab95400275a7a1c6524ef56a33
a16ed4b0139e25f8d401306627524ae296205d980eeae4f1cfcb08487e54d624009eac735a6521d894
97b530f56186f766f5f1f26009e7927ab70b007c3df15989f131a9e4218aaee55bb7215c8fe81d1f43c
0d6c3e515ecfb4b2df8f276f2c5e6ba89f2dd3c96ac2c4e205cc16fc7aa8c70293b43c417078ad4de1
176f6b699a5c83cb543a0cb9bf79a3507287f41b3f7d34eb3351187ae90002a06092a53fc253e8a834
c914764956db7e10b8b00f2c380b5dc652950cad18b5131f7dc1523f181b61ec72ae343c80c0cf53d8
8c96d409b7fe1a54c9e

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

6. Peel the cover layer pieces off the double-stick tape on the back side of the bracket, and taking care to keep the bracket vertically oriented and the turret hole aligned over the *Bracket Placement Spacer*, press the bracket firmly against the container to set the tape.



7. Using the 3/16" drill bit, drill out the 8 rivet holes.
8. Using the rivet tool, set the 8 rivets in the holes.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_20.jpg

**Hash (SHA256)**
9e883b20d5023351cd05e0d576ec0c5d15098849a205ea1d04973bb7f4b14c22

**Signature (PKCS#1v1.5)**
201464cf830613b329e64eed142afac627c1d48429238612dd7222ed1c93c3797e1b385c3f9374bdd
fcd1112bec375228eaef749d8806391bfffe4ff0cd3265fad0903cb224283a21c4e959eaeaaacc873
710e65ef070863a008ff4f1e19437805395eaef9200778340cecee1bd5d25c9d04ff7da805547199
ed9d2cdfeee9038b3d5e996a25eb4c115273a87715f8fc51a9859b226b5a7859f79a5c79ce2ae52a
ca6a89a4759f9bf92d03045ad396643c72280cdabeeb09a6975054337ef19378265c84dc139e6ae
0de880598034a7404ee986caa3707c0626e255467d803e6dfe0751b6d7acb1b79b94ec50ceadc37
a513776a5597564ae541cd58df2a064a

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



9. Place the camera in the bracket and attach the 4 security screws using the 5/32" Pin-in-Hex Security Bit.



**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_21.jpg

**Hash (SHA256)**
a320e187522a8aa57d3477fdf8c97e574b4d018d09772c36939dd7449719deb2

**Signature (PKCS#1v1.5)**
5ec33265835c67157101d5bc67aad67ee153a3bacad493defc0578c1f619f1fceac00d806a56b7cc88
ee14fd6fe72e52553316b084716325f32d48e2125dbd4c34175fd900799098debbfa23a7d3bdc15b
ee3ec13527ba37996a854bae395582ab36848b7d6dc795d90c52fa4a866386a31c34e7f656798d25
73040c7ae882adde2450195c7b9c1ed6cc41997a36463ea368aa6a8507383ab934adf7a99342b28f8
cffbbe20393898c3a020f1c1980f85d20e9560b4bc9103b85e9d20d595a06877a8fbaa70803bd3dd8
be9a2f1bd2b326bc902edf84a7d0a68b1110afabd2a1a3f32de44a7ac2411aeb7157778ee33c099c27
d2585767e48f8484fc4bbb878a9

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



## C01 Removal

**Tools you'll need:**

- Cordless drill (recommended: Power rating of at least 12V)
- 5/32" Pin-in-Hex Security Bit

**Parts included:**

- C01 rear housing cover - PN 100-0028
- 5/32" by 1" #10-32 Tamper resistant hex screws x4 - PN 200-0028 (if required)

**Camera Removal:**

1. Remove the 4 security screws by using a 5/32" Pin-in-Hex security bit.



**File Name**

https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_22.jpg

**Hash (SHA256)**

fbc0d753a70c912feeae955dee5b56a5ff942378d421137378869d3101b58405

**Signature (PKCS#1v1.5)**

2d0fe0fc1010a6057b8656df25ca3ac1ff469df0b3dd2d74b3960e36d4b43b218f622fa25de2a0c3f5
90d285216b699dc5fbb4c645dcd5ea6f24f18c97eefc9640e2a846f52a746c36f7650b958e4019178c
f058db5152354a79021b5477c5c777c1247aea9fe743b700710ffdd024b79891d3ac526cc17cd7cff5
eaff5d644b537db388afa5bc86c6213e94f219bf837c93c1ec03a22038751d118be08b6d28f5abe3aa
71d21a5dc91fa89bc4bda1a642a7fc705d83ee76172a76cb308ecbb9487625d43faae1102b178d234a
cb78a3a8eaea05e67b21d3078341f775fb6a3905da6e066f576327dc6f4877f5ebbc96c87e6124825
97cbb1d4296b1705018cd

**URL**

https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**

Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

RTS_00335733



1. Remove the camera. No need to take off the bracket.



1. Place the rear housing cover on the bracket, and secure with existing screws. If screws are missing, please reach out to Ops and request.

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_23.jpg

**Hash (SHA256)**
ef87d79067e000242ef8abc3e03137aa11486c42d7b3f8a803c61b5423794c6a

**Signature (PKCS#1v1.5)**
2e8c19ea8ec67f5d7314cc94df6cdbeac658d17dd01c4643d683d5e7341e424e11e0920c6da6cf69e
d04c9848c2b1a36b91c539d8188b24511298a37948fd9c9163e33306b9a2855caa650b76ef58acba6
97496b6d2b1ab99a327402590c6474feb7cfdf51f6aec68b719c9f08759161c02cd16554d7f18d63cd
5ce95cf4a4d5db8f3b382148c0939a2409079b34da4abcf397180202cd0545c06e6b5d4ac1e76420
88cd064f246b4296255d9c4368182cd15eac3ce1fb03065b8e965c1f46846a966d24dc39ef383954
dd82576aab6448d23a81232a1e0956fd092077049bd4d3684bd18d81305cafa57ffd601e9ae63e0c7
7856cc4c0e65d4db96fa8ccf48bf

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)



1. Place the rear housing cover on the bracket, and secure with existing screws. If screws are missing, please reach out to Ops and request.



Did this answer your question?



Compology Help Center

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_24.jpg

**Hash (SHA256)**
dbca010ea6fd82e5c5df5199238083fdd3fb11a59c3a937eec1009d649abf85d

**Signature (PKCS#1v1.5)**
2565cab7bb796e595306021b328d9067f1a5e94a741afd184b9900234e41bf3bbc4995e67c41760d2c 95bd9f21c0a463f7f0cc8c063daf6adbd2d12f0319b85ae47432242e52294159dc53f0da4cb17b4504 990d48a5c4870f8cbdd61a7e6fa40b9e6d089453a93ea4bbbc26e3b509f9759e83cec65c30ab9463c4 7e753cf2f92a7fa9fffdbacfb76027fefa15313d641d610b23f9f9143a2c227fe501bfc667b6b5a14d0 d5eddd4613e44f77bf515036e039fa17dfbeb7900c0c39669a41b373b43697ec11b4936b866095af28 21af1acd9641e1ac40a0c0ee6b08e421cbd6b94beb78f3bdc3341bf440f0cd35d0f7f43e5bfc5e999b 55e389c608926a1084d

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

Compology Help Center

We run on Intercom

**File Name**
https-help.compology.com-en-articles-4571899-physical-camera-install-Aug-13-24-07-40-45-GMT-0400-(EDT)_25.jpg

**Hash (SHA256)**
68e46720858fca20a3868c84db3fe3b84947a7a8eb53c77aaf99cc666537323e

**Signature (PKCS#1v1.5)**
72c1bbe1e8a8cd7f42ea7b507b99d6c78b9af30bc4f65853e26fd04136fbeb228c430fabfc7edaf6139
e2b6a29dfdee76a38815fe17d3b9f6adbb51e43c0e0b1ca4ecc4210f30df069aa16d9f5855dd3f5eed7
85e3091d522907efac572d7815315987f711283c0eac70e3495164b410f2e75c2e9fbaef2c95121e3a8
cf1f127875fd661efcb99cf55bc4ff3275fc711499c97ffd4e01fe93d18660189b3f267360c9ab1ecc8
ee471ea51a64887baf16382ebd421499aafa81f23dad9a136118807eca3d29bb273eadfb5947bbcec
a336f4e23e7e029d017e6ceacd8dcdf290b8a355928c45028934035e7bd02006362a770f92907831
b1cf71cdd4e2d491c00

**URL**
https://help.compology.com/en/articles/4571899-physical-camera-installation-removal

**Timestamp**
Tue Aug 13 2024 07:40:45 GMT-0400 (Eastern Daylight Time)

RTS_00335736



All Collections  ›  Maintenance & Installation  ›  Physical Camera Installation & Removal

# Physical Camera Installation & Removal

Mounting instructions for front load and roll off containers.

 Written by Dana Beck
Updated this week

**IMPORTANT:** Prior to doing the physical installation outlined below, please make sure you've completed the digital installation:

**Digital Camera Installation & Removal**

## Table of Contents

1. Camera Types
2. Required Tools
3. Camera Placement
4. Camera Installation

---

## 1. Camera Types

- **R13S** - Inside dumpster mounted camera (used primarily for front loads)
- **R13** - Outside dumpster mounted camera (used primarily for roll offs)
- **C01\*** - Outside dumpster mounted camera (used primarily for compactors)

RTS_00335737



R13S    R13

*Image of C01 Pending

## 2. Required Tools

- Cordless drill
- Drill template (shipped with cameras*)
- Washers, bolts, nuts & rivets for mounting (shipped with cameras*)
- 3/16" drill bit
- 1/8"- 1/2" step bit

R13

- 44mm hole saw
- 3/8" tri-groove socket

R13S

- T25 security bit (R13S Installation only)

C01

- Riveter (rated to be able to pop 3/16" stainless steel rivets)
- Bracket placement spacer (shipped with cameras*)
- 44mm hole saw
- 5/32" security bit

*Additional parts can be shipped/emailed by request via support@compology.com

RTS_00335738

### 3. Camera Placement

- Keep the camera parallel with the ground (example below)
- If a container has a sliding door, make sure the camera is as far back as possible to allow the door to open at least 80% (detailed view and the bottom of this article).

R13/R13S



2 YD TEXTILES          2 YD FRONT-LOAD          3 YD FRONT-LOAD

4 YD FRONT-LOAD          6 YD FRONT-LOAD          8 YD FRONT-LOAD
                                                    (NO SIDE DOORS)

8 YD FLAT TOP CUBE       8 YD SLANT BACK          8 YD SLOT FRONT

RTS_00335739

8 YD FLAT TOP CUBE
(W/ SIDE DOORS)

8 YD SLANT BACK
(W/ SIDE DOORS)

8 YD SLOT FRONT

8 YD FLAT TOP CUBE
(W/ SIDE DOORS)

8 YD SLANT BACK
(W/ SIDE DOORS)

8 YD SLOT FRONT

30 YD ROLL OFF

53' VAN TRAILER

C01

Camera

Camera must be installed on
the **hopper & ram end** and
pointing towards the door

View
area

Door

Ram



RTS_00335740

## 4. Camera Installation

R13S (Bolts)

R13S (Adhesive)

R13

C01

## R13S Camera Installation (Bolts)

1. Peel tape covers on the back of the Cardboard Template (in the box on top of the camera). Place template in the correct location on dumpster exterior surface



2. Drill two holes where indicated using 1/4" (6.35 mm or larger) bit



RTS_00335741



3. Remove and compost (or recycle) the template



4. Mount camera using screws and lock washers. Hand tighten securely with Pin-Torx T25 driver. Do not over-tighten



RTS_00335742



## R13S Camera Installation (Adhesive)

1. If the camera and bracket are separate, remove screw covers on camera using a flat head screwdriver.



RTS_00335743

2. Attach bracket using 2x M5 screws (included in adhesive kit). Replace screw covers.



3. Prepare bin surface using scour pad, making sure to remove any loose paint, rust or grime in mounting location. Ideally the surface should be clean, painted metal.



RTS_00335744



4. Take the alcohol swab and clean off any dust from the scouring process.



5. Open the primer tube by piercing the seal with the point on the lid. Spread a liberal amount of  primer onto the mounting surface. **Take care not to get any primer on your skin or in your eyes, and keep away from open flames.**



RTS_00335745



6. Using the small  brush, ensure that the primer is evenly spread over the entire mounting area.



7. Peel off adhesive cover on template



RTS_00335746



8. Press firmly into place, exerting as much force as you can. **Hold for at least 30 seconds.**



## R13 Camera Installation

1. Peel the backer from the Paper Template Label (in box behind camera). Place label in

RTS_00335747

correct location on dumpster exterior surface.



2. Drill hole saw center and corner holes using 3/16" bit.



3. Remove template label.

RTS_00335748



4. Drill out 1.75" / 44 mm hole saw.



5. Enlarge corner holes to 5/16" using step bit.

RTS_00335749



6. Peel and discard tape backers from inside surface of steel shield.



7. From inside the dumpster, place shield studs through holes and press to affix tape.



RTS_00335750



8. From outside the dumpster, place camera on studs and flush with bin surface.



9. Add lock washers and security nuts to studs. Hand tighten securely with security nut driver. Do not over-tighten.



RTS_00335751



**R13 Camera Removal**

1. Remove the security nuts and lock washers.



2. Remove the camera. If seal is stuck to the dumpster, use the flat head screwdriver to pry off.



RTS_00335752



3. Remove shield. If tape is stuck to the dumpster, use flat head screwdriver to pry off.



4. Place the blank plate on the dumpster from outside, with studs going through existing corner holes.



RTS_00335753



5. Add lock washers and security nuts to studs. Hand tighten securely with security nut driver. Do not over-tighten.

## C01

1. Locate where the larger part of the container, the hopper, means the ram end. The camera will be installed on the hopper, close to the ram end looking away from the ram.



2. Measure out the placement of the bracket so that the top of the bracket should be

RTS_00335754

roughly 3" from the top of the container wall and 12" from the back edge of the container with the turret hole.



3. Drill the turret hole using the hole saw roughly 6" from the top and 18" from the back edge. This should go all the way through the Steel leaving a clean through-hole.



RTS_00335755



4. Insert the *Bracket Placement Spacer* into the hole. It should seat comfortably flat on the container surface.

5. Prepare the container surface for strong adhesive by spreading provided solvent with the provided brush. Let dry for 1-2 min before proceeding with the next step. Be very careful with solvent exposure, take all precautions according to MSDS.



6. Peel the cover layer pieces off the double-stick tape on the back side of the bracket, and taking care to keep the bracket vertically oriented and the turret hole aligned over the *Bracket Placement Spacer*, press the bracket firmly against the container to set the tape.



RTS_00335756



7. Using the 3/16" drill bit, drill out the 8 rivet holes.
8. Using the rivet tool, set the 8 rivets in the holes.



RTS_00335757



9. Place the camera in the bracket and attach the 4 security screws using the 5/32" Pin-
   in-Hex Security Bit.



RTS_00335758



## C01 Removal

**Tools you'll need:**

- Cordless drill (recommended: Power rating of at least 12V)
- 5/32" Pin-in-Hex Security Bit

**Parts included:**

- C01 rear housing cover - PN 100-0028
- 5/32" by 1'' #10-32 Tamper resistant hex screws x4 - PN 200-0028 (if required)

**Camera Removal:**

1. Remove the 4 security screws by using a 5/32" Pin-in-Hex security bit.



RTS_00335759



1. Remove the camera. No need to take off the bracket.



1. Place the rear housing cover on the bracket, and secure with existing screws. If screws are missing, please reach out to Ops and request.

RTS_00335760





Did this answer your question?

Compology Help Center

RTS_00335761

we run on intercom

RTS_00335762