# EXHIBIT 7



# Compology
# R12 User Manual / Installation Instructions

RTS_00333865

# The Basics

RTS_00333866



**ID LABEL**

**STATUS INDICATOR LIGHT**
- Turning On
- Turning Off
- Sensor Good
- Sensor Error (Check Logs)

**CAMERA**

**FLASH**

**MOUNTING POINTS**

RTS_00333867



**Main Menu**

**1. Login**          **2. Click Icon**          **3. Main Menu**

RTS_00333868



# Tasks

*Start here to complete maintenance tasks or installs*

- **List View –** View of maintenance tasks in a list
- **Map View –** View of maintenance tasks on a map
- **New Install –** Create a new bin and assign a sensor

**List View**

**Map View**

**New Install**

RTS_00333869



# Sensor Tools
*Tap phone to sensor to interact and get info*

- **Logs –** View diagnostic info on a sensor
- **On/Off –** Turn sensor on or off
- **Verify Image –** See the latest image from a sensor

**Logs**

**On/Off**

**Verify Image**

# New Install

RTS_00333871



## 1. ENTER BIN INFORMATION

- **ID –** Enter number/name on outside of bin
- **Size –** Enter the size of bin in cubic yards
- **Organization –** Select the organization for this bin
- **Content –** Select the type of material in container

**CLICK & HOLD**

**IMPORTANT:** You will need to select an organization if you are assigned to multiple. Make sure you select the correct one!



**2. CHOOSE SENSOR TYPE**

**3. TAP PHONE TO SENSOR TO ACTIVATE**

**If new image does not appear within 15 minutes:**

1. Restart the current sensor by tapping sensor to turn off and then on
2. Wait for new image
3. If no new image appears, try new sensor

**IMPORTANT:** Do not install sensor if new image does not appear

ID of the sensor waiting to be assigned to the bin. Tapping any sensor will turn on or off that sensor and change the ID



**4. VERIFY GREEN IMAGE & NO ERRORS**

**5. COMPLETE**

**If you see 'Sensor GPS Error':**

1. Move to a location where you can see the sky,
2. Restart current sensor and wait for new image
3. If GPS error remains, try new sensor

**IMPORTANT:** Do not install sensor with GPS error.

RTS_00333873

# Turning Sensor On/Off

RTS_00333874

**On/Off** will be used to turn a sensor on or off when not in a task. You can use it to restart a sensor you want to check.

**TURNING ON**

Wait 5-10s, blue light will blink slowly 5X, and then flash a blue light every 2s during startup sequence

Tap the back of your phone to a sensor to turn it on or off.

Position flat over sensor's angled camera surface as shown

"DING!"

Tap the back of your phone to a sensor to turn it on or off.

Nice work! The sensor is now turning **on or off**. Blue lights indicate that it is turning on.

OK

**IMPORTANT:** Make sure any sensors in your bag or inventory are OFF and all sensors you are installing into bins are ON. Pay careful attention to the indicator lights.

**TURNING OFF**

Immediately, yellow light will blink 10X very quickly and then turn off



# Checking Sensor Logs

RTS_00333876



Position flat over sensor's angled camera surface as shown

"DING!"

**Green = Good**
**Red = Error**

**Logs** should be used to identify root issues when a sensor is not uploading an image. It can only be taken after a sensor has gone through it's startup sequence and the indicator light is no longer flashing.

**Most common errors:**

- **MODEM_CONNECT** (cannot get cell signal). In this situation, restart sensor and try again before replacing
- **GPS_LOCK** (cannot get GPS signal). Move to a location where you can see the sky and try again before replacing sensor
- **SYSTEM** will be an error if anything has failed

RTS_00333877

**Verify Image**

RTS_00333878

**Verify Image** should be used after a
sensor is restarted to check to see if
an image was uploaded successfully



**SENSOR ID**

"DING!"

**VERIFY GREEN IMAGE &
NO ERRORS**

RTS_00333879

# Maintenance

RTS_00333880



# Viewing Tasks

*Start here to complete maintenance tasks*

- **List View –** When a task is assigned to you, it will appear on this list. Tasks will stay here until it is completed, skipped or removed by a Compology Manager
- **Task Notes –** Each task will have instructions for you to follow

**Each individual task to complete is listed here**

**List View**

**Task Details**

# Finding the Sensor
### *Find the last known location of the sensor*

1. Select task you want to complete from the List View
2. Scroll down and select "Get Directions". Google Maps will automatically appear
3. Select "Directions"

## 1. Select Task



## 2. Get Directions



## 3. Google Maps



RTS_00333882

# Can't find the Container

*If you arrive to the location provided by Google Maps and the container is not there, or you cannot access the location:*

1. **Select the task for that specific sensor**
2. **Scroll down to the bottom of the task**
3. **Select "I Can't Complete This Task"**
4. **Mark all boxes that apply**
5. **Select "Submit and Skip Task"**

# You've located the container?

**CONTINUE TO NEXT PAGE**

**1. Select Task**       **2. Scroll down**       **Select options, Skip Task**



# Troubleshooting the sensor



**Is the sensor missing or physically damaged?**

**Use task tools to investigate issue**

**NO**

**YES**

**Replace sensor. Go to next page**

Task for PORTR-A-1 (R11 EVT-1)

**Name** Meanwhile in Santa Cruz...
**Address** Someplace in Santa Cruz
**GPS** 36.98515, -122.05758 (4m accuracy)

Get Directions

**INVESTIGATE**
Verify Image   Check Logs   FAQ

**SENSOR TOOLS**
Turn On/Off   Uninstall

I've Completed This Task

I Can't Complete This Task

**To investigate-**

1. **Turn sensor off & on again**

2. **Check for green logs**

3. **Check for new image**

**Did the sensor post green and get a new clear image?**

**YES**

**NO**

**Select "I've Completed This Task"**

RTS_00333884

# Replacing a sensor
### *Procedure to replace a sensor*

1.    In the task, select "uninstall"
2.    Turn off sensor
3.    Complete Uninstall - Continue to next page

**1. Select "Uninstall"**



**2. Uninstall instructions**





**3. Complete Uninstall**



RTS_00333885



# Replacing a Sensor (continued)
### *Procedure to replace a sensor*

**Click "Yes, Install" button on swap window**

***If window does not appear, click "install" in task***

1. **Select new sensor type**
2. **Turn on new sensor**
3. **If sensor flashes green light, select "complete"**

---

**1. Select Sensor Type**



**2. Activate sensor**





Position flat over sensor's angled camera surface as shown

**3. After green light, select "Complete"**



# After Completing a Task

**RETURNING SENSORS**

- **All damaged or malfunctioning sensors must be marked with tape and shipped back to Compology HQ**
  **Address:**
  - **1045 Bryant Street, Suite 101, San Francisco, CA 94103**
  - **Fedex Account to charge will be provided by Compology**

RTS_00333887

# Physical Install
# & Uninstall Overview

RTS_00333888

# Roll-Off Install Instructions

RTS_00333889



RTS_00333890



**SENSOR
IN SHIELD**



**30YD ROLL OFF BIN**

**SENSOR LONG FACE
OPPOSITE DOOR END
TOP BACK CORNER**



**TOP VIEW**



**SIDE VIEW**



**DOOR END**

RTS_00333891

**1. COMPLETE 'NEW INSTALL' WITH COMPOLOGY TECHNICIAN APP**
**2. ATTACH SENSOR TO SHIELD WITH SCREWS**
**3. PLACE SENSOR IN BIN AND HOLD IN PLACE USING BAR CLAMP**

*See 'Mounting Locations' document for positioning*



M5 SS Lock
Washer (3X)

M5x12 Bryce
Security Screw (3X)



## 4. DRILL 6 HOLES USING THE 3/16" DRILL BIT





**BAD**

**IMPORTANT:** Do not drill holes at the edge of the box beam. Only drill holes where there is open space behind a single thickness of material



**Preferred hole location shown.** If these locations are not available shift up or down, but try to balance 3 on each side with more towards the top.

RTS_00333893

## 5. INSTALL 6 3/16" RIVETS WITH RIVET GUN
## 6. ADD STICKER TO OUTSIDE OF BIN

**IMPORTANT:** If a rivet does not seat properly, or there is a big gap between the shield and the bin at a given rivet location, add more rivets elsewhere.

3/16" Dome Head SS
Rivets (3X)



RTS_00333894



RTS_00333895

# Front-Load Install Instructions

RTS_00333896



RTS_00333897





BACK

FRONT

**UNSHIELDED SENSOR**

**3YD FRONT LOAD BIN UNSHIELDED SENSOR**

**SENSOR INSIDE RIGHT FACE TOP BACK CORNER**





FRONT          BACK

RTS_00333898

**1. COMPLETE 'NEW INSTALL' WITH COMPOLOGY TECHNICIAN APP**
**2. PLACE MAGNETIC TEMPLATE ONTO BIN**
**3. DRILL 3 HOLES USING 3/16" DRILL BIT**

*See 'Mounting Locations' document for positioning*



3/16" Drill Bit





**IMPORTANT:** Top 3 holes for R12

RTS_00333899

**4. EXPAND HOLES USING STEPPED DRILL BIT**
**5. MOUNT SENSOR**
**6. ADD STICKER TO OUTSIDE OF BIN**



Neiko 10182A Titanium
Step Drill Bit

Bryce M5x12 Security
Screw (3X)

M5 Flat SS
Washer(3X)



M5 SS Lock
Washer (3X)



# Roll-Off Uninstall Instructions

RTS_00333902

1. TURN OFF SENSOR (VERIFY YELLOW BLINKING LIGHT)
2. HOLD SENSOR IN PLACE USING BAR CLAMP
3. DRILL OFF HEAD FLANGES OF RIVETS USING #3 DRILL-POINT COUNTERSINK





#3 Drill-point
Countersink



RTS_00333903

**4. USING A HAMMER AND 5/32" PUNCH, PUSH RIVETS THROUGH HOLES**
**5. REMOVE SCREWS & SENSOR (IF POSSIBLE)**



5/32" Punch



# Front-Load Uninstall Instructions

RTS_00333905

**1. TURN OFF SENSOR (VERIFY YELLOW BLINKING LIGHT)**
**2. REMOVE SCREWS & SENSOR**



# General

RTS_00333907

# Disclaimers

**NOTICE:**
*This device complies with Part 15 of the FCC Rules and with Industry Canada licence-exempt RSS standard(s).*
*Operation is subject to the following two conditions:*
  1. *this device may not cause harmful interference, and*
  2. *this device must accept any interference received, including interference that may cause undesired operation.*

*Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio*
*exempts de licence. L'exploitation est autorisée aux deux conditions suivantes:*
*(1) l'appareil ne doit pas produire de brouillage, et*
*(2) l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement.*

**NOTICE:**
*Changes or modifications made to this equipment not expressly approved by (manufacturer name) may void the FCC authorization to operate this equipment.*

RTS_00333908