# PUBLIC EXHIBIT 8 REDACTED ENTIRELY