# EXHIBIT 9

# Web Data Collection Report

**Page Title**

How Sensors Will Succeed In The Waste Industry | by compology | Medium

**URL**

https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Collection Date**

Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

181fa6c3eb4054df6d4a8f856070f10a5b4befecdcae22f36a6c3716700cde1034a2391ad2
78efc95c8f91bee9cb27a9dce5a04ab63832cc1cf634945b0166bb12ac2aeab486a981c6f5
b13abc7fdc79af47acd766deeef9bdf8b7bfe4b6b38478e683a8c59c772df2d9e756e77f4b
b3fb073547b146a0d8efbbba0d51002fa32181ebd096db8d0d59ede7a211d61fe5d1b1bb3a
52d7c9c57214f6f79dbad198681eae8f376efd24a4ab8cba969288ae404af501e7759ae765
ff7cb18df6727cb4861802f540c476784c596fe6b336402515ec3f74fa8f0740988f61923f9
8fefb41bb041791ce41ebef8e985e410510eb7e87be045f332779ea0afd900d1c92

RTS_00335930

# File Signatures

## SCREEN CAPTURE

### MHTML

### File Name

https-medium-com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT).mhtml

### Hash (SHA256)

06b73d140d0f38546fd0b962b3e7c47f37d52a096ea6f3be52e5a47fab9c3dd3

### Signature (PKCS#1v1.5)

51c9b1481766743912f2bb5f372b2193032f64ae19f54d751135d82907e5a61a57510873c
fd0ebe63b6b830052df4b4bc77ba66df34eede043c8e6bb94cb14117199702754522d1a88
11b19219a228b90c88777fcc235c8cddab1ccefe7182bbf42f34f716f2a4b59e7ab8f6616
55359b9306d3aadbc336438b05a3da38e9b8ae8bb4f0d2bf82fbc5c78cf85286b79c6d79
6730870d1129214940e70d52a659b8f472592b65fcb39ee8ace38021775e1e8ed6857a9cf
aafa33abb02ba4990cd3e772db3efc0ff99e5c31d0f79930579dc5381c3ddab0c14e513c8
29bb8f0a4125327d3cd74f16fbac9064ef447589053a6ecf37a0247967c7fc865e1cbb37d
d8

RTS_00335931

Medium    🔍 Search                                    ✎ Write   🟢 Sign up   Sign in   👤

# How Sensors Will Succeed In The Waste Industry

 compology · Follow
4 min read · Jun 6, 2017

👏 3    💬                                              🔖  ▶  📤

Sensors must show they can perform all the time, anywhere.

*Written By: Ben Chehebar, Co-Founder and Chief Product Officer, Compology*

**Reliability in the Waste Life Cycle**
*Reliable service.* Whether it's for on-site safety, sanitary requirements or project timeline demands, waste generators count on reliable service from waste haulers. If timely service is not provided, a waste generator's bottom line could suffer and a waste hauler could lose a customer.

*Reliable equipment.* For haulers to provide reliable service, they depend on equipment, from containers to trucks, that is built to last regardless of waste material or environmental conditions. That's why haulers are more likely to work with container manufacturers, such as Wastequip, who take measures to certify their containers' durability by implementing heavy gauge steel floors, fully welded in-seams and rust-inhibiting primers, and truck manufacturers, like Mack, who focus on building trucks "tough enough to carry an entire industry."

*Reliable technology.* With continuous advancements in hardware technology and the growing acceptance of "Internet of Things" sensors, the waste industry has opened its doors to tech that can enhance their customer service, streamline operations and simplify analysis. More specifically, we've

**File Name**
https-medium-com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
c725ab4cb0517ce469d7cfb1e281dc5f28b108ff980a07918eef30b39212a0f8

**Signature (PKCS#1v1.5)**
0e721ac54b7e71651a5f1057acf0bf027988d26eee68175cf3c109b4fa7c8fdb5c81f17dde275b3ba
ef3561c05e0d710de973dc3e1d615221b2372ee70f30454349f98df183797100e3f7a19487e7a0d5de
9b09d799b68dd5af436c9fce1f565adb65e65ef5cce659df8623faaebd9dbd8495d4f7ab6d69347b1
a455815a216a8cec2b9c6b7915d9679156413844d77c845f393491714880d1888acecd61d447c6147
434ebc243626745dd888f00b097998626e25da0b9d90c47aa2f8140f53a310a4dfb7dc08206491caf
625a7464f066a38c4a77ab54c606bff00fbed8417d20f17b4ed788d344b6dd8e7bba79c15df1e5c9c8
71e46a4cfd692ac0a3bf83b

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

*Reliable equipment.* For haulers to provide reliable service, they depend on equipment, from containers to trucks, that is built to last regardless of waste material or environmental conditions. That's why haulers are more likely to work with container manufacturers, such as Wastequip, who take measures to certify their containers' durability by implementing heavy gauge steel floors, fully welded in-seams and rust-inhibiting primers, and truck manufacturers, like Mack, who focus on building trucks "tough enough to carry an entire industry."

*Reliable technology.* With continuous advancements in hardware technology and the growing acceptance of "Internet of Things" sensors, the waste industry has opened its doors to tech that can enhance their customer service, streamline operations and simplify analysis. More specifically, we've seen the wide adoption of in-cab tablets and cameras in trucks and, most recently, the use of sensors in containers to monitor location, fullness and motion.

For sensors to be widely adopted in our industry, they too must prove their reliability.

**Designing a Reliable Container Sensor**

In developing our sensor, we truly embraced the "industrial" in the "Industrial Internet of Things" and made certain it could withstand the harsh environments a container might find itself in, allowing it to reliably collect and send data **all the time, anywhere.**

"Our design approach has been to build our sensors from the ground up with a specific industry purpose and conduct specific tests that simulate real world conditions to verify performance." — **Alex Millie, Director of Mechanical Engineering, Compology**

*Temperature:* We've thoroughly tested the ability of our sensor, which includes the enclosure and internal electronics, to withstand prolonged extreme temperatures and have verified that our sensors are operational from -40F to +185F.

**File Name**
https-medium-com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_1.jpg

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Hash (SHA256)**
8058c24460e1cec88fe5e8518c2ee46e0a42c453ff2a3e04e986b8c4add87eea

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
11e31c76478f73da8cded1e3609900beaa038fadde1cd90e36839185a619ae5e48b6f682dd0c026c7
9d584471d24bb7c882a511105f320b2eb5727690e45f665b1c2f7e2b1ca2d64c7e541e07f8b3df55a
00390bebc26e8ca8f05d029d89221fdb78f8718b8f54d8f6828a5f84b9aff8e832b4df7f550fee53f
3554f45b18a10c0f07ec29073ae2276bee6d59f0ce883ee705871a13f8a42d85bdd0f7b08c9af6558
28f59164260fb3ebf8664ad690fb38e814fb3ea57f59f55965fc1004f7b3d29f2b6e1929659b97b28
5c989cf737958e42548d56528215c9fa4a6f1a944ca9e169d200766ece342e040e900f64e4274421
962484641e86cea5aa03ba9b489

Mechanical Engineering, Compology

*Temperature:* We've thoroughly tested the ability of our sensor, which includes the enclosure and internal electronics, to withstand prolonged extreme temperatures and have verified that our sensors are operational from -40F to +185F.

*Impact/Force Resistance:* Our enclosure is constructed to withstand 15,000 lbs of crush force! Our manufacturing process also includes thorough drop and tumble tests that mimic container movement and potential impact on all faces of the sensor. For roll-off containers, we go one step further, adding additional protection in the form of a steel shield with the same thickness of the container walls.

> *"A crush force of 15,000 lbs means our sensor can be run over by a front-load truck and come out unharmed. More importantly, the casing is designed to withstand sudden impacts. We've worked with haulers to verify the sensor can survive backhoe-arm swings, dragging roll-off containers with the shovel and numerous other abuses that would be catastrophic to most products, but are regular happenings inside a container." — **Alex Millie, Director of Mechanical Engineering, Compology**



Compology Sensor With Steel Shield (Roll-Off Container)

**File Name**
https-medium-com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_2.jpg

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Hash (SHA256)**
a66050445c13af572b682708ffaf04e36bb706caf393bc8cc8f7ff9ffeacf14f

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
72575c3871f98b121279184898930cd53a59b59ca091b54a250267a812f15a020d4d69c3f86e36e7a
4a9cde049d36b6d255d0a61030dde36d7e711fec85dc2de9f570fccf0fdb62d8ede29c9e6d8a03bf6
2e33f7566ef539f6771a212450e3d7f7e7e475ccac6ffa3ee36975aada343126bc4cbb049d0c8e457
a9ef963c69493380c80596ad6f15ccdf9275eca3c8796f460fa8de76913ac817682798ce375246c6e
9f3b462dc5f75649c664d43d7718e42da4a52e070baefdf761d0b5e3b35658f5b0bb68896d439f410
355940f143d7f9d2eebbff3cf4083553cdadc639503381c90ddb091eeb327e147b5b1c62748265e744
04e374c173203b4110e1d63bf



Compology Sensor With Steel Shield (Roll-Off Container)

**GPS and Cell Reception:** Our GPS and cell antennas are not only tested in various environments, but also specifically tuned for optimal reception even in the most remote locations and most specifically, as attached to large steel containers and lids that could potentially block signal.

> *"We chose cellular LTE due to its extensive and robust network infrastructure allowing us to deploy in urban, rural and even remote locations without interruption in service."* **— Jay Longson, Lead Hardware and Electrical Engineer, Compology**

**Wide-angle Cameras:** The wide-angle lens allows us to capture the entire interior of a large industrial (roll-off) or commercial (front load) container with clarity, even in the occurrence of partial view blockage by debris. Additionally, the built in flash allows for image capture in dark environments.

**Power:** Our lithium thionyl chloride (Li-SOCl2) battery is the same composition as that used to power NASA's Mars Pathfinder. The battery and sensor are designed to use minimal energy, allowing for 5 plus years of battery life! (and, when it's time for a replacement, Compology takes care of it as part of our full service model).



**File Name**
https-medium.com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
d7d580750fa737a3a943c12a346d6ef4cff684f3a62a611bd4aa17007c38f54a

**Signature (PKCS#1v1.5)**
04522988c08ecee6ce51630c03ec9b8e4d554b83c84cc1f8633be3d1b50f517fda6b3c8de47b5ab29
d2f0328b069909ea8f27dfe621bce2cc73408847f4a5d2d954ef51f9ac9673251afacd0f24497b074
b9763929a0a28359e89f0bb374d57b62056898efb9e48a5257c6dab266cfb57b0ff62b1fef650be3
4320c9d335df80fd76c2f9599945bf4e0dab3686ae798e2bc92525ca4702bb5db720a4ce3be35ab73
319e0f95100b0a781fff4a26ac298722cea2c68e1b86f061f40ae962cf0547814052c50e264d5ab7ed
fa51e4ae6a32f7456298dcb38d3613b67109919a18db458c347056e84b517eea3b99ca17439fbb968
fed4784e4558e40178d2390e31

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)



Compology Sensor Spec Sheet

**Providing a Full-Service Offering**

In our industry, things don't always go as planned in harsh conditions. That's why our commitment to reliability extends beyond our thoroughly tested sensors to our business practices and full service customer support. Compology takes on the responsibility of installation, maintenance and ongoing support so our customers can focus on their business.

*"We're confident in the durability and consistent performance of our sensors, but we want to go even further in removing any reliability concerns. We want our customers, and their customers, to know Compology as a trusted partner. If our sensor runs into an issue, it's on us to fix it, not our customer."* — **Jason Gates, Co-Founder and Chief Executive Officer, Compology**

.   .   .

*To learn more about Compology's approach to container monitoring or to schedule a demo, please* send us a note *and make sure to subscribe to our blog for more to come!*

**File Name**
https-medium-com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_4.jpg

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Hash (SHA256)**
5749a9da0cae4f8dc4ba8cd40fb4522cd493e4a0aac0455f4d6caa86be99b028

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**

580b367d4e5652aeab4e4da11179bc35b298fbdbbc500749f052a558437119fd9d0d3521ab89fb5654
eca19812c84052cf8dc126f2f5187ae2bb368ba4c2fa9a39dbfc80dd3cd200f8787173c497c2eee63f
2aaff0430e79956a89d2cdc3c6e3bd3f46f959c7d7181f6ab667b3ba0428228527ce42da1b149f648f
0d0de5acd6b2154a2f80f76a3720541c21a82d0f40072ac2b194f82f5c4a3e1bf7071e7a8d8b96ffd
5aefee10b4e1fec45458a171050db5f5c430c334d3364f5605df868c2485b1de40c96e3ef8bcf8f93
0e19aff64b00ba7ee5b6aeea4aa7859be63039397be4331264eae4e0990a24a6674ccc9a2c5933c
a92d152ed3767031abdd4635d

RTS_00335936

. . .

To learn more about Compology's approach to container monitoring or to schedule a demo, please *send us a note* and make sure to subscribe to our blog for more to come!

Internet Of Things    Big Data    Waste Management    Industrial Internet    Sensors



## Written by compology

121 Followers

Our thoughts on all things waste, recycling and transportation

Follow

More from compology

Fullness Monitoring for Waste: Image-based vs. Ultrasonic...

compology

The New Normal: How Cloud Computing Makes Your Business...

compology

**File Name**
https-medium.com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_5.jpg

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Hash (SHA256)**
d615bd224dc453c47338aa747ea2444e2eb622ca1619eb2363b947bbe4d0ecb6

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
701e508fd7a6c63ef4c41002b5d8f5d39463adbfc73ccf4570a6f0acccb2eafdff3b037f32391b012
e54a50592f2b035edf885ecc97e1a33f32605675130139404cb748ca0032d3df5529859b5da97e2e
fe3d2db6d5b1a99601c05f5a73b30c1c6394e7859278ec24c2aad5b241ecaca3cc0f62f18d8cc4e
47c459a4a2c0efacf1483c476e601615b43eca8faec5d64d86dda6cabd91c42e7b26bf934000cfba
90428656c932d67bd48195810f64ec918dc19cc2f26365bedc4016bc36c80067a36b6c82238c6d9
9596fde87047006a275fcd660082a91d1c5a404023e914bc01ea5319452d4cd9c467e95aa57b0d
2d493eb55da6c5299c29d6239440366e2e



compology

**Fullness Monitoring for Waste: Image-based vs. Ultrasonic…**

Jul 11, 2017    6

compology

**The New Normal: How Cloud Computing Makes Your Business…**

How cloud computing benefits both the end-user and the service provider.

Aug 8, 2017    10

compology

**5 Ways To Manage Your Waste Container Inventory**

Written By: Dave Tessin, Vice President of Operations, Compology (Drop us a note to…

Jun 26, 2017    5

compology in B The Change

**How Technology Can Help Businesses Achieve Their…**

Why We Need Tech-Enabled Sustainability Solutions That Make Financial Sense

Aug 25, 2021    91    1

See all from compology

Recommended from Medium

**File Name**
https-medium.com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_6.jpg

**Hash (SHA256)**
8591422a497d6710a35cdf1819996d89bf2516cd02361ec5741c5c22a008d5b2

**Signature (PKCS#1v1.5)**
4792f5c4e597281f087acbe939ef56b6cd78029d77aff8f65274f031262e8968002e2eadba0d07b9d
a8e88d5099e3b3fd2218c50e9cc34ed337973643cbbd9c373744d3a2ab47cf7f7033f71e129bf4506
02581a512aaad827ea79d1c2eebd0172137b34dfd1f3d78cbd08d285dcecc4929ba5ed9582bc0fbb5
af241fb50beb65cc7090e0aeefe2669d7f8a593c3b76012a7fa7e713d97b378f3eeb0757dfc02a851
f6e0f245eafe130ada3f68780b88c85c3fe9e21356b299a5899ca55bd97334cabca02efac817e366
0294aaa445f190b6be0508dc98d71c409e86ddeb13d0cd16e5c2994249b2805dd57e7005f2c65ae4
a47bc2407ee05e3ad64da2da79fb1

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)



**File Name**
https-medium.com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-GMT-0400-(EDT)_7.jpg

**Hash (SHA256)**
9fb129848058f35122512943afefc73c6531df33eada424f9938b76c7e450fd1

**Signature (PKCS#1v1.5)**
13085acf4aa815f0e1f20888cb01058fe55ba2fd85891516d3a58159a58a5202875365d67df7e052d7
b3206f255344b8d7ffb7458fabbf268f16c92c241b2484137e6c986f9e97538587b0e90d3476df713
882810845bf7f39818ac7db9eab9783add49974d9f5432c4a1bb00bcb54a9e502ed44ac33c558de2d
f1a06528d7bfa0f1a7cb564b696b3b00b0a415889008307f8ba16a23e8b7ae2a2833804c2e87b23f62
e98457a316b59d38b289731tc1a3de254e132881509f824942aa1b61f187391ec51a15ae4d80f49cac
73f976de00bf7d8f42eb03f80cdec3f48c3ab3555ac03716e0fb9c1fb8a351e25c77aeca82bd1d0048
87eba22225668c109a75b1

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-waste-7900dd745808

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

RTS_00335939



**File Name**
https-medium-com-compology-durability-reliability-how-container-sen-Aug-14-24-09-25-11-
GMT-0400-(EDT)_8.jpg

**URL**
https://medium.com/@compology/durability-reliability-how-container-sensors-will-succeed-in-
waste-7900dd745808

**Hash (SHA256)**
7e3689acb4550f87359f01003a54a90226ee0d415cf1df53c55f29702b628040

**Timestamp**
Wed Aug 14 2024 09:25:11 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
2a293807160648002575bbd5e3540b53a9baa0817fb06d6eaf50abbbad0eba6945a114fc2e5c2edd8
a20eb61d13976a3ad0dd261b7c33b98821d8c4cf3053bba4f686d8c2395ad0c447eaef8f811edf693
36c20ca69762182018508c2cd00e0c2a99c599d585989f1a4ac9444bacb00861f66e756342f3b74b5
e550e606a9e1196749644c8d677d9e27c00cb4b7ce42a48a13b6082927a829c4a3adf9121c2c43c34
4ce9b41ef58f4a1c3dab21db9d83467fda2e87140f40f7c70ca94956f786b9de698e9f905a9428d05
60d9202b6bf37522c0bcd2c7224f331d03724ba6a2822c6374152b438a191e5177728b04af811d33b
336b8f5b4a0c647efde54dda7

RTS_00335941

  

# How Sensors Will Succeed In The Waste Industry



compology  ·  Follow

4 min read  ·  Jun 6, 2017

3

**Sensors must show they can perform all the time, anywhere.**

*Written By: Ben Chehebar, Co-Founder and Chief Product Officer, Compology*

**Reliability in the Waste Life Cycle**

*Reliable service.* Whether it's for on-site safety, sanitary requirements or project timeline demands, waste generators count on reliable service from waste haulers. If timely service is not provided, a waste generator's bottom line could suffer and a waste hauler could lose a customer.

*Reliable equipment.* For haulers to provide reliable service, they depend on equipment, from containers to trucks, that is built to last regardless of waste material or environmental conditions. That's why haulers are more likely to work with container manufacturers, such as Wastequip, who take measures to certify their containers' durability by implementing heavy gauge steel floors, fully welded in-seams and rust-inhibiting primers, and truck

manufacturers, like <u>Mack</u>, who focus on building trucks "tough enough to carry an entire industry."

*Reliable technology.* With continuous advancements in hardware technology and the growing acceptance of "Internet of Things" sensors, the waste industry has opened its doors to tech that can enhance their customer service, streamline operations and simplify analysis. More specifically, we've seen the wide adoption of in-cab tablets and cameras in trucks and, most recently, the use of sensors in containers to monitor location, fullness and motion.

For sensors to be widely adopted in our industry, they too must prove their reliability.

**Designing a Reliable Container Sensor**

In developing our sensor, we truly embraced the "industrial" in the "Industrial Internet of Things" and made certain it could withstand the harsh environments a container might find itself in, allowing it to reliably collect and send data **all the time, anywhere.**

"Our design approach has been to build our sensors from the ground up with a specific industry purpose and conduct specific tests that simulate real world conditions to verify performance." — **Alex Millie, Director of Mechanical Engineering, Compology**

*Temperature:* We've thoroughly tested the ability of our sensor, which includes the enclosure and internal electronics, to withstand prolonged extreme temperatures and have verified that our sensors are operational from -40F to +185F.

RTS_00335942

*Impact/Force Resistance:* Our enclosure is constructed to withstand 15,000 lbs of crush force! Our manufacturing process also includes thorough drop and tumble tests that mimic container movement and potential impact on all faces of the sensor. For roll-off containers, we go one step further, adding additional protection in the form of a steel shield with the same thickness of the container walls.

> *"A crush force of 15,000 lbs means our sensor can be run over by a front-load truck and come out unharmed. More importantly, the casing is designed to withstand sudden impacts. We've worked with haulers to verify the sensor can survive backhoe-arm swings, dragging roll-off containers with the shovel and numerous other abuses that would be catastrophic to most products, but are regular happenings inside a container."* — **Alex Millie, Director of Mechanical Engineering, Compology**



Compology Sensor With Steel Shield (Roll-Off Container)

RTS_00335943

*GPS and Cell Reception:* Our GPS and cell antennas are not only tested in various environments, but also specifically tuned for optimal reception even in the most remote locations and most specifically, as attached to large steel containers and lids that could potentially block signal.

> *"We chose cellular LTE due to its extensive and robust network infrastructure allowing us to deploy in urban, rural and even remote locations without interruption in service."* **— Jay Longson, Lead Hardware and Electrical Engineer, Compology**

*Wide-angle Cameras:* The wide-angle lens allows us to capture the entire interior of a large industrial (roll-off) or commercial (front load) container with clarity, even in the occurrence of partial view blockage by debris. Additionally, the built in flash allows for image capture in dark environments.

*Power:* Our lithium thionyl chloride (Li-SOCI2) battery is the same composition as that used to power NASA's Mars Pathfinder. The battery and sensor are designed to use minimal energy, allowing for 5 plus years of battery life! (and, when it's time for a replacement, Compology takes care of it as part of our full service model).



RTS_00335944



Compology Sensor Spec Sheet

**Providing a Full-Service Offering**

In our industry, things don't always go as planned in harsh conditions. That's why our commitment to reliability extends beyond our thoroughly tested sensors to our business practices and full service customer support. Compology takes on the responsibility of installation, maintenance and ongoing support so our customers can focus on their business.

*"We're confident in the durability and consistent performance of our sensors, but we want to go even further in removing any reliability concerns. We want our customers, and their customers, to know Compology as a trusted partner. If our sensor runs into an issue, it's on us to fix it, not our customer." — Jason Gates, Co-Founder and Chief Executive Officer, Compology*

. . .

*To learn more about Compology's approach to container monitoring or to schedule a demo, please* send us a note *and make sure to subscribe to our blog for more to come!*

RTS_00335945

Internet Of Things   Big Data   Waste Management   Industrial Internet   Sensors

3

Written by compology

Follow

121 Followers

Our thoughts on all things waste, recycling and transportation

More from compology



compology

compology

Fullness Monitoring for Waste: Image-based vs. Ultrasonic...

The New Normal: How Cloud Computing Makes Your Business...

...g...

Jul 11, 2017    6

...puting...

How cloud computing benefits both the end-user and the service provider.

Aug 8, 2017    13



compology

### 5 Ways To Manage Your Waste Container Inventory

Written By: Dave Tessin, Vice President of Operations, Compology (Drop us a note to...

Jun 26, 2017    5

compology  in  B The Change

### How Technology Can Help Businesses Achieve Their...

Why We Need Tech-Enabled Sustainability Solutions That Make Financial Sense

Aug 25, 2021    91    1

See all from compology

## Recommended from Medium

RTS_00335947



Alexander Nguyen in Level Up Coding

**The resume that got a software engineer a $300,000 job at Google.**

1-page. Well-formatted.

Jun 1 · 17.4K · 274

Pavel Samsonov in UX Collective

**Nike's $25B blunder shows us the limits of "data-driven"**

The illusion of data as "objective" conceals that it rarely shows you the whole picture....

1d ago · 4.2K · 68

Lists

Best of The Writing Cooperative
67 stories · 372 saves

Staff Picks
713 stories · 1222 saves

Interesting Design Topics
257 stories · 712 saves

Natural Language Processing
1640 stories · 1200 saves

Sufyan Maan, M.Eng

Liu Zuo Lin

RTS_00335948

### What Happens When You Start Reading Every Day

Think before you speak. Read before you think. — Fran Lebowitz

Mar 11   29K   700

### You're Decent At Python If You Can Answer These 7 Questions...

# No cheating pls!!

Mar 6   6.8K   30



Axel Casas, PhD Candid… in Python in Plain Engli…

### Stop Doing Tutorials. Learn Programming Like This

Learn programming faster and better

Jul 13   2.5K   39

Bella L in ILLUMINATION

### Can You Pass This Apple-Orange Interview At Apple 🍎?

The iPhone Company's Interview Question

Mar 13   7.3K   194

See more recommendations

RTS_00335949