# EXHIBIT 10

# Web Data Collection Report

**Page Title**

Waste Metering Overview Presentation_ OH EPA_12.1.2022

**URL**

https://dam.assets.ohio.gov/image/upload/epa.ohio.gov/Portals/34/document/general/Compology%20-%20Waste%20Metering%20Overview%20Presentation.pdf

**Collection Date**

Sat Aug 17 2024 09:32:10 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

63ce52d1f771b6e1798d3dae6ce84c65f4bb31310b07446c423cc734a60c689b89f9fc45dd
fb3a783e753932796c338c8738afac3d5e771fa65bf8405530f92b2374c7638fa2fee7ef38
6ac2575b1b7fa993f602c1e6ad517bff85f7b2f19143f4b43bbd65639cfc08695be683110c
513a0271e8239662f9e250b34c5ddcb8c84229c33171fe16c47e23ec0fa59e3d10a3a42861
c73ddccba4fec5934125432005aadf374704c781d23d534f4174a2c9d7a62283ac916cd6fc
761610a8c7b424b0fcb08b6950cfc7dd19d01e78ef1e53a1a84ebd013f53d7ad32a2f18333f
c47a86e12bd5a13e1e3fefcff634b3bcf6c777848edb825693ad78cee4f53a0d31d

# File Signatures

## SCREEN CAPTURE

### PDF

**File Name**

https-dam.assets.ohio.gov-image-upload-epa.ohio.gov-Portals-34-docum-Aug-17-24-09-32-10-GMT-0400-(EDT).pdf

**Hash (SHA256)**

248cfba3e4fc4782244bf79af12dc7e05ad3a7ceac03a28e7ff0cb82bcf4cda5

**Signature (PKCS#1v1.5)**

5fe0208a7dbdf9ed69fcc05e31b0649189b5efc29ef56f1a63bc2d9a7d40e3b985e189f2
51279a0a3c2a5f7be97189543f84b3e038929f61c97096f785476518cb3c61c2a02ccf94
e2995e90e6093f074944c5db856b5ad466bf0e13afec125e1cd9b69a5c0e216b2613dcb5
d0b516e364c3226ecc20c84f247b22ac991a02212acb7dce82ab2408b0426f8d77eba79e
23fd06f3306532b7239089c208bbd5337acc96b64ee0d8859511fa30e9add039a969bbaf5
48c7147f9d11cf5d7781c1c2b8e25df820f5abd15ea8f948aeebdaeadeadfc3bec0ec60322
7b24b49a1cb3963b79d2a64808150ccd4d8dc54a5300f9376e53ca39448c1aff17ce3ebc9
b6fa



# Waste Metering™ for Contamination Reduction



RTS_00337211

# How Waste Metering<sup>TM</sup> Works

## CAMERA-BASED DUMPSTER MONITORING



| Container 30-9835 | |
|---|---|
| Service Verified | 📱 25% |
| 1 Contaminant Added | 📱 55% |
| Serviced Missed | 📱 65% |



**IN-DUMPSTER CAMERAS TAKE PICTURES 3-5x/DAY**

**AI AUTOMATICALLY MEASURES:**
- **CONTAMINATION**
- **FULLNESS**
- **SERVICE**

**EDUCATION IS SENT TO GENERATORS IN REAL TIME AND DATA IS STORED FOR ANALYSIS + REPORTING**



RTS_00337212

# Compology's 13th Generation Cameras

**Mounting**

¼ inch security screws

**Communications**

LTE Cellular

**Power**

Non Rechargeable battery

5 year life

**Durability**

Steel + Polycarbonate construction

MIL Spec rated

Operational -20 ºF to +185 ºF





RTS_00337213

# Content & Contamination

**IDENTIFY WHAT'S INSIDE YOUR CUSTOMERS' DUMPSTERS, THEN TAKE ACTION**





RTS_00337214

# Contamination Counting

## AUTOMATICALLY IDENTIFY 6 CATEGORIES WITH 98% ACCURACY

| CATEGORY | EXAMPLES | |
|---|---|---|
| **Garbage Bags** | *Black bags*<br>*White or clear bags*<br>*Blue or green bags* | |
| **Bulky Items** | *Pallets*<br>*Furniture* | *Tires*<br>*Crates* |
| **Tanglers** | *Wires*<br>*Packing straps*<br>*Textiles & clothing* | *Hoses & tubing*<br>*String lights* |
| **Styrofoam** | *Packaging blocks*<br>*Cushion foam*<br>*Packing peanuts* | |
| **E-Waste** | *Computers*<br>*Monitors*<br>*TVs* | *Cameras & sensors*<br>*Speakers* |
| **Construction & Yard** | *Concrete*<br>*Pipes* | *Soil & debris*<br>*Wood & tree branches* |



RTS_00337215

# 163,000 Cameras at 1,300 brands



























RTS_00337216

# Municipal Compology Installations



RTS_00337217

# Proof of Concept Case Study: SBWMA

## 2018 $40,000 Proof of Concept Program

1. South Bayside Waste Management Authority (RethinkWaste)
2. Recology

**Goal:** Demonstrate the efficacy of camera based dumpster monitoring

**Methodology:** Install Compology cameras in 132 commercial front load trash, recycling & organics containers in 12 Bay Area cities

READ THE FULL CASE STUDY AND SBWMA PUBLIC REPORT

"There is a limit to how many containers can be visited by Recology staff. Remote monitoring can be utilized in support of staff monitoring and for potential enforcement"

**JOE LA MARIANA**
**EXECUTIVE DIRECTOR, RethinkWaste**



RTS_00337218

# SB 1383 Case Study: BAAQMD + StopWaste

**2019-202 $263,000 4-Way Partnership Program**

1. Bay Area Air Quality Management District
2. Alameda County Waste Management Authority
3. Livermore Sanitation
4. Diversion Strategies

**Goal:** Provide consistent, highly-targeted education to businesses to reduce organics stream contamination.

**Methodology:** Install Compology cameras in all commercial front load organics containers in Livermore, CA

READ THE FULL CASE STUDY

**80%**

REDUCTION IN
CONTAMINATION

**20%**

REDUCTION IN COLLECTION
AND LID-FLIPPING COSTS



RTS_00337219

# How Does Compology Pay For Itself?

## 51%

### AVERAGE DUMPSTER
### FULLNESS AT COLLECTION

## Continuous Automated Rightsizing



**Period Summary**

| | |
|---|---|
| Duration: | 6 months |
| Container quantity: | 50 |
| Total Service Events: | 3,597 |
| Total CuYd Collected (Lbs) | 2,164,100 |

**Rigth Sizing Summary**

| | |
|---|---|
| Total Current Cost (monthly): | $64,871.19 |
| Estimated Cost (monthly): | $43,901.35 |

| | |
|---|---|
| Compology Estimated Savings (montly): | $20,970 |
| Average Saving / Dumpster (monthly): | $419 |
| **Estimated Savings %** | **32%** |

| | COLLECTED DATA DURING SELECTED PERIOD | | | | | | | | | COMPOLOGY RECOMMENDATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Service Location | City | Container ID | Container Cubic Yards | Container Content Type | Current Scheduled Service Days | Current Monthly Cost | Pickups Per Week | Average Fullness At Pickup | Minimum Required Service Frequency (days/week) | Service Cadence (Weekly vs. EOW) | Service Days | Monthly Cost (estimated) | Monthly Savings (estimated) |
| Five Guys | #33-1740 | Columbia | 08-29 | 8 | refuse | M, Th | $935.28 | 1.9 | 47% | 0.9 | Weekly | F | $593.04 | $342 |
| Five Guys | #33-1741 | Carey | 04-137 | 4 | refuse | Th | $491.89 | 0.8 | 49% | 0.4 | EOW | F | $393.51 | $98 |
| Five Guys | #33-1742 | Carey | 08-44 | 8 | refuse | M, T, W, Th, F | $1,766.64 | 3.7 | 50% | 1.9 | Weekly | M, F | $935.28 | $831 |
| Five Guys | #33-1734 | Webster | 08-69 | 8 | recycle | M,W, F | $1,269.90 | 2.8 | 52% | 1.5 | Weekly | M, F | $935.28 | $335 |



RTS_00337220

# Consistently Quantifiable ROI



**Category:** Quick Service Restaurants
**Savings:** $3,321/dumpster/year
**ROI:** 14x annually
**Video:** Featured by CNN



**Category:** Retail
**Savings:** $3,764/dumpster/year
**ROI:** 15x annually



**Category:** Office
**Savings:** $2,757/dumpster/year
**ROI:** 11x annually



**Category:** Warehousing
**Savings:** $1,594/dumpster/year
**ROI:** 7x annually
**Video:** Case Study



RTS_00337221



RTS_00337222



# Waste Metering™ for Contamination Reduction



RTS_00337223

# How Waste Metering™ Works

## CAMERA-BASED DUMPSTER MONITORING



| Container 30-9835 | |
|---|---|
| Service Verified | 📱 25% |
| 1 Contaminant Added | 📱 55% |
| Serviced Missed | 📱 65% |



**IN-DUMPSTER CAMERAS TAKE PICTURES 3-5x/DAY**

**AI AUTOMATICALLY MEASURES:**
- **CONTAMINATION**
- **FULLNESS**
- **SERVICE**

**EDUCATION IS SENT TO GENERATORS IN REAL TIME AND DATA IS STORED FOR ANALYSIS + REPORTING**



RTS_00337224

# Compology's 13th Generation Cameras

**Mounting**

¼ inch security screws

**Communications**

LTE Cellular

**Power**

Non Rechargeable battery

5 year life

**Durability**

Steel + Polycarbonate construction

MIL Spec rated

Operational -20 ºF to +185 ºF





RTS_00337225

# Content & Contamination

**IDENTIFY WHAT'S INSIDE YOUR CUSTOMERS' DUMPSTERS, THEN TAKE ACTION**





RTS_00337226

# Contamination Counting

**AUTOMATICALLY IDENTIFY 6 CATEGORIES WITH 98% ACCURACY**

| CATEGORY | EXAMPLES | |
|---|---|---|
| Garbage Bags | Black bags<br>White or clear bags<br>Blue or green bags | |
| Bulky Items | Pallets<br>Furniture | Tires<br>Crates |
| Tanglers | Wires<br>Packing straps<br>Textiles & clothing | Hoses & tubing<br>String lights |
| Styrofoam | Packaging blocks<br>Cushion foam<br>Packing peanuts | |
| E-Waste | Computers<br>Monitors<br>TVs | Cameras & sensors<br>Speakers |
| Construction & Yard | Concrete<br>Pipes | Soil & debris<br>Wood & tree branches |



RTS_00337227

# 163,000 Cameras at 1,300 brands

    

    

    

    



RTS_00337228



RTS_00337229

# Proof of Concept Case Study: SBWMA

## 2018 $40,000 Proof of Concept Program

1. South Bayside Waste Management Authority (RethinkWaste)
2. Recology

**Goal:** Demonstrate the efficacy of camera based dumpster monitoring

**Methodology:** Install Compology cameras in 132 commercial front load trash, recycling & organics containers in 12 Bay Area cities

READ THE FULL CASE STUDY AND SBWMA PUBLIC REPORT

"There is a limit to how many containers can be visited by Recology staff. Remote monitoring can be utilized in support of staff monitoring and for potential enforcement"

**JOE LA MARIANA**
**EXECUTIVE DIRECTOR, RethinkWaste**



RTS_00337230

# SB 1383 Case Study: BAAQMD + StopWaste

## 2019-202 $263,000 4-Way Partnership Program

1. Bay Area Air Quality Management District
2. Alameda County Waste Management Authority
3. Livermore Sanitation
4. Diversion Strategies

**Goal:** Provide consistent, highly-targeted education to businesses to reduce organics stream contamination.

**Methodology:** Install Compology cameras in all commercial front load organics containers in Livermore, CA

READ THE FULL CASE STUDY

**80%**

REDUCTION IN CONTAMINATION

**20%**

REDUCTION IN COLLECTION AND LID-FLIPPING COSTS



RTS_00337231

# How Does Compology Pay For Itself?

## 51%

### AVERAGE DUMPSTER
### FULLNESS AT COLLECTION

## Continuous Automated Rightsizing



| Period Summary | | Rigth Sizing Summary | | | |
|---|---|---|---|---|---|
| Duration: | 6 months | Total Current Cost (monthly): | $64,871.19 | Compology Estimated Savings (montly): | $20,970 |
| Container quantity: | 50 | Estimated Cost (monthly): | $43,901.35 | Average Saving / Dumpster (monthly): | $419 |
| Total Service Events: | 3,597 | | | **Estimated Savings %** | **32%** |
| Total CuYd Collected (Lbs) | 2,164,100 | | | | |

| | | | | COLLECTED DATA DURING SELECTED PERIOD | | | | | | COMPOLOGY RECOMMENDATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Service Location | City | Container ID | Container Cubic Yards | Container Content Type | Current Scheduled Service Days | Current Monthly Cost | Pickups Per Week | Average Fullness At Pickup | Minimum Required Service Frequency (days/week) | Service Cadence (Weekly vs. EOW) | Service Days | Monthly Cost (estimated) | Monthly Savings (estimated) |
| Five Guys | #33-1740 | Columbia | 08-29 | 8 | refuse | M, Th | $935.28 | 1.9 | 47% | 0.9 | Weekly | F | $593.04 | $342 |
| Five Guys | #33-1741 | Carey | 04-137 | 4 | refuse | Th | $491.89 | 0.8 | 49% | 0.4 | EOW | F | $393.51 | $98 |
| Five Guys | #33-1742 | Carey | 08-44 | 8 | refuse | M, T, W, Th, F | $1,766.64 | 3.7 | 50% | 1.9 | Weekly | M, F | $935.28 | $831 |
| Five Guys | #33-1734 | Webster | 08-69 | 8 | recycle | M,W, F | $1,269.90 | 2.8 | 52% | 1.5 | Weekly | M, F | $935.28 | $335 |



RTS_00337232

# Consistently Quantifiable ROI



**Category:** Quick Service Restaurants
**Savings:** $3,321/dumpster/year
**ROI:** 14x annually
**Video:** Featured by CNN



**Category:** Retail
**Savings:** $3,764/dumpster/year
**ROI:** 15x annually



**Category:** Office
**Savings:** $2,757/dumpster/year
**ROI:** 11x annually



**Category:** Warehousing
**Savings:** $1,594/dumpster/year
**ROI:** 7x annually
**Video:** Case Study



RTS_00337233



RTS_00337234