# EXHIBIT 11

# Web Data Collection Report

**Page Title**

Waste Metering™ - Dumpster Monitoring Technology | RoadRunner

**URL**

https://www.roadrunnerwm.com/technology/waste-metering

**Collection Date**

Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.29.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/128.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

0b00d9e68dcdb99fb3b3e977570d89ed2dc16f20ca7d3d9c66eb74b07a5c873dbad30dc748
71a824050fa6619f827c588b4a3fbbd17fbdbc25d369d9d7047fdb605f37e5c4039af1ccee
b1d15794ff21aa06a31fb1df4d6a855834089e1540723ff5d5edae0c6d618adadc452ea8f6
09f14cf341aca9212dfeb24c346122901c72f39ab2fb9e8f045a4c598d21e759c511631206
08adc719814121ad78b3d64418389ae044c2e8117c4a03baac050c6a6cf4f9a28750a6e61d
ef34087ae3c6c87bfeeb4d0ac69f5ee4eff3f0235ba98269a00e94ae7b2089d57b86c5fa45
8e1bf2d10553e4749a7ded1c1e0fbcf15aed1c1962330db3aebe412fa843a7cfb2a1

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

cceed08416ac7fbd2443c87cd9eb3bbedf0bcd3b2e1fc9846f54c9e79a00eb22

**Signature (PKCS#1v1.5)**

```
7851600ff401f660e09d3c7da60a05552da45b78fadeb38f519a377888498bfe00e6a355e
c31306562cde8d88c53365508ce01dfe755237cf2b908c9d1d79ba2987b1372e4d47683f0
d606f9a3dba1551bb40b14ce5524503f4d9fb83c1e316e82ddb891e4b8708212f5127cdbc
ea1887333e888a7e0cb5ac3942fabb52b33441c0b4fb07fe170cf39e87ca8bc1792bc3181
d1e6738f0cea499350bc3071d8e2335481266cda2a654664de31f8babebb428cdb364b96d
30687a328114146c00195af7148a086c6490ea50164288b10aa4b1d0963f873c260c951dc1
d0fa6084f39829c55af5117a7e107dc5b19f4f09d80cd1a7c51167934f45bc246c0cad2a4
```



**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
f142f9e56983608abb0453abfa1d555085956bf73de9ab6b7434b80eb9ade8e8

**Signature (PKCS#1v1.5)**
301b7d772dd823e559601cf2a1025253962e28cd8a2a89f75f206ae4125a9f1365ad5886465d76592
3808fffa8b2e362f4246968511aba13571108b63359d9fd4016add74e65bb1e3de4c9baa529ba402af
6dc52772b19edc909c8ee897416ea7b4d31000cb38304d8203a1d44b61f76fb0cd4d445425b663f6d3
7b6e5701043af7c8d640aeb7642fc0f223fe3a7c8b6bff8dfcbc8cd9bce0f9fe386c858e385b4e6b47
eaae019513d157f701e4cbfb85c980fb4235aa0ec9db6969cf2a93b0e580d9b5e04525b6b77ec3758e
ad95d54f0077a53a68f29f67a2f5fc93f107157dd9abc94083f3d3a7158fa91fa6440dd99fc8515ccec
e3e83c19aedc63274ebb

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)



**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
c24db462a1da294e47e5830a3115b7f3a302843d8a9f11d2cb4ffffc075a8ae1

**Signature (PKCS#1v1.5)**
61dd90447a228501931be2d9397f690630cf055178ba04d442dfe8a9d49ae2f9020753f38ffd380e80
74a8d2d375155c012f874e58c1dbf66c6a7f1485c484af150a5a132bde6fda673f05f92ebcb481cb8c
26a56e327536d767b216ad4dbe281ac562733aeef099531511be77aadab40146265ade48583bf9e7bf
ca2fd53efe4e99677e2178d6aee576dcbc52547a2a371e046bc0b7bc1a8bd08f9ec715ab9bfc94297f
37cdca3e2df011639fcac085f5af1ac98e7ea7e53eba9118e6a89491594071704d582403d7609692712
a571eed7387c8c06d50948e998451703babf7e1879e51598af7ce50d3ef24b9821470cc21dabc4fecc3
a233cfefde9f65e721

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)







**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
49687e135f0e0d2a4b70f7ae36898d4d2deaf1ac418555a5aa1a97a8cbd6d417

**Signature (PKCS#1v1.5)**
2149d27f0f05f7b92b46e464e460973e1907a4c0eb8bf0e7900e3afb8e28d015f86c4523eab501400
1bc4654df7dc6ea949da8e0f458c05c1b190658f1f694a8f23f0e5de6cd927b85ff1aec0d3896c7bf
34a9b689102549309a263814225c56b8b159c4cf0edc53be9ab6b760c7b7b5422d74b8de9a93073b
c487ec53fb067fe0898362d1f1c017e3bc08ca181937a7603e6e12a9054af279a56696d940863674e
f00dc07b080ebe0ef335235ae9e542d33fb74c6ff618d5c69bedce2677600db353d30d2459aa5426c
ebe06c3117891e7c3a50d72db90554b8ec47fc5e3095f5dcafef9c7f1b50ab7c5f16e23d6760aa2343
7d827a880d3dcefb8167f87865

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)







**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
fa36caadeff4a87fba86ae16ada41c563ea9f2e143520880e92c4ffa1bccc301

**Signature (PKCS#1v1.5)**
6b8d5a3f5e9e0c89aede9e36260a398e0d3e42ea35ed4532100e96ffeb33651b70e813110dc7ee7fa1
093cc3ef7205ac2fc07fe5f12a19861103fa85e67dc53191cc7711d44adc44d138cd0a859b12bb4e4e
d1bcf269545a83e79932f2826f101e5bea4f93a76b456edb3b05da7a693babea924c68e9c8e53b682b
9cf5bee95fa24f7215e80c60233270a98420034f0ea4f9543f61f70d8ae13a4230eace03bb2cb75edfe
5d2561044e706caa7e58aeb6b5bc0b7c15f3305f0119deb48d163cae2237d8ef8ce7103bde104b40881
5b75aacf32fbd3664a918a6678de202ec13cdc1112e6b53851baf9fffc71057960f62218e42dc9c9af08
15d11d0ba1ad7d94

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)

RTS_00347458





**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
e21744cdcc6dd57e2fe5eebd0f92a31a111fc377135b0c4df5d3768f09c056e6

**Signature (PKCS#1v1.5)**
8099a0b930e463ffe6624b95e9728478a0c9cd1b90047cab281e8ad5f3130c4771f68e5bccaba690
95c4154628be3833db08a324cedeab39548fc3b5947ad979cf3627b23e0404d97ecce33e3022ab1b
62133aedd2f8994b814adc254a082eb2572d6ebbb2468b0d3bdb626004b1c4f77cdac6a6a9776d140
dc8c25e8337c42cfbfd98cc4643329ce4bab3b99b2da304ac7dba2851c67515b60d4ae1b37741c171
1dc12820773a0934d3cebc9ab426f849e264888d28cf1a8bf95f70e922c750e74d3fd8e2b626054c6
5afe149f5179b0c05f7ac08cadb908f4d6c46c9ad714782357156d435a9ae53231e5de734ac6a45f86
7725c7f5f287274a3d7ebd85032

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)



**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_5.jpg

**Hash (SHA256)**
6792c4626e8e59e0ec9b5417b3909c8fd28a24ae7e9f8b8c92f7a07afffe139b

**Signature (PKCS#1v1.5)**
513dd1efee6c4e43839ef5edd640300f11a6bf6dbd814ebb9b19afab6ece8063c80a7c87537568dc55a
b912aa7c75861829c35a1716cb0f00c5fa406edf371f58a59f7a0f7bfd721717973ce056fb565df545c
54226aabbb5e6dc54035b7a5a45990376f2b0daf0694c2a8d3a73860bcc5e834fd3171df3243994cb8
da0952ad1495218656df195b555846642f557cc3fd94bf1845f9b9844bf61b9a457fd5167ea4d0d2fc6
6c56c0fb27dd3c41da8e431cc0fa7a1ebf6d95abd1271ef84737345fadb5a19bd7d02bd3df4b42086f7
958d20931cd759934153bb0ff6f9c069700a6ccf47131dc3af013f1f4be7c80ad80169d507916955981
2e29cecf4e5c768

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)



**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_6.jpg

**Hash (SHA256)**
4c3bb2243cfa5699d07f98716c31760eef7d275b4803676657f138db4107acdb

**Signature (PKCS#1v1.5)**
0ddb51f1fe0446d8f68f3c1cdfc24db65bd31d29d89a319d4ccba92d225a3c0d6f92dd672e9cea6ecad82bf2131b0ec81217abb2fcf2c21c14c170c4455a99ebb2c781a61a8497ede6e29d7f3484f3534c532e258e52f3042c1279a22a28f916f1301fe6e25a2aea044d51d0def1ce175a9fdf4e14c077b5066a878890548b7ad48ac02bcaa85dfcc1fbe41541044cb28f4fcc2e209341e361c0c0b136b4f4840d708b6714214bd44902757a70f7f1edd630fdbe5648a821f68d2bd5f8ae18b49137a8fe47fcc97717306d451e98c66403852eb3987381064eea69d2e6de97550d329a0ff8b1a189f7e61aff328ef9748ca6854e7623a730a7012918aed8d700

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)



**File Name**
https-www.roadrunnerwm.com-technology-waste-metering-Sep-17-24-09-15-00-GMT-0400-(EDT)_7.jpg

**Hash (SHA256)**
9098ec67831a444300a284395d57e0702a43761d4eb5294ea5cc28b53e728410

**Signature (PKCS#1v1.5)**
25a47e71606871915d4de4800037bb901d5398b5c9722928ca3c6ea3b37edb03c9912bd19d6056f59ea3f1080fea877ffcd0334375a896b698556694ed25913dc6e3cfdd2ad205204cb51e51adbfcca16e7f65797418d927291c6fd23e88d57cc6b570398397fcad16ac61687f57e4ee13068a37d35925e5503d7213d3035ac92e5022f715b0ebc5f8c605e20a886d935b8dca15ff9d43eb155f061c7e7b65a44c1aa406e9c87769c7566f71ad318e92393a9cac82463896993c33eccd477957bd30e4256b541cfab860212d7de15694c9858f0e8da3b6ff9c03cb6c7a21613e70753e33afc2c730afdf8b4a30827f1fca9e737547ed21a448241be48aa26e70

**URL**
https://www.roadrunnerwm.com/technology/waste-metering

**Timestamp**
Tue Sep 17 2024 09:15:00 GMT-0400 (Eastern Daylight Time)

RTS_00347462



ROADRUNNER
MODERN WASTE + RECYCLING

CUSTOMER PORTAL PAYMENT PORTAL

SERVICES | HOW WE WORK | BENEFITS | INDUSTRIES | SUSTAINABILITY | CUSTOMERS | VENDORS | ABOUT US | CONTACT US

DUMPSTER MONITORING TECHNOLOGY

# WASTE METERING™: SMART CAMERAS IN YOUR DUMPSTERS

Patented Waste Metering™ technology powers the most advanced analysis of your waste operations to deliver tailored, cost-effective waste and recycling services for each of your locations, while also enabling better hauler oversight.

TALK TO A WASTE EXPERT




## WE'RE YOUR WASTE OPERATIONS MANAGER

# DATA-DRIVEN SERVICE OPTIMIZATION

Waste Metering™ proactively collects daily data on dumpster fullness, fullness at pick up, contents and contaminants and verifies service events. AI analyzes those data points to automatically identify optimization opportunities for service schedule, dumpster size and dumpster type adjustments for each of your locations.



RTS_00347464

WE'RE YOUR HAUL MONITOR

## BETTER HAULER OVERSIGHT

Our Waste Metering™ technology proactively flags when a hauler misses a scheduled pick-up so your dedicated Roadrunner support staff can resolve any issues quickly and make sure you're getting the service you're paying for.





WE'RE YOUR DUMPSTER DIVER

## PROACTIVE CUSTOMER



RTS_00347465



## SERVICE

Our Waste Metering™ technology can proactively detect dumpster overflow, recycling contamination, and missed pickups enabling us to better protect you from charges and take proactive action to keep your operations running smoothly.



WE'RE YOUR WASTE INTELLIGENCE

## DATA-INFORMED REPORTING

Waste Metering™ accurately tracks waste and recycling by volume, enabling us to provide industry-best data on exactly how much waste you are producing, how much you are recycling and your related Scope 3 carbon emissions, by location or in aggregate, to meet your ESG



RTS_00347466

carbon emissions, by location or in aggregate, to meet your ESG reporting needs.





# EYES IN EVERY CONTAINER

Patented AI-powered dumpster cameras automatically monitor and detect fullness, content, location and service activity, so we know what's happening at every dumpster. With over 1B+ data points and growing, our Artificial Intelligence is unrivaled.

- Wide angle, flash-enabled camera captures in-dumpster images throughout the day and night
- Weatherproofed to operate in extreme weather conditions
- GPS provides location lock
- Tilt sensor captures service events
- Grime-resistant lens nanocoating keeps the camera clean
- Cell-network enabled to work anywhere

RTS_00347467



RTS_00347468



Subscribe to our newsletter to receive updates, blogs and industry news!

Enter email address

SUBSCRIBE



| SERVICES | HOW WE WORK | SUSTAINABILITY | ABOUT US |
|---|---|---|---|
| FULLY-MANAGED WASTE SERVICES | OUR PROCESS | RECYCLEMORE™ PROGRAM | WHO WE ARE |
| RECYCLEMORE™ PROGRAM | OUR TECHNOLOGY | CLEANSTREAM™ RECYCLING | CAREERS |
| CLEANSTREAM™ RECYCLING | WASTE METERING™ | ESG REPORTING | BLOG |
| | | TRUE ZERO WASTE ADVISORS | IN THE NEWS |

| VENDORS | INDUSTRIES | MATERIAL TYPE | |
|---|---|---|---|
| PREFERRED VENDOR NETWORK | AUTOMOTIVE | BATTERIES | BENEFITS |
| CLEANSTREAM FLEETHAUL™ NETWORK | BANK BRANCH | CARDBOARD | CASE STUDIES |
| TECHNICIAN NETWORK | EDUCATION | COMMINGLED | TESTIMONIALS |
| | GROCERY | E-WASTE | CONTAINER SIGNAGE |
| | HEALTHCARE FACILITY | ORGANICS | DUMPSTER SERVICES |
| | HOSPITALITY | PAPER | SERVICE LOCATIONS |
| | LOGISTICS | PLASTIC FILM | CUSTOMER PAYMENT PORTAL |
| | MANUFACTURING | STYROFOAM | UPLOAD YOUR INVOICE & CONTRACT |
| | MULTI-FAMILY HOUSING | | |
| | OFFICE BUILDING | | |
| | PROPERTY MANAGEMENT | | |

RTS_00347469



RTS_00347470