# EXHIBIT 12

# Web Data Collection Report

**Page Title**

Rightsizing | Compology Help Center

**URL**

https://help.compology.com/en/articles/6071358-rightsizing

**Collection Date**

Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

67a554839fb94a1e7f80237f250bcc69e0d108eed7530a6b7c74b37f41d4b0c2bdc52576f
a359a0f3f7e388ed57443c8962e0432fb1534a24815f8dd4492821816bc63b3c684c5a821
c7820239b1036061013f4052912defe481af009508371ed4c6f0be91cca30a71ec7b59871
5f8c4088444374a39708e54221fea5cb45b98b2cc54c4c8c2c5ac5bee7c7ba2b60674079
93b658636dc079b56f15f428c301037953bfde603fde224ac37ff7a5cf662bd31e4b96f3f
2ef849399a1dd6799a0714508eb3500aabc858a180737097e6918def39bdb7a51e8bdb9b
763223a2485e5ca4417db272b3be0666b115fd704465c06151de1be3989e8390a4fb1882
29fb

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

a086bb856f4888c223a8f21670c0d8f1c5f4b21bb79d2dfb129ebc7c5cff475b

**Signature (PKCS#1v1.5)**

138cc01e0c8c03c49ce4677fc8d62e61245ef68c4fe6926ddfc714f4e1b12ca2c32b1c271f
da85a58aec1e72aef3f17830f40c6c1f99668cd7eda49a35f0d1d01b2d89c2077044506acc
3285438ed542be41433d8c66533cc00a7c72973647151ba1fdf52d2034215c5dd9a3adeeb4
fe75fce99f814b410ef97138d178df49e8d0fe2953d89a211367b762cb7fc5dd1284fd9c87
4bd81819b46966abd790281e4daa1b64823628ecad5fbe214a69d06f7d1a23a013c0bae7b4
193141eed53cfb4e83e00a72b69a66c072e92f75fe0f4d37c0a61c51aced6b17d73e0558ab
8c1af091a0d98082f778942f5ef512b01d214c4ad479ba89a6ffdac1aeead3c96971





**File Name**
https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
13e453b74f382206d353667001818b5ac0a6db811f89dbc91bdab08ebd83e5f7

**Signature (PKCS#1v1.5)**
6fa252aaf03a9b3f4982e4db8871da2bb2687a89e17c78ece078638cf9ae7d5d518d54fb0d05a818
95987298924b632a06da682bc3275912c2eb40eba0dfc99c22bdb9fe38483c2523845c0247b320e3
6b2663c929f8eb9034ec2ab360dbffccddef62607849285b39d69291109fc2de8885aab2a3bba318d
3a78776674f50d27cd1d6e2825eabe5f80eb0dea206a449514128cf3e5c6030ab0e482cce360f3313
fc269749266e4e4709be7a99987233fe3588381a48db965f37d30933519167283c7e5fdc69daa3401
6a6dd4b46068a8aee2ed8d7ac236d0a85bf1803dac50087d1d8befd54f182b0ed3ea5fb0b03df73ec2
714ee9099d2211b4d6e1ffd1a1c

**URL**
https://help.compology.com/en/articles/6071358-rightsizing

**Timestamp**
Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)

every day of the week. We analyze fill rate ranges on each day of the week until we're confident we have an understanding of filling patterns and overflow risk. Our algorithm has a conservative approach to overflows to ensure we're making the right recommendation, and can recommend an increase in pickups to mitigate overflow risk.

## Why Doesn't a Container Have a Recommendation?

- If the container's **current schedule is already optimized**, no recommendation will be made, but as new data comes in, we will refresh our analysis daily.
- If the container **does not have a service schedule**, we will not make a rightsizing recommendation. Click here to learn how to add a schedule. The container will be eligible for a recommendation the day after a schedule is added.
- If the container **is not matched to a location**, we will not make a rightsizing recommendation. The container will be eligible for a recommendation the day after it is added to a location.
- If the container **has not received at least 15 clear images per day of week from its current location**, we will not make a rightsizing recommendation.

## Estimating Potential Monthly Savings

- If the current schedule **has a price**, estimated potential monthly savings is determined by multiplying that price by the percent change in days of the recommendation. *Example: If the current schedule's price is $90/month and the recommendation is to reduce service from 3 days to 2 days, the estimated savings will be $30.*

- If the current schedule **does not have a price**, we leverage industry data to assume a monthly price of the current schedule and multiply it by the percent change in days of the recommendation to estimate potential monthly savings. Click here to learn how to add pricing.

In reviewing these recommendations, it's important to remember that our analysis is based on historical data. So we update our recommendations every 4 weeks, or more frequently if the location changes or the service schedule changes, in order to keep the recommendations as up to date and consistent as possible.

***Important Best Practices:*** *Compology recommends you layer on your knowledge of the customer relationship and environment when validating and implementing rightsizing recommendations.*

---

## How to View & Take Action on Rightsizing Recommendations

There are two ways to navigate to your rightsizing recommendations:

- **Waste Metering - Rightsizing -** Easily view the potential savings from open recommendations grouped by customer, location, or hauler.

**File Name**
https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
febba73015857d60f89730c80f100e7b6d601eb2caf57c0136f85a62e53a928d

**Signature (PKCS#1v1.5)**
78405e949057a4fe7f8e7b7d55531f9e54a53be952b3e881ac2e4e13797d9044c862716a7827f9df65
f6708b8dfc8401a328a1a134e0703bc664ab663e600c812821ad9a329703bf75589dec37f1e949df51
ca305dbb80ab7d62de97fb7e68b2e426d8dda0cb6ebab01e344d20af3658d797115c3eed2067c1dd3d
1f889cf1c5bcdc065b86061e1e9787749c6d375eb4250a0af98b5932bc391f3b4dc9c69fb99b18d68ee
19f31182a2d51509a713574d1b6c5f34a7d31df1e3f8a1dfbae2feefb061903b16ada5be2b4900170e6
dafa75c5a7219f53c9e0677a75ca414619d60190ecb2ea7c6674535b7d5bbd4d46b1c30b107da0e014
976f710d65219fbace

**URL**
https://help.compology.com/en/articles/6071358-rightsizing

**Timestamp**
Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)





**File Name**
https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
706d09bbef2922cf1da1dc960fae1efe0d8ea877fe71c723a852945ad286e04f

**Signature (PKCS#1v1.5)**
5f097ce5f4d9a9394a327c902c11a5ea1f7a425a93e92268426cf0930cecf3f60f169fa3149a2fc2c1
8e7488c26e808f5f5011c62423fd64205d1a0fbd21ea62c072bd38cad915ddd0950479ea2be67670e
a372bc50daef6783a98a4f3bb7c65051f7346cea89ea69c51b7f04e871af04325f441c8d189a20fd6
f2bc7ba7445ad69d78ac8b7ecc45d9c70a39ea743d3c4da52f80c570ad5938a354990fc00a505211a
68893138c18d8156dbe63f1cdb704fc97d87918298c02cfe932e8ef68954293a47ec5fdfc8758493e
ea7e6d22597dd77a1cd50c7357b243a183e65ed23f4e97294b76a0f1efb182fe56a7d6373b3ba20b
f329cb45e3869353508bcc5ed5

**URL**
https://help.compology.com/en/articles/6071358-rightsizing

**Timestamp**
Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)



Viewing by container will show all the current container details, the recommended schedule and potential savings.

- Containers with a recommendation will show when the recommendation was made. We include this to help determine if the recommendation is new, or one you may have already started reviewing with your locations or haulers.
- Containers with "insufficient data" will indicate an estimate of when enough data is expected to be available to surface a recommendation.
- Containers not matching to a location consistently or experiencing a significant amount of "obstructed" images can delay a recommendation being made.

Once a new schedule has been established and implemented with your hauler, click the blue check to update the schedule to what was agreed upon.



If a recommendation could not be implemented, click the red 'X' to dismiss the recommendation. Our analysis will continue and a new recommendation could show up in as soon as 4 weeks.



**File Name**
https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
04ac311847d5c14b9f2b34d2ea50edba580c6c05d4813e4f27a6e6359e7535d9

**Signature (PKCS#1v1.5)**
4a8ce56aa54e3146dfd73d9ff8f68aae7d6dfc96ffbebe82ebbd0c8e20f3acb44b6216dfd4b794ee46
d6b9493ee1aab7c70dd8fd8f942f8362944a0222abd531d6f336b472c6aedfa1569d0763a1b3793404
a3e4811eb25c7fd54abaff3d7b66e7f6a139dd9111d059fddaec0baa9fc482461ba2b39d6eebf18026
e5426e27c2d51ba756ac09d9328bf0ac944bdc862ecb1f5e7e63810448d3e22f1a0e4454a8e4844e1
44b65e6866435c02c711a0c611728468a1b08c90f71d3463ca44345f69ef492e6e40f10fe7cdf184c0
4cc406dc7637acb2b8cfc4c59dbed7b60d641cb0bf74e89ae339c2e9f18232a0468e866def2d1adf9
096d2ec568a1fbb9c33e70

**URL**
https://help.compology.com/en/articles/6071358-rightsizing

**Timestamp**
Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)







| File Name | URL |
|---|---|
| https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT)_4.jpg | https://help.compology.com/en/articles/6071358-rightsizing |

**Timestamp**
Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)

**Hash (SHA256)**
6e5e408a772aa378a49c0553c56b93c16a410262b878800fb6a864f4fbc6a8a0

**Signature (PKCS#1v1.5)**
70e04a545ee9a71db5b19d61776544f6c6dc8976f155d9164c08a97c05dad878903845da2b34ae19
3438d90f5bdbe9cbf3736f74b8124b5a797a4245c6dd648b03a9d65401c504bb297d63294736a574
052001ed6c49b2a84c5c33e650d43fab1fe6194252060501babd715305847240fea66257d414e958
98ed64c77afad2b444118908684e4eb36ebae4993a91cc6025fd0b94bf3b2722aaf535a99645cc359
729e88b586ce484b2b8b700452a34bcb44d5b565ac9625043fe285de14bd8783141748afb1bbdc77c
4e189300fde8871deea5f344421b95057a757203eeb3183f1fa419245a01e927d625287e0f0171d6a6
b611d90eed4cca5ef98a486d582b




**File Name**
https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT)_5.jpg

**Hash (SHA256)**
6c3c6117e63e846020b59867e906da57d03991cba7bdc53d9998136a77d10dc2

**Signature (PKCS#1v1.5)**
292026065b5d59fbc14ce3f568b12aa7b14b2a968d1b89e3ccdcef27923f86cd3b25355f2524b8633e
d70bbb53ea3f1585dd2fe769a3f41a3fbf226cf375054f65e15a69c9efc71e08ddba361aa342332dd3
155f76fe719aa066e452c4ea47caaca64dd774eeef04ee2e16a670884323d7c336f93471900e358fa5
870c239d0b32ca60bf471b590d151e7c4e0f94ee5f00091c6d612a54ee25cbd614e6f7f45fcfa9c7f9
d289a81361e5be65adf849297f8daf2159e52f1e7d534b0b3d0dd6e6ef556f69bf9eabac22b2f77fa8
87480e16cd07b9c90d7620415e2994ea62a75d2f20b64ad4fa3934c70b96f519d24e0c2bed1fa3a8c
5df9cca1daa0d363c1e7f

**URL**
https://help.compology.com/en/articles/6071358-rightsizing

**Timestamp**
Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)



**File Name**
https-help.compology.com-en-articles-6071358-rightsizing-Aug-12-24-11-57-08-GMT-0400-(EDT)_6.jpg

**Hash (SHA256)**
553c7cf21c45439079f1daec65177b09fffd5c2203e293c8a72ad9e273aea950

**Signature (PKCS#1v1.5)**
6c3fbbe46b9ca89a3725af5a9eae02fec28c52f01f67cfde3638b2d14b1af77c5defa8df5f90aa7dbef
eed3d99451c206c6aebc1ff4e538b3a61a292f3fa103cfbe88b0ce5d48b63984122bf1c50477771c3b4
8237d6002cfb292f008c02671b72c172fef1b5dfe12c429847c19c7c8f87aa9e71ab49875718c52edaa
d7ec47f5df888fbfdd06fb7cd5b303aed558e25ac6eaa0d160a27f30044f40ca5147bfe3283c64b2920
34f44fd05eb6bfa9b48916f0f144228086d839b53f997cfd970691c8e67f5e5d88f4af73a22c3d0fada
3e8edd88f243a99fc5a14b40629fb2636ffdeeda0cdfaea41eba6bbecf15f957105811ea8bfd76b1624
ccdd86e3a3b8c8

**URL**
https://help.compology.com/en/articles/6071358-rightsizing

**Timestamp**
Mon Aug 12 2024 11:57:08 GMT-0400 (Eastern Daylight Time)

RTS_00335902





# Rightsizing

Quickly identify which containers would benefit from a service schedule change to save money and reduce the risk of overflows

B Written by Bob Baumann
Updated over a week ago

## What is Rightsizing?

Our waste metering technology identifies the ideal service schedule for front load containers and highlights opportunities for cost savings and reducing the risk of overflow.

---

## How We Generate Recommendations

Our algorithm reviews 5-10 weeks of data until we're sure we've gathered enough for every day of the week. We analyze fill rate ranges on each day of the week until we're confident we have an understanding of filling patterns and overflow risk. Our algorithm has a conservative approach to overflows to ensure we're making the right recommendation, and can recommend an increase in pickups to mitigate overflow risk.

### Why Doesn't a Container Have a Recommendation?

- If the container's **current schedule is already optimized**, no recommendation will be made, but as new data comes in, we will refresh our analysis daily.
- If the container **does not have a service schedule**, we will not make a rightsizing

- If the container **does not have a service schedule**, we will not make a rightsizing recommendation. Click here to learn how to add a schedule. The container will be eligible for a recommendation the day after a schedule is added.
- If the container **is not matched to a location**, we will not make a rightsizing recommendation. The container will be eligible for a recommendation the day after it is added to a location.
- If the container **has not received at least 15 clear images per day of week from its current location**, we will not make a rightsizing recommendation.

### Estimating Potential Monthly Savings

- If the current schedule **has a price**, estimated potential monthly savings is determined by multiplying that price by the percent change in days of the recommendation. *Example: If the current schedule's price is $90/month and the recommendation is to reduce service from 3 days to 2 days, the estimated savings will be $30.*

- If the current schedule **does not have a price**, we leverage industry data to assume a monthly price of the current schedule and multiply it by the percent change in days of the recommendation to estimate potential monthly savings. Click here to learn how to add pricing.

In reviewing these recommendations, it's important to remember that our analysis is based on historical data. So we update our recommendations every 4 weeks, or more frequently if the location changes or the service schedule changes, in order to keep the recommendations as up to date and consistent as possible.

***Important Best Practices:*** *Compology recommends you layer on your knowledge of the customer relationship and environment when validating and implementing rightsizing recommendations.*

---

### How to View & Take Action on Rightsizing Recommendations

There are two ways to navigate to your rightsizing recommendations:

- **Waste Metering - Rightsizing -** Easily view the potential savings from open recommendations grouped by customer, location, or hauler.

RTS_00335904

- **Containers Page -** Filter for all open recommendations and view collection data of each container

## Waste Metering - Rightsizing

Changing service schedules can require some coordination with your locations and haulers, so grouping and sorting recommendations by customer, location or hauler will help identify the biggest potential savings and simplify the implementation process. Using the Waste Metering - Rightsizing page, view by the grouping that makes the most sense for your operations. For example, group by customer to identify the recommended schedule changes by account. Or you may want to view it by hauler so you can narrow down to a list of changes the hauler should implement.



Filter and sort as needed and then click "Drill Down" to see the individual recommendations for that grouping, or view by "Containers" to see all recommendations.



RTS_00335905



Viewing by container will show all the current container details, the recommended schedule and potential savings.

- Containers with a recommendation will show when the recommendation was made. We include this to help determine if the recommendation is new, or one you may have already started reviewing with your locations or haulers.
- Containers with "insufficient data" will indicate an estimate of when enough data is expected to be available to surface a recommendation.
- Containers not matching to a location consistently or experiencing a significant amount of "obstructed" images can delay a recommendation being made.

Once a new schedule has been established and implemented with your hauler, click the blue check to update the schedule to what was agreed upon.



If a recommendation could not be implemented, click the red 'X' to dismiss the recommendation. Our analysis will continue and a new recommendation could show up in as soon as 4 weeks.





## Downloading Data

You can export the rightsizing recommendations in CSV format by clicking the "Download" button in the upper right corner of the screen. Currently, clicking this download button (on any Waste Metering view) will *only* export a full list of all containers and their associated rightsizing recommendation or other recommendation status (e.g. "Insufficient Data"). The export does not currently include any filters you may have applied and will not export the roll-up views for Haulers, Locations or Customers, but you'll be able to recreate these views when working in a spreadsheet application.



## Containers Page - Rightsizing

If you want to review each container individually, navigate to the Containers page.

### How To Find Recommendations

Each container that may benefit from an adjusted service schedule will be flagged with "Service Change Recommended." We provide a filter view to make navigating to containers with an open recommendation easier.



RTS_00335907



## Review and Accept or Dismiss a Recommendation

When you click on a container with a recommendation, you will see a banner on the collection data card indicating the frequency and specific days of the week. If the current service schedule has pricing information and we are recommending a reduction in service, we will estimate the savings based on the difference in the number of days between the current and recommended schedules.



If you "Dismiss" a recommendation, we will analyze another 4 weeks of data before considering whether to make another recommendation.



If you select to "Update" the service schedule, you will be prompted to confirm the days of the week and pricing of the new schedule.

Collection Data (previous 10 weeks)

RTS_00335908





Once updated, we will analyze another 4 weeks of data before considering whether to make another recommendation.

Having your containers on the most optimized service schedule can ensure the cost of service is not being driven up by superfluous pickups or excessive overages. If your containers currently do not have schedules or pricing you can add them by following these instructions in-app or by leveraging our APIs.

Did this answer your question?