# EXHIBIT 13

Google

Lithium Thionyl Chloride

Sign in

All Shopping Images News Videos Forums Maps More Tools

Household Batteries | Price | Buy | For Sale | Get it fast | On sale | Reviews | 7,700 – 19,000 mAh | Replacement | Disposable

AI Overview

Learn more

Lithium thionyl chloride (LiSOCl2) batteries are a type of primary cell battery that are used in many industrial applications:

**Features**

These batteries are non-rechargeable, have a high energy density, and can operate in a wide temperature range. They also have a low self-discharge rate, meaning they can retain their charge for long periods of time.

**Uses**

Lithium thionyl chloride batteries are used in many industries, including aerospace, military, vehicle, and medical. They are also used in gas meters, tracking devices, and industrial equipment.

**Construction**

Lithium thionyl chloride batteries can be constructed in two ways: spiral-wound or bobbin-type. Bobbin-type batteries are better for long operating cycles and low-pulse applications, while spiral-wound batteries are better for high pulse requirements.

**Safety**

Lithium thionyl chloride batteries can be dangerous if handled improperly and can cause damage, injuries, and environmental issues.

What Are Lithium Thionyl Chloride Batteries? Main Advantages
Lithium thionyl chloride or Li-SOCl2 are primary cell batteries. In this case, electrolyte based on sulfonated thionyl chloride…
Tadiran Batteries

Advantages and Special Characteristics of Lithium Thionyl ...
Sep 4, 2019 — Lithium thionyl chloride batteries (Li/SOCl$_2$) belong to the lithium primary cell family. Unlike lithium ion or…
Jauch

Lithium Thionyl Chloride Battery - EaglePicher Technologies
Long-shelf life (15+ years) Flat discharge curve. Wide operating temperature range. Custom packaging available.
EaglePicher Technologies

Show all

Generative AI is experimental.

Lithium thionyl chloride or Li-SOCl2 are primary cell batteries. In this case, electrolyte based on sulfonated thionyl chloride serves as the positive electrode. The main difference between this and other lithium battery types is that this type cannot be recharged once discharged.







Tadiran Batteries GmbH
https://tadiranbatteries.de › lithium-thionyl-chloride

What Are Lithium Thionyl Chloride Batteries? Main Advantages

About featured snippets • Feedb

## People also ask

Are lithium thionyl chloride batteries safe?

What is the difference between lithium-ion and lithium thionyl chloride?

What are the advantages of lithium thionyl chloride batteries?

What is the capacity of lithium thionyl chloride battery?

Feedback

Zeus Battery
https://www.zeusbatteryproducts.com › product-tag › lit...

Lithium Thionyl Chloride Batteries

**Lithium Thionyl Chloride** · Bobbin Construction: Designed for applications with long operating cycles and low-pulse requirements. Examples include: gas meters.
30-day returns

## Things to know

Pros and cons
Lithium thionyl chloride battery advantages and disadvantages

Hazards
Lithium thionyl chloride battery hazards

Disadvantages
What are the disadvantages of ionic lithium batteries

Types
3 types of lithium batteries

Shelf life
Lithium thionyl chloride battery shelf life

Feedback

Defense Technical Information Center (.mil)
https://apps.dtic.mil › sti › pdfs › ADP000960 PDF

Lithium-thionyl chloride batteries - past, present and future

The **lithium-thionyl chloride** battery, which can be efficiently used in both high discharge rate and low discharge rate applications, has the highest demon-.
13 pages

Wikipedia
https://en.wikipedia.org › wiki › Thionyl_chloride

Thionyl chloride

**Thionyl chloride** is an inorganic compound with the chemical formula SOCl 2. It is a moderately volatile, colourless liquid with an unpleasant acrid odour.

Jauch Quartz GmbH
https://www.jauch.com › blog › advantages-and-special...

Advantages and Special Characteristics of Lithium Thionyl ...

Sep 4, 2019 — **Lithium thionyl chloride** batteries are **very durable** and have a very good shelf life. The self-discharge rate of only 1% per year speaks for itself.

## Popular products

18% OFF

Xeno XL-060F AA Lithium Thionyl…

Saft LS26500 C Size 3.6V Lithiu…

RS Pro 3.6V Lithium Thionyl…

Jauch Quartz ER17505J-S A A…

$8.99 ~~$11~~
Amazon.com..., 5+
Free delivery
4.9 ★★★★★ (15)

$16.30
TtekAI, 2+
Small business
4.7 ★★★★★ (22)

$24.72
RS - America, 1+

$7.78
DigiKey

Tenergy High Capacity 3.6V 1/...
$3.95
Tenergy Power, 2+
Small business

10% OFF
Lunggwey 3.6v 1/2aa 1200mah ...
$8.09 ~~$9~~
Amazon.com..., 1+

Electrochem 26-99-150MR Lithiu...
$149.00
ucghdd.com
Small business

RS PRO Lithium Thionyl Chloride...
$15.37 Pre-owned
eBay

---

Zwayn
https://www.zwaynenergy.com › news-center › what-is-...

### What is a lithium thionyl battery?

Oct 31, 2022 — The **lithium thionyl chloride** battery is a type of battery that falls into the category of primary lithium battery conversions.

Ultralife Corporation
https://www.ultralifecorporation.com › lithium-thi... PDF

### Lithium Thionyl Chloride Battery Selection Considerations

Jun 21, 2021 — Attempting to recharge a primary **Lithium** cell can cause reverse voltage, which can lead to dangerous pressure venting or explosion. Consequently ...

EaglePicher Technologies
https://www.eaglepicher.com › battery-chemistries › lith...

### Lithium Thionyl Chloride Battery Technology

**Lithium thionyl chloride** (Li-SOCl2) batteries are not rechargeable. They belong to the category of primary or non-rechargeable batteries. This means that once ...

Tenergy Power
https://power.tenergy.com › primary-high-energy-lithiu...

### Tenergy D 3.6V 19Ah Lithium thionyl chloride Battery

Summarized Features and Benefits: · Ultra High Energy Density D sized Primary **Lithium Thionyl Chloride** battery · Perfect battery choice for powering wireless ...
$16.99 · 3–8 day delivery · 30-day returns

batteriesinaflash.com
https://www.batteriesinaflash.com › lithium-thionyl-chlor...

### Lithium Thionyl Chloride Batteries by Saft, Sanyo and Xeno

The primary uses of **Lithium Thionyl Chloride** are Memory back-up, Real-time clocks, Utility metering, Automated Meter Reading, Wireless alarms and Security ...
4.8 ★ store rating (159) · $5 to $32 · Free delivery over $20 · 30-day returns

## People also search for

- Lithium thionyl chloride **wikipedia**
- Lithium Thionyl Chloride **battery safety**
- lithium thionyl chloride **battery vs lithium-ion**
- Lithium thionyl chloride **battery explosion**
- Lithium thionyl chloride **uses**
- Lithium thionyl chloride **battery advantages and disadvantages**

Lithium thionyl chloride **battery reaction**

Lithium Thionyl Chloride **Battery AA**

Gooooooooooogle
1 2 3 4 5 6 7 8 9 10 Next

**Boston, Massachusetts** - From your IP address - Update location