# PUBLIC EXHIBIT 15 REDACTED ENTIRELY