# EXHIBIT 17

# Web Data Collection Report

**Page Title**

Why didn't an empty event register? | Compology Help Center

**URL**

https://help.compology.com/en/articles/4633141-why-didn-t-an-empty-event-register

**Collection Date**

Mon Aug 12 2024 19:22:36 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

443e27461ec61a8feb047840504688d99d88ce0804191176f264947f334fcc925af43fe1
9a5d5d38c3c2945f973abe2544f894d6a91705fbcb2491f59a548b8d88c7feb8db249b49
88a0ce7387436b4422b1f9524d1e60e914f214b82528415db18ebd8dbf2c9f866249890
6caeb8327a4d6d76805c295e4e676e52c5a50ffc2edaf525fb47d68d836022a4354d6d2
fe3303f46003c5213a2121e0245ba1b8568c7b5980fca3136e9bc8855092dd14e1eedb4b
d3f03a388732a5a056e0534e9d232a758668d2c5f9aaf7e363e4759346b64cb3597dbd1
304eb030e708017a600b9b2ac1d7860a747a092dcf4168e44e70e50d9cc311ab8e98bae1
24fc7dab6ce

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-articles-4633141-why-didn-t-an-empty-eve-Aug-12-24-19-22-36-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

071a69799c5144b645a17396627b611d97f9c4dd9205c131f64cf34f37d98edb

**Signature (PKCS#1v1.5)**

334d38b394db7b1299ac8b74a186c16ee70a627ed9c580dbb6b0c66b7914069f991ce05a6
f8d6ea18dd7883c524ce7dad5384f4c3558314e792c403e9aa5ae38d6a0c0f47e10c1dc1e
f295d348630d0f20e133b2cc75d39e89010fe58718f65c21531c9af62a56dcc2bef5c7c23
d0a02702c31df8f25e6bee9c01a6a1649413d3ff6d8074a7268fec6cd9e652c4371301996
532f19dc53b8098dc82fa665b102dce5ce7c085781d7b13a4e4be9a7dc1dbf39e1b9019b2
58271b1927849ca6d5306131a421eda63a0fb30a9d4fa973a7cd456efe105f2f7d4b4b6a
18e5a3201880705ba476bcc0f5ca21393e2bbc6550769ac759583ef046a5a866c054611
906e





**File Name**
https-help.compology.com-en-articles-4633141-why-didn-t-an-empty-eve-Aug-12-24-19-22-36-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
f6db3f7a5a7f71767039017f0b1f18cb995bb0269dfb0661e31b0e303a55faa1

**Signature (PKCS#1v1.5)**
19013f6f60dc9c5ca8208ed5c86f6d87aac4bc212cdee006e2c6982524ab951d44cd14af5c4961f8e
4cbad8762152007bb87785ce1017bea66e90ad26ae888c928e0d112d04b3a14aecfa7a432d7a35b8e
c11e697ada12b74dee0b1a4c689a22e1c45f9ac7fed8829eb8c15ca3d66d8029327444e7169336b22
bf156f9bdb061796a9051cd178dc8dbe83b1407ee1969d4752b1019eff6dd8417c543867512621869
3c0f44da56a47dd925c56af0d0fce9c80aff4640b29fa4806e8394594c060d5acb2fa94c66a6cd2c8
196007f4a183526d1a0a3e6c323fd8f596e5d584b667b2b58d3ad49802a757a7f355add2c941aceec
f329f84e1abc4d7330298d3342

**URL**
https://help.compology.com/en/articles/4633141-why-didn-t-an-empty-event-register

**Timestamp**
Mon Aug 12 2024 19:22:36 GMT-0400 (Eastern Daylight Time)



**File Name**
https-help.compology.com-en-articles-4633141-why-didn-t-an-empty-eve-Aug-12-24-19-22-36-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
93a4169ba32447d0e9623f446500ccfcd2f8a7ce133627970287da0767189a35

**Signature (PKCS#1v1.5)**
25bbadcb68b23995e68572a1bb3e80f4dab7cb894c3fa408145b4995c33e7128008d48f069cbd4cd0fb8cc2f1078d9b07d5bc33410aa1d179b176f04202af9baeba207532679383eab52be46109af5747a1fa9da008cd055c8b9319f491be0924b4ae3fc3b8e35c1b67d93ceb3097bd2e247b4b5629e5789fe86820c0a81dbb0f544d3f921100d161e253f0625fb4cf6b5bf63c999a7e52fd5bec1444bed5d85ad53b71c64b7520f61f88996383465a7969840c105364b8bc80790593a9d005a6f62d078d5152e87396f359d250df012ba95c7c2303e5b13829db73eff68ef320e2b4e50b4b7ac054598d29521fc97db51eff1be775cda43767bfa3aae588a23

**URL**
https://help.compology.com/en/articles/4633141-why-didn-t-an-empty-event-register

**Timestamp**
Mon Aug 12 2024 19:22:36 GMT-0400 (Eastern Daylight Time)

RTS_00335766



All Collections > Frequently Asked Questions > Why didn't an empty event register?

# Why didn't an empty event register?



Written by Dana Beck
Updated over a week ago

Our empty event detection is based on a combination accelerometer trigger* and the fullness of the before and after pictures.

## Reasons for missed empty events:

1. **Obstructed images:** An obstructed camera can prevent our AI from determining the fullness. If the image following an accelerometer trigger is obstructed and the fullness was not determined, then the empty event may not be detected till the next image with a determined fullness level.

2. **Little change in fullness between two visible images:** If the two images contain similar levels of fullness, then it may determine there was no empty event even if there was an accelerometer trigger.

3. **Lift event determined but indicated on the wrong day:** If an empty event is determined to have occurred between two images, but there was no accelerometer trigger between them or there is a series of obstructed images between them, the empty event will be indicated as having occurred at the average time between the two images. This may result in the empty event not being assigned to the day that it actually occurred.

* Note that accelerometer triggers may not occur if the container is lifted in a way that does not comply with the algorithm, that wakes the camera to take a post, which is used to identify that the motion the camera is experiencing is a lift.

RTS_00335767



RTS_00335768