# EXHIBIT 18

# Web Data Collection Report

**Page Title**

Maintenance Best Practices (Standard Service Customers) | Compology Help Center

**URL**

https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Collection Date**

Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

4fcde27c934008a24331a58705a515b5c0bea3faaf13acb6be44af916de28dfa90da07a6c
872c01d492bf2ad6246bff557e26f3a364179ef458cfcd3b7e073c0a6cb80a11acdab3389
74e8e4b8a0699f9c63587b9df3e0d7e2119861464e77acd3a0dd7901cd7899d9d9074cf3
aad9ac427443b863a61603fd67db2b82d1551f1e3ae83ce0a0519783b1c4eb68879dc2143
8ac808c398e2bd01c4a415ff41555b977aaca6d2277ec0ac6e0488f620dd5d2a65895d065
8a90dc318e15f89a6ec30aa1f3bdfb7860c9593b4a81c4bde386bc1f6ca4770304b74c5f5
e7898c1834ff47a6d7967183658455c54c6f8f542a7068b5e26bfd7e787fb618ece269c02
88

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

e438d7cf41ceb6d6dcb566c1ee0d6e8730f424765b56fdbadf0e6363bbf5b02e

**Signature (PKCS#1v1.5)**

389a5261c2576617c95db25220616bb7f1a2515d9f1a9da5bca485f15c541f3bd5a8e8ce9
adc9f99c15c09f3a40313116880220aad4834f67022368fbea2f486ec0eee94a11f8d377f
d88bc5fc8c052668701ee80be19511b036fb265ee8fba39006b341aa8ed5ed63efaa741d
bc61e51a16f5b616bde9a26032228fbf69915e43e57389043fe9e5a24a17ab19e3c880bf
50636e8b86e95298a7e41248a305a2d4a0975755edd5dd05a9ef12c55061199761914 16f
76d3adf80411539f09a09bf838b3223c0bc09df57b653702ae4055813b2c1e7e257952bd
44366dc7af819130acbdd1c254684f5a63cd9156f048c3442a41c21cb70ed2a86dca56743
b40a4



**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
0efad376a25416a3413f55f07f9930477c93b8cbabceed95cd9b622bfa0e28d3

**Signature (PKCS#1v1.5)**
3b3775fe83a34e86ac3ebb120644353ea5a4fb9e8f20044419890e95dd20681c87d109a53d1252b35
a47cdb9bbdbe76c35b32158e5ff54061079e78081b078db8a8960e62590f5911f33c14f0cca7190c5
b80e30e30cdb4ae33b193d2eaa03241cc46a7930ebcda8fbc628d56573e66e8f6582cbca33e783106
86ca49a77e11d119ffb50f4ae28b65a89e8ebe656ad677eb27325fb0d6cb843e7e96664ac6db40660
727656dec013721dafa62f6e07f60a3a0d2a4de6db6abf11a5929d65b296bc0af555187825f3b8569
6a13871018c621141bdbbd45be7410d55d42bd0a5c3f7db5c9bbece2378e70bae40c8b10c28587034
56af5c1a50e3e1cca9b83c93aa

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

4. **Camera Issue Types**
5. **Maintenance Prioritization**
6. **Replacing a Camera**
7. **Returning Cameras**
8. **Warranty**
9. **Support**
10. **Appendix - Definitions**

By combining proactive fleet monitoring, powered by Compology, and ad hoc maintenance as appropriate - you will optimize your fleet performance!

## 1. Identifying a Camera Fleet Manager

Compology Operations supports your team through automated daily monitoring of your fleet to ensure fleet performance which helps you to quickly identify any potential issues.

To streamline this process, we ask that you identify a **Camera Fleet Manager** we can work with to troubleshoot the maintenance needs of your camera fleet. This team member will be responsible for monitoring containers for missed posts and unclear images on a daily basis and perform or delegate maintenance tasks within your organization. The Camera Fleet Manager should also have the ability and authority to assign maintenance tasks. You may have one or more Camera Fleet Managers depending on your organizational structure.

## 2. System Performance Monitoring, Alerting & Reporting

In addition to Compology's daily monitoring support, you can review a list of cameras with issues and those that require your attention from within the app by navigating to **Maintenance > Issues**.

We also have the **Fleet Performance Metrics Report,** an overview of the current fleeting posting rate so that your Camera Fleet Manager and your team can maintain a high level of awareness of how your fleet is performing. This report is automated and sent on a daily basis (we can adjust the report delivery to a weekly schedule if preferred). If you need to subscribe to a report or adjust the report schedules, please reach out to support@compology.com or use the chat icon in the lower right corner of the Compology Web App.

## 3. Fleet Health and Performance Level

Compology will help you maintain a 90% or above fleet posting rate goal. Fleet posting rate is the percentage of cameras that are successfully posting within the last three (3) days.

---

**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
3cc12cd50737bca2a2a1a2ea5979be6834e1cb527b7199e7869d7bf248fedb64

**Signature (PKCS#1v1.5)**
025bf75ac70a76369f49b675639b2973ab3164aac87261f0eb5702f7510257b0dbb4b94885e3466ae
709bc0e112f0cb6cff705dd98b5e95d40558fa908d65a5c77e454f40eb9c21a2750deeab017e7ca71
fc64fd1bd4102fec74cc7d1ff182d69d6d3f2baaf33caa5d66a496e3994b4214d50f34a3ee59cb257
7a634f3123415dbe5f667d38b82b485ce9541044d895f21dc87012ea28b30f1cae1ab2abdba2c9170
5d055ea4517f4d4b60216ad7f892e021d9437033630d31e124bc63e6898e81307e8c867b0704d96e
0027d5cf33c6aa4a0c1b82821ff23d8e2690a0e8508d070708929e05fee3ebe59663b01be6f84de86
f8ab94ade377412a1e21eeab6c1

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

Web App.

## 3. Fleet Health and Performance Level

Compology will help you maintain a 90% or above fleet posting rate goal. Fleet posting rate is the percentage of cameras that are successfully posting within the last three (3) days.

## 4. Camera Issue Types

Remote troubleshooting is a useful way to perform preliminary testing prior to sending a technician into the field for maintenance. The most common camera issues are listed below:

- **Failed to post in 3+ days** - Compology servers have not heard from the camera in over three (3) days from when it was expected to post. It is recommended to replace the camera unless it is known that it is positioned in an area with low cellular signal strength.
- **GPS Failure** - The last post from the camera indicates that there is an internal error with the GPS. It is recommended to replace the camera.
- **Low Battery** - The last post from the camera indicates that the battery energy is getting low. It is recommended to replace the camera.
- **Overposting** - The camera has been posting more frequently than the expected schedule, which can be due to internal failure or excessive movement of the container. If the container is static, it is recommended to replace the camera.
- **Broken Camera** - The last post from the camera appears to have digital distortion indicating an internal failure. It is recommended to replace the camera.
- **Not in Container** - The last post from the camera appears to show that the camera is not installed in a dumpster. It is recommended to have this camera installed.
- **GPS Obstructed** - The camera has been posting without GPS coordinates for over three (3) days. This is due to an inability to receive a connection to GPS satellites, which can occur if the camera is indoors, underground, surrounded by tall buildings, or covered. If the camera is outside, uncovered and the issue persists, contact support@compology.com with additional details.
- **Persistently Obstructed** - The images from this camera have been obstructed for over three (3) days. If obstructed by material in the container, the obstruction should clear at the next empty event. If the container was recently emptied and the obstruction is persisting, the lens should be cleaned.
- **Location Unknown** - There are no faults with the camera or the images, but the GPS coordinates indicate that it is posting from an unknown location. Review the location of the container to determine if the container was incorrectly moved off-site or if a new service location needs to be created (see the "How to Add a Customer or a Service location" Help article).

All of the above issues are visible in the **Maintenance Issues** section of the web-app. Each camera can only have one main issue, which will be displayed.

**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_2.jpg

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Hash (SHA256)**
ff85ab31d3a7c91c73b25840dbb9b655499be6d09d8cd4c52eb6585fda856333

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
199cf93d4e4d1481233aa8cab36a0daee6f1301881a70661611f6fee5b9359389188dc9d29f03e4dd0
e604553e4ad611ea8bd06a48b9654b88698c16d71ffd90b27b1fdfbb757cf46fb9a5995957dfe45780
d21b2ed0ccaffed65360725d4a148357cedc3a38deadd085cc02902a83c472a29fc730c82718a9765e
a90e6c67d08ecdcec99533ad1b2f8e6d1f25579e608013995e9ebb1c42c0a26b5297b3c2daa0ed481f
2cdfe80fbfc8e4692b35cea537bfc8636f4cde3112711e30090f57568ff3bf43abd3bc83082e671d6bea
ad3ebff5af3f0a6767f44e2020fd37ad74474a09e69cc283d7a3c3d9eada047b5f9311fe3156a7eab9b1
b1527f5501342c4f

- **Location Unknown** - There are no faults with the camera or the images, but the GPS coordinates indicate that it is posting from an unknown location. Review the location of the container to determine if the container was incorrectly moved off-site or if a new service location needs to be created (see the "How to Add a Customer or a Service location" Help article).

All of the above issues are visible in the **Maintenance Issues** section of the web-app. Each camera can only have one main issue, which will be displayed.

## 5. Maintenance Prioritization

It is best practice to prioritize the maintenance of cameras based on the type issue. An example of a high priority and low priority issue is below.

**High Priority Example** - Cameras that stop posting for more than three (3) days. These cameras should be visited quickly, especially for roll-off containers. If a camera is damaged or defective, it will be harder to locate as the container moves around. If a camera misses a post for more than 48-hours but is in a known strong signal area, you should investigate it as soon as possible and replace it.

**Low Priority Example** - Poor cell signals can also make a camera stop posting. If the signal is the cause, the camera will "self heal" and post again when it's able to get a stronger signal. This can happen at the same site or when the container is moved.

## 6. Replacing Cameras

Once you've dispatched a team member to fix a camera, please follow the below best practices:

- When going out to a container, the intent should be to replace the camera. Make sure you always bring a replacement camera and tools necessary to make a replacement.
- When you find the camera and are not sure if a camera is functional, it should be replaced. Then, contact Compology support to investigate the camera you removed. If it is working properly, it can be placed back in your spare inventory for future replacements.
- If a camera is physically damaged or missing, it should be replaced.
- Always wipe the camera lens to make sure the lens is clear before you leave.

**Replacement Procedure**

1. Remove the existing camera from the container and mount a labeled, pre-activated camera from your maintenance inventory. *Note: Pre-activated cameras are in "Maintenance Mode" to preserve battery life. When Compology receives notification that a pre-activated camera is mounted, maintenance mode will be turned off and the camera will make regular posts within 24 hours.*
2. Record which pre-activated camera you used by referencing the number listed on the

---

**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
5cfb24f1319c2e9dcb1573af00c445bab456859f95eaf09d23785905602d90ba

**Signature (PKCS#1v1.5)**
4f38c2080ac0e62705abcbb6e9b0acddec45270ff51d78d5bcf8203e0506abe2aa8af02bdd0710d99
e33a0533d970cd693f2837013bca18abb3c3cb4ef1c9fb4cd18d605710a93eeaa0bb1fbc67c6d78f7
5090cdf6c258ca44258e55199304d3f5e0e3048bb9d7fcabb2b499297fff20c58801ef4697cdf397a
0425b5e02b908b87d0c8852fe7b3a32633c8186e8d069fbe5ac8d9f61fd26e8fe7115cb2db848e4c2
b624b66af4bef6ed210c7ec683340e9914d8dac053ceee0355549a3f606021cf774977d6d8192c6e9
6cd60eedd6eab1af5484090014f0633e37792b153a3993794d2f575fd29ba797efcb752e877e13438
b1722a478c7258f52b06031632

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

- Always wipe the camera lens to make sure the lens is clear before you leave.

**Replacement Procedure**

1. Remove the existing camera from the container and mount a labeled, pre-activated camera from your maintenance inventory. *Note: Pre-activated cameras are in "Maintenance Mode" to preserve battery life. When Compology receives notification that a pre-activated camera is mounted, maintenance mode will be turned off and the camera will make regular posts within 24 hours.*
2. Record which pre-activated camera you used by referencing the number listed on the camera label.
3. Search for the pre-activated camera in the Container Management tool in the Compology Web App.
4. Update the container information to match the container you installed the new device on. This creates a second, identical container on your app.
5. Contact Compology via the chat icon in the lower right corner of the Compology Web App or send an email to support@compology.com to inform us that you have replaced a camera and are requesting to remove the duplicate container number from your app. If you replaced a damaged or missing camera, please make sure to relay that information when messaging support.

## 7. Returning Cameras

**Cameras Suspected to be Defective (and under Warranty)**

1. Contact Compology via the chat icon in the lower right corner of the Compology Web App or send an email to support@compology.com and let us know how many cameras you are returning.
2. Please provide the number of boxes you will be shipping.
3. Compology will provide you with an RMA # and a return label

*Note: Once cameras are received back by Compology, we will inspect them and credit your account for any cameras that are found to be defective and under warranty. If you ordered advanced replacement cameras, we will credit that invoice specifically.*

**Cameras that are Damaged (and Non-Warranty)**
Non-warranty, damaged cameras do not need to be returned to Compology and should be disposed of by following the EPA's guidelines (https://www.epa.gov/smm-electronics). Replacement orders for non-warranty, damaged cameras will need to be made. The Compology Operations team will assist in placing orders for replacement cameras. Camera shields do not need to be returned to Compology.

**Cameras Flagged as "Missing"**
Compology will share with you a list of cameras with container IDs that have not posted in over 90-days. A camera can be marked as "missing" before the 90-day mark if Compology receives feedback that the container could not be located (the list is also available in the **Maintenance Issues & Task History** report).

**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
f5c689ab3597098be5e410f9bfa514a76450aab60c9eac05ccdde8ab92234e0a

**Signature (PKCS#1v1.5)**
594eaef3142b1aae995211f337d0c77f16385a9089e39a8c9ea4d44f912ace5ac007a1f557689cf9ac
862b394cab48d29cef9bd70fcfcb021a86ba9f98ab4462be7962f72ebded63d629e149ec5054d4fd2a
c2d13a8010cbfb5af49a888eefefdba7086542efbf652939c5ec9b1a12ef2a19d5aca0736260ae1977
4ba3ecd2e17442af4ff7b75112f8cc2213ff2b8dfdc715a9fe202180aa2b330e943a765a54c0bbab01
a6b27436a3c3c635191e43dbaa2de94f540ef1cd2f2407f059ae4fc12336da8180bd9588715137097
7078c24f9088fc2c44bfbc9b205a23256e330d4cc5de8468a262cd2a6ea17d1509ad00eea61ebc3c0
f37eb09ad9f7edd116e7b9

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

Compology Operations team will assist in placing orders for replacement cameras. Camera shields do not need to be returned to Compology.

**Cameras Flagged as "Missing"**
Compology will share with you a list of cameras with container IDs that have not posted in over 90-days. A camera can be marked as "missing" before the 90-day mark if Compology receives feedback that the container could not be located (the list is also available in the **Maintenance Issues & Task History** report).

If a camera is flagged as "missing", we recommend that you purchase a new camera replacement. Once a "missing" camera list is confirmed by both Compology and your team, a replacement order will be made and sent to the identified address to be installed on either the original, located container or on another container that does not yet have a camera installed.

## 8. Warranty

The Compology Equipment Warranty starts on the Camera Activation Date (CAD) and is automatically registered with Compology at that time. A camera is considered activated once it has been turned on and sends its first message to Compology's Cloud.

All cameras with a CAD less than 36 months from the current date are eligible for warranty coverage. Cameras with a CAD over 36 months old and has less than 10% battery remaining are not eligible for warranty coverage. Customers may request a complete list of CADs for their organization at any time by submitting the request to Compology via the chat icon in the lower right corner of the Web App or by sending an email to support@compology.com.

**What's Covered?**
Compology's camera warranty covers the following during the warranty period:

- Equipment manufacturing defects
- Equipment workmanship defects
- Equipment batteries

**What's Not Covered?**
Compology's equipment warranty does not cover:

- Labor cost for removing or reinstalling cameras
- Shipping costs to return cameras to Compology
- Equipment that has been damaged due to normal wear and tear, vandalism or is missing from the container
- In the case of replacements due to damaged and missing cameras, the customer agrees to pay the contracted price/camera replaced

## 9. Support

**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_5.jpg

**Hash (SHA256)**
90ca764f65c3166bc3cced851bd42a41c5be264d37ac81d82ec6b1fee33fb8b1

**Signature (PKCS#1v1.5)**
1e75a602879c44c1f97eacb58e57c80c82a709ab60cf05eb05cd1f3899d4b42930b1ab5618d43a985
3bb49edc5439068b80e7cfba852dde16a7f9486128d8a4e27b04f60fd524b85f81e05009b439b0eef
223ba8bb2d67980a8c6821f5446b68cf1e8e7405e9ae5fb3e5d8713cd7901c4ef3bd2118adc299238
5640766bb812859d29c190d4959bccd332129094eacef0bbfcb2e5e6e05b1f683fe94cc4ad6053a63
19d31343c6af73661ed9e246c7887fc71333d7a15f6c886bfeb40c9d9b55195a2792fdc9baee80ffd1
b47a81d92152385be96fd7b0f067b8ccc781ae6dbcf98d740d57b37de75332ec34da6bd8d3b90554
e7b47842f8553cc2f7097f8ea2

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

- Shipping costs to return cameras to Compology
- Equipment that has been damaged due to normal wear and tear, vandalism or is missing from the container
- In the case of replacements due to damaged and missing cameras, the customer agrees to pay the contracted price/camera replaced

## 9. Support

**Online Support**

Online, technical and non-technical, support is offered through your Compology Web App via the chat icon in the lower right corner or by emailing support@compology.com. Support agents are available 8am-5pm (PST), Monday-Friday.

**FAQs**

You can access our FAQs and Help articles here. We suggest bookmarking the page to quickly reference as needed.

*Need more help?* One-on-one training on maintenance best practices with our Operations team may be requested. Reach out via the chat icon in the lower right corner of the Compology Web App or by emailing support@compology.com.

**Additional Support**

Compology will proactively extend additional support if your fleet performance falls below 90% for two (2) consecutive weeks. The Compology Operations team will reach out to schedule a series of Fleet Maintenance calls to establish/monitor a plan with your Camera Customer Fleet Manager to maintain the fleet.

You will be assigned a representative from our Operations team who will lead the maintenance efforts from our side. Scheduled calls will remain in place until your fleet performance is above the target of 90% for two (2) consecutive weeks or the mutually agreed upon maintenance repair goal has been achieved.

During our Fleet Maintenance call(s), our team will work with you to prioritize maintenance efforts in order to improve your fleet's health as quickly and efficiently as possible.

*Note: Compology will extend this additional support as long your organization fully participates in the proposed calls and is committed to performing the recommended maintenance tasks.*

## 10. Appendix - Definitions

**Failed to Post** - A camera that has failed to post for 3+ days.

**Missing** - A camera is considered "missing" if:

---

**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_6.jpg

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Hash (SHA256)**
5e90ab6a5ffb7df4a740ca7f61f2d8a99b14fae35f807b0b0ccb3d06ac72e7a4

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
24819c95796422c641b20ad31dd818a2b22624a3e8731f1a351bb5927cf49e054fcc7c6e1c8adf559
8c389ffae146c0cb615328415289979478ec3fe77f48e244c7a0d23c22c48a08b3b381cf06788fd86
898a06e5da8caa6dd676a2bc0ff4c9dc6e4ad2890b3f2d51cc3ffc7114057f13beb11b1dc05b8cd4c
cd984441373f7d76a7ce37a5c5512d7e2e2c8f35dc55c7d2e7c6c38b965749fe3b70bcde37a3d855
30873d2372c6f0ba8b489e3d3fc10635bb39cf2a841c505915670ce270567a0d0e5db1bb239cfa8f
7032b82c79b9d346ea1b20da57f70dac97d02c5788ebec4496d067312f2e438fe1b0aef6e4768e8c
43bb4897b9bb828ce19d176d0b3da

*maintenance tasks.*

## 10. Appendix - Definitions

**Failed to Post** - A camera that has failed to post for 3+ days.

**Missing** - A camera is considered "missing" if:

- A technician has been unable to locate a camera at its last posted location
- OR, was unable to find the associated container
- OR, the camera has not posted in greater than 90-days

**Post** - The event when the camera sends data (image, GPS) via a cellular connection. Cameras will post 3x/day on a schedule and will also be triggered to post during a service event.

**Posting** - A camera is considered "posting" if it uploads data to Compology's Cloud at least 1X every 3 days.

*Note: If you have reviewed this document and still have questions, please do not hesitate to contact our team. You can reach us via the chat icon in the lower right corner of the Compology Web App or simply email support@compology.com.*

Did this answer your question?

😞 😐 😀

Compology Help Center

We run on Intercom

**File Name**
https-help.compology.com-en-articles-4195097-maintenance-best-practi-Aug-13-24-07-36-29-GMT-0400-(EDT)_7.jpg

**Hash (SHA256)**
a69972787c445e96ba119b8c77afcb86eaaa91186bf08479e36ea906b94260d2

**Signature (PKCS#1v1.5)**
2cec2685f3811eb07b06566599e83040143e8d3b23ee6c3b58d2af79f3b08ea1f29f98dafffdb74e8d
009a6bd7deedef7f736385df75de4ecb4dc031acda96139e6aba18b31456587db199cc062b0ebe0deb
8f81c992b506cf1cadbf2ea74d67122bac4e56724bc12b3cabc51f26f180325e7015c202c3e5673639
f6a669168f17fc71c94ad43396c1434c40b86d12de589469ee82465f72058b66811f71917eaae5df1e
f244c698060c1baba43f4a32180d55e2684e4210d56f3983f1b3254a50b615997db4fae49e8c947fc4
c35d7688fdc701b9db06369ec1d34360c866fff4edbb89854ac012b03677576cf8308882e59d6dedf0
530c1981907fb9811196

**URL**
https://help.compology.com/en/articles/4195097-maintenance-best-practices-standard-service-customers

**Timestamp**
Tue Aug 13 2024 07:36:29 GMT-0400 (Eastern Daylight Time)



All Collections > Maintenance & Installation >
Maintenance Best Practices (Standard Service Customers)

# Maintenance Best Practices (Standard Service Customers)

Overview of Maintenance for Standard Service Customers

 Written by Bob Baumann
Updated over a week ago

## Overview

Our goal is to help you sustain high performance across your camera fleet on an ongoing basis. While your organization is responsible to perform maintenance on your camera fleet, we've outlined operational best practices for you to reach a high camera fleet performance goal, which includes the following:

1. **Identifying a Camera Fleet Manager**
2. **System Performance Monitoring, Alerting & Reporting**
3. **Fleet Health and Performance Level**
4. **Camera Issue Types**
5. **Maintenance Prioritization**
6. **Replacing a Camera**
7. **Returning Cameras**
8. **Warranty**
9. **Support**
10. **Appendix - Definitions**

By combining proactive fleet monitoring, powered by Compology, and ad hoc

RTS_00335643

by combining proactive fleet monitoring, powered by Compology, and ad hoc maintenance as appropriate - you will optimize your fleet performance!

## 1. Identifying a Camera Fleet Manager

Compology Operations supports your team through automated daily monitoring of your fleet to ensure fleet performance which helps you to quickly identify any potential issues.

To streamline this process, we ask that you identify a **Camera Fleet Manager** we can work with to troubleshoot the maintenance needs of your camera fleet. This team member will be responsible for monitoring containers for missed posts and unclear images on a daily basis and perform or delegate maintenance tasks within your organization. The Camera Fleet Manager should also have the ability and authority to assign maintenance tasks. You may have one or more Camera Fleet Managers depending on your organizational structure.

## 2. System Performance Monitoring, Alerting & Reporting

In addition to Compology's daily monitoring support, you can review a list of cameras with issues and those that require your attention from within the app by navigating to **Maintenance > Issues**.

We also have the **Fleet Performance Metrics Report,** an overview of the current fleeting posting rate so that your Camera Fleet Manager and your team can maintain a high level of awareness of how your fleet is performing. This report is automated and sent on a daily basis (we can adjust the report delivery to a weekly schedule if preferred). If you need to subscribe to a report or adjust the report schedules, please reach out to support@compology.com or use the chat icon in the lower right corner of the Compology Web App.

## 3. Fleet Health and Performance Level

Compology will help you maintain a 90% or above fleet posting rate goal. Fleet posting rate is the percentage of cameras that are successfully posting within the last three (3) days.

RTS_00335644

## 4. Camera Issue Types

Remote troubleshooting is a useful way to perform preliminary testing prior to sending a technician into the field for maintenance. The most common camera issues are listed below:

- **Failed to post in 3+ days** - Compology servers have not heard from the camera in over three (3) days from when it was expected to post. It is recommended to replace the camera unless it is known that it is positioned in an area with low cellular signal strength.
- **GPS Failure** - The last post from the camera indicates that there is an internal error with the GPS. It is recommended to replace the camera.
- **Low Battery** - The last post from the camera indicates that the battery energy is getting low. It is recommended to replace the camera.
- **Overposting** - The camera has been posting more frequently than the expected schedule, which can be due to internal failure or excessive movement of the container. If the container is static, it is recommended to replace the camera.
- **Broken Camera** - The last post from the camera appears to have digital distortion indicating an internal failure. It is recommended to replace the camera.
- **Not in Container** - The last post from the camera appears to show that the camera is not installed in a dumpster. It is recommended to have this camera installed.
- **GPS Obstructed** - The camera has been posting without GPS coordinates for over three (3) days. This is due to an inability to receive a connection to GPS satellites, which can occur if the camera is indoors, underground, surrounded by tall buildings, or covered. If the camera is outside, uncovered and the issue persists, contact support@compology.com with additional details.
- **Persistently Obstructed** - The images from this camera have been obstructed for over three (3) days. If obstructed by material in the container, the obstruction should clear at the next empty event. If the container was recently emptied and the obstruction is persisting, the lens should be cleaned.
- **Location Unknown** - There are no faults with the camera or the images, but the GPS coordinates indicate that it is posting from an unknown location. Review the location of the container to determine if the container was incorrectly moved off-site or if a new service location needs to be created (see the "How to Add a Customer or a Service location" Help article).

All of the above issues are visible in the **Maintenance Issues** section of the web-app. Each camera can only have one main issue, which will be displayed.

RTS_00335645

## 5. Maintenance Prioritization

It is best practice to prioritize the maintenance of cameras based on the type issue. An example of a high priority and low priority issue is below.

**High Priority Example** - Cameras that stop posting for more than three (3) days. These cameras should be visited quickly, especially for roll-off containers. If a camera is damaged or defective, it will be harder to locate as the container moves around. If a camera misses a post for more than 48-hours but is in a known strong signal area, you should investigate it as soon as possible and replace it.

**Low Priority Example** - Poor cell signals can also make a camera stop posting. If the signal is the cause, the camera will "self heal" and post again when it's able to get a stronger signal. This can happen at the same site or when the container is moved.

## 6. Replacing Cameras

Once you've dispatched a team member to fix a camera, please follow the below best practices:

- When going out to a container, the intent should be to replace the camera. Make sure you always bring a replacement camera and tools necessary to make a replacement.
- When you find the camera and are not sure if a camera is functional, it should be replaced. Then, contact Compology support to investigate the camera you removed. If it is working properly, it can be placed back in your spare inventory for future replacements.
- If a camera is physically damaged or missing, it should be replaced.
- Always wipe the camera lens to make sure the lens is clear before you leave.

### Replacement Procedure

1. Remove the existing camera from the container and mount a labeled, pre-activated camera from your maintenance inventory. *Note: Pre-activated cameras are in "Maintenance Mode" to preserve battery life. When Compology receives notification that a pre-activated camera is mounted, maintenance mode will be turned off and the camera will make regular posts within 24 hours.*
2. Record which pre-activated camera you used by referencing the number listed on the

RTS_00335646

2. Record which pre-activated camera you used by referencing the number listed on the camera label.
3. Search for the pre-activated camera in the Container Management tool in the Compology Web App.
4. Update the container information to match the container you installed the new device on. This creates a second, identical container on your app.
5. Contact Compology via the chat icon in the lower right corner of the Compology Web App or send an email to support@compology.com to inform us that you have replaced a camera and are requesting to remove the duplicate container number from your app. If you replaced a damaged or missing camera, please make sure to relay that information when messaging support.

## 7. Returning Cameras

**Cameras Suspected to be Defective (and under Warranty)**

1. Contact Compology via the chat icon in the lower right corner of the Compology Web App or send an email to support@compology.com and let us know how many cameras you are returning.
2. Please provide the number of boxes you will be shipping.
3. Compology will provide you with an RMA # and a return label

*Note: Once cameras are received back by Compology, we will inspect them and credit your account for any cameras that are found to be defective and under warranty. If you ordered advanced replacement cameras, we will credit that invoice specifically.*

**Cameras that are Damaged (and Non-Warranty)**
Non-warranty, damaged cameras do not need to be returned to Compology and should be disposed of by following the EPA's guidelines (https://www.epa.gov/smm-electronics). Replacement orders for non-warranty, damaged cameras will need to be made. The Compology Operations team will assist in placing orders for replacement cameras. Camera shields do not need to be returned to Compology.

**Cameras Flagged as "Missing"**
Compology will share with you a list of cameras with container IDs that have not posted in over 90-days. A camera can be marked as "missing" before the 90-day mark if Compology receives feedback that the container could not be located (the list is also available in the **Maintenance Issues & Task History** report).

RTS_00335647

If a camera is flagged as "missing", we recommend that you purchase a new camera replacement. Once a "missing" camera list is confirmed by both Compology and your team, a replacement order will be made and sent to the identified address to be installed on either the original, located container or on another container that does not yet have a camera installed.

## 8. Warranty

The Compology Equipment Warranty starts on the Camera Activation Date (CAD) and is automatically registered with Compology at that time. A camera is considered activated once it has been turned on and sends its first message to Compology's Cloud.

All cameras with a CAD less than 36 months from the current date are eligible for warranty coverage. Cameras with a CAD over 36 months old and has less than 10% battery remaining are not eligible for warranty coverage. Customers may request a complete list of CADs for their organization at any time by submitting the request to Compology via the chat icon in the lower right corner of the Web App or by sending an email to support@compology.com.

**What's Covered?**
Compology's camera warranty covers the following during the warranty period:

- Equipment manufacturing defects
- Equipment workmanship defects
- Equipment batteries

**What's Not Covered?**
Compology's equipment warranty does not cover:

- Labor cost for removing or reinstalling cameras
- Shipping costs to return cameras to Compology
- Equipment that has been damaged due to normal wear and tear, vandalism or is missing from the container
- In the case of replacements due to damaged and missing cameras, the customer agrees to pay the contracted price/camera replaced

## 9. Support

RTS_00335648

**Online Support**
Online, technical and non-technical, support is offered through your Compology Web App via the chat icon in the lower right corner or by emailing support@compology.com. Support agents are available 8am-5pm (PST), Monday-Friday.

**FAQs**
You can access our FAQs and Help articles here. We suggest bookmarking the page to quickly reference as needed.

*Need more help?* One-on-one training on maintenance best practices with our Operations team may be requested. Reach out via the chat icon in the lower right corner of the Compology Web App or by emailing support@compology.com.

**Additional Support**
Compology will proactively extend additional support if your fleet performance falls below 90% for two (2) consecutive weeks. The Compology Operations team will reach out to schedule a series of Fleet Maintenance calls to establish/monitor a plan with your Camera Customer Fleet Manager to maintain the fleet.

You will be assigned a representative from our Operations team who will lead the maintenance efforts from our side. Scheduled calls will remain in place until your fleet performance is above the target of 90% for two (2) consecutive weeks or the mutually agreed upon maintenance repair goal has been achieved.

During our Fleet Maintenance call(s), our team will work with you to prioritize maintenance efforts in order to improve your fleet's health as quickly and efficiently as possible.

*Note: Compology will extend this additional support as long your organization fully participates in the proposed calls and is committed to performing the recommended maintenance tasks.*

## 10. Appendix - Definitions

**Failed to Post** - A camera that has failed to post for 3+ days.

**Missing** - A camera is considered "missing" if:

RTS_00335649

- A technician has been unable to locate a camera at its last posted location
- OR, was unable to find the associated container
- OR, the camera has not posted in greater than 90-days

**Post** - The event when the camera sends data (image, GPS) via a cellular connection. Cameras will post 3x/day on a schedule and will also be triggered to post during a service event.

**Posting** - A camera is considered "posting" if it uploads data to Compology's Cloud at least 1X every 3 days.

*Note: If you have reviewed this document and still have questions, please do not hesitate to contact our team. You can reach us via the chat icon in the lower right corner of the Compology Web App or simply email support@compology.com.*

Did this answer your question?

  

Compology Help Center

We run on Intercom

RTS_00335650