# EXHIBIT 19

# Web Data Collection Report

**Page Title**

Locking a Container to a Service Location | Compology Help Center

**URL**

https://help.compology.com/en/articles/3604037-locking-a-container-to-a-service-location

**Collection Date**

Mon Aug 12 2024 12:18:02 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

7ac3c5cc8227316597fb5fb306a4cea501b3d1233befa750c8d71c96125e389031e6ac913
41386cf7c94fff345596375fc569434893ce2cec8742d6971029d1b55d077e28f41cf6753
2a351a2ef47a81e9d51c6ae0a1408bcfc70e81ffd6513f98df68cecfb3973cd2a15874af0
e110855b6fed46080b8a89e991295d7eddd21e0862490b07a2e91f52829dc9326a15f704a
b497b85ae9c36710515cb8116b67e1954f7844277ca338b76edeba0f47a1d40de19e59b98
d84afaf0f4298288adfb395d33fb41f61c224b0a8ebb38a408ef8d7b361cf7ef595e878c0
8fcab3341309e6e9360c3ea37065ce4428dc09f22d65f774ef2764bcca7c524c8287e12a
54

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-articles-3604037-locking-a-container-to-Aug-12-24-12-18-02-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

2298c9bcf17fe95610b08a47a0c5be38438f2f52f0e3bcc3456e68945da86f3e

**Signature (PKCS#1v1.5)**

25fdbf985598ce43a610a3dd1d607d5d8d8ba2ffbe224594282f0890050b9df5f0388158
6ca9bb9f49812cbdabd1e302fa1f42fb5da7c6afbb5332b16d8c22d7e863027e3449aabe
9abcc0bb3a02380d36a4a1ce60707a715affb92895e20ec5760d351c4cf2620b328f1401
1c18cd0507fe0c7bca62f51b3a9638c16a6d352660d888240177e6e3d43a77046a78dc78
bae5bc5f2c4d06a91018d186e328262075e87253f70f2c820bb9dc5ae74dacf51afb8d44
256b8acd1db3fc4b32d14870b98a9f70dd87252ae70d7546777c8274955a87044bb2388
864161f971f8def56ece2210b8e8bba521f908b9e8ec8c5d8ea676c045daf3942b69285d
5056dabda





**File Name**
https-help.compology.com-en-articles-3604037-locking-a-container-to-Aug-12-24-12-18-02-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
515d9d429429e0afa849262cce7b2d20b9f9faa477b8c63b8c54b6646b65d639

**Signature (PKCS#1v1.5)**
3b385cb4db99bbe3312d1d9175c153be86b8d88eaff070ffa62e9acba7028d04c34a5cb38c2083682b
6234a2eec2b4900bb0d6ac7ec76578fab4805cac295bb3a682af3c73ecf6c118442d891683127fccf9
6f7779d31a8d797ee8206531f907652cbd0edf662a99984b55c0b6e99cbec8a2cd129654b696d665a5
de137ee7163cc474fea46dd141a6b5fd93ea4b020b2c1b29ccafdbf23fc8e45fa6e24aafdbcb34dc3bd
b8b69e913547be2f8e2f2c49017aac060edb9b840201fa6a4c94fe7ae7a881851dd0c3befef9e8bfdd9
6d6c6f6ca8e1ea8418c2faf8c3665f69f18ed6d9b8200dad624c37f5dc47d9b092951fd3ea97944eff6
7ce239361b17cb743

**URL**
https://help.compology.com/en/articles/3604037-locking-a-container-to-a-service-location

**Timestamp**
Mon Aug 12 2024 12:18:02 GMT-0400 (Eastern Daylight Time)

RTS_00335589





**File Name**
https-help.compology.com-en-articles-3604037-locking-a-container-to-Aug-12-24-12-18-02-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
3fc15c7445ff019b2ed142ff26f93ce72574823fcf73967516e3086032ff3160

**Signature (PKCS#1v1.5)**
2d4ea545ed86d4cab2e40a8cabc61451d48fa6712696f35502e85900b4cc8601ad4ff2f776ec935e4c
8d0bfdd0a8702a12165866c475f34223a00faeaaf4cc6e7e88cc38b5f9ff76aea8895a608533ccd761
2493d65d2277ddcc8999347c08f3616393964db823cd38e5570006fe04313fd39fd332c4a35fd93dc3
616adf2fdd2d0a82cfebccfa05fa283cdb41f498a7b4d1cccd0ee2ae7f1700104997f67a7ab0950025
dee9cccb5e8c7eb97246c9b6c67e99d4e3f0f5b97eeb4fca4a6225f9b34879730f96ae0f04e197af1
5892e24d05e2debc7de7e58fa92db8f5197d0e304d3152a9b77c4e54a3b80cb44835d252b3252129d
385bc4f217fa5141461fcf

**URL**
https://help.compology.com/en/articles/3604037-locking-a-container-to-a-service-location

**Timestamp**
Mon Aug 12 2024 12:18:02 GMT-0400 (Eastern Daylight Time)





**File Name**
https-help.compology.com-en-articles-3604037-locking-a-container-to-Aug-12-24-12-18-02-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
e663f82d725054de1320873fa54ff813ff03a1e551f37d312209ab165e63f28d

**Signature (PKCS#1v1.5)**
6a0c848875c00743d3cfdd7a52634ebc701e8627c69fcba90b7c334dcf08dab7170a5fb62b39f4bd1d
3b4d67cf58bfcaf7e2b1912320d36cf705963dc502ed7aa1d8b667cd079780490e6ec80db6e8985086
c2e7294a2cc19a713a9a7a9bbf4d76d2b5376a4ee0590376db6a3f788f375e42bd4fe52c84321782b6
be5ff841eddaf8e105b5bea17657ec781569328bed7fd7fa1bb9ccf72bc00ca7e1e79a2ecffb2eaeae9
5b816b72e6484f5dc52173199b01c9ab4fc94024b557f349a86a9ca49ac621036a57ad9e317a4fa3bc8
8debe48b11f1ac53519095de59df75111101b51e6031f6014e563f5ea9233c7e90bad93bdec46db74d0
34647d48ca9cc1fae

**URL**
https://help.compology.com/en/articles/3604037-locking-a-container-to-a-service-location

**Timestamp**
Mon Aug 12 2024 12:18:02 GMT-0400 (Eastern Daylight Time)



**File Name**
https-help.compology.com-en-articles-3604037-locking-a-container-to-Aug-12-24-12-18-02-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
47d273151297f0d1e0a42f42328c4cd597e5eb6464a94a1ca1b06ab98ee2f668

**Signature (PKCS#1v1.5)**
6e0037de618453baf31500b0816f1b872faf116f03329d6052cd8193e3d8e77e4668e4a43ca80f9ea0779657235551253dc174d25a7a97a85fb729c1c126da64220eb32babf486c169061eae963b3914b090c116268ce7b1356321fa6d5359907e49d42fbb14177b99db7463fb89222073ded490be2611269530edcc7cdcf1b3b72fb92d0e7d56b970d3470633ece2b76a4c114572c513c1037237925a2383d89cf5c72a41516d5de8657ef97eafd26e3b3622dbc7142137495f7bbfc368328a23b0ba8db5b9cc05cba9c12180903ce5e066962a8c32dd2c92698a7cceb6752f1bb87378da57aaa8300550e1fd97bb386fd70eb056e0f979d8f0a52d33bad346

**URL**
https://help.compology.com/en/articles/3604037-locking-a-container-to-a-service-location

**Timestamp**
Mon Aug 12 2024 12:18:02 GMT-0400 (Eastern Daylight Time)

RTS_00335592







RTS_00335593



The locations that the container can be locked to will be displayed. If the last post for the container does not have GPS coordinates, you can search which location you would like to lock it to. Select the location to lock the container to it. It is also advised to edit the geo-fence of each location to make them as accurate as possible:



We cannot confidently determine which location this container is located at. Either soft-lock the container to one of the below locations within 200m or adjust the geofences to more accurately represent the service locations. Learn more

RTS_00335594





RTS_00335595



RTS_00335596