# EXHIBIT 21

# Web Data Collection Report

**Page Title**

Using the Containers Page | Compology Help Center

**URL**

https://help.compology.com/en/articles/2670205-using-the-containers-page

**Collection Date**

Mon Aug 12 2024 12:19:34 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

655de020f543110ae2b6d717fc9b504fd7006a90d52d96b725673ba69440e225ea6b1d59f
12d8eaa6f3e052663654fb54139c8d6ec3e940872fe9d71164bd4767cb43ea344eb971c8e
aefaea4cb77eea10aa7ab1058d4d9f0943b578e76364c6911790fcb996063ddf325bd786e
5ecfa48ca043126794cb18a626a5528387067edcad08ef2ad31dcdd206e461962394e9a26
7b6b85a1cd784fe1ae795528e3daba5be2ef0336889cd788ecb1aaa7f2220c8f8c0db5c6ae
cfd47244a575ba1a684ea86f59d289fcb7ed80b006e4fb89095cd01ba477aa1832245687d0e
d303ec949170b18b190ff4a145c608f1aa63c2f1ee4d90f1dac38fe45f71d4c4ff475ef

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-articles-2670205-using-the-containers-pa-Aug-12-24-12-19-34-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

8a20b3c119b2e3a973dc1e609858276cb5d2435a414fe8d0c650aaf38331d1f9

**Signature (PKCS#1v1.5)**

364ad8bf5b90a05100400b5fa458c000cb924df3d295d1c2f744bf68d628c545f119a5f7
8edb0f91a8f8b0316305e65d063d930e8c7ba1a9b6029686040be307fed20cd2c99cb83e
166847c836d16158b8b48d82c905702df65e148e65b34ead75eb144471a84d3aa2e7c4c4
27b96c1d3c7ead63cbb63af12483f3b0772c58650315b32c979e40260c7388cbbb09a25d
e44d2544f8002f0462fa6eba70b0d9297ff4d9267dc6be9de5a7660c5d58c701b69bb5e7
a44527107fdc76d615fd4d8f29c3c1c035ff34b9d41c9e81e177cc007c172a63c74a29de8
d5f6dd012b493d3206bb46ec1060cbe8b37b992d0122bb02e013b29d4f8b76fce592f29
ea4d4d23



**File Name**
https-help.compology.com-en-articles-2670205-using-the-containers-pa-Aug-12-24-12-19-34-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
3ea490289fdc888abc203011d02b2d709c2dc9691e4951b9a00034101bbce21f

**Signature (PKCS#1v1.5)**
752e5b29ad28756fbf593730a66b782a8bdd83e5bb94174e3d6f32e36b1bbb5667e84d8425ea87dd9
2a314952d5218f70a50e70635d3efaceff5ac5199b560e92a8427637be07f22b7daf11180cc7620be0
88be75c4dc6403e5ed11853fbdeaa4712596721007f00b6f3b18fac2feb8b65e9e6855a528d3e3f58f
406c274cae8938378cd46344623b25a4ce883bfbe579f1dc07d9aabc1f003891c4a27276d18d3bd815
fdf645ba7314404d6e6e66ba5c65f0d793cd923011bfa48a0fe58b19a9c8e98584211b452d746a7b26
d3682f1afdcf82c22caa857fb9562689070974a3b5f39937c154f027b4767aec743fcd376cb1c2ba9b
8f9979484049e31f02202

**URL**
https://help.compology.com/en/articles/2670205-using-the-containers-page

**Timestamp**
Mon Aug 12 2024 12:19:34 GMT-0400 (Eastern Daylight Time)







**File Name**
https-help.compology.com-en-articles-2670205-using-the-containers-pa-Aug-12-24-12-19-34-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
dfe2d5866d95d62a05803e311e7847627f4d84407a28c3480a1acf747d346432

**Signature (PKCS#1v1.5)**
4477d7dd881e1b1d61857fb9c3497ab5e8665165fc30fb6525d3f8c5bbd90bd52430a2f98783a0e80
285aa9b9c7f9004618fcc40977b3c08f7db07173588250ae440e4806f382dd8326e41ca59c520b0f6
56be2c48d30763d4e12a19421871ec81d749666418f7eb0ab0b7bff47ffbb7e8c7d8d2abefb95780d
13dabd1a2de0866888cfa6d2d126d6f491ac3a25a0032dc515072fe4a54a764e3d022286f3e0871e0
de65104a0a0f64a202b9d9e7c866b3755212031ff0e400e12e6bab00ccd39b10566db5c8fb01966a9
bab7051c520f1649df0efb2c4fe8a239b2cd3d1ef56aaf8ab8b57a048403a048dc9d4bf202d6a5644
dc375f8e5d6523042211c65bea

**URL**
https://help.compology.com/en/articles/2670205-using-the-containers-page

**Timestamp**
Mon Aug 12 2024 12:19:34 GMT-0400 (Eastern Daylight Time)







**File Name**
https-help.compology.com-en-articles-2670205-using-the-containers-pa-Aug-12-24-12-19-34-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
3e77815dd57c6ac85588415f4dad5bc533da9f0d5ae86fb1b5c06bdc85949145

**Signature (PKCS#1v1.5)**
0ff6751b5f29c8afb7c64f2887b37299ed5c97961604ca761050879a37f42a46211373c915bd114526
5f09a4ae49537e26cc827e5ea6dcdbde34b38f1aa85bd19352dfa7ef65e2b31489da6cfe4e08d87039
02841fc503781e9cce8b1500bbec927ce96b3c1bface279ce252759c153342717f94e7c436cc8fc4d8
247cf923d43750147c4517b6f35ac4036b59eae321523098e20fc946f13c6d605a1917a7a0f64e15bf
66be8d2e397fc94fa0628a1da8fa1e775e648b851c25ec81aa6d65f22ed6016e706a51fc193355240d
4b9cf0f1a49dec3f4af6f0d5bdbd9bd19c9231e0799600eac15a2ab0899710993e32deefdf3653ed5b
f250858af0b28bfedeed

**URL**
https://help.compology.com/en/articles/2670205-using-the-containers-page

**Timestamp**
Mon Aug 12 2024 12:19:34 GMT-0400 (Eastern Daylight Time)







**File Name**
https-help.compology.com-en-articles-2670205-using-the-containers-pa-Aug-12-24-12-19-34-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
8de4849263519a4f85e58e1811b5d4f80194b3789155399b390a1e66a0216c82

**Signature (PKCS#1v1.5)**
3549b0dcd35732d7054fb1caa77570cb2457fb55a3564627b74410395f882c14eeb3e074ed31cea2cd
925b98c49e8ab73f29c70011310ba8fa091b8d41a1b5792ce938a47d9597e1f9eff2b0ad4d729cadc9
3c446709cdd135c294c381552201e1261aa9d7f871ae9006e61c0e062184909ef4046bfe52e276ac14
08880feb67a9eabe8c411d0bc84e30f2f0c9c8b39d6dbb638fa4f4c6f723af581fbad3ca4637dd50f7
3a473d1882b7471cfc097a445df822c614f171629bba8b59e21c8c46d85c06232fb1b7d458ae3beaf
514b9334880da690df79de1fab40b75956a00b40dcfdd9f493aaac4d66d4175f02f2e982f37a6452
e301adb563695c609544d88

**URL**
https://help.compology.com/en/articles/2670205-using-the-containers-page

**Timestamp**
Mon Aug 12 2024 12:19:34 GMT-0400 (Eastern Daylight Time)





**File Name**
https-help.compology.com-en-articles-2670205-using-the-containers-pa-Aug-12-24-12-19-34-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
7db3ad5364f6b521f83aaf887138f5516a4fe2686f400c314907a284089a0596

**Signature (PKCS#1v1.5)**
5b16daeab9154ce6606d4e3af365a4ee941f5b1f3d886a40a843869489daa2a008de0c5038c62350b
d9ac036f440262e0dcc480bcec0d072a9518fb957abe2e6a3a245b4018adbc9d9c580211a23211977
1d94386ad01fcbf666dc80efe8797c48138b225e981731a2c80a82b24606c179590798499c145baddd
a42e20aabe9e9c93fd57c0944907c0be59cfc3a0797e33b72e8df431c3c8c9bd897a8e67422328267b
9f3fd61a7752d139b4204e4e8025f8f14716241399da0174fa95616280ceccbbf5fbbb4fae2984f82d8
037afd3c645eb97563a1edadee57d4311de72d9d13f7628db11bc243538ca94f2bc1316734c705eee6
5a13b0a9abbe1caf7560c

**URL**
https://help.compology.com/en/articles/2670205-using-the-containers-page

**Timestamp**
Mon Aug 12 2024 12:19:34 GMT-0400 (Eastern Daylight Time)





**File Name**
https-help.compology.com-en-articles-2670205-using-the-containers-pa-Aug-12-24-12-19-34-GMT-0400-(EDT)_5.jpg

**Hash (SHA256)**
eeb1587ae1797c5f744ee6902c62538030039438e816d073bfbfca94ca6b7d30

**Signature (PKCS#1v1.5)**
46f2af42ca4d0eb0fa2cb3a4041438de46733f751ca7daa45c1f5934533114b12759a63601842ccea22c909f0cdf56ae4ead41fc48c0d7056737b201ee460956ae5e7dfdc60ef0baca6e1bb096d7d4f844b32bcada55c3c16d5c412096e01ca6add964ae3e536c21747e02e59932cc99ae1ba268d2a15973eb757ea994b10aaeb1bd7eaddfce68d54f67e9ba54cc7e3d732e462e9c6eab825c194e8801c0318911dffd20eec5995a369c35aaf0a2b58a12c24be9622f1e85baddf28b2adaba63768f3652c690b60c637a62d37e08bbf566e952a4cc1b861d91a27e45996e5860fead132080f2275c11b509913164509d5607cda8ca29d1ccb9c57d7a84ef87ba

**URL**
https://help.compology.com/en/articles/2670205-using-the-containers-page

**Timestamp**
Mon Aug 12 2024 12:19:34 GMT-0400 (Eastern Daylight Time)





**Step 3**: Zoom in on containers by using the navigation tool and clicking and dragging with your mouse.



**Step 4**: Hover over a container to see the container number, current customer location, and current fill level.



RTS_00335414



**Step 5**: To easily search by specific landmarks (houses, office buildings...etc) click into **Satellite** view.

When done, click **Close Map View** to return to the list view.



## Using Filters

**Step 1**: Search for containers by **Keyword** found at the top of the screen. For more filters, click on the **Filters Icon**



RTS_00335415



**Step 2**: Use **Fullness** and **Last Serviced** filters to narrow down which containers are displayed. Use the **Sort By** function to arrange containers by fullness, name, location, or size.

When done, click **Clear** to remove all filters.



### Using Container Cards

**Step 1**: Container cards provide container ID, size, content type, and a time stamp for the most recent photo at the top left . Current fill level, date of last service, and current location info can be found on the bottom right.



RTS_00335416



**Step 2:** Click into a container card to view the current image and use the arrow on the left to scroll through previous images. The date of the image is on the upper left and the service location info is on the lower right.

When done, click anywhere outside of the image to return to the main containers page.



RTS_00335417



RTS_00335418