Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:    (310) 586-3200
Facsimile:    (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>        Plaintiff,<br>   v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS INC.,<br><br>        Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Case Assigned to Honorable William H. Alsup<br>Courtroom 12<br><br>Complaint Filed:    August 4, 2023<br>Trial Date:            December 9, 2024 |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") hereby respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Defendants' Opposition to Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114). Specifically, Defendants seek to file under seal the information and/or document(s) listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Exhibit 8** to Declaration of Matthew S. Galica ISO Opposition to Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114), *i.e.*, excerpts from the transcript of the September 12, 2024 deposition of William Leo Hoarty | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 15** to Declaration of Matthew S. Galica ISO Opposition to Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114), *i.e.*, excerpts from the transcript of the August 15, 2024 deposition of Timothy (Jay) Longson | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* Civil L.R. 79-5(f).

## III. PLAINTIFF'S CONFIDENTIALITY DESIGNATION

Exhibits 8 and 15 to Declaration of Matthew S. Galica ISO Opposition to Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114) are deposition transcript excerpts of Plaintiff's technical expert and 30(b)(6) designee, respectively. Plaintiff has designated both transcripts in their entirety as Highly Confidential - Attorney's Eyes Only. Only the highlighted portions of Exhibits 8 and 15 are discussed in Defendants' Opposition to Plaintiff's Omnibus Administrative Motion to Seal filed concurrently herewith.

1    Defendants request that Exhibits 8 and 15 be preliminarily filed under seal as a precaution
2 only. For the reasons discussed in the Opposition, Defendants do not believe that the highlighted
3 portions therein contain any confidential information and oppose the sealing thereof. Furthermore,
4 Defendants currently take no position on the merits of sealing the non-highlighted portions in Exhibits
5 8 and 15 and reserve the right to oppose if Plaintiff shall seek to seal any of these portions.
6    Out of an abundance of caution, therefore, Defendants respectfully request that the Court
7 provisionally seal Exhibits 8 and 15 in their entirety and order that Plaintiff file a statement pursuant
8 to Civil Local Rule 79-5(c) and identify any proposed redactions thereto.

Dated: September 25, 2024                    Respectfully Submitted,

/s/ Matthew S. Galica

Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
    POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:    (310) 586-3200
Facsimile:    (310) 586-3202

James M. Wodarski (Admitted Pro Hac Vice)
JWodarski@mintz.com
Michael C. Newman (Admitted Pro Hac Vice)
MCNewman@mintz.com
Matthew S. Galica (Admitted Pro Hac Vice)
MSGalica@mintz.com
James J. Thomson (Admitted Pro Hac Vice)
JJThomson@mintz.com
Sean M. Casey (Admitted Pro Hac Vice)
SMCasey@mintz.com
Tianyi Tan (Admitted Pro Hac Vice)
TTan@mintz.com
Stephen Chen (Admitted Pro Hac Vice)
SChen@mintz.com
Amy LoBue (Admitted Pro Hac Vice)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
    POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.