1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| 11         Plaintiff, | **[PROPOSED] ORDER REGARDING DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| 12      v. | |
| 13  RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| 14         Defendants. | |
| 15 | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| 16 | |
| 17 | Complaint Filed:    August 4, 2023<br>Trial Date:         December 9, 2024 |

1

[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

1   Pursuant to Civil Local Rule 79–5, Defendants Recycle Track Systems, Inc. and
2  RecycleSmart Solutions Inc. (collectively, "Defendants") have filed an Administrative Motion to
3  Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in relation
4  to Exhibits 8 and 15 to the Declaration of Matthew S. Galica ISO Opposition to Plaintiff's Omnibus
5  Administrative Motion to Seal (Dkt. No. 114).
6   By **OCTOBER 2, 2024**, Plaintiff must file a statement and/or declaration as described in Civil
7  Local Rule 79–5(c) and identify its proposed redactions to the said exhibits, if any.

**IT IS SO ORDERED.**

DATED:  _____, 2024   _____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE