JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
JAMES NEUDECKER (Bar No. 221657)
JNeudecker@jmbm.com
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
jmellema@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:      (949) 623-7202

LENA STREISAND (Bar No. 339021)
lstreisand@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:      (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S RESPONSE TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 123)** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:            December 9, 2024 |

72638159v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 123). Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Description | Portions to be Sealed |
| --- | --- |
| Exhibit 8 to Declaration of Matthew S. Galica in support of Defendants' Opposition to Plaintiff's Omnibus Administrative Motion to Seal (Dkt. No. 114) – unredacted excerpts from the transcript of the September 12, 2024 deposition of William Leo Hoarty | Entirety |
| Exhibit 15 to Declaration of Matthew S. Galica in support of Defenants' Opposition to Plaintiff's Omnibus Administrative Motion to Seal – unredacted excerpts from the transcript of the August 15, 2024 deposition of Timothy (Jay) Longson | Entirety |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

72638159v1