1   Arameh Zargham O'Boyle (SBN: 239495)
    AZOboyle@mintz.com
2   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    2049 Century Park East, Suite 300
3   Los Angeles, CA 90067
    Telephone:     (310) 586-3200
4   Facsimile:     (310) 586-3202

5   James M. Wodarski (Admitted *Pro Hac Vice*)
    JWodarski@mintz.com
6   Michael C. Newman (Admitted *Pro Hac Vice*)
    MCNewman@mintz.com
7   Matthew S. Galica (Admitted *Pro Hac Vice*)
    MSGalica@mintz.com
8   James J. Thomson (Admitted *Pro Hac Vice*)
    JJThomson@mintz.com
9   Sean M. Casey (Admitted *Pro Hac Vice*)
    SMCasey@mintz.com
10  Tianyi Tan (Admitted *Pro Hac Vice*)
    TTan@mintz.com
11  Stephen Chen (Admitted *Pro Hac Vice*)
    SChen@mintz.com
12  Amy LoBue (Admitted *Pro Hac Vice*)
    ALoBue@mintz.com
13  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    One Financial Center
14  Boston, MA 02111
    Telephone:     (617) 542-6000
15  Facsimile:     (617) 542-2241

16  Attorneys for Defendants
    RECYCLE TRACK SYSTEMS, INC., and
17  RECYCLESMART SOLUTIONS INC.

18                    **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| 21                  Plaintiff, | **DEFENDANTS' NOTICE OF MOTION** |
|          v. | **AND MOTION FOR SUMMARY** |
|  | **JUDGMENT** |
| 22  RECYCLE TRACK SYSTEMS, INC., and | |
| 23  RECYCLESMART SOLUTIONS INC., | *Assigned for All Purposes to:* |
|  | The Hon. William H. Alsup |
| 24                  Defendants. | |
|  | Date: November 14, 2024 |
| 25  | Time: 8:00 a.m. |
|  | Place: Courtroom 12, 19th Floor |
| 26  | |
|  | Complaint Filed:     August 4, 2023 |
| 27  | Trial Date:          December 9, 2024 |

28

1    **TO THE COURT, PLAINTIFF, AND ITS COUNSEL OF RECORD:**

2         PLEASE TAKE NOTICE that on November 14, 2024, at 8:00 a.m., or as soon thereafter as

3    the matter may be heard in the above-entitled Court, located at Courtroom 12, 19th Floor, 450 Golden

4    Gate Avenue, San Francisco, California, Defendants Recycle Track Systems, Inc., and RecycleSmart

5    Solutions, Inc. (together, "Defendants") will, and hereby do, move the Court for an Order granting

6    summary judgment against Plaintiff RoadRunner Recycling, Inc.'s ("Plaintiff"), pursuant to Fed. R.

7    Civ. P. 56, with respect to its trade secret misappropriation claims, as detailed in the accompanying

8    Memorandum of Points and Authorities.

9         Defendants seek summary judgment that Plaintiff's trade secret misappropriation claims fail

10   for at least the following four reasons. First, no trade secrets exist; and, accordingly, Plaintiff has

11   not, and cannot, disclose or identify any trade secret(s) with the required reasonable particularity.

12   Second, Plaintiff's alleged trade secrets, as disclosed, are generally known to the public, including,

13   *e.g.*, via public disclosure by Plaintiff's patents and patent applications. Third, Plaintiff has not, and

14   cannot, show that any of its alleged trade secrets derive independent economic value, actual or

15   potential, from not being generally known to the public and not being readily ascertainable through

16   proper means by the public. Fourth, Plaintiff indisputably does not own its alleged "Training Data"

17   trade secret. Therefore, Defendants respectfully request that summary judgment against Plaintiff

18   regarding its trade secret misappropriation claims be entered as to all of Plaintiff's alleged trade

19   secrets.

20        This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and

21   Authorities filed concurrently herewith, the Declaration of Matthew S. Galica and the exhibits thereto,

22   the records and pleadings in this action, any matter of which the Court may take judicial notice, and

23   such other evidence as may be presented at or before the time this Motion is heard by the Court.

24        The Parties met and conferred on October 9, 2024 regarding this motion, during which

25   Plaintiff indicated it would oppose this motion.

26                              **STATEMENT OF RELIEF SOUGHT**

27        Defendants respectfully seek an Order that Defendants have not misappropriated any trade

28   secret under Plaintiff's first and second causes of action.

1

## STATEMENT OF ISSUES TO BE DECIDED

2    Whether summary judgment should be granted in Defendants' favor on Plaintiff's first and

3  second causes of action for trade secret misappropriation on any of the following independent reasons:

4    • Plaintiff has failed to adequately disclose any trade secrets with the required,

5      reasonable particularity;

6    • Plaintiff's alleged trade secrets as disclosed are generally known to the public;

7    • Plaintiff has failed to show that any of its alleged trade secrets derive independent

8      economic value, actual or potential, from not being generally known to the public and

9      not being readily ascertainable through proper means by the public; and

10    • Plaintiff does not own its alleged "Training Data" trade secret.

11

12   Dated: October 10, 2024                    Respectfully Submitted,

13                                             /s/ *Matthew S. Galica*

14                                             Arameh Zargham O'Boyle (SBN: 239495)
                                               AZOboyle@mintz.com
15                                             MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
                                                   POPEO, P.C.
16                                             2049 Century Park East, Suite 300
                                               Los Angeles, CA 90067
17                                             Telephone:    (310) 586-3200
                                               Facsimile:    (310) 586-3202
18
                                               James M. Wodarski (Admitted *Pro Hac Vice*)
19                                             JWodarski@mintz.com
                                               Michael C. Newman (Admitted *Pro Hac Vice*)
20                                             MCNewman@mintz.com
                                               Matthew S. Galica (Admitted *Pro Hac Vice*)
21                                             MSGalica@mintz.com
                                               James J. Thomson (Admitted *Pro Hac Vice*)
22                                             JJThomson@mintz.com
                                               Sean M. Casey (Admitted *Pro Hac Vice*)
23                                             SMCasey@mintz.com
                                               Tianyi Tan (Admitted *Pro Hac Vice*)
24                                             TTan@mintz.com
                                               Stephen Chen (Admitted *Pro Hac Vice*)
25                                             SChen@mintz.com
                                               Amy LoBue (Admitted *Pro Hac Vice*)
26                                             ALoBue@mintz.com
                                               MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
27                                                   POPEO, P.C.
                                               One Financial Center
28                                             Boston, MA 02111
                                               Telephone:    (617) 542-6000

1

Facsimile:      (617) 542-2241

2

Attorneys for Defendants

3

RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CASE NO. 3:23-CV-04804-WHA)