Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS INC.,<br><br>           Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*Assigned for All Purposes to:*<br>The Hon. William H. Alsup<br><br>Date: November 14, 2024<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br><br>Complaint Filed:    August 4, 2023<br>Trial Date:              December 9, 2024 |

1
DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(CASE NO. 3:23-CV-04804-WHA)

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (together, "Defendants"). I have personal knowledge of the matters set forth below in this declaration. If called upon to testify to the same, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's First Supplemental Responses to Defendants' First Set of Interrogatories, served on May 31, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the compilation of Defendants' formal correspondences to Plaintiff sent during fact discovery.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Opening Expert Report of Plaintiff's technical expert, Mr. William Leo Hoarty, served on August 30, 2024 and excerpted to the portions referenced by Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment ("Supporting Memorandum").

6. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of the September 12, 2024 deposition of Plaintiff's technical expert, Mr. William Leo Hoarty, excerpted to the portions referenced by Defendants' Supporting Memorandum.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the October 7, 2024 deposition of Plaintiff's technical expert, Mr. William Leo Hoarty, excerpted to the portions referenced by Defendants' Supporting Memorandum.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Compology Terms and Conditions (Last Modified on April 4, 2017), produced by Plaintiff at ROADRUNNER000073345 – ROADRUNNER000073355.

9. Attached hereto as **Exhibit 7** is a true and correct copy of letter from Joe Mellema, Plaintiff's counsel, to Matthew Galica, Defendants' counsel, dated October 8, 2024.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's Responses to Defendants' Fourth Set of Interrogatories, served on August 26, 2024.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the August 15, 2024 deposition of Plaintiff's 30(b)(6) witness, Mr. Timothy (Jay) Longson, excerpted to the portions referenced by Defendants' Supporting Memorandum.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of the Rebuttal Expert Report of Defendants' technical expert, Dr. Philip Greenspun, served on September 13, 2024 and excerpted to the portions referenced by Defendants' Supporting Memorandum.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of the Rebuttal Expert Report of Defendants' technical expert, Dr. R. Jacob Baker, served on September 13, 2024 and excerpted to the portions referenced by Defendants' Supporting Memorandum.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of the transcript of the August 22, 2024 deposition of Plaintiff's 30(b)(6) witness, Mr. Justin Armstrong, excerpted to the portions referenced by Defendants' Supporting Memorandum.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of the Reply Expert Report of Plaintiff's technical expert, Mr. William Leo Hoarty, served on September 20, 2024 and excerpted to the portions referenced by Defendants' Supporting Memorandum.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of the Opening Expert Report of Plaintiff's damages expert, Mr. Forrest A. Vickery, served on August 30, 2024 and excerpted to the portions referenced by Defendants' Supporting Memorandum.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of the October 2, 2024 deposition of Plaintiff's damages expert, Mr. Forrest A. Vickery, excerpted to the portions referenced by Defendants' Supporting Memorandum.

18.     I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2024, in Boston, Massachusetts.

/s/ Matthew S. Galica
Matthew S. Galica