# PUBLIC EXHIBIT 1 REDACTED ENTIRELY