# PUBLIC EXHIBIT 2 REDACTED ENTIRELY