# PUBLIC EXHIBIT 3 REDACTED ENTIRELY