# PUBLIC EXHIBIT 4 REDACTED ENTIRELY