# PUBLIC EXHIBIT 5 REDACTED ENTIRELY