# PUBLIC EXHIBIT 6 REDACTED ENTIRELY