# EXHIBIT 7



Joseph J. Mellema
jmellema@jmbm.com

3 Park Plaza, Suite 1100
Irvine, California 92614-2592
(949) 623-7200 (949) 623-7202 Fax
www.jmbm.com

Ref: 82941-0001

October 8, 2024

**BY EMAIL ONLY**

Mr. Matthew Galica, Esq.
Mintz Levin P.C.
One Financial Center
Boston, MA 02111
E-Mail: MSGalica@mintz.com

      Re:    RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al., Case No. 3:23-cv-04804-WHA (N.D. Cal.)

Dear Matt:

      I write in response to your request for a list of trade secrets on which RoadRunner intends to proceed in the above-referenced litigation. As you know, RoadRunner alleged that the following trade secrets were at issue in its complaint: (1) the overall waste and recycling metering system, (2) smart camera apparatus, (3) optical assembly and design, (4) image preprocessing in camera apparatus for use by machine-learning training and operation, (5) training data stored in a database and comprising labeled and tagged images and associated metadata, and (6) algorithms and processes to generate data, analysis, and recommendations to customers, including fullness, emptiness, contamination, schedules, data ingestion efficiencies, and location analysis of waste containers.

      RoadRunner maintains that each of the aforementioned trade secrets remain trade secrets of RoadRunner. As this case has progressed, RoadRunner has refined its description of trade secrets, and therefore provides the following list of trade secrets which Defendants misappropriated and on which it intends to proceed in the above-referenced litigation:

      (1) overall waste metering and recycling system;

      (2) smart camera apparatus;

      (3) optical assembly and design;

      (4) Compology-generated labeled and tagged images;

      (5) Sub-Par Image Detection (SPID);

Mr. Matthew Galica, Esq.
October 8, 2024
Page 2

   (6) Contamination Detection / Content Identification Service;

   (7) Container Fullness Analysis

   We are available to meet and confer on October 8, 2024 at 3pm PT, or October 9, 2024 at 10am-1pm PT to discuss Defendants' contemplated motion for summary judgment.

       Sincerely,

       JOSEPH J. MELLEMA of
       Jeffer Mangels Butler & Mitchell LLP

JJM:jjm
cc: Stanley M. Gibson



72654295v1