# PUBLIC EXHIBIT 9 REDACTED ENTIRELY