# PUBLIC EXHIBIT 10 REDACTED ENTIRELY