# PUBLIC EXHIBIT 11 REDACTED ENTIRELY