# PUBLIC EXHIBIT 12 REDACTED ENTIRELY