# PUBLIC EXHIBIT 13 REDACTED ENTIRELY