# PUBLIC EXHIBIT 14 REDACTED ENTIRELY