UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> *Assigned for All Purposes to:* <br> The Hon. William H. Alsup <br><br> Date: November 14, 2024 <br> Time: 8:00 a.m. <br> Place: Courtroom 12, 19th Floor <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:           December 9, 2024 |

1       Before the Court is Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc.'s (collectively, "Defendants") Motion for Summary Judgment.

      The Court having considered the parties' briefing, arguments, and the relevant law, hereby **GRANTS** Defendants' Motion for Summary Judgment in its entirety.

      **IT IS SO ORDERED.**

DATED: _____, 2024     _____
                                                              HONORABLE WILLIAM ALSUP
                                                             SENIOR U.S. DISTRICT COURT JUDGE