Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:    (310) 586-3200
Facsimile:    (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Case Assigned to Honorable William H. Alsup <br> Courtroom 12 <br><br> Complaint Filed:    August 4, 2023 <br> Trial Date:         December 9, 2024 |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. ("Defendants") hereby respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Defendants' Motion for Summary Judgment and the accompanying Declaration of Matthew S. Galica ("Galica Decl.") in support of the same. Specifically, Defendants seek to file under seal the information and/or document(s) listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 1** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, Plaintiff's First Supplemental Responses to Defendants' First Set of Interrogatories, served on May 31, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 2** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the compilation of Defendants' formal correspondences to Plaintiff sent during fact discovery | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 3** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Opening Expert Report of Plaintiff's technical expert, Mr. William Leo Hoarty, served on August 30, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

2

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Exhibit 4** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the September 12, 2024 deposition of Plaintiff's technical expert, Mr. William Leo Hoarty | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 5** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the October 7, 2024 deposition of Plaintiff's technical expert, Mr. William Leo Hoarty | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 6** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, Compology Terms and Conditions (Last Modified on April 4, 2017) | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 9** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the August 15, 2024 deposition of Plaintiff's 30(b)(6) witness, Mr. Timothy (Jay) Longson | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 10** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Rebuttal Expert Report of Defendants' technical expert, Dr. Philip Greenspun, served on September 13, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 11** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Rebuttal Expert Report of Defendants' technical expert, Dr. R. Jacob Baker, served on September 13, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Exhibit 12** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the August 15, 2024 deposition of Plaintiff's 30(b)(6) witness, Mr. Justin Armstrong | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 13** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Reply Expert Report of Plaintiff's technical expert, Mr. William Leo Hoarty, served on September 20, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 14** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Opening Expert Report of Plaintiff's damages expert, Mr. Forrest A. Vickery, served on August 30, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 15** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the October 2, 2024 deposition of Plaintiff's technical expert, Mr. William Leo Hoarty | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79–5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* Civil L.R. 79–5(f).

## III. PLAINTIFF'S CONFIDENTIALITY DESIGNATION

Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment ("Supporting Memorandum") quotes or references one or more of the exhibits to the accompanying Galica Decl., which Plaintiff has designated as Confidential or Highly Confidential - Attorney's Eyes Only. Defendants seek to file its Supporting Memorandum provisionally under seal out of an abundance of caution only. For at least the same reasons discussed in Dkt. 121, Defendants

4

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

oppose redacting any of the ITS portions as quoted or referenced in its Supporting Memorandum. At this point, Defendants do not take a position on the merits of sealing any other portion(s) of their Supporting Memorandum and reserve the right to oppose if Plaintiff shall seek the sealing thereof.

Exhibits 1-6 and 9-15 to the Galica Decl. are or reference Plaintiff's discovery responses, document productions, transcript excerpts of depositions of Plaintiff's experts and 30(b)(6) designees, and excerpts of Plaintiff's and Defendants' expert reports. Plaintiff has designated such exhibits or the information referenced therein as Confidential or Highly Confidential - Attorney's Eyes Only. Where possible, Defendants have excerpted such exhibits to only the relevant portions that are discussed in their Motion for Summary Judgment. Defendants request that these exhibits be preliminarily filed under seal as a precaution only. For at least the reasons discussed in Defendants' prior filings including Dkt. 121 and 129, Defendants believe that much of the information within these exhibits is in fact not confidential. As another specific example, while Plaintiff designates as Confidential the entire Compology Terms and Conditions (Last Modified on April 4, 2017), the agreement itself does not contain any provision requiring that it be kept confidential. Therefore, Defendants reserve the right to oppose if Plaintiff shall seek to seal any portion(s) of these exhibits.

Out of an abundance of caution, Defendants respectfully request that the Court provisionally seal in their entirety Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment and the aforementioned exhibits. Defendants also respectfully request that the Court order that Plaintiff file a statement pursuant to Civil Local Rule 79-5(c) and identify any proposed redactions thereto, with adequate, particularized support for each of its proposed redactions.

Dated: October 10, 2024

Respectfully Submitted,

/s/ Matthew S. Galica

Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:   (310) 586-3202

James M. Wodarski (Admitted Pro Hac Vice)
JWodarski@mintz.com
Michael C. Newman (Admitted Pro Hac Vice)
MCNewman@mintz.com
Matthew S. Galica (Admitted Pro Hac Vice)
MSGalica@mintz.com
James J. Thomson (Admitted Pro Hac Vice)
JJThomson@mintz.com
Sean M. Casey (Admitted Pro Hac Vice)
SMCasey@mintz.com
Tianyi Tan (Admitted Pro Hac Vice)
TTan@mintz.com
Stephen Chen (Admitted Pro Hac Vice)
SChen@mintz.com
Amy LoBue (Admitted Pro Hac Vice)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.

6
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

## PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is One Financial Center, Boston, MA 02111. On October 10, 2024, I served true and correct copies of the following documents:

### DEFENDANTS' PROVISIONALLY SEALED DOCUMENTS

| | |
|---|---|
| ☒ **BY E-MAIL**: By electronic mail transmission on October 10, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. | |
| Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone: (310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
| Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2024, at Boston, MA.

/s/ Matthew S. Galica

Matthew S. Galica

7

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)