UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br>v.<br><br>RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Case Assigned to Honorable William H. Alsup<br>Courtroom 12<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:            December 9, 2024 |

1

[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

Pursuant to Civil Local Rule 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. ("Defendants") have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in relation to (1) Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment and (2) Exhibits 1-6 and 9-15 to the Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment.

By **OCTOBER 17, 2024**, Plaintiff must file a statement and/or declaration as described in Civil Local Rule 79–5(c) and identify its proposed redactions to the said documents, if any, with adequate, particularized support for each of its proposed redactions.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE