JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:   (949) 623-7200
Facsimile:   (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S RESPONSE TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 135)** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:   December 9, 2024 |

72680068v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 135). Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Description | Portions to be Sealed |
| --- | --- |
| **Exhibit 1** to Declaration of Matthew S. Galica in Support of Defendants' Motion to Exclude Expert Testimony by Forest A. Vickery, *i.e.,* the Opening Expert Report of Plaintiff's damages expert, Forrest A. Vickery, served on August 30, 2024 | Entirety |
| **Exhibit 2** to Declaration of Matthew S. Galica in Support of Defendants' Motion to Exclude Expert Testimony by Forest A. Vickery, *i.e.,* the September 20, 2024 Expert Witness Disclosure of Forest A. Vickery | Entirety |
| **Exhibit 3** to Declaration of Matthew S. Galica in Support of Defendants' Motion to Exclude Expert Testimony by Forest A. Vickery, *i.e.,* the October 2, 2024 deposition transcript of Forest A. Vickery | Entirety |
| **Exhibit 4** to Declaration of Matthew S. Galica in Support of Defendants' Motion to Exclude Expert Testimony by Forest A. Vickery, *i.e.,* October 4, 2024 Expert Witness Disclosure of Forest A. Vickery | Entirety |
| **Exhibit 6** to Declaration of Matthew S. Galica in Support of Defendants' Motion to Exclude Expert Testimony by Forest A. Vickery, *i.e.*, excerpts of the August 23, 2024 deposition transcript of Steven Krebs | Entirety |
| **Exhibit 8** to Declaration of Matthew S. Galica in Support of Defendants' Motion to Exclude Expert Testimony by Forest A. Vickery, *i.e.,* excerpts of the October 7, 2024 deposition transcript of W. Leo | Entirety |

72680068v1

| | |
|---|---|
| 1   Hoarty. | |
| 2   **Exhibit 9** to Declaration of Matthew S. Galica in Support of | Entirety |
| 3   Defendants' Defendants' Motion to Exclude Expert Testimony by | |
| 4   Forest A. Vickery, *i.e.,* excerpts of the August 15, 2024 deposition | |
| 5   transcript of Timothy Jay Longson | |

      SO ORDERED.

DATED:

                                       By: _____
                                           THE HONORABLE WILLIAM H. ALSUP
                                           SENIOR DISTRICT COURT JUDGE

72680068v1