JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
JAMES NEUDECKER (Bar No. 221657)
JNeudecker@jmbm.com
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
jmellema@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
lstreisand@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S RESPONSE TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 133)** <br><br> Complaint Filed:  August 4, 2023 <br> Trial Date:  December 9, 2024 |

72680153v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 133). Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment | Entirety |
| **Exhibit 1** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, Plaintiff's First Supplemental Responses to Defendants' First Set of Interrogatories, served on May 31, 2024 | Entirety |
| **Exhibit 2** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the compilation of Defendants' formal correspondences to Plaintiff sent during fact discovery | Entirety |
| **Exhibit 3** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Opening Expert Report of Plaintiff's technical expert, Mr. William Leo Hoarty, served on August 30, 2024 | Entirety |
| **Exhibit 4** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the September 12, 2024 deposition of Plaintiff's technical expert, Mr. William Leo Hoarty | Entirety |
| **Exhibit 5** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the | Entirety |

| | |
|---|---|
| excerpted transcript of the October 7, 2024 deposition of Plaintiff's technical expert, Mr. William Leo Hoarty | |
| **Exhibit 9** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the August 15, 2024 deposition of Plaintiff's 30(b)(6) witness, Mr. Timothy (Jay) Longson | Entirety |
| **Exhibit 10** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Rebuttal Expert Report of Defendants' technical expert, Dr. Philip Greenspun, served on September 13, 2024 | Entirety |
| **Exhibit 11** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Rebuttal Expert Report of Defendants' technical expert, Dr. R. Jacob Baker, served on September 13, 2024 | Entirety |
| **Exhibit 12** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted transcript of the August 15, 2024 deposition of Plaintiff's 30(b)(6) witness, Mr. Justin Armstrong | Entirety |
| **Exhibit 13** to Declaration of Matthew S. Galica in Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Reply Expert Report of Plaintiff's technical expert, Mr. William Leo Hoarty, served on September 20, 2024 | Entirety |
| **Exhibit 14** to Declaration of Matthew S. Galica in | Entirety |

Support of Defendants' Motion for Summary Judgment, *i.e.*, the excerpted Opening Expert Report of Plaintiff's damages expert, Mr. Forrest A. Vickery, served on August 30, 2024

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE