```
JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
JAMES NEUDECKER (Bar No. 221657)
JNeudecker@jmbm.com
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
jmellema@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
lstreisand@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RECYCLE TRACK SYSTEMS, INC.,<br>RECYCLESMART SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DECLARATION OF STANLEY M. GIBSON IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S OPPOSITION TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY BY FORREST A. VICKERY**<br><br>*Filed concurrently with Opposition*<br><br>Date:    November 14, 2024<br>Time:    8:00 a.m.<br>Crtrm.:  450 Golden Gate Avenue<br>         Courtroom 12, 19th Floor<br>         San Francisco, CA 94102<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:        December 9, 2024 |

72686207v1

Case No. 3:23-cv-04804-WHA

DECLARATION OF STANLEY M. GIBSON

# DECLARATION OF STANLEY M. GIBSON

1. I am an attorney at law licensed to practice before all courts in the State of California. I am a partner with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the redacted version of the Opening Expert Report of Forrest A. Vickery, dated August 30, 2024. An unredacted version of Mr. Vickery's report is being filed provisionally under seal subject to RoadRunner's concurrently-filed motion to seal.

3. Attached hereto as Exhibit B is a true and correct copy of the redacted version of the Supplemental Expert Report of Forrest A. Vickery, dated October 4, 2024. An unredacted version of Mr. Vickery's supplemental report is being filed provisionally under seal subject to RoadRunner's concurrently-filed motion to seal.

4. Attached hereto as Exhibit C is a placeholder for excerpts from the expert report of Stephen Holzen, Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s (collectively, "Defendants") damages expert. The unredacted version of these excerpts is being filed provisionally under seal subject to RoadRunner's concurrently-filed motion to consider whether another party's material should be sealed.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from Reilly, R. and Schweihs, R., *Guide to Intangible Asset Valuation* (AICPA 2014).

6. Attached hereto as Exhibit E is a true and correct copy of the redacted version of the Reply Expert Report of Forrest A. Vickery, dated September 20, 2024. An unredacted version of Mr. Vickery's reply report is being filed provisionally under seal subject to RoadRunner's concurrently-filed motion to seal.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition of Forrest A. Vickery, dated October 2, 2024.

8. Attached hereto as Exhibit G is a manual filing notification for the document bearing Bates label RTS_00175337, which is being filed manually and provisionally under seal

1  subject to RoadRunner's concurrently-filed motion to consider whether another party's material
2  should be sealed.
3       9.      Attached hereto as Exhibit H is a manual filing notification for the document
4  bearing Bates label RTS_00193327, which is being filed manually and provisionally under seal
5  subject to RoadRunner's concurrently-filed motion to consider whether another party's material
6  should be sealed.
7       10.     Attached hereto as Exhibit I is a true and correct copy of the redacted version of
8  excerpts from the deposition of Graham Rihn.
9       11.     Attached hereto as Exhibit J is a true and correct copy of excerpts from the
10 deposition of Steve Krebs.
11      12.     Attached hereto as Exhibit K is a true and correct copy of an excerpt from the
12 deposition of Jason Gates.
13      I declare under the penalty of perjury of the laws of the United States that the foregoing is
14 true and correct. Executed this 24th day of October, 2024, in Los Angeles, California.

By:    /s/ Stanley M. Gibson
      STANLEY M. GIBSON
Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.