# EXHIBIT C

**FILED PROVISIONALLY UNDER SEAL PURSUANT TO L.R. 79-5(f)**