# EXHIBIT F

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3   ------------------------------------------------X

 4   ROADRUNNER RECYCLING, INC.,

 5                           Plaintiff,

 6                           CASE.: 3:23-cv-04804-WHA

 7              -against-

 8

 9   RECYCLE TRACK SYSTEMS, INC., and
     RECYCLESMART SOLUTIONS, INC.,
10
                             Defendants.
11   ------------------------------------------------X

12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13                 VIDEOTAPED DEPOSITION OF

14                    FORREST A. VICKERY

15                    NEW YORK, NEW YORK

16                      October 2, 2024

17

18   REPORTED BY:  KIARA MILLER

19   FILE NO.:  554078

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | A    Steve Krebs.  I believe Graham Rihn was | 11:31:28 |
| 2 | on a call, and one other gentleman, I don't | 11:31:32 |
| 3 | recall his name at the moment. | 11:31:35 |
| 4 | Q    Do you know what that other person's | 11:31:44 |
| 5 | role was at Roadrunner? | 11:31:47 |
| 6 | A    Leadership.  And shoot -- Khan.  Overall | 11:31:49 |
| 7 | leadership at the organization, and then you | 11:31:58 |
| 8 | know, Krebs on the financial side. | 11:31:59 |
| 9 | Q    I missed the second?  Khan? | 11:32:05 |
| 10 | A    Well, Khan is a name of the third | 11:32:08 |
| 11 | person. | 11:32:11 |
| 12 | Q    How you do spell that K-h-a-n? | 11:32:12 |
| 13 | A    You know, I would be guessing, I don't | 11:32:15 |
| 14 | recall. | 11:32:17 |
| 15 | Q    Did you disclose these conversations | 11:32:18 |
| 16 | with these Roadrunner employees in your | 11:32:21 |
| 17 | report? | 11:32:24 |
| 18 | A    I believe so.  I believe we said we | 11:32:24 |
| 19 | spoke to management. | 11:32:26 |
| 20 | Q    When you say management you mean Steve | 11:32:37 |
| 21 | Krebs, Graham Rihn, and Mr. Khan? | 11:32:39 |
| 22 | A    Um-hmm. | 11:32:43 |
| 23 | Q    When did these conversations take place? | 11:32:44 |
| 24 | A    I believe it was probably in July. | 11:32:52 |
| 25 | Q    July of this year? | 11:32:58 |

| | | |
|---|---|---|
| 1 | A    ==Yes.== | 11:32:59 |
| 2 | ==Q    And approximately how many times did you== | 11:33:02 |
| 3 | ==speak with Mr. Krebs, Mr. Rihn, and Mr. Khan?== | 11:33:04 |
| 4 | ==A    I believe once with all three of them.== | 11:33:14 |
| 5 | ==Then I believe I had three conversations with== | 11:33:16 |
| 6 | ==Mr. Krebs.== | 11:33:19 |
| 7 | Q    And all of these conversations took | 11:33:26 |
| 8 | place in July of this year? | 11:33:28 |
| 9 | A    I believe so, yes. | 11:33:33 |
| 10 | Q    Did all of these conversations take | 11:33:41 |
| 11 | place over the phone? | 11:33:43 |
| 12 | A    No.  Zoom. | 11:33:45 |
| 13 |      I believe they were Zoom. | 11:33:47 |
| 14 | Q    That's the true for all four | 11:33:58 |
| 15 | conversations? | 11:33:59 |
| 16 | A    I think it would be a total of three | 11:34:00 |
| 17 | because Steve Krebs was a co-participant with | 11:34:03 |
| 18 | the other two. | 11:34:06 |
| 19 | Q    Did you take notes during these | 11:34:08 |
| 20 | conversations? | 11:34:09 |
| 21 | A    Yes. | 11:34:14 |
| 22 | Q    Did you provide those notes to counsel? | 11:34:14 |
| 23 | A    No.  Counsel informed us that we did not | 11:34:17 |
| 24 | need to produce our file. | 11:34:20 |
| 25 | Q    Did you correspond with any Roadrunner | 11:34:29 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Forrest A. Vickery
Conducted on October 2, 2024                    91

| | | |
|---|---|---|
| 1 | developing its trade secrets and developing | 01:12:21 |
| 2 | its overall camera systems or reflection of | 01:12:27 |
| 3 | the total cost to arrive at that bundle of | 01:12:30 |
| 4 | rights and trade secrets for what it is, and | 01:12:33 |
| 5 | it was as a proxy for the overall spend | 01:12:36 |
| 6 | associated with developing that final -- | 01:12:40 |
| 7 | well, that evolving system. | 01:12:43 |
| 8 | Q    Your analysis of avoided cost damages is | 01:13:05 |
| 9 | not a valuation of the alleged trade secrets, | 01:13:10 |
| 10 | correct? | 01:13:12 |
| 11 | A    It is not a valuation, no. | 01:13:12 |
| 12 | Q    You don't have an opinion of the alleged | 01:13:15 |
| 13 | value of the trade secrets? | 01:13:17 |
| 14 | A    I did not formulate an independent | 01:13:18 |
| 15 | opinion, valuation opinion associated with | 01:13:20 |
| 16 | the trade secrets. | 01:13:24 |
| 17 | Q    Okay.  In Page 6 of your reply report, | 01:13:26 |
| 18 | you state: | 01:13:28 |
| 19 | =="Each of the above trade secrets== | 01:13:30 |
| 20 | ==is part of the overall waste metering== | 01:13:31 |
| 21 | ==system and earth recycling system and== | 01:13:34 |
| 22 | ==each has independent economic value as== | 01:13:39 |
| 23 | ==being part of a working system."== | 01:13:42 |
| 24 | ==You didn't quantify the independent== | 01:13:44 |
| 25 | ==economic value of any of the trade secrets,== | 01:13:46 |

| | | |
|---|---|---|
| 1 | correct? | 01:13:49 |
| 2 | A    I did not assign a dollar amount to | 01:13:49 |
| 3 | them.  I know that Mr. Hoarty, the technical | 01:13:51 |
| 4 | expert, testified that each of these has | 01:13:55 |
| 5 | independent economic value, and that each of | 01:13:58 |
| 6 | them on their own plays a role in the ability | 01:14:03 |
| 7 | of the business to facilitate products and | 01:14:06 |
| 8 | sales and then generate profit. | 01:14:09 |
| 9 | Q    Okay.  Further down the page, you state | 01:14:14 |
| 10 | that: | 01:14:17 |
| 11 | "Effectively, all of the trade | 01:14:17 |
| 12 | secrets in tandem work together as a | 01:14:20 |
| 13 | cohesive system to create outcomes that | 01:14:22 |
| 14 | have economic value." | 01:14:26 |
| 15 | You didn't put a dollar figure on the | 01:14:27 |
| 16 | outcomes derived from the system, correct? | 01:14:30 |
| 17 | A    I did not assign a dollar to that | 01:14:33 |
| 18 | economic value.  What I'm getting at there is | 01:14:35 |
| 19 | that, there is an economic benefit to the use | 01:14:40 |
| 20 | of the trade secrets.  Individually, they | 01:14:43 |
| 21 | have their own independent economic value, | 01:14:46 |
| 22 | and then together they create the system, | 01:14:49 |
| 23 | which is then deployed in business. | 01:14:52 |
| 24 | Q    Okay.  So without discerning what the | 01:14:55 |
| 25 | dollar value is, what's the basis for saying | 01:15:02 |

| | | |
|---|---|---|
| 1 | that they have economic value? | 01:15:05 |
| 2 | A    Well, one basis of them having economic | 01:15:08 |
| 3 | value is that Roadrunner purchased -- | 01:15:11 |
| 4 | purchased them, and my understanding is that | 01:15:13 |
| 5 | the primary driver behind that was getting | 01:15:16 |
| 6 | the trade secrets, and that was the principle | 01:15:22 |
| 7 | aspect of it. | 01:15:23 |
| 8 | Q    You don't put a dollar value on the | 01:15:27 |
| 9 | waste metering system itself, correct? | 01:15:30 |
| 10 | A    I did not appraise or value the system | 01:15:34 |
| 11 | itself.  Rather, it was just looking at the | 01:15:38 |
| 12 | avoided cost. | 01:15:43 |
| 13 | Q    You didn't calculate the value of any | 01:15:48 |
| 14 | particular trade secret within the waste | 01:15:50 |
| 15 | metering system, correct? | 01:15:52 |
| 16 | A    I didn't do valuations of any of the | 01:15:55 |
| 17 | individual trade secrets. | 01:15:56 |
| 18 | Q    You didn't analyze the relative value of | 01:15:58 |
| 19 | any particular trade secrets within the | 01:16:01 |
| 20 | overall waste metering recycling system, | 01:16:03 |
| 21 | correct? | 01:16:06 |
| 22 |      MR. GIBSON:  Objection, form. | 01:16:08 |
| 23 | A    I didn't perform any valuations.  So, | 01:16:09 |
| 24 | therefore, I didn't assign any relative | 01:16:11 |
| 25 | value.  Rather, I looked at the total | 01:16:13 |

| | | |
|---|---|---|
| 1 | avoiding costs in developing all of them. | 01:16:16 |
| 2 | Q     So you don't have an opinion about | 01:16:25 |
| 3 | whether the smart camera apparatus, for | 01:16:27 |
| 4 | example, is more valuable to the system than | 01:16:30 |
| 5 | the optical assembly, for example? | 01:16:32 |
| 6 | A     Well, I mean, I think Hoarty touched on | 01:16:35 |
| 7 | this a little bit in his deposition where he | 01:16:40 |
| 8 | addressed the point that these all work | 01:16:43 |
| 9 | together as a cohesive system, and they all | 01:16:46 |
| 10 | are necessary in the sense that you need the | 01:16:50 |
| 11 | camera to get an image, you need the image to | 01:16:52 |
| 12 | machine learn, et cetera. | 01:16:55 |
| 13 | But I did not parse to say, look, I'm | 01:16:59 |
| 14 | going to allocate certain portions of these | 01:17:03 |
| 15 | total costs to each of the different trade | 01:17:06 |
| 16 | secrets.  Rather, looking at it as a cohesive | 01:17:08 |
| 17 | whole, as I understand it from Mr. Hoarty's | 01:17:12 |
| 18 | report and testimony. | 01:17:16 |
| 19 | Q     Okay.  Did you try to analyze how it | 01:17:17 |
| 20 | changes the individual components covered by | 01:17:20 |
| 21 | a trade secret changed the value of the | 01:17:23 |
| 22 | system? | 01:17:26 |
| 23 | A     Well, again, you're using value.  I | 01:17:27 |
| 24 | didn't perform any valuations, per se. | 01:17:30 |
| 25 | Q     Okay.  Do you agree with the premise | 01:17:36 |

| | | |
|---|---|---|
| 1 | errors on some of the spreadsheets.  And so | 02:32:36 |
| 2 | like certain things weren't been captured, | 02:32:39 |
| 3 | that they were linking incorrectly.  So we | 02:32:41 |
| 4 | modified those. | 02:32:44 |
| 5 | Q    Okay.  In looking at the bullet points | 02:32:46 |
| 6 | and numbered paragraphs under development of | 02:32:52 |
| 7 | other things, it seems like you had to change | 02:32:55 |
| 8 | some of your calculations based on the | 02:32:58 |
| 9 | testimony of Mr. Longson regarding other | 02:33:01 |
| 10 | products that Compology developed; is that | 02:33:06 |
| 11 | accurate? | 02:33:09 |
| 12 | A    That is correct.  Yeah.  I think he | 02:33:10 |
| 13 | identified some engineering time, time period | 02:33:13 |
| 14 | that was unrelated, like specifically | 02:33:16 |
| 15 | identifiably unrelated to the trade secrets. | 02:33:19 |
| 16 | Q    This is just one example of time that | 02:33:28 |
| 17 | was spent by Compology engineers that was | 02:33:29 |
| 18 | unrelated to the trade secrets; is that | 02:33:33 |
| 19 | correct? | 02:33:36 |
| 20 | MR. GIBSON:  Object to form. | 02:33:37 |
| 21 | A    That was specifically identified with | 02:33:37 |
| 22 | details as to the time involved for that | 02:33:40 |
| 23 | particular project, if I recall. | 02:33:44 |
| 24 | Q    Were there any other corrections in your | 02:33:48 |
| 25 | reply report related to your opening report? | 02:33:52 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Forrest A. Vickery
Conducted on October 2, 2024

167

| | | |
|---|---|---|
| 1 | A     This is the August 1, 2015 409A | 04:02:28 |
| 2 | valuation report. | 04:02:33 |
| 3 | Q     Okay.  And if we go to Page 13 of this | 04:02:35 |
| 4 | document with Bates ending in 69608, you see | 04:02:41 |
| 5 | that? | 04:02:51 |
| 6 | A     I do. | 04:02:51 |
| 7 | Q     Is that $2,112,049 figure the one you | 04:02:55 |
| 8 | rely upon for pre-August 1st 2015 expenses? | 04:03:02 |
| 9 | A     Yes. | 04:03:09 |
| 10 | Q     And in this document it says this | 04:03:10 |
| 11 | represents the total reproduction cost based | 04:03:14 |
| 12 | on estimates provided by management; is that | 04:03:17 |
| 13 | accurate? | 04:03:23 |
| 14 | A     That's the start of it, yeah. | 04:03:24 |
| 15 | Q     Okay.  Does this document include those | 04:03:26 |
| 16 | underlying estimates or is this the only | 04:03:34 |
| 17 | description of them? | 04:03:37 |
| 18 | A     This is the extent of the description of | 04:03:38 |
| 19 | it.  I haven't seen the actual estimates. | 04:03:40 |
| 20 | Q     Okay.  By August 1, 2015, do you know | 04:03:45 |
| 21 | what hardware Compology had developed? | 04:03:48 |
| 22 | A     Let's see. I had a timeline.  I think | 04:03:56 |
| 23 | they're close to R10.  I would have to look | 04:04:01 |
| 24 | in the details of the timeline.  I don't | 04:04:06 |
| 25 | recall like, off the top of my head where | 04:04:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Forrest A. Vickery
Conducted on October 2, 2024                        186

| | | |
|---|---|---|
| 1 | MR. GIBSON: Object to form. | 04:33:34 |
| 2 | A   No.  I mean, I think the way I look at | 04:33:35 |
| 3 | it is, Hoarty is the technical expert. | 04:33:38 |
| 4 | Hoarty has identified these seven trade | 04:33:40 |
| 5 | secrets.  Hoarty has identified that they | 04:33:44 |
| 6 | have independent economic value, because each | 04:33:46 |
| 7 | one of them contribute to sort of the | 04:33:49 |
| 8 | economic outcome or benefit, right.  In | 04:33:53 |
| 9 | having some -- the ability to generate | 04:33:57 |
| 10 | revenues and profits, right.  And I think | 04:33:59 |
| 11 | that's the way he even described it, is like, | 04:34:02 |
| 12 | they all contribute to that, but they are | 04:34:05 |
| 13 | also -- they need each other, so to speak, | 04:34:08 |
| 14 | because it's a systematic system. | 04:34:11 |
| 15 | Q   If the jury were to find that defendants | 04:34:34 |
| 16 | did not misappropriate the trade secret | 04:34:37 |
| 17 | related to the optical assembly, is there any | 04:34:39 |
| 18 | way to excise out the costs associated with | 04:34:43 |
| 19 | development of the optical assembly? | 04:34:46 |
| 20 | MR. GIBSON: Object to form. | 04:34:48 |
| 21 | A   ==Well, I guess the way I would think== | 04:34:49 |
| 22 | ==about it is, the cost associated with== | 04:34:53 |
| 23 | ==developing -- all the costs associated with== | 04:34:56 |
| 24 | ==developing the overall functionality because== | 04:34:59 |
| 25 | ==of the dependence of the interrelationship of== | 04:35:02 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Forrest A. Vickery
Conducted on October 2, 2024

187

| | | |
|---|---|---|
| 1 | ==the other trade secrets, because they use== | 04:35:06 |
| 2 | ==each other, that's a cost of that other trade== | 04:35:08 |
| 3 | ==secret being connected into the waste== | 04:35:12 |
| 4 | ==metering unit.== | 04:35:16 |
| 5 | Q   On Page 23 of your opening report. | 04:35:42 |
| 6 | A   Oh, opening report, okay.  Waste | 04:35:45 |
| 7 | metering. | 04:36:23 |
| 8 | Q   Once you have this page, I want to | 04:36:33 |
| 9 | direct your attention to the section that's | 04:36:35 |
| 10 | entitled, "The past valuations letter of | 04:36:36 |
| 11 | potential acquisition." | 04:36:39 |
| 12 | A   Yep.  I'm here. | 04:36:40 |
| 13 | Q   The last sentence of the paragraph | 04:36:41 |
| 14 | following that title says: | 04:36:42 |
| 15 | "As a sanity check for my cost avoidance | 04:36:45 |
| 16 | analysis, I consider the various indications | 04:36:49 |
| 17 | of value and offers." | 04:36:51 |
| 18 | Can you explain what you mean by that | 04:36:54 |
| 19 | sanity check? | 04:36:55 |
| 20 | A   Yeah.  I mean, I wanted to get a sense | 04:36:56 |
| 21 | of -- well, I knew they had the various LOIs, | 04:37:00 |
| 22 | and I knew we had these 409A valuations. | 04:37:04 |
| 23 | Now, the cost associated with the trade | 04:37:09 |
| 24 | secrets is just the cost associated with the | 04:37:12 |
| 25 | trade secrets.  The valuations are reflective | 04:37:15 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Forrest A. Vickery
Conducted on October 2, 2024                      237

| | | |
|---|---|---|
| 1 | relationship. | 05:53:26 |
| 2 | Q    Did you consider that potential impact | 05:53:40 |
| 3 | in your cost estimate, your damages estimate? | 05:53:43 |
| 4 |      MR. GIBSON:  Object to form. | 05:53:47 |
| 5 | A    So did I consider that in rendering | 05:53:50 |
| 6 | these calculations here on the 25? | 05:53:53 |
| 7 | Q    Yes. | 05:53:59 |
| 8 | A    Certainly there's a possibility of it. | 05:54:00 |
| 9 | But I took the approach of this is just -- | 05:54:02 |
| 10 | we're going to stick with the number of | 05:54:03 |
| 11 | units, and they're going to find a way to | 05:54:06 |
| 12 | deal with that, in terms of business and | 05:54:10 |
| 13 | dealing with their customers.  And so that's | 05:54:13 |
| 14 | an assumption that they would continue the | 05:54:16 |
| 15 | same number of units. | 05:54:20 |
| 16 | Q    Moving on to your last damages | 05:54:27 |
| 17 | calculation. | 05:54:30 |
| 18 |      What is the basis for the disgorgement | 05:54:31 |
| 19 | of defendants profits as a calculation of | 05:54:35 |
| 20 | damages? | 05:54:43 |
| 21 | A    Okay.  What is the basis for it. | 05:54:44 |
| 22 |      Well, the basis for it is that they -- | 05:54:48 |
| 23 | ==by misappropriating the trade secrets,== | 05:54:50 |
| 24 | ==they're unjustly enriched through the cost== | 05:54:53 |
| 25 | ==savings that they have.==  Right.  And those | 05:54:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Forrest A. Vickery
Conducted on October 2, 2024                                    239

| | | |
|---|---|---|
| 1 | and contracts and changes and sort of terms. | 05:56:28 |
| 2 | I vaguely remember that. | 05:56:33 |
| 3 | Q    Okay.  Your disgorgement of profits | 05:56:35 |
| 4 | analysis takes into account some of | 05:56:44 |
| 5 | defendants costs, correct? | 05:56:47 |
| 6 | A    Yes. | 05:56:49 |
| 7 | ==Q    How did you determine which of== | 05:56:49 |
| 8 | ==defendants cost to use for this analysis?== | 05:56:50 |
| 9 | ==A    It was based upon a -- some projections== | 05:56:52 |
| 10 | ==that were done by the defendants.== | 05:56:55 |
| 11 | Q    Is there a reason you didn't deduct the | 05:57:06 |
| 12 | cost of making the actual Pello system? | 05:57:08 |
| 13 | A    Making the entire Pello system? | 05:57:12 |
| 14 | Q    Yes. | 05:57:17 |
| 15 | A    So the cost of making the entire system | 05:57:18 |
| 16 | and then relating that to just this limited | 05:57:20 |
| 17 | amount of units, that would seem to be an | 05:57:24 |
| 18 | overreach in terms of like the cost of the | 05:57:29 |
| 19 | entire system relative to this.  'Cause I | 05:57:33 |
| 20 | think the system would be advertised over any | 05:57:36 |
| 21 | number of going forward revenues, right, not | 05:57:39 |
| 22 | just these units. | 05:57:49 |
| 23 | Q    Is it your understanding that defendants | 05:58:01 |
| 24 | were only able to avoid paying Compology | 05:58:03 |
| 25 | under the contracts because they have had the | 05:58:06 |

```
1              C E R T I F I C A T E
2
3    I, KIARA MILLER,
4    a Shorthand Reporter and Notary Public of the
5    State of New York, do hereby certify:
6
7    That the witness whose examination is
8    hereinbefore set forth, was duly sworn or
9    affirmed by me, and the foregoing transcript is
10   a true record of the testimony given by such
11   witness.
12
13   I further certify that I am not related to any
14   of the parties to this action by blood or
15   marriage, and that I am in no way interested in
16   the outcome of this matter.
17
18              *Kiara Miller*
19              _____
20                   KIARA MILLER
21
22
23
24
25
```