# EXHIBIT J

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3   - - - - - - - - - - - - - -x

 4    ROADRUNNER RECYCLING, INC.,    :

 5                   Plaintiff,      :  No 3:23-cv-04804-WHA

 6    vs.                            :

 7                                   :

 8    RECYCLE TRACK SYSTEMS, INC.,   :

 9    AND RECYCLESMART SOLUTIONS,

10    INC.,

11                Defendants.

12   - - - - - - - - - - - - - -x

13

14                ATTORNEYS' EYES ONLY

15
     VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
16      By and through its Designated Representative,
                       STEVEN KREBS,
17           and in his Individual Capacity
                     Pittsburgh, PA
18              Friday, August 23, 2024
                      9:34 a.m.
19

20

21

22    Job No.: 548737

23    Pages: 1 - 330

24   Reported By: Brooklyn E. Schweitzer

25               RPR, CRR, CA CSR
```

ATTORNEYS' EYES ONLY
Transcript of Steven Krebs, Corporate Designee & Individually
Conducted on August 23, 2024

270

| | | |
|---|---|---|
| 1 | MR. THOMSON:  I think it's supposed to be | 16:35:22 |
| 2 | ROADRUNNER7. | 16:35:24 |
| 3 | Why don't we start on that, | 16:35:49 |
| 4 | ROADRUNNER0000005. | 16:35:54 |
| 5 | BY MR. THOMSON: | 16:36:01 |
| 6 | Q.   And under the heading "trade secrets at | 16:36:01 |
| 7 | issue in this suit," do you see the first one, A, is | 16:36:03 |
| 8 | overall Waste Metering system? | 16:36:06 |
| 9 | A.   I do. | 16:36:08 |
| 10 | Q.   Okay.  Does RoadRunner put a valuation on | 16:36:13 |
| 11 | its overall Waste Metering system? | 16:36:21 |
| 12 | MR. MELLEMA:  Objection; form. | 16:36:24 |
| 13 | A.   I feel like I've answered that question | 16:36:26 |
| 14 | several times, and my answer remains the same. | 16:36:31 |
| 15 | Q.   And what is that answer? | 16:36:33 |
| 16 | A.   The answer is that based on the document | 16:36:35 |
| 17 | that we've mentioned, again, we know it to be very | 16:36:42 |
| 18 | valuable for what it has done and will continue to | 16:36:46 |
| 19 | do and what we see it doing in the future for our | 16:36:50 |
| 20 | business.  I have not assigned a specific value to | 16:36:52 |
| 21 | it. | 16:36:55 |
| 22 | Q.   I think we're going to get into the same | 16:36:59 |
| 23 | issue.  What is the basis for the statement that "we | 16:37:01 |
| 24 | know it to be very valuable" if you have not valued | 16:37:05 |
| 25 | it? | 16:37:09 |

271

| | | |
|---|---|---|
| 1 | MR. MELLEMA:  Objection to form. | 16:37:10 |
| 2 | A.   Again, I think you should just consult | 16:37:11 |
| 3 | what I mean by the projections.  My basis of value | 16:37:15 |
| 4 | is based on what I would separate myself from the | 16:37:20 |
| 5 | technology for.  Right?  That's the best way to | 16:37:25 |
| 6 | value a lot of things. | 16:37:29 |
| 7 | And I tell you here today it would be a | 16:37:30 |
| 8 | lot of money, way more than $27 million.  If you | 16:37:32 |
| 9 | look at the financial projections, which I've | 16:37:39 |
| 10 | furnished, and I really think you should review them | 16:37:42 |
| 11 | and the buckets of them, because then it will kind | 16:37:45 |
| 12 | of cut to the core here. | 16:37:48 |
| 13 | The impact that it has on my income in | 16:37:49 |
| 14 | business, and has had, is profound. | 16:37:52 |
| 15 | Q.   Okay. | 16:37:55 |
| 16 | A.   For me to separate myself from that | 16:37:56 |
| 17 | technology would be extremely expensive, so it is | 16:37:58 |
| 18 | valuable for me. | 16:38:04 |
| 19 | Q.   Okay. | 16:38:05 |
| 20 | A.   It changes my business. | 16:38:05 |
| 21 | Q.   So it's your testimony -- this is probably | 16:38:06 |
| 22 | one of the most important documents, the one that | 16:38:11 |
| 23 | was just provided today, in terms of valuing -- | 16:38:14 |
| 24 | A.   Yeah, you've asked me that, and I said the | 16:38:19 |
| 25 | way I've valued -- the closest thing I've done to | 16:38:22 |

```
1                REPORTER'S CERTIFICATE
2
3           I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,
4    RPR, CRR, in and for the State of California, do
5    hereby certify:
6           That prior to being examined, the witness
7    named in the foregoing deposition was by me duly
8    sworn to testify the truth, the whole truth and
9    nothing but the truth and that the witness reserved
10   the right of signature;
11          That said deposition was taken down by me
12   in shorthand at the time and place therein named,
13   and thereafter reduced to typewriting under my
14   direction, and the same is a true, correct and
15   complete transcript of said proceedings.
16          I further certify that I am not interested
17   in the event of the action.
18          Witness my hand this 30th day of August,
19   2024.
20
21
22   _____
23   Certified Shorthand
24   Reporter for the
25   State of California
```