# EXHIBIT K



**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

# Transcript of Jason Gates

**Date:** August 26, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

| | | |
|---|---|---|
| 1 | by Waste Harmonics that I can't remember the -- the | 05:49:57 |
| 2 | name of anymore. | 05:50:03 |
| 3 |     There were a number of European companies, | 05:50:16 |
| 4 | and I -- like -- like Senseo [sic], I want to say. | 05:50:19 |
| 5 |     I don't know. There is probably a half | 05:50:28 |
| 6 | dozen or eight companies that we would -- we would | 05:50:30 |
| 7 | see in the market. | 05:50:36 |
| 8 |   Q.  Did any of those competitors in the market | 05:50:39 |
| 9 | use a camera sensor? | 05:50:43 |
| 10 |   A.  To our knowledge, only Pello. | 05:50:45 |
| 11 |   Q.  Did you consider Pello a competitor as | 05:50:50 |
| 12 | soon as you found out about Pello? | 05:50:53 |
| 13 |   A.  Yes. | 05:50:55 |
| 14 |   Q.  Why? Actually -- scratch that. | 05:50:56 |
| 15 |     We went over that earlier in the | 05:51:03 |
| 16 | testimony. | 05:51:05 |
| 17 |     When did you find out about Pello? | 05:51:05 |
| 18 |   A.  I don't remember specifically. | 05:51:12 |
| 19 |   Q.  Was that before 2022? | 05:51:25 |
| 20 |   A.  Yes. | 05:51:29 |
| 21 |   Q.  Was that before 2021? | 05:51:30 |
| 22 |     ATTORNEY GIBSON: Object to the form. | 05:51:32 |
| 23 |   A.  I'm not -- I -- I can't remember | 05:51:33 |
| 24 | specifically when we first learned about Pello. | 05:51:42 |
| 25 |     ATTORNEY GIBSON: The videographer has | 05:51:49 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Jason Gates
Conducted on August 26, 2024                                          212

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2    I, ANITA M. TROMBETTA, RMR, CRR, and Certified
3    California Shorthand Reporter, the officer before
4    whom the foregoing deposition was taken, do hereby
5    certify that the foregoing transcript is a true
6    and correct record of the testimony given; that said
7    testimony was taken by me stenographically and
8    thereafter reduced to typewriting under my
9    direction; that reading and signing was not requested;
10   and that I am neither counsel for, related to,
11   nor employed by any of the parties to this case
12   and have no interest, financial or otherwise,
13   in its outcome.
14           IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 3rd day of
16   September, 2024.
17   My commission expires: 10.07.2025
18
19
20   _____
21        ANITA M. TROMBETTA
22
23
24
25
```