JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** <br><br> Complaint Filed:    August 4, 2023 <br> Trial Date:           December 9, 2024 |

1   Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner")
2 respectfully submits this motion to consider whether material designated as confidential by
3 Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively,
4 "Defendants") should be sealed.  Specifically, RoadRunner seeks to file the following documents
5 provisionally under seal (collectively, "Defendants' Materials"):

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Unredacted excerpts from the expert report of Stephen Holzen (Exhibit C to the Declaration of Stanley M. Gibson in support of RoadRunner's Opposition to Defendants' Motion to Exclude Forrest A. Vickery) | Entirety | Defendants |
| RTS_00175337 (Exhibit G to the Declaration of Stanley M. Gibson in support of RoadRunner's Opposition to Defendants' Motion to Exclude Forrest A. Vickery) | Entirety | Defendants |
| RTS_00193327 (Exhibit H to the Declaration of Stanley M. Gibson in support of RoadRunner's Opposition to Defendants' Motion to Exclude Forrest A. Vickery) | Entirety | Defendants |

21   Local Rule 79-5(f) provides that a document may be filed provisionally under seal when
22 the document or portions thereof "has been designated as confidential by another party or non-
23 party."  L.R. 79-5(f).  Defendants designated Defendants' Materials as "HIGHLY
24 CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case (Dkt.
25 No. 68).  The protective order provides that information or items designated "HIGHLY
26 CONFIDENTIAL – ATTORNEYS' EYES ONLY" contain "extremely sensitive 'Confidential
27 Information or Items,' disclosure of which to another Party or Non-Party would create a
28 substantial risk of serious harm that could not be avoided by less restrictive means."  *Id.* at 3.

1    Accordingly, RoadRunner respectfully requests that the Court consider whether
2 Defendants' Materials should be sealed, subject to Defendants' response to this motion.

4 DATED: October 24, 2024  JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA
LENA STREISAND

By:   */s/ Lena Streisand*
     LENA STREISAND
     Attorneys for Plaintiff ROADRUNNER
     RECYCLING, INC.