JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:   (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED**<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:           December 9, 2024 |

1    Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner")
2 filed a motion to consider whether Defendants' material should be sealed and Defendants Recycle
3 Track Systems, Inc. and RecycleSmart Solutions, Inc. filed a response seeking to seal the material.
4 Having established good cause for sealing, the Court hereby orders the Clerk to maintain the
5 following documents under seal:

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Unredacted excerpts from the expert report of Stephen Holzen (Exhibit C to the Declaration of Stanley M. Gibson in support of RoadRunner's Opposition to Defendants' Motion to Exclude Forrest A. Vickery) | Entirety | Defendants |
| RTS_00175337 (Exhibit G to the Declaration of Stanley M. Gibson in support of RoadRunner's Opposition to Defendants' Motion to Exclude Forrest A. Vickery) | Entirety | Defendants |
| RTS_00193327 (Exhibit H to the Declaration of Stanley M. Gibson in support of RoadRunner's Opposition to Defendants' Motion to Exclude Forrest A. Vickery) | Entirety | Defendants |

21    SO ORDERED.
22 DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE