JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:   (949) 623-7200
Facsimile:   (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RECYCLE TRACK SYSTEMS, INC.,<br>RECYCLESMART SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**MANUAL FILING NOTIFICATION REGARDING EXHIBIT H TO THE DECLARATION OF STANLEY M. GIBSON IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S OPPOSITION TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY BY FORREST A. VICKERY**<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:         December 9, 2024 |

72690589v1

Case No. 3:23-cv-04804-WHA

MANUAL FILING NOTIFICATION - EXHIBIT H

# MANUAL FILING NOTIFICATION

Regarding: EXHIBIT H to the DECLARATION OF STANLEY M. GIBSON.

This filing is an Excel spreadsheet that is available in native format only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served electronically via email. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X__ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_X__ Other (description): Microsoft Excel spreadsheet incapable of being legibly converted to PDF.

DATED: October 24, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA
LENA STREISAND

By:  /s/ Stanley M. Gibson
         STANLEY M. GIBSON
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On October 24, 2024, I served true copies of the following document(s) described as **EXHIBIT H TO THE DECLARATION OF STANLEY M. GIBSON IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S OPPOSITION TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY BY FORREST A. VICKERY (RTS_00193327)** as follows:

| | |
|---|---|
| Arameh Zargham O'Boyle<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email: AZOBoyle@mintz.com | Attorneys for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. |

Amy LoBue
James J. Thomson
James M. Wodarski
Matthew S. Galica
Michael C. Newman
Stephen Huxton Chen
Tianyi Tan
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Emails: alobue@mintz.com
jjthomson@mintz.com
JWodarski@mintz.com
msgalica@mintz.com
mcnewman@mintz.com
schen@mintz.com
TTan@mintz.com

CC:    rts-mintz@mintz.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address IMunoz@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2024, at Los Angeles, California.

1
2  _____
   Itzi Munoz
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28