# DOCUMENT FILED PROVISIONALLY UNDER SEAL PURSUANT TO L.R. 79-5(e)

# EXHIBIT 1