# EXHIBIT 21

compology

June 14, 2107

Colin Bell
Managing Partner
RecycleSmart
Suite 100-3751 Shell Rd.
Richmond BC V6X 2W2
colin@recycle-smart.com
mobile 778-995-1796

Dear Colin,

Compology is pleased to provide RecycleSmart with container location and fullness monitoring and cloud-based software services on an introductory basis. Our systems help you to capture actionable data to enhance customer service and reduce operating costs.

Our standard introductory offering includes the use of 10 sensors, associated cloud-based software access and data exports for two months, starting as soon as practical. The introductory price total is $2,000, paid in advance.

Compology will:
- Install 10 sensors on containers specified by RecycleSmart.
- Provide cloud based software access to include location and fullness monitoring.
- Provide periodic data exports in the form of .csv files
- Provide reporting and data analysis consultations.
- Expand and/or extend the terms of our agreement at any time.

RecycleSmart will:
- Grant Compology the right to modify containers to attach sensors.
- Provide necessary data to Compology for use in implementation.
- Designate employee(s) to work with Compology during implementation and operations

Compology is excited to equip you with our systems and we look forward to working together. Please sign below as acceptance of the introductory service and price.

Regards,

*DocuSigned by: Jason Gates*
6A24E06E65A94DD...

Jason Gates
CEO

Acknowledged and accepted:

Signature: *DocuSigned by: Colin Bell*
BEF349122CA24CE...

Date: 6/15/2017

Name:     Colin Bell, RecycleSmart