# EXHIBIT 23

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                    _____

4

5     ROADRUNNER RECYCLING, INC.,  )
                                   )
6                     Plaintiff,   )
      vs.                          ) Case No.
7                                  ) 3:23-cv-04804-WHA
      RECYCLE TRACK SYSTEMS, INC., )
8     and RECYCLESMART SOLUTIONS   )
      INC.,                        )
9                                  )
                      Defendants.  )
10    _____)

11

12                  ATTORNEYS' EYES ONLY

13

      VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
14      By and through its Designated Representative,
                    TIMOTHY JAY LONGSON,
15           and in his Individual Capacity
                Thursday, August 15, 2024
16              San Francisco, California

17

18                    9:32 a.m. PDT

19                         to

20                    6:01 p.m. PDT

21

22

23    Stenographically Reported by:
      Burgundy B. Ryan, RPR,
24    CSR No. 11373
      Job No. 549087
25    Pages 1-232

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                          26

| | | |
|---|---|---|
| 1 | Scientific, NASA Ames and Carnegie Mellon, were you | 10:03:08 |
| 2 | employed by any other entities after receiving your | 10:03:14 |
| 3 | Ph.D? | 10:03:18 |
| 4 | A.    I think Atlas Scientific also had a name | 10:03:24 |
| 5 | Atlas Nanotechnology.  I don't know the distinction, | 10:03:27 |
| 6 | but there were -- I think they had used more than | 10:03:30 |
| 7 | one name at once -- at one point.  I don't know if | 10:03:37 |
| 8 | it was a completely separate company or what exactly | 10:03:40 |
| 9 | the distinction was, but... | 10:03:45 |
| 10 | Q.    Okay.  And setting aside, you know, the -- | 10:03:48 |
| 11 | any naming distinction between Atlas Scientific and | 10:03:52 |
| 12 | Atlas Nano, did you work with any -- on any | 10:03:55 |
| 13 | different projects than the ones we've already | 10:04:02 |
| 14 | discussed? | 10:04:04 |
| 15 | A.    No. | 10:04:05 |
| 16 | Q.    And after all of those projects, what | 10:04:12 |
| 17 | employment did you obtain? | 10:04:19 |
| 18 | A.    I was employed by Compology. | 10:04:24 |
| 19 | Q.    And when did that employment start? | 10:04:32 |
| 20 | A.    It was fall 2023, I believe. | 10:04:38 |
| 21 | Q.    Is it 2023 or 2013? | 10:04:45 |
| 22 | A.    Sorry.  2013. | 10:04:48 |
| 23 | Q.    And when you started, do you recall the | 10:04:51 |
| 24 | role that you had? | 10:04:55 |
| 25 | A.    I think my title starting out was Director | 10:04:57 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    29

| | | |
|---|---|---|
| 1 | A.    No. | 10:08:34 |
| 2 | Q.    And was there a model name for the first | 10:08:38 |
| 3 | sensor that you worked on? | 10:08:43 |
| 4 | A.    Yes.  We started building what we called R0 | 10:08:46 |
| 5 | through R7.  Those were all, kind of, hand-built | 10:08:53 |
| 6 | prototypes. | 10:08:58 |
| 7 | Q.    And what do you mean by "hand-built | 10:09:03 |
| 8 | prototypes"? | 10:09:07 |
| 9 | A.    We didn't use a contract manufacturer to | 10:09:07 |
| 10 | build these.  These were all developed and built | 10:09:09 |
| 11 | in-house. | 10:09:13 |
| 12 | Q.    And is it true that there was a model for | 10:09:18 |
| 13 | each number R0 through R7? | 10:09:25 |
| 14 | MR. MELLEMA:  Objection.  Form. | 10:09:31 |
| 15 | THE WITNESS:  Can I say -- | 10:09:34 |
| 16 | MR. MELLEMA:  I just said "objection, | 10:09:35 |
| 17 | form."  You can answer. | 10:09:36 |
| 18 | Every time -- just like he said, every time | 10:09:38 |
| 19 | I say "objection, form", you can answer. | 10:09:40 |
| 20 | THE WITNESS:  Okay. | 10:09:43 |
| 21 | So R0 through R7 were just different | 10:09:47 |
| 22 | revisions of, basically, the same model. | 10:09:51 |
| 23 | By MR. GALICA: | 10:09:54 |
| 24 | Q.    Were any of those commercialized? | 10:09:54 |
| 25 | A.    Yes. | 10:09:56 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually

Conducted on August 15, 2024                           79

| | | |
|---|---|---|
| 1 | containers, so across the United States. | 11:54:17 |
| 2 | Q.   All right.  Going back to the -- the | 11:54:33 |
| 3 | timeline.  So R11 was 2015, generally, the | 11:54:36 |
| 4 | development? | 11:54:46 |
| 5 | A.   I believe so.  Again, I would need to look | 11:54:47 |
| 6 | at a calendar or some other documentation to be able | 11:54:49 |
| 7 | to say for sure. | 11:54:52 |
| 8 | Q.   Okay.  And then there was the R12; is that | 11:54:53 |
| 9 | correct? | 11:54:58 |
| 10 | A.   That's correct. | 11:54:59 |
| 11 | Q.   And generally when was the development of | 11:55:02 |
| 12 | that taking place? | 11:55:07 |
| 13 | A.   I -- again, this is speculation, but I | 11:55:13 |
| 14 | suspect some time in the late 2015-2016-2017 range. | 11:55:17 |
| 15 | Probably mostly 2016. | 11:55:26 |
| 16 | Q.   Okay.  And then the R13; correct? | 11:55:27 |
| 17 | A.   The R13 did follow the R12. | 11:55:34 |
| 18 | Q.   And when did that development occur? | 11:55:37 |
| 19 | A.   Again, I can't tell you when it started. | 11:55:40 |
| 20 | My memory of dates is pretty poor. | 11:55:45 |
| 21 | Q.   Okay.  I'm going to hand you an exhibit | 11:55:54 |
| 22 | marked 326.  If you could just look at the first | 11:55:58 |
| 23 | page and let me know when you've finished. | 11:56:12 |
| 24 | (Whereupon, Longson Exhibit 326 was marked for | 11:56:20 |
| 25 | identification.) | 11:56:20 |

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    82

| | | |
|---|---|---|
| 1 | A.   Any other repositories for what? | 12:00:07 |
| 2 | Q.   For the -- the algorithms that you were | 12:00:09 |
| 3 | just discussing. | 12:00:17 |
| 4 | A.   Not to my knowledge, but I am -- I'm not on | 12:00:18 |
| 5 | the software team, so you can't speak to that. | 12:00:21 |
| 6 | Q.   Okay.  Is there any policy governing how | 12:00:23 |
| 7 | trade secrets are handled at RoadRunner or | 12:00:35 |
| 8 | Compology? | 12:00:37 |
| 9 | A.   Yes.  We do a number of things to protect | 12:00:43 |
| 10 | our trade secrets.  So for starters, our facilities | 12:00:46 |
| 11 | are locked.  So any of the physical hardware is kept | 12:00:52 |
| 12 | safe, as well as IT equipment and so on.  So each of | 12:00:57 |
| 13 | those require key cards to get into those | 12:01:05 |
| 14 | facilities. | 12:01:08 |
| 15 | Additionally, we have a whole IT department | 12:01:10 |
| 16 | basically committed to protecting our data.  And | 12:01:16 |
| 17 | then, thirdly, any employee that is hired has to | 12:01:26 |
| 18 | sign a contract with the company, stipulating that | 12:01:33 |
| 19 | they are going to protect the company's data and | 12:01:38 |
| 20 | when they leave or are terminated, the IT department | 12:01:46 |
| 21 | has procedures in place to revoke access to | 12:01:51 |
| 22 | sensitive data. | 12:01:57 |
| 23 | Q.   Okay.  You started by saying the physical | 12:02:00 |
| 24 | hardware is kept safe.  What do you mean by | 12:02:04 |
| 25 | "physical hardware"? | 12:02:08 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually

Conducted on August 15, 2024                                            83

| | | |
|---|---|---|
| 1 | A.    I'm talking about anything that we're | 12:02:10 |
| 2 | developing in-house.  So prototypes, for example, | 12:02:16 |
| 3 | is -- are kept under a secure facility, so it's | 12:02:22 |
| 4 | secure. | 12:02:31 |
| 5 | Q.    And how is it secured? | 12:02:34 |
| 6 | A.    As I said, these facilities are locked. | 12:02:36 |
| 7 | Only people with the key can get access to it. | 12:02:41 |
| 8 | Q.    What about when the sensors are deployed? | 12:02:54 |
| 9 | A.    What about that? | 12:03:01 |
| 10 | Q.    What do you do to protect access to them? | 12:03:03 |
| 11 | A.    We have contracts with any of our customers | 12:03:14 |
| 12 | that prevent the customers from disassembling or | 12:03:18 |
| 13 | taking apart or reverse engineering those devices. | 12:03:25 |
| 14 | We also use security screws, or security bolts, to | 12:03:29 |
| 15 | attach these to containers so that they are not able | 12:03:38 |
| 16 | to be removed by anyone with a screwdriver, and we | 12:03:48 |
| 17 | have contracts with our field technicians, | 12:03:56 |
| 18 | stipulating that they will maintain access to the | 12:04:02 |
| 19 | equipment and not disassemble it, of course. | 12:04:08 |
| 20 | Q.    And is that done so -- to prevent | 12:04:17 |
| 21 | disclosure of the components used inside the | 12:04:21 |
| 22 | sensors? | 12:04:23 |
| 23 | A.    It's done to protect our trade secrets | 12:04:25 |
| 24 | associated with the camera apparatus. | 12:04:29 |
| 25 | Q.    Does RoadRunner/Compology have a formal | 12:04:36 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    95

| | | |
|---|---|---|
| 1 | ████████████████████████████ | 12:22:24 |
| 2 | ████████████████████████████ | 12:22:28 |
| 3 | ████████████████████████████ | 12:22:33 |
| 4 | ████████████████████████████ | 12:22:38 |
| 5 | ████████████████████████████ | 12:22:43 |
| 6 | ████████████████  That's just one example. | 12:22:47 |
| 7 | Q.   Okay.  Can you think of any others? | 12:22:50 |
| 8 | A.   I can think of probably hundreds. | 12:22:56 |
| 9 | Q.   Can you name another? | 12:23:02 |
| 10 | A.   Yeah.  So, I mean, a big part of what | 12:23:09 |
| 11 | provides value to the system is that it's able to | 12:23:16 |
| 12 | withstand the harsh environments of a trash | 12:23:21 |
| 13 | container and live out in the field for multiple | 12:23:24 |
| 14 | years.  So much of the work that we do is aimed at | 12:23:29 |
| 15 | making sure that the devices are rugged and that | 12:23:38 |
| 16 | they can withstand this environment, and we've spent | 12:23:43 |
| 17 | thousands of hours performing highly-accelerated | 12:23:48 |
| 18 | life cycle testing to ensure that our cameras can | 12:23:54 |
| 19 | withstand this harsh environment. | 12:23:59 |
| 20 | Q.   Okay.  So are you saying that the trade | 12:24:01 |
| 21 | secret is the cameras can withstand harsh | 12:24:05 |
| 22 | environments or the design choices that you made | 12:24:09 |
| 23 | that allows them to withstand harsh environments? | 12:24:14 |
| 24 | A.   It's the design choices are the -- the | 12:24:18 |
| 25 | trade secret. | 12:24:21 |

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                      103

| | | |
|---|---|---|
| 1 | "trade secret" is in the singular form there? | 12:37:49 |
| 2 | A.   Yes.  But we also talk about the optical | 12:37:52 |
| 3 | assembly and design as a separate trade secret, but | 12:37:55 |
| 4 | that is part of the smart camera apparatus.  That's | 12:37:59 |
| 5 | why I was saying there may be, basically, like, sub | 12:38:03 |
| 6 | trade secrets included within that overarching trade | 12:38:06 |
| 7 | secret. | 12:38:09 |
| 8 | Q.   Well, just focusing on line 6 through 14 on | 12:38:09 |
| 9 | page 7, you would agree that that -- what's | 12:38:14 |
| 10 | described there is intended to be a single trade | 12:38:18 |
| 11 | secret; correct? | 12:38:20 |
| 12 | A.   Yeah.  By the use of singular versus | 12:38:25 |
| 13 | plural, that's what I'm lead to believe. | 12:38:29 |
| 14 | Q.   Okay.  And that trade secret includes | 12:38:32 |
| 15 | everything that's listed in lines 6 through 14; | 12:38:34 |
| 16 | correct? | 12:38:39 |
| 17 | A.   Correct. | 12:38:40 |
| 18 | Q.   What's the difference between the optical | 12:38:59 |
| 19 | assembly and the smart camera? | 12:39:02 |
| 20 | A.   So as we've defined it, the optical | 12:39:17 |
| 21 | assembly includes ███████████████████████ | 12:39:22 |
| 22 | ████████████████████ | 12:39:34 |
| 23 | Q.   I'm sorry.  What was the last -- | 12:39:38 |
| 24 | A.   And a -- and a -- ██████████████ | 12:39:40 |
| 25 | █████████████ | 12:39:46 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    108

| | | |
|---|---|---|
| 1 | apparatus that we designed and built, any aspect of | 12:46:59 |
| 2 | that that's not public knowledge, that is the trade | 12:47:03 |
| 3 | secret. | 12:47:05 |
| 4 | Q.   Is the battery pack public knowledge? | 12:47:06 |
| 5 | A.   No. | 12:47:10 |
| 6 | Q.   So you've never disclosed to the public | 12:47:10 |
| 7 | what type of batteries you use? | 12:47:12 |
| 8 | A.   That's not what I said. | 12:47:14 |
| 9 | Q.   Have you disclosed to the public what type | 12:47:15 |
| 10 | of batteries you used? | 12:47:17 |
| 11 | A.   I believe marketing has, yes. | 12:47:19 |
| 12 | Q.   Okay.  So that's not a trade secret, then. | 12:47:20 |
| 13 | A.   The battery chemistry isn't, but the | 12:47:24 |
| 14 | battery pack is. | 12:47:27 |
| 15 | Q.   Okay.  And what is secret about the battery | 12:47:30 |
| 16 | pack? | 12:47:32 |
| 17 | A.   There's a number of elements that we've | 12:47:32 |
| 18 | included in that battery pack that make it into a | 12:47:34 |
| 19 | pack, as opposed to just a single battery. | 12:47:36 |
| 20 | Q.   And what are those elements that you've | 12:47:39 |
| 21 | included? | 12:47:41 |
| 22 | A.   We've included a ███████████ | 12:47:41 |
| 23 | ████████████████████████████████ | 12:47:46 |
| 24 | ███████████████████████ | 12:47:53 |
| 25 | Q.   And you've never disclosed a picture of | 12:47:55 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually

Conducted on August 15, 2024                    109

| | | |
|---|---|---|
| 1 | your battery pack to the public? | 12:47:58 |
| 2 | A.   There is a picture, I believe, in the FCC | 12:48:00 |
| 3 | filing of the battery pack, but that does not | 12:48:03 |
| 4 | disclose all of the elements used in that battery | 12:48:06 |
| 5 | pack. | 12:48:07 |
| 6 | Q.   So what are the elements that are not | 12:48:08 |
| 7 | disclosed in that picture? | 12:48:10 |
| 8 | A.   All of the ones that I just listed, █████ | 12:48:12 |
| 9 | ███████████████████. | 12:48:14 |
| 10 | Q.   So it doesn't disclose ███████████? | 12:48:19 |
| 11 | A.   No. | 12:48:30 |
| 12 | Q.   And what's valuable about ██████ | 12:48:31 |
| 13 | ███████████? | 12:48:33 |
| 14 | A.   ████████████████████████ | 12:48:36 |
| 15 | ███████████████████████████ | 12:48:39 |
| 16 | ████████████████████████████ | 12:48:45 |
| 17 | ██████████████████████ | 12:48:49 |
| 18 | ███████████████████████████ | 12:48:53 |
| 19 | ████████████████. | 12:48:59 |
| 20 | Q.   ██████████████████████████ | 12:49:11 |
| 21 | ███████? | 12:49:14 |
| 22 | A.   Correct. | 12:49:15 |
| 23 | Q.   Can you define the scope of the trade | 12:49:21 |
| 24 | secret identified in line 6 through 14 any more | 12:49:23 |
| 25 | beyond what you've testified to today? | 12:49:31 |

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                114

| | | |
|---|---|---|
| 1 | lines 6 through 14 on page 7, that's your trade | 12:55:39 |
| 2 | secret? | 12:55:42 |
| 3 | A.   It's our -- | 12:55:44 |
| 4 | MR. MELLEMA:  Objection.  Hold on. | 12:55:45 |
| 5 | Objection.  Form. | 12:55:46 |
| 6 | THE WITNESS:  It's our design that is the | 12:55:48 |
| 7 | trade secret. | 12:55:50 |
| 8 | By MR. GALICA: | 12:55:52 |
| 9 | Q.   And that's the specific components and how | 12:55:52 |
| 10 | they are connected; correct? | 12:55:55 |
| 11 | A.   That's a portion of it, yes. | 12:55:58 |
| 12 | Q.   What's another portion of it? | 12:56:00 |
| 13 | A.   The specific design of the plastic parts, | 12:56:06 |
| 14 | for example. | 12:56:14 |
| 15 | Q.   Well, but -- so line 7 and 8, we're talking | 12:56:16 |
| 16 | about that; correct?  Are you talking about | 12:56:19 |
| 17 | something different? | 12:56:21 |
| 18 | A.   I thought you were talking about specific | 12:56:25 |
| 19 | components as in the microcontroller. | 12:56:28 |
| 20 | Q.   I've been talking about the trade secret | 12:56:32 |
| 21 | that you say you've defined in lines 6 through 14, | 12:56:34 |
| 22 | and I'm just trying to understand what that is. | 12:56:40 |
| 23 | MR. MELLEMA:  Objection.  Form. | 12:56:47 |
| 24 | Is there a question pending? | 12:56:53 |
| 25 | By MR. GALICA: | 12:56:56 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024

115

| | | |
|---|---|---|
| 1 | Q.   Can you describe what that is? | 12:56:56 |
| 2 | A.   The smart camera apparatus. | 12:57:01 |
| 3 | Q.   Is it the specific components identified in | 12:57:04 |
| 4 | lines 6 through 14, the specific way that they are | 12:57:08 |
| 5 | connected, and the specific model number of each | 12:57:13 |
| 6 | component? | 12:57:22 |
| 7 | A.   I think it's the overall design that | 12:58:28 |
| 8 | includes those components and the configuration of | 12:58:30 |
| 9 | the components. | 12:58:33 |
| 10 | Q.   And what do you mean by "overall design"? | 12:58:48 |
| 11 | A.   I'm not sure how to describe that further. | 12:58:59 |
| 12 | Q.   And what do you mean by "the | 12:59:03 |
| 13 | configuration"? | 12:59:05 |
| 14 | A.   So, configuration in my mind in this | 12:59:13 |
| 15 | context refers to the placement of parts, how | 12:59:17 |
| 16 | they're interconnected, what firmware is running on | 12:59:23 |
| 17 | there to control them, how the various materials | 12:59:27 |
| 18 | interact, including what -- what ███████████ | 12:59:35 |
| 19 | ██████████   and what optics you use. | 12:59:41 |
| 20 | Q.   And all of those constitute the trade | 12:59:48 |
| 21 | secret? | 12:59:51 |
| 22 | A.   As I said before, I think there is this | 12:59:53 |
| 23 | overarching trade secret and then there's these, | 12:59:56 |
| 24 | like, you can consider them sub trade secrets within | 13:00:00 |
| 25 | there. | 13:00:02 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                232

```
 1              CERTIFICATE OF STENOGRAPHIC REPORTER

 2

 3

 4        I, BURGUNDY B. RYAN, a Certified Shorthand

 5   Reporter, hereby certify that the witness in the

 6   foregoing deposition,

 7                 TIMOTHY JAY LONGSON,

 8   was by me duly sworn to tell the truth, the whole

 9   truth, and nothing but the truth, in the

10   within-entitled cause; that said deposition was

11   taken at the time and place therein named; that the

12   testimony of said witness was stenographically

13   reported by me, a disinterested person, and was

14   thereafter transcribed into typewriting.

15        I further certify that I am not of counsel

16   or attorney for either or any of the parties to said

17   deposition, nor in any way interested in the outcome

18   of the cause named in said caption.

19

20        DATED:  Wednesday, August 21, 2024.

21

22

23        Burgundy B. Ryan, CSR No. 11373, RPR

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM