# EXHIBIT 32

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - -x
 4    ROADRUNNER RECYCLING, INC.,      :
 5            Plaintiff,               :
 6       v.                            :  Civil Action No.
 7    RECYCLE TRACK SYSTEMS, INC.,     :  3:23-cv-04804-WHA
 8    AND RECYCLESMART SOLUTIONS,      :
 9    INC.,
10            Defendants.
11    - - - - - - - - - - - - - -x
12
13        HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
14
15       Videotaped deposition of William Leo Hoarty
16                    Conducted Remotely
17                   September 12, 2024
18               12:09 p.m., Eastern Time
19
20
21
22    Job No.: 552618
23    Pages: 1 - 241
24    Reported By: Alan H. Brock, RDR, CRR
25
```

| | | |
|---|---|---|
| 1 | team began building the Pello device, or engineering | 13:44:08 |
| 2 | the Pello device.  I'm sure it wasn't on the market | 13:44:12 |
| 3 | yet. | 13:44:16 |
| 4 |     Q.   Do you see in Paragraph 18, towards the | 13:44:18 |
| 5 | bottom half, you state that you conclude "Compology's | 13:44:25 |
| 6 | training data was used to train Pello's dirt lens ML | 13:44:30 |
| 7 | model; two, Compology's training data was used to | 13:44:34 |
| 8 | train Pello's contamination ML models; and three, | 13:44:39 |
| 9 | Compology's training data was used to train Pello's | 13:44:43 |
| 10 | fill level determination ML models"?  Do you see that? | 13:44:46 |
| 11 |     A.   I do. | 13:44:50 |
| 12 |     Q.   Are you offering the opinion that that is | 13:44:51 |
| 13 | trade secret misappropriation? | 13:45:02 |
| 14 |         MR. MELLEMA:  Objection to form. | 13:45:06 |
| 15 |     A.   Yes, I am. | 13:45:14 |
| 16 |     Q.   So the act of training is trade secret | 13:45:16 |
| 17 | misappropriation? | 13:45:20 |
| 18 |         MR. MELLEMA:  Objection to form. | 13:45:25 |
| 19 |     A.   The training data is misappropriation. | 13:45:25 |
| 20 |     Q.   But not the act of training itself? | 13:45:28 |
| 21 |     A.   That I think speaks for itself. | 13:45:32 |
| 22 |     Q.   I don't think it does.  Is that a yes or a | 13:45:35 |
| 23 | no? | 13:45:38 |
| 24 |     A.   Sorry, counselor.  I apologize.  The "act of | 13:45:38 |
| 25 | training" is a general term, as you pose it, is well | 13:45:45 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                    54

| | | |
|---|---|---|
| 1 | known to the industry.  It's a standard -- it's a | 13:45:49 |
| 2 | standard practice, training a model. | 13:45:51 |
| 3 |     Q.   Turning to Paragraph 19. | 13:45:55 |
| 4 |     A.   Okay.  I'm there. | 13:46:04 |
| 5 |     Q.   You state that the Compology camera system | 13:46:10 |
| 6 | "has economic value by virtue of the trade secrets | 13:46:15 |
| 7 | embodied therein remaining secret.  As but one | 13:46:17 |
| 8 | example, it took Compology 10 years and tens of | 13:46:23 |
| 9 | thousands of person-hours to develop the Compology | 13:46:26 |
| 10 | camera system and software, as well as expenditures of | 13:46:27 |
| 11 | $40 million in investment capital to develop and | 13:46:30 |
| 12 | refine."  Do you see that? | 13:46:33 |
| 13 |     A.   I do. | 13:46:35 |
| 14 |     Q.   What's the basis for that opinion? | 13:46:38 |
| 15 |     A.   The basis of -- I would just read it back. | 13:46:47 |
| 16 | But ten years to develop the product.  Part of the | 13:46:52 |
| 17 | reason it took so many years is it requires a | 13:46:56 |
| 18 | tremendous amount of images and data to train a model, | 13:47:00 |
| 19 | which they laboriously spent.  Training, the process | 13:47:04 |
| 20 | of training, is one thing, but the most time-consuming | 13:47:11 |
| 21 | element of the entire system was acquiring the images | 13:47:16 |
| 22 | and then labeling them accurately.  Without that data, | 13:47:20 |
| 23 | the system will not operate very well or at all. | 13:47:24 |
| 24 |     Q.   And how long did it take to develop the R11? | 13:47:35 |
| 25 |         MR. MELLEMA:  Objection to form. | 13:47:40 |

| | | |
|---|---|---|
| 1 | context of the image, and then the -- it could be, for | 18:40:58 |
| 2 | instance, the quality of the -- of the tag.  If it's | 18:41:02 |
| 3 | coming from -- | 18:41:10 |
| 4 |     Let me step back one second so I don't mix | 18:41:12 |
| 5 | this human and machine tagging, but they're different. | 18:41:16 |
| 6 | Pardon me; I'm going to step back one second. | 18:41:19 |
| 7 |     I believe that labeling and tagging are | 18:41:47 |
| 8 | just basically ████████████████████████████ | 18:41:49 |
| 9 | ████████████████████████████████████████ | 18:41:54 |
| 10 | ████████████████████████████████████████ | 18:41:58 |
| 11 | ████████████████████████████████████████ | 18:42:01 |
| 12 | ██████████████████████████████████ | 18:42:05 |
| 13 |     Q.   Have you encountered the terms "labeling" and | 18:42:22 |
| 14 | "tagging" before? | 18:42:26 |
| 15 |     A.   I have not in my own context, but I believe | 18:42:29 |
| 16 | it was -- there's a scheme that the developers do help | 18:42:32 |
| 17 | with categorizing the millions of images they were | 18:42:41 |
| 18 | collecting. | 18:42:46 |
| 19 |     Q.   So you're not aware of what "labeling" means | 18:42:46 |
| 20 | in the context of machine learning? | 18:42:50 |
| 21 |     A.   No. | 18:42:53 |
| 22 |     MR. MELLEMA:  Objection to form. | 18:42:53 |
| 23 |     A.   No, I didn't say that.  That's not correct. | 18:42:54 |
| 24 |     Q.   What does "labeling" mean in the context of | 18:42:57 |
| 25 | machine learning? | 18:42:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024

167

| | | |
|---|---|---|
| 1 | A.    It is the -- machine learning is identifying | 18:43:05 |
| 2 | the image, which is what the machine is being trained | 18:43:07 |
| 3 | on -- you know, yellow cat, white dog, banana, | 18:43:11 |
| 4 | pineapple, monkey.  Those are the labels that a | 18:43:20 |
| 5 | machine learning system uses for what's called the | 18:43:25 |
| 6 | classification, the ultimate output of the system. | 18:43:27 |
| 7 | Q.    What's the difference between labeling and | 18:43:32 |
| 8 | classifications? | 18:43:34 |
| 9 | A.    Classification's output.  That means the | 18:43:36 |
| 10 | decision that the machine learning system makes -- | 18:43:39 |
| 11 | like is it a yellow cat, is it a dog, is it a fire | 18:43:41 |
| 12 | hydrant.  And then labeling is what it was trained | 18:43:45 |
| 13 | where, so it can learn what a fire hydrant looks like | 18:43:48 |
| 14 | and what a yellow cat looks like. | 18:43:52 |
| 15 | Q.    What does "tagging" mean in the context of | 18:43:54 |
| 16 | machine learning? | 18:43:57 |
| 17 | A.    I think in this context the tagging is | 18:43:58 |
| 18 | additional information -- I paused for a second, | 18:44:04 |
| 19 | because it's right here underneath, in Paragraph 81. | 18:44:13 |
| 20 | ██████████████████████████████████████ | 18:44:17 |
| 21 | ██████████████████████████████ | 18:44:21 |
| 22 | ████████████████████████████████████████ | 18:44:35 |
| 23 | ██████████████████████████████████ | 18:44:40 |
| 24 | ████████████  So I believe in that context they're | 18:44:44 |
| 25 | talking about ████████████████████████████████ | 18:44:47 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                                168

| | | |
|---|---|---|
| 1 | ██████████████████████████████████ | 18:44:51 |
| 2 | ██████████████████████████████ | 18:44:58 |
| 3 | ███████████ | 18:45:00 |
| 4 | Q.   Sorry, I didn't mean to cut you off. | 18:45:00 |
| 5 | A.   Go ahead.  That's fine. | 18:45:02 |
| 6 | Q.   So then what's the difference between | 18:45:03 |
| 7 | labeling and tagging? | 18:45:05 |
| 8 | A.   They're the same.  It's just one's a subset | 18:45:07 |
| 9 | of the other. | 18:45:09 |
| 10 | Q.   What do you mean by they're the same but | 18:45:12 |
| 11 | one's a subset of the other? | 18:45:14 |
| 12 | A.   They're labels, and the tag is just a further | 18:45:17 |
| 13 | identification of the label -- what it's used for or | 18:45:21 |
| 14 | what -- is the example I gave.  It could have other | 18:45:28 |
| 15 | uses.  But in general it is the labeling system. | 18:45:31 |
| 16 | Q.   Going to Paragraph 90. | 18:45:38 |
| 17 |        MR. MELLEMA:  What number did you say? | 18:45:48 |
| 18 |        MR. GALICA:  Nine zero. | 18:45:50 |
| 19 | Q.   The first two sentences read, "I understand | 18:45:57 |
| 20 | that Compology's training data comprises many millions | 18:45:59 |
| 21 | of labeled and tagged images of the interior of waste | 18:46:02 |
| 22 | containers.  This is itself a trade secret."  Do you | 18:46:05 |
| 23 | see that? | 18:46:10 |
| 24 | A.   Yes. | 18:46:12 |
| 25 | Q.   So does it need to be millions of labels | 18:46:15 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024

185

| | | |
|---|---|---|
| 1 | ████████████████████████████████████ | 19:18:22 |
| 2 | ████████████████████████████ | 19:18:25 |
| 3 | ████████████████████████████████ | 19:18:30 |
| 4 | So that is a trade secret -- the entire | 19:18:35 |
| 5 | process as I described in my independent analysis | 19:18:39 |
| 6 | starting on Paragraph 105 through, I guess, 107, 108, | 19:18:42 |
| 7 | through 109. | 19:18:52 |
| 8 | Q.   So if somebody doesn't use that process, | 19:18:55 |
| 9 | that's not your trade secret; right? | 19:18:57 |
| 10 | MR. MELLEMA:  Objection, form. | 19:18:59 |
| 11 | A.   I think any user of artificial intelligence | 19:19:13 |
| 12 | is free to train in any manner they wish, and if it | 19:19:16 |
| 13 | works for them, then good luck to them.  This was a | 19:19:19 |
| 14 | very effective way to create an accurate, versatile | 19:19:24 |
| 15 | container fullness analysis that could function across | 19:19:29 |
| 16 | a wide variety of containers, including the -- | 19:19:34 |
| 17 | anyway.... | 19:19:43 |
| 18 | For the purposes or the use of their | 19:19:43 |
| 19 | system, it's proved to be an accurate and very | 19:19:45 |
| 20 | reliable system. | 19:19:50 |
| 21 | Q.   If somebody used a different machine learning | 19:20:09 |
| 22 | model framework and performed different steps than | 19:20:13 |
| 23 | what's described in Paragraphs 107 and 108 and applied | 19:20:18 |
| 24 | different classifications, that wouldn't be your trade | 19:20:28 |
| 25 | secret; correct? | 19:20:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024

186

| | | |
|---|---|---|
| 1 | MR. MELLEMA: Objection, form. | 19:20:32 |
| 2 | A. If using their own images and training their | 19:20:36 |
| 3 | own model, it would not be -- they would not be | 19:20:41 |
| 4 | utilizing the trade secret. | 19:20:47 |
| 5 | Q. Paragraph 112 -- | 19:20:50 |
| 6 | MR. MELLEMA: Counsel, we've been going | 19:21:02 |
| 7 | maybe another hour again. Do you want to take another | 19:21:03 |
| 8 | break? | 19:21:06 |
| 9 | MR. GALICA: Sure. | 19:21:07 |
| 10 | THE VIDEOGRAPHER: We're off the record at | 19:21:11 |
| 11 | 7:21 p.m. | 19:21:12 |
| 12 | (Recess taken.) | 19:21:15 |
| 13 | THE VIDEOGRAPHER: 7:33 p.m. Back on the | 19:33:07 |
| 14 | record. | 19:33:14 |
| 15 | Q. I'm going to turn to Paragraph 112. Do you | 19:33:17 |
| 16 | see that? | 19:33:31 |
| 17 | A. I'm there. | 19:33:31 |
| 18 | Q. You see there's a section RoadRunner's Trade | 19:33:33 |
| 19 | Secrets Have Independent Economic Value? | 19:33:38 |
| 20 | A. I do. | 19:33:43 |
| 21 | Q. What is the independent economic value of the | 19:33:44 |
| 22 | overall waste metering trade secret? | 19:33:46 |
| 23 | A. The overall system, I assume you mean, of | 19:33:55 |
| 24 | waste metering? | 19:33:59 |
| 25 | Q. Yeah, the first trade secret in your report. | 19:33:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                    227

| | | |
|---|---|---|
| 1 | A. I have -- I haven't done so, but I could. It | 21:07:10 |
| 2 | would not take too long. | 21:07:13 |
| 3 | Q. Okay. Is that something that you've written | 21:07:16 |
| 4 | into your report? | 21:07:19 |
| 5 | A. The -- I'm sorry, when you say "something," | 21:07:25 |
| 6 | do you mean information about that sensor? | 21:07:28 |
| 7 | Q. Correct. | 21:07:30 |
| 8 | A. I mentioned -- I have to check. ▮▮▮▮▮▮ | 21:07:33 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I don't think | 21:07:42 |
| 10 | there's much more detail. I can look a little harder, | 21:07:49 |
| 11 | but I don't think there is much more detail, other | 21:07:56 |
| 12 | than that the.... | 21:07:59 |
| 13 | I'm sorry for taking time here. Let me | 21:08:08 |
| 14 | get to the page. | 21:08:15 |
| 15 | Sorry, you caught me at the end of a long | 21:08:48 |
| 16 | day. | 21:08:50 |
| 17 | Q. Understood. | 21:08:51 |
| 18 | A. I'm sorry, if you could ask me that once | 21:08:53 |
| 19 | again. I think I understand. | 21:09:15 |
| 20 | Q. Sure. Did you write into your report | 21:09:18 |
| 21 | anywhere where you found the ▮▮▮▮▮▮▮▮▮▮ | 21:09:23 |
| 22 | MR. GALICA: Objection. | 21:09:31 |
| 23 | A. Oh, boy. | 21:09:35 |
| 24 | I know I saw it on one of the -- one of | 21:10:30 |
| 25 | the documents that -- from VVDN, which gave us what's | 21:10:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                     228

| | | |
|---|---|---|
| 1 | called an assembly drawing of the camera submodule, is | 21:10:43 |
| 2 | where I recall seeing it for the first time, and I | 21:10:48 |
| 3 | don't find it in my disclosure here without further -- | 21:10:52 |
| 4 | without further -- | 21:10:57 |
| 5 |    Q.   That's fine.  It's been a long day. | 21:11:01 |
| 6 |    A.   I do know it's in one of the exhibits which | 21:11:05 |
| 7 | came from -- which was an RTS document showing the | 21:11:10 |
| 8 | VVDN, the assembly drawing -- that means the circuit | 21:11:14 |
| 9 | board with the parts on it that are labeled, and it | 21:11:20 |
| 10 | showed the camera module. | 21:11:23 |
| 11 |    Q.   Okay.  Moving away from that for a second: | 21:11:27 |
| 12 | Did you form an opinion about RoadRunner's trade | 21:11:31 |
| 13 | secrets having independent economic value? | 21:11:37 |
| 14 |        MR. GALICA:  Objection. | 21:11:38 |
| 15 |    A.   Yes, I did. | 21:11:41 |
| 16 |    Q.   And what was your conclusion? | 21:11:43 |
| 17 |        MR. GALICA:  Objection. | 21:11:44 |
| 18 |    A.   That due to the complexity of the technical | 21:11:48 |
| 19 | accomplishments -- the complexity of the various | 21:11:53 |
| 20 | components, such as the camera system, and due to the | 21:11:55 |
| 21 | extreme -- that that had a high value, as it was able | 21:11:59 |
| 22 | to service in extreme environments for a period of | 21:12:05 |
| 23 | time.  I concluded that the images that are collected | 21:12:10 |
| 24 | were probably the most valuable of all of the assets | 21:12:12 |
| 25 | because it takes so long to -- there's no shortcut. | 21:12:16 |

```
1    You have to manually tag images as they are generated,      21:12:19
2    and it is a very time-consuming and hence valuable          21:12:25
3    asset for the purpose of training models to perform         21:12:28
4    the function of the overall system.  And those are the     21:12:32
5    two high points.                                            21:12:38
6         Q.   Does the camera system itself have an             21:12:39
7    economic value?                                             21:12:44
8              MR. GALICA:  Objection.                           21:12:46
9         A.   In my opinion it does, because the choice of     21:12:47
10   sensor that can withstand the environment, the choice       21:12:53
11   of ███████████████████████████████████████                  21:12:56
12   ████████████████████████████████████████████████            21:13:02
13   ████████████████████████████████████████████████            21:13:07
14   ████████████████████████████████████████████████            21:13:12
15   ███████████████████████████████████████████████             21:13:15
16   █████████████████████████████████████████                   21:13:20
17   ████ -- all of those combine to a fairly -- by itself       21:13:25
18   a fairly valuable asset.                                    21:13:29
19        Q.   Did the optical assembly and design have          21:13:32
20   independent economic value, in your opinion?                21:13:35
21             MR. GALICA:  Objection.                           21:13:39
22        A.   Yes.                                              21:13:39
23        Q.   And what is the independent economic value of     21:13:40
24   the optical assembly and design?                            21:13:43
25             MR. GALICA:  Objection.                           21:13:45
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024

230

| | | |
|---|---|---|
| 1 | A. If the optical assembly means just the lenses | 21:13:46 |
| 2 | or the lenses and the sensor -- if it's lenses and the | 21:13:49 |
| 3 | sensor, it was, I think I was trying to state, that | 21:13:53 |
| 4 | the lens with sensor has to be carefully matched for a | 21:13:58 |
| 5 | variety of different optical requirements. The lens | 21:14:02 |
| 6 | ███████████████████████████████████████████ | 21:14:07 |
| 7 | ███████████████████████████████████████████ | 21:14:13 |
| 8 | ███████████████████████████████████████████ | 21:14:18 |
| 9 | ███████████████████████████████████████████ | 21:14:24 |
| 10 | ████████████████████ | 21:14:27 |
| 11 | It certainly requires a knowledge of the | 21:14:34 |
| 12 | overall requirements of machine learning to be able to | 21:14:39 |
| 13 | utilize the images for purposes of training, meaning | 21:14:42 |
| 14 | machine learning training. And then following that | 21:14:53 |
| 15 | would be the need for humans to be able to look at the | 21:14:59 |
| 16 | image and see what the image is about in order to be | 21:15:07 |
| 17 | able to label and tag it. | 21:15:10 |
| 18 | Q. Does Compology or Recycle -- or RoadRunner's | 21:15:14 |
| 19 | contamination detection machine learning model have | 21:15:19 |
| 20 | independent economic value? | 21:15:25 |
| 21 | MR. GALICA: Objection. | 21:15:25 |
| 22 | A. Yes. | 21:15:26 |
| 23 | Q. And what is that independent economic value | 21:15:26 |
| 24 | of Compology's contamination detection machine | 21:15:30 |
| 25 | learning model? | 21:15:34 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                           231

| | | |
|---|---|---|
| 1 | MR. GALICA: Objection. | 21:15:34 |
| 2 | A.   That is probably one of the most important | 21:15:38 |
| 3 | services to a customer, to be able to detect and | 21:15:40 |
| 4 | correct contamination.  Several bad things happen when | 21:15:45 |
| 5 | bins are picked up that are contaminated.  It can be | 21:15:51 |
| 6 | very costly for the company utilizing the container. | 21:15:53 |
| 7 | And it is also very useful for helping the users of | 21:16:05 |
| 8 | the container track down what is going wrong or what's | 21:16:09 |
| 9 | causing the contamination -- uncollapsed cardboard | 21:16:12 |
| 10 | boxes or contaminants in an organic recycle bin, for | 21:16:18 |
| 11 | instance.  If you have an oily pizza box or a black | 21:16:24 |
| 12 | plastic bag that's not organic, it helps the users of | 21:16:29 |
| 13 | a system find and correct these errors. | 21:16:34 |
| 14 | Q.   And does the SPID ███████████████ have | 21:16:39 |
| 15 | independent economic value? | 21:16:44 |
| 16 | MR. GALICA: Objection. | 21:16:45 |
| 17 | A.   I would say it has -- it forms an extremely | 21:16:46 |
| 18 | valuable ████████████████████████████████████ | 21:16:52 |
| 19 | ████████████████████████████████████████████ | 21:17:00 |
| 20 | ████████████████████████████████████████████ | 21:17:05 |
| 21 | ███████████████████████████████████████ | 21:17:10 |
| 22 | ████████████████████████████████████████████ | 21:17:15 |
| 23 | ████████████████████████████████████████████ | 21:17:19 |
| 24 | ████████████████████████████████████████████ | 21:17:24 |
| 25 | ████████████████████████████████████████ | 21:17:28 |

```
 1                CERTIFICATE OF COURT REPORTER
 2
 3            I, Alan H. Brock, Registered Diplomate
 4   Reporter and Notary Public, the officer before whom
 5   the foregoing deposition was taken, do hereby certify
 6   that the foregoing transcript is a true and correct
 7   record of the testimony given; that said testimony was
 8   taken by me stenographically and thereafter reduced to
 9   typewriting under my supervision; that reading and
10   signing was not requested; and that I am neither
11   counsel for nor related to nor employed by any of the
12   parties to this case and have no interest, financial
13   or otherwise, in its outcome.
14            IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 16th day of
16   September, 2024.
17            My commission expires March 25, 2027.
18
19
20
21   _____
22   Alan H. Brock, RDR, CRR
23
24
25
```