# EXHIBIT 34

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3     - - - - - - - - - - - - x
 4         ROADRUNNER RECYCLING,    :
 5         INC.,                    :
 6                    Plaintiff,    :  Civil Action No.
 7             v.                   :  Case No.
 8         RECYCLE TRACK SYSTEMS,   :  3:23-cv-04804-WHA
 9         INC., AND RECYCLESMART   :
10         SOLUTIONS INC.,          :
11                    Defendants.   :
12     - - - - - - - - - - - - x
13                HIGHLY CONFIDENTIAL
14                ATTORNEYS' EYES ONLY
15
16         Videotaped Deposition of JASON GATES
17                  CONDUCTED REMOTELY
18                Monday, August 26, 2024
19                   9:35 A.M. (EST)
20
21     Job No.: 549140
22     Pages: 1 - 212
23     Reported By: Anita M. Trombetta, RMR, CRR,
24     California CSR No. 14647
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Jason Gates
Conducted on August 26, 2024                               6

| | | |
|---|---|---|
| 1 |       J A S O N  G A T E S, | |
| 2 | called as a witness, having been duly sworn by a | |
| 3 | Notary Public, was examined and testified as | |
| 4 | follows: | |
| 5 |       ATTORNEY LoBUE:  Thank you. | |
| 6 | EXAMINATION BY | |
| 7 | ATTORNEY LoBUE: | 09:36:47 |
| 8 |   Q.  Hello, Mr. Gates. | 09:36:47 |
| 9 |       Could you please state your full name for | 09:36:51 |
| 10 | the record. | 09:36:53 |
| 11 |   A.  Jason Skylar Gates. | 09:36:53 |
| 12 |   Q.  Could you spell that as well. | 09:36:56 |
| 13 |   A.  J-A-S-O-N, S-K-Y-L-A-R, G-A-T-E-S. | 09:36:57 |
| 14 |   Q.  Have you been disposed -- deposed before? | 09:37:03 |
| 15 |   A.  No. | 09:37:07 |
| 16 |   Q.  So I'm sure your counsel has instructed | 09:37:08 |
| 17 | you or given a little bit of background on how this | 09:37:10 |
| 18 | is going to work today.  But just as a general rule | 09:37:13 |
| 19 | of thumb, this is going to be a question-and-answer | 09:37:16 |
| 20 | format. | 09:37:19 |
| 21 |       Does that sound okay? | 09:37:20 |
| 22 |   A.  Understood. | 09:37:21 |
| 23 |   Q.  Do you understand that you're under oath | 09:37:22 |
| 24 | today as if you were in front of a judge or a jury? | 09:37:25 |
| 25 |   A.  I do. | 09:37:29 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Jason Gates
Conducted on August 26, 2024                                86

| | | |
|---|---|---|
| 1 | A. Could you ask that question again?  I just | 12:39:22 |
| 2 | want to make sure I understand what you're asking. | 12:39:30 |
| 3 | Q. When did Compology develop a product that | 12:39:36 |
| 4 | had advantage over other sensors in the marketplace? | 12:39:39 |
| 5 | A. That would be in alignment with our | 12:39:47 |
| 6 | development of the camera solution.  So about 2014 | 12:39:50 |
| 7 | or early 2015. | 12:39:56 |
| 8 | Q. So the work prior to 2014/2015 was not an | 12:40:00 |
| 9 | advantage over others in the marketplace? | 12:40:13 |
| 10 | A. The work that we did prior to developing | 12:40:22 |
| 11 | the camera system gave us a unique perspective on | 12:40:25 |
| 12 | the market, and combined with our unique technical | 12:40:33 |
| 13 | expertise, we made the decision to use cameras, | 12:40:38 |
| 14 | which we believe is an advantage over the market. | 12:40:43 |
| 15 | Q. Before lawyers got involved, did you, as | 12:40:48 |
| 16 | the CEO, ever discuss a value, dollar amount, for | 12:40:54 |
| 17 | Compology's intellectual property? | 12:41:03 |
| 18 | ATTORNEY GIBSON:  Object to form. | 12:41:07 |
| 19 | A. I think all of those conversations are | 12:41:15 |
| 20 | privileged. | 12:41:24 |
| 21 | Q. Before lawyers got involved, you don't | 12:41:25 |
| 22 | have a dollar amount for a -- for the IP of | 12:41:33 |
| 23 | Compology? | 12:41:37 |
| 24 | A. You'll have to be more specific with your | 12:41:41 |
| 25 | question. | 12:41:43 |

| | | |
|---|---|---|
| 1 | by Waste Harmonics that I can't remember the -- the | 05:49:57 |
| 2 | name of anymore. | 05:50:03 |
| 3 | There were a number of European companies, | 05:50:16 |
| 4 | and I -- like -- like Senseo [sic], I want to say. | 05:50:19 |
| 5 | I don't know.  There is probably a half | 05:50:28 |
| 6 | dozen or eight companies that we would -- we would | 05:50:30 |
| 7 | see in the market. | 05:50:36 |
| 8 | Q.   Did any of those competitors in the market | 05:50:39 |
| 9 | use a camera sensor? | 05:50:43 |
| 10 | A.   To our knowledge, only Pello. | 05:50:45 |
| 11 | Q.   Did you consider Pello a competitor as | 05:50:50 |
| 12 | soon as you found out about Pello? | 05:50:53 |
| 13 | A.   Yes. | 05:50:55 |
| 14 | Q.   Why?  Actually -- scratch that. | 05:50:56 |
| 15 | We went over that earlier in the | 05:51:03 |
| 16 | testimony. | 05:51:05 |
| 17 | When did you find out about Pello? | 05:51:05 |
| 18 | A.   I don't remember specifically. | 05:51:12 |
| 19 | Q.   Was that before 2022? | 05:51:25 |
| 20 | A.   Yes. | 05:51:29 |
| 21 | Q.   Was that before 2021? | 05:51:30 |
| 22 | ATTORNEY GIBSON:  Object to the form. | 05:51:32 |
| 23 | A.   I'm not -- I -- I can't remember | 05:51:33 |
| 24 | specifically when we first learned about Pello. | 05:51:42 |
| 25 | ATTORNEY GIBSON:  The videographer has | 05:51:49 |

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2    I, ANITA M. TROMBETTA, RMR, CRR, and Certified
3    California Shorthand Reporter, the officer before
4    whom the foregoing deposition was taken, do hereby
5    certify that the foregoing transcript is a true
6    and correct record of the testimony given; that said
7    testimony was taken by me stenographically and
8    thereafter reduced to typewriting under my
9    direction; that reading and signing was not requested;
10   and that I am neither counsel for, related to,
11   nor employed by any of the parties to this case
12   and have no interest, financial or otherwise,
13   in its outcome.
14          IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 3rd day of
16   September, 2024.
17   My commission expires: 10.07.2025
18
19
20   _____
21       ANITA M. TROMBETTA
22
23
24
25
```