# EXHIBIT 35

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - -x
 4    ROADRUNNER RECYCLING, INC.,    :
 5                   Plaintiff,      :  No 3:23-cv-04804-WHA
 6    vs.                            :
 7                                   :
 8    RECYCLE TRACK SYSTEMS, INC.,   :
 9    AND RECYCLESMART SOLUTIONS,
10    INC.,
11                   Defendants.
12   - - - - - - - - - - - - - -x
13
14                  ATTORNEYS' EYES ONLY
15
     VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
16      By and through its Designated Representative,
                         JUSTIN ARMSTRONG,
17             and in his Individual Capacity
                         Pittsburgh, PA
18               Thursday, August 22, 2024
                           9:34 a.m.
19
20
21   Job No.: 548736
22   Pages: 1 - 214
23  Reported By: Brooklyn E. Schweitzer
24              RPR, CRR, CA CSR
25
```

| | | |
|---|---|---|
| 1 | ██████████████████████████████████████ | 09:46:37 |
| 2 | ██████████████████████████████████████. | 09:46:44 |
| 3 | And it's not as straightforward as it | 09:46:48 |
| 4 | sounds.  And so they had, for example, ███████ | 09:46:52 |
| 5 | ████████████████████████████ | 09:46:57 |
| 6 | ██████████████████████████████████████ | 09:47:02 |
| 7 | ████████████. | 09:47:05 |
| 8 | So that's what I mean when I say ██████ | 09:47:07 |
| 9 | ██████████████████████████████████████ | 09:47:12 |
| 10 | ████████. | 09:47:17 |
| 11 | MR. MELLEMA:  I'm going to use this | 09:47:19 |
| 12 | opportunity to designate the entirety of the | 09:47:21 |
| 13 | transcript as attorneys' eyes only. | 09:47:23 |
| 14 | Q.   And when you say ████████████████ | 09:47:41 |
| 15 | ████, in what form does that data exist? | 09:47:46 |
| 16 | A.   It exists in a digital form, I guess, is | 09:47:57 |
| 17 | the best way I can answer that. | 09:48:06 |
| 18 | Q.   Does it reside in a database? | 09:48:09 |
| 19 | A.   It does.  When it's within the Compology | 09:48:11 |
| 20 | system, it resides in a database. | 09:48:15 |
| 21 | Q.   Okay.  And is there metadata associated | 09:48:17 |
| 22 | with it? | 09:48:20 |
| 23 | A.   Yeah.  I mean, you can call it metadata. | 09:48:20 |
| 24 | Q.   Would you call it metadata? | 09:48:23 |
| 25 | A.   I wouldn't really.  I would call it | 09:48:25 |

| | | |
|---|---|---|
| 1 | relational data, but... | 09:48:27 |
| 2 | Q.   And is that because it resides in a | 09:48:29 |
| 3 | relational database? | 09:48:31 |
| 4 | A.   It is. | 09:48:33 |
| 5 | Q.   Okay.  And what is the database in which | 09:48:33 |
| 6 | Compology raw data resides? | 09:48:39 |
| 7 | A.   For the most part, it's in ▮▮▮▮▮ | 09:48:41 |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 09:48:47 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 09:48:53 |
| 10 | Q.   Okay.  And the ▮▮▮ database, is that | 09:48:58 |
| 11 | one maintained internally by Compology? | 09:49:02 |
| 12 | A.   Yeah.  It's a product called ▮▮▮▮ | 09:49:05 |
| 13 | So you pay for a hosted database.  So some of the | 09:49:11 |
| 14 | maintenance is taken care of by ▮▮▮  They | 09:49:19 |
| 15 | certainly take care of the physical server parts of | 09:49:24 |
| 16 | it. | 09:49:29 |
| 17 | Q.   Okay.  But they don't design the | 09:49:29 |
| 18 | underlying scheme, though, do they? | 09:49:30 |
| 19 | A.   They do. | 09:49:33 |
| 20 | Q.   Compology does, correct? | 09:49:34 |
| 21 | A.   Yes. | 09:49:35 |
| 22 | Q.   Okay.  And more specifically, you, | 09:49:35 |
| 23 | correct? | 09:49:38 |
| 24 | A.   There were many engineers, software | 09:49:38 |
| 25 | engineers that worked at Compology over the years. | 09:49:44 |

| | | |
|---|---|---|
| 1 | So I was one of the people, but one of many. | 09:49:49 |
| 2 | Q. Okay. And then you mentioned an ▓▓▓ | 09:49:52 |
| 3 | database. What is stored on that? | 09:50:00 |
| 4 | A. The images that come from the cameras. | 09:50:02 |
| 5 | Q. And do they have any information | 09:50:06 |
| 6 | associated with them as they're stored in the ▓ | 09:50:08 |
| 7 | database? | 09:50:11 |
| 8 | A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 09:50:12 |
| 9 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 09:50:18 |
| 10 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 09:50:23 |
| 11 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 09:50:30 |
| 12 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 09:50:32 |
| 13 | ▓▓▓▓▓▓▓▓▓ | 09:50:35 |
| 14 | Q. And in the example of the University of | 09:50:36 |
| 15 | Maryland video we were discussing before, sounds | 09:50:41 |
| 16 | like they were provided with images and associated | 09:50:44 |
| 17 | fill level data; is that correct? | 09:50:48 |
| 18 | A. I don't know if they were provided with | 09:50:51 |
| 19 | images, actually. I don't really know anything | 09:50:53 |
| 20 | about their project or where they got the data from | 09:50:56 |
| 21 | or how it was delivered to them. | 09:51:00 |
| 22 | Q. Who would know? | 09:51:02 |
| 23 | A. I don't know. | 09:51:03 |
| 24 | Q. You're not aware of anybody having given a | 09:51:08 |
| 25 | presentation to University of Maryland? | 09:51:13 |

| | | |
|---|---|---|
| 1 | A. They're open source, public. Anyone can | 09:59:40 |
| 2 | use them. | 09:59:43 |
| 3 | Q. Okay. So if somebody has a UUID, they can | 09:59:43 |
| 4 | just go download an image from the S3 database? | 09:59:48 |
| 5 | A. No. You have to -- | 09:59:52 |
| 6 | MR. MELLEMA: Objection; form. | 09:59:53 |
| 7 | A. You have to have the UUID of the image. | 09:59:54 |
| 8 | So if you asked one of those software packages so | 09:59:58 |
| 9 | generate a UUID for you, you would not get a UUID | 10:00:03 |
| 10 | that corresponded to an image. | 10:00:07 |
| 11 | The whole point of a UUID is that they | 10:00:09 |
| 12 | never collide with each other. They never -- if you | 10:00:12 |
| 13 | have a million computer systems all generating | 10:00:15 |
| 14 | UUIDs, they should never generate the same one | 10:00:20 |
| 15 | because there are more UUIDs than there are atoms in | 10:00:22 |
| 16 | the universe, or more possible UUIDs than there are | 10:00:28 |
| 17 | atoms in the universe. | 10:00:33 |
| 18 | So the likelihood of guessing one is | 10:00:35 |
| 19 | vanishingly small. | 10:00:38 |
| 20 | Q. Okay. So then how does anybody get a | 10:00:40 |
| 21 | UUID? | 10:00:43 |
| 22 | A. They have to be given the UUID of the | 10:00:45 |
| 23 | image that they want to see. | 10:00:47 |
| 24 | Q. And how do you get that? | 10:00:49 |
| 25 | A. You can get it either from using the | 10:00:51 |

| | | |
|---|---|---|
| 1 | application UI, the Compology application; you can | 10:00:54 |
| 2 | download it in a CSV through the Compology | 10:00:59 |
| 3 | application; or there are APIs that we provide to | 10:01:03 |
| 4 | our customers where they can consume their camera | 10:01:09 |
| 5 | data, and that will also have the UUIDs of the | 10:01:15 |
| 6 | images that are from their cameras. | 10:01:19 |
| 7 | Q. So it's fair to say there are a number of | 10:01:21 |
| 8 | ways that the customer can get the UUID? | 10:01:35 |
| 9 | A. Mm-hmm. | 10:01:39 |
| 10 | Q. Okay. And when you said consume their | 10:01:39 |
| 11 | camera data, what do you mean by that? | 10:01:41 |
| 12 | A. So Compology was in the business of -- and | 10:01:43 |
| 13 | still is, some extent -- providing entities, | 10:01:53 |
| 14 | companies with information about their trash and | 10:01:59 |
| 15 | recycling containers, and they want to use that data | 10:02:03 |
| 16 | in a variety of ways. I think a lot of times to | 10:02:08 |
| 17 | improve the efficiency of their waste operations or | 10:02:12 |
| 18 | to make operational decisions like dealing with a | 10:02:16 |
| 19 | contaminated container, if that happens, or possibly | 10:02:24 |
| 20 | deciding when it's time to pick up a container. | 10:02:33 |
| 21 | And so depending on what kind of company, | 10:02:36 |
| 22 | what size, they would receive the data either | 10:02:40 |
| 23 | through an automated system like an API or just by | 10:02:46 |
| 24 | clicking around in the web app. | 10:02:51 |
| 25 | Q. And just circling back to the UUID, once a | 10:02:53 |

| | | |
|---|---|---|
| 1 | customer obtains their UUID, they can just download | 10:03:02 |
| 2 | the images from the S3 database, correct? | 10:03:06 |
| 3 | A.   Mm-hmm.  Only the images that they have | 10:03:09 |
| 4 | the corresponding IDs to. | 10:03:12 |
| 5 | Q.   Right. | 10:03:13 |
| 6 | A.   So if I give you five IDs of five images, | 10:03:14 |
| 7 | you can get those five images. | 10:03:19 |
| 8 | Q.   Right.  And when you download the image, | 10:03:21 |
| 9 | is there any metadata associated with it? | 10:03:25 |
| 10 | A.   No.  It's just the image. | 10:03:28 |
| 11 | Q.   Okay.  Is there a way for somebody to | 10:03:29 |
| 12 | download metadata associated with an image? | 10:03:35 |
| 13 | MR. MELLEMA:  Objection to form. | 10:03:38 |
| 14 | A.   So there's the ways I described before, | 10:03:40 |
| 15 | which are the UI, the API, and the CSV download. | 10:03:49 |
| 16 | Those are all ways that you can get the UUID along | 10:03:56 |
| 17 | with some of the metadata about the image. | 10:04:01 |
| 18 | Q.   What metadata can you get? | 10:04:04 |
| 19 | A.   You can get the fullness of the Dumpster. | 10:04:06 |
| 20 | You can get -- depending on whether you're a | 10:04:11 |
| 21 | customer that pays for contamination, you can get | 10:04:15 |
| 22 | the contaminants visible in the image, the | 10:04:18 |
| 23 | contaminants visible in the fill cycle. | 10:04:22 |
| 24 | I think you can get the -- well, certainly | 10:04:29 |
| 25 | the ID of the camera and the Dumpster, the timestamp | 10:04:31 |

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | the method described in 21 -- Lines 21 through 28 on         | 12:38:05 |
| 2  | Page 15?                                                     | 12:38:11 |
| 3  |     A.    Yes.                                               | 12:38:11 |
| 4  |     Q.    Okay.  If you had a source code computer,          | 12:38:12 |
| 5  | you could do that?                                           | 12:38:15 |
| 6  |     A.    Mm-hmm.                                            | 12:38:15 |
| 7  |           MR. MELLEMA:  Objection to form.                   | 12:38:16 |
| 8  |     Q.    Okay.  How long would it take you to do            | 12:38:17 |
| 9  | that?                                                        | 12:38:19 |
| 10 |     A.    So the question is how long would it take         | 12:38:19 |
| 11 | me to point out which files are involved?                    | 12:38:22 |
| 12 |     Q.    Yeah.                                              | 12:38:25 |
| 13 |     A.    A couple of minutes, probably.                    | 12:38:26 |
| 14 |     Q.    Okay.  Can you describe the development           | 12:38:28 |
| 15 | process you went through to create the subpar image         | 12:38:42 |
| 16 | detection model?                                             | 12:38:46 |
| 17 |     A.    Okay.  So it started off with having a            | 12:38:48 |
| 18 | ███████████████████████████████████████████████              | 12:38:57 |
| 19 | ███████████████████████████████████████████████              | 12:39:04 |
| 20 | ███████████████████████████████████████████████              | 12:39:07 |
| 21 | ███████████████████████████████████                          | 12:39:16 |
| 22 |       █████████████████████████████████████                 | 12:39:23 |
| 23 | ██████████████████████████████████████                       | 12:39:29 |
| 24 | ███████████████████████████████████████████████              | 12:39:32 |
| 25 | ███████████████████████████████████████████                  | 12:39:38 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024

107

| | | |
|---|---|---|
| 1 | ███████████████ | 12:39:44 |
| 2 | And then we a█████████████████ | 12:39:47 |
| 3 | ████████████████████████████ | 12:39:55 |
| 4 | ██████████████████████ | 12:40:03 |
| 5 | ████████████████████████████ | 12:40:09 |
| 6 | ███████████████████ | 12:40:14 |
| 7 | We created that change, ██████████ | 12:40:16 |
| 8 | ████████████████████████ | 12:40:26 |
| 9 | ████████████████████████ | 12:40:31 |
| 10 | ████████████████████████ | 12:40:34 |
| 11 | ████ | 12:40:37 |
| 12 | And after, I think it would have been | 12:40:39 |
| 13 | ██████████████████████ | 12:40:43 |
| 14 | ████████████████ | 12:40:48 |
| 15 | ████████████████████████████ | 12:40:52 |
| 16 | ██████████████████████ | 12:41:01 |
| 17 | Then I took the model that I selected and | 12:41:07 |
| 18 | ██████████████████████ | 12:41:10 |
| 19 | ██████████████████████ | 12:41:13 |
| 20 | ████████████████████ | 12:41:17 |
| 21 | ██████████████████████ | 12:41:23 |
| 22 | ████████████████████ | 12:41:28 |
| 23 | ████████████████████████████ | 12:41:33 |
| 24 | ████████████ | 12:41:37 |
| 25 | Q.   What model did you choose? | 12:41:37 |

| | | |
|---|---|---|
| 1 | A. The names of the models are -- we named | 12:41:39 |
| 2 | them after movies that are really bad because, you | 12:41:48 |
| 3 | know, they're subpar pictures. So I think one of | 12:41:51 |
| 4 | the -- one of them was called Breaking Dawn, one of | 12:42:00 |
| 5 | them was called Superman 4. I can't remember what | 12:42:04 |
| 6 | we're on now. | 12:42:09 |
| 7 | Q. Let me ask it a little differently. | 12:42:10 |
| 8 | Is the model based on the open source | 12:42:12 |
| 9 | library? | 12:42:17 |
| 10 | A. The model is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:42:18 |
| 11 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:42:21 |
| 12 | Q. Okay. And when did you create the | 12:42:23 |
| 13 | original model? | 12:42:28 |
| 14 | A. I don't recall. Probably 2018. | 12:42:29 |
| 15 | Q. And how long did it take to develop the | 12:42:36 |
| 16 | original model? | 12:42:39 |
| 17 | A. I don't remember at all. | 12:42:40 |
| 18 | Q. Do you have an estimate? | 12:42:41 |
| 19 | A. Well, are you asking how much time it took | 12:42:47 |
| 20 | from conception to it being done, which includes | 12:42:54 |
| 21 | while we were collecting data through the system -- | 12:43:01 |
| 22 | and I didn't have any active role in that -- or are | 12:43:05 |
| 23 | you asking how much of my, like, attention, time, my | 12:43:12 |
| 24 | working hours? | 12:43:16 |
| 25 | Q. Yeah, I'm asking how much attention/time, | 12:43:17 |

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | 14:08:06 |
| 2 | ███████████████████████████████████████ | 14:08:11 |
| 3 | ██████, as far as I know, is confidential. | 14:08:17 |
| 4 | The fact that -- yeah. I guess I would | 14:08:23 |
| 5 | say that that's confidential, yeah. | 14:08:30 |
| 6 | Q. Okay. So turning to Subheading 3 on Page | 14:08:32 |
| 7 | 17 titled "contamination detection/content | 14:08:46 |
| 8 | identification core classifier." | 14:08:53 |
| 9 | Do you see that? | 14:08:56 |
| 10 | A. Mm-hmm. | 14:08:57 |
| 11 | Q. Okay. And this is describing the | 14:08:57 |
| 12 | contamination machine learning model? | 14:09:00 |
| 13 | A. Mm-hmm. | 14:09:03 |
| 14 | Q. Is that fair to say? Okay. | 14:09:04 |
| 15 | And it says that -- well, strike that. | 14:09:06 |
| 16 | Did a model for contamination detection | 14:09:16 |
| 17 | exist prior to you being employed by Compology? | 14:09:21 |
| 18 | MR. MELLEMA: Objection; form. | 14:09:26 |
| 19 | A. No. | 14:09:28 |
| 20 | Q. When did you develop the model to perform | 14:09:28 |
| 21 | contamination detection? | 14:09:34 |
| 22 | A. I believe it was in 2020. | 14:09:36 |
| 23 | MR. GALICA: Gets me every time. | 14:09:43 |
| 24 | MR. MELLEMA: I know, I keep looking back | 14:09:44 |
| 25 | at it. | 14:09:46 |

| | | |
|---|---|---|
| 1 | MR. GALICA:  It jiggles. | 14:09:47 |
| 2 | MR. MELLEMA:  It's like who's coming in | 14:09:48 |
| 3 | the door?  That's what I keep thinking. | 14:09:49 |
| 4 | BY MR. GALICA: | 14:09:52 |
| 5 | Q.   Sorry.  How long did it take to develop | 14:09:52 |
| 6 | that? | 14:09:55 |
| 7 | A.   The model or the process of collecting the | 14:09:57 |
| 8 | data and deploying the model and everything? | 14:10:08 |
| 9 | Q.   Let's start with the model. | 14:10:10 |
| 10 | A.   The actual training of the model I think | 14:10:15 |
| 11 | probably took me about a month once I had the data. | 14:10:20 |
| 12 | Q.   Okay.  And what did you use as a model? | 14:10:24 |
| 13 | TensorFlow? | 14:10:31 |
| 14 | A.   Mm-hmm. | 14:10:32 |
| 15 | MR. MELLEMA:  Objection; form. | 14:10:33 |
| 16 | Q.   How many images did you use to first train | 14:10:33 |
| 17 | it? | 14:10:36 |
| 18 | A.   I -- I don't remember at all. | 14:10:37 |
| 19 | Q.   Do you have an approximation? | 14:10:40 |
| 20 | A.   You know, I -- I think it -- I think it | 14:10:43 |
| 21 | was probably ███████████████ . | 14:10:49 |
| 22 | Actually, I should -- I should revise what | 14:10:59 |
| 23 | I said.  I'm thinking -- when I say 2020, I'm | 14:11:01 |
| 24 | thinking of ████████████████████████████████ | 14:11:06 |
| 25 | ████ , but there was actually a model before that | 14:11:13 |

| | | |
|---|---|---|
| 1 | ████████████████████████████████████████ | 14:11:17 |
| 2 | ████████████████████████████████████████ | 14:11:21 |
| 3 | ██████████████████████████. | 14:11:29 |
| 4 | And that one, I -- I can't even -- I think | 14:11:32 |
| 5 | that was probably 2017 or 2018.  That was older. | 14:11:36 |
| 6 | Q.   Did you design that model, though? | 14:11:43 |
| 7 | A.   Yeah.  I created that model. | 14:11:46 |
| 8 | Q.   And there was no model like that that | 14:11:48 |
| 9 | existed prior to you being employed by Compology? | 14:11:50 |
| 10 | A.   That's correct. | 14:11:52 |
| 11 | Q.   Okay.  How many images did it take you to | 14:11:52 |
| 12 | train that model? | 14:11:55 |
| 13 | A.   I think we ████████████████████████████ | 14:11:57 |
| 14 | ████ on that one. | 14:12:05 |
| 15 | Q.   Okay.  And is there a current model for | 14:12:07 |
| 16 | contamination detection? | 14:12:13 |
| 17 | A.   Yes. | 14:12:16 |
| 18 | Q.   And is it based off the one that we were | 14:12:16 |
| 19 | just discussing? | 14:12:21 |
| 20 | MR. MELLEMA:  Objection; form. | 14:12:22 |
| 21 | A.   It's based off of the same training data, | 14:12:23 |
| 22 | and it has some of the same architectural elements. | 14:12:29 |
| 23 | Q.   How long did it take you to develop that | 14:12:38 |
| 24 | original model ██████████████████████? | 14:12:45 |
| 25 | A.   So probably a couple of months' worth of | 14:12:48 |

| | | |
|---|---|---|
| 1 | MR. MELLEMA: Objection; form. | 15:48:10 |
| 2 | A. I saw the logs and the charts that showed | 15:48:12 |
| 3 | that the downloading was taking place and how much | 15:48:15 |
| 4 | data was being downloaded, and the information that | 15:48:19 |
| 5 | I have is that they -- I know that they were a | 15:48:24 |
| 6 | customer directly. And then I understand that they | 15:48:29 |
| 7 | have launched a competing product that's | 15:48:36 |
| 8 | image-based. | 15:48:40 |
| 9 | Q. Okay. So I'm going to strike at | 15:48:40 |
| 10 | nonresponsive. | 15:48:43 |
| 11 | MR. MELLEMA: Objection. | 15:48:43 |
| 12 | Q. Do you have any information to support the | 15:48:43 |
| 13 | allegation that they used downloaded data to train | 15:48:45 |
| 14 | their models? | 15:48:48 |
| 15 | MR. MELLEMA: Objection; form. | 15:48:49 |
| 16 | A. I think I answered that. | 15:48:50 |
| 17 | Q. Beyond the speculation in your previous | 15:48:55 |
| 18 | answer, do you have any information to support that | 15:48:57 |
| 19 | allegation? | 15:49:00 |
| 20 | MR. MELLEMA: Objection; form. | 15:49:01 |
| 21 | A. I would say that I know a lot about how | 15:49:01 |
| 22 | much data it takes to train these types of models, | 15:49:07 |
| 23 | and I know that -- I know how long it takes to | 15:49:11 |
| 24 | develop the hardware as well. | 15:49:17 |
| 25 | And so I can rule out things that couldn't | 15:49:20 |

| | | |
|---|---|---|
| 1 | possibly have happened.  So, yeah.  I would consider | 15:49:25 |
| 2 | that information that I have that supports the | 15:49:29 |
| 3 | conclusion that they must have used our images to | 15:49:33 |
| 4 | train their models. | 15:49:38 |
| 5 |     Q.   How much -- how many images do they need? | 15:49:40 |
| 6 |          MR. MELLEMA:  Objection; form. | 15:49:44 |
| 7 |     A.   It could vary depending on how accurate of | 15:49:45 |
| 8 | a model their customers might be willing to accept. | 15:49:51 |
| 9 |     Q.   Well, you -- | 15:50:01 |
| 10 |     A.   But they had more than one. | 15:50:02 |
| 11 |     Q.   You said you knew how many images they | 15:50:03 |
| 12 | would need to train their models.  How many images? | 15:50:06 |
| 13 |          MR. MELLEMA:  Objection; form. | 15:50:09 |
| 14 |     A.   Well, they had several million.  That | 15:50:10 |
| 15 | would be enough. | 15:50:12 |
| 16 |     Q.   How many did they download? | 15:50:13 |
| 17 |     A.   I don't remember the number off the top of | 15:50:23 |
| 18 | my head, but it was a lot.  It was probably two | 15:50:26 |
| 19 | million images. | 15:50:32 |
| 20 |     Q.   Okay.  And you think that's how many they | 15:50:33 |
| 21 | would need to train their models? | 15:50:37 |
| 22 |          MR. MELLEMA:  Objection; form. | 15:50:40 |
| 23 |     A.   I think that it would be more than enough. | 15:50:41 |
| 24 |     Q.   Okay.  How many would they need to train | 15:50:44 |
| 25 | their models? | 15:50:47 |

| | | |
|---|---|---|
| 1 | plus whenever a bin was activated by the | 15:59:26 |
| 2 | accelerometer. Of course, that wasn't part of post | 15:59:29 |
| 3 | auto balancing. That was not part of the schedule. | 15:59:32 |
| 4 | But the three images a day being the | 15:59:35 |
| 5 | baseline for how quickly we collect information, | 15:59:40 |
| 6 | things like that. | 15:59:45 |
| 7 | Q.  And that will be -- you would collect | 15:59:46 |
| 8 | information three times a day, correct? | 15:59:56 |
| 9 | MR. MELLEMA:  Objection; form. | 15:59:59 |
| 10 | A.  The cameras by default would take three | 16:00:01 |
| 11 | images a day, plus an additional image when | 16:00:04 |
| 12 | activated by the accelerometer. | 16:00:09 |
| 13 | Q.  And you never -- strike that. | 16:00:11 |
| 14 | What other examples of information did you | 16:00:20 |
| 15 | provide to customer service representatives? | 16:00:29 |
| 16 | A.  Sometimes they would ask about images | 16:00:33 |
| 17 | getting marked as obstructed or blocked, and so that | 16:00:41 |
| 18 | would lead me to explain how the SPID works. | 16:00:48 |
| 19 | Sometimes if there was a picture, for | 16:00:51 |
| 20 | example, of the inside of somebody's trunk of their | 16:01:00 |
| 21 | car, it still comes up in the system with a label | 16:01:04 |
| 22 | that says obstructed. So we might explain -- I | 16:01:10 |
| 23 | think I remember explaining once, well, we have | 16:01:15 |
| 24 | different kinds of obstructed, and one of them is | 16:01:18 |
| 25 | not in a Dumpster. In other words, not installed or | 16:01:21 |

| | | |
|---|---|---|
| 1 | Q.  Sorry.  Paragraph 60 on the bottom of Page | 16:06:19 |
| 2 | 15. | 16:06:22 |
| 3 | A.  15. | 16:06:24 |
| 4 | Okay. | 16:06:41 |
| 5 | Q.  You see Lines 27 to 28 on the bottom of | 16:07:08 |
| 6 | Page 15? | 16:07:17 |
| 7 | A.  Yes. | 16:07:18 |
| 8 | Q.  What do you mean by RecycleSmart could | 16:07:27 |
| 9 | recreate Compology's training data? | 16:07:33 |
| 10 | A.  So with the images and the metadata | 16:07:35 |
| 11 | associated with the images as it comes through | 16:07:47 |
| 12 | either the API or the UI or the data download | 16:07:50 |
| 13 | feature, you could construct the inputs and outputs | 16:07:53 |
| 14 | that would be necessary to train your machine | 16:07:59 |
| 15 | learning model to do fullness, for example. | 16:08:02 |
| 16 | Q.  What do you mean by you could construct | 16:08:21 |
| 17 | the inputs and outputs? | 16:08:23 |
| 18 | A.  So when you train machine learning, you | 16:08:25 |
| 19 | have inputs and outputs.  It's sort of like a black | 16:08:31 |
| 20 | box where you put in one pattern and you get out | 16:08:38 |
| 21 | another.  So the thing you put in, in the case of | 16:08:41 |
| 22 | fullness, is a pair of images, and what you get out | 16:08:44 |
| 23 | is a probability distribution of different | 16:08:47 |
| 24 | fullnesses.  So those are the inputs and outputs. | 16:08:52 |
| 25 | Q.  Another document your way, 362. | 16:08:55 |

```
 1                REPORTER'S CERTIFICATE
 2
 3           I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,
 4   RPR, CRR, in and for the State of California, do
 5   hereby certify:
 6           That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly
 8   sworn to testify the truth, the whole truth and
 9   nothing but the truth and that the witness reserved
10   the right of signature;
11           That said deposition was taken down by me
12   in shorthand at the time and place therein named,
13   and thereafter reduced to typewriting under my
14   direction, and the same is a true, correct and
15   complete transcript of said proceedings.
16           I further certify that I am not interested
17   in the event of the action.
18           Witness my hand this 29th day of August,
19   2024.
20
21
22   _____
23   Certified Shorthand
24   Reporter for the
25   State of California
```