# EXHIBIT 36

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - -x
 4     ROADRUNNER RECYCLING, INC.,    :
 5                    Plaintiff,      :   No 3:23-cv-04804-WHA
 6     vs.                            :
 7                                    :
 8     RECYCLE TRACK SYSTEMS, INC.,   :
 9     AND RECYCLESMART SOLUTIONS,
10     INC.,
11                    Defendants.
12    - - - - - - - - - - - - - -x
13
14                   ATTORNEYS' EYES ONLY
15
      VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
16        By and through its Designated Representative,
                          STEVEN KREBS,
17              and in his Individual Capacity
                         Pittsburgh, PA
18                  Friday, August 23, 2024
                            9:34 a.m.
19
20
21
22     Job No.: 548737
23     Pages: 1 - 330
24    Reported By: Brooklyn E. Schweitzer
25                RPR, CRR, CA CSR
```

ATTORNEYS' EYES ONLY
Transcript of Steven Krebs, Corporate Designee & Individually
Conducted on August 23, 2024                               8

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | VIDEOGRAPHER:  Here begins Media No. 1 in | 09:34:20 |
| 3 | the videotaped deposition of Steven Krebs in the | 09:34:23 |
| 4 | matter of RoadRunner Recycling, Inc., V. Recycle | 09:34:26 |
| 5 | Track Systems, et al., in the United District Court, | 09:34:33 |
| 6 | Northern District of California, Case | 09:34:37 |
| 7 | No. 3:23-CV-04804-WHA. | 09:34:44 |
| 8 | Today's date is August 23rd, and the time | 09:34:44 |
| 9 | on the video monitor is 9:34 a.m. Eastern Standard | 09:34:51 |
| 10 | Time.  The videographer today is Dylan Keisler | 09:34:55 |
| 11 | representing Planet Depos, and this videotaped | 09:34:58 |
| 12 | deposition is taking place at 3454 Forbes Avenue, | 09:35:02 |
| 13 | Pittsburgh, PA 15213. | 09:35:05 |
| 14 | Would counsel please voice identify | 09:35:09 |
| 15 | themselves and state whom they represent. | 09:35:10 |
| 16 | MR. MELLEMA:  Joseph Mellema of Jeffer | 09:35:14 |
| 17 | Mangels Butler and Mitchell on behalf of Plaintiff. | 09:35:17 |
| 18 | MR. THOMSON:  James Thomson of Mintz Levin | 09:35:19 |
| 19 | representing the Defendants, Recycle Track, Inc., | 09:35:22 |
| 20 | and RecycleSmart Solutions, Inc., and with me also | 09:35:26 |
| 21 | is Amy LoBue of Mintz Levin. | 09:35:30 |
| 22 | VIDEOGRAPHER:  The court reporter today is | 09:35:32 |
| 23 | Brooklyn Schweitzer representing Planet Depos, and | 09:35:33 |
| 24 | the witness will now be sworn. | 09:35:41 |
| 25 | STEVEN KREBS, | 09:35:41 |

ATTORNEYS' EYES ONLY
Transcript of Steven Krebs, Corporate Designee & Individually
Conducted on August 23, 2024                                9

| | | |
|---|---|---|
| 1 | was called, and having been duly sworn, | 09:35:41 |
| 2 | testified as follows: | 09:35:41 |
| 3 | EXAMINATION | 09:35:42 |
| 4 | BY MR. THOMSON: | 09:35:42 |
| 5 | Q.  Good morning, Mr. Krebs. | 09:35:43 |
| 6 | A.  Good morning. | 09:35:44 |
| 7 | Q.  Could you please state and spell your name | 09:35:45 |
| 8 | for the record? | 09:35:47 |
| 9 | A.  Sure.  Steven, S-T-E-V-E-N; middle name | 09:35:47 |
| 10 | Edwin, E-D-W-I-N; last name Krebs, K-R-E-B-S. | 09:35:52 |
| 11 | Q.  Mr. Krebs, what is your current address? | 09:35:55 |
| 12 | A.  My personal address? | 09:35:57 |
| 13 | Q.  Business is fine. | 09:36:00 |
| 14 | A.  Okay.  It's 105 40th Street, Suite 100, | 09:36:01 |
| 15 | Pittsburgh, PA 15201. | 09:36:05 |
| 16 | Q.  Okay.  Mr. Krebs, do you have an | 09:36:07 |
| 17 | understanding of why you're here today? | 09:36:11 |
| 18 | A.  I do. | 09:36:12 |
| 19 | Q.  And what is your understanding? | 09:36:13 |
| 20 | A.  To assist in a -- in a pending, obviously, | 09:36:14 |
| 21 | procedures related to the lawsuit between RoadRunner | 09:36:18 |
| 22 | and RTS, RecycleSmart. | 09:36:22 |
| 23 | Q.  Okay.  And what is your understanding of | 09:36:26 |
| 24 | the lawsuit between RTS and RecycleSmart, | 09:36:27 |
| 25 | RoadRunner? | 09:36:32 |

| | | |
|---|---|---|
| 1 | in, inclusive of our sales, is obviously a way that | 10:23:41 |
| 2 | we can strategically save money and recycle more. | 10:23:44 |
| 3 | One way. | 10:23:48 |
| 4 | The second optimization -- this industry, | 10:23:49 |
| 5 | just like in law, just like in accounting, whatever, | 10:23:52 |
| 6 | there's best practices.  The kinds of container you | 10:23:54 |
| 7 | have, the frequency that those are serviced, the way | 10:23:59 |
| 8 | you do your entire operation, essentially, could be | 10:24:01 |
| 9 | optimized to be best-practice oriented, again, save | 10:24:06 |
| 10 | money, recycle more. | 10:24:11 |
| 11 | The last concept is diversion.  Diversion | 10:24:12 |
| 12 | is a concept which literally means get it out of | 10:24:14 |
| 13 | landfill streams.  So that which you can take and | 10:24:17 |
| 14 | divert out of going to landfill; i.e., recycle, is a | 10:24:21 |
| 15 | key concept. | 10:24:25 |
| 16 | RoadRunner uses people that are already on | 10:24:26 |
| 17 | the road with a clean motor vehicle record, a | 10:24:28 |
| 18 | certificate of insurance, and a willingness to work, | 10:24:32 |
| 19 | to run our routes for us. | 10:24:36 |
| 20 | Those routes are dynamically routed just | 10:24:39 |
| 21 | like -- I'm sure you learned in school or heard of | 10:24:42 |
| 22 | the traveling salesman problem.  Have you heard of | 10:24:45 |
| 23 | that? | 10:24:47 |
| 24 | Q.   No. | 10:24:47 |
| 25 | A.   The traveling salesman problem means James | 10:24:49 |

| | | |
|---|---|---|
| 1 | the initial offer? | 11:33:32 |
| 2 |     A.   I don't know, and I'm sure they did. | 11:33:33 |
| 3 |     Q.   Okay.  Do you have any idea what Compology | 11:33:35 |
| 4 | was seeking initially? | 11:33:38 |
| 5 |     A.   I don't recall. | 11:33:39 |
| 6 |     Q.   Okay. | 11:33:41 |
| 7 |     A.   But you'd imagine they'd try to get as | 11:33:44 |
| 8 | much as they could get for sure. | 11:33:49 |
| 9 |     Q.   Mm-hmm. | 11:33:53 |
| 10 |     A.   But they -- in my conversations, they knew | 11:33:53 |
| 11 | they were in a -- you know, again, nobody was going | 11:33:55 |
| 12 | to be where they necessarily needed to be, | 11:33:57 |
| 13 | especially for the capital that they had raised. | 11:34:01 |
| 14 | Right?  So... | 11:34:04 |
| 15 |     Q.   And when you say that, do you know the | 11:34:05 |
| 16 | number of capital that Compology had raised? | 11:34:06 |
| 17 |     A.   I believe it was roughly around $40 | 11:34:09 |
| 18 | million. | 11:34:12 |
| 19 |     Q.   And do you know the sources of that | 11:34:12 |
| 20 | funding? | 11:34:18 |
| 21 |     A.   A multitude of -- their cap table, if I | 11:34:18 |
| 22 | recall, had a bunch of different people involved in | 11:34:21 |
| 23 | different capacities. | 11:34:23 |
| 24 |     Q.   Okay.  How did you become aware that they | 11:34:24 |
| 25 | had raised $40 million in funding? | 11:34:26 |

| | | |
|---|---|---|
| 1 | Graham saw things I saw.  Yeah.  Just generally, it | 13:24:46 |
| 2 | was just P&Ls that you guys have seen.  It wasn't | 13:24:50 |
| 3 | like there was any big documents, or if there was | 13:24:53 |
| 4 | any really meaningful conversation on the financial | 13:25:02 |
| 5 | end, I would have been asked about my concerns, and | 13:25:06 |
| 6 | I was to the extent I've already testified, but | 13:25:07 |
| 7 | directionally I was okay. | 13:25:10 |
| 8 |      Q.   Okay.  And what gave you that level of | 13:25:11 |
| 9 | comfort that directionally you were okay with the | 13:25:14 |
| 10 | acquisition? | 13:25:17 |
| 11 |      A.   Leaning on my experience, obviously. | 13:25:18 |
| 12 | Probably similar to ways you get comfortable with a | 13:25:24 |
| 13 | lot of things you've done for so long now.  You | 13:25:27 |
| 14 | know, it's -- also, if the business -- if the | 13:25:31 |
| 15 | business plan was to bring on their business, build | 13:25:34 |
| 16 | off their business, converge into their side of the | 13:25:37 |
| 17 | field, you know, et cetera, et cetera, then it | 13:25:40 |
| 18 | probably would have been a little bit of a different | 13:25:42 |
| 19 | response. | 13:25:44 |
| 20 |          But, again, really, it's been project | 13:25:45 |
| 21 | sunset for the most part.  So I knew that my ERP was | 13:25:48 |
| 22 | going to prevail.  I knew my customer base was going | 13:25:50 |
| 23 | to prevail, my systems were going to prevail, et | 13:25:53 |
| 24 | cetera, et cetera.  I'm just plugging in the | 13:25:56 |
| 25 | technology.  That's really why I'm sitting there, | 13:25:59 |

```
 1              REPORTER'S CERTIFICATE
 2
 3          I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,
 4   RPR, CRR, in and for the State of California, do
 5   hereby certify:
 6          That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly
 8   sworn to testify the truth, the whole truth and
 9   nothing but the truth and that the witness reserved
10   the right of signature;
11          That said deposition was taken down by me
12   in shorthand at the time and place therein named,
13   and thereafter reduced to typewriting under my
14   direction, and the same is a true, correct and
15   complete transcript of said proceedings.
16          I further certify that I am not interested
17   in the event of the action.
18          Witness my hand this 30th day of August,
19   2024.
20
21
22   _____
23   Certified Shorthand
24   Reporter for the
25   State of California
```