# EXHIBIT 38

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2

 3              Civil Action No. 3:23-CV-04804

 4

 5   ROADRUNNER RECYCLING, INC.,

 6        Plaintiff,

 7      -vs-

 8   RECYCLE TRACK SYSTEMS, INC., and
     RECYCLESMART SOLUTIONS INC.,
 9
           Defendants.
10   _____/

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13             VIDEOTAPED DEPOSITION OF
                      GRAHAM RIHN
14

15

16           Thursday, September 5, 2024
              10:06 a.m. - 12:20 p.m.
17

18               Remote Location
             Via Zoom Videoconference
19              All Parties Remote

20

21

22
                Stenographically reported by:
23    Erica Field, RDR, CRR, CA-CSR, TX-CSR, GA-CSR,
     WA-CSR, NM-CCR, IL-CSR, NJ-CCR, FL-FPR, OR-CSR, NY
24              Notary, FL Notary,
                   AK Notary
25              Job No. 551921
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Graham Rihn
Conducted on September 5, 2024                              5

| | | |
|---|---|---|
| 1  | Today's date is September 5, 2024, and the | 10:07:41 |
| 2  | time on the video monitor is 10:07 a.m.  The | 10:07:44 |
| 3  | remote videographer today is Diana Korneychuk | 10:07:48 |
| 4  | representing Planet Depos.  All parties of | 10:07:54 |
| 5  | this video deposition are attending remotely. | 10:07:59 |
| 6  | The court reporter is Erica Field. | 10:08:02 |
| 7  | Would counsel please voice identify | 10:08:03 |
| 8  | themselves and state whom they represent after | 10:08:05 |
| 9  | which the court reporter will swear in the | 10:08:07 |
| 10 | witness.  Thank you. | 10:08:09 |
| 11 | MR. WODARSKI:  On behalf of the defendant | 10:08:10 |
| 12 | entities, James Wodarski from the offices of | 10:08:12 |
| 13 | Mintz Levin, and with me is my colleague Amy | 10:08:16 |
| 14 | LoBue. | 10:08:19 |
| 15 | MR. MELLEMA:  Joe Mellema on behalf of | 10:08:20 |
| 16 | plaintiff. | 10:08:23 |
| 17 | Whereupon, | |
| 18 | GRAHAM RIHN, | |
| 19 | having been first duly sworn or affirmed, was | |
| 20 | examined and testified as follows: | |
| 21 | DIRECT EXAMINATION | 10:08:37 |
| 22 | BY MR. WODARSKI: | 10:08:37 |
| 23 | Q  Good morning, Mr. Rihn. | 10:08:40 |
| 24 | A  Good morning, Jim. | 10:08:42 |
| 25 | Q  We just met each other, but I thank you | 10:08:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Graham Rihn
Conducted on September 5, 2024

45

| | | |
|---|---|---|
| 1 | 11:13 a.m. | 11:13:56 |
| 2 | BY MR. WODARSKI: | 11:13:59 |
| 3 | Q   Hello again, Mr. Rihn. | 11:14:00 |
| 4 | A   Hey, Jim. | 11:14:03 |
| 5 | Q   So going back to the discussion we were | 11:14:05 |
| 6 | having before the break, at the time you heard of | 11:14:06 |
| 7 | an opportunity to potentially acquire Compology, | 11:14:09 |
| 8 | at any time prior to that date, had there been a | 11:14:15 |
| 9 | commercial or a contractual relationship between | 11:14:18 |
| 10 | RoadRunner and Compology? | 11:14:21 |
| 11 | A   Not that I'm aware of. | 11:14:23 |
| 12 | Q   So specifically -- specifically, you had | 11:14:27 |
| 13 | never contracted to gain access to their hardware | 11:14:31 |
| 14 | products for deployments in your bins? | 11:14:37 |
| 15 | A   It's not -- it's possible.  And I wasn't | 11:14:40 |
| 16 | aware.  There could have been a small pilot done. | 11:14:45 |
| 17 | I don't know in advance of acquisition | 11:14:48 |
| 18 | discussions, but not that I'm personally aware of. | 11:14:51 |
| 19 | Q   Okay.  And, obviously, you pursued the | 11:14:54 |
| 20 | Compology opportunity, correct? | 11:15:00 |
| 21 | A   We did. | 11:15:02 |
| 22 | Q   And what reasons justified or motivated | 11:15:03 |
| 23 | that continued interest in the opportunity to | 11:15:07 |
| 24 | acquire Compology? | 11:15:09 |
| 25 | A   I would say what brought -- what brought | 11:15:10 |

| | | |
|---|---|---|
| 1 | up our conviction a lot was we piloted the | 11:15:17 |
| 2 | technology after -- I believe after I had met with | 11:15:21 |
| 3 | Jason Gates at WasteExpo, we met -- you know, we | 11:15:26 |
| 4 | met up at WasteExpo, and the next step from that | 11:15:31 |
| 5 | conversation -- because the conversation | 11:15:40 |
| 6 | acquisition/merger was mentioned, and one of the | 11:15:42 |
| 7 | next steps was to be able to pilot. And I wanted | 11:15:46 |
| 8 | to -- we sorts of wanted to see what the | 11:15:49 |
| 9 | technology could do. | 11:15:52 |
| 10 | We had an idea of the impact it could make | 11:15:54 |
| 11 | to RoadRunner. But as a result of that pilot, | 11:15:56 |
| 12 | that made it very real for us. And if I look | 11:16:02 |
| 13 | back, like that's certainly actually becoming a | 11:16:06 |
| 14 | user of the technology and the insights it creates | 11:16:09 |
| 15 | is what built very high conviction internally at | 11:16:13 |
| 16 | RoadRunner. | 11:16:19 |
| 17 | Q  Were there other assets or things of value | 11:16:19 |
| 18 | that RoadRunner could acquire through a purchase | 11:16:26 |
| 19 | of Compology? | 11:16:29 |
| 20 | A  We were most focused on the technology and | 11:16:29 |
| 21 | what it could do for RoadRunner. | 11:16:34 |
| 22 | Q  Was there anything beyond the technology | 11:16:35 |
| 23 | that would also be of value or -- to RoadRunner? | 11:16:39 |
| 24 | A  No. I think, obviously, they had a legacy | 11:16:43 |
| 25 | business, but that legacy business -- we had our | 11:16:47 |

| | | |
|---|---|---|
| 1 | concerns about. And there was an understanding | 11:16:50 |
| 2 | internally that we would bear some burden of | 11:16:56 |
| 3 | experiencing that. But there was enough | 11:17:00 |
| 4 | conviction and potential with what that technology | 11:17:05 |
| 5 | could do for RoadRunner that we were still very | 11:17:09 |
| 6 | excited. | 11:17:13 |
| 7 |    Q   When you say what the technology could do | 11:17:13 |
| 8 | for RoadRunner, at that time what did you | 11:17:26 |
| 9 | contemplate RoadRunner would do to use or exploit | 11:17:30 |
| 10 | the technology as part of its business? | 11:17:34 |
| 11 |    A   I would -- you know, I would prob- -- at | 11:17:35 |
| 12 | that time I wrote e-mails, and we put some | 11:17:38 |
| 13 | documents together that just put our business | 11:17:42 |
| 14 | thesis down on paper of the potential. We had an | 11:17:45 |
| 15 | idea pre-pilot, and then we got to experience it | 11:17:50 |
| 16 | in the pilot. | 11:17:54 |
| 17 |      So some of the specifics refer to -- one, | 11:18:00 |
| 18 | being the ███████████████████████████████ | 11:18:03 |
| 19 | ███████████████████████████, and having the | 11:18:10 |
| 20 | ability to correct those, know them and correct | 11:18:13 |
| 21 | them, was a large opportunity. | 11:18:18 |
| 22 |      Having the ability to know how full a | 11:18:24 |
| 23 | container is allows RoadRunner to benefit greatly, | 11:18:27 |
| 24 | not only RoadRunner but our customers. | 11:18:34 |
| 25 |      And being able to identify and have a view | 11:18:39 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Graham Rihn
Conducted on September 5, 2024                    48

| | | |
|---|---|---|
| 1 | of the stream, you know, ultimately was another | 11:18:42 |
| 2 | very large opportunity for RoadRunner.  We focused | 11:18:47 |
| 3 | on customer satisfaction and experience as a | 11:18:52 |
| 4 | result as well as RoadRunner's business financial | 11:18:55 |
| 5 | impact. | 11:18:58 |
| 6 |     Q   And so that business thesis -- those | 11:18:59 |
| 7 | business thesis benefits you just described, those | 11:19:12 |
| 8 | would be if RoadRunner was to deploy the Compology | 11:19:15 |
| 9 | technology in bins that it managed, correct? | 11:19:19 |
| 10 |     A   Correct. | 11:19:21 |
| 11 |     Q   Okay.  Was part of that business thesis | 11:19:21 |
| 12 | the deployment of the Compology sensors in | 11:19:25 |
| 13 | third-party bins or just in RoadRunner-managed | 11:19:28 |
| 14 | bins? | 11:19:33 |
| 15 |     A   What are third-party bins? | 11:19:34 |
| 16 |     Q   Anything -- a bin or dumpster managed by | 11:19:37 |
| 17 | someone other than you. | 11:19:41 |
| 18 |     A   I was -- at least during that time, we | 11:19:42 |
| 19 | were most focused on getting the device in | 11:19:49 |
| 20 | RoadRunner-managed dumpsters because that is where | 11:19:55 |
| 21 | RoadRunner experiences the true impact and | 11:19:59 |
| 22 | opportunity of the technology itself. | 11:20:03 |
| 23 |     Q   And at any time prior to the acquisition | 11:20:05 |
| 24 | of Compology, had RoadRunner contracted with any | 11:20:09 |
| 25 | other entity or vendor to provide hardware or | 11:20:14 |

```
 1                CERTIFICATE OF REPORTER
 2
 3   UNITED STATES DISTRICT COURT )
 4   NORTHERN DISTRICT OF CALIFORNIA )
 5
 6         I, ERICA FIELD, RDR, CRR, certify that I
 7   was authorized to and did stenographically report
 8   the deposition of GRAHAM RIHN, that a review of
 9   the transcript was not requested; and that the
10   transcript is a true and complete record of my
11   stenographic notes.
12         I further certify that I am not a
13   relative, employee, attorney, or counsel of any of
14   the parties, nor am I a relative or employee of
15   any of the parties' attorney or counsel connected
16   with the action, nor am I financially interested
17   in the action.
18
19         DATED this 10th day of September, 2024.
20
21         _____
                  Erica Field, RDR, CRR
22
23
24
25
```