# EXHIBIT 40



CERTIFIED COPY

```
                HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                      UNITED STATES DISTRICT COURT

 2                     NORTHERN DISTRICT OF CALIFORNIA

 3     ROADRUNNER RECYCLING, INC.,)
                                  )
 4              Plaintiff,        )
                                  )
 5         vs.                    )     Case No.
                                  )     3:23-cv-04804-WHA
 6     RECYCLE TRACK SYSTEMS,     )
       INC., RECYCLESMART         )
 7     SOLUTIONS, INC.,           )        VOLUME I
                                  )
 8              Defendants.       )
       _____)
 9

10

11                             * * *

12

13              REMOTE VIDEOTAPED DEPOSITION OF

14                 R. JACOB BAKER, PH.D., P.E.

15                     SEPTEMBER 27, 2024

16

17

18

19

20

21

22

23

24

25   REPORTED BY:  STEPHANIE J. COUSINS, CSR NO. 14467
```

```
 1         A.   Yeah, the opinions start on the bottom
 2   of PDF Page 25, Paragraph 58.
 3         Q.   Yeah.
 4              It's better to -- the PDF is different
 5   than the printed version.  So that's why I'm
 6   using paragraph numbers, so we stay on the
 7   same --
 8         A.   Oh, okay.
 9         Q.   So if you can use paragraph numbers,
10   that would be helpful.
11         A.   Sorry.  I didn't realize you were using
12   printed copies.
13         Q.   Well, you've been using both the
14   paragraph and printed number, that's fine.  But
15   I only have the paragraph number that matches.
16         A.   Understood.
17         Q.   So if you can tell me what paragraph
18   number you were referring to.
19         A.   58.
20         Q.   Okay.  And 59, you talk about this
21   YouTube video?
22         A.   Yes.
23         Q.   And in the YouTube video, can you see
24   the internal components of the ███████
25   ███████
```

```
 1        A.   No, I can't see them past the plastic.
 2   I can --
 3        Q.   Can you see the -- I'm sorry.  Go
 4   ahead.
 5        A.   I was gonna say, I can see what's in
 6   there based upon the labeling of the -- of the
 7   part -- the R11, the voltage, those things, the
 8   date.
 9        Q.   But that's all you can see?
10        A.   Yes.
11        Q.   Can you see the ███████████████████
12   ███████████████?
13        A.   Yes.
14        Q.   Where is that?
15        A.   I believe it's at the top of the
16   package.  I say that because it's slightly
17   shorter than the ████████████████.
18        Q.   Are you sure about that?
19             MR. CASEY:  Objection.
20             THE WITNESS:  I'm pretty sure.  I
21   didn't take this battery pack apart and look at
22   it with a razor knife.  But, I mean, I don't
23   think it's reasonable to say there's ██████
24   ████████████████████████████████████████████████
25   ██████████████████████.
```

```
1    BY MR. GIBSON:
2       Q.   I'm asking what you can see from here.
3    Not what you saw when you opened it up.
4       A.   I can see ███████████ and a --
5    what -- and something else that I -- is the
6    ████████
7       Q.   Can you see the internal wiring for the
8    battery pack?
9       A.   No.  All I see is the external
10   connection to the Molex connector.
11      Q.   Can you see the ████████████████████
12   ████████████
13      A.   No.
14      Q.   Can you see in this picture the █
15   ████████
16           MR. CASEY:  Objection.
17           THE WITNESS:  No.
18   BY MR. GIBSON:
19      Q.   Or the ████████████
20           MR. CASEY:  Objection.
21           THE WITNESS:  I can't see those with my
22   naked eye, no.
23   BY MR. GIBSON:
24      Q.   Can you see from the YouTube video the
25   ████ -- from the YouTube video the ████████
```

1  ▓▓▓▓
2              MR. CASEY:  Objection.
3              THE WITNESS:  It looks like there's ▓▓▓
4  ▓▓▓▓ based upon assembly, but I -- I didn't
5  take it apart and I can't see right now the
6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Just that there's a
7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓ whereas, if there was ▓▓▓▓▓ you
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 BY MR. GIBSON:
11     Q.  You really wouldn't know unless you had
12 one of these in your hand?
13             MR. CASEY:  Objection.
14             THE WITNESS:  I mean, there was quite a
15 bit of discussion in the video.  So I would need
16 to go back on all of these questions and listen
17 to what he said in the video.  'Cause some of
18 them, I think, he disclosed verbally and some of
19 this information I think he disclosed verbally
20 in the video, not just with the image.
21 BY MR. GIBSON:
22     Q.  Do you think that or do you know that?
23     A.  I know that.  I mean, he talked about
24 what was going on and certain things.  But if
25 you ask me specifically what, I don't remember

```
 1   specifics.
 2       Q.  All right.  Well, and the video will
 3   speak for itself.  Everybody can watch that;
 4   right?
 5       A.  If they haven't already.
 6       Q.  All right.
 7           The ███████████████████████████████
 8   can you tell that is being used from the YouTube
 9   video?
10           MR. CASEY:  Objection.
11           THE WITNESS:  I don't recall that being
12   mentioned, no.
13   BY MR. GIBSON:
14       Q.  Can you tell what the ███████████ is?
15           MR. CASEY:  Objection.
16           THE WITNESS:  You mean the model
17   number?
18   BY MR. GIBSON:
19       Q.  Can you tell what's in the ██████
20   ██████
21       A.  The specifics, no.
22       Q.  Can you tell what's used for the █████
23   ████████████
24           MR. CASEY:  Objection.
25           THE WITNESS:  I can see it.  I don't
```

```
 1   know what part number it is.
 2   BY MR. GIBSON:
 3       Q.  Can you tell what ████████████████
 4   is being used?
 5           MR. CASEY:  Objection.
 6           THE WITNESS:  I can see it.  I don't
 7   know what part number it is from this image.
 8   BY MR. GIBSON:
 9       Q.  Can you tell what the specific
10   ████████████████████████████████████████████
11   ██████████████████████████ from the YouTube video?
12           MR. CASEY:  Objection.
13           THE WITNESS:  I don't entirely know
14   what that means, but, no, I can't tell.
15   BY MR. GIBSON:
16       Q.  And you also looked at the FCC website;
17   is that right?
18       A.  Yes.
19       Q.  And from the FCC website, could you
20   tell anything about the battery?
21           MR. CASEY:  Objection.
22           THE WITNESS:  From the FCC website, I
23   don't believe so.
24   BY MR. GIBSON:
25       Q.  Can you tell anything about the ██
```

```
 1            from the FCC website?
 2            MR. CASEY:  Objection.
 3            THE WITNESS:  No.
 4   BY MR. GIBSON:
 5       Q.   Or the
 6            MR. CASEY:  Objection.
 7            THE WITNESS:  No.
 8   BY MR. GIBSON:
 9       Q.   Or the
10            MR. CASEY:  Objection.
11            THE WITNESS:  From the FCC website on
12   interference and how wireless systems work, no,
13   I can't.  I can't see anything on that optical
14   imaging section.
15   BY MR. GIBSON:
16       Q.   Can you tell what            is being
17   used for the camera sensor?
18            MR. CASEY:  Objection.
19            THE WITNESS:  From the FCC website, I
20   mean, I can see what's in the images in
21   Paragraph 54 of my report, and -- I mean, there
22   is an image of a -- of a battery there.  But the
23   specifics are -- you know, what's inside is not
24   something I saw in the FCC website.
25   BY MR. GIBSON:
```

```
 1         Q.   Can you see anything about the ████
 2   ██████?
 3         MR. CASEY:   Objection.
 4         THE WITNESS:   I don't see the part
 5   number on the FCC website.
 6   BY MR. GIBSON:
 7         Q.   Or the ████████████████████  Can you
 8   tell that from the FCC website?
 9         MR. CASEY:   Objection.
10         THE WITNESS:   I do not see the part
11   number of the ████████████████████ on the FCC
12   website.
13   BY MR. GIBSON:
14         Q.   Then I think you also referenced a
15   Verizon page on the internet; is that correct?
16         A.   Yes.  In, for example, Paragraph 65.
17         Q.   Could you from the F -- sorry.  Strike
18   that.
19              From the Verizon web page, could you
20   tell anything about the battery?
21         MR. CASEY:   Objection.
22   BY MR. GIBSON:
23         Q.   The battery pack?
24         MR. CASEY:   Objection.
25         THE WITNESS:   In Paragraph 65, I write
```

```
 1  that if you look into that, the information --
 2  let me just read from my report.
 3          "The Verizon Wireless includes a page
 4  dedicated to the R11 device that details key
 5  hardware components, including the lithium
 6  thionyl chloride battery pack, a Cat 4 LTE
 7  modem, GNSS/GPS, a camera, and the frequency
 8  bands that the device operates."
 9  BY MR. GIBSON:
10     Q.  So can you tell what the internal
11  components were for the battery?
12          MR. CASEY:  Objection.
13          THE WITNESS:  To the extent the
14  chemistry, the lithium thionyl chloride, yes.
15  Beyond that, no, I don't see the internal
16  battery pack connection.
17  BY MR. GIBSON:
18     Q.  All right.  And from the Verizon web
19  page, could you see any of the ████████
20          MR. CASEY:  Objection.
21          THE WITNESS:  Not on the camera, no.
22  BY MR. GIBSON:
23     Q.  Or the ████████
24          MR. CASEY:  Objection.
25          THE WITNESS:  Not on the camera, no.
```

```
 1  BY MR. GIBSON:
 2       Q.   Or the ████████████████████
 3            MR. CASEY:  Objection.
 4            THE WITNESS:  Not on the camera, no.
 5  BY MR. GIBSON:
 6       Q.   And you can't tell what ████████████
 7  ████████ is being used from the Verizon web
 8  page; correct?
 9            MR. CASEY:  Objection.
10            THE WITNESS:  I can't see the part
11  number, no.
12  BY MR. GIBSON:
13       Q.   And you don't have any idea about the
14  ████████████ from the Verizon web page; correct?
15            MR. CASEY:  Objection.
16            THE WITNESS:  I don't see a part
17  number, no.
18  BY MR. GIBSON:
19       Q.   And that's also true for the ██████
20  ████████; correct?
21            MR. CASEY:  Objection.
22            THE WITNESS:  Again, I don't see a part
23  number listed there.
24  BY MR. GIBSON:
25       Q.   And it's also the case for the ████████
```

```
1      ███████████, the Verizon web page does not
2    disclose that either; correct?
3            MR. CASEY:  Objection.
4            THE WITNESS:  It does not disclose the
5    part number used, no.
6    BY MR. GIBSON:
7       Q.  You also reference the Tadiran -- or
8    maybe I'm not -- or the Tadiran PulsesPlus.
9    Perhaps I'm not saying that correctly, but it's
10   T-A-R-D-I-R-A-N (sic).
11           Do you recall referencing that?
12      A.  Yes.
13      Q.  And how do you say it?
14      A.  Tadiran, I'm guessing.
15      Q.  And the PulsesPlus, that does not
16   include ████████████████████████████████████
17   ████████████████; correct?
18           MR. CASEY:  Objection.
19           THE WITNESS:  It doesn't include ████
20   ████████████████████████████████████████████
21   ██████████  ████████████████████
22   BY MR. GIBSON:
23      Q.  It doesn't have a ████████████
24   ████████████████  correct?
25           MR. CASEY:  Objection.
```

```
1              THE WITNESS:  ████████████████
2    ████████████████████████████████████████████
3    ████████████████████████████████████████████
4    ██████████████████████████████████████  But
5    very similar.
6    BY MR. GIBSON:
7       Q.  There's not a -- the part number that
8    was used in the R12, the ████████████████████
9    ████████████████  that's not disclosed in the
10   PulsesPlus; correct?
11           MR. CASEY:  Objection.
12           MR. GIBSON:  Yes.
13   BY MR. GIBSON:
14      Q.  And the PulsesPlus does not have the
15   same internal wiring as the R12 battery
16   assembly; correct?
17           MR. CASEY:  Objection.
18           THE WITNESS:  What I reference there
19   doesn't have the same wiring, no.
20   BY MR. GIBSON:
21      Q.  And it also doesn't have the same ████
22   ██████████  that's in the R12 battery assembly;
23   correct?
24           MR. CASEY:  Objection.
25           THE WITNESS:  I don't know if that's
```

```
 1   correct.  ████████████ are super common, and
 2   the ones seen in Paragraph 72 may be the same.
 3   I don't know.
 4   BY MR. GIBSON:
 5       Q.  You're not sure?
 6       A.  No.  But I mean, I wouldn't be
 7   surprised if it is, but I can't honestly testify
 8   that it isn't.
 9       Q.  Okay.  So the -- and there's not a
10   ████████████ that's in the R12 battery
11   assembly; correct?
12           MR. CASEY:  Objection.
13           THE WITNESS:  No.  That would be
14   something you would put in just to protect
15   things.
16   BY MR. GIBSON:
17       Q.  Now, other than RecycleSmart
18   disassembling an R12, you're not aware of any
19   third party disassembling any of the Compology
20   cameras; correct?
21           MR. CASEY:  Objection.
22           THE WITNESS:  I -- not that I know of.
23   I'm not going to testify that it couldn't have
24   happened, but I don't know of any, sitting here
25   right now, other than, for example, the YouTube
```

```
 1         Q.  That's fine.  Let me ask you the
 2   question without that word.  And I'm not asking
 3   you to speculate on what people did or didn't
 4   do.  I'm asking you if you have knowledge.
 5         And what I'm saying is, do you know of
 6   anyone opening up an R12, R11, R13, any of the
 7   models of the R -- of the Compology R series,
 8   other than RecycleSmart?
 9         MR. CASEY:  Objection.
10         THE WITNESS:  I don't have firsthand
11   knowledge of that, no.  It may have happened.  I
12   just don't know.
13   BY MR. GIBSON:
14         Q.  And you're not aware of any sale of any
15   of the Compology cameras to a third party that
16   wasn't a customer of Compology; correct?
17         MR. CASEY:  Objection.
18         THE WITNESS:  I -- yeah, I don't know.
19   BY MR. GIBSON:
20         Q.  If you look at Paragraph 91 of your
21   report.
22         A.  Okay.
23         Q.  And this is your opinion on trade
24   secret value or independent economic value;
25   correct?
```

```
 1                    CERTIFICATE OF REPORTER

 2
                I, the undersigned, a Certified
 3      Shorthand Reporter, Licensed by the State of
        California, being empowered to administer oaths
 4      and affirmations remotely pursuant to Section
        2093(b) of the Code of Civil Procedure, do
 5      hereby certify:

 6              That the foregoing proceedings were
        taken remotely before me at the time and place
 7      herein set forth; that any witness in the
        foregoing proceedings, prior to testifying, were
 8      placed under oath; that a verbatim record of the
        proceedings was made by me using machine
 9      shorthand which was thereafter transcribed under
        my direction; further, that the foregoing is an
10      accurate transcription thereof.

11              I further certify that I am neither
        financially interested in the action nor a
12      relative or employee of any attorney or any of
        the parties.
13
                Further, that if the foregoing pertains
14      to the original transcript of a deposition in a
        Federal Case, before completion of the
15      proceedings, review of the transcript was
        requested.
16
                IN WITNESS WHEREOF, I have this date
17      subscribed my name.

18      DATED:  SEPTEMBER 27, 2024.

19

20      _____
21      STEPHANIE J. COUSINS, CSR NO. 14467

22

23

24

25
```

# CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter, Licensed by the State of California, being empowered to administer oaths and affirmations remotely pursuant to Section 2093(b) of the Code of Civil Procedure, do hereby certify:

That the foregoing proceedings were taken remotely before me at the time and place herein set forth; that any witness in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript was requested.

IN WITNESS WHEREOF, I have this date subscribed my name.

DATED: SEPTEMBER 27, 2024.

*Stephanie J. Cousins*
STEPHANIE J. COUSINS, CSR NO. 14467