JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
JAMES NEUDECKER (Bar No. 221657)
JNeudecker@jmbm.com
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
jmellema@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
lstreisand@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:           December 9, 2024 |

Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") respectfully submits this motion to consider whether material designated as confidential by Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively, "Defendants") should be sealed. Specifically, RoadRunner seeks to file the following documents provisionally under seal (collectively, "Defendants' Materials"):

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Exhibit 20 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates label RTS_00016984 | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 22 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00336057 to RTS_00336067 | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 24 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00276253 to RTS_00276280 | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 25 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates label RTS_00175337 | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 26 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00339710 to RTS_00339716 | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 27 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts | Entirety, subject to Defendants' response and | Defendants |

| | | |
|---|---|---|
| from the Deposition of Carl Anderson, Vol. II | Court order | |
| Exhibit 28 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Deposition of Colin Bell | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 29 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Deposition of Carl Anderson, Vol. I | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 30 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00001064 to RTS_00001099 | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 31 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Deposition of Yahya Laraki | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 37 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Rebuttal Expert Report of Stephen Holzen | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit 42 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates label RTS_00017465 | Entirety, subject to Defendants' response and Court order | Defendants |
| Exhibit A to the Hoarty Declaration iso Opposition to Defendants' MSJ – Unredacted Hoarty Opening Expert Report | Entirety | RoadRunner (contains documents and information designated AEO by Defendants) |

| | | |
|---|---|---|
| Exhibit B to the Hoarty Declaration iso Opposition to Defendants' MSJ – Unredacted Hoarty Opposition Expert Report | Entirety | RoadRunner (contains documents and information designated AEO by Defendants) |
| Exhibit C to the Hoarty Declaration iso Opposition to Defendants' MSJ – Unredacted Hoarty Reply Expert Report | Entirety | RoadRunner (contains documents and information designated AEO by Defendants) |

Local Rule 79-5(f) provides that a document may be filed provisionally under seal when the document or portions thereof "has been designated as confidential by another party or non-party."  L.R. 79-5(f).  Defendants designated Defendants' Materials as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case (Dkt. No. 68).  The protective order provides that information or items designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" contain "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means."  *Id.* at 3.

Accordingly, RoadRunner respectfully requests that the Court consider whether Defendants' Materials should be sealed, subject to Defendants' response to this motion.

| | |
|---|---|
| DATED: October 24, 2024 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>STANLEY M. GIBSON<br>JAMES NEUDECKER<br>JOSEPH J. MELLEMA<br>LENA STREISAND<br><br>By:  */s/ Lena Streisand*<br>　　　　LENA STREISAND<br>Attorneys for Plaintiff ROADRUNNER RECYCLING, INC. |