JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:      (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:      (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF LENA STREISAND IN SUPPORT OF MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:            December 9, 2024 |

## DECLARATION OF LENA STREISAND

I, Lena Streisand, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Jeffer Mangels Butler & Mitchell LLP, attorneys of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of RoadRunner's Motion to Consider Whether Defendants' Material Should Be Sealed.

2. Attached hereto is a true and correct copy of the document bearing Bates label RTS_00016984.

3. Attached hereto as Exhibit 22 is a true and correct copy of the document bearing Bates labels RTS_00336057 to RTS_00336067.

4. Attached hereto as Exhibit 24 is a true and correct copy of the document bearing Bates labels RTS_00276253 to RTS_00276280.

5. Attached hereto as Exhibit 25 is a manual filing notification for the document bearing Bates label RTS_00175337, a true and correct copy of which is being filed manually with the Court.

6. Attached hereto as Exhibit 26 is a true and correct copy of the document bearing Bates labels RTS_00339710 to RTS_00339716.

7. Attached hereto as Exhibit 27 is a true and correct copy of the unredacted version of excerpts from the Deposition of Carl Anderson, Vol. II.

8. Attached hereto as Exhibit 28 is a true and correct copy of the unredacted version of excerpts from the Deposition of Colin Bell.

9. Attached hereto as Exhibit 29 is a true and correct copy of the unredacted version of excerpts from the Deposition of Carl Anderson, Vol. I.

10. Attached hereto as Exhibit 30 is a true and correct copy of the document bearing Bates labels RTS_00001064 to RTS_00001099.

11. Attached hereto as Exhibit 31 is a true and correct copy of the unredacted version

1  of excerpts from the Deposition of Yahya Laraki.

2      12.    Attached hereto as Exhibit 37 is a true and correct copy of the unredacted version

3  of excerpts from the Rebuttal Expert Report of Stephen Holzen.

4      13.    Attached hereto as Exhibit 42 is a true and correct copy of the document bearing

5  Bates label RTS_00017465.

6      14.    Attached hereto as Exhibit A is a true and correct copy of the unredacted version of

7  the Opening Expert Report of W. Leo Hoarty.

8      15.    Attached hereto as Exhibit B is a true and correct copy of the unredacted version of

9  the Opposition Expert Report of W. Leo Hoarty.

10      16.    Attached hereto as Exhibit C is a true and correct copy of the unredacted version of

11  the Reply Expert Report of W. Leo Hoarty.

12      17.    These exhibits are being filed provisionally under seal pursuant to L.R. 79-5(f)

13  because Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. designated the

14  documents or their contents "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under

15  the protective order in this case.

16      I declare under penalty of perjury that the foregoing is true and correct.

17      Executed this 24th day of October, 2024, in Los Angeles, California.

By:    */s/ Lena Streisand*
         LENA STREISAND
    Attorneys for Plaintiff ROADRUNNER
    RECYCLING, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On October 24, 2024, I served true copies of the following document(s) described as **SEALED EXHIBITS 22, 24, 26–31, 37, 42, A, B, AND C** as follows:

| | |
|---|---|
| Arameh Zargham O'Boyle<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email: AZOBoyle@mintz.com | Attorneys for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. |

Amy LoBue
James J. Thomson
James M. Wodarski
Matthew S. Galica
Michael C. Newman
Stephen Huxton Chen
Tianyi Tan
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Emails: alobue@mintz.com
jjthomson@mintz.com
JWodarski@mintz.com
msgalica@mintz.com
mcnewman@mintz.com
schen@mintz.com
TTan@mintz.com

CC:   rts-mintz@mintz.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Lstreisand@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2024, at Los Angeles, California.

/s/ Lena Streisand
Lena Streisand

72698714v1

Case No. 3:23-cv-04804-WHA

DECLARATION OF LENA STREISAND IN SUPPORT OF MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED