JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:             December 9, 2024 |

Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a motion to consider whether Defendants' material should be sealed and Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. filed a response seeking to seal the material. Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Exhibit 20 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates label RTS_00016984 | Entirety | Defendants |
| Exhibit 22 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00336057 to RTS_00336067 | Entirety | Defendants |
| Exhibit 24 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00276253 to RTS_00276280 | Entirety | Defendants |
| Exhibit 25 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates label RTS_00175337 | Entirety | Defendants |
| Exhibit 26 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00339710 to RTS_00339716 | Entirety | Defendants |
| Exhibit 27 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Deposition of Carl Anderson, Vol. II | Entirety | Defendants |

| | | |
|---|---|---|
| Exhibit 28 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Deposition of Colin Bell | Entirety | Defendants |
| Exhibit 29 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Deposition of Carl Anderson, Vol. I | Entirety | Defendants |
| Exhibit 30 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates labels RTS_00001064 to RTS_00001099 | Entirety | Defendants |
| Exhibit 31 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Deposition of Yahya Laraki | Entirety | Defendants |
| Exhibit 37 to Mellema Declaration iso Opposition to Defendants' MSJ – Excerpts from the Rebuttal Expert Report of Stephen Holzen | Entirety | Defendants |
| Exhibit 42 to Mellema Declaration iso Opposition to Defendants' MSJ – Document bearing Bates label RTS_00017465 | Entirety | Defendants |
| Exhibit A to the Hoarty Declaration iso Opposition to Defendants' MSJ – Unredacted Hoarty Opening Expert Report | Entirety | RoadRunner (contains documents and information designated AEO by Defendants) |
| Exhibit B to the Hoarty Declaration iso | Entirety | RoadRunner |

| | | |
|---|---|---|
| Opposition to Defendants' MSJ – Unredacted Hoarty Opposition Expert Report | | (contains documents and information designated AEO by Defendants) |
| Exhibit C to the Hoarty Declaration iso Opposition to Defendants' MSJ – Unredacted Hoarty Reply Expert Report | Entirety | RoadRunner (contains documents and information designated AEO by Defendants) |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE