UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 146)** <br><br> *Assigned for All Purposes to:* <br> The Hon. William H. Alsup <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:            December 9, 2024 |

1

[PROPOSED] ORDER
DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 146)
(CASE NO. 3:23-CV-04804-WHA)

1   Before the Court is Plaintiff's Administrative Motion to File Under Seal (Dkt. No. 146) and
2   Defendants' Opposition thereto.
3   Having considered the parties' briefing and the relevant law, the undersigned finds that good
4   cause has not been demonstrated for Plaintiff's request to seal, which remains overbroad and covers
5   public information. The undersigned finds that Plaintiff also failed to comply with Civil L.R. 7-11(a).
6   **IT IS HEREBY ORDERED** by the Court that Plaintiff's Administrative Motion to File
7   Under Seal (Dkt. No. 146) is **DENIED**. Plaintiff shall publish onto the public docket the unredacted
8   copies of all previously redacted filings subject of the said motion.

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE