JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:  (415) 398-8080
Facsimile:  (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:  (949) 623-7200
Facsimile:  (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **PLAINTIFF ROADRUNNER RECYCLING, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 138-2, 138-5, 138-8, 138-9, 138-10)** <br><br> *Filed Concurrently with [Proposed] Order* <br><br> Complaint Filed:  August 4, 2023 <br> Trial Date:  December 9, 2024 |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that Plaintiff RoadRunner Recycling, Inc. ("RoadRunner")
3  hereby respectfully requests that this Court enter an order removing Docket Nos. 138-5 and 138-
4  10 from the ECF docket for this matter on the grounds that they were incorrectly filed publicly.

5      The documents e-filed on October 18, 2024 as ECF Docket No. 138-2 (Exhibit 1 to the
6  Declaration of Lena Streisand, redacted version of RoadRunner's interrogatory responses), 138-5
7  (Exhibit 4 to the Declaration of Lena Streisand, redacted version of excerpts from the deposition
8  of W. Leo Hoarty, Vol. I), 138-8 (Exhibit 10 to the Declaration of Lena Streisand, redacted
9  version of excerpts from the expert report of Philip Greenspun), 138-9 (Exhibit 11 to the
10 Declaration of Lena Streisand, redacted excerpts from the expert report of R. Jacob Baker), and
11 138-10 (Exhibit 12 to the Declaration of Lena Streisand, redacted version of excerpts from the
12 deposition of Justin Armstrong) inadvertently omitted certain redactions of confidential
13 information that were intended to be, and should have been, redacted at the time of filing.

14     RoadRunner moved to keep the unredacted versions of these documents under seal, as
15 stated in RoadRunner's corrected response to Defendants' motion to consider whether another
16 party's material should be sealed (Dkt. No. 152). RoadRunner attached corrected redacted
17 versions of Exhibits 1, 4, 10, 11, and 12 to its corrected response (Dkt. Nos. 153-2, 153-5, 153-8,
18 153-9, 153-10). Defendants filed sealed, unredacted versions of Exhibits 1, 4, 10, 11, and 12 with
19 their motion to consider whether another party's material should be sealed (Dkt. No. 133).
20 RoadRunner promptly notified the Court's Civil Case Docketing & Docket Correction department
21 and the ECF Help Desk of this filing error and understands that the Court has temporarily blocked
22 public access to the inadvertently-filed documents.

23     Accordingly, RoadRunner respectfully moves the Court to remove the incorrectly-filed
24 documents permanently from the Court's public docket and ECF.

| | | |
|---|---|---|
| 1 | DATED:  October 29, 2024 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 2 | | STANLEY M. GIBSON |
| | | JAMES NEUDECKER |
| 3 | | JOSEPH J. MELLEMA |
| | | LENA STREISAND |

By: _____*/s/ Lena Streisand*_____
　　　　LENA STREISAND
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Itzi Munoz*
Itzi Munoz
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
imunoz@jmbm.com