JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:   (949) 623-7200
Facsimile:   (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 138-2, 138-5, 138-8, 138-9, 138-10)** <br><br> *Filed Concurrently with Motion to Remove Incorrectly Filed Documents* <br><br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:   December 9, 2024 |

1

2       The Court, having considered Plaintiff RoadRunner Recycling, Inc.'s ("RoadRunner")

3 Motion to Remove Incorrectly Filed Documents (Dkt. Nos. 138-2, 138-5, 138-8, 138-9, 138-10)

4 before it, and finding good cause therefor, hereby GRANTS RoadRunner's Motion and orders that

5 Docket Nos. 138-2, 138-5, 138-8, 138-9, and 138-10 be removed from the docket for the above-

6 captioned matter.

7       IT IS SO ORDERED.

8 DATED:

      By: _____

9           HON. WILLIAM H. ALSUP
          SENIOR DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28