1   Arameh Zargham O'Boyle (SBN: 239495)
    AZOboyle@mintz.com
2   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    2049 Century Park East, Suite 300
3   Los Angeles, CA 90067
    Telephone:     (310) 586-3200
4   Facsimile:     (310) 586-3202

5   James M. Wodarski (Admitted *Pro Hac Vice*)
    JWodarski@mintz.com
6   Michael C. Newman (Admitted *Pro Hac Vice*)
    MCNewman@mintz.com
7   Matthew S. Galica (Admitted *Pro Hac Vice*)
    MSGalica@mintz.com
8   James J. Thomson (Admitted *Pro Hac Vice*)
    JJThomson@mintz.com
9   Sean M. Casey (Admitted *Pro Hac Vice*)
    SMCasey@mintz.com
10  Tianyi Tan (Admitted *Pro Hac Vice*)
    TTan@mintz.com
11  Stephen Chen (Admitted *Pro Hac Vice*)
    SChen@mintz.com
12  Amy LoBue (Admitted *Pro Hac Vice*)
    ALoBue@mintz.com
13  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    One Financial Center
14  Boston, MA 02111
    Telephone:     (617) 542-6000
15  Facsimile:     (617) 542-2241

16  Attorneys for Defendants
    RECYCLE TRACK SYSTEMS, INC., and
    RECYCLESMART SOLUTIONS INC.
17

18                   UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20  ROADRUNNER RECYCLING, INC.,              Case No. 3:23-cv-04804-WHA

21              Plaintiff,                   **DECLARATION OF MATTHEW S.
                                             GALICA IN SUPPORT OF DEFENDANTS'
         v.                                  REPLY IN SUPPORT OF MOTION TO
22                                           EXCLUDE EXPERT TESTIMONY BY
    RECYCLE TRACK SYSTEMS, INC., and         FOREST A. VICKERY**
    RECYCLESMART SOLUTIONS INC.,
23                                           *Assigned for All Purposes to:*
              Defendants.                    The Hon. William H. Alsup
24

25                                           Date: November 14, 2024
                                             Time: 8:00 a.m.
26                                           Place: Courtroom 12, 19th Floor
                                             Complaint Filed:     August 4, 2023
27                                           Trial Date:          December 9, 2024

28                                      1

1      I, Matthew S. Galica, hereby declare as follows:

2      1.      I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,

3  P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (together,

4  "Defendants"). I have personal knowledge of the matters set forth below in this declaration. If called

5  upon to testify to the same, I could and would testify competently thereto.

6      2.      I submit this Declaration in support of Defendants' Reply in support of Motion to

7  Exclude Expert Testimony by Forest A. Vickery.

8      3.      Attached hereto as **Exhibit 10** is a true and correct copy of the excerpted August 23,

9  2024, Deposition Transcript of Steven Krebs.

10     4.      Attached hereto as **Exhibit 11** is a true and correct copy of the excerpted September

11  5, 2024, Deposition Transcript of Graham Rihn.

12     5.      Attached hereto as **Exhibit 12** is a true and correct copy of the excerpted July 25, 2024,

13  Deposition Transcript of Robert Fynn.

14     6.      Attached hereto as **Exhibit 13** is a true and correct copy of the document, produced

15  by Plaintiff in this litigation, baring Bates No. ROADRUNNER000032453.

16     7.      Attached hereto as **Exhibit 14** is a true and correct copy of the excerpted August 14,

17  2024, Deposition Transcript of Colin Bell.

18     8.      I declare under penalty of perjury that the foregoing is true and correct.

19

20  Executed this 31st day of October, 2024, in Boston, Massachusetts.

21                                          */s/ Matthew S. Galica*
                                            Matthew S. Galica
22

23

24

25

26

27

28
DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF
DEFENDANTS' REPLY ISO MOTION TO EXCLUDE EXPERT TESTIMONY BY FOREST A. VICKERY
(CASE NO. 3:23-CV-04804-WHA)