# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - -x
 4   ROADRUNNER RECYCLING, INC.,   :
 5                  Plaintiff,     :  No 3:23-cv-04804-WHA
 6   vs.                           :
 7                                 :
 8   RECYCLE TRACK SYSTEMS, INC.,  :
 9   AND RECYCLESMART SOLUTIONS,
10   INC.,
11                  Defendants.
12   - - - - - - - - - - - - - -x
13
14                      ████████████
15
     VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
16      By and through its Designated Representative,
                        STEVEN KREBS,
17            and in his Individual Capacity
                       Pittsburgh, PA
18              Friday, August 23, 2024
                         9:34 a.m.
19
20
21
22   Job No.: 548737
23   Pages: 1 - 330
24   Reported By: Brooklyn E. Schweitzer
25              RPR, CRR, CA CSR
```

```
 1            Videotaped Deposition of STEVEN KREBS,
 2   conducted at the offices of:
 3
 4
 5            Hilton Garden Inn
 6            Pittsburgh University Place
 7            3454 Forbes Avenue
 8            Pittsburgh, PA 15213
 9
10
11            Pursuant to Notice, before Brooklyn E.
12   Schweitzer, Registered Professional Reporter,
13   Certified Realtime Reporter, Notary Public in and
14   for the Commonwealth of Pennsylvania, and California
15   CSR No. 14612.
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | to meet the requests to the best of their ability. | 11:29:11 |
| 2 |       Some need tweaked as you go.  You know, | 11:29:13 |
| 3 | not applicable, doesn't make sense, et cetera. | 11:29:17 |
| 4 |   Q.   Do you know if they supplied profit and | 11:29:20 |
| 5 | loss statements? | 11:29:22 |
| 6 |   A.   I'm sure they did. | 11:29:23 |
| 7 |   Q.   Do you know if they had audited | 11:29:24 |
| 8 | financials? | 11:29:27 |
| 9 |   A.   Yes.  I know they do not. | 11:29:27 |
| 10 |   Q.   Do not? | 11:29:29 |
| 11 |   A.   Yeah.  That was part of the reason that | 11:29:29 |
| 12 | getting -- surmise is probably a good idea. | 11:29:31 |
| 13 |   Q.   Okay.  Did you personally review the | 11:29:41 |
| 14 | profit and loss statements they provided? | 11:29:43 |
| 15 |   A.   Yeah, at high level. | 11:29:45 |
| 16 |   Q.   Okay. | 11:29:46 |
| 17 |   A.   Yeah. | 11:29:47 |
| 18 |   Q.   And what was your -- | 11:29:47 |
| 19 |   A.   Simple things.  Does it -- does it foot? | 11:29:48 |
| 20 | You know, things like that.  Directionally, you | 11:29:51 |
| 21 | know, inquisitive-type stuff leading up to it. | 11:29:55 |
| 22 | Sure. | 11:29:58 |
| 23 |   Q.   What was your impression of Compology's | 11:29:58 |
| 24 | financial health at the time of the acquisition? | 11:30:00 |
| 25 |   A.   Their health as far as, yeah, they -- they | 11:30:03 |

| | | |
|---|---|---|
| 1 | customers in and that kind of stuff, but again, | 13:10:46 |
| 2 | that's not really what the point of emphasis was. | 13:10:49 |
| 3 | The thought process is what it could do for our | 13:10:52 |
| 4 | business. | 13:10:55 |
| 5 |     Q.   Okay.  Looking at this document, do you | 13:10:56 |
| 6 | have any reason to dispute the veracity of the | 13:11:00 |
| 7 | information? | 13:11:05 |
| 8 |     A.   I'm sorry.  What word did you use there? | 13:11:05 |
| 9 |     Q.   Do you have any reason to dispute the | 13:11:08 |
| 10 | veracity -- | 13:11:10 |
| 11 |     A.   What does veracity mean? | 13:11:11 |
| 12 |     Q.   Do you think these are accurate numbers? | 13:11:13 |
| 13 | Do you have any reason to disagree that these are | 13:11:15 |
| 14 | accurate numbers? | 13:11:17 |
| 15 |     A.   I wouldn't be able to tell you. | 13:11:17 |
| 16 |     Q.   Okay.  Only somebody from Compology would | 13:11:19 |
| 17 | be able to verify the accuracy? | 13:11:21 |
| 18 |         MR. MELLEMA:  Sorry.  Objection to form. | 13:11:23 |
| 19 |     A.   Yeah.  I -- they would have to be | 13:11:26 |
| 20 | corroborated by something.  I would not know off the | 13:11:31 |
| 21 | top of my head. | 13:11:33 |
| 22 |     Q.   Okay.  Is there anyone at RoadRunner who | 13:11:34 |
| 23 | would be able to look at Compology's financials and | 13:11:36 |
| 24 | verify the accuracy? | 13:11:38 |
| 25 |     A.   No.  I mean, if it -- me looking at it, I | 13:11:39 |

Transcript of Steven Krebs, Corporate Designee & Individually
Conducted on August 23, 2024

140

| | | |
|---|---|---|
| 1 | quite intuitive.  Rent is rent, software is | 13:18:23 |
| 2 | software, and, you know, legal is legal. | 13:18:26 |
| 3 | So usually they're quite self-explanatory. | 13:18:28 |
| 4 | So I didn't find myself befuddled by what their P&L | 13:18:31 |
| 5 | was comprised of -- | 13:18:36 |
| 6 | Q.   Okay. | 13:18:37 |
| 7 | A.   -- by looking at it. | 13:18:37 |
| 8 | Q.   At some point, RoadRunner gained access to | 13:18:38 |
| 9 | documents like this from Compology, though; is that | 13:18:41 |
| 10 | accurate? | 13:18:44 |
| 11 | A.   Yeah.  I just think they're -- their ERP, | 13:18:44 |
| 12 | which is essentially their account software, which I | 13:18:48 |
| 13 | know was NetSuite Oracle, export, and that's what | 13:18:51 |
| 14 | was furnished to PWC to be able to do whatever. | 13:18:56 |
| 15 | And then PWC, like we mentioned, furnished | 13:18:59 |
| 16 | their own PBC, provided by client list, essentially | 13:19:02 |
| 17 | to, you know, inquire about certain additional | 13:19:06 |
| 18 | things as needed. | 13:19:08 |
| 19 | Q.   Okay.  Following the acquisition of | 13:19:09 |
| 20 | Compology, did RoadRunner have reason to believe | 13:19:13 |
| 21 | that the P&L statement was inaccurate that was | 13:19:16 |
| 22 | supplied to them? | 13:19:19 |
| 23 | A.   Not that it was inaccurate.  From the | 13:19:20 |
| 24 | accounting perspective, right, I knew it was -- it | 13:19:25 |
| 25 | was unkempt.  Right?  Going back to the directional | 13:19:29 |

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | concept, it's not directionally wrong, but there was         | 13:19:31 |
| 2  | some stale balance sheet positions.                          | 13:19:36 |
| 3  | I know this is a little accounting                           | 13:19:39 |
| 4  | oriented, but your position is dictated by your              | 13:19:41 |
| 5  | balance sheet, and your change in positions on your          | 13:19:45 |
| 6  | balance sheet is dictated by either abnormal balance         | 13:19:49 |
| 7  | sheet movements or through your P&L.                         | 13:19:53 |
| 8  | So what I mean by that is when you look at                   | 13:19:55 |
| 9  | their balance sheet, they would have stale things,           | 13:19:58 |
| 10 | for example, but not hard to find.  I remember one           | 13:20:01 |
| 11 | in my mind was, like, pre-paid commissions expense.          | 13:20:03 |
| 12 | That on their books was a pre-paid.                          | 13:20:08 |
| 13 | Right?  A pre-paid is supposed to be bled into               | 13:20:12 |
| 14 | expense as utilized.  So I would say, Ben, Jason, do         | 13:20:16 |
| 15 | you have any commissions that you've pre-paid that           | 13:20:19 |
| 16 | haven't yet been incurred and whatever?  And they'd          | 13:20:23 |
| 17 | say, no, we gobbled them all up, and you just book           | 13:20:26 |
| 18 | an entry to believe it.  You know, essentially you           | 13:20:29 |
| 19 | expense it all at one time.                                  | 13:20:32 |
| 20 | When we took the reins in                                    | 13:20:34 |
| 21 | October/November, because I think it was right to do         | 13:20:37 |
| 22 | that and have those conversations X amount of months         | 13:20:39 |
| 23 | after acquisition.  Right?  We had a lot of those            | 13:20:43 |
| 24 | touch points to make sure that everybody was on the          | 13:20:43 |
| 25 | same page.                                                   | 13:20:43 |

| | | |
|---|---|---|
| 1 | And it wasn't a complicated process | 13:20:46 |
| 2 | because, again, PWC pointed the same out.  It was | 13:20:48 |
| 3 | just PWC's not going to book the existing entries | 13:20:52 |
| 4 | for you and clean it all up.  They're just letting | 13:20:56 |
| 5 | you know the lay of the land. | 13:20:58 |
| 6 | Q.   Okay.  Did Compology have a financial | 13:21:00 |
| 7 | officer preacquisition? | 13:21:02 |
| 8 | A.   When we brought them on, no, they didn't. | 13:21:04 |
| 9 | Q.   Okay. | 13:21:06 |
| 10 | A.   They had an external group called Launch | 13:21:06 |
| 11 | Finance that helped them to do bookkeeping.  I met | 13:21:12 |
| 12 | with them on a number of occasions.  They were | 13:21:19 |
| 13 | relatively new to the outfit, though.  I believe | 13:21:21 |
| 14 | they started in March of '22.  So it's not like they | 13:21:24 |
| 15 | could even speak to a lot of the legacy stuff. | 13:21:27 |
| 16 | I remember hearing through the grapevine | 13:21:29 |
| 17 | we had a controller, we had a lot of so-and-so.  A | 13:21:34 |
| 18 | lot of "we hads", but I never met anybody.  "This is | 13:21:38 |
| 19 | the guy" thing.  I never got a "this is the guy," | 13:21:43 |
| 20 | per se. | 13:21:46 |
| 21 | Q.   Okay. | 13:21:47 |
| 22 | A.   But also I would say conceptually it's not | 13:21:47 |
| 23 | a very complicated business.  You know, like I said, | 13:21:50 |
| 24 | there were some accounting things that needed to be | 13:21:52 |
| 25 | cleaned up and remedied, but directionally, us, | 13:21:54 |

| | | |
|---|---|---|
| 1 | them, got the comfort we needed to get to proceed, | 13:22:00 |
| 2 | obviously, as we did. | 13:22:04 |
| 3 |     Q.   Did these accounting issues concern you | 13:22:06 |
| 4 | when you -- | 13:22:09 |
| 5 |     A.   Not really, because again, remember, | 13:22:10 |
| 6 | I'm -- I'm only -- I'm bringing on the technology | 13:22:12 |
| 7 | essentially in the old business.  Obviously when I | 13:22:17 |
| 8 | look at their AP and things that they owe and just | 13:22:20 |
| 9 | confirming that kind of stuff, you want to have some | 13:22:23 |
| 10 | conversations about that, but the decisions they | 13:22:25 |
| 11 | made in 2021 got them to where they are.  They don't | 13:22:28 |
| 12 | really affect me anymore. | 13:22:31 |
| 13 |     Q.   Okay. | 13:22:33 |
| 14 |     A.   From a business person perspective, you | 13:22:33 |
| 15 | just have to be mindful that you're going to bring | 13:22:35 |
| 16 | that into your castle, per se.  You've just got to | 13:22:37 |
| 17 | be mindful of what that would take and capital and | 13:22:40 |
| 18 | all that stuff. | 13:22:43 |
| 19 |     So you check the boxes to get comfortable, | 13:22:43 |
| 20 | and we did certainly -- you know, their most | 13:22:45 |
| 21 | critical vendors, for example, like AQS.  There was | 13:22:51 |
| 22 | discussions had with AQS.  I'm sure -- I didn't | 13:22:53 |
| 23 | personally, but people got comfortable with that | 13:22:58 |
| 24 | relationship, or they wouldn't have moved forward. | 13:23:01 |
| 25 |     That was obviously their biggest vendor | 13:23:03 |

```
 1                REPORTER'S CERTIFICATE
 2
 3          I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,
 4  RPR, CRR, in and for the State of California, do
 5  hereby certify:
 6          That prior to being examined, the witness
 7  named in the foregoing deposition was by me duly
 8  sworn to testify the truth, the whole truth and
 9  nothing but the truth and that the witness reserved
10  the right of signature;
11          That said deposition was taken down by me
12  in shorthand at the time and place therein named,
13  and thereafter reduced to typewriting under my
14  direction, and the same is a true, correct and
15  complete transcript of said proceedings.
16          I further certify that I am not interested
17  in the event of the action.
18          Witness my hand this 30th day of August,
19  2024.
20
21
22  _____
23  Certified Shorthand
24  Reporter for the
25  State of California
```