# EXHIBIT 11

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA


                    Civil Action No. 3:23-CV-04804


ROADRUNNER RECYCLING, INC.,

        Plaintiff,

     -vs-

RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.,

        Defendants.
_____/



                       VIDEOTAPED DEPOSITION OF
                              GRAHAM RIHN



                     Thursday, September 5, 2024
                       10:06 a.m. - 12:20 p.m.


                           Remote Location
                        Via Zoom Videoconference
                           All Parties Remote




                    Stenographically reported by:
        Erica Field, RDR, CRR, CA-CSR, TX-CSR, GA-CSR,
     WA-CSR, NM-CCR, IL-CSR, NJ-CCR, FL-FPR, OR-CSR, NY
                       Notary, FL Notary,
                            AK Notary
                         Job No. 551921
```

| | | |
|---|---|---|
| 1 | after the acquisition.  So you can almost think of | 11:33:50 |
| 2 | that as a net negative to our internal valuation. | 11:33:58 |
| 3 | But what shined above that was the | 11:34:02 |
| 4 | financial impact that the technology could make | 11:34:05 |
| 5 | within RoadRunner. | 11:34:08 |
| 6 | Q  All right.  And just to make sure that | 11:34:26 |
| 7 | I've exhausted the topic.  Other than what you | 11:34:28 |
| 8 | already testified to, is there any other data | 11:34:32 |
| 9 | information you took into consideration to educate | 11:34:35 |
| 10 | yourself for the negotiation of pricing with | 11:34:38 |
| 11 | Mr. Gates? | 11:34:41 |
| 12 | A  Not that would have been super meaningful | 11:34:42 |
| 13 | to the outcome. | 11:34:45 |
| 14 | Q  But even if it wasn't super meaningful, is | 11:34:49 |
| 15 | there anything else you can recall that you would | 11:34:52 |
| 16 | have considered or evaluated? | 11:34:54 |
| 17 | A  I would have to think about it.  I'm sure | 11:34:55 |
| 18 | I had discussions with a number of board members, | 11:34:58 |
| 19 | you know.  Certainly discussions internally.  No, | 11:35:03 |
| 20 | not that I can recall other than what I already | 11:35:15 |
| 21 | mentioned. | 11:35:16 |
| 22 | Q  And you said one of your concerns while | 11:35:17 |
| 23 | you were diligencing Compology was your lack of | 11:35:19 |
| 24 | audited financials; is that correct? | 11:35:23 |
| 25 | A  Yeah. | 11:35:24 |

Transcript of Graham Rihn
Conducted on September 5, 2024

59

| | | |
|---|---|---|
| 1 | Q And you said that that didn't allow you to | 11:35:25 |
| 2 | validate their financial data.  What did you mean | 11:35:27 |
| 3 | by that? | 11:35:30 |
| 4 | MR. MELLEMA:  Objection.  Form. | 11:35:35 |
| 5 | A Compology didn't have audited financials, | 11:35:35 |
| 6 | which leave room for unknowns financially.  Room | 11:35:39 |
| 7 | for unknowns financially can cause detriment to | 11:35:44 |
| 8 | RoadRunner. | 11:35:49 |
| 9 | BY MR. WODARSKI: | 11:36:01 |
| 10 | Q And how would audited financials solve | 11:36:03 |
| 11 | those unknowns? | 11:36:05 |
| 12 | A It's a reliabilities factor is the way we | 11:36:06 |
| 13 | think about it.  Can you fully believe the numbers | 11:36:10 |
| 14 | you're seeing on paper, the balances, balance | 11:36:13 |
| 15 | sheet things like that. | 11:36:16 |
| 16 | Q Got it.  Because the numbers in an audited | 11:36:16 |
| 17 | financial statement are reliable? | 11:36:21 |
| 18 | A They're tested at different levels. | 11:36:22 |
| 19 | They're tested to be accurate. | 11:36:24 |
| 20 | Q And does RoadRunner itself have audited | 11:36:25 |
| 21 | financials? | 11:36:31 |
| 22 | A Yes. | 11:36:32 |
| 23 | Q And those audited financials are accurate? | 11:36:32 |
| 24 | MR. MELLEMA:  Objection.  Form. | 11:36:40 |
| 25 | A To the best of my knowledge, the audited | 11:36:42 |

```
1                CERTIFICATE OF REPORTER
2
3    UNITED STATES DISTRICT COURT )
4    NORTHERN DISTRICT OF CALIFORNIA )
5
6         I, ERICA FIELD, RDR, CRR, certify that I
7    was authorized to and did stenographically report
8    the deposition of GRAHAM RIHN, that a review of
9    the transcript was not requested; and that the
10   transcript is a true and complete record of my
11   stenographic notes.
12        I further certify that I am not a
13   relative, employee, attorney, or counsel of any of
14   the parties, nor am I a relative or employee of
15   any of the parties' attorney or counsel connected
16   with the action, nor am I financially interested
17   in the action.
18
19        DATED this 10th day of September, 2024.
20
21   _____
              Erica Field
22        Erica Field, RDR, CRR
23
24
25
```