# EXHIBIT 12

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
    ROADRUNNER RECYCLING, INC.,
 4
                       Plaintiff,
 5
              vs.                   No. 3:23-cv-04804-WHA
 6
    RECYCLE TRACK SYSTEMS, INC.,
 7  RECYCLESMART SOLUTIONS, INC.
 8                     Defendants.
    _____ /
 9
10         THIS TRANSCRIPT HAS BEEN DESIGNATED AS
11       * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
12            PURSUANT TO AGREEMENT OF THE PARTIES
13
14  VIDEO RECORDED RULE 30(b)(6) DEPOSITION OF ROBERT FYNN,
15  located at 44 Montgomery Street, 36th Floor,
16  San Francisco, California, commencing at 9:59 A.M. PDT,
17  on Thursday, July, 25, 2024, before MARK W. BANTA,
18  Certified Shorthand Reporter 6034, in and for the State
19  of California.
20
21
22  STENO
23  Concierge@Steno.com
24  (888) 707-8366
25
```

```
 1  APPEARANCES

 2

 3  FOR THE PLAINTIFF:

 4      JEFFER, MANGELS, BUTLER & MITCHELL LLP
        BY STANLEY M. GIBSON
 5      2 Embarcadero Center, 5th Floor
        San Francisco, California  94111
 6      415.398.8080
        sgibson@jmbm.com
 7

 8      BY LENA STREISAND
        1900 Avenue of the Stars, 7th Floor
 9      Los Angeles, California  90067
        310.203.8080
10      lstreisand@jmbm.com

11

12  FOR DEFENDANTS RECYCLE TRACK SYSTEMS, INC. and
    RECYCLESMART SOLUTIONS, INC.:
13

14      MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
        BY NICHOLAS W. ARMINGTON
15      One Financial Center
        Boston, Massachussetts  02111
16      617.542.6000
        nwarmington@mintz.com
17

18

19

20  OTHER APPEARANCES:

21  RUSLAN GURZHIY, Video Technician

22

23

24

25
```

```
 1                     INDEX TO EXAMINATION
 2
 3                WITNESS:   ROBERT FYNN
 4   EXAMINATION BY:                                    PAGE
 5   BY MR. GIBSON                                         9
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1     A.    We were going to replace Compology with Pello,
 2   so we had to put Pello in the bins that we were
 3   monitoring anyways.
 4     Q.    Did you notice any difference in the images that
 5   were being returned between Pello and Compology in terms
 6   of your ability to monitor the fill levels?
 7     A.    Yes.
 8     Q.    What did you notice?
 9     A.    The -- the Pello sensors gave a better wide view
10   of the bin than the Compology based on the location where
11   the sensors were installed.
12     Q.    And why do you say that?
13     A.    Compology sensors are installed on the side of
14   the bin.  Pello sensors are installed at the back.  So
15   having it at the back gives a wider view.
16     Q.    And who made the decision to install the Pello
17   sensors at the back?
18     A.    It is by design of the Pello sensor.
19     Q.    And how do you know that?
20     A.    Because the Pello sensor was supposed to help
21   fix problems that we identified in -- with other IoT
22   sensors, including Compology.
23     Q.    What other ones besides Compology?
24     A.    Evreka and Enevo.
25     Q.    What's the other one you mentioned?  I don't
```

CERTIFICATE OF REPORTER

I, MARK W. BANTA, a Certified Shorthand Reporter, licensed by the State of California, being empowered to administer oaths pursuant to Section 2093 of the Code of Civil Procedure, do hereby certify:

That the foregoing proceedings were taken remotely before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand and thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript was invoked/requested.

IN WITNESS WHEREOF, I have this date subscribed my name.

DATED: August 6, 2024

_____
MARK W. BANTA, CSR No. 6034