# EXHIBIT 13

**Key:**
**Green:** Solution has capability
**Yellow:** Solution has partial capability and/or is inaccurate or has other deficiencies
**Red:** Solution does not have capability

| | Waste Metering Provider | | | |
|---|---|---|---|---|
| | Compology | Enevo | Nordsense | 3rd Eye |
| Technology | Camera-Based, Artificial Intelligence Enabled | Ultrasonic detection | Structured Light Mapping | Truck-mounted Camera |
| **Capability** | | | | |
| Accurate, Automated Volumetric Fullness Metering | 🟢 Compology is the only camera-based, AI-enabled waste metering technology. Military grade 13th generation dumpster-mounted cameras collect high quality images of the inside of dumpsters while proprietary artificial intelligence analyzes those images leveraging more than 80 million data points and neural networks to accurately identify and predict waste-volume levels with all material types and loading patterns. | 🟡 Ultrasonic sensors work by emitting sound waves, and using the reflected sound wave to calculate distance based on the time required to receive the reflection. They often have accuracy issues when an object is made out of a material that absorbs sound or is shaped in such a way that it reflects the sound waves away from the receiver. Additionally, ultrasonic readings do not account for uneven dumpster loads and often report false readings indicating that a container is full when it is not. | 🟡 Sensors use a pattern of projected infrared points, calibrated to minimize distortion to generate a dense 3D image. They often have accuracy issues when an object is made out of a material that absorbs light or is shaped in such a way that it reflects the light waves away from the receiver. This technology has an especially difficult time correctly processing clear plastics (for example, bottles and bags) and reflective or transparent surfaces raise difficulties as well. | 🔴 These truck-mounted cameras can show an image of container contents once it has been dumped into the hopper of the collection truck. It cannot determine the volume of material. |
| Remote Visibility: verification, oversight, & contamination identification | 🟢 Up-to-date and historic dumpster images are stored in the cloud and accessible at any time, allowing for remote verification of volume levels, service events and contamination identification. | 🔴 Having no camera, these sensors have no ability to allow for remote verification of volume readings using images, cannot use images to assist with service verification or dispute resolution and cannot identify contamination in any manner. | 🔴 Having no camera, these sensors have no ability to allow for remote verification of volume readings using images, cannot use images to assist with service verification or dispute resolution and cannot identify contamination in any manner. | 🟡 The truck-mounted camera is able to retroactively report what was dumped into the truck after the material has been dumped. There is an image for a person to review, if desired. |
| Automated Rightsizing recommendations | 🟢 Uses artificial intelligence to recommend specific rightsizing actions including pick-up frequency, container size, and service type. | 🔴 While fullness metrics are captured, no actionable recommendations are automatically provided. | 🔴 While fullness metrics are captured, no actionable recommendations are automatically provided. | 🔴 No actionable recommendation are automatically provided. |
| Automated Savings Projections (Based on Rightsizing recommendations) | 🟢 Automatically calculates projected service cost changes in connection with rightsizing recommendations. | 🔴 No savings projections provided. | 🔴 No savings projections provided. | 🔴 No savings projections provided. |
| Automated Contamination Identification | 🟢 Proprietary Artificial Intelligence algorithms review every image to automatically identify dumpster contaminants and content. | 🔴 No capability to identify contamination or conent. | 🔴 No capability to identify contamination or conent. | 🟡 The images can be manually reviewed to identify contamination after the container has been dumped. There is no opportunity for a waste generator to remove the contamination before the truck performs service. |
| Automated Contamination Notification | 🟢 Sends automated, real-time, digital notifications to alert each specific location of contamination prior to a service event via text and/or email. | 🔴 No capability to provide contamination notification. | 🔴 No capability to provide contamination notification. | 🟡 If the images are manually reviewed, and contamination is found, notifications can be provided retoractively - usually once per month attached to an invoice. |
| Automated Reporting: Service Events | 🟢 Images, fullness metrics and accelerometer data are automatically captured as a dumpster is picked up and immediately after it's set back down. Multiple data points enable accurate reporting and verification of service events. | 🟡 Single data point of change in fullness makes service event detection inaccurate. | 🟡 Single data point of change in fullness makes service event detection inaccurate. | 🔴 Truck based images must be reviewed manually to match up each container and customer. |
| Automated Reporting: Diversion Rates | 🟢 Accurate fullness and contamination metering enable automated tracking and reporting on diversion rates. | 🟡 Without the capability to accurately capture fullness metrics or the ability to identify contents and contamination, any diversion reports would inherently be subject to innacuracy, if provided. | 🟡 Without the capability to accurately capture fullness metrics or the ability to identify contents and contamination, any diversion reports would inherently be subject to innacuracy, if provided. | 🔴 No capability to provide diversion rate reporting. |
| Automated Reporting: GHG emissions | 🟢 Accurate fullness and contamination data enables GHG emissions reporting that takes into consideration overall waste and recycling levels, rightsizing of service frequency for fewer truck miles traveled and reduction of unnecessary waste to landfill. | 🟡 Without the capability to identify contents and contamination, any diversion and emissions reports would inherently be subject to innacuracy, if provided. | 🟡 Without the capability to identify contents and contamination, any diversion and emissions reports would inherently be subject to innacuracy, if provided. | 🔴 No capability to provide GHG emissions reporting. |

ROADRUNNER000032453