# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                         --oOo--
 4   ROADRUNNER RECYCLING, INC.,     )
                                     )
 5                 Plaintiff,        )
                                     )
 6            vs.                    ) No. 3:23-cv-04804-WHA
                                     )
 7   RECYCLE TRACK SYSTEMS, INC.,    )
     RECYCLESMART SOLUTIONS, INC.,   )
 8                                   )
                   Defendants.       )
 9   _____)
10
11
12
13
14
15
16       CONFIDENTIAL VIDEOTAPED DEPOSITION BY ZOOM OF
17                       COLIN BELL
18                    AUGUST 14, 2024
19
20
21
22
23
     Remotely reported by:
24   Catherine Buenaventura
     CSR NO. 8724
25   No. 1095750
```

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ROADRUNNER RECYCLING, INC.,      )
                                      )
 5               Plaintiff,           )
                                      )
 6        vs.                         ) No. 3:23-cv-04804-WHA
                                      )
 7   RECYCLE TRACK SYSTEMS, INC.,     )
     RECYCLESMART SOLUTIONS, INC.,    )
 8                                    )
                 Defendants.          )
 9   _____)
10
11
12
13
14
15
16
17       DEPOSITION OF COLIN BELL, a witness, herein,
18   taken on behalf of the Plaintiff, at 10:04 A.M., on
19   Wednesday, August 14, 2024, before Catherine
20   Buenaventura, Certified Shorthand Reporter No. 8724.
21
22
23
24
25
```

```
 1  BY MR. GIBSON:
 2      Q.   And does that go by "SDTC" for short?
 3      A.   Yeah.  Exactly.  Yep.
 4      Q.   And so you applied to them for funding.  Is
 5  that right?
 6      A.   That's correct.
 7      Q.   And then you also said you had to assemble a
 8  technical team.  How did you go about assembling a
 9  technical team?
10      A.   So Carl Anderson was the lead.  He was the
11  first hire on the technical team.  And then Carl built
12  the team, the technical team, once we had the funding
13  in place.  So Carl helped us write the grant
14  application.  And then when the grant was successful,
15  then he built up the technical team.
16      Q.   And you remember that was in 2019?
17      A.   I don't know the exact dates.
18      Q.   And what led you as the executive in charge
19  of development to go ahead and pursue your own sensor
20  with ultrasonics on cameras?
21      A.   So the primary motivation was security of
22  supply.  So with Enevo we had experienced basically
23  what could happen if one of your key pieces of
24  technology is either bought by a competitor or goes out
25  of business.  So the key motivation was to build a
```

```
 1   device so that we had continuity and control of our key
 2   differentiator, which was a smart container sensor.
 3              So Enevo had at one point decided they were
 4   going to become a waste broker in the U.S.  So they
 5   were our primary sensor supplier and then essentially
 6   decided they're going to enter the waste broker market
 7   and did not want to honor any future orders from
 8   anybody who was a waste broker, so essentially became a
 9   competitor and stopped supplying and then went --
10   similarly went bankrupt and went out of business, which
11   created a bunch of issues.  So that event led to us
12   saying we want to be in control of our own destiny and
13   build our own device so that we don't have to worry
14   about things happening in the future in terms of M&A or
15   bankruptcy or whatever it may be.
16        Q.   All right. And they just made ultrasonic --
17        A.   Yeah.  Yeah.  I don't think -- yeah.  Enevo
18   didn't make a camera ever as far as I know.
19        Q.   And when this happened, that's when you were
20   using Compology cameras as well?
21        A.   I think Enevo was done.  Actually, yeah.
22   Based on that agreement we just looked at, there was a
23   removal of an Enevo sensor.  So we were removing Enevo
24   sensors at that point and transitioning to other
25   sensors.  It's a bit of a multi-year process.  I think
```

1  and no risk really.  If it doesn't work, there's no
2  real issue for them.
3       Q.   There's some time they incurred though in
4  terms of meeting with you.
5       A.   Exactly.  Yeah.  There's some time, but, you
6  know, there's no capital cost or any kind of commercial
7  agreement.
8       Q.   Who is Minaz Fazal, M-i-n-a-z F-a-z-a-l?
9       A.   He's a member of the Pello team.
10      Q.   And do you remember what his role was in the
11 Pello team?
12      A.   Yeah.  I can't remember his exact title, but
13 he has a technical background.  And so he worked
14 closely with Carl on testing and the development of the
15 device and the overall product.
16      Q.   At some point do you remember telling him
17 that Pello project was undercover until the May date of
18 2021?
19      A.   Undercover?  Yeah.  We wanted to keep a lower
20 profile on it and not go public, you know, with a big
21 splash with it.  You know, just like any other startup,
22 I think you're kind of developing in stealth until you
23 have something you can kind of show the world, so yeah.
24 You know, we didn't really want to go out there and
25 tell everybody and their dog that this was happening

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1   other than what we had to do through the government
2   requirements for press release.  You know, we had some
3   pretty abrupt -- you know, Enevo was a good example of,
4   you know, someone that basically kind of with our phone
5   call said "We're no longer giving you any more sensors
6   and we're competing with you."  And so that had kind of
7   made us pretty leery of disclosing anything to any of
8   our suppliers in terms of, you know, what we were doing
9   and what we were up to.  So it was, you know, a little
10  bit of business strategy there in terms of not going
11  out and telling the whole world what you're doing
12  because we didn't know exactly how anyone would react
13  in terms of either businesses who want sensors or
14  potentially discontinue services.  We're also dealing
15  with other sensor companies at the same time.
16       Q.   Were you worried that the Compology
17  relationship would be at risk?
18       A.   I wasn't worried the Compology relationship
19  was at risk.  It wasn't a concern of mine.  But it was
20  a concern that something could happen down the road.
21  It could also be from that conversation with Jason that
22  they were potentially entertaining a waste broker
23  business, so that definitely gives you pause if you
24  think that one of your suppliers might become a
25  competitor.