Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> *Assigned for All Purposes to:* <br> The Hon. William H. Alsup <br><br> Date: November 14, 2024 <br> Time: 8:00 a.m. <br> Place: Courtroom 12, 19th Floor <br><br> Complaint Filed:  August 4, 2023 <br> Trial Date:  December 9, 2024 |

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (together, "Defendants"). I have personal knowledge of the matters set forth below in this declaration. If called upon to testify to the same, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Reply in Support of Motion for Summary Judgment.

3. Attached hereto as **Exhibit 16** is a true and correct copy of Compology Order Form (including Appendix A titled "Modifications to Compology Terms & Conditions") executed on June 23, 2021, produced by Defendants at RTS_00348100 – RTS_00348105.

4. Attached hereto as **Exhibit 17** is a true and correct copy of the transcript excerpt of the August 29, 2024 deposition of Carl Anderson.

5. Attached hereto as **Exhibit 18** is a true and correct copy of the transcript excerpt of the October 7, 2024 deposition of Plaintiff's technical expert W. Leo Hoarty.

6. Attached hereto as **Exhibit 19** is a true and correct copy of the transcript excerpt of the September 12, 2024 deposition of Plaintiff's technical expert W. Leo Hoarty.

7. Attached hereto as **Exhibit 20** is a true and correct copy of the transcript excerpt of the September 27, 2024 deposition of Defendants' technical expert Jacob Baker.

8. Attached hereto as **Exhibit 21** is a true and correct copy of the Compology webpage titled "Compology Help Center," publicly accessible at https://help.compology.com/en/ and produced by Defendants at RTS_00335365 – RTS_00335370.

9. Attached hereto as **Exhibit 22** is a true and correct copy of the Compology webpage titled "Compology 101," publicly accessible at https://help.compology.com/en/collections/1545156-compology-101 and produced by Defendants at RTS_00335910 – RTS_00335917.

10. Attached hereto as **Exhibit 23** is a true and correct copy of the Compology webpage titled "Compology APIs," publicly accessible at https://help.compology.com/en/articles/3204070-compology-apis and produced by Defendants at RTS_00335569 – RTS_00335576.

11. Attached hereto as **Exhibit 24** is a true and correct copy of an annotated screenshot of the Compology webpage titled "Compology Containers API" at the "Feed-style Device Post" section with the "200 OK" dropdown, publicly accessible at https://containersapi.docs.apiary.io/#/reference/0/feed-style-device-posts/list-all-device-posts/200?mc=reference%2F0%2Ffeed-style-device-posts%2Flist-all-device-posts%2F200 (last accessed Oct. 31, 2024).

12. Attached hereto as **Exhibit 25** is a true and correct copy of a redacted version of the Master Service Agreement ("MSA") between Lenovo (Singapore) Pte Ltd and Lithium Technologies entered into as of September 26, 2007, filed as Exhibit D to the First Amended Complaint in *Khoros, LLC v. Lenovo (United States), Inc.*, No. 3:20-cv-03399-WHO (Dkt. No. 49-4) (filed July 15, 2020).

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of October, 2024, in Boston, Massachusetts.

*/s/ Matthew S. Galica*
Matthew S. Galica