# EXHIBIT 16



# Order Form

**Order Number:** MB-011421

**Order Form Creation Date:** 06.22.2021

**Customer Name:** Recycle Track Systems
**Address:** 435 Hudson St, Ste 404 New York City, New York 10014
**Phone:** (833) 787-4636

**Attention:** Allyn Shaw
**Phone:**
**Email:** allyn@rts.com

**Order Type:** New

**Subscriptions**

| SKU | Subscription Item Description | Units | Unit Price (monthly) | Subtotal (monthly) |
|---|---|---|---|---|
| 850-01 | **Base Software Module Subscription.** Includes use of Compology Camera, GPS, fullness and access to images. Per camera. | ▮ | ▮ | ▮ |
| 860-0007 | **Content ID Module Subscription.** Categories of Contamination + Content: Garbage Bags, Bulky Items, Tanglers, Styrofoam, E-Waste, Construction & Yard, Uncollapsed Cardboard. | ▮ | ▮ | |
| 870-0001 | All-in Service Program | ▮ | ▮ | |
| | Subscriptions Subtotal (Monthly) | | | ▮ |
| | Subscription Total (Term) | | | ▮ |

Subscription Term (months): ▮
Subscriptions Payment Terms: ▮
Subscriptions Billing Frequency: Monthly

Additional camera subscriptions may be added or subtracted at any time; a minimum of 150 subscriptions will be invoiced monthly regardless of how many cameras are actively deployed.

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          RTS_00348100



> All freight expenses are to be paid by Customer.
>
> All taxes are to be paid by Customer. Taxes are not included on this Order Form and will be charged in addition to the amounts listed on this Order Form.
>
> If Customer is exempt from taxes, Customer must provide supporting documentation from the relevant tax authority prior to order fulfillment. Final tax amounts may vary from any tax estimate if provided.
>
> **Compology "All-In Service Program" Details - Camera Health Monitoring Subscription**
>
> Compology All In Service Plan includes maintenance of every camera nationwide. Every camera issue that requires service (labor & equipment) is covered, for both warranty and non-warranty issues.
>
> The monthly fee per camera is fixed, non-refundable and applies to all your cameras on contract.
>
> Compology All-In Service Plan only applies to fleets of front load and permanent location containers, and is exclusive of any roll off cameras on contract.
>
> Cleaning camera lens service tasks and camera "swaps" are excluded from Compology All In Service Plan. A fixed fee of $75/task would apply to swaps and cleaning camera tasks.

## Installation Services

| SKU | Service Item Description | Units | Unit Price | Subtotal |
|---|---|---|---|---|
| 840-0021 | All-In Service Program Flat Rate Installation | ■ | ■ | |
| | | | Services Subtotal | n/a |
| Services Payment Terms: Net 30 | | | | |

## Purchase Order & Tax Information

| Description | PO Number | Amount | Date Issued |
|---|---|---|---|
| Subscriptions | | ■ | |
| All amounts are in USD. | | | |

2



**Subscription Activation & Billing Schedule**

| Total Active Subscription Quantity | Activation & Billing Start Date | Order Start & End Dates |
|---|---|---|
| ■ | ■ | Order Start Date |
|  | ■ | Order End Date |

| Ship To: | Freight Method: |
|---|---|
| Various Compology Installers | Ground |

| Bill To: | Accounts Payable: |
|---|---|
| Recycle Track Systems<br>435 Hudson St, Ste 404 New York City, New York 10014<br>Phone: (833) 787-4636<br><br>Attention: Allyn Shaw | Same as Bill To. |

**Order Form Expiration**

The pricing, terms and conditions set forth in this Order will expire 6/30/2021. Inventory availability and delivery schedules are subject to change and may change between Order Form creation date and the Order Form execution date.

**Terms and Conditions**

By executing this Order Form Customer agrees to Compology's Terms and Conditions located at https://compology.com/terms-and-conditions and/or amendments captured in Appendix A of this Order Form.

3



Accepted and agreed to by:

**Customer:** Recycle Track Systems (RTS)

**By:** *Allyn Shaw*

**Name:** Allyn Shaw
**Title:** President & CTO

**Date:** 6/23/2021

**Compology**

**By:** *Claus Abildgren*

**Name:** Claus Abildgren
**Title:** Director of Sales

**Date:** 6/23/2021

4



## For Compology Order Fulfillment Information Only

**Equipment**

| SKU | Equipment Item Description | Units | Unit Price | Subtotal |
|---|---|---|---|---|
| 900-0003 | Compology Container camera | ■ | | N/A |
| 950-0013 | R13 mounting hardware kit (FL, metal) | ■ | | N/A |

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   RTS_00348104



### Appendix A
Modifications to Compology Terms & Conditions

**Section 2.1.5** - Amended by adding the following sentence to the end thereof:

For the avoidance of doubt, the foregoing covenant and agreement is intended solely to prevent Customer from attempting to recreate or reverse-engineer Derivative Data generated by the Software from Device Data and shall not otherwise restrict the Customer from manipulating or processing Device Data for any purpose or by any means.

**Sections 5.3 and 6.2** – Amended by adding the words "Device Data and Derivative Data" after each instance of the words "Customer Data" in each such Section.

**Section 9.4. Renewal -** replaced in its entirety with:
9.4.     Renewal. Following the initial term of an Order Form, all Subscription Services shall automatically renew for successive one (1) month renewal terms (each a "Renewal Term" and together with the initial term the "Term"), until such time as either Party provides the other Party with written notice of termination at least thirty (30) days prior to the last day of the Order End Date of an Order Form or any subsequent Renewal Term.

**Section 10.1** – The definition of "Confidential Information," as it related to Customer, is amended to include information related to the business or affairs of Customer's customers at whose properties Devices are deployed.

**Section 13.1** – Amended to include Customer's customers on behalf of whom Devices are deployed as an indemnified party.

**Section 14** – Amended by adding a new Section 14.11 as follows:

14.11. Amendment. No Amendment or modifications of these Terms following the effective date of an Order Form shall be effective with respect to such Order Form, except with the Customer's prior written consent.

**"SCHEDULE A - EQUIPMENT WARRANTY"**
- Under section for 'Whats Covered', replace "Technician services for cameras in Zone 1 locations (as outlined in Technician Service Details)" with "any Technician services for cameras in continental US locations"
- Under section for 'What's Not Covered', delete item of "Labor cost for removing or reinstalling cameras considered under Standard Service program plan, or in Zone 2 if under Premium Service Program ".

[Remainder of this page intentionally left blank]

6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                    RTS_00348105