# EXHIBIT 17

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3    ROADRUNNER RECYCLING,        )
      INC.,                        )
 4                                 )
          Plaintiff,               )
 5                                 )
      V.                           ) Case No.
 6                                 ) 3:23-cv-04804-WHA
                                   )
 7    RECYCLE TRACK SYSTEMS,       )
      INC., RECYCLESMART           )
 8    SOLUTIONS, INC.,             )
                                   )
 9        Defendants.              )

10

11

12

13   ************************************************************

14

15                     ORAL AND VIDEOTAPED

16

17                        DEPOSITION OF

18                        CARL ANDERSON

19                      August 29, 2024

20                          Volume 2

21
     ************************************************************
22

23

24

25
```

```
 1        A.   Yes.
 2        Q.   And it lists his title at the time in March of
 3   2019 as the IOT product manager.
 4             What do you understand that role to be --
 5             MR. GALICA:  Objection.
 6        Q.   (BY MR. GIBSON)  -- at that time?
 7             MR. GALICA:  Objection.
 8        A.   I really don't know.  I wasn't part of the
 9   company.
10        Q.   (BY MR. GIBSON)  This is when you were serving
11   as an outside consultant.
12        A.   Yes.
13        Q.   And do you know why you were reaching out to
14   Mr. Jansen at this time period in 2019?
15        A.   To be honest, I can't remember why.  Never used
16   it; never did it; but I can't remember.
17        Q.   You don't remember anything about it?
18        A.   I do not remember a single thing about it.
19        Q.   All right.
20             And the pictures I asked you about in your
21   first deposition, you didn't remember, those are
22   attached to that email; is that correct?
23        A.   Yes.
24        Q.   I think in your first deposition, you did
25   recognize that these were a dissembled Compology camera,
```

1  correct?
2          MR. GALICA:  Objection.
3      A.  I believe they're from a -- Compology, yes.
4      Q.  (BY MR. GIBSON)  And, in fact, Mr. Jansen's
5  email -- well, actually, not Mr. Jansen.  Your email, we
6  looked at on March 29th, 2019 at 3:09:16 p.m. actually
7  references a Compology unit, correct?
8      A.  That is correct.
9          Because he'd sent pictures of a Yukon
10 camera that he was looking at.
11     Q.  And then you wanted him to send you pictures of
12 the Compology unit, correct?
13     A.  That is correct according to this.
14     Q.  And you don't remember why you did that,
15 correct?
16     A.  I do not.
17     Q.  And it looks like you say to him -- this is
18 your email that you wrote to him where you say (as
19 read):  "My bad on what I was looking for on the camera.
20 Oops.  Meant the Compology unit.  You showed me one you
21 had opened up.  That is what I would like photos of and
22 some sizing information on it and the board inside."
23         Do you see that?
24     A.  I do see that.
25     Q.  And you agree you wrote that email at this time

```
 1  in March of 2019, correct?
 2       A.  It's in writing.
 3       Q.  Okay.
 4           You don't have any reason to believe you
 5  didn't write these words, correct?
 6       A.  I do not have any reason to believe I did not.
 7       Q.  And do you remember seeing a Compology unit
 8  opened up when you were meeting with Mr. Jansen in 2019?
 9       A.  I honestly don't.
10       Q.  And I take it you don't remember why you were
11  being shown that unit, correct?
12           MR. GALICA:  Objection.
13       A.  I do not.
14       Q.  (BY MR. GIBSON)  Did Mr. Jansen tell you why he
15  opened up a Compology unit?
16           MR. GALICA:  Objection.
17       A.  He did not.
18       Q.  (BY MR. GIBSON)  When you were preparing for
19  your deposition to testify on behalf of the company in
20  this matter on the topic of reverse engineering, any
21  Compology cameras -- did you ask Mr. Jansen why he had
22  opened up a Compology unit in 2019?
23           MR. GALICA:  Objection.
24       A.  So, again, I don't remember why I asked for
25  this.  We never used it.  I have no idea why he would
```

```
 1  have opened one.
 2              MR. GIBSON:  Well, I'm just going to strike
 3  as nonresponsive.  Try to answer my specific question.
 4      Q.  (BY MR. GIBSON)  I'm wanting to know in the
 5  last few days when you were preparing for your
 6  deposition, did you ask Mr. Jansen why he had opened up
 7  a Compology unit?
 8      A.  No, I did not.
 9              MR. GALICA:  Objection.
10      Q.  (BY MR. GIBSON)  Did you have any conversation
11  with him regarding how the Compology unit that he opened
12  up was used?
13              MR. GALICA:  Objection.
14      A.  No.
15      Q.  Did you ask him when you were preparing for
16  your deposition whether he remembered why you had
17  requested pictures of the Compology unit?
18              MR. GALICA:  Objection.
19      A.  No.
20      Q.  (BY MR. GIBSON)  And as you sit here today, you
21  have no recollection of why you asked for these
22  pictures; is that correct?
23      A.  I have no recollection.
24              THE STENOGRAPHER:  Excuse me.  Was there an
25  objection, Mr. Galica?
```

```
 1                    MR. GALICA:  Yeah.  I'm trying not to speak
 2   too loudly, but I'll speak up.  Objection.
 3        Q.  (BY MR. GIBSON)  So I'm just curious.  Why did
 4   you, in the last two or three days, ask -- once you knew
 5   these pictures -- where they'd come from, why didn't you
 6   ask Mr. Jansen why he had opened up a Compology unit?
 7                    MR. GALICA:  Objection.
 8        A.  I guess, I -- as I say, we never used it.  We
 9   -- depending on the original design from us, so it
10   wasn't anything we used.  I didn't even think about
11   asking him.
12        Q.  (BY MR. GIBSON)  And you say you never used it,
13   did you -- were you ever told by Mr. Bell, who hired
14   you, that there were restrictions on disassembling a
15   Compology unit?
16                    MR. GALICA:  Objection.
17        A.  I believe we talked about this the last time in
18   the deposition, no.  In the other deposition.
19        Q.  (BY MR. GIBSON)  I take it, you've read through
20   this email in preparation for your deposition, correct?
21        A.  Yes.
22        Q.  And looking through it hasn't triggered any
23   memory of your part of why you asked for the pictures or
24   anything else about the Compology unit?
25                    MR. GALICA:  Objection.
```