# PUBLIC EXHIBIT 18 REDACTED ENTIRELY