# PUBLIC EXHIBIT 19 REDACTED ENTIRELY