# PUBLIC EXHIBIT 20 REDACTED ENTIRELY