# EXHIBIT 21

# Web Data Collection Report

**Page Title**

Compology Help Center

**URL**

https://help.compology.com/en/

**Collection Date**

Mon Aug 12 2024 11:55:22 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

11bdefd53ea7026f2e76d9deef451be5d1e03f77286721717a956efdec4bc6b433abac0a
2addb7b0f0ee0e5dd80603dd3fb23b4ba0f59d664014afc30787319ef49220732f3b24d0
2ea16e81f744d494328a8e198c4cac53db04387c06e21082d7f93745c75c8ae2b2b3d8ee
2edd14c497b0a4d4b6723b319637ca6b07b55a6e7ce7c04332653cdc4a467387be992f7a
85439ba7cb0d52518f6ef84e6be93a918150de02db01b22d918bc0695c5990c5cb5284de
5cd1cbcb0ba53963b0dcf655aaf25122c5e8d65f5ab3a4fe6d7629231f89c0fe4f12b3a55
ede17d76add58e83ccb8923489c91fd717efa805082f98767dcde14b909d3aadfb0fe4d4c
62ce91

RTS_00335365

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-Aug-12-24-11-55-22-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

aee5c64ffe7aa0a688cd3a6df2fbdf2a77c38e01d70e780b11e6363880f827dc

**Signature (PKCS#1v1.5)**

0fa75b6432d6ce8d65dd34cc35b2c20009fff7966387f1f5f28a561428b4b3bffff546293
0d5354587aadc72592c8e5e981dd4888f4f2a960ba854e2b016665a1d7c6fea10e26cb721
9c45d9f2dfdc7246bc81338ea64d7178fbedffec0e73180c058907ca6163b533a859f0c88
955c38da9648557534185968cfba18b492ff2ea5e3390ce53faad9cb93a172763119a92d
6967f98faab1f738ca51e64b458a581f7636bd619e10ce0132ba287b81276daf35080565
f9eada7d0e970c7773b5b50fd180ce0e977560da88b70e399ec9f5d94880190ee268d7b9
cac1a619cf080be4243a0d923d8bc18ff935bcf91967a59e933dc7b9be7c67ecee56435d4
c90a

RTS_00335366



**File Name**
https-help.compology.com-en-Aug-12-24-11-55-22-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
ff5b0ebe25e6777b35b40526d8f48c58c4ad6d2011d836ad6446fbc5ddd44b60

**Signature (PKCS#1v1.5)**
74dacd240c007c2dd5155889b2c24358fe739814aebbf966942a06425b222bbbd46650cb9a8c8b5a3a
bd6d6079e88280e0aadd706d87a3bf0b002ea58888ee518dd5f47ffaa17be7d89a448002c7f01ecbf5
12a3cd0898e7d9b353223eefa379ffecf921c35b912f7776b26e92c1c671438c7b0b7d839522f899cf5
6f8d4db67748e4308cbc0a5e67407bfdd248a6b9f1490b626ed95ee7748783b1fc39ff024ef635f2f84
4f980c2175718a6316b61049511e4235f375d00d1c8ecdcfd3d7228f04af661a4046844c2034bbaf769
703777a6780cd66d949f6f89974675e6481f2ae11b9091692c8bc4fc63a994cab97b78fba169260d3c5
ab153611cc1df650

**URL**
https://help.compology.com/en/

**Timestamp**
Mon Aug 12 2024 11:55:22 GMT-0400 (Eastern Daylight Time)

RTS_00335367

Compology Help Center

We run on Intercom

**File Name**
https-help.compology.com-en-Aug-12-24-11-55-22-GMT-0400-(EDT)_1.jpg

**URL**
https://help.compology.com/en/

**Hash (SHA256)**
0be466faa8c3d6c9add046e577f4c43b407f0167b807a3c3d911582af4921c10

**Timestamp**
Mon Aug 12 2024 11:55:22 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
2aeabf387e9ab706f595054e32ad965314ebb0b2f57b257ae94edab2f2b860a8c22faee854c4494c0
3c2c59e1d08a668d4aa94d106757e493feec98d6bc7be1ee615b837ff3343fbb0a71ca68219e126044
b950fb52754bb5f1cf7968c49ad6741132ee673578070463a58269dc87852dcbb80909aef35cd6f280
cb7f65bf9a0177c2ae4b7f481130101f83396f99fdac58c547887aec452b9ed50444e5a78fd1dd4c82
b61f25293ba8c8ebc7e1693b089102cc18e8171d98ec0ab48ac90ab3985d72a0f511a0a544a53247e2
4666f601eb5ab19d56e63e3f215aab5f585e1efad701c5850f377ece47937a2da669afad363588e1ca
3f9661ae426ed93904c0d



RTS_00335369

RTS_00335370