# EXHIBIT 22

# Web Data Collection Report

**Page Title**

Compology 101 | Compology Help Center

**URL**

https://help.compology.com/en/collections/1545156-compology-101

**Collection Date**

Mon Aug 12 2024 11:56:36 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

132906607fd6c92ea6e7a4b3d8a5fc373b6bc15b462687bda46d10d13c5809b4769d3844
2596a2a9955b183aa044359b367fe9151f1efd9f74a9e99768e9e75d98a206ba7daa4004
4fed06bc58356589120508d5a2663a0499153502abbc3dec527593e0e95159f2bc3ca2a9
55823a885ea5c8ed0543f5b729357076b3b5a0fda5bc28ae6d3d678d11c232269fc2fc7b
2ae37c77bca9cdb9db9d9b72282f4f5c7c51fd1499409ab69275c40171b95aba34a3ef09
5bf8327068b39380f965524f5280520c8056aa66f5df70516929f98c928806e1de3297c6
165e39a211a270f8db145c845aca21751ac3230fd7acc73820ece346500e0deea455d20f3
16acc70

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-collections-1545156-compology-101-Aug-12-24-11-56-36-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

b4acd1b7b300cf8eb9e1de5cf957011c93258df4a1d727da3fc521dd8b15a8c7

**Signature (PKCS#1v1.5)**

57be8a3522e1ae93b74704595b2d95070d6cc70d3f61e506e8a2cca70984d84b4070d2fc
5e533b1b08eab8badc59b8d5c1eee528cc3e19cf28c2afebd18edb382b2a3c025a731fe64
c5af237ed7b7e22758169cba5495ee8bea7a7d68bd076580617f5f7b404a53d2fda913fb3
5716b6ed69e8ff812cd17718c9e3748af314a5efd1e5dafd54750e0c08cabe1ad7052df43
66274dc1443b0d71bf88b7356ba6218b9669a471d47fb6bcd8a4f96f4d90bde6c657fd1e
4baba4414d91c2019af9c32d9279031beefea55dd4483f3ed637803908a8d630704cda8a
955586369356905df9bd6353ded86e0cb0ce376d57d1c32eebf9f28d552e3efcdfd7555b
f6faa



**File Name**
https-help.compology.com-en-collections-1545156-compology-101-Aug-12-24-11-56-36-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
68b198a28a58ee833e90b6373c0a351530380f39e8b50818ee7bcd35525252fc

**Signature (PKCS#1v1.5)**
147403afd3506a100daf0092619f87e245f2c260b9956035cec1a6055151bd61e2d07c8c62c11d283b0c267bf0f40717415ee112a62d99eee76317c5a454b9e95dc217ae1e1c169461368d360a5a3c2942d5fb520c4b5be3f1be67ed88d8c1d4644480b9fa427991ec81fb7459147ecc715c7c567678d5f7489d9ee0509997617481f25360e65d0226b8eed84dde57a1f8e5e28de19a1b10cd5230920bb81b7fdb75aa5ed726c0bbcb3be361537b1b0529284aed996998d73cc5c9154f51bd7aef600afed5638c568df5b71668783d3b0c28b0eed6e6e10d0896412f7b861e0f7a589b14f6b9bc3f837dc7a55caa3cc2a303ce41f65e99c7e4a27f379fb95b13

**URL**
https://help.compology.com/en/collections/1545156-compology-101

**Timestamp**
Mon Aug 12 2024 11:56:36 GMT-0400 (Eastern Daylight Time)



**File Name**
https-help.compology.com-en-collections-1545156-compology-101-Aug-12-24-11-56-36-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
c646415c273f70e828886a245d200ef747e33282198f59fa18135aab4b14c309

**Signature (PKCS#1v1.5)**
70077b0ca6978a8c11c60650f1b04ff700f1af9baab5dbf20ab161a650176ecda6e7f3a5abdb04b0ba
3abcabfd9acf46fc493a1dd06867b8d3db5b9dc75160cc77f157ed0663a86cbf9eef3ba5a80cd26870
94087fd3197ccd431d66c0b77a2d543cb2e7bf5150c316079212c94cdc65471f5ae728e00b4d50177e
6d186af37805f5ee6c099818bce8b4e5eded4dcd90fc8d500d1b44a5ee4fb7b3af103237498ccaa8b6
5793c10080fd9ff6222e483de8aa4641d5d09b5b9510413dece10a37895232607fb843af3aa29fd888a
a4f5d6e514c4ecce69e3f7f8cdf3291171caf03cafed2938d2fd2e0c5e5679e5aced61b4a7cf1770d7682
98ec66bcff6631fb

**URL**
https://help.compology.com/en/collections/1545156-compology-101

**Timestamp**
Mon Aug 12 2024 11:56:36 GMT-0400 (Eastern Daylight Time)

Adding Disposal Sites & Container Storage Yards

Editing Container Information

Adding Customers & Service Locations

Adding a User & Signing up for Compology

Compology Help Center

We run on Intercom

**File Name**
https-help.compology.com-en-collections-1545156-compology-101-Aug-12-24-11-56-36-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
3b5e753e4c3b4c5c3ecc9ed6cebca9edaffd62c401a0ade702d9c097811c4b4f

**Signature (PKCS#1v1.5)**
219b5dd820b1413b6ffe1afabbf34f05c3f971aba047d9d187651f82844dcb07f438376bcb249838fbc6519122f9558378c9b0030ec5b68c502d1ae1926eb50131e5b1983f3cbd9f65cbc9bdf6719bd74ff99bc53f212d8d1678e17e846382dfe2182e249bfa4c079824da81fdeea0cf1fbf0be466a428c413fc37e9edb03ef94d8c30408fc1024c99cefce7eccf56acefc6c4ce218051e712fccf9e71b68cbe3256237bbfa0e6648144a5a277132d0fd5c61a015f38b0def743c5f072248a322263459a83385354267b4bdb61080baaaf40c2feace2f8b6a1412cb74bd03937ca21315d2563d2acce748d5d1396cf4d311d10a576fcc99ca6ddf30fbbd9c674

**URL**
https://help.compology.com/en/collections/1545156-compology-101

**Timestamp**
Mon Aug 12 2024 11:56:36 GMT-0400 (Eastern Daylight Time)



RTS_00335915

- Service Location Accessibility for Maintenance
- Fullness Notifications
- Historical Container Activity
- Locking a Container to a Service Location
- Using the Containers Page
- API Authentication Tokens
- In-App Data Download
- Compology APIs
- Inbound Ordering
- Deactivating & Reactivating Users
- Filter by Associated User
- Using the Containers Page - Container Cards.
- Using the Containers Page - Filters.
- Using the Containers Page - Map View
- Matching Containers to Service Locations
- Adding Disposal Sites & Container Storage Yards
- Editing Container Information
- Adding Customers & Service Locations
- Adding a User & Signing up for Compology

RTS_00335916



RTS_00335917