# EXHIBIT 23

# Web Data Collection Report

**Page Title**

Compology APIs | Compology Help Center

**URL**

https://help.compology.com/en/articles/3204070-compology-apis

**Collection Date**

Mon Aug 12 2024 12:25:08 GMT-0400 (Eastern Daylight Time)

**IP Address**

172.27.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

589dd537adc1fea8833942c820ffb93e44c9c6bda10f5adc94d4cac752f1700a6ee77442
4f11e5ecca5f0d7e6377bc84ce34cc2818d40223c059358150d902f0327dbd2e943429be
5902e6ad5d01b3772553dc9d0ef917970ae7941c28e9d0e45c91a0df0549750ea0006ca2
9c9a2a57b3166d07bf54ddd1acebb5a3342236b899b8bd3cb9759c80dabb14cd115e1d8ef
b513216270b4e0b125634ef3d5a39f6e17aa6161a407d34ff2f5c0d0ec623f20c9bde4c48
7e64ed64c24dfa27639647b3e213087b7c1df2c0754ac65f7acf33a7830e0d66df1ee604
7e1b8b622f712ec0aa065f5d66045a344552ca6f8b2ac56a09efad4bfbc4ae082e3623bb
168d38

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-help.compology.com-en-articles-3204070-compology-apis-Aug-12-24-12-25-08-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

f5fb7f43e7d56a070f32e9afbffcbe822ec04e3af48fe5e2eacea6d684246e04

**Signature (PKCS#1v1.5)**

6cb86855bbb77f7ff5efac465bca60f275bddf963bc29dd13a2f42a723dbd0f3c7095ccc
437c9ccdb869442b618f9fcfabdeafb43cdec937c7bf6946913c62cde85a8b2b1b8c7c1b
4b46c4fb7e682d28287eb3e1307aa80cfdf0324590037c49fdf99aa273cf97066e49716
3cd954dba521b6745207b62efda492546343323c3de5759aff3518622a2c7b5fdb65d60
98308871204efc050ab2b79285836b64eb6b509f795853d86c396333e044998e53758e9
6d8479b94c4956c53a90246a7b63207d9324279c8d03b71cebc2deeffe8e0cbc00ae804a
7cabfb24c77441f6730627845927f1945940afb83582c126c450229173fefdc66e85379d1
48dcd750b5



All Collections > Compology 101 > Compology APIs

# Compology APIs

Overview of available APIs and links to documentation



Written by Dana Beck
Updated over a week ago

## Containers API

The Compology Container API allows you to query data about your containers.

The API is based on REST principles, making it conform to industry-standard approaches, and making it easy to implement and test clients. You can use **curl** to test URLs and you can use any programming language to interact with the API.

Use cases of this API include (but are not limited to):

- Getting a list of containers
- Getting a list of containers for a specific customer
- Getting a list of device posts for a specific container
- Update a container's service schedule
- Getting summarized collection data for a specific container
- Getting rightsizing recommendations for a specific container

Full documentation can be found here.

## Customers API

The Compology Customers and Locations Read/Write API allows you to query and create data about your customers and their service locations.

The API is based on REST principles, making it conform to industry-standard approaches, and making it easy to implement and test clients. You can use **curl** to test URLs and you can use any programming language to interact with the API.

Use cases of this API include (but are not limited to):

**File Name**
https-help.compology.com-en-articles-3204070-compology-apis-Aug-12-24-12-25-08-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
833c7ef875ec4cd534497ad8848f4ad0d983a2ee5095338822da5b319df4e31b

**Signature (PKCS#1v1.5)**
27b3f376d71020d299c359362fad55fdf419a8e8848a8d8f5e6d9c2d7a7651a83bc48881023f68056
bf52a45fd04fb0bd754c92535682d7592f1cc6212b5e43bd6850d89bc5917c0b62107699850f79b4
2f5c6746c690bbae4f8bb057abf8bda9736bbd7fb947f564ab5032ff28edc16ea77738e6544edf28
5a077e4972a2ed71240a8b4e637fed0d0f07b038434daae658cf4cb66a5b61f31049b4be85397b00
ab33fe636003b054e617768982b10b0559de2f192d44a1065cb521c6dfb6ea2928d85aea33a4b245
eaf2db8aaf7d2c556d085f9d6cac3e2748cc8b5de50e75dcb7c3ddcc520036f5fc92da5a0a4f67bd1
39fe48a18dfdb6a055e6600fd5d674

**URL**
https://help.compology.com/en/articles/3204070-compology-apis

**Timestamp**
Mon Aug 12 2024 12:25:08 GMT-0400 (Eastern Daylight Time)

- Getting a list of containers for a specific customer
- Getting a list of device posts for a specific container
- Update a container's service schedule
- Getting summarized collection data for a specific container
- Getting rightsizing recommendations for a specific container

Full documentation can be found here.

## Customers API

The Compology Customers and Locations Read/Write API allows you to query and create data about your customers and their service locations.

The API is based on REST principles, making it conform to industry-standard approaches, and making it easy to implement and test clients. You can use **curl** to test URLs and you can use any programming language to interact with the API.

Use cases of this API include (but are not limited to):

- Getting a list of customers
- Getting a list of service locations for a specific customer
- Adding a service location
- Deleting a service location

Full documentation can be found here.

## Access

API access to the Compology data is available to all administrators. To start developing with Compology APIs you will need to obtain your API keys to authenticate your API requests.

Did this answer your question?
😞 😐 😛

Compology Help Center

We run on Intercom

**File Name**
https-help.compology.com-en-articles-3204070-compology-apis-Aug-12-24-12-25-08-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
fb87342580a29f81eabc05eaa863c284db9c003a50ffee41e828ede8fa526478

**Signature (PKCS#1v1.5)**
66eb9dd6628a70b9c594001cbe2b9b561e85ba554cda07e27426f09509696edd35f2ab3ef98bbb490
628da8051a22457cadd6e8415f185a821564314d98335f261b7f02d40cf0351024aacd4172b4c096d1
971e609761bf534faa091d14fad1ae32e5070d6424b2c6552792990071416811f96571e44327f8ad2d9
1a976b7ee861bf16f722c9e796560055c7f408f49fed6b7a5b80cdd24ccf1c63f37fea218a4cc255d3
a1768e4aa335e8c5d4059b251f2bbdb968de5b2674586731438c3ece568bf4baba1c1a51681759fd8
4993cc57004bd3a60cf109e19b137a40d54f4e01c2f34ce034be1454c4eb4de43c03524083e1edb0d6
676b41f0f84bc3a84ba4fa

**URL**
https://help.compology.com/en/articles/3204070-compology-apis

**Timestamp**
Mon Aug 12 2024 12:25:08 GMT-0400 (Eastern Daylight Time)

RTS_00335572

Compology Help Center

We run on Intercom

**File Name**
https-help.compology.com-en-articles-3204070-compology-apis-Aug-12-24-12-25-08-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
9b11d1bc1d70ab1c32b0351f1ef1d6c518bb1aa033a900e8609e60f38bbba6a0

**Signature (PKCS#1v1.5)**
4c2173b3b07c77141bc584a03aef67ef8d29d448b3dd4f3d0eb043d0749dc8bcdc75b945006595e66
246dfd0086d4964ad9bbfcf2554d436cfbdbe430532cfe6e262ca1f5a2f7833160c24e70af1b258eb
92edd625f936dfa36952d4c31ab91f0256113148a4d42ed49ce04f99329f24732bb00b994c2af106f
9d39fd1c677983ec4ac83f6e105075447b1b35447e74e974ccd4943d3c746f4fc5de7924257afc46e
56c5bf4c396a20170c01b8b3c4184bbc2678019776de2f4f0125bf84a71538365dde1225f66056421
e1f8be672467ebc4e6b3c7be2fba954453b583f26399e08af2245efdea699789c958087a089cffbf
08a995036dddc4fe05b607e0534

**URL**
https://help.compology.com/en/articles/3204070-compology-apis

**Timestamp**
Mon Aug 12 2024 12:25:08 GMT-0400 (Eastern Daylight Time)



All Collections > Compology 101 > Compology APIs

# Compology APIs

Overview of available APIs and links to documentation

 Written by Dana Beck
Updated over a week ago

## Containers API

The Compology Container API allows you to query data about your containers.

The API is based on REST principles, making it conform to industry-standard approaches, and making it easy to implement and test clients. You can use **curl** to test URLs and you can use any programming language to interact with the API.

Use cases of this API include (but are not limited to):

- Getting a list of containers
- Getting a list of containers for a specific customer
- Getting a list of device posts for a specific container
- Update a container's service schedule
- Getting summarized collection data for a specific container
- Getting rightsizing recommendations for a specific container

Full documentation can be found here.

## Customers API

The Compology Customers and Locations Read/Write API allows you to query and create data about your customers and their service locations.

The API is based on REST principles, making it conform to industry-standard approaches, and making it easy to implement and test clients. You can use **curl** to test URLs and you can use any programming language to interact with the API.

Use cases of this API include (but are not limited to):

- Getting a list of customers
- Getting a list of service locations for a specific customer
- Adding a service location
- Deleting a service location

Full documentation can be found here.

## Access

API access to the Compology data is available to all administrators. To start developing with Compology APIs you will need to obtain your API keys to authenticate your API requests.

Did this answer your question?

😞 😐 😃

Compology Help Center

We run on Intercom

RTS_00335575

RTS_00335576