# EXHIBIT 24

```json
{
  "payload": [
    {
      "id": "1234bd1b-c18a-4971-a24f-e2a4f8807a8e",
      "organizationId": "EXCORP",
      "containerId": "EXCORP_00016...",
      "occurredAt": "2020-09-01T00...",
      "updatedAt": "2020-09-01T01:01:12.356Z",
      "level": 30,
      "...Image...Analysis": false,
      "cameraBlocked": false,
      "latitude": 37.77172,
      "longitude": -122.407249,
      "imageUrl": "https://images.compology.com/1/raw_device_data/1234bd1b-c18a-4971-a24f-e2a4f8807a8e",
      "fillCycleId": "1234d7a-1...ada66b9a36",
      "locationId": "123428d2-85...6f4857f86",
      "pendingLocationMatch": false,
      "visibleContamination": {
        "plastic bag": {
          "count": 2
        },
        "bulky item": {
          "count": 0
        },
        "tanglers": {
          "count": 0
        },
        "e-waste": {
          "count": 0
        },
        "uncollapsed cardboard box": {
          "count": 0
        },
        "styrofoam": {
          "count": 0
        }
      },
    },
```

Annotations:
- "Fill Level" Metadata → `"level": 30`
- "Obstruction" Metadata → `"cameraBlocked": false`
- Image → `"imageUrl"`
- "Contamination" Metadata → `visibleContamination` block