oArameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:   (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS INC.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*Assigned for All Purposes to:*<br>The Hon. William H. Alsup, Courtroom 12<br><br>Complaint Filed:　　August 4, 2023<br>Trial Date:　　　　　December 9, 2024 |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Evidence 201, Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") request that the Court take judicial notice of the following documents in support of their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment. All exhibits correspond to the exhibits attached to the supporting Declaration of Matthew S. Galica, filed concurrently herewith.

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| **Exhibit 21** | Compology webpage titled "Compology Help Center," publicly accessible at https://help.compology.com/en/ and produced by Defendants at RTS_00335365 – RTS_00335370 |
| **Exhibit 22** | Compology webpage titled "Compology 101," publicly accessible at https://help.compology.com/en/collections/1545156-compology-101 and produced by Defendants at RTS_00335910 – RTS_00335917 |
| **Exhibit 23** | Compology webpage titled "Compology APIs," publicly accessible at https://help.compology.com/en/articles/3204070-compology-apis and produced by Defendants at RTS_00335569 – RTS_00335576 |
| **Exhibit 24**[1] | Screenshot of the Compology webpage titled "Compology Containers API" at the "Feed-style Device Post" section with the "200 OK" dropdown, publicly accessible at https://containersapi.docs.apiary.io/#/reference/0/feed-style-device-posts/list-all-device-posts/200?mc=reference%2F0%2Ffeed-style-device-posts%2Flist-all-device-posts%2F200 (last accessed Oct. 31, 2024) |

## I. LEGAL STANDARD

A court may take judicial notice of documents and information of "matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001); *Cal. Sportfishing Prot. Alliance v. Shiloh Grp., LLC*, 268 F. Supp. 3d 1029, 1037-39 (N.D. Cal. 2017). Judicial notice is appropriate for facts "not subject to reasonable dispute" that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). As described below, courts may take judicial notice of public webpages and documents, for the purpose of establishing what information is within the public record.

---

[1] Exhibit 24 to the Galica Declaration is an annotated screenshot from the Compology webpages specified above. For clarity, Defendants do not request judicial notice of the annotation they applied to the screenshot and only seek judicial notice as to the screenshot itself.

## II. THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE EXHIBITS AT ISSUE

Federal Rule of Evidence 201 allows the Court to take notice of facts that are not reasonably in dispute because "it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The Court should take notice of Exhibits 21-24, which are Compology's own publicly accessible webpages or the screenshot thereof, as appropriate subjects of judicial notice of the public availability of such information. *E.g.*, Dkt. No. 43 at 4 (finding that the webpage "containing RoadRunner's own public disclosures" is "an appropriate subject of judicial notice of the public availability of this information"). Courts in the Ninth Circuit have found that, "[i]n this new technological age . . . company documents may be judicially noticed insofar as they are available via the worldwide web." *In re Tourism Assessment Fee Litig.*, No. 08CV1796-MMA WMC, 2009 WL 10185458, at *4-5 (S.D. Cal. Feb. 19, 2009), *aff'd,* 391 F. App'x 643 (9th Cir. 2010) (quotation and citation omitted); *Datel Holdings Ltd. v. Microsoft Corp.*, 712 F. Supp. 2d 974, 985 (N.D. Cal. 2010) (taking judicial notice of Xbox screen shot showing update requirements where, "the fact of the update cannot be reasonably disputed because inserting the Mass Effect 2 disc in any Xbox game player will show the update."); *Parallel Synthesis Techs., Inc. v. DeRisi*, No. 5:13-CV-05968-PSG, 2014 WL 4748611, at *3 (N.D. Cal. Sept. 23, 2014) (taking judicial notice of "patent policy webpages" "because the documents' authenticity is not in dispute and may be verified by resort to the public record"). Therefore, the Court should take notice of Exhibits 21-24.

Dated: October 31, 2024

Respectfully Submitted,

*/s/ Matthew S. Galica*

Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:   (310) 586-3202

James M. Wodarski (Admitted Pro Hac Vice)
JWodarski@mintz.com
Michael C. Newman (Admitted Pro Hac Vice)

MCNewman@mintz.com
Matthew S. Galica (Admitted Pro Hac Vice)
MSGalica@mintz.com
James J. Thomson (Admitted Pro Hac Vice)
JJThomson@mintz.com
Sean M. Casey (Admitted Pro Hac Vice)
SMCasey@mintz.com
Tianyi Tan (Admitted Pro Hac Vice)
TTan@mintz.com
Stephen Chen (Admitted Pro Hac Vice)
SChen@mintz.com
Amy LoBue (Admitted Pro Hac Vice)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.