1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br> v. <br><br> RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC, <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> *Assigned for All Purposes to:* <br> The Hon. William H. Alsup, Courtroom 12 <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:          December 9, 2024 |

1

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(CASE NO. 3:23-CV-04804-WHA)

# ORDER

Upon consideration of the Request for Judicial Notice by Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants"), and for good cause shown, and for good cause appearing, it is hereby **ORDERED THAT:**

Pursuant to Federal Rule of Evidence 201 and governing case law, this Court will take judicial notice of the documents listed in the table below. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001); *Cal. Sportfishing Prot. Alliance v. Shiloh Grp., LLC*, 268 F. Supp. 3d 1029, 1037-39 (N.D. Cal. 2017). Judicial notice is appropriate for facts "not subject to reasonable dispute" that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). As described below, courts may take judicial notice of public webpages and documents, for the purpose of establishing what information is within the public record.

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| **Exhibit 21** | Compology webpage titled "Compology Help Center," publicly accessible at https://help.compology.com/en/ and produced by Defendants at RTS_00335365 – RTS_00335370 |
| **Exhibit 22** | Compology webpage titled "Compology 101," publicly accessible at https://help.compology.com/en/collections/1545156-compology-101 and produced by Defendants at RTS_00335910 – RTS_00335917 |
| **Exhibit 23** | Compology webpage titled "Compology APIs," publicly accessible at https://help.compology.com/en/articles/3204070-compology-apis and produced by Defendants at RTS_00335569 – RTS_00335576 |
| **Exhibit 24** | Screenshot of the Compology webpage titled "Compology Containers API" at the "Feed-style Device Post" section with the "200 OK" dropdown, publicly accessible at https://containersapi.docs.apiary.io/#/reference/0/feed-style-device-posts/list-all-device-posts/200?mc=reference%2F0%2Ffeed-style-device-posts%2Flist-all-device-posts%2F200 (last accessed Oct. 31, 2024) |

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE