1   Arameh Zargham O'Boyle (SBN: 239495)
    AZOboyle@mintz.com
2   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    2049 Century Park East, Suite 300
3   Los Angeles, CA 90067
    Telephone:     (310) 586-3200
4   Facsimile:     (310) 586-3202

5   James M. Wodarski *(Admitted Pro Hac Vice)*
    JWodarski@mintz.com
6   Michael C. Newman *(Admitted Pro Hac Vice)*
    MCNewman@mintz.com
7   Matthew S. Galica *(Admitted Pro Hac Vice)*
    MSGalica@mintz.com
8   James J. Thomson *(Admitted Pro Hac Vice)*
    JJThomson@mintz.com
9   Sean M. Casey *(Admitted Pro Hac Vice)*
    SMCasey@mintz.com
10  Tianyi Tan *(Admitted Pro Hac Vice)*
    TTan@mintz.com
11  Stephen Chen *(Admitted Pro Hac Vice)*
    SChen@mintz.com
12  Amy LoBue *(Admitted Pro Hac Vice)*
    ALoBue@mintz.com
13  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    One Financial Center
14  Boston, MA 02111
    Telephone:     (617) 542-6000
15  Facsimile:     (617) 542-2241

16  Attorneys for Defendants
    RECYCLE TRACK SYSTEMS, INC., and
17  RECYCLESMART SOLUTIONS INC.

18                    **UNITED STATES DISTRICT COURT**

19                  **NORTHERN DISTRICT OF CALIFORNIA**

20  ROADRUNNER RECYCLING, INC.,                Case No. 3:23-cv-04804-WHA

21              Plaintiff,                      **DEFENDANTS RECYCLE TRACK**
         v.                                     **SYSTEMS, INC. AND RECYCLESMART**
22                                              **SOLUTIONS INC.'S ADMINISTRATIVE**
    RECYCLE TRACK SYSTEMS, INC., and            **MOTION TO CONSIDER WHETHER**
23  RECYCLESMART SOLUTIONS INC.,                **ANOTHER PARTY'S MATERIAL**
                                                **SHOULD BE SEALED**
24              Defendants.
                                                Case Assigned to Honorable William H. Alsup
25                                              Courtroom 12

26                                              Complaint Filed:    August 4, 2023
                                                Trial Date:         December 9, 2024
27

28

                                          1
    DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
             SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

## I. INTRODUCTION

Pursuant to Civil L.R. 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (together, "Defendants") hereby respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment and the accompanying Declaration of Matthew S. Galica ("Galica Decl."). Specifically, Defendants seek to provisionally file under seal the information and/or document(s) listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 18** to Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, *i.e.*, the transcript excerpt of the October 7, 2024 deposition of Plaintiff's technical expert W. Leo Hoarty | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 19** to Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, *i.e.*, the transcript excerpt of the September 12, 2024 deposition of Plaintiff's technical expert W. Leo Hoarty | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit 20** to Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, *i.e.*, the transcript excerpt of the September 27, 2024 deposition of Defendants' technical expert Jacob Baker | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

## II.     LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil L.R. 79–5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* Civil L.R. 79–5(f).

## III.    PLAINTIFF'S CONFIDENTIALITY DESIGNATION

Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Defendants' MSJ Reply") quotes or references one or more of the exhibits to the accompanying Galica Decl. Plaintiff has designated either such exhibits or the information or documents potentially reflected or discussed by such exhibits as Highly Confidential - Attorney's Eyes Only. Defendants seek to file their MSJ Reply provisionally under seal out of an abundance of caution only. At this point, Defendants do not take a position on the merits of sealing any portion(s) of their MSJ Reply and reserve the right to oppose if Plaintiff shall seek the sealing thereof.

Exhibits 18-20 to the Galica Decl. are transcript excerpts of depositions of Plaintiff's technical expert and Defendants' technical expert, which may reflect or discuss information and/or documents that Plaintiff has designated as Highly Confidential - Attorney's Eyes Only. To the extent possible, Defendants have excerpted Exhibits 18-20 to only the relevant portions discussed in their MSJ Reply. Defendants request that these exhibits be preliminarily filed under seal as a precaution only. Defendants believe that much of the information within these exhibits is in fact not confidential. Thus, Defendants reserve the right to oppose if Plaintiff shall seek to seal any portion(s) of these exhibits.

Out of an abundance of caution, Defendants respectfully request that the Court provisionally seal in their entirety Defendants' MSJ Reply and the aforementioned exhibits.

Defendants also respectfully request that the Court order that Plaintiff file a statement pursuant to Civil L.R. 79–5(c) and identify any proposed redactions thereto, with adequate, particularized support for each of its proposed redactions.

Dated: October 31, 2024                              Respectfully Submitted,

/s/ Matthew S. Galica

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

1

Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com

2

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
POPEO, P.C.

3

2049 Century Park East, Suite 300
Los Angeles, CA 90067

4

Telephone:      (310) 586-3200
Facsimile:      (310) 586-3202

5

James M. Wodarski (Admitted Pro Hac Vice)

6

JWodarski@mintz.com
Michael C. Newman (Admitted Pro Hac Vice)

7

MCNewman@mintz.com
Matthew S. Galica (Admitted Pro Hac Vice)

8

MSGalica@mintz.com
James J. Thomson (Admitted Pro Hac Vice)

9

JJThomson@mintz.com
Sean M. Casey (Admitted Pro Hac Vice)

10

SMCasey@mintz.com
Tianyi Tan (Admitted Pro Hac Vice)

11

TTan@mintz.com
Stephen Chen (Admitted Pro Hac Vice)

12

SChen@mintz.com
Amy LoBue (Admitted Pro Hac Vice)

13

ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND

14

POPEO, P.C.
One Financial Center

15

Boston, MA 02111
Telephone:      (617) 542-6000

16

Facsimile:      (617) 542-2241

17

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and

18

RECYCLESMART SOLUTIONS INC.

19

20

21

22

23

24

25

26

27

28

4

## PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action.  My business address is One Financial Center, Boston, MA 02111.  On October 31, 2024, I served true and correct copies of the following documents:

### DEFENDANTS' PROVISIONALLY SEALED DOCUMENTS

| ☒ | **BY E-MAIL**:   By electronic mail transmission on October 31, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below.   The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. | |
|---|---|---|
| | Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:(310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
| | Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 31, 2024, at Boston, MA.

*Matthew S. Galica*

Matthew S. Galica

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)