UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br> v. <br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Case Assigned to Honorable William H. Alsup <br> Courtroom 12 <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:          December 9, 2024 |

Pursuant to Civil Local Rule 79-5, Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") have filed an Administrative Motion to File Under Seal ("Administrative Motion") the unredacted version of **Exhibit 16** to the Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, *i.e.*, Compology Order Form executed on June 30, 2021, produced by Defendants at RTS_00348100 – RTS_00348105, which references Defendants' confidential information.

Defendants have already filed on the public docket a redacted version of the said exhibit with their proposed redactions applied.

Having considered Defendants' Administrative Motion and relevant law, the Court **GRANTS** Defendants' Administrative Motion and **ORDERS** sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Unredacted Version of **Exhibit 16** to the Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, *i.e.*, Compology Order Form executed on June 30, 2021, produced by Defendants at RTS_00348100 – RTS_00348105 | Entirety | Defendants |

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE