| | |
|---|---|
| 1 | Arameh Zargham O'Boyle (SBN: 239495) |
|   | AZOboyle@mintz.com |
| 2 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
|   | 2049 Century Park East, Suite 300 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone:    (310) 586-3200 |
| 4 | Facsimile:    (310) 586-3202 |
| 5 | James M. Wodarski *(Admitted Pro Hac Vice)* |
|   | JWodarski@mintz.com |
| 6 | Michael C. Newman *(Admitted Pro Hac Vice)* |
|   | MCNewman@mintz.com |
| 7 | Matthew S. Galica *(Admitted Pro Hac Vice)* |
|   | MSGalica@mintz.com |
| 8 | James J. Thomson *(Admitted Pro Hac Vice)* |
|   | JJThomson@mintz.com |
| 9 | Sean M. Casey *(Admitted Pro Hac Vice)* |
|   | SMCasey@mintz.com |
| 10 | Tianyi Tan *(Admitted Pro Hac Vice)* |
|    | TTan@mintz.com |
| 11 | Stephen Chen *(Admitted Pro Hac Vice)* |
|    | SChen@mintz.com |
| 12 | Amy LoBue *(Admitted Pro Hac Vice)* |
|    | ALoBue@mintz.com |
| 13 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
|    | One Financial Center |
| 14 | Boston, MA 02111 |
|    | Telephone:    (617) 542-6000 |
| 15 | Facsimile:    (617) 542-2241 |
| 16 | Attorneys for Defendants |
|    | RECYCLE TRACK SYSTEMS, INC., and |
| 17 | RECYCLESMART SOLUTIONS INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | *Assigned for All Purposes to:* |
| | The Hon. William H. Alsup, Courtroom 12 |
| | Complaint Filed:   August 4, 2023 |
| | Trial Date:              December 9, 2024 |

1

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. ("Defendants"). I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal filed concurrently herewith.

2. Attached hereto as **Exhibit 16** to the Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, *i.e.*, Compology Order Form executed on June 30, 2021, produced by Defendants at RTS_00348100 – RTS_00348105. Defendants' proposed redactions to **Exhibit 16** are marked in yellow highlight. A redacted version of **Exhibit 16**, with Defendants' proposed redactions applied, has been concurrently filed on the public docket.

3. Defendants' proposed redactions to **Exhibit 16** are narrowly tailored to cover only the specific phrases and numeric figures identifying the exact units, unit prices, total payments, payment terms, and the contract duration, and nothing further. Defendants have taken reasonable measures to keep such information secret, including by designating **Exhibit 16** as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the protective order.

4. Revealing such information in the public record could cause Defendants competitive harm as it would reveal Defendants' sensitive business information relating to its prior contract with Plaintiff. For instance, if Defendants' competitors or suppliers gain access to the specific costs and numbers of sensors Defendants have employed under their prior contract with Plaintiff, they would gain a competitive advantage in contract negotiations with Defendants. This would put Defendants at a competitive disadvantage compared to their current position.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of October, 2024, in Boston, Massachusetts.

*/s/ Matthew S. Galica*
Matthew S. Galica

**PROOF OF SERVICE**

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is One Financial Center, Boston, MA 02111. On October 31, 2024, I served true and correct copies of the following documents:

**DEFENDANTS' PROVISIONALLY SEALED DOCUMENT**

| ☒ | **BY E-MAIL**: By electronic mail transmission on October 31, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. |
|---|---|

| Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:(310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
| Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2024, at Boston, MA.

*Stephanie Stutzman*
STEPHANIE STUTZMANN