1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (DKT. NO. 147)** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| Defendants. | |
| | Complaint Filed: August 4, 2023<br>Trial Date: December 9, 2024 |

1

Pursuant to Civil L.R. 79-5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") have filed a statement and an accompanying declaration in response to Plaintiff's Motion to Consider Whether Defendants' Material Should Be Sealed (Dkt. No. 147). Having considered Defendants' submissions, the Court **GRANTS** Defendants' requests to seal as set forth in Defendants' statement and **ORDERS** sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Streisand Decl.[1] Ex. 25, *i.e.*, RTS_00175337 | Entirety | Defendants |
| Streisand Decl. Ex. 30, *i.e.*, RTS_00001064 to RTS_00001099 | Entirety | Defendants |
| Unredacted version of Streisand Decl. Ex. 37, *i.e.*, excerpts of the Rebuttal Expert Report of Stephen A. Holzen | Entirety | Defendants |
| Unredacted version of Hoarty Decl. Ex. A, *i.e.*, Opening Expert Report of W. Leo Hoarty | Yellow Highlights, *i.e.*, Defendants' Proposed Redactions | Defendants |
| Unredacted version of Hoarty Decl. Ex. B, *i.e.*, Opposition Expert Report of W. Leo Hoarty | Yellow Highlights, *i.e.*, Defendants' Proposed Redactions | Defendants |
| Unredacted version of Hoarty Decl. Ex. C, *i.e.*, Reply Expert Report of W. Leo Hoarty | Yellow Highlights, *i.e.*, Defendants' Proposed Redactions | Defendants |

**IT IS SO ORDERED.**

DATED: _____, 2024

HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE

---

[1] Declaration of Lena Streisand (Dkt. No. 147-1).