# EXHIBIT 37-R

██████████████████████████████████████

("PacifiCan") Business Scale-Up and Productivity ("BSP") program, which provides funding to high growth businesses that are in the process of scaling up.[156]

44. RecycleSmart began production of early Pello units in or around December 2019, with installation of Pello cameras in certain waste containers beginning in or around early 2022.[157]

### 3. Overview of Dispute

45. Compology and RecycleSmart started working together in or around 2017.[158] More specifically, the companies entered into a pilot agreement for 10 camera sensors in June 2017.[159] As part of this agreement, Compology installed, and RecycleSmart tested, those cameras for a specified duration.[160]

46. Following this pilot agreement, Compology and RecycleSmart entered into two additional agreements.[161] First, on September 8, 2017, RecycleSmart and Compology entered into a Service Agreement pursuant to which Compology agreed to provide and install ███ camera sensors in Toronto, Canada, as well as to provide RecycleSmart access to its software platform (the "Service Agreement").[162] RecycleSmart agreed to pay between ████████████ per sensor per month, depending on the number of sensors and the contract year, once the installation was complete.[163] The Service Agreement had a term of 36 months.[164] Four months later (December 27, 2017), RecycleSmart and Compology entered into an Expansion Agreement under which the terms of the previously executed Service Agreement were amended (the "Expansion Agreement").[165] The Expansion Agreement increased the number of camera sensors to be provided and installed by Compology from ███ to █████, expanded the market area to other regions in Canada, and amended certain of the fees owed.[166]

47. On November 2, 2020, coinciding with the completion of the 36-month term of the original Service Agreement, Compology and RecycleSmart extended their relationship for one additional year by entering into a renewal order form, which set forth a monthly software subscription price of ██████ per camera unit.[167] Plaintiff alleges that the renewal

---

[156] https://www.canada.ca/en/pacific-economic-development/services/funding/business-scale-up-productivity.html.
[157] Per discussion with Carl Anderson.
[158] Second Amended Complaint, p. 13.
[159] Second Amended Complaint, p. 12; ROADRUNNER000073333-334 at 333; Deposition of Colin Bell, August 14, 2024, pp. 28-30.
[160] Second Amended Complaint, pp. 12-13; ROADRUNNER000073333-334 at 333; Deposition of Colin Bell, August 14, 2024, pp. 28-30.
[161] ROADRUNNER000073342-344; ROADRUNNER000073310-311.
[162] ROADRUNNER000073342-344 at 342-343.
[163] ROADRUNNER000073342-344 at 342-343. In USD.
[164] ROADRUNNER000073342-344 at 342.
[165] ROADRUNNER000073310-311.
[166] ROADRUNNER000073310-311 at 310.
[167] Second Amended Complaint, p. 12; ROADRUNNER000073252-254 at 253.