# EXHIBIT A-R

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RECYCLE TRACK SYSTEMS, INC.,<br>RECYCLESMART SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 3:23-cv-04804-WHA |

**EXPERT REPORT OF W. LEO HOARTY**

## TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ............................................................................................1

II.     QUALIFICATIONS .......................................................................................1

III.    ASSIGNMENT ...............................................................................................3

IV.     MATERIALS CONSIDERED ........................................................................4

V.      LEGAL STANDARDS ...................................................................................4

        A.      Trade Secrets ......................................................................................4

        B.      Misappropriation ................................................................................5

VI.     SUMMARY OF OPINIONS ...........................................................................6

VII.    FACTUAL OVERVIEW .................................................................................7

        A.      The Parties ..........................................................................................7

        B.      RoadRunner's Allegations Against Defendants ................................7

VIII.   OPINIONS .......................................................................................................9

        A.      Methodology .......................................................................................9

        B.      RoadRunner's Trade Secrets ............................................................11

                1.      Trade Secret 1: Overall Waste Metering and Recycling
                        Technology for a Smart Waste Container Mounted Device ...............11

                2.      Trade Secret 2: Smart Camera Apparatus for a Smart Waste
                        Container Mounted Device .................................................................14

                3.      Trade Secret 3: Optical Assembly and Design of a Smart
                        Waste Container Mounted Device ......................................................31

                4.      Trade Secret 4: Training Data for an AI/ML System Analyzing
                        Data from a Smart Waste Container Mounted Device .......................39

                5.      Trade Secret 5: Subpar Image Detection (SPID) ...............................46

                6.      Trade Secret 6: Contamination Detection/Content
                        Identification Service ..........................................................................48

                7.      Trade Secret 7: Container Fullness Analysis .....................................51

        C.      RoadRunner's Trade Secrets Have Independent Economic Value ...............54

        D.      RecycleSmart Derived its Pello Camera System from Compology's
                Camera Systems ...............................................................................57

                1.      RecycleSmart Disassembled Compology's R12 Camera System .......58

                2.      Comparison of Pello Camera System to Compology's R12
                        Camera System ...................................................................................64

<u>**TABLE OF CONTENTS**</u>
**(CONTINUED)**

<u>**Page**</u>

a.    **Two-Cell Lithium-Thionyl Chloride Battery Pack Design** ...............................................................64

b.    **Camera Subsystem Assembly and Design** .................67

c.    **Mainboard System Architecture** .................................72

d.    **Case Mold and Mount Design** .....................................74

E.    **RecycleSmart Derived its ML Models from Compology's Training Data** ...............................................................................78

F.    **RecycleSmart Derived its Dirty Lens Detection from Compology's Training Data and Web Application** ...............................93

G.    **RecycleSmart Derived its Plastic Bag Contamination Detection from Compology's Training Data** ..........................................99

H.    **RecycleSmart Derived its Fill Level ML Model from Compology's Training Data** ..........................................................106

IX.    **CONCLUSION** ...............................................................111

## I.   **INTRODUCTION**

1.       I have been retained as an independent technical expert by counsel for Plaintiff
RoadRunner Recycling, Inc. in *RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*,
N.D. Cal. Case No. 3:23-cv-04804-WHA. Counsel has asked me to render opinions regarding
RoadRunner's trade secrets. Specifically, I have been asked to inspect and compare
Compology's camera systems to Defendants' Pello camera system, including the hardware,
software, artificial intelligence, and machine learning components of each. I have been asked to
review source code, inspect physical devices and prototypes, review documents and
communications, and read certain deposition transcripts. My conclusions are based on my review
of these materials and my professional experience.

2.       I reserve the right to supplement, change, clarify, or modify my opinions should
additional information and/or documentation become available to me. I also reserve the right to
submit a rebuttal declaration in response to any expert declaration(s) submitted on behalf of the
owner of the Defendants.

## II.   **QUALIFICATIONS**

3.       I am a professional engineer with over 40 years of experience in both electronics
engineering and computer science. I have considerable experience in the development of all
levels of complex software systems as well as designing and bringing to market electronic
hardware products. My areas of expertise include artificial intelligence (AI) and machine
learning (ML), audience measurement, automatic content recognition (ACR), audio and video
encoding, decoding, and transmission, cable and satellite settop design, consumer electronics
product design, digital signal processing (DSP), digital watermarking, digital rights management,
electronic circuit design, interactive television systems, mobile application development, iOS

and Android, speech recognition, and video-on-demand, among other things. I am also versed in many computer languages, including all C languages, F#, Java, Python, and HTML/CSS/JavaScript; operating systems including Android, Linux, iOS, MacOS, and Windows; platforms including VMware and AWS; development tools including Android Studio, adb, Eclipse, Understand, Wireshark, and Xcode; and ML/AI tools including TensorFlow, PyTorch, and GPT API. A copy of my CV is attached here as Attachment A.

4.      I hold 51 patents in various areas of technology. I have authored numerous technology papers on data communications, consumer electronics, and broadcast and cable television technology. For example, I have delivered papers to and presented at numerous technical conferences in the United States, Asia, and Europe, including the National Association of Broadcasters (NAB), National Cable Television Association (NCTA), Society of Cable Telecommunication Engineers (SCTE), International Broadcast Conference (IBC), and the Montreux International Television Symposium, as well as many Institute of Electrical and Electronics Engineers (IEEE) conferences and other industry related trade shows. I have also published technical articles in trade magazines on graphics systems and networking.

5.      I am a member of IEEE, the Society of Motion Picture and Television Engineers (SMPTE), the Society of Cable Telecommunications Engineers (SCTE), and the Association of Computing Machinery (ACM). I have also served on many standards bodies, including ISO MPEG2 (digital television standards), ATSC (HDTV standards), IEEE 802.14 (standards for digital convergence), CableLabs (plant and set-top standards), EIA (cable television compatibility (IR pass-through) and interfaces).

6.      I have also received numerous awards including Best New Technology at the National Cable Television Association (NCTA) 1996 for ICTV's interactive television and

2

video-on-demand service; Best of Show at CES 2004 and 2005 for MovieBeam set-top and service.  In 2003, Vizio won an Emmy Award for its precision audience measurement service, which utilizes my patented audio automated content recognition (ACR) technology.

7.      I am also an experienced expert witness consultant with over 15 years of experience.  I have been engaged as an expert witness in over 40 cases in state and federal court and over ten proceedings before the Patent Trial and Appeal Board (PTAB) for companies including, but not limited to AC Nielsen, ActiveVideo Networks, Amazon, Arris Corp., DirecTV, DISH Networks, Fandango, Google, LG Electronics, Motorola, Roku, Rovi (TiVo), Samsung, Solaborate, and Vizio. A detailed history of my expert consultant work for the past five years is attached here as Attachment B.

## III.   **ASSIGNMENT**

8.      I have been retained by the law firm of Jeffer Mangels Butler & Mitchell LLP, counsel for Plaintiff RoadRunner Recycling, Inc., to provide opinions and analysis regarding the technology relevant to this case, *RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*, N.D. Cal. Case No. 3:23-cv-04804-WHA. My opinions and analysis relate to RoadRunner's trade secrets, including (1) the overall waste metering and recycling technology for a smart waste container mounted device; (2) smart camera apparatus for a smart waste container mounted device, (3) optical assembly and design of a smart waste container mounted device (4) image preprocessing techniques for images captured by a smart waste container mounted device, (5) training data for an AI/ML system analyzing data from a smart waste container mounted device, and (6) algorithms and processes for an AI/ML system analyzing data from a smart waste container mounted device, as more fully described herein. My opinions and analysis further relate to my inspection and comparison of Compology's R11-R13/S/L camera systems, on the

3

one hand, and the Pello camera system as embodied in early prototypes and current design, on the other hand. Still further, my opinions and analysis relate to my inspection of Pello's source code utilized to train its machine learning (ML) models and to operate the Pello camera system and software.

9.      I submit this expert report in accordance with Fed. R. Civ. P. 26. My analysis of the information relevant to this case is ongoing. I expect to continue reviewing information as it is presented to me, and it is possible that this new information may affect certain conclusions in this report. I reserve the right to supplement or amend this report, such as based on additional documents, testimony, and/or other information in this case.

10.     I expect to testify at trial regarding the opinions rendered in this report and in any supplemental report that I may provide in this litigation. I reserve the right to provide an expert report addressing any issues or claims raised by Defendants or its experts with respect to the technology in this case.

## IV.   MATERIALS CONSIDERED

11.     My opinions are based on my experience in this field and are necessarily formed by my own experiences and the materials I have reviewed.  A list of materials that I have reviewed and considered is attached here as Attachment C.

## V.   LEGAL STANDARDS

12.     I am not a legal expert and offer no opinions on the law. However, I have informed by counsel of the legal standards that apply with respect to trade secret misappropriation and other issues, which I have applied in arriving at my conclusions.

### A.   Trade Secrets

13.     I have been informed that a claim for trade secret misappropriation under both the California Uniform Trade Secrets Act ("CUTSA") and the Defend Trade Secrets Act ("DTSA")

4

requires the possession of a valid trade secret. CUTSA defines a "trade secret" as follows: "'Trade secret' means information, including a formula, pattern, compilation, program, device, method, technique, or process, that: (1) Derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and (2) Is the subject of efforts that are reasonable under the circumstances to maintain its secrecy." DTSA defines "trade secret" as follows: "'trade secret' means all forms and types of financial, business, scientific, technical, economic, or engineering information, including patterns, plans, compilations, program devices, formulas, designs, prototypes, methods, techniques, processes, procedures, programs, or codes, whether tangible or intangible, and whether or how stored, compiled, or memorialized physically, electronically, graphically, photographically, or in writing if— (A) the owner thereof has taken reasonable measures to keep such information secret; and (B) the information derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information."

14.    I have been informed that to qualify as a trade secret, the trade secret owner must have made reasonable efforts under the circumstances to keep it secret. "Reasonable efforts" are the efforts that would be made by a reasonable business in the same situation and having the same knowledge and resources as the owner, exercising due care to protect important information of the same kind.

**B.    Misappropriation**

15.    I have been informed that misappropriation refers to the disclosure or use of a trade secret without consent by someone who used improper means to acquire knowledge of the trade secret, or at the time of use, knew or had reason to know that their knowledge of the trade

5

secret was acquired under circumstances creating a legal obligation to limit use of the trade secret information.

## VI.    SUMMARY OF OPINIONS

16.    Based on my inspection of the Compology R11-R13 systems and RoadRunner and RTS documentation provided to me, I conclude that the Compology R11-R13 systems include, at least, the following trade secrets: (1) the overall waste metering and recycling technology for a smart waste container mounted device; (2) smart camera apparatus for a smart waste container mounted device, (3) optical assembly and design of a smart waste container mounted device (4) training data for an AI/ML system analyzing data from a smart waste container mounted device, (5) Subpar Image Detection ("SPID"), (6) contamination detection/content identification service, and (7) container fullness analysis.

17.    In addition, based on my inspection of the Compology devices, particularly the R12 camera system, and the Pello devices made available to me such as the Pello early prototypes and the current Pello device, as well as RoadRunner and RTS documentation provided to me, I conclude that the Pello device was derived from the Compology R12 camera system.

18.    Further, based on my inspection of Pello source code utilized to train its machine learning (ML) models and to operate the Pello camera system and software, in addition to RecycleSmart's access to confidential information about Compology's ML models through Compology's web application and the labels and tags from Compology's image data, I conclude that (1) Compology's training data was used to train Pello's dirty lens ML model, (2) Compology's training data was used to train Pello's contamination ML models, and (3) Compology's training data was used to train Pello's fill level determination ML models.

19.     I also conclude that the Compology camera system, including its software, has economic value by virtue of the trade secrets embodied therein remaining secret. As but one example, it took Compology 10 years and tens of thousands of person-hours to develop the Compology camera system and software, as well as expenditures of $40 million in investment capital to develop and refine. I would expect that someone attempting to recreate or reverse engineer the Compology camera system and software would require a similar amount of time, expense, and effort as that expended by Compology.  As a result, I have also concluded that these trade secrets have independent economic value as they are not known to others and each of them and in combination contributes to the sales and financial success of Compology's camera system and software.

## VII.  FACTUAL OVERVIEW

### A.  The Parties

20.     I understand that RoadRunner Recycling, Inc. is the plaintiff in this lawsuit. RoadRunner's predecessor in interest is Compology, Inc., a San Francisco start-up that developed and refined the waste and recycling metering technology at issue.

21.     I understand that RecycleSmart Solutions, Inc. was acquired by Recycle Track Systems, Inc. in 2023, and is their wholly owned predecessor in interest. RecycleSmart first entered into an agreement with Compology in June 2017 and again in 2020 and 2021. I understand that both RecycleSmart and RTS are defendants in this lawsuit.

### B.  RoadRunner's Allegations Against Defendants

22.     RoadRunner has alleged that starting in 2012 through 2022, RoadRunner's predecessor, Compology, developed a waste management camera and system designed to monitor fill levels of waste containers, recognize and alert customers to contaminants in their waste bins, and provide data and related waste management data services to facilitate efficient

waste collection and management, reduced cost, and reduced carbon emissions. Compology was a San Francisco start-up that spent $40 million and tens of thousands of person hours developing its proprietary and confidential waste metering technology over 10 years. Compology's camera system captures images of the interior of the customer's waste containers, and through its confidential and proprietary ML algorithms, determines the fullness level of the waste container, existence of contaminants, and other metrics. Compology's ML algorithms draw on a database of millions of images that were manually labeled and tagged with data and provides an accurate tool to determine these metrics. I understand that Compology's innovations in waste metering and detection distinguish RoadRunner in the waste metering market and constitute high-value trade secrets.

23.     RoadRunner has alleged that none of this technology is publicly available and is kept strictly confidential and secret to all third parties, except by disclosure under strict and narrow non-disclosure and non-use provisions. RoadRunner alleges that during its business relationship with Compology, RecycleSmart gained access to and misappropriated Compology's trade secrets.

24.     RoadRunner alleges that RecycleSmart wrongfully accessed and subsequently misappropriated its trade secrets, specifically those related to the camera system and optical assembly and design, by disassembling and inspecting one or more Compology devices.

25.     Compology compiled training data to train its ML models which it then implemented into its AI system to automatically ingest image data and output machine-labeled and tagged images. These millions of machine- and human-labeled and tagged images comprised a training data set by which a third party, such as RecycleSmart, could derive Compology's machine-learning models. Compology's web application displays raw data obtained from

8

Compology's machine-learning models, and its algorithms and processes, and identifies the methodology Compology employed to measure fullness of containers, scheduling, location of waste containers, and contaminants. RoadRunner alleges that RecycleSmart learned Compology's algorithms and processes through Compology's web application.

26.     RoadRunner alleges that RecycleSmart downloaded a large corpus of Compology's training data and used it to train RecycleSmart's own AI systems.  RecycleSmart further trained its ML models by using Compology's training data derived from Compology's cameras in RecycleSmart's waste containers along with additional images obtained from RecycleSmart's Pello cameras side-by-side in the same waste containers. This enabled RecycleSmart to develop its system, evidenced by RecycleSmart going to market on its Pello camera system in only months, rather than many years, as in Compology's case. RecycleSmart gained a significant advantage by being able to compare the quality of images produced by Compology's smart cameras against its own Pello camera system, which enabled them to derive Compology's ML models in months, rather than years, saving at least thousands of man hours of ML training. To bypass the time and effort necessary to develop the technology itself it is believed that RecycleSmart wrongly used Compology's training data, accessed through millions of labeled and tagged images taken by Compology's smart cameras, to train its own ML models to compete against Compology using its Pello cameras, and with additional information learned through Compology's web application and technical and engineering team, also wrongfully derived Compology's algorithms and processes.

## VIII.   <u>OPINIONS</u>

### A.     <u>Methodology</u>

27.     My methodology for comparing the hardware and software of the devices appears throughout my findings below. Based on my comparison, I conclude that the Pello camera

9

system was derived from the Compology R12 camera system. I visually inspected the physical devices and documentation of the hardware of Pello prototypes and devices as part of my comparison of the hardware. I also compared the bills of materials (BOMs) for each device. A comparison of the BOMs reveals that the majority of all components identified on the Pello BOM are the same part or exhibit substantially the same function as used to build the R12 device. Most of the critical chips and their functions are substantively the same between the two products. I found that parts of the Compology camera system design, particularly the R12 camera system, were either identically replicated, or were derived from it, including the battery pack assembly design, camera subsystem, and mainboard system architecture. RTS documents provided to me further confirmed my conclusions. Based on these findings, as more fully described herein and in the attachments, I conclude that the Pello camera system was derived from the Compology R12 camera system.

28.     I also inspected the Pello system source code. Inspection and documentation of the source code of Pello establishes that (1) RecycleSmart used Compology's labeled and tagged images to train its ML models, (2) RecycleSmart used Compology's labeled and tagged images to train its dirty lens detection ML models, (3) RecycleSmart used Compology's labeled and tagged images to train its contamination detection ML models, and (4) RecycleSmart used Compology's labeled and tagged images to train its fill level determination ML models. I also inspected the web application that RoadRunner supplies to its customers. My inspection revealed that the web application identifies the major building blocks of RoadRunner's algorithms and processes to its customers (under confidentiality agreements). I conclude that RecycleSmart had access to these building blocks and used them to develop its software system, which is corroborated by the Pello source code I inspected and RTS documents provided to me. Based on

these findings, as more fully described herein and in the attachments, I conclude that the Pello system ML models and AI system was derived from Compology's training data.

29.  Based on these findings, I conclude that RoadRunner's trade secrets embodied in Compology's camera devices and system were used by RecycleSmart to derive its Pello device and system.

**B.  RoadRunner's Trade Secrets**

**1.  Trade Secret 1: Overall Waste Metering and Recycling Technology for a Smart Waste Container Mounted Device**

30.  I examined RoadRunner's overall waste metering and recycling technology including its R11-R13/S/L camera systems, its firmware, and its software. As I describe below in detail, the Compology R11-R13/S/L includes electronic, optoelectronic, and mechanical active and passive components and design implementations. I also examined the Compology source code, which implements sophisticated ML techniques and data analytics in the form of algorithms and processes, which it distributes to its customers via a web application, which I have also examined.

31.  I find that RoadRunner's trade secrets include the overall know-how and design of its waste metering system including physical hardware components such as the camera system, optical assembly and design, firmware such as its image preprocessing techniques implemented in the camera apparatus, training data, machine learning models, an AI system implementing the machine learning models, and algorithms and processes to generate data, analysis, and recommendations to customers, including fullness, emptiness, contamination, schedules, data ingestion efficiencies, and location analysis of waste containers. As more fully described below, Compology developed a convolutional neural network ("CNN") as its AI system to implement the machine learning models for accurate machine labeling and tagging of

11

images from Compology's smart cameras. The combination of these hardware, firmware, and software elements as implemented in a waste metering system is itself a trade secret.

32.     As described herein, RoadRunner expended millions of dollars in efforts to design its product in an iterative process over the past decade. Although certain components of RoadRunner's smart camera design employ commercially available parts, the combination of those parts, with non-commercially available parts, and the unique configuration of the parts in a smart camera assembly, integrates significant know-how and techniques learned during its development and testing process. Courts recognize that a trade secret exists when such combinations exist, even when the combinations might include commercial or generally known components.  Civ. Code § 3246.1(d) (including device or compilation); 1 Milgrim on Trade Secrets § 1.01 (2020) ("A secret combination of known elements is eligible for trade secret protection."); see also *By-Buk Co. v. Printed Cellophane Tape Co.*, 163 Cal. App. 2d 157, 166 (1958) (trade secrets for bundle or combination of parts in system); *San Jose Construction, Inc. v. S.B.C.C., Inc.*, 155 Cal. App. 4th 1528, 1537 (2007) (trade secrets for compilation of written materials); *Winston Research Corp. v. 3M*, 350 F.2d 134, 139, 1965 (1965) (trade secrets in combination of specifications showing basic mechanical elements and relationship to each other); *Altavion, Inc. v. Konica Minolta Sys. Lab. Inc.*, 226 Cal.App.4th 26, 48 (2014) ("The doctrine has been established that a trade secret can include a system where the elements are in the public domain, but there has been accomplished an effective, successful and valuable integration of the public domain elements and the trade secret gave the claimant a competitive advantage which is protected from misappropriation.").

33.     I understand that Compology kept its camera systems secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart

could not disassemble or reverse engineer the camera system. Similarly, I understand that these contractual restrictions on use and disclosure also prevented RecycleSmart from using or disclosing confidential information regarding operation and functionality of Compology's algorithms and processes and data analytics. I also understand that Compology kept its training data that it used to train its ML models confidential. While Compology permitted its customers to download and store labeled and tagged images of the customers' bins, those customers were unable to use that information to derive their own system. I understand that only customers under strict confidentiality restrictions on use and disclosure may have access to any of Compology's confidential information in its camera systems and software.

34.     I find that even though Compology sold its cameras to customers, those customers were not permitted to disassemble or reverse engineer them. Moreover, I find that even though Compology supplied labeled and tagged image data and its web application to its customers, those customers were not permitted to reverse engineer or derive their own system from them, such as, by training their own AI/ML system using these very valuable Compology tagged images. Having many years of experience in integrating hardware and software into devices, in my opinion a skilled engineer would have to conduct software development in conjunction with the hardware development, an iterative process requiring years and years of testing, to arrive at Compology's camera system and software. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology camera systems and software, are not generally available to the public or those who could obtain value from knowing them.

35.     I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any camera system and software that embodies the overall waste and recycling metering technology at issue here. This demonstrates

that there is an absence of camera systems and software that mimic the design of the Compology camera system and software, as such devices and software have not been independently developed by others.

2.      **Trade Secret 2: Smart Camera Apparatus for a Smart Waste Container Mounted Device**

36.      I examined the Compology camera systems R11-R13/S/L, as described herein, in detail. First, I disassembled each of Compology R11, R12, R13, R13-L, and R13-S camera systems by opening the case and observing the PCBA and related components in the case housing. I took high-resolution photographs of the top and bottom of the PCBA, as well as the various components embedded in the housing of each. The R11 camera system is a dual-camera sensor system mounted on three mounting positions in a waste container for ███████████ ██████████████████████████████████████████ *See* Exhibit 20. The R11 includes a processor board, a 3-cell long-life lithium battery, ███████████████████████████ and a ██████ case molding. The R11 further includes, on its PCBA, a ████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████. Embedded or made part of the housing is a camera flash LED, a light sensor, and two camera windows including UV coating and a ██████████████████████████. The battery pack of the R11 features a ██████ long-life Lithium Thionyl Chloride Battery Pack, ████████████████████████████████ ████████████████████████, and plastic wrap bundling the aforementioned components (and others, including a ██████), into a battery pack. The R11 camera system is depicted below.

████████████████████████████████████



The R11 camera system and its components are depicted in a series of photographs I took that identify the main features and components of the camera system. *See* Exhibit 20.

37.     The R12 camera system is a single-camera sensor system mounted on three mounting positions in a waste container. The R12 includes a clear outer shell with ▉▉▉▉▉▉ ▉▉▉▉ to withstand a rugged environment. The R12 further includes an ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉ The R12 includes a main processor board, a ▉▉▉▉▉▉▉ ▉▉▉▉▉, a ▉▉▉ battery pack, and ▉▉▉▉ case molding. The battery pack of the R12 features a 2-cell long-life Lithium-Thionyl Chloride Battery Pack, ▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and plastic heat-shrink wrap bundling the aforementioned components (and others, including a ▉▉▉), into a battery pack. The R12 includes a ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ as part of its optical assembly and design. The R12 further includes, on its PCBA, a ▉▉▉▉▉▉▉▉▉▉▉



███████████████████████████████████████████████████

████████████   The R12 camera system is depicted below.



The R12 camera system and its components are depicted in a series of photographs I took that identify the main features and components of the camera system. *See* Exhibit 20.

38.    The R12 camera subsystem is a custom ████████████████████████ that includes custom designed parts and assemblies. The R12 camera module includes a █████ ██████████████████████████████████████████████████████ ███████████████████████████████████. The ████████ lens, as described more fully herein, was an iterative design choice based on extensive research and testing. The █████ █████████████ includes a █████████████████████████████████████ ████████████████████████████████████████ Both the R12 and R13 utilize the same overall camera subsystem design, though the PCBA of the R13 is different from the R12.

16       

39.     The R13, R13-S, and R13-L camera systems generally utilize the same internal components, including a ███████████████████████████████ ██████████████████████████████████████████████████████████████ ████ The battery pack includes a ███████, long-life Lithium-Thionyl Chloride battery, ████ ████████████████████████████████████████████ and plastic shrink wrap bundling the aforementioned components (and others, including a ████). The R13 camera system is depicted below.



40.     As described above, the R13 camera system also was developed into two variants, the R13S and the R13L, depicted below.

████████████████████████████████████████████████





The R13, R13S, and R13L camera systems and their components are depicted in a series of

photographs I took that identify the main features and components of the camera system. *See*

Exhibit 20.

41.     Developing a battery operated, wireless camera system that must survive in the harsh environment of industrial and commercial trash containers for 5+ years involves significant innovation and iterative design choices. I am informed by Compology's legacy engineers that Compology designed, tested, certified, and ultimately entered mass production on multiple different versions of waste metering camera technology. For example, in 2013, and through at least 2015, Compology developed prototypes and entered into limited manufacturing production on camera systems such as consecutively numbered R0-R7 camera systems. In or around 2013-2014, Compology developed its R10 camera system. After the R10 camera system, Compology developed its R11, R12, R13, R13L, and R13S camera systems, from 2015 to 2022. After Compology was acquired by RoadRunner in 2022, RoadRunner continued to develop its R13 series of camera systems. I understand that the R13L camera system was developed to accommodate thick-walled containers employing an exterior mount, and R13 was developed to accommodate thin-walled containers. I understand that R13S is a newer iteration for internal mount capabilities.

42.     As described above, the R11 camera system utilized a two-camera system. The R11 camera system was iteratively developed and migrated to the R12 camera system, a single-camera system, that also ████████████████████████████████, in addition to a number of other improvements and features. The R12 camera system was iteratively developed to arrive at the R13 camera system, another single-camera system, that also ████████████████ ███████████████████ in addition to a number of other improvements and features. Each version refined the performance in critical areas unique to this challenging product field. These areas include environmental challenges (e.g., ████████████████████████ ██████████████, optical challenges (e.g., █████████████████████████ etc.),

19            ████████████████████████████

██████████████████████████████████████████████████ among

others. Compology's innovation resulted in highly customized designs, requiring the design and

fabrication of custom components and assemblies, all of which are the sum of years of trial and

error, testing, and refinement.

43.     Compology experimented with numerous types of camera apparatus designs. For

example, Compology experimented with ████████████████████ however, as

Compology's machine learning models became more robust, ████████████████

███████████████████████████████████████ In addition,

Compology experimented with ██████████████████████████

████████████████████████████████████████████

█████████████

44.     The harsh and varying environmental conditions and needs for the waste industry

required Compology to iteratively develop physical components of the smart camera apparatus

over the course of a decade. █████████████████████████████

██████████████████████████████████████████

██████████████████████████████ In addition, █████████

███████████████████████████████████

█████████████ The waste containers also vary widely in size and shape anywhere from a 1-yard

front-load container to a 40-yard roll-off container. Below are examples of each.



1-Yard Front Load Dumpster



40-Yard Roll-Off Dumpster

45.     Compology employed various confidential and proprietary techniques to achieve

an accurate, low-power, smart camera apparatus for use in waste containers that could operate

for at least five years on an internal battery. Selection of the camera lens with an appropriate

field-of-view ("FOV"), view angle, placement, and resolution were all central to sufficiently

capturing the dynamics within a variety of shapes and sizes of waste containers. In addition, a camera apparatus with a ███████████████████ to capture a usable image was required to mitigate inherent limitations in CMOS sensors and provide usable images to server-side machine-learning algorithms to evaluate fullness and contamination. Further, ██████████ ████████████████████████████████████████████████ ████████████ and as a result, ██████████████████████ ██████████████████████████████████████████████ ████████ Compology also used a custom coating on its camera lens to reduce grime and debris buildup on the optical surfaces, requiring lab, in-field, and Highly Accelerated Lifecycle Testing ("HALT") to identify the solution with the best performance to withstand the harsh environment and sustainability factors (e.g., longevity in the field) as described herein. Compology designed its smart camera apparatus with a custom CMOS Camera Module ("CCM") in which specific optical, physical, and electrical requirements were used to design and manufacture the custom CCM.

46.     Compology's smart camera apparatus trade secret includes a smart camera, including a CCM with wide FOV camera lens, battery pack, high-durability injection-molded parts, including a "double shot" rear housing with TPE overmolding, front housing with recessed sensors for debris shielding, and camera and flash PCBA cutouts and mounting, and optical windows with high scratch-resistance, and specialized coatings; printed circuit board assemblies ("PCBAs") containing microcontrollers, external RAM integrated circuit ("IC"), wireless communication systems, accelerometer, GPS, environmental sensors, and a camera flash LED. The smart camera apparatus includes a housing with an ████████ coating that improves hardness and scratch resistance. I disassembled and took high-resolution photographs including

22     ███████████████████████████████████████████

annotations to the components of the R11-R13/S/L camera systems that disclose these relevant features of Compology's smart camera design. *See* Exhibit 20.

47.    In more detail, Compology employed an ██████████████████████████ ████████████████████████ The specific MCU chosen by Compology remained consistent between R11-R13S camera systems. In practice, the ████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ██ The MCU generally includes ████████████████████████ ████████████████ Newer electronic designs implement ████████████ ████████████████████████████ depending on the application of the device. ████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████ ████████████████████████████ ████████████ The camera system generally also includes ████████████ ████████████████████████

48.    Compology camera systems also implement an ████████████████ ████████████████████ For example, the waste





container may be ███████████████████████████ On the other hand, the

waste container may be ██████████████████████████████████

█████████████████████████████ In situations where the ████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████████ A ███████████████

████ is also employed to ███████████████████████ of the waste container; this is

valuable in debugging and determining the source or nature of problems in the field, especially

when ████████████████████████

49.     Compology camera devices also utilize an █████████████████████

███████████████████████████████████████████████

████████████████████████ The ██████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███ as disclosed herein. An █████████████████████████████████████

███████████████████████████████████

50.     Compology smart camera assemblies are designed to function when the wireless

communication system is able to communicate with the server. This is a particular challenge for

a waste metering system because the vast majority of commercial and industrial waste containers

are composed of steel, which closely resemble Faraday Cages—a device intended to isolate and

inhibit radio transmission. This, coupled with the fact that Compology's customers are located

anywhere across the United States, in both very rural and densely populated cities, means the RF

performance of the wireless communication system must be highly optimized for these

challenging conditions. Typically, the RF performance of any system is a constraint that highly

24     █████████████████████████████████

shapes the physical and electrical design. It is tested and refined throughout the design process

and is ultimately subjected to FCC and PTCRB regulatory certification.

51.    Compology's smart camera assembly uses an LTE CAT-M1 wireless

communication module over 4G, with the ability to fall back to 3G, █████████████████

████████████████████████    The wireless communication module uses an █████████

██████████ for best propagation of data signals using the 4G network. In operation, the smart

camera assembly is designed to communicate ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████    The battery life of

Compology's smart camera assembly is paramount and is another engineering constraint which

██████████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████    Notably, Compology was an early

adopter of Verizon's LTE CAT-M1 network when it became first available. Compology chose to

utilize the UBLOX mobile radio technology in its R11 camera system, which offered reasonable

support services in connection with Compology's adoption of new technology implemented in

the Verizon LTE CAT-M1 network. As a benefit of the UBLOX module in connection with the

Verizon LTE CAT-M1 network, the ████████████████████████████████

█████████ which was preferable because the camera system ██████████████████

███████████████████████████

52.    The camera systems also generally employed a variety of wireless connectivity

devices such as Global Navigation Satellite System ("GNSS")/GPS, Bluetooth low-energy

("BLE"), and near-field communications ("NFC"). The GNSS/GPS is critical to operation of the

█████████████████████████████

device by providing location tracking and ID. For example, waste containers move often, and it was—and remains—necessary to provide a suitable tracking methodology to keep track of the waste containers. GNSS provides an important data point for Compology's customers, █ ████████████████████████████████████ as well as for Compology's fleet of field-technicians and maintenance services. GNSS are very weak signals when received on the earth surface, ████ ███████████████████████████████████ ██████████████████████████████ ██████████████████████

53.     In addition, the GNSS/GPS network provides a ██████████████ ████████████████████████████████ ███████████████████████████ ████ In addition, ███████████████████████ ██████████████████████████████████ In addition, NFC provided a ██████████████████ ███████████████████████████ ████████████████

54.     Compology's smart camera apparatus also includes a specific and unique battery technology chosen in combination with the other elements of the smart camera apparatus to lengthen the time in the waste container to five years or more without replacement. Battery life is paramount to the success of Compology's hardware products, impacting overall smart camera assembly lifespan and hence cost and profitability. It is another engineering constraint which impacts nearly every element of the design. This can be seen across the electrical design and

component selection which emphasizes low-power consumption. Among the factors Compology

needed to balance are ███████████████████████████████████████████

███████████████████████ An exotic battery chemistry (Lithium Thionyl Chloride—

LiSoCl2) was selected for Compology's smart camera apparatus to meet these strict

requirements. This ████████████████████████████████████████████████████

███████████████████████████████ in a custom battery pack to serve this

purpose. Attached as Exhibits 16-17 hereto are specifications of the battery technology for the

R12 camera system (Exhibit 16) and the R13 camera system (Exhibit 17).

    55.    Compology designed the ████████████████████████████████

████████████████████████████ Compology chose ████████████████████

█████████████████████████████████████████████████████████████

██████████████████████████ in the harsh environment of a waste container. The addition of ██

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████ While it is conceivable to use a ████████████████████████

█████████████████████████████████████████ which would result in a

higher-cost camera system. The ████████████████████████████████████

███████████████████████████████████████ while accommodating a lower-

cost design.

    56.    Compology also experimented with the ████████████████████████ Its R11

design utilized three ██████ batteries which, ████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████



57.     In Compology's iterative design choices, Compology experimented with ███

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████ Compology also ██████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████ I understand that R11 used an ████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████ In its R12 design, however, as ████████████████████

███████████████████████████████████████████████

████████████████████████████ and in its later R13 design, █████████

███████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████  Below are photographs of the R12 and R13 battery assemblies.





58.     Each of Compology's iterative battery pack designs utilized Lithium-Thionyl

Chloride batteries, a unique battery chemistry that balances long life and c ███████████

███████████████████████████████████████ Compology researched and designed

every element of the battery pack with its battery assembly supplier. Below is a schematic

drawing of the custom battery pack for R12.



59.     Compology utilized an internal SMT (surface mount technology) antenna mount

███████████████████████████████████████████████

███████████████████████████████████████████████

███

60.     I understand that Compology kept its camera systems secret by entering into

contractual restrictions on use and disclosure, including that customers such as RecycleSmart

could not disassemble or reverse engineer the camera system. Similarly, I understand that these

contractual restrictions on use and disclosure also prevented RecycleSmart from using or

███████████████████████████████

disclosing confidential information regarding operation and functionality of Compology's algorithms and processes and data analytics.

61.     I find that even though Compology sold its cameras to customers, those customers were not permitted to disassemble, or reverse engineer them. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology camera systems, are not generally available to the public or those who could obtain value from knowing them.

62.     I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any camera system that embodies the smart camera systems at issue here. This demonstrates that there is an absence of camera systems that mimic the design of the Compology camera system, as such devices and software have not been independently developed by others.

### 3.     Trade Secret 3: Optical Assembly and Design of a Smart Waste Container Mounted Device

63.     I examined the optical assembly and design of the Compology camera systems R11-R13/S/L, as described herein, in detail. First, I disassembled each of Compology R11, R12, R13, R13L, and R13S camera systems by opening the case and removing the optical/camera components. I took high-resolution photographs to identify the components and design of the camera subsystem. *See* Exhibit 20.

64.     Based on my experience in over 40 years designing embedded and integrated hardware and software for commercial products, I understand that designing any electronics, let alone an optoelectronic device such as Compology's smart camera apparatus, to survive and continue functioning without intervention in a waste container for at least five years and in extreme temperature conditions poses significant challenges. The severity and nuances of these issues are not obvious and have been mitigated through the many iterations of the Compology

31

smart camera apparatus. Compology designed the camera optics and accompanying physical elements, including the components of the CCM such as the CMOS sensor, camera flash PCBA, and camera flash LED, for use with harsh weather conditions, durability to withstand physical damage from impact of waste and movement of waste dumpsters during filling and emptying, and to facilitate debris shedding to keep the lens unobscured to capture accurate images of the interior of the waste dumpsters.

65.    Compology iteratively developed the camera lens and materials over the course of many years to optimize the captured images for use with Compology's machine learning algorithms to determine fullness levels, emptying events, and contamination events and types. The camera lens is a fixed-focus lens with an optimal FOV and focal length for the harsh/constrained environment and requirements for capturing waste container images. The FOV of Compology's R12 lens was ██████████, and the R13 lens was ██████████. Attached as Exhibits 1 to 14 hereto are various assembly drawings and specifications of the R12 CMOS modules (Exhibits 1 to 7) and of the R13 CMOS modules (Exhibits 8 to 14).



R12 Camera Module



R12 Camera Module Board

66. The camera lens and its FOV were chosen to address several tradeoffs. In order to be usable and optimal for use in an ML model, ████████████████████████ ████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ █████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████ █████████████████████████████████████ ████████████████████████████ For example, the container fullness analysis process ███████████████████████████████████████ █████████████████████████████████████ ████████████████████ In addition, the container fullness analysis process ██████████ █████████████████████████████████████ █████████████████████████████ In addition, Subpar Image Detection ("SPID") requires █████████████████████████████████████████ ████████████████████████████████ Other algorithms and processes, such as the empty event detection service and the rightsizing ████████████████████████████████ recommendation generation algorithm ████████████████████████████████████████ █████████████████

34   ████████████████████████████████████

67.   In practice, it is possible ███████████████████████████████
██████████████████████████████ However, ████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████ Consequently, ███████████████████
████████████████████████████████████████████████████████████████
████████ In addition, ███████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████████

68.   Compology as part of its development of the optical assembly and design ████████
█████████████████████████ When the camera captures an image from a container, ██
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████ Compology chose ███████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████

69.   Compology determined during its iterative development of the camera system that
a ██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
Preferably, the ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████ As such, █████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████ Compology optimized the ██████████████

████████████████████████████████████████████

███████████████████████████████████████████████████████

Thus, the design balances ██████████████████████████████████████████

████████████████████ In later designs, including the R13 and R13L, Compology utilized

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████

70.    Further, certain Compology camera system designs, such as the Compology R12

camera system, include a clear casing in the front half of the housing, and ██████████████

████████████████████████████████████████████ In those systems, however,

██████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████ In other examples,

Compology's R-12 camera system experienced ███████████████████████████████

███████████████████████████████████████████████████

██████████████████████████ In cases such as these, ██████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████ which it applied to its camera system designs. Thus, Compology

had to determine the ███████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████████

71.     Still further, the image resolution that the camera sensor captures is carefully specified by Compology. The resolution in the R12 camera system is ██████████ ██████████████████████████ For example, with a ████████████████ ███████████████████ The R███████████████████████████████████ ██████████████████████████████████████████ ██████████ In addition, it should be noted that the resolution of the image is not chosen ████████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████ In practice, however, ██████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████████ For AI purposes, however, ████████████████████████████ ████████████████████████████████████ ██████████████████████████████

72.     In addition, over the past decade, Compology experimented with different types of optical elements, ██████████████████████████████████ ██████████████████████████ However, through Compology's experimentation, it learned that ████████████████████████ ████████████████████████████████████ ████████████████████ As one example, Compology learned that ████████████ ████████████████████████████████████████ preventing the capture of suitable images. Compology experimented with ██████████████

37                  ██████████████████████████████████

██████████████████████████████████████████████████████

███████████████ permitted capture of images that were suitable ██████████████████████

███████

73.     Severe physical damage is commonplace in any waste container, but particularly in the construction and demolition sectors. This damage can be imparted both by the waste put into the waste container as well as the heavy machinery used to manipulate the trash and or container, such as forklifts, front end loaders, and bucket loaders. Great care was taken with the mechanical design to minimize or avoid this type of damage. Compology developed designs to mitigate physical damage. For example, Compology used a double-shot injection molding process with a thermoplastic elastomer ("TPE") second shot. This second shot rubber TPE overmolding technique was designed to ████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████ In extreme cases, a metal shield was developed to surround and protect the smart camera assembly to provide further protection from physical damage. When installing the smart camera assembly in a waste container, a metal shield is first affixed to the waste container, and the smart camera assembly positioned and affixed within the metal shield.

74.     Debris buildup on the optical surfaces (windows) presents a substantial challenge, particularly in containers serving the food industry. Sources of occlusion can include grime, grease, rain, snow, dirt, humidity, cobwebs and nearly anything else that you might find in a waste container. Compology mitigated these sources of debris, primarily ████████████████

████████████████████████████████████████ Specifically, Compology

█████████████████████████████████████

employed a ███████████████████████████. Such debris can vary depending on the environment and industry for which the waste containers are provided. Compology experimented with many types of coatings by ████████████████████████████████████ ███████████████████████████████████████████ ██████████████████ Attached as Exhibit 15 hereto is a specification document detailing the specifics of the ██████████ employed by Compology for its smart camera assembly. In addition, the window geometry of the camera assembly housing was recessed so that waste and debris would slide off instead of becoming affixed to the camera lens assembly.

75.    Compology also used a white LED lens flash located ████████ and ████████ the camera lens. The camera flash (and camera flash PCBA used to control the camera flash) were designed to ████████████████████████████████████████ ███████████████████████████████████████████

Compology also experimented with different lighting characteristics, colors, and intensities to balance sufficient image capture against longevity of the battery in the low-power smart camera apparatus.



### 4.    Trade Secret 4: Training Data for an AI/ML System Analyzing Data from a Smart Waste Container Mounted Device

76.    I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology trained its ML models for the purpose of training AI systems to analyze images and the source and content of labeled and tagged images Compology used to train these models. Compology's source code reveals that the models are implemented as microservices that operate as independent and scalable routines in the service of the individual needs of the overall control system.

████████████████████████████████████

77.     Compology employs machine learning to analyze images of waste containers. To manually review and identify metrics of waste containers using humans only is cumbersome and inefficient. Thus, Compology developed an AI system to automatically analyze and label and tag images (i.e., machine labeling) for use by Compology's algorithms and processes that it uses to provide data, analysis, and recommendations to its customers, among other things. To automate Compology's process of analyzing images of waste containers, Compology used training data to train its ML models such that, when sufficiently trained, the ML models could be used in an AI system to label and tag images of waste containers without significant human involvement.

78.     Compology's training data is a trade secret and is central to Compology's training of its ML models and operation of its services. In ML, the size and quality of the training data are the most determinative factors for creating effective ML systems. At or around 2015, Compology started the process of training ML models for fullness levels of waste containers. Over the course of years, Compology manually labeled and tagged images from Compology's smart camera assemblies and built up a database of millions of images and related labels and tags. Specifically, the images were taken with Compology's camera systems, delivered wirelessly to Compology's server, and stored on a database. Compology then manually labeled and tagged these images with particular information detailing ███████████████████ ████████████████ and other information used by Compology's algorithms and processes. This process took over seven years. The metadata included ████████████████████ ████████████████ as labels and tags in metadata associated with specified images. Compology utilized three vendors to assist in manual labeling and tagging of images to create the training data set. Compology engineers also labeled and tagged images that became part of Compology's training data set. Based on my own research and knowledge of ML training, as

well as through interviews with RoadRunner's engineers, no training data set like it exists except for Compology's own training data set.

79.     Compology's training set required collection of millions of images from containers in ████████████████████████████████████████████████ with a camera system that ████████████████████████████████████████████ ██████████ in order to capture those images over many years, and have those images manually labeled and tagged. In my opinion, there is no shortcut to obtaining meaningful and high-quality data on which to train ML models as Compology did.

80.     The training data includes only manually tagged labels of container fullness, content identification, empty events, among others. After a critical mass of images were stored in the database as a training set, Compology was able to develop working ML models for fullness levels of waste containers, content of the containers, and the empty/service state of containers over time. The ML models developed through the training data are implemented in an AI system in order to automate the ingestion and classification of images and provide automatic labels and tags associated with the particular images. It is also possible to train successful machine learning models from the output of previous models.

81.     For example, Compology's AI system's accuracy for contamination identification of ████████████████████████████████ were extremely high, and thus, there is a high confidence level for those labels/tags. Compology's AI system detected ██████████████ ████████████████████████ In or around the time that RecycleSmart would have had access to these images, ████████████████████████████████ ████████████████████████ Accordingly, Compology's machine-labeled images were highly accurate, and ████████████████████████████████

41                    ████████████████████████████████

█████████████████████████████████, only increased the accuracy of the resulting set of labeled and tagged images, an essential and very valuable asset.

82.     In addition, Compology's ML model for SPID—or subpar image detection—in which ████████████████████████████████████████████████████ ███████████████████████████████████████████████████ I understand that the ███████████████████████ I understand that the ████████ ██████████████████████████████████████ respectively, at the time that RecycleSmart had access to Compology's labeled and tagged images.

83.     As described herein, Compology employs an AI system to automatically machine label and tag preprocessed images and store the results in its database. The AI system used by Compology in its waste metering system is a CNN, which is a type of deep-learning algorithm used for processing visual data. It draws inspiration from the human visual cortex, where specific neurons respond to specific regions of the visual field. CNNs mimic this behavior to recognize patterns and features in images.

84.     A CNN consists of layers, each designed to process and transform the input data in a specific way. The primary layers include:

●       Convolutional Layers: These layers apply filters (or kernels) to the input image to extract features such as edges, textures, or specific shapes. The filter might be an array of 5x5 binary values (0 or 1) that passes over the image in strides (jumps 3 pixels to the right each step, for example).

●       Activation Layers: Typically using a Rectified Linear Unit (ReLU) or an equivalent algorithm, these layers introduce non-linearity reducing the amount of information but allowing the network to learn complex patterns.

42          ████████████████████████████████

- Pooling Layers: These layers reduce the spatial dimensions (width and height) of the input volume for the next convolutional layer, reducing the computation required and controlling overfitting (which is when there is not enough training and learning is limited such that the result is only the recognition of yellow cats when trained to recognize cat species).

- Fully Connected Layers: Towards the end, these layers compute the class scores, resulting in the final output, such as the desired identification (classification) of the image.

85.     Weights are fundamental to CNNs. They are the parameters that the network learns through machine learning training. Each neuron in a convolutional layer is connected to a small region of the input data. The strength of these connections is determined by weights. Another parameter generated during training are biases that are generated as data falls through the neural network layers. The role of weights include:

- Feature Identification:  In convolutional layers, weights are part of the filters that slide over the input image to produce feature maps. Different weights allow the network to detect different features such as edges of an object.

- Learning Process: During machine learning training, the CNN adjusts these weights based on the error in its output. This process is known as backpropagation.

86.     There are many steps in training and adjusting weights, including:

- Forward Pass: The CNN processes the input data through its layers to make a prediction.

- Loss Calculation: The error (loss) is calculated by comparing the CNN's prediction to the actual label.

- Backward Pass (Backpropagation): The CNN propagates the error back through its layers, adjusting the weights to minimize the loss.

- Optimization Algorithms: Algorithms like Stochastic Gradient Descent (SGD) are used to update the weights in the direction that minimizes the loss.

87.     CNNs, through their unique architecture, are adept at handling image data. The concept of weights and biases and their adjustment during training is central to how these networks learn and make predictions.  Though weights and biases are generated during training are a crucial part of the model, but they do not represent the entirety of the training process. Other key elements include:

- Model Architecture: This includes the design of the network with various layers (convolutional, pooling, fully connected, etc.), their arrangement, and the choice of activation functions. The architecture dictates how the weights and biases will be used to process input data. Examples of popular architectures include from the past, AlexNet and ResNet as well as the modern ConvNeXt and Transformer models.

- Learning Algorithm: Typically, a variant of gradient descent is used to optimize the weights. The learning algorithm determines how the weights are updated during training.

- Hyperparameters: These are the settings that govern the training process and are not learned from the data. Examples include the learning rate, batch size, number of epochs (the number of times the training passes through the entire dataset), and regularization terms.

88.     Compology trained its CNN using ML appropriate to the learning task at hand. ML is crucial to the successful application of a CNN. The examples used for training include

both the input images and the expected outputs called labels, which are metadata elements. The distribution, variety, and quality of these data are fundamental to the training process. The function that measures how well the CNN is performing is called the loss function; the ML training is intended to minimize the loss function (that is: how well did it guess the image as revealed by the image label?), which can iteratively happen over time as more training data is used to train the ML models. The weights (and biases) are the direct product of the training and are used to make predictions. They are a part of the machine learning models that can be saved and loaded for future use (called transfer learning), effectively capturing the learned aspects of the training dataset.

89.    I find that Compology's high-quality training data compiled, labeled, and tagged over the course of years is an important trade secret that is used to train Compology's ML models and implemented in its CNN. This ML process is certainly the most time-consuming aspect of using artificial intelligence. The value of the training data is more than just the labeling cost; rather, the compiling, labeling, and tagging process involves significant efforts both in hardware and software design.

90.    I understand that Compology's training data comprises many millions of labeled and tagged images of the interior of waste containers. This is itself a trade secret. I also find that labeled and tagged images of the interior of waste containers in sufficient volumes to train an ML model is also a trade secret. For example, certain ML models may require thousands, tens of thousands, hundreds of thousands, or millions of labeled and tagged images to sufficiently train an ML model. Each have value by being kept secret from members of the public, including competitors.

91.     I understand that Compology kept its training data secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart could not derive their own ML models by using the labeled and tagged output of Compology's AI processes. I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own MLs. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, are not generally available to the public or those who could obtain value from knowing them.

92.     I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, which is provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

### 5.     Trade Secret 5: Subpar Image Detection (SPID)

93.     I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology ███████████████████ and the steps Compology implemented in SPID. Compology's source code reveals that the ███████████████████████
███████████████████████████████████████████████████████████
███████████████████████████

94.     I understand that Compology developed SPID ███████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████ SPID is an ███████████████████. In my opinion, the use of a

46     ███████████████████████████████████

██████████████████████████████████████████

██████████████████████████ is a trade secret.

95.    I understand that, in operation, ████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████

96.    I find that SPID is an important trade secret that ████████████████

██████████████████████████████████████████

██████████████████

97.    I understand that Compology kept SPID secret by entering into contractual

restrictions on use and disclosure, including that customers such as RecycleSmart could not

████████████████████████████████████

derive their own ML models by using the labeled and tagged output of Compology's AI system



. I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own MLs, ███████████ or a ████████████. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, and as implemented in SPID, are not generally available to the public or those who could obtain value from knowing them.

98.    I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. I am also not aware of any algorithms or processes that are publicly or privately in use for ████████████████. This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, and an absence of algorithms or processes for ████████████████ which are provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

**6.    Trade Secret 6: Contamination Detection/Content Identification Service**

99.    I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology trained its ML models associated with the contamination detection/content ID analysis service and the steps Compology implemented to obtain data and analytics concerning that service. Compology's source code reveals that the ML models are

48

100.     I understand that Compology developed its contamination detection / content identification analysis service over the course of many years. Compology had previously implemented a content identification service for detection of clear and non-clear plastic bags, detecting both the presence of the plastic bags and the number of bags in a waste container. Over time, Compology developed the contamination detection / content identification analysis service to detect seven types of contamination: (1) plastic bags; (2) electronic waste (e.g., microwaves, etc.); (3) bulky items; (4) uncollapsed cardboard boxes, (5) construction materials and yard debris; (6) styrofoam; and (7) tanglers (e.g., stringy material that could jam the equipment at recycling processor facilities). I find that the selection and combination of these seven kinds of potential contamination, which balances ████████ with ████████████████ ████, is a trade secret.

101.     ██████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████████████ ██████ I find that the methodology Compology employed to implement the service is a trade secret.

102.     Consequently, I find that the contamination/content ID service is an important trade secret that identifies seven unique types of contaminants/content in waste containers and ████████████████████████████████████████ Contaminants can ruin recycle efforts and are of the utmost importance to identify accurately.

49     ████████████████████████████

False positive identification can be expensive for the operator and false negatives can be harmful to the environment.

103.    I understand that Compology kept the service secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart could not derive their own ML models by using the labeled and tagged output of Compology's AI system or the confidential information contained in Compology's web application to derive their own service for identifying contaminants in waste containers. I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own MLs, including the contamination/content ID analysis service, or a derivative of the service. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, and as implemented in the service, are not generally available to the public or those who could obtain value from knowing them.

104.    I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. I am also not aware of any algorithms or processes that are publicly or privately in use for identifying seven unique types of contaminants/content in waste containers and ████████████████████████████████ ████████████████████████████████████████████████ This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, and an absence of such algorithms or processes, which are provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

50   ████████████████████████████

### 7. Trade Secret 7: Container Fullness Analysis

105. I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology trained its ML models associated with its fullness level ML model. Compology's source code reveals that the ML models are ██████████████████████████ ████████████████████

106. I understand that Compology developed its fullness level ML model over the course of many years. The process consists of a ████████████████████████████ ██████████████████████████████████████ █████ In this system, ██████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████████████ ███████████████████████████ I understand that at least as early as 2015, Compology had developed a working ██████████████████ I also understand that from 2015 to the present multiple improvements were made to ████████████ ███████████████████████████████████████████ █████████████████

107. In operation, ███████████████████████████████████ ████████████████████████████████ The images below are examples of subject/reference images (*see* Exhibits 18-19).

████████████████████████████████████████



108.    The container fullness analysis as 

109.     Consequently, I find that the container fullness analysis as ███████████ ███████████ is an important trade secret that ████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████

110.     I understand that Compology kept its fullness analysis secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart could not derive their own ML models by using the labeled and tagged output of Compology's AI system or the confidential information contained in Compology's web application to ████ ████████████████████████████████████████████ I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own ML models, ████████████████████████████████████████ Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, and as implemented in the analysis, are not generally available to the public or those who could obtain value from knowing them.

111.     I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. I am also not aware of any algorithms or processes that are publicly or privately in use for container fullness analysis as implemented by Compology. This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, and an absence of such algorithms or

████████████████████████████████████████████████

processes, which are provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

### C.   RoadRunner's Trade Secrets Have Independent Economic Value

112.    In my opinion, each of RoadRunner's trade secrets, including the overall waste metering and recycling system, smart camera apparatus, optical assembly and design, training data, and algorithms and processes, has independent economic value. The overall waste metering and recycling system and technology has independent economic value because (1) the system made it possible to obtain data and analytics that facilitated customers' desires to reduce costs, reduce carbon emissions, protect the environment, and provide a more sustainable system, (2) I understand that at least $40 million and 10 years were expended in developing the system, and (3) I understand that RecycleSmart took RoadRunner's system as its own to develop its competing Pello system in a matter of months.

113.    In my opinion, each of the aforementioned trade secrets are part of the overall waste metering and recycling system and each has independent economic value as being part of a working system, as well as being separately valuable by remaining secret to third parties. I understand that the Compology camera systems are not generally available or readily ascertainable to business competitors or others. They are provided to third parties only under strict prohibitions on use and disclosure. The Compology camera systems are provided in a secured housing in which the components and internals of the apparatus are not able to be examined without disassembly, which is prohibited activity by Compology's customers. The Compology camera systems are valuable because they took significant resources to research and develop. The original Compology camera system was developed starting in 2013 and was iteratively improved over years. Many person-hours were expended in developing the hardware of the smart camera apparatus and required integration with other parts of the overall waste and

54

recycling metering technology, including the optical assembly and design, training data and related ML models, and algorithms and processes. The Compology camera systems are part of an integrated system that provides specific images of sufficient quality and characteristics to be usable by ML systems to provide meaningful data used in Compology's algorithms and processes. I understand that Compology endured years of trial and error in developing its smart camera apparatus. In my opinion, RecycleSmart greatly accelerated its time to market and avoided significant costs by capitalizing on Compology's know-how.

114.    I understand that the optical assembly and design also is not generally available or readily ascertainable to business competitor or others. It is provided to third parties only under strict prohibitions on use and disclosure. The optical assembly and design is provided in a secured housing in which the components and internals of the assembly and design are not able to be examined without disassembly, which is prohibited activity by Compology's customers. The optical assembly and design is valuable because it took significant resources to research and develop. The original optical assembly and design was developed starting in 2013 and was iteratively improved over years. Many person-hours were expended in developing the hardware of the optical assembly and design and required integration with other parts of the overall waste and recycling metering technology, including the smart camera apparatus, training data and related ML models, and algorithms and processes. The optical assembly and design is part of an integrated system that provides wide-FOV images of sufficient quality and characteristics to be usable by ML systems to provide meaningful data used in Compology's algorithms and processes. I understand that Compology endured years of trial and error in developing its optical assembly and design. In my opinion, RecycleSmart greatly accelerated its time to market and avoided significant costs by capitalizing on Compology's know-how.

115.    I understand that the training data also is not generally available or readily ascertainable to business competitors or others. The training data is stored in RoadRunner's secured servers and is not accessible by third parties or provided to third parties. Compology, as part of its services, provided labeled and tagged images from its Compology cameras to RecycleSmart to be used by RecycleSmart for data and analytical purposes in combination with Compology's web application. In my opinion, the training data is valuable because it took significant resources to research and develop. The original training data was developed starting in 2013 and was iteratively improved over many years. Many person-hours were expended in labeling and tagging images and required integration with other parts of the overall waste and recycling metering technology, including the camera system, optical assembly and design, related ML models, and algorithms and processes. The training data is part of an integrated system that provides an ML environment with meaningful and proprietary data derived from Compology's algorithms and processes. Compology's training data was particularly valuable to RecycleSmart in that using this data was the only way RecycleSmart could develop its ML/AI model without years of R&D spent developing cameras, deploying them across a sufficiently large number of containers, capturing millions of images, and enduring the arduous process of tagging and labeling the captured images. Further, I understand that Compology endured years of trial and error in developing and training its AI/ML model. In my opinion, RecycleSmart greatly accelerated its time to market and avoided significant costs by capitalizing on Compology's know-how.

116.    I understand that Compology's algorithms and processes also are not generally available or readily ascertainable to business competitors or others, including contamination and SPID ML models. I understand that the algorithms and processes are implemented in code and

stored in Responding Party's secured servers and are not accessible by third parties or provided

to third parties. Compology, as part of its services, provided its web application to RecycleSmart

to be used by RecycleSmart for data and analytical purposes in combination with Compology's

labeled and tagged images output from its ML models. In my opinion, the algorithms and

processes are valuable because they took significant resources to research and develop. The

original algorithms and processes were developed starting in 2013 and were iteratively improved

over years. Many person-hours were expended in coding and implementing the algorithms and

processes and required integration with other parts of the overall waste and recycling metering

technology, including the camera system, optical assembly and design, training data, and related

ML models. The algorithms and processes are part of an integrated system that provides

meaningful data and analytics to its customers. I understand that Compology endured years of

trial and error in developing its algorithms and processes. In my opinion, RecycleSmart greatly

accelerated its time to market and avoided significant costs by capitalizing on Compology's

know-how.

### D.    RecycleSmart Derived its Pello Camera System from Compology's Camera Systems

117.    I considered several sources of information to assess whether RecycleSmart's

Pello camera system was derived from the Compology R-series of camera systems, including my

comparison of the Pello camera system and Compology's R11-R13/S/L camera systems, as well

as other documents and deposition testimony provided to me. My conclusion based on my

comparison results and as confirmed by documents and deposition testimony is that the Pello

camera system was derived from the Compology R-series of camera systems, namely, the R12

camera system. I disassembled the Pello camera systems provided to me, and took high-

resolution photographs of those cameras, in addition to taking high-resolution photographs of early prototypes or early iterations of the Pello camera system (e.g., DDW). *See* Exhibit 21.

### 1.    RecycleSmart Disassembled Compology's R12 Camera System

118.    I understand that Compology, during its business relationship with RecycleSmart, supplied RecycleSmart with certain of its R-series of camera systems, including its R12 camera system. As described herein, RecycleSmart had agreed not to disassemble or reverse engineer Compology's camera systems and were prohibited from deriving their own camera system or software from any of Compology's confidential technology shared with RecycleSmart.

119.    I was provided with a series of photographs that, upon my inspection, were internal photographs of a Compology R12 camera system. My review of the Deposition of Carl Anderson also reveals that Mr. Anderson, RTS's VP, Pello division, confirmed that the photographs were internal photographs of a Compology device. *See* Anderson Dep. Tr. at 54:24-56:2:

> Q: Exhibit 64 is a series of pictures, and I just ask if you recognize these.
> **A. I recognize that as the interior of one of the Compology units.**
> Q. And when you say "that," there's a number on the bottom right-hand side. Can you tell us what number that is? A. 8120? Is that the one? 31820.
> Q. That's it.
> A. All right. So I'm assuming that's the inside of a – a unit, because that looks like if I invert it it would be what I would see.
> Q. From the Compology unit?
> A. A Compology unit. …
> Q. Would you suspect the rest of the pictures are also the Compology unit since the one of the ones you identified - - [Objection] - - is one? [Objection]
> **The Witness: Yes, because it - - it's with the rest of the group, I assume.**

120.    The source of these photographs is RTS, based on the label on the bottom right corner of the photographs. *See* Exhibit 22 at RTS_00318118-122, and as reproduced below:



Docusign Envelope ID: 304ZE2F2-29A0-447A-860A-2A82C8EB425E



60



The filenames of these documents are 20190329_162242.jpg, 20190329_162253.jpg, 20190329_162308.jpg, 20190329_162325.jpg, and 20190329_162331.jpg. This is significant because it shows that the photos were all taken on March 29, 2019 (e.g., 20190329 identifies a timestamp of March 29, 2019, as the date when that photo was taken). The numbering of the photographs (e.g., 162242) also suggests that photos were taken between them; for example, 10 photos taken between 162242 and 162253, as photos are typically sequential when taken.

121.    Subsequent to Mr. Anderson's deposition, I understand that RTS produced an email chain in which Mr. Anderson asks for the particular photographs referenced in the paragraph above and receives them from a RecycleSmart employee named Lex Jansen. *See* Exhibit 23 at RTS_00339710-716. In the earliest email of that chain, on March 29, 2019 (the same date the photographs' file names reveal), Mr. Anderson[1] writes, at RTS_00339711:

---

[1] As the email suggests, Mr. Anderson does not appear to be a RecycleSmart employee at the time these photographs were sent to him.

**From:** Carl Anderson <carl@hotstartenterprises.com>
**Sent:** March 29, 2019 2:34:42 PM
**To:** Lex Jansen
**Subject:** Part number / spec sheet for the ██████████████ ? and a photo or two

Hey Lex,

Could I bother you for two things
1.      The part number and a spec sheet if you have it of the D cell ██████████████
2.      Photo of the inside of the camera version currently in use.  Know you had one of them in pieces so even photo of the inside of torn apart plastic mount and a separate one of the PCB.  Seem to remember the size where the internal board sat ████████
Hate to bug you on a Friday afternoon but would appreciate the info before end of day if it was possible.

**Carl M. Anderson M.Eng | CEO: HotStart Enterprises Ltd.-** LinkedIn Profile
| Cell: (604) 319-5785 | Office:(604) 319-5463| Fax: (888) 882-4213 | Skype: carlskype2008
Address| #300 - 3665 Kingsway | Vancouver | British Columbia | Canada | V5R 5W2
Web: www.HotStartEnterprises.com

In-Market Partner - Fraser International Business Development Ltd. Wales UK

HIGHLY  CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                    RTS_00339711

Importantly, Mr. Anderson asks about the part number and spec sheet for Compology's D-cell

battery, and the photographs of the inside of the camera version currently in use. *Id.* As I

indicated above that camera is the Compology R12 camera system. He also asks for the internal

photos of the torn apart plastic mount, and the PCB, as well as the PCB's dimensions. Mr. Jansen

complies, also suggesting that he has taken apart multiple camera systems. *See id.* at

RTS_00339711 ("Note: I only have one uCAM that's still intact and functional, so I hope these

two pictures (attachments) offer the info you need."). Mr. Anderson confirms that he is, in fact,

seeking information about the internals of the Compology unit (*see id.* at RTS_00339710):

██████████████████████████████

---

**From:** Carl Anderson <carl@hotstartenterprises.com>
**Sent:** March 29, 2019 3:09:16 PM
**To:** Lex Jansen
**Subject:** Re: Part number / spec sheet for the ████████████? and a photo or two

Perfect on the battery :)
My bad on what I was looking for on the camera (oops) ... meant the compology unit – you showed me one you had
opened up... that is what I would like photos of... and some sizing information on it and the board inside.
Hey what is your office extension?

**Carl M. Anderson M.Eng | CEO: HotStart Enterprises Ltd.-** LinkedIn Profile
| Cell: (604) 319-5785 | Office:(604) 319-5463| Fax: (888) 882-4213 | Skype: carlskype2008
Address| #300 - 3665 Kingsway | Vancouver | British Columbia | Canada | V5R 5W2
Web: www.HotStartEnterprises.com

In-Market Partner - Fraser International Business Development Ltd. Wales UK

---

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                                                    RTS_00339710

Mr. Jansen responds, providing dimensions of the Compology R12 camera system and the PCB

dimensions therein. *See id.* ("████████████████████████████████████████████

████████"). Mr. Jansen further states that he understands that the older and newer versions of

Compology's camera sensors features the same components. *See id.* ("Note: The sensor box you

saw in my office was one of their older versions. Their latest version is bigger, but features the

same components.").

122.    These photographs, and my observations about them, confirm that RecycleSmart

had disassembled Compology's R12 camera system, an activity that RecycleSmart was

contractually prohibited from doing. The newly provided email chain between Mr. Anderson and

Mr. Jansen establishes that this is, in fact, precisely what RecycleSmart had done. These

photographs and my observations about them also confirm my conclusions made by

independently disassembling and taking my own high-resolution photographs of the exteriors

63                        ████████████████████████████████████████████

and interiors of each—that the Pello camera system was derived from the Compology R12 camera system.

123.    I also understand that, even to this day, well after RecycleSmart let their business relationship lapse with Compology, that RTS has Compology camera systems in its office. *See* Anderson Dep. Tr. at 169:10-24. Thus, RecycleSmart have access to Compology's camera systems, but it also continuously had them available to continue to disassemble and reverse engineer since at least 2019.

### 2.    Comparison of Pello Camera System to Compology's R12 Camera System

124.    My methodology, as described herein, to compare the Pello Camera System with Compology's R-series of camera systems, was to disassemble them and take high-resolution photographs of each. *See* Exhibit 24. I also studied documents provided to me, including specifications, system block diagrams, and other technical documents, to gain an understanding of the nature and function of the layouts, components, and structures of each. I conclude that the following design elements, including the (a) ███████████████████ battery pack design, (b) camera subsystem and design, (c) mainboard system architecture, and (d) case mold and mount design, provide ample evidence that the Pello camera system was derived from the Compology R12 camera system design. *See, e.g.*, Exhibits 1-19.

### a.    ███████████████████ Battery Pack Design

125.    I compared the battery assembly design of the Compology R12 camera system with the Pello camera system. My conclusion is that the Pello battery assembly/battery pack design is identical to R12 and must have been obtained through disassembly and reverse engineering of Compology's R12 camera system. *See, e.g.*, Exhibits 20-21 & 24.

126.    As shown in the figure below, the Compology R12 battery assembly is not an off-the-shelf ("OTS") part. As described above, much innovation and design choices went into Compology's design of its battery assembly, and it embodies many custom-designed choices that incorporated design tradeoffs learned through many years of experimentation and testing.



127.    The figure shows that Compology's battery assembly design includes ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. It also includes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ as described herein. It includes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (not shown in figure below). The battery pack is wrapped in plastic (see Exhibit 20) when in its assembled form. The Pello battery assembly is identical to R12's battery assembly, including all of the aforementioned parts. It includes the same ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, exactly the same

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████, which are covered by both the housing, and the battery pack's plastic

wrap, the same ██████████████████████████████████████

██████████████████████, the same ████ and the same ████████████ Adding ██████

████████████████████████████████████████

████████████████████████████████ is not known, and in my

opinion, is not able to be reverse engineered without having access to a disassembled R12

camera system and battery pack.

128.    That the same ████████████████████████████████

██████████████ and plastic wrap appears also in the Pello camera system confirms that the

battery assembly design, and the camera system itself, was derived from Compology's R12

camera system. As discussed above, Mr. Anderson and Mr. Jansen exchanged information about

██████████████ including the supplier, part number, and spec sheet of ██████████████. *See*

Exhibit 23 at RTS_00339710-711. This further confirms that RecycleSmart derived the Pello

battery pack from the Compology R12 battery pack and assembly.

129.    The progression RTS undertook to develop its battery designs further confirms

my conclusion that the Pello camera system was derived from Compology's R12 camera system.

I have prepared a figure showing the progression that RecycleSmart undertook in its battery

assembly designs. *See* Exhibit 24.



130.     This figure shows photographs of three early battery assembly designs for the Pello camera system. Initially, the First Prototype included ████████████████████ ████████████████████████████████ The Second Prototype and the Production Prototype each include ██████████████████████████████ ████████████████████ Importantly, as I observed in the current Pello camera system, RecycleSmart changed its battery assembly design to conform, identically, to the R12 camera system's battery assembly design. It is more than obvious that RecycleSmart gained its inspiration in adopting the R12 battery assembly design by disassembling and reverse engineering the R12 camera system.

**b.      Camera Subsystem Assembly and Design**

131.     I compared the camera subsystem assembly and design of the Compology R12 camera system with the Pello camera system. My conclusion is that the Pello camera subsystem

████████████████████████████████

assembly and design was derived from R12 and must have been obtained through disassembly

and reverse engineering of Compology's R12 camera system. *See, e.g.*, Exhibit 24.

132.     I have prepared a figure (below) that compares camera/flash design similarities

between the Compology R12 camera system and the Pello camera system. I took these

photographs depicted in the figure during my investigation.



133.     The exterior housing and external-facing components of the camera/flash design

suggest that Pello's overall camera subsystem assembly and design was derived from

Compology's R12 design. For example, the Pello camera system includes ████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████████████████████████████ an ambient

light sensor, and a camera flash LED. Notably, the camera flash LED ███████████████

████████████████████████████████████████████████ All of these

██████████████████████████████████████████

features are the same between Pello's camera/flash design and Compology's camera/flash design. During my investigation, I inspected ███████████████████████ ████████████████████████████████████████. I inspected the ambient light sensor of the Pello camera/flash design, and it was the same chip, including the same ████████████████████████, in the same ████████████. I also compared the camera flash LEDs and found them to be substantially the same. As part of my analysis, I compared the Bill of Materials ("BOM") for both the Pello camera system and the Compology R12 camera system and confirmed my findings.

134.    In my opinion, RTS took these design elements from Compology's R12 along with the internal camera/CCM components, as shown below, confirming my conclusion that the Pello camera system was derived from the R12 camera system.

135.    I have prepared a figure (below) that compares camera subsystem assemblies between the Compology R12 camera system and the Pello camera system. I took these photographs depicted in the figure during my investigation. *See* Exhibit 24.



136.    As shown in the figure, the Pello camera subsystem includes the same ██████ ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████, as that used in Compology's R12 camera subsystem.

137.    Notably, Pello chose to use the same manufacturer, ████████, as the supplier for its camera CMOS sensor/processor, as well as a camera CMOS sensor/processor in the same family as Compology's R12. I have prepared a figure comparing the ████████ camera sensor/processor ICs of the Compology R12 and the Pello camera subsystems. Compology's R12 camera subsystem uses ██████████████ CMOS sensor/processor, and the Pello camera subsystem uses ██████████████████ camera CMOS sensor/processor, as confirmed by RTS documentation. *See* Exhibit 24; *see, e.g.*, Exhibit 25 at RTS_00311070 (identifying ██████████████████████████████████).



138.    By inspecting the functional block diagrams of ███████████ CMOS sensor
and ████████████████ CMOS sensors, it is my opinion that they are functionally
equivalent for purposes of the camera subsystem design and assembly. Importantly, the
manufacturer and specific family of camera CMOS sensors could not be obtained without
disassembling the Compology R12, which RecycleSmart did. In addition, the camera and lens
elements are substantially the same, with a substantially similar FOV and angle as published in
their documentation. This further confirms my conclusion that the Pello camera system was
derived from the Compology camera system.

139.    In my opinion, it is not a coincidence that RTS used the same or substantially the
same components for its Pello camera subsystem design and assembly; RTS copied
Compology's R12 design. These parts of the optical design are integral to operation of the
camera system itself, particularly considering that the camera system is in an image-constrained
environment such as a waste container.

### c.     Mainboard System Architecture

140.    I compared the mainboard system architecture of the Compology R12 camera system with the Pello camera system. My conclusion is that the Pello camera mainboard system architecture was derived from R12 and must have been obtained through disassembly and reverse engineering of Compology's R12 camera system.

141.    I have prepared a figure (below) that compares the mainboard system architectures between the Compology R12 camera system and the Pello camera system. I took these photographs depicted in the figure during my investigation. *See* Exhibit 24.



142.    Both mainboard system architectures feature a ███████████████████ ████████████████████████████████████████████████████. In my opinion, the combination of these features are not viewable or known except by disassembly and inspection of the R-series of camera systems, particularly the R12.

143.     Notably, an earlier product initially developed by RecycleSmart called "DDW" that is a predecessor camera system to Pello discloses the use of ███████████████. Based on my disassembly of the Pello camera system, as well as schematic diagrams, and the like, I have confirmed that ████████████████████████████████ ████████████████████. *See, e.g.*, Exhibit 26 at RTS_00108286. In any of these iterations, whether utilizing ████████ Quectel, or ████████████████ a review of the datasheets for each confirms that they include ████████████ █████████. In the case of the ████████████ ████████████████████ ███████████████████████████████, as shown in the figure below. *See* Exhibit 24.



144.     Based on my observations from my inspection of the early iterations and current Pello camera system, the Pello mainboard system architecture changed iteratively over time. However, I conclude that the inspiration and understanding of the components for building a

camera system for the particular application of a waste container involving harsh weather and physical impact came from Compology's R12. I find that based on the similarities between the mainboard system architectures that RecycleSmart learned from Compology's mainboard system architecture design and used it to develop their Pello camera system.

### d.     Case Mold and Mount Design

145.     I compared the case mold and mount design of the Compology R12 camera system with the Pello camera system. My conclusion is that the Pello case mold and mount design was derived from R12 and must have been obtained through disassembly and reverse engineering of Compology's R12 camera system. *See* Exhibit 24.

146.     Compology's R12 camera system includes ████████████████████ ████████████████████████ as shown in the figure below. This design feature ████████ ████████████████████████████████████████████ ████████████████████

147.    I observed, based on RecycleSmart's early DDW designs, that the camera mold design all included a clamshell-based system. However, the early prototypes did not include ██

████████████████████████████████████████████████████████████████████

██████  The figures below show ████████████████████████████ *See* Exhibit 21.





148.    RecycleSmart's first Pello camera system design includes ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ as shown in the figure below. *See id.*

149.     RecycleSmart's second Pello camera system (three samples provided to me),
includes ███████████████████████████████. *See* Exhibit 24.



150.     I conclude that the Pello case mold design is similar to Compology's R12 ███
███████████████ in that it provides the same function—███████████████████████████
███████████████. In my opinion, this adds to my conclusion that the Pello
camera system was derived from the Compology R12 camera system.

151.     In addition, I note that the housing of the Compology R12 camera system is a
unique ███████████████. That ███████████████ is used in both an early
DDW prototype as well as the current Pello camera system. As with Compology's design, the
three mounting positions in a waste container ███████████████████████████
███████████████ These findings further reinforce my
conclusion that the Pello camera system was derived from the Compology R12 camera system.
*See* Exhibit 24.



**E.    RecycleSmart Derived its ML Models from Compology's Training Data**

152.    As part of my investigation, I visited RTS's counsel's offices in Boston,

Massachusetts, and inspected RTS's source code for the Pello camera system. Part of my

investigation involved inspecting the Pello ML models, and in particular, the methodology employed by RecycleSmart (or RTS) in training the ML models used in connection with their Pello camera system. I also was made aware of documents such as reports, including to the National Research Council of Canada Industrial Research Assistance Program (NRC IRAP), images, and emails identifying the methodology and plan to develop ML models for use with the Pello camera system.

153.    I understand that Compology, as part of its services, provided RecycleSmart with the ability to download labeled and tagged images of the interior of waste containers captured by Compology's camera systems. However, as described herein, RecycleSmart was contractually not permitted to use those images to train its own ML models under the companies' business relationship.

154.    I understand that in 2021, RecycleSmart downloaded a large amount of labeled and tagged images captured by Compology's cameras. *See, e.g.*, Exhibit 27 at ROADRUNNER000028673; ROADRUNNER000028683; ROADRUNNER000028688-89; ROADRUNNER000028691. Documentation showing a large spike in data retrieval by RecycleSmart reveals that RecycleSmart downloaded millions of Compology images, as follows:

Docusign Envelope ID: 304ZE2F2-29A0-447A-960A-2A82C8EB425E



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ROADRUNNER000028683



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ROADRUNNER000028689



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ROADRUNNER000028691

155.    I understand that in 2022, RecycleSmart let its business relationship lapse with

Compology. I understand that RecycleSmart's plan to obtain ML models for use with their own

AI-based bin-state identification system was to provide an alternative to the Compology camera

system, Pello (which I have concluded was derived from Compology's R12 camera system), and

use Compology's image data to train its own ML models that could be used with the Pello

camera system. An early IRAP report authored by RecycleSmart and sent to NRC IRAP reveals

that RecycleSmart intended to "Determine key computer vision algorithms of interest for

handling multi-spectrum images, edge detection, object detection, colour processing and inter-

spectrum adjustments." Exhibit 28 at RTS_00000741-43. Mr. Yayah Laraki, a RecycleSmart ML

software engineer, also stated that RecycleSmart's "plan [was] to squeeze the most from

Compology images as the labelling process is easy with them," and once a " 'final version of the

model [is] trained on Compology images, [RecycleSmart] will fine-tune the model on Pello

images [which] will require far less data (around 400 pello images) and then test and deploy the model." *See* Exhibit 29 at RTS_00016984:

---

**Message**

---

**From:**     Yahya Laraki [yahya.laraki@rts.com]
**Sent:**     1/24/2022 7:53:42 PM
**To:**       Colin Bell [colin@rts.com]; Yahya Laraki [yahya.laraki@rts.com]
**Subject:**  Conversation with Colin Bell

Yes the plan is to squeeze the most from Compology images as the labelling process is easy with them. Once we have a "final" version of the model trained on Compology images, I will fine-tune the model on Pello images. This will require far less data (around 400 pello images) and then test and deploy the model

156.    Mr. Laraki confirmed, in his deposition, that he implemented this plan and experimented with and trained ML models using Compology images. *See* Deposition of Yayah Laraki (Aug. 7, 2024) ("Laraki Dep. Tr.") at 117:8-118:19. Mr. Carl Anderson, VP, Pello Division, confirmed that the initial training of their dirty lens detection model was done using Compology images, approximately 150,000 images were downloaded from Compology's system for that purpose, and Mr. Anderson authorized the use of Compology images for that purpose. *See* Deposition of Carl Anderson (Aug. 9, 2024) at 124:18-125:1 (authorized Mr. Laraki to use Compology images) & 184:11-185:12 (approximately 150,000 images were used from the old system, which Mr. Anderson understood to refer to Compology).

157.    I am also aware that RecycleSmart installed Pello camera systems alongside Compology camera systems in the same waste containers. RoadRunner documented that out of 1,603 containers, 173 of them included cameras of both Compology and RecycleSmart, or almost 11% of all containers. *See* Exhibit 30 at ROADRUNNER000074158-74244 (table showing audit of RecycleSmart waste containers). This suggests to me that RecycleSmart was intentionally capturing images of the same waste containers with both Compology and Pello

83

cameras to train their ML models. *See, e.g.*, Exhibit 31 at ROADRUNNER000073283-73286,

particularly ROADRUNNER000073285 (image provided below).



158.     My source code inspection revealed that RTS includes ███████████████████

at ████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████   *See* Exhibit 32 at RTS_SC0000026-32. In addition, at

█████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████ showing

RTS's effort to integrate Compology AI-system knowledge into the RTS core customer

management system to provide substantially the same proprietary services as developed by

Compology.

159.    I also learned, through my inspection of Pello source code at ████████

███████████████████████████████████████████████

████████████████ that RecycleSmart had implemented ████████████████████

████████████████████████████████████████████████████

████████████████████████████████ Exhibit 33 at RTS_SC0000202. ██████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████ *Id.* This confirms that ████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████ In addition, ██████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ Exhibit 34 at RTS_SC0000106-

109. This confirms that █████████████████████████████████████████

███████████████████

160.    █████████████████████████████████████████████

████████████████████████████████████████ For example, at ██████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

█████████████████████████ showing that ██████████████████████████████

███████████████ *See* Exhibit 35 at RTS_SC0000230. In addition, ████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████ Exhibit 36 at RTS_SC0000160. This suggests that, ███

█████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████

161.    The source code also shows that ████████████████████████████████

████████████████████████████████████████. *See, e.g.*, Exhibit 37 at

RTS_SC0000098-103 ████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████ Exhibit 38 at RTS_SC00000104 (████████████

██████████████████████████████████████████

█████████████████████████████████

██████████████████████████████████████████████

███████████ This confirms that ██████████████████████████████████████████

162.    I have also confirmed that Pello's source code █████████████████

████████████████████████████████████████████ For example, at ██████████████

█████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████ *See* Exhibit 39 at RTS_SC000097. In addition, at ██████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████ *See* Exhibit 33 at

RTS_SC0000229. ████████████████████████████████████████

████████ I conclude that these references in the source code show using Compology images to

train the Pello contamination ML model.

163.    The source code also confirms that █████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████

For example, █████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████ *See*

Exhibit 41 at RTS_SC0000238.

164.    I am aware that Mr. Laraki claims to have discarded early autoML and ResNet models as "unusable" and has replaced these models with a "new" ConvNext model using only generic ImageNet images and a relatively small (in the single-digit thousands) number of images to train for contamination detection. Based on my knowledge of ConvNext, and CNNs in general, and based on scholarly references I have found, it is not possible for Mr. Laraki to do what he claims to have done. The scholarly references teach that pretraining using ImageNet have limitations and can even reduce utility in training ML models such as that developed by Compology or derived by RecycleSmart. Studer, L., *et al.*, A Comprehensive Study of ImageNet Pre-Training for Historical Document Image Analysis, *available at* https://ar5iv.labs.arxiv.org/html/1905.09113v1 (accessed Aug. 28, 2024), teaches that pretraining using ImageNet images have limitations in scenarios involving "spatially localised predictions." Exhibit 42. For example, the article states:

> He et al. [15] showed that pre-training on ImageNet **speeds up convergence early in training, but that training from scratch will eventually catch up and sometimes even surpass the pre-trained and fine-tuned accuracy**. They further argue that ImageNet pre-training does not automatically give better regularisation and that it shows no benefit when the target tasks or metrics are **more sensitive to spatially localised predictions**. Training from scratch requires different normalisation and regularisation methods as compared to transfer learning. This can skew results, benefiting the pre-trained paradigm over learning from scratch.

> Similarly, Kornblith et al. [16] showed that although ImageNet pre-training accelerates convergence, it does not necessarily lead to a better performance if run long enough. They also investigated how transfer learning relates to the architecture used in the context of image classification. Their findings suggest **that the accuracy increase from ImageNet pre-training fades quickly as the size of the dataset for the task at hand grows larger**. They conclude that pre-training is and will remain an essential tool in the near future but also highlight clearly that **it has limitations**. [bold added]

████████████████████████████████

165.     Zhang, J, *et al.*, ImageNet Pre-training also Transfers Non-robustness, *available at* https://ar5iv.labs.arxiv.org/html/2106.10989 (accessed Aug. 28, 2024), teaches that non-robust features are transferred from a pre-trained model, specifically referencing ImageNet (Exhibit 43):

> As illustrated in Figure 1, we find *in typical pre-training enabled scenarios, the fine-tuned models tend to have an unsatisfactory performance on robustness.* While confidently recognizing the original input, the fine-tuned models are very sensitive to trivial perturbation and incorrectly classify the adversarial input. The success of pre-training in generalization improvement **conceals its defect in decreasing robustness**.
>
> We then delve into the cause of the non-robustness by examining the learned knowledge of fine-tuned model. Even though the target tasks of fine-tuned model and standard model are the same, we find that they are quite different in terms of learned knowledge. Furthermore, we analyze what features learned by models lead to the differences and how these features affect robustness. ***The non-robust features in the fine-tuned model are demonstrated to be mostly transferred from the pre-trained model (i.e., ImageNet model) and the mediators that derive non-robustness.*** [bold added]

166.     He, K., *et al.*, Rethinking ImageNet Pre-training, *available at* https://ar5iv.labs.arxiv.org/html/1811.08883v1 (accessed Aug. 28, 2024), teaches that "Experiments show that ImageNet pre-training speeds up convergence early in training, but does not necessarily provide regularization or improve final target task accuracy."). Exhibit 44. He further teaches that:

> (i) ImageNet pre-training *speeds up* convergence, especially early on in training, but training from random initialization can catch up after training for a duration that is roughly comparable to the total ImageNet pre-training plus fine-tuning computation—it has to learn the low-/mid-level features (such as edges, textures) that are otherwise given by pre-training. As the cost of ImageNet pre-training is often ignored when studying the target task, 'controlled' comparisons with a *short* training schedule can veil the true behavior of training from random initialization.
>
> (ii) ImageNet pre-training does *not* automatically give better regularization. When training with fewer images (down to 10% of COCO), we find that new hyper-parameters must be selected for fine-tuning (from pre-training) to avoid overfitting. Then, when training from random initialization using these *same* hyper-parameters,

the model can match the pre-training accuracy *without* any extra regularization, even with only 10% COCO data.

(iii) ImageNet pre-training shows no benefit when the target tasks/metrics are more sensitive to spatially well-localized predictions. We observe a noticeable AP improvement for high box overlap thresholds when training from scratch; we also find that keypoint AP, which requires fine spatial localization, converges relatively faster from scratch. Intuitively, the task gap between the *classification*-based, ImageNet-like pre-training and *localization*-sensitive target tasks may limit the benefits of pre-training.

167.    Further, ConvNext is about 3 years old and is much more complex than autoML or ResNet; hence, it generally requires more training, not less training, to take advantage of its many new features. The risk of under-training is over-fitting—that is, the model only recognizes yellow tabby cats, so to speak. Any skilled software engineer familiar with these architectures will understand that the use of ConvNext as a replacement architecture will not permit training with fewer images based on pre-training with ImageNet images unless a previous model's weights and biases are utilized as a starting point for ConvNext (called transfer learning) to provide the basis to further train the ML model developed on a previous architecture such as ResNet.

168.    Transfer learning from ResNet to ConvNext involves several steps, focusing on adapting the pre-trained weights, architecture differences, and adjusting hyperparameters to optimize performance for the specific task. ML models have a variety of hyperparameters that need to be set depending on the type of model being used. The following are the most common encountered in different ML models:

- Learning Rate**:** Controls the step size during optimization, influencing how quickly or slowly the model learns (e.g., start low, such as 1e-4 to 1e-5; Cosine annealing, step decay, or other appropriate learning rate schedules);
- Batch Size**:** The number of samples processed before the model updates its weights (e.g., experiment with sizes, typically ranging from 16-128);

- Number of Epochs**:** How many times the entire training dataset is passed through the network (e.g., 10 to 50 depending on convergence and overfitting);

- Optimizer**:** The algorithm used to update the model's weights (e.g., Stochastic Gradient Descent, Adam, RMSprop, etc.; with momentum, depending on convergence behavior);

- Loss Function**:** The function that quantifies the error between the model's predictions and the true labels;

- Regularization Parameters**:** Techniques like L1 or L2 regularization, dropout, or weight decay to prevent overfitting;

- Network Architecture**:** Number of layers, types of layers (convolutional, pooling, fully connected), number of neurons/filters per layer (there are means to adapt the source model to the destination if the layers are different); and

- Architecture background**:** ResNet: (Residual Networks) uses residual connections to improve the training of deep networks by allowing gradients to flow through identity mappings (usually by skipping layers); ConvNeXt: is an architecture inspired by ResNet but incorporates design choices from the more recent transformer models to improve performance while maintaining the simplicity of convolutional networks.

169.     Scholastic articles teach that retaining of the learned features from ResNet while benefiting from the enhanced capabilities of ConvNeXt is possible, potentially leading to improved performance on a specific task. For example, Tan, M., *et al.*, EfficientNet: Rethinking Model Scaling for Convolutional Neural Networks, *available at* https://arxiv.org/pdf/1905.11946 (accessed Aug. 30, 2024), shows transfer learning between models. *See* Exhibit 45.

170.     Further, using ImageNet would not provide any meaningful source of waste container images. ImageNet may provide pre-training for edges and shapes, but for training of waste container contents, deep and meaningful training would still take many more images than what Mr. Laraki has claimed was used. In fact, contamination states inside of a waste container are often subtle and require much more training to accurately classify (identify). Training requires vast numbers, sometimes in millions, of diverse, example images that are accurately labeled. Labeling is done by hand which represents a tremendous amount of cumulative time. There are no shortcuts to this process. For example, OpenAI took ten years to build ChatGPT.

171.    If Mr. Laraki's ML models for classification are reaching the purported accuracy results he claims, then it is my opinion that a large and robust training set of labeled and tagged images of the interior of waste containers were used to provide initial training. Mr. Laraki claims to have obtained reasonable results, but purportedly decided to discard those results; the more likely scenario is that Mr. Laraki kept the weights and biases and performed transfer learning from ResNet to ConvNeXt, then locked down the weights and biases in the transferred layers, and then further trained the contamination ML model on top of this in ConvNeXt. The other possibility is that Mr. Laraki—or others at RTS—trained the new ConvNeXt contamination detection ML model on Compology data and fine-tuned it with Pello images, which happens to be the precise plan that Mr. Laraki articulated to Mr. Bell: in essence, RecycleSmart's "plan [was] to squeeze the most from Compology images as the labelling process is easy with them," and once a "'final version of the model [is] trained on Compology images, [RecycleSmart] will fine-tune the model on Pello images [which] will require far less data (around 400 pello images) and then test and deploy the model." *See* Exhibit 29 at RTS_00016984.

172.    I understand that the volume of labeled and tagged images that RecycleSmart downloaded is in the millions. However, as discussed herein, not all of the millions of labeled and tagged images are necessary to train an ML model. Thus, the entirety of the labeled and tagged images downloaded by RecycleSmart constitutes a training set for certain ML models that may require in the millions of labeled and tagged images of waste containers to achieve sufficient accuracy and throughput. Deep learning neural networks may require millions of labeled and tagged images to sufficiently train. On the other hand, in training less complex models, even certain deep learning neural networks, may only require thousands, tens of thousands, or hundreds of thousands of labeled and tagged images to achieve sufficient accuracy

and throughput for those ML models. Each constitutes its own training data for use in training ML models.

173.    In addition, RecycleSmart derived ML models for contamination and dirty lens detection from the output of ML models—i.e., the labeled and tagged images from Compology's camera systems. The output of Compology's ML models are sufficiently accurate such that RecycleSmart created its own training data sets therefrom that it then used to derive its own ML models for dirty lens detection, contamination, and fill level.

**F.    RecycleSmart Derived its Dirty Lens Detection from Compology's Training Data and Web Application**

174.    As  I described above, I reviewed the Pello source code in RTS's counsel's Boston, Massachusetts office to determine if RTS derived any of its ML models from Compology's training data. I also reviewed the Pello source code and Compology's web application to uncover whether RTS had learned and copied any of Compology's ML-related systems, including SPID. I conclude that RecycleSmart, while it was a customer of Compology, learned about Compology's SPID ████████ from both the web application and from the labeled and tagged images that revealed confidential information about the SPID ████████

175.    The SPID ████████ (Trade Secret 5) is ████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████ This confidential information is available through Compology's web application that I understand was available to RecycleSmart during their business relationship. For example, the web application shows the following Activity Log, in which on Friday, August 23, 2024, at 5:18pm, a customer's waste container was "Obstructed."

93          ████████████████████████████████



176.    Each "Obstructed" image is viewable to determine what, in fact, about the image

The

obstructed image may reveal a blurry lens, signifying that the lens is dirty:



177.    Having access to Compology's web application meant that RecycleSmart was able to ascertain that, when an image was blurry/obstructed, ████████████████████ ████████████████████

178.    In my opinion, not only did RecycleSmart ascertain this confidential information, but it used it, along with Compology's labeled and tagged images, to train a dirty lens detection ML model of their own.

179.    Mr. Laraki, in his deposition, confirmed that RecycleSmart used Compology image data as a starting point for training a dirty lens detection model. Laraki Dep. Tr. at 156:9-158:8:

> Q.   Do you remember when you started looking or working on the dirty lens camera issue that you wanted Compology data?
> MR. GALICA:  Objection.
> THE WITNESS:  Yes.
> **Q.   Why did you want Compology data?**
> **A.   As a starting point.**
> **Q.   Why did you want it as a starting point?**
> **A.   We had the data.  Like, it was part of Pello data.  So it was used when it seemed to be relevant.**
> **Q.   How was it relevant?**
> **A.   It was relevant because it was containing blocked -- images that are blocked, if I recall.**
> **Q.   What did you want to use those images for?**
> **A.   To -- to a similar process to what was described before, to try to train a model on -- on those images that are blocked and then fine-tune on Pello images.**
> Q.   Why don't you just start with Pello images?
> A.   Because we didn't have any label on that, on Pello images.  We didn't start that yet.
> Q.   So you couldn't start the project without having labeled images?
> MR. GALICA:  Objection.
> THE WITNESS:  No, I could not start without labeled images, yeah.
> Q.   Why is that?  Why can't you start without having labeled images?
> A.   Because this is what we're trying to train the model for, to discriminate between whether the image is blocked or – actually the -- what we did is whether the image is dirty, the lens, camera lens is dirty partially dirty or clean.
> **Q.   But I take it without having labeled images, there's nothing to train the model on?**

95    ████████████████████████

**A.  You can label the Pello images. You can label them.**
**Q.  Why didn't you do that?**
**A.  Because we had the Compology images as a starting point, so we used**
**that.**

180.    RecycleSmart also confirmed the manner in which it used Compology image data

to train its dirty lens detection. A document from RTS titled "DIRTY LENS DETECTION

MODEL TESTING" (Exhibit 46 at RTS_00000756) states:



181.    Importantly, RecycleSmart confirmed that ███████████████████

██████████████████████████████████████. *Id.* Both the training,

validation, and test set referred to are Compology image data. *Id.* RecycleSmart indicates that it

obtained an accuracy of ████ using Compology's image data. *Id.* Mr. Anderson confirmed in his

deposition that the Dirty Lens Detection Model Testing document is an "explanation of the

results of a dirty lens detection model testing done by [Mr. Laraki]." Anderson Dep. Tr. at

106:17-25.

182.    In a March 31, 2023 Post-Project Report to NRC-IRAP, RecycleSmart confirmed that "Taking clear photos of the content inside a garbage bin is one of the most important features of PELLO devices. We developed a model that would detect three levels — ██████ ████████████████████████████████████████████████████████ ████████████████████████████████████ This model is now up and running with an overall accuracy of at ████." Exhibit 47 at RTS_322581. This is consistent with the results reported by Mr. Laraki in his Dirty Lens Detection Model Testing document.

183.    My review of the Pello source code confirms that RecycleSmart used Compology image data to train its ML models for dirty lens detection. For example, ████████ ██████████████████████████████████████████████ ██████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████ █████████████████████████████████████ ██████████████████████████████████████████████ ████████████████

184.    ████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████ ██████████████████████████████████████

██████████████████████████████████████



This is significant because ▮▮▮▮▮▮▮▮▮▮ indicates that ▮▮▮▮▮

185.    It is also significant that ▮▮▮▮▮▮▮▮▮▮

186.    Accordingly, it is my conclusion that these reference in the Pello source code confirm that ▮▮▮▮▮▮▮▮▮▮ This is consistent with the

NRC-IRAP reports referenced above, as well as the deposition testimony of Mr. Laraki and Mr. Anderson. Ultimately, these findings support my conclusion that RTS obtained knowledge of SPID and, using that knowledge, in combination with Compology image data, derived its dirty lens detection ML model. Specifically, the "Obstructed" images of SPID, that include a blurry image caused by a dirty lens, is virtually identical to ███████████████ of the Pello dirty lens detection ML model.

### G.    RecycleSmart Derived its Plastic Bag Contamination Detection from Compology's Training Data

187.    I further reviewed the Pello source code in RTS's counsel's Boston, Massachusetts office to determine if RTS derived any of its ML models from Compology's training data. I also reviewed the Pello source code and Compology's web application to uncover whether RTS had learned and copied any of Compology's ML-related systems, including Compology's contamination ML model. I conclude that RecycleSmart, while it was a customer of Compology, learned about Compology's contamination ML model from both the web application and from the labeled and tagged images that revealed confidential information about the contamination ML model. As described herein, Compology's contamination detection ML model is trained on a number of contaminants, including plastic contamination.

188.    Compology's contamination detection ML model (Trade Secret 6) is a CNN-implemented deep learning ML model that detects a variety of contaminants, including plastic contamination. RecycleSmart had access to this knowledge based on the labels and tags associated with Compology images showing contamination, as well as through Compology's web application, while RecycleSmart was a customer of Compology. For example, the web application shows plastic bag contamination, and associated images, in its web application:

██████████████████████

Docusign Envelope ID: 3047E252-29A0-447A-969A-3A92C8EB435E



189.    Thus, RecycleSmart had both confidential information through the web application as well as confidential information through the labeled and tagged Compology image data. As described herein, any derivation of RecycleSmart's own model from this information was prohibited.

190.    My investigation revealed that RecycleSmart trained plastic contamination models using Compology image data, one for organics (i.e., "plastic-contamination-org") and one for old corrugated cardboard (i.e., "plastic-contamination-occ"). Documentation provided to me, as well as deposition testimony from Mr. Laraki, confirmed that RecycleSmart had trained ML models using autoML and ResNet (two commonly known CNN architectures) using Compology image data. *See, e.g.*, Laraki Dep. Tr. at 54:4-16 (autoML trained on Compology image data for contamination); 103:15-107:11 (ResNet trained on Compology image data for contamination).

191.    I find highly relevant to my conclusions that RecycleSmart trained its contamination ML models using Compology image data, that Mr. Laraki reported internally to Mr. Anderson, Mr. Bell, Mr. Shivaji Patil, and Mr. Boken Lin, he used Compology images to train RecycleSmart's contamination versus non-contamination ML model. *See* Exhibit 51 at RTS_00017465 (shown below):

---

Message

| | |
|---|---|
| **From:** | Yahya Laraki [yahya.laraki@rts.com] |
| **Sent:** | 1/14/2022 4:47:10 PM |
| **To:** | Carl Anderson [carl.anderson@rts.com] |
| **CC:** | Colin Bell [colin@rts.com]; Shivaji Patil [Shivaji.Patil@rts.com]; Boken Lin [boken.lin@rts.com] |
| **Subject:** | Image contamination model performance |

Hello team,

I have very good news to share.

The first baseline model I used (ResNet) gave me an overall **accuracy of 74.5%.** The accuracy when the model predicts that the image contains contamination is 67.5% and when the model predicts that the image does not contains contamination, the accuracy is 81.5%.

The model was trained with 1600 Compology images (800 with contamination and 800 without) and tested on 400 images (200 with contamination and 200 without). The trained model can be found here : 🗋 rs_trained_model_V1.pt

This is only the first results I got and still haven't applied any sort of model hyperparameters optimization and other ideas I have to improve performance. So this is very promising for the future 😊

Regards,

**Yahya Laraki**

Senior Machine Learning Developer

24 hour Customer Service:
1 888 892 1796

recycle-smart.com



192.    A subsequent email from Mr. Laraki to the same individuals at RecycleSmart,
along with other RecycleSmart individuals, indicates that he has improved the contamination
versus no contamination ML model using Compology image data only. *See* Exhibit 52 at
RTS_00017421 (shown below):

**From:** Yahya Laraki <yahya.laraki@recycle-smart.com>
**Sent:** January 27, 2022 11:06 AM
**To:** Carl Anderson <carl.anderson@recycle-smart.com>
**Cc:** Colin Bell <colin@recycle-smart.com>; Boken Lin <boken.lin@recycle-smart.com>; Shivaji Patil <Shivaji.Patil@recycle-smart.com>; Minaz Fazal <minaz.fazal@recycle-smart.com>; Kris Burch <kristopher.burch@recycle-smart.com>; Cole Oshiro <cole.oshiro@recycle-smart.com>; Fraser Crosbie <fraser.crosbie@recycle-smart.com>; Gagandeep <gagandeep@recycle-smart.com>; Jeff Swarts <jeff.swarts@recycle-smart.com>; Muthyam Reddy <Muthyam.Reddy@recycle-smart.com>
**Subject:** PlastAIstic project

Hello team,

I just deployed a new version of the interface to test the new version of the model.

The new model has an overall accuracy of 79.5% (accuracy 66.5% when there is contamination and 92%!! when there is no contamination) compared to 74.5% for the previous version. The model was trained and tested on Compology images only but seems to give decent results on Pello images as well. We still need to test the model on Pello images only on large scale to be able to report a representative performance measure.

Here is the link : https://45681.gradio.app/
Username : pello
Password: rsdlmodel

I linked the flag button in the interface to a local folder on my laptop, so if the model makes an error, please click on the flag button so that I can analyze those images and retrain the model.

Thank you !

Yahya Laraki
Senior Machine Learning Developer
24 hour Customer Service:
1 888 892 1796
recycle-smart.com



193.    Still further, I find it highly relevant that RecycleSmart reported to the Sustainable Development Technology Canada ("SDTC") that RecycleSmart had "[b]uilt up an AI based contamination model that can detect black plastic bags in cardboard recycling bins with more than 70% accuracy. **We have continued the Datalake build of camera images from the Compology sensors that we have in our bins currently. We used this huge photo library for initial training of the contamination model before tuning with our Pello images**." Exhibit 53 at RTS_00001064 (April 8, 2022). This document confirms that RecycleSmart is using a huge photo library of Compology image data to train its ML for contamination detection.

103

194.     Further, an NRC-IRAP report dated June 29, 2022 states that "Contamination detection of clear or black plastic bags in cardboard bins is now integrated into the back end system and operational on PELLO." Exhibit 54 at RTS_00001003. This confirms that RecycleSmart trained its contamination ML model on Compology images and then integrated the model into its back-end system and deployed it to the Pello system.

195.     My review of Pello source code shows that RTS used Compology image data to train/evaluate/test its plastic contamination ML models. For example, I have confirmed that Pello's source code ███████████████████████████████████████████

████████████ For example, ████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████ See Exhibit 39 at RTS_SC000097. In addition, █████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████ See Exhibit 33 at RTS_SC0000229. ███████████████████████████████████████████

████████ I conclude that these references in the source code show using Compology images to train the Pello contamination ML model.

196.     In addition, ████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████



*See* Exhibit 36 at RTS_SC0000159-161.

*Id.* at RTS_SC0000160. This suggests that,

197.    I understand from Mr. Laraki's deposition testimony that both the autoML and ResNet ML models were erased from Mr. Laraki's laptop and no longer exist. *See* Laraki Dep. Tr. at 107:8-108:2:

> Q.   All right.  Regardless, the model was trained with 1600 Compology images, **800 with contamination** --
> A.   Yes, yes, yes.
> Q.   You just need to let me finish. That's correct?  Yes?
> MR. GALICA:  Objection.
> THE WITNESS:  Yes.
> Q.   And then there's an attachment or there's a link.  It says "The trained model can be found here," and there's an underline "RS trained model V1PT."  Right?
> A.   Yes.
> **Q.  And that no longer exists?**
> **A.  No.  No.**
> **Q.  This is the model that was --that was on your device that was reformatted and erased?**
> **A.  Yes.**

198.    As a software engineer with 40 years of experience in developing source code, including CNN-implemented ML models (including using ResNet and ConvNeXt[2] architectures), I find this to be very surprising. My own practice, as well as the practices of every

---

[2] As part of my current consulting work, I am using the ConvNext architecture to train a ML model, and thus, am very familiar with its functions and abilities.

software engineer of whom I am aware, is that a software engineer does not erase source code, particularly trained ML models. CNN-trained ML models implemented in an architecture such as autoML or ResNet are highly valuable to train similar ML models using different architectures, such as ConvNeXt. Training and knowledge is iterative. For example, an ML model specifies weights and biases (as described herein) that may be transferred to any other system via transfer learning. A transfer of learning from one architecture to the next architecture is very valuable, especially in consideration of the enormous time required to tag images for the training. Also, this is possible without keeping the existing model, though best practices dictate that retaining trained ML models is beneficial; after all, storage is cheap.

199.    I conclude that RTS trained its plastic contamination models using Compology image data and deployed a working ML model to its customers. Based on this conclusion, it is my opinion that RTS derived its plastic contamination ML models from Compology's image data and that which it learned by observing Compology's web application.

### H.    RecycleSmart Derived its Fill Level ML Model from Compology's Training Data

200.    I reviewed the Pello source code in RTS's counsel's Boston, Massachusetts office to determine if RTS derived any of its ML models from Compology's training data, particularly fill level. I also reviewed the Pello source code and Compology's web application to uncover whether RTS had learned and copied any of Compology's ML-related systems, including Compology's fill level ML model. I conclude that RecycleSmart, while it was a customer of Compology, learned about Compology's fill level ML model from both the web application and from the labeled and tagged images that revealed confidential information about the fill level ML model. I also conclude that RecycleSmart trained its own fill level ML model from Compology's training data.

106

201.    Compology's fill level ML model (Trade Secret 7) is a CNN-implemented deep learning ML model that detects fill level of waste containers. RecycleSmart had access to this knowledge based on the labels and tags associated with Compology images showing fullness level, as well as through Compology's web application, while RecycleSmart was a customer of Compology. For example, the web application shows fullness level, and associated images, in its web application:



202.    Thus, RecycleSmart had access to both confidential information through the web application as well as confidential information through the labeled and tagged Compology image

data. As described herein, any derivation of RecycleSmart's own ML model for container

fullness analysis from this information was prohibited.

203.    My investigation revealed that RecycleSmart trained fullness level ML models

using Compology image data. Deposition testimony from Mr. Laraki, as well as documents

provided to me, confirmed that RecycleSmart had trained ML models using Compology image

data.

204.    Mr. Laraki testified in his deposition that by the time he joined RecycleSmart in

January 2022, he understood that the Compology camera system used AI to detect fill level. *See*

Laraki Dep. Tr. at 31:5-32:22:

> Q.   What did you understand the Compology sensor to be when you -- after you
> did this orientation?
> MR. GALICA:  Objection.
> THE WITNESS:  I understood that it was a camera sensor, and it was capable of
> detecting the fill level and detecting contamination.
> Q.    **Did you understand that the Compology system used some form of
> artificial intelligence or machine learning to detect fill level** and contamination?
> MR. GALICA:  Objection.
> THE WITNESS:  I never -- no one clearly mentioned that they use AI for that. But
> this is what I supposed because this is the technique that is used to do this kind of
> things. **So I supposed they had the AI, yeah**.

205.    At or around the time he started at RecycleSmart as a Senior Machine Learning

Developer in January 2022, Mr. Laraki testified that he was aware of a working ML model to

detect fill level. *See* Laraki Dep. Tr. at 34:16-35:7:

> Q.   So when you started at Recycle Smart, what did you understand the status of
> the Pello project to be?
> MR. GALICA:  Objection.
> THE WITNESS:  Very advanced actually. Again, like they had very good interface,
> a sensor that is working, that is sending data, that is sending the images, that are
> detecting the pickups.  So, yeah.
> **Q.  And were you aware -- were you told it could detect fill levels at that point?**
> **A.  Yes, yes.**
> **Q.  And who told you that?**
> **A.  It was visible on the Pello interface that it was detecting the fill level.**

206.     According to RTS documentation, that ML model was trained by Shivaji Patil, another ML engineer who used Compology image data to train a fill level detection ML model. A "Report on fill level detection" authored by Shivaji Patil and dated January 22, 2022 states that "Pello/cosmology[3] sensor collects different types of visual data, namely, RGB (visible spectrum), infrared and ultraviolet." Exhibit 55 at RTS_00087795.

207.     In addition, Mr. Laraki trained ML models for fill level, at least on two separate occasions. For example, Mr. Laraki testified that he worked on an ML model detecting fullness levels in bins other than rolloff containers. *See* Laraki Dep. Tr. at 36:25-37:7:

> Q. Did you -- **other than the roll-off containers, did you work on Pello detecting fullness levels in any other kind of bins?**
> MR. GALICA: Objection.
> THE WITNESS: **Yes.** But it was never used. I worked on it, but it was never used. Never deployed.

208.     The Pello source code shows Mr. Laraki's training of an ML model for fill prediction/fill estimation. For example, at ███████████████████████ ████████████████████████████████████████████ ████████████████████████████████████ █████████████████████████████████ ███████████████████████████████████ ████████████████████████████████ ████████████████████████████ These portions of the Pello source code reveal that █████████████████████████████

---

[3] I infer that by "Cosmology", Mr. Patil is referring to Compology. Mr. Anderson confirms this in his deposition. *See* Anderson Dep. Tr. at 167:16-21.

███████████████ Moreover, Mr. Laraki's name appears in this portion of Pello's source code, corroborating Mr. Laraki's deposition testimony.

209. In addition, Mr. Laraki testified that he trained an ML model detecting fullness levels in rolloff containers. *See* Laraki Dep. Tr. at 35:8-36:6; 40:9-24:

Q. Did you work on having Pello detect fill levels through machine learning or any kind of data analytics?
A. Yes.
Q. When did you do that?
A. It was actually multiple projects. One using the ultrasonic sensors and **the other using the camer**a.
Q. **And when was the one using the camera**?
A. **The one using the camera was less than a year ago**.
Q. And what was the **purpose of that project**, as you understood it?
A. Yeah. It was to **detect the fill level in particular for roll-off containers**. So roll-off containers are very big container where the ultrasonic signal is not working well there. And the camera is kind of solving the problem, even if we have -- I don't want to go into the technical stuff, but, yeah, the goal was to detect the fill level in roll-off containers and it's installed differently than other sensors that we have.

\*\*\*

Q. So what I'm trying to understand is, as you sit here today, do you know if the Pello's **camera**, as opposed to the ultrasonic sensors, **are used to detect bin fullness levels on containers that are not roll offs**?
MR. GALICA: Objection.
THE WITNESS: That I'm –
MR. GALICA: Objection.
THE WITNESS: -- aware of.
Q. Let him finish it. He said, objection. I need your answer.
A. **And I said that I'm aware of, yes. We only use them in roll-off containers.**
Q. **To detect fill levels.**
A. **Yeah**.

210. The Pello source code corroborates Mr. Laraki's testimony that image data is used for fill estimation in accordance with an ML model. ███████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████████████████

110

███████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████ These portions of the Pello source code reveal

that █████████████████████████████████████████

████████████████████████████ Moreover, the Pello source code

███████████████████████████████████ consistent with Mr.

Laraki's deposition testimony above.

211.    I find highly relevant to my conclusions that RecycleSmart trained its first fill

level estimation ML model using Compology image data. In addition, Mr. Laraki's ML models

were trained with image data. Based on my 40 years of experience as a software engineer, and

my knowledge of AI and ML, including training of ML models, in my opinion it is impossible

that these models are being trained on Pello image data. Indeed, the Pello camera system has not

been in existence long enough to label and tag the appropriate images in order to train fill level

ML models. Based on Mr. Laraki's testimony that he is purportedly only using hundreds of Pello

images to fine tune models (which I find cannot be done without a sufficiently trained ML model

to begin with), RTS does not have a sufficiently large volume of image data to be able to train

fill level determinations. Thus, I conclude that RTS is using Compology image data to train its

ML models on fill level determinations.

## IX.    <u>CONCLUSION</u>

212.    My opinions are based on the information that has been provided to me as of the

date of my report. As additional information becomes available, I reserve the right to review

████████████████████████████████████

such information and amend my opinions, if necessary. Also, if requested, I will analyze and

provide opinions about the work performed by other experts or individuals involved in this case.


DATED:        August 30, 2024

W. Leo Hoarty