JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S RESPONSE TO DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 158)** <br><br> Complaint Filed:  August 4, 2023 <br> Trial Date:             December 9, 2024 |

72723555v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 158). Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Unredacted version of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment | Yellow highlights |
| Unredacted version of Exhibit 18 to Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, i.e., the transcript excerpt of the October 7, 2024 deposition of Plaintiff's technical expert W. Leo Hoarty | Yellow highlights |
| Unredacted version of Exhibit 20 to Declaration of Matthew S. Galica in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment | Yellow highlights |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

72723555v1