# EXHIBIT 18

| | | |
|---|---|---|
| 1 | the circuit board, and that it has some radio chip | 16:19:28 |
| 2 | subsystem.  And there is a secondary board | 16:19:32 |
| 3 | attached with -- which at first look it is not | 16:19:42 |
| 4 | obvious what it is for, but you see a daughter | 16:19:46 |
| 5 | card. | 16:19:48 |
| 6 |     Q  Can you bring up next to each other | 16:19:49 |
| 7 | Exhibit 424 and page 2 of Exhibit 425? | 16:19:55 |
| 8 |     A  I can possibly, let's see what happens. | 16:20:01 |
| 9 | Okay, I see them both. | 16:20:16 |
| 10 |     Q  Okay.  And just for the record, Exhibit | 16:20:17 |
| 11 | 424 is Bates RTS_00318118, correct? | 16:20:20 |
| 12 |     A  That is what I have. | 16:20:30 |
| 13 |     Q  Okay.  What are the differences between | 16:20:31 |
| 14 | Exhibit 424 and page 2 of Exhibit 425? | 16:20:37 |
| 15 |         MR. MELLEMA:  Objection, form. | 16:20:42 |
| 16 |     A  Give me one second.  I'm just trying to -- | 16:20:42 |
| 17 | the only differences are the -- I would guess are | 16:21:13 |
| 18 | the obvious, one shows a daughter card attached, | 16:21:15 |
| 19 | and the other is just the main board. | 16:21:18 |
| 20 |     Q  Okay.  So there is nothing disclosed in | 16:21:22 |
| 21 | Exhibit 424 that is not disclosed on page 2 of | 16:21:25 |
| 22 | Exhibit 425, correct? | 16:21:29 |
| 23 |         MR. MELLEMA:  Objection, form. | 16:21:31 |
| 24 |     A  It appears to be the same -- the same | 16:21:36 |
| 25 | circuit card. | 16:21:48 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty, Volume 2
Conducted on October 7, 2024                                          367

| | | |
|---|---|---|
| 1 | Q Okay. And in fact, page 2 of Exhibit 425 | 16:21:50 |
| 2 | discloses more in that it discloses the daughter | 16:21:56 |
| 3 | card as well, correct? | 16:22:01 |
| 4 | MR. MELLEMA: Objection, form. | 16:22:03 |
| 5 | A It appears to be. | 16:22:03 |
| 6 | Q And you understand that this is an FCC | 16:22:08 |
| 7 | document, correct? | 16:22:14 |
| 8 | A Correct. | 16:22:15 |
| 9 | Q You understand that the FCC document is | 16:22:16 |
| 10 | public, correct? | 16:22:19 |
| 11 | A I understand that. | 16:22:20 |
| 12 | Q Okay. All right. Turning back to, I | 16:22:22 |
| 13 | guess it is the first exhibit, your report? | 16:22:45 |
| 14 | A I'm there. | 16:22:50 |
| 15 | MR. MELLEMA: Sorry, this is the | 16:22:52 |
| 16 | opposition report? | 16:22:53 |
| 17 | MR. GALICA: Yeah, I think we only have | 16:22:54 |
| 18 | one in there, 422, I think. | 16:22:56 |
| 19 | MR. MELLEMA: Thanks. | 16:22:59 |
| 20 | MR. GALICA: Yes. | 16:23:00 |
| 21 | Q Paragraph 49? | 16:23:01 |
| 22 | A I'm there. | 16:23:19 |
| 23 | Q Sorry, paragraph 52. You say that -- it's | 16:23:20 |
| 24 | the third sentence: Both the Compology camera | 16:23:48 |
| 25 | systems and the Pello camera systems use the image | 16:23:52 |

| | | |
|---|---|---|
| 1 | back to my expert report. | 18:30:01 |
| 2 | Q   Can you go to page 3 of Exhibit 425? | 18:30:11 |
| 3 | A   Almost there, one second.  Page 3, you | 18:30:36 |
| 4 | said? | 18:30:41 |
| 5 | Q   Yes. | 18:30:41 |
| 6 | A   Okay.  I'm there. | 18:30:42 |
| 7 | Q   Okay.  What's this a picture of? | 18:30:43 |
| 8 | A   The bottom board -- bottom view of the | 18:30:45 |
| 9 | mainboard of the Compology camera system with the | 18:30:53 |
| 10 | partially populated camera board connected through | 18:30:58 |
| 11 | a ribbon cable. | 18:31:02 |
| 12 | Q   Okay.  What technical differences, if any, | 18:31:04 |
| 13 | are depicted in this picture as opposed to Exhibit | 18:31:09 |
| 14 | 426? | 18:31:15 |
| 15 | MR. MELLEMA:  Objection, form. | 18:31:16 |
| 16 | A   The differences -- just the primary | 18:31:23 |
| 17 | difference is the camera module is attached to the | 18:31:27 |
| 18 | red ribbon cable. | 18:31:30 |
| 19 | Q   And that's on page 3 of Exhibit 425, is | 18:31:32 |
| 20 | what you're referring to, correct? | 18:31:38 |
| 21 | A   That is correct. | 18:31:40 |
| 22 | Q   Okay.  And you agree that this is a | 18:31:40 |
| 23 | picture submitted to the FCC; correct? | 18:31:45 |
| 24 | A   That is correct. | 18:31:50 |
| 25 | Q   Okay.  So it's public, correct? | 18:31:51 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty, Volume 2
Conducted on October 7, 2024    440

| | | |
|---|---|---|
| 1 | A   It is a public document, correct. | 18:31:53 |
| 2 | Q   If we could turn back to paragraph 57 in | 18:31:58 |
| 3 | your opposition report. | 18:32:27 |
| 4 | A   Okay.  One second.  All right, I'm there. | 18:32:37 |
| 5 | Q   The fourth sentence down starts with | 18:32:52 |
| 6 | "Again" and states:  Rather than the particular | 18:33:09 |
| 7 | size and shape of the packaging, the important | 18:33:15 |
| 8 | features are that the packaging prevents ingress | 18:33:17 |
| 9 | of water or other contaminants to protect the | 18:33:20 |
| 10 | optoelectronic and other components in the | 18:33:26 |
| 11 | interior of the camera system. | 18:33:28 |
| 12 |     Do you see that? | 18:33:30 |
| 13 | A   Yes. | 18:33:30 |
| 14 | Q   Okay.  So you agree that the -- well, let | 18:33:31 |
| 15 | me withdraw that. | 18:33:38 |
| 16 |     It's your opinion that the size and shape | 18:33:42 |
| 17 | of the packaging doesn't matter; is that correct? | 18:33:48 |
| 18 |     MR. MELLEMA:  Objection, form. | 18:33:53 |
| 19 | A   As a blanket statement, that's a -- my -- | 18:33:55 |
| 20 | I don't agree with that as a blanket statement. | 18:34:02 |
| 21 | Q   Well, you agree that the particular size | 18:34:05 |
| 22 | and shape of the packaging is not important, | 18:34:08 |
| 23 | correct? | 18:34:12 |
| 24 |     MR. MELLEMA:  Objection, form. | 18:34:12 |
| 25 | A   In the context of what I'm discussing in | 18:34:14 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty, Volume 2
Conducted on October 7, 2024                                477

| | | |
|---|---|---|
| 1 | A   You are saying it is not significant, in | 19:56:41 |
| 2 | what manner? | 19:56:44 |
| 3 | Q   Let me ask a better question.  Why do you | 19:56:46 |
| 4 | identify the specific model of the image sensor | 19:56:52 |
| 5 | here? | 19:56:57 |
| 6 | MR. MELLEMA:  Objection, form. | 19:57:00 |
| 7 | A   I'm simply listing -- I'm simply listing | 19:57:08 |
| 8 | the components of the -- of the device that was | 19:57:12 |
| 9 | disassembled and it is just a list of -- a list of | 19:57:16 |
| 10 | components.  It is not -- I don't -- I haven't -- | 19:57:27 |
| 11 | as I said, I don't have any particular explanation | 19:57:30 |
| 12 | for the significance of that. | 19:57:33 |
| 13 | Q   So is the specific model significant? | 19:57:37 |
| 14 | MR. MELLEMA:  Objection, form. | 19:57:46 |
| 15 | A   As we discussed earlier in the day, the -- | 19:57:48 |
| 16 | the information would be where to look, what | 19:57:57 |
| 17 | company to look for.  And I discussed those -- | 19:58:00 |
| 18 | those distinctions at length in my -- my main -- | 19:58:05 |
| 19 | my expert report, so it's just a name of a part in | 19:58:10 |
| 20 | this list. | 19:58:16 |
| 21 | Q   Okay.  Why don't you identify the model | 19:58:19 |
| 22 | numbers for the other components on this list? | 19:58:21 |
| 23 | A   Some don't have component numbers.  The | 19:58:28 |
| 24 | ▮▮▮▮▮▮▮ is a significant part in that it is a | 19:58:39 |
| 25 | critical component to be able to operate -- to be | 19:58:47 |