# EXHIBIT 20

```
 1   can choose from, though; right?
 2           MR. CASEY:  Objection.
 3           THE WITNESS:  I mean, I -- I think you
 4   could choose from something where you screw the
 5   wires in.  It's just not as reliable.  Because
 6   the screws can shake loose.  But, I mean, there
 7   may be some others.  I can't think of any.
 8   BY MR. GIBSON:
 9       Q.  Both the Pello and the R12 have a
10   ██████████████; correct?
11           MR. CASEY:  Objection.
12           THE WITNESS:  Yes.  Electronic devices
13   often have █████.
14   BY MR. GIBSON:
15       Q.  Well, in this case, both the Pello and
16   the R12 have the same ████████████████; correct?
17           MR. CASEY:  Objection.
18           THE WITNESS:  Yes.
19   BY MR. GIBSON:
20       Q.  And we talked about the optical design
21   before the break.  The optical design, they
22   both -- the image sensors both come from
23   ████████████ as we talked about before; right?
24       A.  Yes.  Both image sensors are
25   manufactured by ██████████.  Just different
```