Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:    (310) 586-3202

James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>    Plaintiff,<br> v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS INC.,<br><br>    Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Case Assigned to Honorable William H. Alsup<br>Courtroom 12<br><br>Complaint Filed: August 4, 2023<br>Trial Date:    December 9, 2024 |

## I. INTRODUCTION

Pursuant to Civil L.R. 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (together, "Defendants") hereby respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Specifically, Defendants seek to provisionally file under seal the information and/or document(s) listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Unredacted version of Defendants' Witness List | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| Unredacted version of Defendants' Disclosure of Trial Exhibit List | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil L.R. 79–5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* Civil L.R. 79–5(f).

## III. PLAINTIFF'S CONFIDENTIALITY DESIGNATION

Defendants' Witness List references the specific contact information of Plaintiff's 30(b)(6) witnesses as stated during their deposition. Plaintiff has designated the transcripts of such depositions confidential. Defendants' Disclosure of Trial Exhibit List references the file names of documents that are produced by Plaintiff and designated Highly Confidential - Attorney's Eyes Only or Confidential.

Defendants seek to file the aforementioned documents provisionally under seal solely out of an abundance of caution. At this point, Defendants do not take a position on the merits of sealing any portion(s) of such documents and reserve the right to oppose if Plaintiff shall seek the sealing thereof.

2

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

1   Out of an abundance of caution, Defendants respectfully request that the Court provisionally
2 seal in their entirety the unredacted versions of the aforementioned documents. Defendants have filed
3 on the public docket the redacted copies of the aforementioned documents.
4   Defendants also respectfully request that the Court order that Plaintiff file a statement pursuant
5 to Civil L.R. 79–5(c) and identify any proposed redactions thereto, with adequate, particularized
6 support for each of its proposed redactions.

8  Dated: November 8, 2024            Respectfully Submitted,

9                                    /s/ Matthew S. Galica

11                                   Arameh Zargham O'Boyle (SBN: 239495)
                                     AZOboyle@mintz.com
12                                   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
                                        POPEO, P.C.
13                                   2049 Century Park East, Suite 300
                                     Los Angeles, CA 90067
14                                   Telephone:   (310) 586-3200
                                     Facsimile:   (310) 586-3202

15                                   James M. Wodarski (Admitted Pro Hac Vice)
                                     JWodarski@mintz.com
16                                   Michael C. Newman (Admitted Pro Hac Vice)
                                     MCNewman@mintz.com
17                                   Matthew S. Galica (Admitted Pro Hac Vice)
                                     MSGalica@mintz.com
18                                   James J. Thomson (Admitted Pro Hac Vice)
                                     JJThomson@mintz.com
19                                   Sean M. Casey (Admitted Pro Hac Vice)
                                     SMCasey@mintz.com
20                                   Tianyi Tan (Admitted Pro Hac Vice)
                                     TTan@mintz.com
21                                   Stephen Chen (Admitted Pro Hac Vice)
                                     SChen@mintz.com
22                                   Amy LoBue (Admitted Pro Hac Vice)
                                     ALoBue@mintz.com
23                                   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
                                        POPEO, P.C.
24                                   One Financial Center
                                     Boston, MA 02111
25                                   Telephone:   (617) 542-6000
                                     Facsimile:   (617) 542-2241

27                                   Attorneys for Defendants
                                     RECYCLE TRACK SYSTEMS, INC., and
                                     RECYCLESMART SOLUTIONS INC.

# PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is One Financial Center, Boston, MA 02111. On November 8, 2024, I served true and correct copies of the following documents:

## DEFENDANTS' PROVISIONALLY SEALED DOCUMENTS

☒ **BY E-MAIL**: By electronic mail transmission on November 8, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:(310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
| Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2024, at Boston, MA.

          *Matthew S. Galica*
          Matthew S. Galica