1  Arameh Zargham O'Boyle (SBN: 239495)
   azoboyle@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   2049 Century Park East, Suite 300
3  Los Angeles, CA 90067
   Telephone: 310-586-3200
4  Facsimile: 310-586-3202

5  James M. Wodarski (Admitted *Pro Hac Vice*)
   JWodarski@mintz.com
6  Michael C. Newman (Admitted *Pro Hac Vice*)
   mcnewman@mintz.com
7  Matthew S. Galica (Admitted *Pro Hac Vice*)
   MSGalica@mintz.com
8  James J. Thomson (Admitted *Pro Hac Vice*)
   JJThomson@mintz.com
9  Sean M. Casey (Admitted *Pro Hac Vice*)
   smcasey@mintz.com
10 Tianyi Tan (Admitted *Pro Hac Vice*)
   TTan@mintz.com
11 Stephen Chen (Admitted *Pro Hac Vice*)
   SChen@mintz.com
12 Amy LoBue (Admitted *Pro Hac Vice*)
   ALoBue@mintz.com
13 MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   One Financial Center
14 Boston, MA 02111
   Telephone:   (617) 542-6000
15 Facsimile:   (617) 542-2241

16 Attorneys for Defendants
   RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DEFENDANTS RECYCLE TRACK SYSTEMS, INC., AND RECYCLESMART SOLUTIONS INC.'S UNOPPOSED MOTION TO WITHDRAW DKT. NOS. 165-167** <br><br> Case Assigned to Honorable William H. Alsup <br> Courtroom 12 <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:        December 9, 2024 |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that Defendants Recycle Track Systems, Inc., and RecycleSmart Solutions Inc. (together, "Defendants") hereby respectfully move to withdraw its prior filings Dkt. Nos. 165-167. Plaintiff RoadRunner Recycling, Inc. ("Plaintiff") does not oppose this motion.

On November 8, 2024, Defendants filed its witness list and preliminary exhibit list, pursuant to Fed. R. Civ. P. 26(a)(3)(A), which states that "a party must provide to the other parties and promptly file" the pretrial disclosures as required by the rule. On the same day, Defendants also timely served such pretrial disclosures in their unredacted forms on Plaintiff.

Citing Paragraphs 2(a)(v) and 2(g) of the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases before the Honorable William Alsup, Plaintiff insisted that Defendants withdraw its filings of Rule 26(a)(3) disclosures. Paragraph 2(g) of the Guidelines provides that as part of the required joint filing to be made at least seven calendar days in advance of the final pretrial conference, the parties shall include "[c]opies of the Rule 26(a)(3) disclosures."

To avoid unnecessary dispute and to minimize potential confusion, Defendants hereby move to withdraw its filings of Rule 26(a)(3) disclosures, *i.e.*, Dkt. Nos. 165-167.

Dated: November 11, 2024               */s/ Matthew S. Galica*

Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (Admitted *Pro Hac Vice*)
JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
mcnewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
smcasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com

Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
One Financial Center
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
**RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.**