UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW DKT. NOS. 165-167** <br><br> Case Assigned to Honorable William H. Alsup Courtroom 12 <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:           December 9, 2024 |

The Court, having considered Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc.'s Unopposed Motion to Withdraw Dkt. Nos. 165-167 ("Unopposed Motion"), and good cause appearing therefor, hereby **GRANTS** Defendants' Unopposed Motion.

Dkt. Nos. 165-167 shall be removed from the docket of this case.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE