Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (Admitted *Pro Hac Vice*)
JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
mcnewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
smcasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com
Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DEFENDANTS RECYCLE TRACK SYSTEMS, INC., AND RECYCLESMART SOLUTIONS INC.'S STATEMENT OF NON-OPPOSITION TO DKT. NO. 154** <br><br> Case Assigned to Honorable William H. Alsup <br> Courtroom 12 <br><br> Complaint Filed: August 4, 2023 <br> Trial Date: December 9, 2024 |

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO DKT. NO. 154 (CASE NO. 3:23-cv-04804-WHA)

1    Pursuant to Civil L.R. 7-3(b), Defendants Recycle Track Systems, Inc., and RecycleSmart Solutions Inc. (together, "Defendants") hereby submits the following statement of non-opposition to Dkt. No. 154, *i.e.*, Plaintiff RoadRunner Recycling Inc.'s ("Plaintiff") Motion to Remove Incorrectly Filed Documents (ECF Nos. 138-2, 138-5, 138-8, 138-9, 138-10).

Defendants do not oppose the removal of the subject exhibits as requested in Dkt. No. 154.

However, for at least the reasons stated in Dkt. Nos. 140 and 162, Defendants oppose sealing any of the subject exhibits to any extent, whether as set forth by Plaintiff in Dkt. Nos. 138-2, 138-5, 138-8, 138-9, 138-10 or as proposed in the purportedly corrected versions Dkt. Nos. 153-2, 153-5, 153-8, 153-9, 153-10. Such documents should ultimately be published, in their entirety and without any redaction, on the public docket. *See* Dkt. Nos. 140, 162.

Dated: November 11, 2024                    */s/ Matthew S. Galica*

Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (Admitted *Pro Hac Vice*)
JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
mcnewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
smcasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com
Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
One Financial Center
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
**RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.**