UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | |
| Plaintiff, | No. C 23-04804 WHA |
| v. | |
| RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC., | **ORDER RE MOTION TO STRIKE EXPERT VICKERY** |
| Defendants. | |

Plaintiff's damages expert, Forest A. Vickery, proposed to testify as to damages for the trade secret claims (*e.g.*, Dkt. No. 130 Exh. 1 (Dkt. No. 131-3) at 2 ¶ 1, 12 ¶ 1, 18–23 § I, 26 ¶ 1 (disclosure); Dkt. No. 130 Exh. 2 (Dkt. No. 131-4) at 4–11, 12 ¶ 12 (reply); Dkt. No. 130 Exh. 4 (Dkt. No. 131-6) at 2 ¶ 1, 18, 19 ¶ 1 (supplemental)). Expert Vickery also proposed to testify as to damages for the contract breach claim, calculated according either to plaintiff's lost profits or defendants' cost savings (disgorgement) (*e.g.*, Dkt. No. 131-3 at 2 ¶¶ 2–3).

Defendants moved to strike Expert Vickery's testimony (Dkt. No. 130). Plaintiff opposed (Dkt. No. 142), and defendants replied (Dkt. No. 155).

For the reasons stated on the record today, Expert Vickery's testimony as to damages for the trade secret claims is hereby **STRICKEN**. Whether to strike Expert Vickery's testimony as to damages for the contract breach claim will be decided separately in due course.

**IT IS SO ORDERED.**

Dated: November 14, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE