UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC., <br><br>   Defendants. | No. C 23-04804 WHA <br><br> **ORDER RE MOTION TO STRIKE EXPERTS ARMSTRONG AND LONGSON** |

Plaintiff designated two percipient witnesses to serve as unretained experts at trial: senior technical employees Justin Armstrong and Timothy (Jay) Longson (*see* Dkt. No. 103-1 Exh. 6 ¶¶ 3–4). Defendants moved to strike their testimony, asserting among other reasons that plaintiff's last-day-of-discovery filing did not disclose an adequate "summary of the facts and opinions to which [each] witness is expected to testify" under Rule 26(a)(2)(C) (Dkt. No. 103 at 2). Plaintiff opposed (Dkt. No. 119), and defendants replied (Dkt. No. 126).

The undersigned judge ruled on the record on October 24, 2024 (Tr. 4–7). As further stated there: The disclosure for each was inadequate. Neither may testify as an expert. Nevertheless, each may serve as a percipient witness, including as to the reasons they held at the time for doing what they did. And, if defendants were to open the door by asking for their present-day expert opinions, plaintiff may walk through that same door on redirect (*see ibid.*).

**IT IS SO ORDERED.**

Dated: November 14, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE