1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:    (949) 623-7200
   Facsimile:    (949) 623-7202

10 LENA STREISAND (Bar No. 339021)
   *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:    (310) 203-8080
12 Facsimile:    (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**PLAINTIFF ROADRUNNER RECYCLING, INC.'S RESPONSE TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 167)**<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:        December 9, 2024 |

Case No. 3:23-cv-04804-WHA

PLAINTIFF'S CORRECTED RESPONSE TO DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

1   Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") submits this response to Defendants
2   Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s (collectively, "Defendants")
3   administrative motion to consider whether another party's material should be sealed (Dkt. No.
4   167).  RoadRunner understands that Defendants have since filed an unopposed motion to
5   withdraw from the docket the documents that are the subject of Defendants' administrative
6   motion, namely Dkt. Nos. 165, 166, and 167 (*see* Dkt. No. 169).  RoadRunner submits this
7   response out of the abundance of caution, in the event that the Court denies Defendants'
8   unopposed motion to withdraw (Dkt. No. 169).

9   Defendants filed their exhibit list and witness list in redacted form pursuant to Local Rule
10  79-5(f).  RoadRunner addresses each document in turn below.

**I.   DEFENDANTS' EXHIBIT LIST (DKT. NO. 166)**

Defendants redacted numerous entries in their exhibit list.  RoadRunner responds to each entry below:

| Entry | Response |
|---|---|
| 1 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 2 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 3 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 4 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 5 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 6 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 7 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 8 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 9 | RoadRunner seeks to maintain part of the description of exhibit list entry 9 under seal because it reveals the specific model of image sensor utilized by RoadRunner's smart camera apparatus, which is a trade secret.  As a non-dispositive pleading, Defendants' exhibit list is subject to the "good cause" standard.  *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (unless a motion |

| | | |
|---|---|---|
| | | leads to "'final determination on some issue,' a party need show only good cause to keep attached documents under seal"). The Court has the inherent authority to seal documents to protect disclosure of a party's trade secrets that may harm the party's competitive standing. *See Nixon v. Warner Comm., Inc.*, 435 US 589, 597–98 (1978); *Hagestad v. Tragesser*, 49 F3d 1430, 1433–34 (9th Cir. 1995); *Uniloc 2017 LLC v. Apple, Inc.*, 964 F.3d 1351, 1361 (Fed. Cir. 2020) ("publication of materials that could result in infringement upon trade secrets has long been considered a factor that would overcome th[e] strong presumption" of access to court filings) (quoting *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011), cert. denied, 566 U.S. 986 (2012)); *see also* 18 U.S.C. § 1835(a) (noting "the court shall enter such orders and take such other action as may be necessary and appropriate to preserve the confidentiality of trade secrets"). If the Court fails to redact the name of the specific sensor model used by RoadRunner, RoadRunner will lose trade secret protection over this information, *see DVD Copy Control Assn., Inc. v. Bunner*, 75 P.3d 1, 13 (Cal. 2003), as modified (Oct. 15, 2003), and RoadRunner's competitors will gain the advantage of copying RoadRunner's exact image sensor. For that reason, public disclosure of this trade secret information would constitute irreparable injury. *See Auris Health, Inc. v. Noah Med. Corp.*, 2023 WL 5959427, at *4 (N.D. Cal. Sept. 12, 2023). RoadRunner's proposed redactions are narrowly tailored to include only the name of the specific image sensor model. |
| | 10 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| | 11 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| | 12 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| | 13 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| | 250 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| | 312 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| | 313 | RoadRunner does not seek to maintain any portion of this entry under seal. |

| | |
|---|---|
| 314 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 315 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 316 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 317 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 318 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 319 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 320 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 321 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 322 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 323 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 324 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 325 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 326 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 327 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 328 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 329 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 330 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 331 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 332 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 333 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 334 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 335 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 336 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 337 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 338 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 339 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 340 | RoadRunner does not seek to maintain any portion of this entry under seal. |

| | |
|---|---|
| 341 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 342 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 343 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 344 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 345 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 346 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 347 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 348 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 333 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 334 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 335 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 336 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 337 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 338 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 339 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 340 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 341 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 342 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 343 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 344 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 345 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 346 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 347 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 348 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 438 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 439 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 442 | RoadRunner does not seek to maintain any portion of this entry under seal. |

| | |
|---|---|
| 443 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 444 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 445 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 446 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 449 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 450 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 451 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 452 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 453 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 489 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 490 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 492 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 493 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 494 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 495 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 496 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 507 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 508 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 511 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 512 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 513 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 514 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 526 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 527 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 535 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 536 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 537 | RoadRunner does not seek to maintain any portion of this entry under seal. |

| | |
|---|---|
| 538 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 539 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 540 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 541 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 542 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 543 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 544 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 545 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 546 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 547 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 548 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 550 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 551 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 553 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 554 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 555 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 556 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 558 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 559 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 560 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 561 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 562 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 564 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 565 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 566 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 571 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 572 | RoadRunner does not seek to maintain any portion of this entry under seal. |

| | |
|---|---|
| 573 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 575 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 576 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 581 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 583 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 586 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 601 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 609 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 610 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1576 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1577 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1578 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1579 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1580 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1581 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1594 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1595 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1596 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1597 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1598 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1599 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1600 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1618 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1619 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1620 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1621 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1690 | RoadRunner does not seek to maintain any portion of this entry under seal. |

PLAINTIFF'S CORRECTED RESPONSE TO DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| | |
|---|---|
| 1691 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1692 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1693 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1694 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1695 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1711 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1738 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1739 | RoadRunner does not seek to maintain any portion of this entry under seal. |
| 1740 | RoadRunner does not seek to maintain any portion of this entry under seal. |

## II.     DEFENDANTS' WITNESS LIST (DKT. NO. 167)

Defendants redacted certain witnesses' addresses from their witness list.  RoadRunner seeks to maintain under seal the home addresses of Benjamin Chehebar and Justin Armstrong.  As a non-dispositive pleading, Defendants' witness list is subject to the "good cause" standard for sealing.  *See Ctr. for Auto Safety*, 809 F.3d at 1096.  Messrs. Chehebar and Armstrong have a privacy interest in protecting their home addresses from public disclosure.  *See, e.g.*, *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (recognizing identifying information, including addresses, as private and the proper subject of sealing).  Disclosing Messrs. Chehebar and Armstrong's home addresses could expose them to undue harassment and other harms.  Further, the public has no interest in public disclosure of Messrs. Armstrong and Chehebar's home addresses.  Finally, RoadRunner's proposed redactions are narrowly tailored to exclude the city and state in which Messrs. Chehebar and Armstrong live.

Accordingly, RoadRunner requests that the Court maintain under seal all portions of Messrs. Chehebar and Armstrong's addresses except for the city and state.

RoadRunner does not seek to maintain under seal the addresses of Steve Krebs, Forrest Vickery, or W. Leo Hoarty.  The addresses listed for Messrs. Krebs, Vickery, and Hoarty are publicly-available business addresses.

1  DATED: November 15, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA
LENA STREISAND

By: _____*/s/ Lena Streisand*_____
    LENA STREISAND
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Itzi Munoz*
Itzi Munoz
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
imunoz@jmbm.com