1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:     (415) 398-8080
5  Facsimile:     (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:     (949) 623-7200
   Facsimile:     (949) 623-7202
9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:     (310) 203-8080
12 Facsimile:     (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF LENA STREISAND IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S RESPONSE TO DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 167)** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | Complaint Filed:  August 4, 2023<br>Trial Date:  December 9, 2024 |

## DECLARATION OF LENA STREISAND

I, Lena Streisand, hereby declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California. I am an associate with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. I am informed and believe that the contents of the proposed redactions to Defendants' exhibit list disclose RoadRunner's trade secrets, such that the publication of their contents could result in loss of trade secret protection and misappropriation of RoadRunner's trade secrets.

3. I am informed and believe that the language in Defendants' exhibit list that RoadRunner proposes redacting contains confidential and proprietary trade secret information because it describes the specific model of image sensor that RoadRunner uses in its smart camera apparatus, which RoadRunner considers a trade secret.

4. I am informed and believe that RoadRunner has taken reasonable measures to keep such information secret; and that RoadRunner derives independent economic value from this information not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

5. RoadRunner operates in a competitive market, and therefore, disclosure of RoadRunner's trade secrets would cause RoadRunner irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby gain an unfair advantage from Compology's years of research, development, and other experience in the industry.

6. I am also informed and believe that RoadRunner proposes redacting the home addresses (except city and state) of fact witnesses that appears on Defendants' witness list in order to protect the privacy of Messrs. Chehebar and Armstrong.

7. In an effort to comply with L.R. 79-5(a), RoadRunner has only proposed redacting narrow portions of the trade secret and confidential information.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 14th day of November, 2024, in Los Angeles, California.

*/s/ Lena Streisand*
LENA STREISAND