Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (Admitted *Pro Hac Vice*)
JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
mcnewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
smcasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com
Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.,<br><br>     Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DEFENDANTS RECYCLE TRACK SYSTEMS, INC., AND RECYCLESMART SOLUTIONS INC. RULE 26(A)(3) WITNESS LIST**<br><br>Hon. William H. Alsup<br><br>Time:         8:00 a.m.<br>Location:    450 Golden Gate Avenue<br>                 Courtroom 12, 19th Floor<br>                 San Francisco, CA 94102<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:           December 9, 2024 |

1   Defendants Recycle Track Systems, Inc., and RecycleSmart Solutions Inc. (collectively, "Defendants") hereby provides its witness list pursuant to Federal Rule of Civil Procedure 26(a)(3) and paragraph 1 of the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup.

Defendants identify the name and contact information of each witness it may present at trial other than solely for impeachment—separately identifying those Defendants expect to present and those it may call if the need arises.

The inclusion of a witness on Defendants' list of potential witnesses does not represent that Defendants will call (or otherwise require that Defendants call) that witness to testify, does not constitute a representation that Defendants will bring an identified potential witness to trial, and does not mean that Defendants have the power to compel the attendance or live testimony of that potential witness. Defendants' listing of potential witnesses is also made based on Defendants' present understanding of the trial date, the availability of potential witnesses, and the issues. In the event that an individual whom Defendants identified as a potential witness is not available for trial or otherwise cannot testify in person, Defendants may designate a replacement witness to testify either in person or by deposition, and will provide reasonable notice to Roadrunner Recycling, Inc. ("RoadRunner").

Defendants reserve the right to call any witness on any of Roadrunner's witness lists. Defendants further reserve the right to amend/supplement this list based on discovery not yet taken in the case or any modification to the issues relevant to the case as a result of, for example, Court rulings. Defendants also reserve the right to call rebuttal witnesses who are not listed below to testify at trial either in person or by deposition in response to the testimony offered by RoadRunner and/or with respect to any issue on which RoadRunner bears the burden of proof. Defendants reserve the right to call additional witnesses to testify at trial either in person or by deposition to provide foundation testimony should any party contest the authenticity or admissibility of any material proffered at trial. After the parties exchange objections to such materials, Defendants will address this issue with RoadRunner and/or the Court, and will provide notice of any additional witnesses it will or may call to establish the authenticity and admissibility of materials to be proffered at trial. After the parties complete their pretrial exchanges and the Court rules on motions or other disputes that are presented during pretrial, Defendants reserves the right to further clarify the witnesses.

## I. WITNESSES DEFENDANTS EXPECT TO PRESENT AT TRIAL

Subject to the foregoing, Defendants expect to present the following witnesses at trial:

| Name | Contact Information | Substance of Testimony |
|---|---|---|
| Carl Anderson | Counsel for Defendants | Non-cumulative testimony related to the independent design and development of the Pello product. Defendants further identify the subjects of the Rule 30(b)(6) topic(s) for which Mr. Anderson was designated as Defendants' corporate witness. |
| Colin Bell | Counsel for Defendants | Relevant business background of RecycleSmart prior to being acquired by Recycle Track Systems and an understanding of the independent design and development the Pello product. |
| Kristopher Burch | Counsel for Defendants | Non-cumulative testimony related to the independent design and development of the Pello product. Defendants further identify the subjects of the Rule 30(b)(6) topic(s) for which Mr. Burch was designated as Defendants' corporate witness. |
| Boken Lin | Counsel for Defendants | Non-cumulative testimony related to the independent design and development of the Pello product. Defendants further identify the subjects of the Rule 30(b)(6) topic(s) for which Mr. Lin was designated as Defendants' corporate witness. |
| Yahya Laraki | Counsel for Defendants | Non-cumulative testimony related to the independent design and development of the Pello product. Defendants further identify the subjects of the Rule 30(b)(6) topic(s) for which Mr. Laraki was designated as Defendants' corporate witness. |
| R. Jacob Baker | Counsel for Defendants | Consistent with his expert reports, Dr. Baker will provide testimony relating to the independent design and development of the Pello product and its technological features; a comparison of the Pello product with Plaintiff's product(s); waste metering and recycling technology; Plaintiff's alleged trade secrets, including their identity, public-nature, lack of identifiable value, and lack of misappropriation by Defendants. |
| Philip Greenspun | Counsel for Defendants | Consistent with his expert reports, Dr. Greenspu will provide testimony relating to the independent design and development of the Pello product and its technological features; a comparison of the Pello product with Plaintiff's product(s); waste metering and recycling technology; Plaintiff's alleged trade secrets, including their identity, public-nature, lack of identifiable value, and lack of misappropriation by Defendants. |
| Stephen Holzen | Counsel for Defendants | Consistent with his expert reports, Mr. Holzen will provide testimony relating to damages related to Plaintiff's trade secret and breach of contract allegations. |
| Corporate Witness Representative | Counsel for Defendants | Defendants' business background, practices, model, and origin as well as an understanding of contracts with Plaintiff including their performance and termination. |

II. **WITNESSES DEFENDANTS MAY PRESENT AT TRIAL**

Subject to the foregoing, Defendants may present the following witnesses at trial:

| Name | Contact Information | Substance of Testimony |
|---|---|---|
| Benjamin Chehebar | Washington, D.C. | Compology's formation, technology, business practices, and acquisition by RoadRunner. |
| Jason Gates | Counsel for Plaintiff | Compology's formation, technology, business practices, and acquisition by RoadRunner. |
| Robert Fynn | Counsel for Defendants | Non-cumulative testimony related to the independent design and development of the Pello product and the business relationship and agreements between RecycleSmart and Compology. Defendants further identify the subjects of the Rule 30(b)(6) topic(s) for which Mr. Fynn was designated as Defendants' corporate witness. |

III. **WITNESSES WHO MAY TESTIFY BY DEPOSITION**

Subject to the foregoing, Defendants may present testimony from the following witnesses by way of deposition:

| Name | Contact Information | Substance of Testimony |
|---|---|---|
| Justin Armstrong | Fort Lauderdale, FL | Software, AI, ML (including training and images), and algorithm features of Plaintiff's products. |
| Steve Krebs | 105 40th Street Suite 100 Pittsburgh, PA 15201 | Plaintiff's finances, business practices, and acquisition of Compology. |
| Timothy Jay Longson | Counsel for Plaintiff | Hardware features of Plaintiff's products. |
| Cason Male | Counsel for Plaintiff | Plaintiff's technology, business practices, and acquisition of Compology. |
| Graham Rihn | Counsel for Plaintiff | Plaintiff's technology, business practices, and acquisition of Compology. |

Dated: November 8, 2024

/s/ Matthew S. Galica

Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (Admitted *Pro Hac Vice*)

JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
mcnewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
smcasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com
Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
One Financial Center
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
**RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.**