1  Arameh Zargham O'Boyle (SBN: 239495)
   AZOboyle@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   2049 Century Park East, Suite 300
3  Los Angeles, CA 90067
   Telephone:    (310) 586-3200
4  Facsimile:    (310) 586-3202

5  James M. Wodarski *(Admitted Pro Hac Vice)*
   JWodarski@mintz.com
6  Michael C. Newman *(Admitted Pro Hac Vice)*
   MCNewman@mintz.com
7  Matthew S. Galica *(Admitted Pro Hac Vice)*
   MSGalica@mintz.com
8  James J. Thomson *(Admitted Pro Hac Vice)*
   JJThomson@mintz.com
9  Sean M. Casey *(Admitted Pro Hac Vice)*
   SMCasey@mintz.com
10 Tianyi Tan *(Admitted Pro Hac Vice)*
   TTan@mintz.com
11 Stephen Chen *(Admitted Pro Hac Vice)*
   SChen@mintz.com
12 Amy LoBue *(Admitted Pro Hac Vice)*
   ALoBue@mintz.com
13 MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   One Financial Center
14 Boston, MA 02111
   Telephone:    (617) 542-6000
15 Facsimile:    (617) 542-2241

16 Attorneys for Defendants
   RECYCLE TRACK SYSTEMS, INC., and
17 RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | Case Assigned to Honorable William H. Alsup |
| | Courtroom 12 |
| | Complaint Filed:   August 4, 2023 |
| | Trial Date:        December 9, 2024 |

1

## I. INTRODUCTION

Pursuant to Civil L.R. 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (together, "Defendants") hereby respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Specifically, Defendants seek to provisionally file under seal the information and/or document(s) listed below, in connection with the filing of their copies of Rule 26(a)(3) Disclosures pursuant to Paragraph (g) of the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Unredacted version of Defendants' Witness List, as served on Plaintiff on November 8, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| Unredacted version of Defendants' Disclosure of Trial Exhibit List, as served on Plaintiff on November 8, 2024 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil L.R. 79–5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* Civil L.R. 79–5(f).

## III. PLAINTIFF'S CONFIDENTIALITY DESIGNATION

Defendants' Witness List[1] references the specific contact information of Plaintiff's 30(b)(6) witnesses that Plaintiff has sought to maintain under seal in Dkt. No. 177. As stated in Dkt. No. 183, Defendants do not oppose Plaintiff's requested sealing of such information. Since the Court has not

---

[1] The concurrently filed Defendants' Witness List as served on Plaintiff on November 8, 2024 is identical to Defendants' previously-filed Dkt. No. 165 (with redactions) and Dkt. No. 167-2 (unredacted), aside from the addition of anticipated substance of testimony for each witness and the removal of William Leo Hoarty and Forrest Vickery.

2

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

yet ruled on Plaintiff's proposed redactions, Defendants seek to maintain such information under seal solely out of an abundance of caution. Defendants have filed on the public docket a redacted copy of the aforementioned document with the address information at issue redacted.

Defendants' Disclosure of Trial Exhibit List[2] includes the file name of a document produced by Plaintiff and was designated Highly Confidential - Attorney's Eyes Only, which Plaintiff sought to maintain under seal in Dkt. No. 177. In addition, in Dkt. No. 178, Plaintiff seeks to seal certain file names of documents produced by Defendants or portions thereof included in Defendants' Disclosure of Trial Exhibit List. Plaintiff has publicly filed as Dkt. No. 178-4 a copy with its proposed redactions applied. As detailed in Dkt. No. 183, Defendants oppose Plaintiff's proposed redactions to any of the file names at issue. Since the Court has not yet ruled on Plaintiff's proposed redactions, Defendants seek to maintain such information under seal solely out of an abundance of caution. Defendants have filed on the public docket a redacted copy of the aforementioned document, with Plaintiff's proposed redactions as set forth in Dkt. Nos. 177 and 178 applied.

Out of an abundance of caution, Defendants respectfully request that the Court provisionally seal in their entirety the unredacted versions of the aforementioned documents.

Defendants also respectfully request that the Court order that Plaintiff file a statement pursuant to Civil L.R. 79–5(c) and identify any proposed redactions thereto, with adequate, particularized support for each of its proposed redactions.

Dated: November 19, 2024

Respectfully Submitted,

/s/ Matthew S. Galica

Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
    POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:    (310) 586-3202

---

[2] The concurrently filed Defendants' Witness List as served on Plaintiff on November 8, 2024 is identical to Defendants' previously-filed Dkt. No. 166 (with redactions) and Dkt. No. 167-3 (unredacted), aside from some changes to the "Exhibit No." and the numeric ordering based thereon.

James M. Wodarski (Admitted Pro Hac Vice)
JWodarski@mintz.com
Michael C. Newman (Admitted Pro Hac Vice)
MCNewman@mintz.com
Matthew S. Galica (Admitted Pro Hac Vice)
MSGalica@mintz.com
James J. Thomson (Admitted Pro Hac Vice)
JJThomson@mintz.com
Sean M. Casey (Admitted Pro Hac Vice)
SMCasey@mintz.com
Tianyi Tan (Admitted Pro Hac Vice)
TTan@mintz.com
Stephen Chen (Admitted Pro Hac Vice)
SChen@mintz.com
Amy LoBue (Admitted Pro Hac Vice)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

**PROOF OF SERVICE**

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is One Financial Center, Boston, MA 02111. On November 19, 2024, I served true and correct copies of the following documents:

**DEFENDANTS' PROVISIONALLY SEALED DOCUMENTS**

| ☒ | **BY E-MAIL**: By electronic mail transmission on November 19, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. ||

| Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:(310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
|---|---|
| Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024, at Boston, MA.

     *Matthew S. Galica*
     Matthew S. Galica