UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **[PROPOSED] ORDER REGARDING DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Case Assigned to Honorable William H. Alsup <br> Courtroom 12 <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:             December 9, 2024 |

1

[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

1   Pursuant to Civil L.R. 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart
2  Solutions Inc. (together, "Defendants") have filed an Administrative Motion to Consider Whether
3  Another Party's Material Should Be Sealed in connection with copies of Defendants' Rule 26(a)(3)
4  Disclosures, *i.e.*, (1) Defendants' Witness List and (2) Defendants' Disclosure of Trial Exhibit List.

5   By **NOVEMBER 26, 2024**, Plaintiff must file a statement and/or declaration as described in
6  Civil L.R. 79–5(c) and identify its proposed redactions to the said documents, if any, with adequate,
7  particularized support for each of its proposed redactions.

**IT IS SO ORDERED.**

DATED: _____, 2024         _____
                                              HONORABLE WILLIAM ALSUP
                                              SENIOR U.S. DISTRICT COURT JUDGE