1  Arameh Zargham O'Boyle (SBN: 239495)
   AZOboyle@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   2049 Century Park East, Suite 300
3  Los Angeles, CA 90067
   Telephone:    (310) 586-3200
4  Facsimile:    (310) 586-3202

5  James M. Wodarski (Admitted *Pro Hac Vice*)
   JWodarski@mintz.com
6  Michael C. Newman (Admitted *Pro Hac Vice*)
   MCNewman@mintz.com
7  Matthew S. Galica (Admitted *Pro Hac Vice*)
   MSGalica@mintz.com
8  James J. Thomson (Admitted *Pro Hac Vice*)
   JJThomson@mintz.com
9  Sean M. Casey (Admitted *Pro Hac Vice*)
   SMCasey@mintz.com
10 Tianyi Tan (Admitted *Pro Hac Vice*)
   TTan@mintz.com
11 Stephen Chen (Admitted *Pro Hac Vice*)
   SChen@mintz.com
12 Amy LoBue (Admitted *Pro Hac Vice*)
   ALoBue@mintz.com
13 MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
   One Financial Center
14 Boston, MA 02111
   Telephone:    (617) 542-6000
15 Facsimile:    (617) 542-2241

16 Attorneys for Defendants
   RECYCLE TRACK SYSTEMS, INC., and
17 RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>        Plaintiff,<br>  v.<br><br>RECYCLE TRACK SYSTEMS, INC., and<br>RECYCLESMART SOLUTIONS INC.,<br><br>        Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S TRIAL BRIEF**<br><br>Judge: Hon. William H. Alsup<br>Pretrial Conf.:  November 26, 2024<br>Time:            9:30 a.m.<br>Location:        450 Golden Gate Avenue<br>                 Courtroom 12, 19th Floor<br>                 San Francisco, CA 94102<br><br>Complaint Filed:  August 4, 2023<br>Trial Date:       December 9, 2024 |

**ENTIRE DOCUMENT FILED UNDER SEAL**