JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:      (415) 398-8080
Facsimile:      (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:      (949) 623-7200
Facsimile:      (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:      (310) 203-8080
Facsimile:      (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

JMBM | Jeffer Mangels Butler & Mitchell LLP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **PLAINTIFF ROADRUNNER RECYCLING, INC.'S RULE 26(a)(3) DISCLOSURES** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:      August 4, 2023<br>Trial Date:              December 9, 2024 |

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, Plaintiff RoadRunner Recycling, Inc. makes the following disclosures:

1.  RoadRunner's Witness List

2.  RoadRunner's Exhibit List

RoadRunner reserves the right to supplement and/or amend these disclosures.

DATED:  November 8, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA
LENA STREISAND

By: _____
        LENA STREISAND
Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

# EXHIBIT 1

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **PLAINTIFF ROADRUNNER RECYCLING, INC.'S WITNESS LIST** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:    August 4, 2023<br>Trial Date:    December 9, 2024 |

1      Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Standing Order for Civil Jury Trials,

2   Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") submits the following witness list:

3   **I.      WITNESSES WHOM ROADRUNNER WILL CALL AT TRIAL**

4      1.      Justin Armstrong – Mr. Armstrong is the Artificial Intelligence ("AI") &

5   Algorithms Lead at RoadRunner and former AI & Algorithms Lead at Compology.  Mr.

6   Armstrong is expected to provide non-cumulative testimony regarding RoadRunner's (formerly,

7   Compology's) software, machine learning, artificial intelligence system, algorithms and processes,

8   labeled and tagged images, and research and development of the same.  Mr. Armstrong is also

9   expected to provide non-cumulative testimony regarding Compology and RoadRunner's efforts to

10  maintain the secrecy of its confidential AI and software information and his role in RoadRunner's

11  investigation of the Pello system.  Mr. Armstrong may be reached through counsel for

12  RoadRunner.

13      2.      Jason Gates – Mr. Gates is the former CEO of Compology and a former Senior

14  Vice President at RoadRunner.  Mr. Gates is expected to provide non-cumulative testimony

15  regarding founding Compology, all aspects of Compology's business, including its technology and

16  the development thereof, Compology's business practices, the contracts and relationship between

17  Compology and Defendants, and RoadRunner's acquisition of Compology from his perspective as

18  Compology CEO.  Mr. Gates is also expected to provide non-cumulative testimony regarding

19  Compology's business-wide efforts to maintain the secrecy of its confidential information and the

20  value of Compology's camera systems and the components thereof.  Mr. Gates may be reached

21  through counsel for RoadRunner.

22      3.      W. Leo Hoarty – Mr. Hoarty is expected to provide expert testimony consistent

23  with his expert reports regarding RoadRunner's trade secrets, the misappropriation of those trade

24  secrets by Defendants, specifically including forensic analysis of the camera system and

25  Defendants' Pello camera system, including the hardware, software, artificial intelligence, and

26  machine learning components of each, and the independent economic value of RoadRunner's

27  trade secrets.  Mr. Hoarty may be reached through counsel for RoadRunner.

28      4.      Timothy (Jay) Longson – Mr. Longson is the Director of Hardware Engineering at

JMBM  Jeffer Mangels Butler & Mitchell LLP

1  RoadRunner and former Director of Hardware Engineering and Electrical Engineering at

2  Compology. Mr. Longson is expected to provide non-cumulative testimony regarding

3  RoadRunner's (formerly, Compology's) camera systems, including optical design and assembly,

4  electronic design, mechanical design, and the research and development of Compology's R-series

5  of products. Mr. Longson may be reached through counsel for RoadRunner.

6      5.      Graham Rihn – Mr. Rihn is the founder and CEO of RoadRunner. Mr. Rihn is

7  expected to provide non-cumulative testimony regarding RoadRunner's acquisition of Compology

8  from his perspective as RoadRunner's CEO, the value of RoadRunner's trade secrets and the

9  reasonable efforts that RoadRunner makes as a business to maintain confidentiality of its trade

10  secrets. Mr. Rihn is also expected to testify regarding RoadRunner's monitoring of unauthorized

11  third-party resellers of RoadRunner devices (*i.e.*, eBay) and RoadRunner's retrieval of its camera

12  devices from third-party resellers. Mr. Rihn is also expected to provide non-cumulative testimony

13  regarding founding RoadRunner, RoadRunner's business, including its business practices,

14  customers, competitors and expectations for RoadRunner's future business, RoadRunner's

15  investigation of the Pello device, and the circumstances that gave rise to RoadRunner bringing this

16  lawsuit. Mr. Rihn may be reached through counsel for RoadRunner.

17      6.      Forrest Vickery – Mr. Vickery is expected to provide expert testimony consistent

18  with his expert reports regarding RoadRunner's damages, including RoadRunner's lost profits

19  damages, disgorgement damages, and Defendants' unjust enrichment. Mr. Vickery may be

20  reached through counsel for RoadRunner.

21  **II.    WITNESSES WHOM ROADRUNNER MAY CALL AT TRIAL, IF THE NEED ARISES**

22      1.      Benjamin Chehebar – Mr. Chehebar is the former Chief Product Officer at

23  Compology and former Vice President at RoadRunner. Mr. Chehebar has knowledge of

24  Compology's formation, technology, business practices, and relationship with Defendants.

25      2.      Steven Krebs – Mr. Krebs is the CFO of RoadRunner. Mr. Krebs has knowledge

26  of RoadRunner's finances, business model, and its acquisition of Compology.

27      3.      Cason Male – Mr. Male is the Chief Technology Officer at RoadRunner. Mr. Male

28  has knowledge of RoadRunner's information technology ("IT") practices, policies, and protocols,

1    RoadRunner's security measures employed to keep its trade secret information confidential, and

2    information relating to RoadRunner's acquisition of Compology.

3    **III.    WITNESSES WHOM ROADRUNNER WILL CALL BY DEPOSITION**

4         1.    Carl Anderson – Mr. Anderson is the Vice President of the Pello Division at RTS.

5    Mr. Anderson has knowledge of Defendants' Pello camera system.

6         2.    Colin Bell – Mr. Bell is the former CCO/COO/CIO of RecycleSmart.  Mr. Bell has

7    knowledge of the parties' contracts and Defendants' Pello camera system.

8         3.    Kristopher Burch – Mr. Burch is the Lead Firmware Engineer at RTS.  Mr. Burch

9    has knowledge of Defendants' Pello camera system.

10        4.    Robert Fynn – Mr. Fynn is the IOT Operations Manager at RTS and a former

11   RecycleSmart employee.  Mr. Fynn has knowledge of the parties' relationship, Compology

12   customer service, and Compology training programs.

13        5.    Yahya Laraki – Mr. Laraki is the Senior Machine Learning Developer at

14   RecycleSmart.  Mr. Laraki has knowledge of Defendants' Pello camera system technology.

15        6.    Boken Lin – Mr. Lin is the Senior Full Stack Developer at RecycleSmart.  Mr. Lin

16   has knowledge of Defendants' Pello camera system technology.

17        RoadRunner reserves the right to supplement and amend these disclosures, and to call

18   witnesses, use depositions and offer evidence at trial that is disclosed by any other party.

19   DATED:  November 8, 2024          JEFFER MANGELS BUTLER & MITCHELL LLP
                                       STANLEY M. GIBSON
20                                     JAMES NEUDECKER
                                       JOSEPH J. MELLEMA
21                                     LENA STREISAND

22

23                          By:  _____
                                       STANLEY M. GIBSON
24                                Attorneys for Plaintiff ROADRUNNER
                                  RECYCLING, INC.
25

26

27

28

# EXHIBIT 2

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **PLAINTIFF ROADRUNNER RECYCLING, INC.'S EXHIBIT LIST** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:    August 4, 2023<br>Trial Date:    December 9, 2024 |

Pursuant to Fed. R. Civ. P. 26(a)(3)(iii), Plaintiff RoadRunner Recycling, Inc. identifies the following exhibits that it expects to offer at trial:

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| 2 | 12-5-2020 E-mail - Ocampo to Fynn/Yaworski, RecycleSmart / Compology 12/4/20 Bi-Weekly Meeting Recap (RTS_00168141-142) | | | |
| 4 | 6-14-2017 Letter - Gates to Bell (ROADRUNNER000028692) | | | |
| 6 | 12-22-2020 E-mail - Ocampo to Bell, Fynn, RecycleSmart / Compology: Business Review Recap (RTS_00168880-895) | | | |
| 10 | 11-1-2021 e-mail - Bell to Inrig/Fynn, 2022 Compology Agreement, with attachment (RTS_00161157-160) | | | |
| 20 | 11-20-2020 E-mail string with topmost dated - Ocampo to Bell, Contamination Categories (RTS_00168198-200) | | | |
| 22 | 4-5-2022 e-mail Bell to Fynn, Pickup analysis - Compology vs. Pello (RTS_00086334) | | | |
| 23 | 6-7-2022 e-mail - Rawsthorn to Anderson/Thompson, Pello: comparison analysis (RTS_00242974-975) | | | |
| 29 | 12-6-2022 E-mail Fynn to Mcconaghy, YAMDS Delta Hotel - Sensor Installed (RTS_00175451-454) | | | |
| 32 | 7-27-2023 E-mail Schumacher to Fynn, Westcamp, Ngo, Compology sensor Swap (RTS_00163465-468) | | | |
| 34 | 12-10-2021 E-mail - Chehebar to Wong, Compology High Usage | | | |

JMBM | Jeffer Mangels
Butler & Mitchell LLP

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| | (ROADRUNNER000024806) | | | |
| 36 | 1-5-2022 Email from Yahya Laraki to Carl Anderson, Conversation with Carl Anderson (RTS_00017003) | | | |
| 37 | 1-5-2022 Email from Yahya Laraki to Boken Lin, Conversation with Boken Lin (RTS_00016991) | | | |
| 38 | 1-5-2022 Email from Shivaji Patil to Lin and Laraki, Compology marked/labeled data (RTS_00017883) | | | |
| 39 | 1-6-2022 Email from Laraki to Patil, Anderson and Lin, Compology marked/labeled data (RTS_00017444-446) | | | |
| 40 | 1-6-2022 Email from Yahya Laraki to Shivaji Patil, Image data download (RTS_00017459-464) | | | |
| 41 | 1-7-2022 Email from Yahya Laraki to Carl Anderson, Conversation with Carl Anderson (RTS_00016989-990) | | | |
| 42 | 1-7-2022 Email from Yahya Laraki to Carl Anderson, IRAP Excel timeline an detailed view of remaining steps (RTS_00017435-438) | | | |
| 43 | 1-11-2022 Email Yahya Laraki to Carl Anderson. January 11, 2022, IRAP Excel Timeline and Detailed view of remaining steps (RTS_00017513-516) | | | |
| 44 | 1-14-2022 Email from Yahya Laraki to Carl Anderson, CC: Colin Bell, Shivaji Patil and Boken Lin, Image contamination model | | | |

JMBM | Jeffer Mangels
Butler & Mitchell LLP

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
| | performance (RTS_00017465) | | | |
| 46 | 1-24-2022 Email from Yahya Laraki to Colin Bell, Conversation with Colin Bell (RTS_00016984) | | | |
| 47 | 1-27-2022 Email exchange between Yahya Laraki and Kristopher Burch, PlastAlstic project (RTS_00017421-423) | | | |
| 48 | 2-9-2022 Email from Yahya Laraki to Carl Anderson, Conversation with Carl Anderson (RTS_00016971) | | | |
| 49 | 3-17-2022 Email from Yahya Laraki to Boken Lin, Conversation with Boken Lin (RTS_00016959) | | | |
| 50 | 3-17-2022 Email from Boken Lin to Yahya Laraki, Conversation with Boken Lin (RTS_00059197) | | | |
| 51 | 3-17-2022 Email From Yahya Laraki to Boken Lin, Conversation with Yahya Laraki (RTS_00059199) | | | |
| 53 | 3-25-2022 Email from Carl Anderson to Yahya Laraki, corrected access Re: model Improvement – PlastAlstic Project (RTS_00020350-354) | | | |
| 56 | 7-29-2022 Email from Yahya Laraki to Boken Lin, Conversation with Yahya Laraki (RTS_00059208) | | | |
| 57 | 10-25-2022 Email from Minaz Fazal to Carl Anderson, Yahya Laraki, and others, Pello Daily Huddle (RTS_00016890) | | | |
| 60 | 4-24-2023 Email to Shivaji Patil, Boken Lin, Carl Anderson, Image data download | | | |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| | (RTS_00017019-021) | | | |
| 64 | Photographs of components and boards (RTS_00318118-122) | | | |
| 66 | 6-30-2020 e-mail Anderson to Pankaj, More thoughts on the Compology date (RTS_00182200-202) | | | |
| 67 | 11-24-2020 e-mail k@reemer.com to Anderson, et al., Getting Compology date into Pello (RTS_00180804) | | | |
| 70 | 1-18-2021 e-mail - Anderson to Fazal, et al., Carl Anderson shared the folder "Docs for Compology data cloud integration" with you (RTS_00066133-134) | | | |
| 71 | 1-27-2021 E-mail Anderson to Fazal, From Carl Re: bullets for weekly meeting (RTS_00065832-833) | | | |
| 72 | 4-28-2021 E-mail - Anderson to Anderson, et al., Subject: Meeting to discuss Compology work to date fitting into rework of front end and Database (RTS_00060074) | | | |
| 74 | 5-26-2021 e-mail Anderson to Purushothaman, Using some of the Compology parsing that you set up (RTS_00060881) | | | |
| 75 | Document titled Dirty Lens Detection· Model Testing (RTS_00000756-759) | | | |
| 78 | 1-3-2022 e-mail - Anderson to Laraki, missing pages and prototype diagram from NRP-IRAP (RTS_00017935-936) | | | |
| 79 | RecycleSmart presentation deck -· DataDrivenWaste (DDW) System, A System for | | | |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
| | Optimizing Garbage Collection and Diversion to Recycling (RTS_00018004-18067) | | | |
| 80 | 1-4-2022 E-mail Anderson to Laraki, Compology Container With New Contamination In Last Post - December 23, 2021 (RTS_00017911-913) | | | |
| 82 | 4-8-2022 SDTC Project Information Milestone· Summary report submitted (RTS_00001064-1099) | | | |
| 83 | 9-27-2022 E-mail Anderson to Larazi, Open Rightsizing Recommendations - March 24, 2022 (RTS_00020073-74) | | | |
| 84 | 3-24-2022 List of locations (RTS_00020075) | | | |
| 88 | "Brief overview or· R&D work done for Pello in 2021" (RTS_00191106-147) | | | |
| 91 | 4-20-2023 e-mail - Laraki to Anderson, Conversation with Yahya Laraki (RTS_00183926) | | | |
| 92 | 3-17-2023 E-mail Anderson to Anderson, URGENT: Pello Pricing for City of Edmonton this Week (RTS_00185622-625) | | | |
| 94 | 5-8-2023 presentation - RTS PELLO· Sales Vision Update (RTS_00019380-395) | | | |
| 96 | 6-19-2023 e-mail - Laraki to Turnbull, Documents (RTS_00237706-742) | | | |
| 98 | 6-30-2021 RecycleSmart Business Plan· for Commercialize Novel Pello – A Cloud-Based Intelligent System to Optimize Waste | | | |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| | Management | | | |
| 99 | RecycleSmart - Budget FY2022 & FY2021 (RTS_00175337) | | | |
| 100 | Pello Budget Oct 2022-Dec 2023   (RTS_00191036) | | | |
| 101 | Pello Payroll, Unit Inventory, Expenses  (RTS_00183482) | | | |
| 103 | RTS Pello – Together, we'll build a future without waste. (RTS_00105195-215) | | | |
| 104 | Schedule of Expenses (RTS_0033396) | | | |
| 105 | RecycleSmart – Pello (Smart Sensor) Development Forecast Summary (RTS_ 00192983) | | | |
| 106 | 3-17-2023 E-mail Anderson to Anderson/Fazal, FW: moved up FW: RS Update re 21818 – Progress Report questions (RTS_00112801) | | | |
| 107 | 10-6-2022 e-mail - Burch to Fazal/Anderson, Pello Daily Huddle (RTS_00016915) | | | |
| 108 | 9-17-2017 Service Agreement – Compology (Gates and Bell) (ROADRUNNER000073342-344) | | | |
| 109 | 4-4-2017 Compology Terms and Conditions (ROADRUNNER000073345-355) | | | |
| 111 | 12-17-2019 Email Bell to Anderson, Signed OneOak and AOT Contract (RTS_00327596) | | | |
| 114 | 1-19-2021 Email Bell to Fazal, team meeting bullet points (RTS_00066125) | | | |
| 115 | 3-11-2021 Email Bell to Fazal, Anderson, Right Sizing | | | |

PLAINTIFF'S EXHIBIT LIST

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
|  | Recommendations and Fullness Projections (Rolling) – March 11, 2021 (RTS_00121512-513) |  |  |  |
| 116 | 3-24-2021 Email Lin to Bell, Crosble, Re: Dashboard Example for RecycleSmart type user of Pello (RTS_00059844-845) |  |  |  |
| 117 | 3-29-2021 Email Bell to Fzal, Status Slide for Monday Meeting (RTS_00070212-214) |  |  |  |
| 118 | April-May 2021 NRC, CNRC Status Report (RTS_00263857-862) |  |  |  |
| 119 | 5-10-2021 Email Bell to Fazal, Slide for the weekly (RTS_00068231) |  |  |  |
| 120 | 6-1-2021 Email Bell to Tran, Anderson, Wong, Lin, ITAP PV Kick Off: Recycle Smart (RTS_00060872-873) |  |  |  |
| 121 | 6-13-2021 Email Anderson to Bell. Quick Status update June 13th 2021 (RTS_00256952-955) |  |  |  |
| 122 | 6-23-2021 Email Bell to Lin, Crosbie, Anderson and Fazal, Compology Roadmap for the next few months (RTS_00060807) |  |  |  |
| 123 | 7-7-2021 IRAP Project Proposal (RTS_00000709-727) |  |  |  |
| 126 | Aug-Oct 2021 NRC, CNRC Status Report (RTS_00000740-744) |  |  |  |
| 127 | 9-3-2021 Email Bell to Anderson, Build Up of Pello Data from Recycle Smart Client Data (Position Pad Etc) (RTS_00271463-465) |  |  |  |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| 128 | 9-30-2021 Sustainable Development Technology Canada, Milestone Summary (RTS_00001033-063) | | | |
| 134 | 1-5-2022 Email Bell to Fazal, Anderson; 1st Quarter 13 Week Sprint Coverage Needed (RTS_00093827-830) | | | |
| 135 | Feb-March 2022 NRC, CNRC Status Report (RTS_00259310-315) | | | |
| 136 | 3-28-2022 Email Bell to Fazal; Conversation with Colin Bell (RTS_00109845) | | | |
| 137 | 3-31-2022 Email Bell to Fynn; Conversation with Colin Bell, robert Fynn (RTS_00175568) | | | |
| 139 | June-July 2022 NRC, CNRC Status Report (RTS_00019920-928) | | | |
| 140 | 3-31-2021 Post Project Report (RTS_00322579-585) | | | |
| 141 | 7-25-2014 Compology Report (ROADRUNNER000069643-676) | | | |
| 142 | 4-1-2016 409A Valuation (ROADRUNNER000069527-595) | | | |
| 143 | 3-8-2017 409A Valuation Compology (ROADRUNNER000069677-764) | | | |
| 144 | 12-27-2017 Compology Financial Statements 2015 (ROADRUNNER000074143) | | | |
| 145 | 1-27-2018 Compology Budget (ROADRUNNER000074133) | | | |
| 146 | 4-12-2019 Letter from Digi International to Compology Re: Potential Acquisition of Compology, Inc. | | | |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
|  | (ROADRUNNER000074987-992) | | | |
| 147 | 9-5-2019 Compology Report (ROADRUNNER000070065-140) | | | |
| 148 | 11-2-2020 Email from Ocampo to Bell, Brouard, Gates; Re: Compology Team Update (ROADRUNNER000073211 -223) | | | |
| 149 | 6-8-2021 Compology Order Form (ROADRUNNER000024009-014) | | | |
| 150 | 6-30-2022 Letter of Intent from Environmental Solutions Group to Compology (ROADRUNNER000074979-983) | | | |
| 151 | 7-14-2022 RTS Full Pello Budget FY2022 (RTS_00193327) | | | |
| 152 | 9-12-2022 Agreement & Plan of Merger Among RoadRunner, RR Tactical, Compology & Fortis (ROADRUNNER000068428-662) | | | |
| 153 | 12-27-22 RecycleSmart Renewal Strategy/Pello Updates (ROADRUNNER000073460-464) | | | |
| 154 | 12-31-2022 Company Historical Financial forecast (ROADRUNNER000018426-496) | | | |
| 155 | 12-31-2022 RoadRunner Recycling and Subsidiary (ROADRUNNER000074914-940) | | | |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
| 156 | 4-14-2023 Email from Anderson FWD: RS Update re 21818 – Progress Report Questions (RTS_00184774-790) | | | |
| 157 | 5-31-2023 RTS Notice of Termination of Agreement to Compology (RTS_00321934) | | | |
| 158 | 12-31-2022 RoadRunner Recycling and Subsidiary (Consolidated Financial Reports for 2022 & 2023) (ROADRUNNER000074946-975) | | | |
| 159 | 8-6-2024 Compology Driven GP Tables (ROADRUNNER000074913) | | | |
| 160 | 1-16-2024 Images, (ROADRUNNER00000120) | | | |
| 161 | 1-16-2024 Images, (ROADRUNNER00000125-134) | | | |
| 162 | 1-16-2024 Images, (ROADRUNNER00000142) | | | |
| 163 | 1-16-2024 Images, (ROADRUNNER00000136-137) | | | |
| 164 | 1-16-2024 Images, (ROADRUNNER00000122-123) | | | |
| 165 | 1-16-2024 Images, Coating specification (ROADRUNNER00000178-180) | | | |
| 166 | 3-27-2024 API Event Details – Recycle Smart Hitting Device Posts Endpoint (ROADRUNNER000028673) | | | |
| 167 | 1-12-2023 Containers API Usage – Comparison | | | |

PLAINTIFF'S EXHIBIT LIST

JMBM | Jeffer Mangels Butler & Mitchell LLP

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
|  | (ROADRUNNER000028683) | | | |
| 168 | 1-4-2023 Screenshot (ROADRUNNER000028688-89) | | | |
| 169 | 1-12-2023 Web App Page Views – Peak in Dec. 2021 (ROADRUNNER000028691) | | | |
| 170 | 11-8-2021 RSSC_WWCS Camera Board (RTS_00311070-083) | | | |
| 171 | 4-7-2022 Shenzhen Holyiot Technology Co., Ltd. – Datasheet (RTS_00108281-296) | | | |
| 172 | 1-16-2024 Images (ROADRUNNER00000188) | | | |
| 173 | 1-16-2024 Images (ROADRUNNER00000190) | | | |
| 174 | RTS Source Code (RTS_SC0000014-16) | | | |
| 175 | RTS Source Code (RTS_SC0000238-239) | | | |
| 176 | October  2020 NRC, CNRC, Status Report from May 1-31, 2022 (RTS_00001003-008) | | | |
| 177 | RTS Source Code (RTS_SC000097) | | | |
| 178 | RTS Source Code (RTS_SC0000202-229) | | | |
| 179 | RTS Source Code (RTS_SC0000075-76) | | | |
| 180 | 6-23-2021 Order Form No. MB-011421 (RTS_00348100–05) | | | |
| 181 | 6-1-17 R12 Schematics (ROADRUNNER000000122–23) | | | |
| 182 | 2-17-17 R12 Sensor Schematics (ROADRUNNER000000139– | | | |

JMBM | Jeffer Mangels Butler & Mitchell LLP

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| | 40) | | | |
| 183 | Battery Specification (ROADRUNNER000000144–47) | | | |
| 184 | 4-10-18 R13 Chassis Assembly Schematic (ROADRUNNER000000149–50) | | | |
| 185 | 10-14-20 R13 Block Diagram and Schematics (ROADRUNNER000000152–61) | | | |
| 186 | 2-28-19 R13 Flash/ALS Flex Schematic (ROADRUNNER000000163) | | | |
| 187 | 12-11-17 R13 Camera Sensor Schematics (ROADRUNNER000000165–66) | | | |
| 188 | 4-10-18 R13 Standard Assembly Schematics (ROADRUNNER000000168–69) | | | |
| 189 | Battery pack schematic (ROADRUNNER000000171) | | | |
| 190 | Battery specification (ROADRUNNER000000173–76) | | | |
| 191 | Battery specification (ROADRUNNER000000182–83) | | | |
| 192 | Battery specification (ROADRUNNER000000185–86) | | | |
| 193 | 1-10-23 Pello Image Audit (ROADRUNNER000028687) | | | |
| 194 | R11 Camera (physical exhibit) | | | |
| 195 | R12 Camera (physical exhibit) | | | |
| 196 | R13 Camera (physical exhibit) | | | |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
| 197 | R13S Camera (physical exhibit) | | | |
| 198 | R13L Camera (physical exhibit) | | | |
| 199 | Compology camera prototypes (physical exhibits) | | | |
| 200 | Compology & RTS – Pello Bin Monitoring Systems Sensor Device Breakdown (Hoarty Rep., Ex. 20) | | | |
| 201 | RTS Prototype and Production Devices (Hoarty Rep., Ex. 21) | | | |
| 202 | Bin Monitoring Systems Sensor Device Comparisons (Hoarty Rep., Ex. 24) | | | |
| 203 | Compology Raw Image Data (ROADRUNNER000074158–244) | | | |
| 204 | 1-20-2022 Compology Slack Thread (ROADRUNNER000073283–73286) | | | |
| 205 | RTS Source Code (RTS_SC0000026–32) | | | |
| 206 | RTS Source Code (RTS_SC0000106–09) | | | |
| 207 | RTS Source Code (RTS_SC0000230–34) | | | |
| 208 | RTS Source Code (RTS_SC0000159–61) | | | |
| 209 | RTS Source Code (RTS_SC0000098–103) | | | |
| 210 | RTS Source Code (RTS_SC0000104–05) | | | |
| 211 | RTS Source Code (RTS_SC0000071–72) | | | |
| 212 | RTS Source Code (RTS_SC0000008–13) | | | |
| 213 | RTS Source Code | | | |

PLAINTIFF'S EXHIBIT LIST

JMBM | Jeffer Mangels Butler & Mitchell LLP

| No. | Description | Date Offered | Date Received | Limitations on Use |
|-----|-------------|--------------|---------------|--------------------|
| | (RTS_SC0000073–74) | | | |
| 310 | 11-2-2020 Compology Terms and Conditions (ROADRUNNER000073255) | | | |
| 314 | 4-28-2017 Compology, sales@compology.com (ROADRUNNER000017683) | | | |
| 315 | 4-27-2017 Compology, sales@compology.com (ROADRUNNER000057324) | | | |
| 316 | 6-25-2017 Compology Gen12 Specs (ROADRUNNER000057081) | | | |
| 317 | 1-12-2021 Compology Camera Spec Sheet (ROADRUNNER000024805) | | | |
| 318 | 6-22-2022 Compology R13 Spec Sheet (ROADRUNNER000027140) | | | |
| 322 | 6-30-2022 Non-Binding Confidential Term Sheet (ROADRUNNER000072915) | | | |
| 325 | 3-14-2014 Early Block Diagram (ROADRUNNER000053915) | | | |
| 328 | 9-24-2019 Compology Security Review for WM (ROADRUNNER000063968) | | | |
| 329 | 5-14-2024 Compology Security Infrastructure (ROADRUNNER000029821) | | | |
| 330 | 5-11-2021 Compology System Architecture and Security (ROADRUNNER000023885) | | | |
| 331 | 5-14-2024 Diagram of SC01 Bluetooth Communication (ROADRUNNER000029471) | | | |
| 332 | Compology R12 FOTA Documentation V1 (ROADRUNNER000003299) | | | |

JMBM | Jeffer Mangels Butler & Mitchell LLP

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| 343 | 10-13-2015 Block Diagram (ROADRUNNER000015918) | | | |
| 348 | 5-14-2024 Context Viewpoint - RTN Use of Compology Saas (ROADRUNNER000064439) | | | |
| 349 | 5-2-2019 Architecture Diagram Key (ROADRUNNER000072550) | | | |
| 367 | 8-17-2024 Compology Waste Metering for Contamination Reduction (RTS_00337223-234) | | | |
| 372 | 6-13-2022 Compology Summary Financials and Valuation, (ROADRUNNER000073296) | | | |
| 373 | 4-26-2022 Compology Financials FY 2019 (ROADRUNNER00002151) | | | |
| 374 | 4-25-2022 Compology Financials FY 2019 - 2021 + 2024 Forecast (ROADRUNNER000070214) | | | |
| 375 | 5-17-2024 RoadRunner Financial Statements - Q4 2022- FY 2023 (ROADRUNNER000072913) | | | |
| 376 | 4-26-2024 Compology FS (Net Suite Export (ROADRUNNER000068663) | | | |
| 377 | 7-17-2024 RoadRunner - FY24-26 Projections (ROADRUNNER000072914) | | | |
| 378 | 8-1-2015 Compology Inc. Valuation Report (ROADRUNNER000069596 - 642) | | | |
| 379 | 6-29-2018 Common Stock Valuation for Compology - March 22, 2018 (ROADRUNNER000069918 - | | | |

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| | 988) | | | |
| 380 | 4-22-2019 Common Stock Valuation for Compology - March 29, 2019 (ROADRUNNER000069990 - 70064) | | | |
| 381 | 4-22-2019 Common Stock Valuation for Compology - February 14, 2020 (ROADRUNNER000070141 - 213) | | | |
| 382 | 4-1-2021 Common Stock Valuation for Compology - March 8, 2021 (ROADRUNNER000069765 - 841) | | | |
| 383 | 4-7-2022 Common Stock Valuation for Compology - March 9, 2022 (ROADRUNNER000069842 - 917) | | | |
| 384 | 5-23-2022  Letter to Jason Gates re: Preliminary Proposal to Purchase Assets of Compology (the"Company") (ROADRUNNER000017851 - 853) | | | |
| 389 | 3-21-2024 Competition Overview – (May 2021) (ROADRUNNER000028172 - 183) | | | |
| 390 | 11-2-2020 Exhibit A - Compology Terms and Conditions (ROADRUNNER000073224 - 251) | | | |
| 392 | 8-6-2024 Compology Driven GP Tables (ROADRUNNER000074913) | | | |
| 395 | 4-26-2022 Compology Financials FY 2019 – 2024 (ROADRUNNER000021514) | | | |

JMBM | Jeffer Mangels
Butler & Mitchell LLP

| No. | Description | Date Offered | Date Received | Limitations on Use |
|---|---|---|---|---|
| 396 | 5-14-2024 Compology Financial Statements 2018 (ROADRUNNER000070216) | | | |
| 397 | 3-13-2022 Compology Operating Plan March 13 2022 (ROADRUNNER000021470) | | | |
| 418 | 3-15-2022·Email from Laraki to Burch re: New Model results (RTS_00017405-406) | | | |
| 421 | 3-29-2019 Email from Lex Jansen to Anderson Re: Part Number/ spec sheet for the primary lithium battery? And a photo or two (RTS_00339710-716) | | | |
| 423A | 6-10-2021 Email from Fraser Crosbie to Purushothaman re: QA DB Performance (RTS_00060869-871) | | | |
| 423B | 4-29-2021 Email from Anderson to Crosbie re: A tad of background info for meeting 7am Vancouver time tomorrow morning on Compology integration to Pello (RTS_00060907-908) | | | |
| 428A | 1-6-2022 Email from Lin to Patil Re: Image Data Download (RTS_00017867-869) | | | |
| 429A | 1-9-2022 Email from Anderson to Lin Re: Start of Comparsion of new Compology Data Report – we are short a lot of containers by the looks of it (RTS_00064246-249) | | | |
| 430A | 3-21-2021 Email from Lin to Beryl Lee Re: Compology Expert (RTS_00060063) | | | |

JMBM | Jeffer Mangels Butler & Mitchell LLP

**PROOF OF SERVICE**
*RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*
**Case No. 3:23-cv-04804-WHA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On November 8, 2024, I served true copies of the following document(s) described as **PLAINTIFF ROADRUNNER RECYCLING, INC.'S RULE 26(A)(3) DISCLOSURES** as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Lstreisand@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 8, 2024, at Los Angeles, California.

Lena Streisand

1

## SERVICE LIST

2

Arameh Zargham O'Boyle                    *Attorneys for Defendants Recycle Track*
MINTZ, LEVIN, COHN, FERRIS,               *Systems, Inc. and RecycleSmart Solutions,*
3   GLOVSKY, AND POPEO, P.C.              *Inc.*
2049 Century Park East, Suite 300
4   Los Angeles, CA 90067
Email: AZOBoyle@mintz.com

5

Amy LoBue
6   James J. Thomson
James M. Wodarski
7   Matthew S. Galica
Michael C. Newman
8   Stephen Huxton Chen
Tianyi Tan
9   MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
10  One Financial Center
Boston, MA 02111
11  Emails: alobue@mintz.com
jjthomson@mintz.com
12  JWodarski@mintz.com
msgalica@mintz.com
13  mcnewman@mintz.com
schen@mintz.com
14  TTan@mintz.com
CC:    rts-mintz@mintz.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28