| | |
|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>STANLEY M. GIBSON (Bar No. 162329)<br>*sgibson@jmbm.com*<br>JAMES NEUDECKER (Bar No. 221657)<br>*JNeudecker@jmbm.com*<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 398-8080<br>Facsimile:       (415) 398-5584<br><br>JOSEPH J. MELLEMA (Bar No. 248118)<br>*jmellema@jmbm.com*<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone:     (949) 623-7200<br>Facsimile:       (949) 623-7202<br><br>LENA STREISAND (Bar No. 339021)<br>*lstreisand@jmbm.com*<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:     (310) 203-8080<br>Facsimile:       (310) 203-0567<br>Attorneys for Plaintiff ROADRUNNER RECYCLING, INC. | Arameh Zargham O'Boyle (SBN: 239495)<br>azoboyle@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Telephone: 310-586-3200<br>Facsimile: 310-586-3202<br><br>James M. Wodarski (Admitted *Pro Hac Vice*)<br>JWodarski@mintz.com<br>Michael C. Newman (Admitted *Pro Hac Vice*)<br>mcnewman@mintz.com<br>Matthew S. Galica (Admitted *Pro Hac Vice*)<br>MSGalica@mintz.com<br>James J. Thomson (Admitted *Pro Hac Vice*)<br>JJThomson@mintz.com<br>Sean M. Casey (Admitted *Pro Hac Vice*)<br>smcasey@mintz.com<br>Tianyi Tan (Admitted *Pro Hac Vice*)<br>TTan@mintz.com<br>Stephen Chen (Admitted *Pro Hac Vice*)<br>SChen@mintz.com<br>Amy LoBue (Admitted *Pro Hac Vice*)<br>ALoBue@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone:     (617) 542-6000<br>Facsimile:       (617) 542-2241<br><br>Attorneys for Defendants RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**JOINT PROPOSED VOIR DIRE QUESTIONS**<br><br>**Final Pretrial Conference**<br>Date:     November 26, 2024<br>Time:    9:30 a.m.<br>Crtrm.:  San Francisco Courthouse, Courtroom 12 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102<br><br>Complaint Filed:     August 4, 2023<br>Trial Date:              December 9, 2024 |

Case No. 3:23-cv-04804-WHA

JOINT PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") and Defendants Recycle Track Systems, Inc. ("RTS") and RecycleSmart Solutions, Inc. ("RecycleSmart") (collectively, "Defendants") hereby jointly submit the following Joint Proposed Voir Dire Questions.

1. What is your employment status?
   a. If employed:
      i. What is your position?
      ii. Who is your employer?
      iii. How long have you been in your current role?
      iv. What are your job duties?
      v. Do you supervise or manage other employees at work?
   b. If unemployed, how are you supported?
   c. If retired, what was your former occupation and who was your employer?
2. What is your highest level of education?
3. Are you or a member of your household a lawyer?
   a. If yes, please explain.
4. Have you or a member of your household ever been employed by RoadRunner, RTS, or RecycleSmart?
   a. If yes, please explain.
5. Have you or a member of your household ever owned stock in, had any financial interest in, or had a business relationship of any kind with RoadRunner, RTS, or RecycleSmart?
   a. If yes, please explain.
6. Do you or a member of your household know any of the following witnesses who may be called upon to testify? They are Carl Anderson, Justin Armstrong, R. Jacob Baker, Colin Bell, Kristopher Burch, Benjamin Chehebar, Robert Fynn, Jason Gates, Philip Greenspun, W. Leo Hoarty, Stephen Holzen, Steven Krebs, Yahya Laraki, Boken Lin, Timothy (Jay)

Longson, Cason Male, Graham Rihn, and Forrest Vickery.[1]

    a.    If yes, please explain.

7. Prior to arriving in the courtroom today, have you heard or read anything about this case?

    a.    If yes, please explain.

    b.    If yes, because of what you have read or heard, do you have any opinions about this case?

8. Do you or a member of your household have any experience in the waste management industry?

    a.    If yes, in what capacity?

9. Do you or a member of your household have any experience in the recycling industry?

    a.    If yes, in what capacity?

10. Do you or a member of your household have any experience in the tech industry?

    a.    If yes, in what capacity?

11. Have you or a member of your household worked for a start up?

    a.    If yes, in what capacity?

12. Have you ever served on a jury?

    a.    If yes, were you able to reach a verdict?

13. Have you or a member of your household ever been a witness in court?

14. Have you or a member of your household ever filed a lawsuit?

15. Have you or a member of your household ever been sued?

16. Do you believe a lawsuit is a reasonable means of resolving a dispute?

17. Do you have strong feelings about the number of lawsuits in our courts?

    a.    If yes, please explain.

18. In your current or former employment, were you ever tasked with negotiating a contract?

    a.    If yes, please explain.

19. In your current or former employment, were you responsible for entering into contracts on

---

[1] The parties will update witness names as appropriate prior to trial.

1  behalf of the company you worked for?
2     a.   If yes, please explain.
3  20.   Have you or a member of your household ever been in a contractual dispute?
4     a.   If yes, please explain.
5  21.   Are you familiar with trade secrets?
6     a.   If yes, can you briefly describe what they are?
7     b.   If yes, can you briefly explain how you became familiar with trade secrets?
8  22.   Do you have any strongly held feelings about trade secrets?
9  23.   Are you familiar with artificial intelligence?
10    a.   If yes, please explain.
11 24.   Do you have any strongly held feelings about artificial intelligence?
12    a.   If yes, please explain.
13 25.   Do you have any concerns about artificial intelligence?
14    a.   If yes, please explain.
15 26.   Are you familiar with machine learning?
16    a.   If yes, please explain.
17 27.   Are you familiar with cameras?
18    a.   If yes, please explain.
19 28.   Is there a reason, because of your background or employment, that you believe you cannot
20    judge this case impartially?
21 29.   Do you know of any other matter which you believe should be called to the court's
22    attention as having some bearing upon your qualifications or ability to sit as a juror, or
23    which you think may prevent you from rendering a fair and impartial verdict based solely
24    upon the evidence and my instructions as to the law?

| | | |
|---|---|---|
| 1 | DATED: November 19, 2024 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 2 | | STANLEY M. GIBSON |
| | | JAMES NEUDECKER |
| 3 | | JOSEPH J. MELLEMA |
| | | LENA STREISAND |
| 4 | | By:    */s/ Stanley M. Gibson* |
| 5 | | STANLEY M. GIBSON |
| | | Attorneys for Plaintiff ROADRUNNER |
| 6 | | RECYCLING, INC. |
| 7 | DATED: November 19, 2024 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
| 8 | | ARAMEH ZARGHAM O'BOYLE |
| | | JAMES M. WODARSKI |
| 9 | | MICHAEL C. NEWMAN |
| 10 | | MATTHEW S. GALICA |
| | | JAMES J. THOMSON |
| 11 | | SEAN M. CASEY |
| | | TIANYI TAN |
| 12 | | STEPHEN CHEN |
| | | AMY LOBUE |
| 13 | | By:    */s/ Matthew S. Galica* |
| 14 | | MATTHEW S. GALICA |
| | | Attorneys for Defendants RECYCLE TRACK |
| 15 | | SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC. |