1   Arameh Zargham O'Boyle (SBN: 239495)
    AZOboyle@mintz.com
2   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    2049 Century Park East, Suite 300
3   Los Angeles, CA 90067
    Telephone:    (310) 586-3200
4   Facsimile:    (310) 586-3202

5   James M. Wodarski (Admitted *Pro Hac Vice*)
    JWodarski@mintz.com
6   Michael C. Newman (Admitted *Pro Hac Vice*)
    MCNewman@mintz.com
7   Matthew S. Galica (Admitted *Pro Hac Vice*)
    MSGalica@mintz.com
8   James J. Thomson (Admitted *Pro Hac Vice*)
    JJThomson@mintz.com
9   Sean M. Casey (Admitted *Pro Hac Vice*)
    SMCasey@mintz.com
10  Tianyi Tan (Admitted *Pro Hac Vice*)
    TTan@mintz.com
11  Stephen Chen (Admitted *Pro Hac Vice*)
    SChen@mintz.com
12  Amy LoBue (Admitted *Pro Hac Vice*)
    ALoBue@mintz.com
13  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
    One Financial Center
14  Boston, MA 02111
    Telephone:    (617) 542-6000
15  Facsimile:    (617) 542-2241

16  Attorneys for Defendants
    RECYCLE TRACK SYSTEMS, INC., and
    RECYCLESMART SOLUTIONS INC.

17

                    **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

19

20  ROADRUNNER RECYCLING, INC.,              Case No. 3:23-cv-04804-WHA

                    Plaintiff,               **DECLARATION OF MATTHEW S.**
21          v.                               **GALICA IN SUPPORT OF DEFENDANTS'**
                                             **MOTIONS *IN LIMINE***
22  RECYCLE TRACK SYSTEMS, INC., and
    RECYCLESMART SOLUTIONS INC.,             *Assigned for All Purposes to:*
23                                           The Hon. William H. Alsup
                    Defendants.
24
                                             Date: November 14, 2024
25                                           Time: 8:00 a.m.
                                             Place: Courtroom 12, 19th Floor
26                                           Complaint Filed:    August 4, 2023
                                             Trial Date:         December 9, 2024
27

28

                                        1

1    I, Matthew S. Galica, hereby declare as follows:

2    1.    I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,

3    P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (together,

4    "Defendants"). I have personal knowledge of the matters set forth below in this declaration. If called

5    upon to testify to the same, I could and would testify competently thereto.

6    2.    I submit this Declaration in support of Defendants' Motions *in Limine*.

7    3.    Attached hereto as **Exhibit A** is a true and correct copy of the excerpted August 23,

8    2024 Deposition Transcript of Steven Krebs.

9    4.    Attached hereto as **Exhibit B** is a true and correct copy of Defendants' August 7, 2024

10   30(b)(6) Notice of Deposition of Steve Krebs.

11   5.    Attached hereto as **Exhibit C** is a true and correct copy of the correspondence between

12   the parties regarding 30(b)(6) witness designations.

13   6.    Attached hereto as **Exhibit D** is a true and correct copy of the excerpted August 26,

14   2024 Deposition Transcript of Jason Gates.

15   7.    Attached hereto as **Exhibit E** is a true and correct copy of the excerpted August 22,

16   2024 Deposition Transcript of Justin Armstrong.

17   8.    Attached hereto as **Exhibit F** is a true and correct copy of the excerpted August 15,

18   2024 Deposition Transcript of Timothy (Jay) Longson.

19   9.    I declare under penalty of perjury that the foregoing is true and correct.

20

21   Executed this 14th day of November, 2024, in Boston, Massachusetts.

22                                                      */s/ Matthew S. Galica*
                                                       Matthew S. Galica

23

24

25

26

27

28

2
DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE*
(CASE NO. 3:23-CV-04804-WHA)