# EXHIBIT C

| | |
|---|---|
| **From:** | Joseph Mellema <JMellema@jmbm.com> |
| **Sent:** | Wednesday, July 24, 2024 7:54 PM |
| **To:** | Thomson, James; Armington, Nicholas |
| **Cc:** | RTS-Mintz; Stan M. Gibson; Lena Streisand; Itzi Munoz; Christina Lopez |
| **Subject:** | RE: RoadRunner v. RTS et al. [JMBM-LA.82941.0001] |

Hi James,

Mr. Krebs is designated on 8 and 11, not 8-11. Where multiple witnesses are designated on a topic, we understand that those witnesses appear to be able to provide non-duplicative information in response to that particular topic. Thus, we have designated multiple witnesses as to those topics where applicable.

Mr. Krebs is designated on Topic 50.

We will get back to you on a location in Pittsburgh, PA.

As Matt and I discussed yesterday, we are planning to get back to you regarding Jason Gates and Ben Chehebar as soon as possible. Meanwhile, Matt had indicated that, similarly, RTS would be getting back to us on Colin Bell's availability for his deposition. Please advise.

In addition, can you please confirm the below dates?

Best,
Joe

**Joseph J. Mellema** | Partner
**Jeffer Mangels Butler & Mitchell LLP | JMBM**
3 Park Plaza #1100, Irvine, CA 92614
**D:** (949) 623-7232 | **E:** JMellema@jmbm.com
**VCARD** | **BIO** | **LINKEDIN**



This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

**From:** Thomson, James <JJThomson@mintz.com>
**Sent:** Wednesday, July 24, 2024 1:54 PM
**To:** Joseph Mellema <JMellema@jmbm.com>; Armington, Nicholas <NWArmington@mintz.com>
**Cc:** RTS-Mintz <RTS-Mintz@mintz.com>; Stan M. Gibson <SMG@JMBM.com>; Lena Streisand <LStreisand@jmbm.com>; Itzi Munoz <IMunoz@jmbm.com>; Christina Lopez <CLopez@jmbm.com>
**Subject:** RE: RoadRunner v. RTS et al. [JMBM-LA.82941.0001]

Joe,

Thank you for providing this list. We have a few follow-up questions below:

First, we note that RoadRunner is designating numerous witnesses for several singular topics. (E.g., Messrs. Longson, Armstrong, and Krebs are all designated on topics 8-11). Can you provide some clarity on the overlap and/or division of the topics for which multiple witnesses have been designated?

Second, RoadRunner has not yet designated a witness for Topic 50. Please let us know which witness will be designated on Topic 50.

Third, for the witnesses being offered in Pittsburgh, PA—will you be proving a location for the depositions or do we need to make those arrangements?

Fourth, please provide proposed deposition dates for Benjamin Chehebar and Jason Gates.

Separately, attached is an updated 30(b)(6) notice to RoadRunner. The previous version inadvertently split Topics 14 and 15, so we have corrected that error. For clarity, we have noted that Topic 15 is omitted, but maintained the original Topic numbers.

Best,
James

**James Thomson**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.3098
JJThomson@mintz.com | Mintz.com



**From:** Joseph Mellema <JMellema@jmbm.com>
**Sent:** Monday, July 22, 2024 8:05 PM
**To:** Armington, Nicholas <NWArmington@mintz.com>
**Cc:** RTS-Mintz <RTS-Mintz@mintz.com>; Stan M. Gibson <SMG@JMBM.com>; Lena Streisand <LStreisand@jmbm.com>; Itzi Munoz <IMunoz@jmbm.com>; Christina Lopez <CLopez@jmbm.com>
**Subject:** RoadRunner v. RTS et al. [JMBM-LA.82941.0001]

Hi Nick,

Per our conversation last week Friday, please see below the witness availability for deposition, and 30(b)(6) topics. Please confirm these dates with us as soon as possible.

- Cason Male, 8/13, JMBM Los Angeles Offices, Topics: 1-3, 7, 33, 44-45
- Jay Longson, 8/15, JMBM San Francisco Offices, Topics: 1-2, 4-6, 8-11, 23-25, 27, 30-32, 36-37, 39-40, 45
- Angel Huang, 8/16, JMBM San Francisco Offices
- Justin Armstrong, 8/22, Pittsburgh, Pennsylvania, Topics: 4-6, 8-11, 22-24, 26, 28-29, 31-32, 35, 38, 41

- Steve Krebs, 8/23, Pittsburgh, Pennsylvania, Topics: 8, 11-21, 34, 42-49

Best,
Joe

**Joseph J. Mellema** | Partner
**Jeffer Mangels Butler & Mitchell LLP | JMBM**
3 Park Plaza #1100, Irvine, CA 92614
**D:** (949) 623-7232 **| E:** JMellema@jmbm.com
**VCARD | BIO | LINKEDIN**



This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

3