1 | Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
2 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
3 | Los Angeles, CA 90067
Telephone:   (310) 586-3200
4 | Facsimile:   (310) 586-3202

5 | James M. Wodarski *(Admitted Pro Hac Vice)*
JWodarski@mintz.com
6 | Michael C. Newman *(Admitted Pro Hac Vice)*
MCNewman@mintz.com
7 | Matthew S. Galica *(Admitted Pro Hac Vice)*
MSGalica@mintz.com
8 | James J. Thomson *(Admitted Pro Hac Vice)*
JJThomson@mintz.com
9 | Sean M. Casey *(Admitted Pro Hac Vice)*
SMCasey@mintz.com
10 | Tianyi Tan *(Admitted Pro Hac Vice)*
TTan@mintz.com
11 | Stephen Chen *(Admitted Pro Hac Vice)*
SChen@mintz.com
12 | Amy LoBue *(Admitted Pro Hac Vice)*
ALoBue@mintz.com
13 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
14 | Boston, MA 02111
Telephone:   (617) 542-6000
15 | Facsimile:   (617) 542-2241

16 | Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
17 | RECYCLESMART SOLUTIONS INC.

18 | **UNITED STATES DISTRICT COURT**

19 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| | Complaint Filed:   August 4, 2023
Trial Date:         December 9, 2024 |

1
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

I.  INTRODUCTION

Pursuant to Civil L.R. 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (together, "Defendants") hereby respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Specifically, Defendants seek to provisionally file under seal the information and/or document(s) listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Exhibit A** to Declaration of Matthew S. Galica in Support of Defendants' Motions *in Limine*, *i.e.*, excerpted August 23, 2024 deposition transcript of Steven Krebs | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit D** to Declaration of Matthew S. Galica in Support of Defendants' Motions *in Limine*, *i.e.*, excerpted August 26, 2024 deposition transcript of Jason Gates | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit E** to Declaration of Matthew S. Galica in Support of Defendants' Motions *in Limine*, *i.e.*, excerpted August 22, 2024 deposition transcript of Justin Armstrong | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| **Exhibit F** to Declaration of Matthew S. Galica in Support of Defendants' Motions *in Limine*, *i.e.*, excerpted August 15, 2024 deposition transcript of Timothy (Jay) Longson | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| Exhibit 2 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants Motion *in Limine* No. 1 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

2

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 1 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants Motion *in Limine* No. 2 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants Motion *in Limine* No. 3 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| Exhibit 1 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants Motion *in Limine* No. 3 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| Exhibit 2 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants Motion *in Limine* No. 3 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |
| Exhibit 3 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants Motion *in Limine* No. 3 | Entirety, pending Plaintiff's statement pursuant to Civil Local Rule 79-5(c) and the Court's Order thereon | Plaintiff Roadrunner Recycling, Inc. |

## II.     LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil L.R. 79–5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* Civil L.R. 79–5(f).

## III.    PLAINTIFF'S CONFIDENTIALITY DESIGNATION

Plaintiff have designated the aforementioned documents related to Defendants' Motions *in*

3

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

1  *Limine* and Plaintiff's Oppositions thereto as Highly Confidential - Attorney's Eyes Only. Defendants
2  seek to file the aforementioned documents provisionally under seal solely out of an abundance of
3  caution. At this point, Defendants do not take a position on the merits of sealing any portion(s) of
4  such documents and reserve the right to oppose if Plaintiff shall seek the sealing thereof.
5        Out of an abundance of caution, Defendants respectfully request that the Court provisionally
6  seal in their entirety the unredacted versions of the aforementioned documents.
7        Defendants also respectfully request that the Court order that Plaintiff file a statement pursuant
8  to Civil L.R. 79–5(c) and identify any proposed redactions thereto, with adequate, particularized
9  support for each of its proposed redactions.

10

11  Dated: November 19, 2024            Respectfully Submitted,

12                                               /s/ Matthew S. Galica

13                                           Arameh Zargham O'Boyle (SBN: 239495)
                                         AZOboyle@mintz.com
14                                           MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
                                             POPEO, P.C.
15                                           2049 Century Park East, Suite 300
                                         Los Angeles, CA 90067
16                                           Telephone:    (310) 586-3200
                                         Facsimile:     (310) 586-3202
17
                                         James M. Wodarski (Admitted Pro Hac Vice)
18                                           JWodarski@mintz.com
                                         Michael C. Newman (Admitted Pro Hac Vice)
19                                           MCNewman@mintz.com
                                         Matthew S. Galica (Admitted Pro Hac Vice)
20                                           MSGalica@mintz.com
                                         James J. Thomson (Admitted Pro Hac Vice)
21                                           JJThomson@mintz.com
                                         Sean M. Casey (Admitted Pro Hac Vice)
22                                           SMCasey@mintz.com
                                         Tianyi Tan (Admitted Pro Hac Vice)
23                                           TTan@mintz.com
                                         Stephen Chen (Admitted Pro Hac Vice)
24                                           SChen@mintz.com
                                         Amy LoBue (Admitted Pro Hac Vice)
25                                           ALoBue@mintz.com
                                         MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND
26                                           POPEO, P.C.
                                         One Financial Center
27                                           Boston, MA 02111
                                         Telephone:    (617) 542-6000
28                                           Facsimile:     (617) 542-2241

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                Attorneys for Defendants
                RECYCLE TRACK SYSTEMS, INC., and
                RECYCLESMART SOLUTIONS INC.

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

**PROOF OF SERVICE**

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is One Financial Center, Boston, MA 02111. On November 19, 2024, I served true and correct copies of the following documents:

**DEFENDANTS' PROVISIONALLY SEALED DOCUMENTS**

| ☒ | **BY E-MAIL**: By electronic mail transmission on November 20, 2024, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. | |
|---|---|---|
| | Stanley M. Gibson<br>James Neudecker<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584<br>sgibson@jmbm.com<br>jneudecker@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | Lena Streisand<br>Shavon Henry<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:(310) 203-8080<br>Facsimile: (310) 230-0567<br>lstreisand@jmbm.com<br>shenry@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* |
| | Joseph J. Mellema<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>3 Park Plaza, Suite 1100<br>Irvine, California 92614-2592<br>Telephone: (949) 623-7200<br>Facsimile: (949) 623-7202<br>jmellema@jmbm.com<br><br>*Attorneys for Plaintiff*<br>*ROADRUNNER RECYCLING, INC.* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024, at Boston, MA.

              *Matthew S. Galica*
               Matthew S. Galica