# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER REGARDING DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | |
| | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| | Complaint Filed: August 4, 2023<br>Trial Date: December 9, 2024 |

1

[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 3:23-CV-04804-WHA)

Pursuant to Civil L.R. 79–5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (together, "Defendants") have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with (1) Defendants' Motions *in Limine* and (2) Defendants' Oppositions to Plaintiff's Motions *in Limine*, and certain exhibits thereto.

By **NOVEMBER 26, 2024**, Plaintiff must file a statement and/or declaration as described in Civil L.R. 79–5(c) and identify its proposed redactions to the said documents, if any, with adequate, particularized support for each of its proposed redactions.

**IT IS SO ORDERED.**

DATED: _____, 2024    _____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE