Arameh Zargham O'Boyle (SBN: 239495)
AZOboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 586-3200
Facsimile:    (310) 586-3202

James M. Wodarski (Admitted *Pro Hac Vice*)
JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
MCNewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
SMCasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com
Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**DECLARATION OF MATTHEW S. GALICA IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTIONS *IN LIMINE***<br><br>*Assigned for All Purposes to:*<br>The Hon. William H. Alsup<br><br>Date: November 14, 2024<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Complaint Filed:   August 4, 2023<br>Trial Date:           December 9, 2024 |

1

I, Matthew S. Galica, hereby declare as follows:

1. I am an attorney with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (together, "Defendants"). I have personal knowledge of the matters set forth below in this declaration. If called upon to testify to the same, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Oppositions to Plaintiff's Motions *in Limine*.

3. Attached hereto as **Exhibit G** is a true and correct copy of the excerpted August 28, 2024 Deposition Transcript of Benjamin Chehebar.

4. Attached hereto as **Exhibit H** is a true and correct copy of the excerpted September 13, 2024 Rebuttal Expert Report of Philip Greenspun, *i.e.*, the Table of Contents thereof.

5. Attached hereto as **Exhibit I** is a true and correct copy of the resume of Philip Greenspun.

6. Attached hereto as **Exhibit J** is a true and correct copy of the excerpted September 13, 2024 Rebuttal Expert Report of R. Jacob Baker, *i.e.*, the Table of Contents thereof.

7. Attached hereto as **Exhibit K** is a true and correct copy of the excerpted August 30, 2024 Opening Expert Report of Philip Greenspun.

8. Attached hereto as **Exhibit L** is a true and correct copy of the WatchCount.com pages captured on January 17, 2024, which track eBay listings of Compology cameras with the eBay item numbers: 165986465824, 255952710522, 266422745021, 275331948516, and 404675854951, which respectively correspond to the eBay listings attached as Exhibits 1-5 to Dkt. No. 53-1, Declaration of Daniel B. Weinger in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Amend First Amended Complaint.

9. Attached hereto as **Exhibit M** is a true and correct copy of the eBay listing of the Compology R13 Sensor, titled "Compology R13 Dumpster Monitoring Waste Metering Wireless Camera With Hardware," available at https://www.ebay.com/itm/276382592164 and captured on August 7, 2024.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of November, 2024, in Boston, Massachusetts.

/s/ Matthew S. Galica
Matthew S. Galica