# EXHIBIT G



**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

# Transcript of Benjamin Chehebar

**Date:** August 28, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1               UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - -x
 4    ROADRUNNER RECYCLING, INC.,   :
 5                  Plaintiff,      :  No 3:23-cv-04804-WHA
 6    vs.                           :
 7                                  :
 8    RECYCLE TRACK SYSTEMS, INC.,  :
 9    AND RECYCLESMART SOLUTIONS,
10    INC.,
11                  Defendants.
12    - - - - - - - - - - - - - -x
13     *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15        Videotaped Deposition of BENJAMIN CHEHEBAR
16                    CONDUCTED REMOTELY
17                Wednesday, August 28, 2024
18                        9:34 a.m.
19
20
21
22    Job No.: 549139
23    Pages: 1 - 178
24    Reported By: Brooklyn E. Schweitzer
25                 RPR, CRR, CA CSR
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Benjamin Chehebar
Conducted on August 28, 2024                                66

| | | |
|---|---|---|
| 1 | advocate for, hey, this needs to get built. | 11:08:51 |
| 2 | Q.  Okay.  Did Steve Krebs have any technical | 11:08:58 |
| 3 | software acumen? | 11:09:03 |
| 4 | MR. GIBSON:  Object to form. | 11:09:06 |
| 5 | A.  I don't know his full skill set, to be | 11:09:11 |
| 6 | honest. | 11:09:13 |
| 7 | Q.  Did you report directly to Mr. Krebs? | 11:09:17 |
| 8 | A.  No. | 11:09:22 |
| 9 | Q.  Okay.  Who did you report to? | 11:09:23 |
| 10 | A.  Cason. | 11:09:25 |
| 11 | Q.  Did you have any direct reports under you? | 11:09:29 |
| 12 | A.  I did, yes. | 11:09:31 |
| 13 | Q.  And who were they? | 11:09:33 |
| 14 | A.  So Jay Longson was my direct report, who I | 11:09:38 |
| 15 | think you've spoken to.  Angel Huang was my direct | 11:09:43 |
| 16 | report, who you've spoken to.  And then -- well, | 11:09:49 |
| 17 | that's it, actually. | 11:09:52 |
| 18 | Q.  When did you -- when did you leave | 11:09:53 |
| 19 | RoadRunner? | 11:10:02 |
| 20 | A.  December 2023. | 11:10:03 |
| 21 | Q.  And why did you leave RoadRunner? | 11:10:04 |
| 22 | A.  I was let go. | 11:10:08 |
| 23 | Q.  Okay.  And why were you let go? | 11:10:11 |
| 24 | A.  I was let go ███████████████████████ | 11:10:14 |
| 25 | ████. | 11:10:18 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Benjamin Chehebar
Conducted on August 28, 2024                          67

| | | |
|---|---|---|
| 1 | Q. Okay. And when you say let go, do you | 11:10:19 |
| 2 | mean terminated or fired? Okay. | 11:10:23 |
| 3 | A. ▬▬▬▬▬▬▬▬▬▬. | 11:10:25 |
| 4 | Q. Okay. ▬▬▬▬▬▬▬▬▬▬? | 11:10:26 |
| 5 | A. ▬▬▬▬▬▬▬▬▬▬. | 11:10:29 |
| 6 | ▬▬▬▬▬▬▬▬▬▬. | 11:10:38 |
| 7 | Q. Okay. ▬▬▬▬▬▬? | 11:10:40 |
| 8 | A. ▬▬▬▬▬. | 11:10:42 |
| 9 | Q. Okay. ▬▬▬▬▬▬▬▬ | 11:10:44 |
| 10 | ▬▬▬▬▬? | 11:10:50 |
| 11 | A. ▬▬▬. | 11:10:53 |
| 12 | Q. ▬▬▬▬▬▬▬▬▬▬▬▬ | 11:10:53 |
| 13 | ▬▬▬▬▬▬? | 11:10:56 |
| 14 | A. ▬▬▬▬▬▬▬. | 11:10:58 |
| 15 | ▬▬▬▬▬▬▬▬▬. | 11:11:07 |
| 16 | ▬▬▬▬▬▬▬▬▬. | 11:11:09 |
| 17 | ▬▬▬▬▬▬▬▬▬. | 11:11:13 |
| 18 | ▬▬▬, something to that effect. | 11:11:16 |
| 19 | Q. Okay. ▬▬▬▬▬▬▬▬ | 11:11:18 |
| 20 | ▬▬▬? | 11:11:21 |
| 21 | A. ▬▬▬▬▬▬▬. | 11:11:22 |
| 22 | ▬▬▬▬▬▬▬. | 11:11:28 |
| 23 | ▬▬▬▬▬▬▬▬▬▬. | 11:11:37 |
| 24 | ▬. | 11:11:40 |
| 25 | Q. And who at RoadRunner terminated you? | 11:11:41 |

```
 1              REPORTER'S CERTIFICATE
 2
 3         I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,
 4   RPR, CRR, in and for the State of California, do
 5   hereby certify:
 6         That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly
 8   sworn to testify the truth, the whole truth and
 9   nothing but the truth and that the witness reserved
10   the right of signature;
11         That said deposition was taken down by me
12   in shorthand at the time and place therein named,
13   and thereafter reduced to typewriting under my
14   direction, and the same is a true, correct and
15   complete transcript of said proceedings.
16         I further certify that I am not interested
17   in the event of the action.
18         Witness my hand this 4th day of September,
19   2024.
20
21
22   _____
23   Certified Shorthand
24   Reporter for the
25   State of California
```