# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | |
| Plaintiff, | Case No. 3:23-cv-04804-WHA |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | **HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY** |
| Defendants. | |

## REBUTTAL EXPERT REPORT OF PHILIP GREENSPUN, PH.D.

# Table of Contents

I.      Introduction and Summary of Opinions ................................................................ 1

II.     Background & Credentials ................................................................ 3

III.    Materials Considered and Investigation Conducted ................................................................ 4

IV.     Legal Concepts ................................................................ 4

V.      Technical Background ................................................................ 5

VI.     OPINIONS ................................................................ 6

   A.    Analysis of Mr. Hoarty's Identification of Trade Secrets ................................................................ 6

      1.    Alleged Trade Secret 1: Overall Waste Metering and Recycling Technology for a Smart Waste Container Mounted Device ................................................................ 9

         a.    Mr. Hoarty Has Not Demonstrated that the Overall Waste Metering and Recycling Technology For a Smart Waste Container Mounted Device is a Trade Secret 10

         b.    Mr. Hoarty And Roadrunner Have Failed to Point to Tangible Trade Secret Material For The "Overall Waste Metering And Recycling Technology For A Smart Waste Container Mounted Device" ................................................................ 11

         c.    Mr. Hoarty Fails to Demonstrate that These High-Level Hardware Components and Product Features are Combined in Any Unique Configuration That Might Qualify It for Trade Secret Protection ................................................................ 14

      2.    Alleged Trade Secret 4: Training Data for an AI/ML System Analyzing Data from a Smart Waste Container Mounted Device ................................................................ 15

         a.    Mr. Hoarty has not demonstrated that the training data for an AI/ML system analyzing data from a smart waste container mounted device is a trade secret ............. 15

      3.    Alleged Trade Secret 5: Subpar Image Detection (SPID) ................................................................ 17

         a.    Mr. Hoarty has not demonstrated that the subpar image detection (SPID) is a trade secret 18

      4.    Alleged Trade Secret 6: Contamination Detection/Content Identification Service ... 19

         a.    Mr. Hoarty Has Not Demonstrated That the Contamination Detection/Content Identification Service Is a Trade Secret ................................................................ 19

      5.    Alleged Trade Secret 7: Container Fullness Analysis ................................................................ 20

         a.    Mr. Hoarty Has Not Demonstrated That the Container Fullness Analysis Is a Trade Secret ................................................................ 21

   B.    RecycleSmart/RTS Did Not Have Access to RoadRunner's Alleged Trade Secrets ..... 22

      1.    RTS Did Not Misappropriate Any Trade Secrets Via Access to a Disassembled Device ................................................................ 23

      2.    RTS did not misappropriate any trade secrets via access to the alleged training data. 25

3.   RTS did not misappropriate any trade secrets via access to the alleged web application. ................................................................................................................. 26

4.   RTS Did Not Misappropriate Any Trade Secrets Via Access To The Technical and Engineering Team ..................................................................................................... 28

C.   RoadRunner's Alleged Trade Secrets are Publicly Available ......................................... 29

1.   **Compology's Co-Founder Performed a Teardown of an R11 Device and Put it on YouTube** ........................................................................................................ 30

2.   **An R13 Device is Available for Sale on eBay** ...................................................... 31

3.   **Verizon Wireless R11 Web Page Discloses Its Key Components** ....................... 32

4.   **The FCC Website Includes External and Internal Images of the Compology Devices** ............................................................................................................... 33

5.   **Overall Waste Metering and Recycling Technology for a Smart Waste Container Mounted device** .................................................................................. 34

6.   **Smart Camera Apparatus for a Smart Waste Container Mounted Device** ...... 39

7.   **Optical Assembly and Design of a Smart Waste Container Mounted Device** ... 41

8.   **Training Data for an AI/ML System** ................................................................... 41

9.   **Subpar Image Detection (SPID) is disclosed in Compology's Patents** ............... 41

10.  **Contamination Detection/Content Identification Service** .................................... 42

11.  **Container Fullness Analysis** ............................................................................... 42

D.   The Pello System Was Not Derived from any RoadRunner Devices. .......................... 43

1.   The Pello Device was not derived from any RoadRunner device ............................ 44

a.   Mr. Hoarty is wrong in his assessment that it would be impossible to train a pre-trained model with a small set of images as Mr. Laraki alleges .................................... 44

i.   Google's Teachable Machine .................................................................. 48

b.   RTS did not use Compology images to train its ML model for dirty lens detection 49

E.   Opinions Regarding Trade Secret Value ....................................................................... 49

VII.  Conclusion ................................................................................................................... 52