# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY** |

**REBUTTAL EXPERT REPORT OF R. JACOB BAKER, PH.D., P.E.**

**Table of Contents**

I. Introduction and Summary of Opinions ................................................................................ 1
II. Background & Credentials .................................................................................................... 1
III. Legal Concepts ...................................................................................................................... 2
IV. Materials Considered and Investigation Conducted ............................................................. 3
V. Opinions ................................................................................................................................ 3
   A. Analysis of Mr. Hoarty's Identification of Trade Secrets ............................................... 3
      1. Alleged Trade Secret 2: Smart Camera Apparatus for a Smart Waste Container Mounted Device ................................................................................................................ 7
         a. Mr. Hoarty Has Not Demonstrated That the Smart Camera Apparatus For A Smart Waste Container Mounted Device Is a Trade Secret ............................................ 8
            i. The Smart Camera Apparatus' Individual Components ................................... 10
               1. MCU ............................................................................................................. 10
               2. Ambient Light Sensors ................................................................................. 11
               3. Accelerometer .............................................................................................. 11
               4. Wireless Communication System ................................................................ 11
               5. GNSS/GPS And Other Wireless Connectivity Device ............................... 13
               6. Battery Technology ...................................................................................... 13
               7. Surface Mount Technology ("SMT") Antenna ........................................... 16
         b. Mr. Hoarty's Trade Secret Arguments .................................................................. 17
      2. Alleged Trade Secret 3: Optical Assembly and Design of a Smart Container Mounted Device .............................................................................................................. 17
         a. Mr. Hoarty Has Not Demonstrated the Alleged "Optical Assembly and Design of a Smart Waste Container Mounted Device" Is a Trade Secret ..................................... 18
   B. RecycleSmart/RTS Did Not Have Access to RoadRunner's Alleged Trade Secrets ..... 19
      1. RTS Did Not Misappropriate Any Trade Secrets Via Access To a Disassembled Device ............................................................................................................................. 20
      2. RTS Did Not Misappropriate Any Trade Secrets Via Access to the Technical and Engineering Team ......................................................................................................... 22
   C. The Smart Camera Apparatus and the Optical Assembly and Design are in the Public Domain .................................................................................................................................... 22
      1. Compology Shows A Teardown Of Both The Smart Camera Apparatus and The Optical Assembly And Design In A Video On Youtube .................................................... 23
      2. The FCC Website Includes External and Internal Images of the Compology Devices 25
      3. An R13 Device is Available for Sale on Ebay ......................................................... 25

|   |   | 4. | Verizon Wireless R11 Web Page Discloses Its Key Components ............................ 26 |
|---|---|---|---|
|   | D. | | I Disagree With Mr. Hoarty's Derivation Arguments .................................................... 27 |
|   |   | 1. | There Is Nothing Special About Compology's R12 Battery Pack ............................ 28 |
|   |   | 2. | The Pello Device's Housing Is Materially Different Than the Compology R12's Clamshell Design ................................................................................................... 32 |
|   |   | 3. | The Optical Assembly and Design Is Fundamentally Different Between the Compology Devices and the Pello Device ........................................................... 33 |
|   | E. | | Opinions Regarding Trade Secret Value ....................................................................... 41 |
| VI. | Conclusion ............................................................................................................................ 41 |