# Exhibit K

Filed Under Seal Pursuant to LR 79-5(f)