# EXHIBIT L

Terms of Service | Privacy Policy | Contact Us (or Donate) | Sitemap
Copyright © 2008-2024 WatchCount.com℠ – All Rights Reserved

RTS_00333381

Copyright © 2008-2024 WatchCount.com℠ – All Rights Reserved

ebay compatible application
WatchCount.com SM
eBay.com USA
(change country below)
What's Most Popular on eBay, as Voted by eBay Users
Search | Join | Widgets/WP (Retired) | Retired | About | eBay.com [USA] | Change
Categories
Motors: Other Vehicles,
Motors: Boats
Movies, TV
Music
Musical Instruments, Ge
Pet Supplies
Pottery, Glass
Real Estate
Specialty Services
Sporting Goods
Sports Mem, Cards, Far
Stamps
Tickets, Experiences
Toys, Hobbies
Travel
Video Games, Consoles
Search
Most Watched 2.0
Most Bids
Standard Search
No Bids, Ending Soon
Completed Items
Most Watched eBay Items (US)
How It Works: Discover which eBay items have attracted the most interest – and see how many watchers – by entering your search terms below.
Keywords: 266422745021 and/or (no category selected)
(Go to Most Watched 2.0) Show Me!
US UK AU CA IE DE FR ES IT NL BENL BEFR AT CH MY IN SG PH
Also: paste in eBay listing # (or URL) above, for item lookup info and pricing.
Select an eBay Motors category above to search for vehicles and parts.
Huh?
WatchCount.com shows you the most popular eBay items in real-time, as voted by eBay users.
eBay continuously tracks votes (when users click "Add to Watch List") and we report the results.
We reveal live Watch Counts (how many watchers), providing rankings and unique search capabilities you won't find on eBay US itself.
Or, search eBay for: most bids, sold items, best offer pricing, "hidden" deals.
Permalink/Bookmark located below search results, or maybe via the orange-white star icon above.
eBay Item Lookup
Item Number: 266422745021 Site: eBay.com right now on ebay
[required US FTC disclosure: our links to eBay are sales-commissionable]
COMPOLOGY Model R13 Waste Monitoring Metering Camera Wireless Dumpster
(no subtitle)
Fixed-Price/BIN [similar items]
Time Left: 5d 5h 41s Active Listing
Click to eBay: More Pics, More Info...
Top-rated seller
Seller: dealsdirecthq [efb] [sld]
View Count: (unavailable) Watch Count: 0
Start Time: Friday, 22-Sep-23 23:39:43 UTC
End Time: Tuesday, 23-Jan-24 00:39:43 UTC
Current Bid/Price (USD): $ 99.95 [Item Purchase History]
Click to eBay: More Pics, More Info...
Listed on Site: eBay.com (US) In Country: US
Location (by Seller): Vancouver, Washington
Condition: New
Primary Category: Business & Industrial > Electrical Equipment & Supplies > Circuit Breakers & Disconnectors > Circuit Breakers (#185134) [mw] [mb]
Quantity Total: 2 Sold: 0 Available: 2
WatchCount.com℠ Time: Wednesday, 17-Jan-24 19:39:03 UTC
See this item on eBay...
Permalink / Bookmark this search. (?)
Look up this item's variations (if any) & watch counts. [active/stocked items only; countries must match]
Search completed listings & sold items.
Learn Best Offer sold-price item lookup tips.
Terms of Service | Privacy Policy | Contact Us (or Donate) | Sitemap
Copyright © 2008-2024 WatchCount.com℠ – All Rights Reserved
By viewing this website, you expressly agree to our serving of cookies to your browser.
WatchCount.com℠ is not owned or operated by eBay Inc. eBay and the eBay logo are trademarks of eBay Inc.
We, or our Affiliates, may receive anonymous referral/sales commissions from eBay after visitors click through to eBay while using WatchCount.com℠ (at no extra expense to them).
US...815





