# EXHIBIT M

| Hi! Sign in or register | Daily Deals | Brand Outlet | Gift Cards | Help & Contact | | Sell | Watchlist | My eBay | | |

**ebay** Shop by category    [Search for anything]    All Categories ▾    **Search**

Back to home page  >  Business & Industrial  >  Facility Maintenance & Safe...  >  Surveillance & Alarm Equip...  >  Other Facility Surveillance

Share   Add to Watchlist

### People who viewed this item also viewed

Vigilant Solutions VVR-10-975 Far View License Plate Recognition LPR Camera
**$288.00**
Free shipping
Sponsored

Vigilant Solutions VSR-20-975 License Plate Recognition LPR Camera 2A
**$109.99**
+ $12.99 shipping
Sponsored

🏷 SAVE UP TO **10%** WHEN YOU BUY MORE



 2 ♡

**Compology R13 Dumpster Monitoring Waste Metering Wireless Camera With Hardware**

centralautorecyclers-2009 (2732)
100% positive   Seller's other items   Contact seller

## US $99.94/ea

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New – Open box
"New Untested Open Box - Sold as is"

Quantity: [ 1 ]   More than 10 available   2 sold

Bulk savings:

| Buy 1 $99.94/ea | Buy 2 $94.94/ea | Buy 3 $91.94/ea | 4 or more for $89.95/ |

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

Shipping:  Free 2-4 day shipping
Get it between Fri, Aug 9 and Mon, Aug 12 to 02111. See details
Located in: Concord, New Hampshire, United States

Returns:  Seller does not accept returns. See details

Payments:

Have one to sell? Sell now

### Similar Items
Sponsored                                Feedback on our suggestions  |  See all

**ENDING SOON**

https://www.ebay.com/itm/276382592164

EXHIBIT 304
WIT: Mile
DATE: 3-13-24
Jeanine Curcione, CSR, RPR

1/5

RTS_00333374

Vigilant Solutions VVR-10-975 Far View License Plate Recognition LPR Camera
Pre-owned
**$288.00**
Free shipping
Seller with 99% positive feedback

Vigilant Solutions VSR-20-975 License Plate Recognition LPR Camera 2A
Pre-owned
**$109.99**
+ $12.99 shipping
Seller with 100% positive feedback

PENTAIR TYCO DigiTRACE RMM2-A /4x RMM2A RMM2JB-1086-A IN...
New (Other)
**$225.00**
0 bids
1d 20h
+ $25.00 shipping
Seller with 100% positive feedback

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

Feedback on our suggestions | See all

Brivo ACS6000-DB Accessory Board
New (Other)
**$107.60**
$269.00 60% off
Free shipping

INTERLOGIX TRUPORTAL ACCESS CONTROL TP-ADD 2D
New (Other)
**$400.00**
+ $12.31 shipping
Seller with 100% positive feedback

Paradox Security Systems Genuine 4-Wireless Access Control Module ACM12
New
**$85.00**
Free shipping
Top Rated Plus
7 watchers

PELCO IME322-IES 3 MEGAPIXEL NETWORK OUTDOOR DOME CAMER...
Pre-owned
**$175.00**
Free shipping
Seller with 100% positive feedback

Telguard TG-1 Express LTE-A Cellular Alarm Communicator
New (Other)
**$99.99**
Free shipping

Alar 2PS Doc New
**$97**
+ $2

**About this item** | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 276382592164

Last updated on Jun 24, 2024 06:58:09 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New – Open box ⓘ |
| Seller Notes | "New Untested Open Box - Sold as is" |
| Brand | COMPOLOGY |
| Model | R13 |
| MPN | R13 |
| Stock # | DD0052 |
| Country/Region of Manufacture | China |

## Item description from the seller

RTS_00333375

The R30 camera from Compology is a military-grade wireless camera that was designed to be used in large dumpsters to take pictures of the contents. The images are sent back to an AI system, These images are used to identify the type of trash in the dumpster and how full the dumpster is. This allows pickup schedules to be more efficiently timed to when the dumpster is full. The AI system can also determine if you're putting cardboard boxes in a landfill container and send out a message to move the cardboard into recycling container. These cameras only work with a Compology system.



**centralautorecyclers-2009**

100% positive feedback
9.1K items sold

Visit store

Contact

Save seller

📅 Joined May 2009

🕐 Usually responds within 24 hours

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

## Popular categories from this store

See all

ABS ASSEMBLIES    AIR INJECTION PUMPS    AXLES    CLIMATE/TEMPERATURE CON...    COILS    CYLINDER HEAD

DOOR MIRRORS    ENGINE CONTROL MODULE (E...    ENGINES

## Seller feedback (2,787)

**d***t (166)** • Past 6 months                                                                                                                                Verified purchase

Great Seller!! Got my item fast and packaged well!! Item in great shape and almost like new!!

Driver Side View Mirror Power Excluding Limited Fits 00-06 TUNDRA 237994 (#275709220831)

**-***m (1)** • Past 6 months                                                                                                                                 Verified purchase

I received the item promptly and wrapped safely in a box. it also came with a receipt that with policy details.

Audio Equipment Radio Sedan 6 Speaker System Receiver Fits 16-18 YARIS 263555 (#276122287728)

**h***a (956)** • Past 6 months                                                                                                                                Verified purchase

Excellent seller, there was an issue and they handled it very well. Thank you for help in this situation to come up with a solution for our mutual customer.

Audio Equipment Radio Display Anc Receiver ID 86140-10010 Fits 19 C-HR 337744 (#276485301506)

See all feedback

RTS_00333377

8/7/24, 3:52 PM                    Compology R13 Dumpster Monitoring Waste Metering Wireless Camera With Hardware | eBay

Back to home page                                                                                                    Return to top

More to explore : Monitor Electrical Usage Meters, Wireless HVAC Refrigerant Scales & Meters, Monitor Other Industrial Electrical Test Meters & Detectors, Commercial Waste Disposal, Commercial Waste Pulpers & Extractors, Capacitance Meters & ESR Meters, Coriolis Flow Meter Flow Meters, Electromagnetic Flow Meter Flow Meters, Flow Meters, Electrical Usage Meters

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

RTS_00333378