1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:    (949) 623-7200
   Facsimile:    (949) 623-7202
9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:    (310) 203-8080
12 Facsimile:    (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17

| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
|---|---|
| Plaintiff, | **MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:   August 4, 2023<br>Trial Date:          December 9, 2024 |

1  Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner")
2  respectfully submits this motion to consider whether material designated as confidential by
3  Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively,
4  "Defendants") should be sealed.  Specifically, RoadRunner seeks to file the following documents
5  provisionally under seal (collectively, "Defendants' Materials"):

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| Plaintiff Roadrunner Recycling, Inc.'s Motion In Limine No. 2 To Limit Expert Testimony Of Philip Greenspun | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |
| **Exhibit A** to Gibson Declaration in support of Motion in Limine No. 2; Deposition Transcript of Philip Greenspun, October 11, 2024 | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |
| **Exhibit C** to Gibson Declaration in support of Motion in Limine No. 2; Opening Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |
| **Exhibit D** to Gibson Declaration in support of Motion in Limine No. 2; Rebuttal Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |
| **Exhibit E** to Gibson Declaration in support of Motion in Limine No. 2; Reply Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |

| | | |
|---|---|---|
| **Exhibit F** to Gibson Declaration in support of Motion in Limine No. 2; Opening Expert Report of Philip Greenspun, PH.D. | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |
| **Exhibit G** to Gibson Declaration in support of Motion in Limine No. 2; Rebuttal Expert Report of Philip Greenspun, PH.D. | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |
| **Exhibit H** to Gibson Declaration in support of Motion in Limine No. 2; Reply Expert Report of Philip Greenspun, PH.D. | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |
| **Exhibit K** to Galica Declaration in support of Defendant's Oppositions to Plaintiff's Motion in Limine; Opening Expert Report of Philip Greenspun | Plaintiffs filed this document under seal in its entirety at Defendants' request | Defendants |

Local Rule 79-5(f) provides that a document may be filed provisionally under seal when the document or portions thereof "has been designated as confidential by another party or non-party." L.R. 79-5(f). Defendants designated Defendants' Materials as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case (Dkt. No. 68), and further requested that these exhibits be filed pursuant to L.R. 79-5(f). The protective order provides that information or items designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" contain "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means." *Id.* at 3.

Accordingly, RoadRunner respectfully requests that the Court consider whether

1  Defendants' Materials should be sealed, subject to Defendants' response to this motion.
2  RoadRunner has also separately filed a motion pursuant to L.R. 79-5(c) to propose its own
3  redactions, as required by L.R. 79-5.

5  DATED: November 20, 2024         JEFFER MANGELS BUTLER & MITCHELL LLP
                                    STANLEY M. GIBSON
6                                   JAMES NEUDECKER
7                                   JOSEPH J. MELLEMA
                                    LENA STREISAND

                                    By:    */s/ Joseph Mellema*
9                                              JOSEPH MELLEMA
                                        Attorneys for Plaintiff ROADRUNNER
10                                      RECYCLING, INC.