JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:     (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF JOSEPH MELLEMA IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** <br><br> Complaint Filed:     August 4, 2023 <br> Trial Date:     December 9, 2024 |

## DECLARATION OF JOSEPH MELLEMA

I, Joseph Mellema, hereby declare as follows:

1.       I am an attorney duly admitted to practice before this Court. I am an associate with Jeffer Mangels Butler & Mitchell LLP, attorneys of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of RoadRunner's Motion to Consider Whether Defendants' Material Should Be Sealed.

2.       Attached hereto is a true and correct copy of Plaintiff Roadrunner Recycling, Inc.'s Motion In Limine No. 2 To Limit Expert Testimony Of Philip Greenspun.

3.       Attached hereto as Exhibit A is a true and correct copy of the unredacted version of excerpts from the Deposition of Philip Greenspun.

4.       Attached hereto as Exhibit C is a true and correct copy of the unredacted version of excerpts from the Opening Expert Report of R. Jacob Baker.

5.       Attached hereto as Exhibit D is a true and correct copy of the unredacted version of excerpts from the Rebuttal Expert Report of R. Jacob Baker.

6.       Attached hereto as Exhibit E is a true and correct copy of the unredacted version of excerpts from the Reply Expert Report of R. Jacob Baker.

7.       Attached hereto as Exhibit F is a true and correct copy of the unredacted version of excerpts from the Opening Expert Report of Philip Greenspun.

8.       Attached hereto as Exhibit G is a true and correct copy of the unredacted version of excerpts from the Rebuttal Expert Report of Philip Greenspun.

9.       Attached hereto as Exhibit H is a true and correct copy of the unredacted version of excerpts from the Reply Expert Report of Philip Greenspun.

10.       Attached hereto as Exhibit K is a true and correct copy of the unredacted version of excerpts from the Opening Expert Report of Philip Greenspun.

11.       These exhibits are being filed provisionally under seal pursuant to L.R. 79-5(f) because Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. designated the

documents or their contents "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2024, in Los Angeles, CA.

_/s/ Joseph Mellema_
JOSEPH MELLEMA

DECLARATION OF JOSEPH MELLEMA

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On November 20 2024, I served true copies of the following document(s) described as **SEALED PLAINTIFF ROADRUNNER RECYCLING, INC.'S MOTION IN LIMINE NO. 2 TO LIMIT EXPERT TESTIMONY OF PHILIP GREENSPUN; SEALED EXHIBITS A, C-H, K** as follows:

| | |
|---|---|
| Arameh Zargham O'Boyle<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email: AZOBoyle@mintz.com | Attorneys for Defendants Recycle Track<br>Systems, Inc. and RecycleSmart<br>Solutions, Inc. |

Amy LoBue
James J. Thomson
James M. Wodarski
Matthew S. Galica
Michael C. Newman
Stephen Huxton Chen
Tianyi Tan
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Emails: alobue@mintz.com
jjthomson@mintz.com
JWodarski@mintz.com
msgalica@mintz.com
mcnewman@mintz.com
schen@mintz.com
TTan@mintz.com
CC:     rts-mintz@mintz.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jmellema@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 20, 2024, at Los Angeles, California.

*/s/ Joseph Mellema*
Joseph Mellema

Case No. 3:23-cv-04804-WHA

DECLARATION OF JOSEPH MELLEMA