1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:    (949) 623-7200
   Facsimile:    (949) 623-7202

9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:    (310) 203-8080
12 Facsimile:    (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | Complaint Filed:   August 4, 2023<br>Trial Date:   December 9, 2024 |

72785447v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 204). Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Plaintiff Roadrunner Recycling, Inc.'s Motion In Limine No. 2 To Limit Expert Testimony Of Philip Greenspun | Entirety |
| **Exhibit A** to Gibson Declaration in support of Motion in Limine No. 2; Deposition Transcript of Philip Greenspun, October 11, 2024 | Entirety |
| **Exhibit C** to Gibson Declaration in support of Motion in Limine No. 2; Opening Expert Report of R. Jacob Baker, PH.D., P.E. | Entirety |
| **Exhibit D** to Gibson Declaration in support of Motion in Limine No. 2; Rebuttal Expert Report of R. Jacob Baker, PH.D., P.E. | Entirety |
| **Exhibit E** to Gibson Declaration in support of Motion in Limine No. 2; Reply Expert Report of R. Jacob Baker, PH.D., P.E. | Entirety |
| **Exhibit F** to Gibson Declaration in support of Motion in Limine No. 2; Opening Expert Report of Philip Greenspun, PH.D. | Entirety |
| **Exhibit G** to Gibson Declaration in support of Motion in Limine No. 2; Rebuttal Expert Report of Philip Greenspun, PH.D. | Entirety |
| **Exhibit H** to Gibson Declaration in support of Motion in | Entirety |

72785447v1

| | |
|---|---|
| Limine No. 2; Reply Expert Report of Philip Greenspun, PH.D. | |
| **Exhibit K** to Galica Declaration in support of Defendant's Oppositions to Plaintiff's Motion in Limine; Opening Expert Report of Philip Greenspun | Entirety |

    SO ORDERED.

DATED:

                              By: _____
                              THE HONORABLE WILLIAM H. ALSUP
                              SENIOR DISTRICT COURT JUDGE

72785447v1

3                                    Case No. 3:23-cv-04804-WHA
[PROPOSED] ORDER