1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:   (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:   (949) 623-7200
   Facsimile:    (949) 623-7202
9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:   (310) 203-8080
12 Facsimile:    (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **DECLARATION OF JOSEPH MELLEMA IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:  August 4, 2023<br>Trial Date:        December 9, 2024 |

Case No. 3:23-cv-04804-WHA

DECLARATION OF JOSEPH MELLEMA

# DECLARATION OF JOSEPH MELLEMA

1. I am an attorney at law licensed to practice before all courts in the State of California. I am an associate with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the unredacted version of RoadRunner's motion *in limine* no. 1.

3. Attached hereto as Exhibit 1-1 is a true and correct copy of the unredacted version of exhibit 1 to RoadRunner's motion *in limine* no. 1, excerpts from the deposition of Cason Male.

4. Attached hereto as Exhibit O is the unredacted version of Defendants' opposition to RoadRunner's motion *in limine* no. 1.

5. Attached hereto as Exhibit O-G is the unredacted version of Exhibit G to Defendants' opposition to RoadRunner's motion *in limine* no. 1, excerpts from the deposition of Benjamin Chehebar.

6. Attached hereto as Exhibit 2-C is the unredacted version of Exhibit C to RoadRunner's motion *in limine* no. 2, excerpts from the opening expert report of R. Jacob Baker.

7. Attached hereto as Exhibit 2-D is the unredacted version of Exhibit D to RoadRunner's motion *in limine* no. 2, excerpts from the rebuttal expert report of R. Jacob Baker.

8. Attached hereto as Exhibit 2-F is the unredacted version of Exhibit F to RoadRunner's motion *in limine* no. 2, excerpts from the opening expert report of Philip Greenspun.

9. Attached hereto as Exhibit 2-G is the unredacted version of Exhibit G to RoadRunner's motion *in limine* no. 2, excerpts from the rebuttal expert report of Philip Greenspun.

10. Attached hereto as Exhibit 2-H is the unredacted version of Exhibit H to RoadRunner's motion *in limine* no. 2, excerpts from the reply expert report of Philip Greenspun.

11. Attached hereto as Exhibit 3-B is the unredacted version of Exhibit B to RoadRunner's motion *in limine* no. 3, excerpts from the deposition of Cason Male.

12. Attached hereto as Exhibit 3-C is the unredacted version of Exhibit C to RoadRunner's motion *in limine* no. 3, excerpts from the opening expert report of R. Jacob Baker.

13. I am informed and believe that the contents of the proposed redactions disclose RoadRunner's trade secrets, such that the publication of its contents could result in loss of trade secret protection and misappropriation of RoadRunner's trade secrets. I am informed and believe that the proposed redacted language contains confidential and proprietary trade secret information because they describe RoadRunner's trade secrets; RoadRunner has taken reasonable measures to keep such information secret; and RoadRunner derives independent economic value from this information not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

14. In an effort to comply with L.R. 79-5(e), RoadRunner has only redacted the portions of the testimony that discuss or disclose RoadRunner's trade secrets.

15. RoadRunner operates in a competitive market, and therefore, disclosure of RoadRunner's trade secrets would cause RoadRunner irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information to further their competing products and thereby gain an unfair advantage against RoadRunner.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 21st day of November, 2024, in Irvine, California.

*/s/ Joseph Mellema*
JOSEPH MELLEMA

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On November 21 2024, I served true copies of the following document(s) described as **SEALED EXHIBITS 1, 1-1, O, O-G, 2-C, 2-D, 2-F, 2-G, 2-H, 3-B, 3-C** as follows:

| | |
|---|---|
| Arameh Zargham O'Boyle<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email:  AZOBoyle@mintz.com | Attorneys for Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. |

Amy LoBue
James J. Thomson
James M. Wodarski
Matthew S. Galica
Michael C. Newman
Stephen Huxton Chen
Tianyi Tan
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Emails: alobue@mintz.com
jjthomson@mintz.com
JWodarski@mintz.com
msgalica@mintz.com
mcnewman@mintz.com
schen@mintz.com
TTan@mintz.com

CC:   rts-mintz@mintz.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jmellema@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 21, 2024, at Los Angeles, California.

*/s/ Joseph Mellema*
Joseph Mellema

Case No. 3:23-cv-04804-WHA

DECLARATION OF JOSEPH MELLEMA