1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:    (949) 623-7200
   Facsimile:    (949) 623-7202

9  
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:    (310) 203-8080
12 Facsimile:    (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:  August 4, 2023<br>Trial Date:  December 9, 2024 |

72777216v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER GRANTING ROADRUNNER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed
2 an administrative motion to file under seal. Having established good cause for sealing, the Court
3 hereby orders the Clerk to maintain the following documents under seal:

| Description | Portions to be Sealed |
|---|---|
| Unredacted version of RoadRunner's motion *in limine* no. 1 | Yellow highlights |
| Unredacted version of exhibit 1 to RoadRunner's motion *in limine* no. 1, excerpts from the deposition of Cason Male | Yellow highlights |
| Unredacted version of Defendants' opposition to RoadRunner's motion *in limine* no. 1 | Yellow highlights |
| Unredacted version of Exhibit G to Defendants' opposition to RoadRunner's motion *in limine* no. 1, excerpts from the deposition of Benjamin Chehebar | Yellow highlights |
| Unredacted version of Exhibit C to RoadRunner's motion *in limine* no. 2, excerpts from the opening expert report of R. Jacob Baker | Yellow highlights |
| Unredacted version of Exhibit D to RoadRunner's motion *in limine* no. 2, excerpts from the rebuttal expert report of R. Jacob Baker | Yellow highlights |
| Unredacted version of Exhibit F to RoadRunner's motion *in limine* no. 2, excerpts from the opening expert report of Philip Greenspun | Yellow highlights |
| Unredacted version of Exhibit G to RoadRunner's motion *in limine* no. 2, excerpts from the rebuttal expert report of Philip Greenspun | Yellow highlights |
| Unredacted version of Exhibit H to RoadRunner's motion *in limine* no. 2, excerpts from the reply expert report of Philip Greenspun | Yellow highlights |

| | |
|---|---|
| Unredacted version of Exhibit B to RoadRunner's motion *in limine* no. 3, excerpts from the deposition of Cason Male | Yellow highlights |
| Unredacted version of Exhibit C to RoadRunner's motion *in limine* no. 3, excerpts from the opening expert report of R. Jacob Baker | Yellow highlights |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

72777216v1