| | |
|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LLP | Arameh Zargham O'Boyle (SBN: 239495) |
| STANLEY M. GIBSON (Bar No. 162329) | azoboyle@mintz.com |
| sgibson@jmbm.com | MINTZ, LEVIN, COHN, FERRIS, |
| JAMES NEUDECKER (Bar No. 221657) | GLOVSKY, AND POPEO, P.C. |
| JNeudecker@jmbm.com | 2049 Century Park East, Suite 300 |
| 2 Embarcadero Center, 5th Floor | Los Angeles, CA 90067 |
| San Francisco, CA 94111 | Telephone: 310-586-3200 |
| Telephone: (415) 398-8080 | Facsimile: 310-586-3202 |
| Facsimile: (415) 398-5584 | |
| | James M. Wodarski (Admitted *Pro Hac Vice*) |
| JOSEPH J. MELLEMA (Bar No. 248118) | JWodarski@mintz.com |
| jmellema@jmbm.com | Michael C. Newman (Admitted *Pro Hac Vice*) |
| 3 Park Plaza, Suite 1100 | mcnewman@mintz.com |
| Irvine, California 92614-2592 | Matthew S. Galica (Admitted *Pro Hac Vice*) |
| Telephone: (949) 623-7200 | MSGalica@mintz.com |
| Facsimile: (949) 623-7202 | James J. Thomson (Admitted *Pro Hac Vice*) |
| | JJThomson@mintz.com |
| LENA STREISAND (Bar No. 339021) | Sean M. Casey (Admitted *Pro Hac Vice*) |
| lstreisand@jmbm.com | smcasey@mintz.com |
| 1900 Avenue of the Stars, 7th Floor | Tianyi Tan (Admitted *Pro Hac Vice*) |
| Los Angeles, California 90067-4308 | TTan@mintz.com |
| Telephone: (310) 203-8080 | Stephen Chen (Admitted *Pro Hac Vice*) |
| Facsimile: (310) 203-0567 | SChen@mintz.com |
| Attorneys for Plaintiff ROADRUNNER RECYCLING, INC. | Amy LoBue (Admitted *Pro Hac Vice*) |
| | ALoBue@mintz.com |
| | MINTZ, LEVIN, COHN, FERRIS, |
| | GLOVSKY, AND POPEO, P.C. |
| | One Financial Center |
| | Boston, MA 02111 |
| | Telephone: (617) 542-6000 |
| | Facsimile: (617) 542-2241 |
| | |
| | Attorneys for Defendants RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **JOINT CORRECTED EXHIBIT LIST** |
| v. | **Final Pretrial Conference** |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | Date: November 26, 2024 |
| | Time: 9:30 a.m. |
| Defendants. | Crtrm.: San Francisco Courthouse, Courtroom 12 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 |
| | Complaint Filed: August 4, 2023 |
| | Trial Date: December 9, 2024 |

1   Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") and Defendants Recycle Track
2   Systems, Inc. and RecycleSmart Solutions, Inc. (collectively, "Defendants") hereby jointly submit
3   the following corrected exhibit list to replace the joint exhibit list formerly filed as Dkt. No. 192-1.
4   RoadRunner's objections to Defendants' proposed exhibits are written out (*i.e.,* "lacks
5   foundation").  Defendants' objections are abbreviated according to the following key:

| Key | Defendants' Objection |
|-----|------------------------|
| A   | Authenticity |
| C   | Cumulative, Fed. Evid. 403 |
| CO  | Completeness |
| ET  | Expert Testimony |
| F   | Foundation |
| FL  | Foreign Language |
| H   | Hearsay, Fed. R. Evid. 802 |
| I   | Incomplete Document |
| L   | Legal (conclusion) |
| O   | Objection (improperly designated) |
| PK  | Personal Knowledge |
| P   | Prejudicial |
| R   | Relevance |
| U   | Untimely |
| VA  | Vague/Ambiguous |

DATED:  November 23, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA
LENA STREISAND

By:   */s/ Lena Streisand*
          LENA STREISAND
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

| | | |
|---|---|---|
| 1 | DATED: November 23, 2024 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |

DATED: November 23, 2024

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
ARAMEH ZARGHAM O'BOYLE
JAMES M. WODARSKI
MICHAEL C. NEWMAN
MATTHEW S. GALICA
JAMES J. THOMSON
SEAN M. CASEY
TIANYI TAN
STEPHEN CHEN
AMY LOBUE

By:    */s/ Matthew S. Galica*
      MATTHEW S. GALICA
Attorneys for Defendants RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC.