JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:   (949) 623-7200
Facsimile:   (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **DECLARATION OF LENA STREISAND IN SUPPORT OF PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:   December 9, 2024 |

## DECLARATION OF LENA STREISAND

I, Lena Streisand, hereby declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California. I am an associate with the law firm of Jeffer Mangels Butler & Mitchell, LLP, counsel of record for Plaintiff RoadRunner Recycling, Inc. ("RoadRunner"). If called as a witness, I could and would competently testify to the following of my own personal knowledge.

2. Attached hereto as Appendix A is a true and genuine copy of the unredacted version of the parties' Joint Corrected Exhibit List.

3. I am informed and believe that the contents of RoadRunner's proposed redactions to the exhibit list disclose RoadRunner's trade secrets, such that the publication of their contents could result in loss of trade secret protection and misappropriation of RoadRunner's trade secrets.

4. I am informed and believe that the language in the exhibit list that RoadRunner proposes redacting contains confidential and proprietary trade secret information because the proposed redactions identify specific parts of RoadRunner's smart camera apparatus and the manufacturer(s) thereof, which RoadRunner considers trade secrets.

5. I am informed and believe that RoadRunner has taken reasonable measures to keep such information secret; and that RoadRunner derives independent economic value from this information not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

6. RoadRunner operates in a competitive market, and therefore, disclosure of RoadRunner's trade secrets would cause RoadRunner irreparable competitive injury. Such disclosure would enable RoadRunner's competitors to use RoadRunner's confidential information and trade secrets to further their competing products and thereby gain an unfair advantage from Compology's years of research, development, and other experience in the industry.

7. In an effort to comply with L.R. 79-5, RoadRunner has only proposed redacting narrow portions of the trade secret and confidential information.

1  I declare under the penalty of perjury of the laws of the United States that the foregoing is
2  true and correct.  Executed this 23rd day of November, 2024, in Los Angeles, California.

*/s/ Lena Streisand*
LENA STREISAND