1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:   (415) 398-8080
5  Facsimile:   (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:   (949) 623-7200
   Facsimile:   (949) 623-7202

9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:   (310) 203-8080
12 Facsimile:   (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RECYCLE TRACK SYSTEMS, INC.,<br>RECYCLESMART SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:   December 9, 2024 |

72793270v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

1    Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed
2 an administrative motion to file under seal. Having established good cause for sealing, the Court
3 hereby orders the Clerk to maintain the following document under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Joint Corrected Exhibit List (Dkt. No. 208) | Yellow highlights |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

72793270v1