UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RECYCLE TRACK SYSTEMS, INC.,<br>RECYCLESMART SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S UNOPPOSED MOTION FOR EXTENSION PURSUANT TO FED R. CIV. P. 6(B)(1)(B)**<br><br>Complaint Filed:  August 4, 2023<br>Trial Date:  December 9, 2024 |

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

The Court, having considered RoadRunner's Motion and the accompanying declaration, the Court finds that there was excusable neglect, good cause for the extension requested, and no prejudice to Defendants if the Court grants RoadRunner a retroactive extension of time.

IT IS HEREBY ORDERED by the Court that RoadRunner's Motion is GRANTED and that the following documents shall be deemed to have been timely filed:

| Dkt. No. | Description |
| --- | --- |
| 199 | RoadRunner's Pretrial Memorandum in support of Disputed Jury Instructions |
| 200 | RoadRunner's Motion *in Limine* No. 1 |
| 201 | RoadRunner's Motion *in Limine* No. 2 |
| 202 | RoadRunner's Motion *in Limine* No. 3 |
| 203 | Declaration of Matthew S. Galica in support of Defendants' Oppositions to RoadRunner's Motions *in Limine* |
| 204 | RoadRunner's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed |
| 206 | RoadRunner's Administrative Motion to File Under Seal |

SO ORDERED.

DATED: November 23, 2024.

_____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT JUDGE