# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Matthew S. Galica |
| 2a. CONTACT PHONE NUMBER | (617) 348-4859 |
| 3. CONTACT EMAIL ADDRESS | MSGalica@mintz.com |
| 1b. ATTORNEY NAME (if different) | |
| 2b. ATTORNEY PHONE NUMBER | |
| 3. ATTORNEY EMAIL ADDRESS | |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | One Financial Center, Boston, MA 02111 |
| 5. CASE NAME | RoadRunner Recycling, Inc. v. Recycle Track Systems, et al. |
| 6. CASE NUMBER | 3:23-cv-04804 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) | ☐ FTR |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☒ CIVIL  CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2024 | WHA | Trial | | ● | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ● |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

Trial Date: December 9, 2024

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Matthew S. Galica

**12. DATE:** 11/25/2024