UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC.,<br><br>    Defendants. | No. C 23-04804 WHA<br><br>**SECOND ORDER RE MOTION TO STRIKE EXPERT VICKERY** |

The Court struck the proposed testimony of plaintiff's damages expert, Forest A. Vickery, regarding damages for the trade secret claims (Dkt. No. 174). Having further considered the remainder of the motion (Dkt. No. 130), the district judge decides as follows:

Expert Vickery may testify before the jury to plaintiff's legal remedy for lost profits. But the equitable disgorgement remedy will be excluded from jury consideration. There is a possibility the district judge would ultimately require disgorgement in the event plaintiff prevails and presents a compelling case that remedy at law is inadequate.

**IT IS SO ORDERED.**

Dated: November 26, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE