# EXHIBIT F



**ATTORNEYS' EYES ONLY**

# Transcript of Timothy Jay Longson, Corporate Designee & Individually

**Date:** August 15, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3              _____
 4
 5    ROADRUNNER RECYCLING, INC.,  )
                                   )
 6              Plaintiff,         )
      vs.                          ) Case No.
 7                                 ) 3:23-cv-04804-WHA
      RECYCLE TRACK SYSTEMS, INC., )
 8    and RECYCLESMART SOLUTIONS   )
      INC.,                        )
 9                                 )
                Defendants.        )
10    _____ )
11
12                ATTORNEYS' EYES ONLY
13
      VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
14       By and through its Designated Representative,
                      TIMOTHY JAY LONGSON,
15            and in his Individual Capacity
                 Thursday, August 15, 2024
16                San Francisco, California
17
18                    9:32 a.m. PDT
19                         to
20                    6:01 p.m. PDT
21
22
23    Stenographically Reported by:
      Burgundy B. Ryan, RPR,
24    CSR No. 11373
      Job No. 549087
25    Pages 1-232
```

Case 3:23-cv-04804-WHA   Document 217-2   Filed 11/26/24   Page 4 of 7

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    218

| | | |
|---|---|---|
| 1 | Q. Do you need a unit for that grid? | 17:25:25 |
| 2 | A. I would. | 17:25:28 |
| 3 | Q. Why would you need a unit for that grid? | 17:25:29 |
| 4 | A. Is that a mile between each spacing of that | 17:25:31 |
| 5 | grid or is it a nanometer? | 17:25:34 |
| 6 | Q. Why would that matter? | 17:25:40 |
| 7 | A. Because that tells you what size it is. | 17:25:43 |
| 8 | Q. And why would the size -- strike that. | 17:25:51 |
| 9 | What matters about the overall size? | 17:25:58 |
| 10 | MR. MELLEMA: Objection. Form. | 17:26:03 |
| 11 | THE WITNESS: Can you be more specific? | 17:26:08 |
| 12 | By MR. GALICA: | 17:26:12 |
| 13 | Q. Do you believe that you don't disclose the | 17:26:12 |
| 14 | dimensions of your product publicly? | 17:26:14 |
| 15 | MR. MELLEMA: Object to the form. | 17:26:19 |
| 16 | THE WITNESS: I don't know if we disclose | 17:26:21 |
| 17 | the dimensions of the product, but I know that we | 17:26:22 |
| 18 | don't disclose all of the dimensions of our product. | 17:26:25 |
| 19 | By MR. GALICA: | 17:26:31 |
| 20 | Q. Are your products a mile long? | 17:26:31 |
| 21 | A. No. | 17:26:33 |
| 22 | Q. Are they a nanometer long? | 17:26:34 |
| 23 | A. No. | 17:26:36 |
| 24 | Q. Okay. Do you believe that the exact size | 17:26:37 |
| 25 | of your product is a trade secret? | 17:27:11 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                         221

| | | |
|---|---|---|
| 1 | By MR. GALICA: | 17:40:46 |
| 2 | Q. Do you recognize this document? | 17:40:46 |
| 3 | A. I do. | 17:40:48 |
| 4 | Q. What do you recognize it to be? | 17:40:48 |
| 5 | A. This is the block diagram and schematics | 17:40:50 |
| 6 | for R10. | 17:40:53 |
| 7 | Q. R10? | 17:40:58 |
| 8 | A. That's right. | 17:41:00 |
| 9 | Q. Okay. And on the first page, you see the | 17:41:01 |
| 10 | camera module in the block diagram? | 17:41:12 |
| 11 | A. Yes. | 17:41:16 |
| 12 | Q. It says "camera plus lens, ▉▉▉▉"; is | 17:41:17 |
| 13 | that correct? | 17:41:26 |
| 14 | A. That's correct. | 17:41:28 |
| 15 | Q. And who manufactures that? | 17:41:29 |
| 16 | A. So the camera module, I think, was | 17:41:36 |
| 17 | manufactured by ▉▉▉▉  It's been a long time | 17:41:40 |
| 18 | since we used that manufacturer. | 17:41:47 |
| 19 | Q. And is the image sensor produced by a | 17:41:52 |
| 20 | company called ▉▉▉▉? | 17:41:55 |
| 21 | A. That's correct. | 17:41:57 |
| 22 | Q. Okay. If you could flip to the next page. | 17:41:58 |
| 23 | And what does this depict? | 17:42:09 |
| 24 | A. This is a schematic showing the main | 17:42:15 |
| 25 | microprocessor in R10. | 17:42:25 |

| | | |
|---|---|---|
| 1 | Q. And does it depict know-how that went into | 17:42:27 |
| 2 | designing this aspect of the R10? | 17:42:32 |
| 3 | A. I guess how are you defining "know-how"? | 17:42:45 |
| 4 | Q. What do you understand "know-how" to mean? | 17:42:48 |
| 5 | A. So you're asking me to -- does this | 17:43:05 |
| 6 | demonstrate the know-how of the person designing | 17:43:15 |
| 7 | this? | 17:43:17 |
| 8 | Q. Does it demonstrate any know-how? | 17:43:20 |
| 9 | A. I mean, it demonstrates, certainly, that | 17:43:26 |
| 10 | the person drawing this schematic knew how to use | 17:43:31 |
| 11 | the software to draw it. | 17:43:35 |
| 12 | Q. Does it depict any trade secrets? | 17:43:39 |
| 13 | A. I guess that is dependent upon whether or | 17:43:47 |
| 14 | not this was shared publicly, and I don't know the | 17:43:50 |
| 15 | answer to that. | 17:43:52 |
| 16 | Q. If it wasn't shared publicly, would it | 17:43:59 |
| 17 | depict any trade secrets? | 17:44:01 |
| 18 | A. I believe so. | 17:44:05 |
| 19 | Q. And what are the trade secrets that it | 17:44:06 |
| 20 | depicts? | 17:44:10 |
| 21 | A. It depicts the electrical design of R10, | 17:44:12 |
| 22 | specifically the microcontroller. | 17:44:18 |
| 23 | Q. And can you point to anything on this page | 17:44:29 |
| 24 | and explain how it describes any trade secret? | 17:44:30 |
| 25 | MR. MELLEMA: Objection. Form. | 17:44:38 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                        232

```
1      CERTIFICATE OF STENOGRAPHIC REPORTER
2
3
4      I, BURGUNDY B. RYAN, a Certified Shorthand
5   Reporter, hereby certify that the witness in the
6   foregoing deposition,
7              TIMOTHY JAY LONGSON,
8   was by me duly sworn to tell the truth, the whole
9   truth, and nothing but the truth, in the
10  within-entitled cause; that said deposition was
11  taken at the time and place therein named; that the
12  testimony of said witness was stenographically
13  reported by me, a disinterested person, and was
14  thereafter transcribed into typewriting.
15          I further certify that I am not of counsel
16  or attorney for either or any of the parties to said
17  deposition, nor in any way interested in the outcome
18  of the cause named in said caption.
19
20          DATED:  Wednesday, August 21, 2024.
21
22
23          Burgundy B. Ryan, CSR No. 11373, RPR
24
25
```