# EXHIBIT 2-1

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3    - - - - - - - - - - - - - -x
4    ROADRUNNER RECYCLING, INC.,      :
5              Plaintiff,             :
6       v.                            :  Civil Action No.
7    RECYCLE TRACK SYSTEMS, INC.,     :  3:23-cv-04804-WHA
8    AND RECYCLESMART SOLUTIONS,      :
9    INC.,
10             Defendants.
11   - - - - - - - - - - - - - -x
12
13       HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
14
15       Videotaped deposition of William Leo Hoarty
16                   Conducted Remotely
17                  September 12, 2024
18                12:09 p.m., Eastern Time
19
20
21
22   Job No.: 552618
23   Pages: 1 - 241
24   Reported By: Alan H. Brock, RDR, CRR
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of William Leo Hoarty
Conducted on September 12, 2024                    5

| | | |
|---|---|---|
| 1 | 2024.  Our time on the video monitor is 12:11 p.m. | 12:11:17 |
| 2 | Eastern Time.  The remote videographer today is Brian | 12:11:23 |
| 3 | Krieger, representing Planet Depos.  All parties of | 12:11:28 |
| 4 | this video deposition are attending remotely. | 12:11:31 |
| 5 |         If counsel would please identify | 12:11:33 |
| 6 | themselves for the record and state whom they | 12:11:35 |
| 7 | represent. | 12:11:37 |
| 8 |         MR. GALICA:  Matthew Galica, from Mintz, | 12:11:38 |
| 9 | on behalf of defendants. | 12:11:40 |
| 10 |         MR. MELLEMA:  Joe Mellema, from Jeffer | 12:11:42 |
| 11 | Mangels, on behalf of plaintiff. | 12:11:45 |
| 12 |         THE VIDEOGRAPHER:  The court reporter | 12:11:46 |
| 13 | today is Alan Brock, also representing Planet Depos. | 12:11:47 |
| 14 | And the witness will now be sworn. | 12:11:50 |
| 15 |         WILLIAM LEO HOARTY, | 12:11:50 |
| 16 | being first duly sworn or affirmed to testify to the | 12:11:50 |
| 17 | truth, the whole truth, and nothing but the truth, was | 12:11:50 |
| 18 | examined and testified as follows: | 12:11:54 |
| 19 |         EXAMINATION | 12:12:05 |
| 20 | BY MR. GALICA: | 12:12:06 |
| 21 |    Q.   Good morning, Mr. Hoarty.  How are you? | 12:12:12 |
| 22 |    A.   I'm fine, thanks.  Good morning -- or good | 12:12:14 |
| 23 | afternoon to you. | 12:12:17 |
| 24 |    Q.   Afternoon now.  Could you state your full | 12:12:17 |
| 25 | name for the record and spell your last name. | 12:12:21 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                                6

| | | |
|---|---|---|
| 1 | A. Certainly. My full name is William Leo | 12:12:23 |
| 2 | Hoarty. Last name is spelled H, as in "hotel," | 12:12:27 |
| 3 | o-a-r-t, like "Tom," y. | 12:12:35 |
| 4 | Q. And where do you currently reside? | 12:12:36 |
| 5 | A. I live in Morgan Hill, California. | 12:12:37 |
| 6 | Q. Why can you provide an address, please? | 12:12:40 |
| 7 | A. ███████████████ in Morgan Hill. And my | 12:12:44 |
| 8 | ZIP code, ██████ | 12:12:51 |
| 9 | Q. And I see from the materials that you've | 12:12:56 |
| 10 | submitted as part of this case that you've been | 12:12:58 |
| 11 | deposed before; is that correct? | 12:13:00 |
| 12 | A. Correct. | 12:13:02 |
| 13 | Q. In fact, a number of times on IP-related | 12:13:03 |
| 14 | matters. Is that fair to say? | 12:13:08 |
| 15 | A. Correct. | 12:13:10 |
| 16 | Q. So you're kind of a veteran at this point, | 12:13:13 |
| 17 | but I'd still like to run through some ground rules | 12:13:17 |
| 18 | for the day. Is that okay? | 12:13:19 |
| 19 | A. Of course. | 12:13:21 |
| 20 | Q. As you know, your testimony today is under | 12:13:21 |
| 21 | oath, as if it were being taken before a judge who | 12:13:24 |
| 22 | will preside over this proceeding. Do you understand | 12:13:27 |
| 23 | that? | 12:13:28 |
| 24 | A. I do. | 12:13:29 |
| 25 | Q. And your testimony today may be presented | 12:13:31 |

| | | |
|---|---|---|
| 1  | training research, four years of hardware -- including | 13:51:02 |
| 2  | the fact that during the hardware development they're | 13:51:07 |
| 3  | also continuing training.  So they didn't just stop | 13:51:10 |
| 4  | cold after the first, say, six years. | 13:51:15 |
| 5  |       I just say from the data examined and the | 13:51:18 |
| 6  | amount of data they built, I think ten years looked | 13:51:20 |
| 7  | very credible. | 13:51:24 |
| 8  |    Q.   How long did it take to develop the R13? | 13:51:27 |
| 9  |       MR. MELLEMA:  Objection, form. | 13:51:32 |
| 10 |    A.   The three models, the hardware is -- the | 13:51:34 |
| 11 | printed circuit board probably took a year, as I said, | 13:51:40 |
| 12 | and then whatever the mechanical issues were with the | 13:51:49 |
| 13 | different case designs that they were working on.  I | 13:51:51 |
| 14 | don't particularly -- other than my own experience -- | 13:51:57 |
| 15 | I can take a guess, it's six months to a year to -- | 13:52:00 |
| 16 | six months for case design, to say we're happy with | 13:52:03 |
| 17 | the rest of the design. | 13:52:08 |
| 18 |    Q.   Did you review any financial documents as | 13:52:15 |
| 19 | part of your analysis in authoring your report? | 13:52:18 |
| 20 |    A.   I didn't -- I did not use them as part of my | 13:52:26 |
| 21 | report.  I did see a few estimates, including bill of | 13:52:33 |
| 22 | materials, the production run costs, et cetera. | 13:52:36 |
| 23 |    Q.   So how do you know that $40 million in | 13:52:42 |
| 24 | investment capital was received? | 13:52:45 |
| 25 |    A.   I'm sure that's public.  I mean, if they | 13:52:48 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of William Leo Hoarty
Conducted on September 12, 2024                                     102

| | | |
|---|---|---|
| 1 | A.   I do. | 16:08:17 |
| 2 | Q.   So you're looking at them right now; right? | 16:08:19 |
| 3 | A.   Yes, sir. | 16:08:21 |
| 4 | Q.   What is the field of view? | 16:08:22 |
| 5 | A.   The field of view for the RTS team can easily | 16:08:33 |
| 6 | be determined simply by using the images that they're | 16:08:41 |
| 7 | getting back from the cameras, the 3,000 cameras they | 16:08:46 |
| 8 | deployed. | 16:08:49 |
| 9 | Q.   That wasn't my question.  By looking at these | 16:08:49 |
| 10 | images, tell me what the field of view is. | 16:08:52 |
| 11 | MR. MELLEMA:  Objection, form. | 16:08:55 |
| 12 | A.   I don't think that's -- there's an easy way | 16:08:56 |
| 13 | to determine that.  Looking at a picture is not the | 16:09:00 |
| 14 | best way to do that. | 16:09:02 |
| 15 | Q.   Okay.  Going back to Paragraph 138.  You'd | 16:09:03 |
| 16 | agree that Compology uses the ▮▮▮▮ and the Pello | 16:09:22 |
| 17 | system uses the ▮▮▮▮? | 16:09:35 |
| 18 | A.   As I reported. | 16:09:41 |
| 19 | Q.   What document did you rely on there? | 16:09:43 |
| 20 | MR. MELLEMA:  Objection. | 16:09:50 |
| 21 | A.   I would actually have to look it up, but | 16:09:51 |
| 22 | those are accurate.  One came from, probably from the | 16:10:02 |
| 23 | bill of materials I had of each device. | 16:10:05 |
| 24 | Q.   I notice throughout your report you don't | 16:10:09 |
| 25 | really provide citations to anything.  Why is that? | 16:10:11 |

| | | |
|---|---|---|
| 1 | MR. MELLEMA:  Objection, form. | 16:10:14 |
| 2 | A.   I'm relying on the fact they're in my | 16:10:19 |
| 3 | exhibits, and I can point to that. | 16:10:28 |
| 4 | Q.   Can you point me -- what exhibit? | 16:10:33 |
| 5 | A.   It will take a few minutes here.  If you | 16:10:39 |
| 6 | want, I'll be happy to go get it. | 16:10:42 |
| 7 | Q.   Sure.  Do you think you'll be able to do it | 16:10:44 |
| 8 | within another minute? | 16:13:20 |
| 9 | A.   A couple of minutes.  I'm just looking for | 16:13:21 |
| 10 | which the -- where I find the bill of materials. | 16:13:24 |
| 11 | Q.   I'll withdraw the question, and we can just | 16:13:33 |
| 12 | work with what you've said so far, or you can look for | 16:13:36 |
| 13 | it later. | 16:13:40 |
| 14 | A.   Okay. | 16:13:41 |
| 15 | Q.   Turning back to the Paragraph 138. | 16:13:42 |
| 16 | A.   Okay. | 16:13:54 |
| 17 | Q.   Do you know the field of view that's used in | 16:13:55 |
| 18 | the Pello system? | 16:14:00 |
| 19 | A.   Yes.  I reviewed a document where they | 16:14:05 |
| 20 | disclosed that. | 16:14:06 |
| 21 | Q.   And what is it? | 16:14:07 |
| 22 | A.   I have to go to that document.  It's around | 16:14:10 |
| 23 | 120 degrees, in that document. | 16:14:12 |
| 24 | Q.   Do you know as you sit here right now? | 16:14:16 |
| 25 | A.   It's in the range -- yes.  I found the | 16:14:19 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                                      202

```
1      A.   Yes.                                              20:02:39
2      Q.   What?                                             20:02:39
3      A.   The battery assembly appeared to be the same      20:02:41
4  manufacture, the ███████████████████████████████           20:02:48
5  ███████████████████████████████████   They appear to       20:02:52
6  be identical.                                              20:02:55
7           So insert there.  I'm sure the SIM card           20:03:00
8  reader is the same.  But there's functional                20:03:04
9  equivalence between the chips on the device and            20:03:10
10 Compology and functional equivalency I believe is the      20:03:16
11 relevant metric.                                           20:03:20
12     Q.   Well, let's just start with the actual            20:03:23
13 components, that model manufacture.  Can you name any      20:03:25
14 other one that's the same as between the two products?    20:03:37
15          MR. MELLEMA:  Objection, form.                    20:03:40
16     A.   If I were to pull their BOM out, I'm sure I       20:03:41
17 could find power supplies, 3.3-volt regulators and the     20:03:46
18 like are the same.  But I don't think that from my         20:03:49
19 perspective it is the equivalent function.  They each      20:03:55
20 have a GPS chip.  It doesn't matter that one picks         20:03:57
21 Raytheon over Motorola.  It's just they're doing the       20:04:00
22 same job, and Ford versus Chevy.  It's not relevant to     20:04:04
23 what they're doing.  They pick the chips.  They're         20:04:10
24 doing the same job.  They're working together in the       20:04:14
25 same way to produce the same product.                      20:04:16
```

```
 1              CERTIFICATE OF COURT REPORTER
 2
 3              I, Alan H. Brock, Registered Diplomate
 4    Reporter and Notary Public, the officer before whom
 5    the foregoing deposition was taken, do hereby certify
 6    that the foregoing transcript is a true and correct
 7    record of the testimony given; that said testimony was
 8    taken by me stenographically and thereafter reduced to
 9    typewriting under my supervision; that reading and
10    signing was not requested; and that I am neither
11    counsel for nor related to nor employed by any of the
12    parties to this case and have no interest, financial
13    or otherwise, in its outcome.
14              IN WITNESS WHEREOF, I have hereunto set my
15    hand and affixed my notarial seal this 16th day of
16    September, 2024.
17              My commission expires March 25, 2027.
18
19
20
21    _____
22    Alan H. Brock, RDR, CRR
23
24
25
```