# EXHIBIT 3-1

1                 UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3    - - - - - - - - - - - - - -x

4    ROADRUNNER RECYCLING, INC.,    :

5                      Plaintiff,    :   No 3:23-cv-04804-WHA

6    vs.                            :

7                                   :

8    RECYCLE TRACK SYSTEMS, INC.,   :

9    AND RECYCLESMART SOLUTIONS,

10   INC.,

11                   Defendants.

12   - - - - - - - - - - - - - -x

13

14               ATTORNEYS' EYES ONLY

15

16   VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
        By and through its Designated Representative,
17                   JUSTIN ARMSTRONG,
           and in his Individual Capacity
18                    Pittsburgh, PA
              Thursday, August 22, 2024
19                     9:34 a.m.

20

21    Job No.: 548736

22    Pages: 1 - 214

23   Reported By: Brooklyn E. Schweitzer

24               RPR, CRR, CA CSR

25

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    8

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | VIDEOGRAPHER:  Here begins Media No. 1 in | 09:33:42 |
| 3 | the videotaped deposition of Justin Armstrong in the | 09:33:45 |
| 4 | matter of RoadRunner Recycle, Incorporated, versus | 09:33:54 |
| 5 | Recycle Track Solutions, Incorporated, et al., in | 09:34:00 |
| 6 | the United States District Court, Northern District | 09:34:04 |
| 7 | of California, Case No. 3:23-CV-04804-WHA. | 09:34:06 |
| 8 | Today's date is August 22nd of 2024, and | 09:34:16 |
| 9 | the time on the video monitor is 9:34 a.m.  The | 09:34:24 |
| 10 | videographer today is Jacob Balistreri representing | 09:34:29 |
| 11 | Planet Depos.  This video deposition is taking place | 09:34:32 |
| 12 | at 3454 Forbes Avenue, Pittsburgh, PA 15213. | 09:34:37 |
| 13 | Would counsel please voice identify | 09:34:46 |
| 14 | themselves and state whom they represent. | 09:34:48 |
| 15 | MR. GALICA:  Matthew Galica from Mintz | 09:34:51 |
| 16 | Levin on behalf of Defendants. | 09:34:55 |
| 17 | MR. MELLEMA:  Joseph Mellema from Jeffer | 09:34:56 |
| 18 | Mangels Butler and Mitchell on behalf of Plaintiff. | 09:34:59 |
| 19 | VIDEOGRAPHER:  The court reporter today is | 09:35:01 |
| 20 | Brooklyn Schweitzer representing Planet Depos.  The | 09:35:03 |
| 21 | witness will now be sworn. | 09:35:06 |
| 22 | JUSTIN ARMSTRONG, | 09:35:06 |
| 23 | was called, and having been duly sworn, | 09:35:06 |
| 24 | testified as follows: | 09:35:14 |
| 25 | EXAMINATION | 09:35:14 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    9

| | | |
|---|---|---|
| 1 | BY MR. GALICA: | 09:35:14 |
| 2 | Q.  Good morning, Mr. Armstrong.  How are you? | 09:35:15 |
| 3 | A.  I'm great.  How are you? | 09:35:19 |
| 4 | Q.  Good, thank you. | 09:35:21 |
| 5 | Could you please state your full name for | 09:35:22 |
| 6 | the record and spell your last name? | 09:35:25 |
| 7 | A.  Sure.  Justin Christopher Armstrong, | 09:35:27 |
| 8 | A-R-M-S-T-R-O-N-G. | 09:35:32 |
| 9 | Q.  And where do you currently reside? | 09:35:33 |
| 10 | A.  In Fort Lauderdale, Florida. | 09:35:36 |
| 11 | Q.  Okay.  Could you provide an address, | 09:35:39 |
| 12 | please? | 09:35:42 |
| 13 | A.  Sure.  It's ███████████████ | 09:35:42 |
| 14 | ████████████  in Fort Lauderdale, Florida.  Postal | 09:35:48 |
| 15 | code, too?  Yes? | 09:35:56 |
| 16 | Q.  Yes. | 09:35:58 |
| 17 | A.  ████████ | 09:35:58 |
| 18 | Q.  Sorry.  I didn't know if it started with a | 09:36:00 |
| 19 | 2. | 09:36:04 |
| 20 | Have you been deposed before? | 09:36:04 |
| 21 | A.  I have not. | 09:36:08 |
| 22 | Q.  So I'd like to run through some ground | 09:36:09 |
| 23 | rules to just make sure today goes as smoothly as | 09:36:12 |
| 24 | possible.  Is that okay? | 09:36:15 |
| 25 | A.  Mm-hmm. | 09:36:15 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                   17

| | | |
|---|---|---|
| 1 | fill cycles, for example, which involves figuring | 09:46:37 |
| 2 | out when service events occurred on the container. | 09:46:44 |
| 3 | And it's not as straightforward as it | 09:46:48 |
| 4 | sounds.  And so they had, for example, their own way | 09:46:52 |
| 5 | of trying to figure out when fill cycles were | 09:46:57 |
| 6 | beginning and ending based solely on the fill levels | 09:47:02 |
| 7 | of the containers. | 09:47:05 |
| 8 | So that's what I mean when I say the raw | 09:47:07 |
| 9 | data, the raw data really just being ████████████ | 09:47:12 |
| 10 | ████████ | 09:47:17 |
| 11 | MR. MELLEMA:  I'm going to use this | 09:47:19 |
| 12 | opportunity to designate the entirety of the | 09:47:21 |
| 13 | transcript as attorneys' eyes only. | 09:47:23 |
| 14 | Q.   And when you say the raw data is ██████ | 09:47:41 |
| 15 | ██████  in what form does that data exist? | 09:47:46 |
| 16 | A.   It exists in a digital form, I guess, is | 09:47:57 |
| 17 | the best way I can answer that. | 09:48:06 |
| 18 | Q.   Does it reside in a database? | 09:48:09 |
| 19 | A.   It does.  When it's within the Compology | 09:48:11 |
| 20 | system, it resides in a database. | 09:48:15 |
| 21 | Q.   Okay.  And is there metadata associated | 09:48:17 |
| 22 | with it? | 09:48:20 |
| 23 | A.   Yeah.  I mean, you can call it metadata. | 09:48:20 |
| 24 | Q.   Would you call it metadata? | 09:48:23 |
| 25 | A.   I wouldn't really.  I would call it | 09:48:25 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                              18

| | | |
|---|---|---|
| 1 | relational data, but... | 09:48:27 |
| 2 | Q.   And is that because it resides in a | 09:48:29 |
| 3 | relational database? | 09:48:31 |
| 4 | A.   It is. | 09:48:33 |
| 5 | Q.   Okay.  And what is the database in which | 09:48:33 |
| 6 | Compology raw data resides? | 09:48:39 |
| 7 | A.   For the most part, it's in ███████ | 09:48:41 |
| 8 | ████████████████████████████████████ | 09:48:47 |
| 9 | ██████████████████████ | 09:48:53 |
| 10 | Q.   Okay.  And the ██████ database, is that | 09:48:58 |
| 11 | one maintained internally by Compology? | 09:49:02 |
| 12 | A.   Yeah.  It's a product called ████████ | 09:49:05 |
| 13 | So you pay for a hosted database.  So some of the | 09:49:11 |
| 14 | maintenance is taken care of by ██████.  They | 09:49:19 |
| 15 | certainly take care of the physical server parts of | 09:49:24 |
| 16 | it. | 09:49:29 |
| 17 | Q.   Okay.  But they don't design the | 09:49:29 |
| 18 | underlying scheme, though, do they? | 09:49:30 |
| 19 | A.   They do. | 09:49:33 |
| 20 | Q.   Compology does, correct? | 09:49:34 |
| 21 | A.   Yes. | 09:49:35 |
| 22 | Q.   Okay.  And more specifically, you, | 09:49:35 |
| 23 | correct? | 09:49:38 |
| 24 | A.   There were many engineers, software | 09:49:38 |
| 25 | engineers that worked at Compology over the years. | 09:49:44 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                           19

| | | |
|---|---|---|
| 1 | So I was one of the people, but one of many. | 09:49:49 |
| 2 | Q.   Okay.  And then you mentioned an ███████ | 09:49:52 |
| 3 | database.  What is stored on that? | 09:50:00 |
| 4 | A.   The images that come from the cameras. | 09:50:02 |
| 5 | Q.   And do they have any information | 09:50:06 |
| 6 | associated with them as they're stored in the ██ | 09:50:08 |
| 7 | database? | 09:50:11 |
| 8 | A.   ██████████████████████████████████ | 09:50:12 |
| 9 | ████████████████████████████████████████ | 09:50:18 |
| 10 | ████████████████████████████████████████ | 09:50:23 |
| 11 | ██████████████████████████████████████ | 09:50:30 |
| 12 | ████████████████████████████████████████ | 09:50:32 |
| 13 | ████████████ | 09:50:35 |
| 14 | Q.   And in the example of the University of | 09:50:36 |
| 15 | Maryland video we were discussing before, sounds | 09:50:41 |
| 16 | like they were provided with images and associated | 09:50:44 |
| 17 | fill level data; is that correct? | 09:50:48 |
| 18 | A.   I don't know if they were provided with | 09:50:51 |
| 19 | images, actually.  I don't really know anything | 09:50:53 |
| 20 | about their project or where they got the data from | 09:50:56 |
| 21 | or how it was delivered to them. | 09:51:00 |
| 22 | Q.   Who would know? | 09:51:02 |
| 23 | A.   I don't know. | 09:51:03 |
| 24 | Q.   You're not aware of anybody having given a | 09:51:08 |
| 25 | presentation to University of Maryland? | 09:51:13 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    36

| | | |
|---|---|---|
| 1 | and trailers? | 10:17:59 |
| 2 | MR. MELLEMA:  Objection; form. | 10:18:00 |
| 3 | A.   Can you clarify the question? | 10:18:01 |
| 4 | Q.   Sure.  You said that the obstruction | 10:18:12 |
| 5 | labeling is a part of the fullness analysis. | 10:18:14 |
| 6 | A.   That's right. | 10:18:17 |
| 7 | Q.   Correct?  And you said that the | 10:18:19 |
| 8 | fullness -- strike that. | 10:18:21 |
| 9 | You said that the cost of labeling images | 10:18:22 |
| 10 | for fullness is 6 to 7 cents? | 10:18:27 |
| 11 | MR. MELLEMA:  Objection to form. | 10:18:31 |
| 12 | A.   I actually said that the cost of a | 10:18:32 |
| 13 | classification for fullness is 6 or 7 cents, but we | 10:18:36 |
| 14 | actually get, typically, more than one | 10:18:41 |
| 15 | classification per image for most images that do go | 10:18:47 |
| 16 | to human classification.  We get more than one | 10:18:51 |
| 17 | opinion of the fullness.  And in that case, it's 6 | 10:18:55 |
| 18 | or 7 cents for each one. | 10:18:59 |
| 19 | Q.   And what do you mean by classification? | 10:19:01 |
| 20 | A.   That's just the word that we use for -- | 10:19:04 |
| 21 | it's actually not a technically correct way to | 10:19:11 |
| 22 | describe it, but it's hard to get away from it | 10:19:14 |
| 23 | because ███████████████████████████████████ | 10:19:18 |
| 24 | ██████████████████████████████████████████ | 10:19:22 |
| 25 | Q.   And that would just be metadata appended | 10:19:29 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    37

| | | |
|---|---|---|
| 1 | to an image? | 10:19:33 |
| 2 | A.   So to me, metadata means something else. | 10:19:34 |
| 3 | It's certainly data that pertains to that image. | 10:19:41 |
| 4 | The way we store it is in ███████████████ | 10:19:45 |
| 5 | ████████████████████████████████████████ | 10:19:49 |
| 6 | ███████████████████████████ | 10:19:54 |
| 7 | Q.   Okay.  And just so we use the same | 10:19:58 |
| 8 | parlance today, is it fair to say, then, that the | 10:20:00 |
| 9 | classification is a ███████████ -- strike that. | 10:20:05 |
| 10 | Is it fair to say that the classification | 10:20:13 |
| 11 | is a type of ██████████ associated with an | 10:20:16 |
| 12 | image? | 10:20:20 |
| 13 | A.   Yeah. | 10:20:21 |
| 14 | Q.   Okay.  And then just to clarify, you said | 10:20:22 |
| 15 | it's 6 to 7 cents per human classification for | 10:20:30 |
| 16 | fullness analysis? | 10:20:34 |
| 17 | A.   That's right.  I -- as far as I can | 10:20:35 |
| 18 | remember.  I can't guarantee that those prices are | 10:20:39 |
| 19 | current, but... | 10:20:42 |
| 20 | Q.   I'm just trying to understand:  Is there | 10:20:44 |
| 21 | an additional cost to perform the obstruction | 10:20:46 |
| 22 | classification? | 10:20:49 |
| 23 | A.   No, there isn't. | 10:20:50 |
| 24 | Q.   Okay.  So that's baked into the 6 or 7 | 10:20:54 |
| 25 | cents? | 10:20:58 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    38

| | | |
|---|---|---|
| 1 | A.    Yeah.   So there's not an additional cost | 10:20:58 |
| 2 | for human labeling to do the obstruction analysis. | 10:21:02 |
| 3 | Q.    Okay. | 10:21:07 |
| 4 | A.    Yes. | 10:21:08 |
| 5 | Q.    And is there a difference between human | 10:21:08 |
| 6 | labeling and human classification of an image? | 10:21:11 |
| 7 | A.    No.   We're using those terms pretty much | 10:21:14 |
| 8 | interchangeably. | 10:21:18 |
| 9 | Q.    Okay.   And when you say labeling or | 10:21:19 |
| 10 | classification, that's assigning a bit of ███████ | 10:21:21 |
| 11 | ████ with the image? | 10:21:26 |
| 12 | MR. MELLEMA:   Objection; form. | 10:21:31 |
| 13 | A.    I would say it's creating some data that | 10:21:32 |
| 14 | ends up being stored as ████████████ pertaining | 10:21:39 |
| 15 | to the image. | 10:21:43 |
| 16 | Q.    And that ████████████ could be | 10:21:43 |
| 17 | fullness? | 10:21:46 |
| 18 | A.    Could be, yes. | 10:21:47 |
| 19 | Q.    It could be contamination? | 10:21:48 |
| 20 | A.    It could be, yeah, a contaminant found in | 10:21:52 |
| 21 | the image. | 10:21:56 |
| 22 | Q.    Do you have vendors perform any other type | 10:21:56 |
| 23 | of human classification or labeling of images beyond | 10:22:02 |
| 24 | fullness, contamination, empty event, optical flow, | 10:22:08 |
| 25 | and obstruction? | 10:22:12 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    39

| | | |
|---|---|---|
| 1 | MR. MELLEMA:  Objection; form. | 10:22:13 |
| 2 | A.   I -- well, I think I mentioned one more, | 10:22:14 |
| 3 | which was the full versus blocked contamination.  So | 10:22:20 |
| 4 | there's that one.  And those are the only ones that | 10:22:23 |
| 5 | I can remember right now. | 10:22:27 |
| 6 | Q.   Okay.  And do you know that -- how much it | 10:22:29 |
| 7 | costs for a vendor to classify images used in the | 10:22:33 |
| 8 | full versus blocked analysis? | 10:22:39 |
| 9 | A.   I don't remember, but I think it's on the | 10:22:43 |
| 10 | cheaper end, around 3 cents. | 10:22:47 |
| 11 | Q.   And do you recall how much it costs a | 10:22:49 |
| 12 | vendor to classify or label images as part of -- | 10:22:57 |
| 13 | actually, strike that. | 10:23:04 |
| 14 | Does anybody at Compology preform human | 10:23:04 |
| 15 | classification or labeling of images? | 10:23:13 |
| 16 | A.   Occasionally I'll do it just to test | 10:23:15 |
| 17 | things out, that those classifications, labels will | 10:23:21 |
| 18 | end up being effective in the system. | 10:23:27 |
| 19 | Historically there were Compology | 10:23:29 |
| 20 | employees doing that on a regular basis, but it's | 10:23:32 |
| 21 | been quite a few years since that was the case. | 10:23:35 |
| 22 | Q.   When did it transition from Compology | 10:23:38 |
| 23 | employees performing human classification to vendors | 10:23:42 |
| 24 | performing human classification of images? | 10:23:44 |
| 25 | A.   Before I came on board most of that | 10:23:47 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    40

| | | |
|---|---|---|
| 1 | transition had occurred, as far as I know.  I came | 10:23:53 |
| 2 | on board in 2016.  So I think the bulk of the | 10:24:00 |
| 3 | classifications were happening in India -- the human | 10:24:03 |
| 4 | classifications, I should say.  The bulk of the | 10:24:06 |
| 5 | human classifications were happening in India before | 10:24:09 |
| 6 | I started in 2016. | 10:24:12 |
| 7 | Q.   Do you know how many images have been | 10:24:14 |
| 8 | labeled prior to your joining the company in 2016? | 10:24:19 |
| 9 | A.   Human labeled or labeled by humans and | 10:24:24 |
| 10 | machines? | 10:24:27 |
| 11 | Q.   Human labeled. | 10:24:28 |
| 12 | A.   I think it's probably in the neighborhood | 10:24:29 |
| 13 | of -- it's -- it's definitely in the tens of | 10:24:40 |
| 14 | millions, but -- this is for fullness, right?  We're | 10:24:45 |
| 15 | talking about fullness, not contamination; is that | 10:24:49 |
| 16 | right? | 10:24:53 |
| 17 | Q.   I was asking generally, but is -- I'll -- | 10:24:54 |
| 18 | I'll focus the question. | 10:24:56 |
| 19 | How many images were labeled for purposes | 10:24:58 |
| 20 | of fullness prior to you joining Compology in 2016? | 10:25:00 |
| 21 | A.   Prior to me joining?  At the point where I | 10:25:04 |
| 22 | joined, Compology had about a million images total. | 10:25:11 |
| 23 | I don't know how many of those were human labeled at | 10:25:17 |
| 24 | that point, but I suspect it was probably about half | 10:25:23 |
| 25 | of them. | 10:25:27 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    41

| | | |
|---|---|---|
| 1 | Q.   Okay.  And you mentioned, I think, a | 10:25:27 |
| 2 | distinction between human labeled and machine | 10:25:36 |
| 3 | labeled? | 10:25:38 |
| 4 | A.   That's right. | 10:25:38 |
| 5 | Q.   Can you explain what's the difference | 10:25:39 |
| 6 | between those? | 10:25:41 |
| 7 | A.   Yeah.  So the reason for using machine | 10:25:42 |
| 8 | learning is that you can avoid having humans label | 10:25:46 |
| 9 | the images by having machines do it instead, which | 10:25:55 |
| 10 | is cheaper, obviously. | 10:26:01 |
| 11 | So when it comes to fullness, the vast | 10:26:02 |
| 12 | majority of the images are processed without needing | 10:26:06 |
| 13 | to be human classified. | 10:26:10 |
| 14 | Q.   And for purposes of training a model, is | 10:26:17 |
| 15 | an image classified by human more reliable than an | 10:26:21 |
| 16 | image classified by a machine? | 10:26:27 |
| 17 | A.   Yeah.  I would say that you would end up | 10:26:29 |
| 18 | with better accuracy if you use -- for training if | 10:26:33 |
| 19 | you use only human-labeled images. | 10:26:38 |
| 20 | MR. GALICA:  We've been going just about | 10:26:45 |
| 21 | an hour.  You want to take a short break? | 10:26:47 |
| 22 | MR. MELLEMA:  Sure. | 10:26:50 |
| 23 | VIDEOGRAPHER:  We are going off the record | 10:26:51 |
| 24 | at 10:26 a.m. | 10:26:52 |
| 25 | (A recess was taken.) | 10:26:53 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    49

| | | |
|---|---|---|
| 1 | within 20 level points of true.  But, again, I don't | 10:53:27 |
| 2 | feel very confident about remembering numbers like | 10:53:36 |
| 3 | that. | 10:53:38 |
| 4 | Q.   What do you mean by 20 level points of | 10:53:39 |
| 5 | being true? | 10:53:43 |
| 6 | A.   So, for example, if the true fill level of | 10:53:44 |
| 7 | the bin was 60 percent full, then within 20 level | 10:53:48 |
| 8 | points would be anywhere from 40 to 80. | 10:53:53 |
| 9 | Q.   Okay.  And you don't know, as you sit here | 10:53:58 |
| 10 | right now, what percent accuracy you wanted to have | 10:54:04 |
| 11 | for the model to predict within 20 level points of | 10:54:08 |
| 12 | being true? | 10:54:14 |
| 13 | A.   You're asking if I knew what I wanted the | 10:54:16 |
| 14 | accuracy to be, or -- | 10:54:22 |
| 15 | Q.   Was there a level of accuracy that you | 10:54:23 |
| 16 | wanted to hit before commercially deploying a model? | 10:54:25 |
| 17 | A.   I had my own sort of, I guess you could | 10:54:29 |
| 18 | say, goals of how accurate I wanted it to be, and I | 10:54:38 |
| 19 | wanted to at least match the accuracy of the system | 10:54:43 |
| 20 | before I came into the company. | 10:54:48 |
| 21 | Generally we tried to keep the accuracy | 10:54:52 |
| 22 | the same over time and increase the automation | 10:54:55 |
| 23 | amount, because there's sort of a dial that you can | 10:55:01 |
| 24 | turn to have a trade-off between accuracy and | 10:55:04 |
| 25 | throughput, throughput being the percentage of | 10:55:11 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    50

```
1    ███████████████████████████████████████████        10:55:14
2    ███████████████████                                 10:55:18
3            So if you want super accurate results, ████  10:55:19
4    ██████████████████████████████████████████         10:55:24
5    ████████████████████████████████████████████       10:55:29
6    ███████████████████████████████     That's the     10:55:34
7    advantage of having a █████████████████ system.     10:55:37
8            So what I generally tried to do as the      10:55:41
9    person setting the strategy for machine learning at 10:55:45
10   Compology was to ██████████████████████████████     10:55:49
11   ████████████████████████████████                   10:55:55
12       Q.   And what was the accuracy of the models    10:55:58
13   when you joined Compology?                           10:56:04
14       A.   I believe the accuracy was somewhere in    10:56:05
15   the neighborhood of █████████ of the images falling 10:56:10
16   within ████████████ and the throughput was very     10:56:17
17   low when I joined.  It was something like ██         10:56:23
18   ██████                                               10:56:25
19       Q.   That's --                                   10:56:25
20       A.   ███████████████                             10:56:26
21       Q.   At -- sorry.  I didn't mean to cut you      10:56:27
22   off.                                                 10:56:29
23            That's ████████████████████████            10:56:29
24   ███████████████████████                             10:56:35
25       A.   It was ███████████████████████ as I        10:56:36
```

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                     51

| | | |
|---|---|---|
| 1 | recall. | 10:56:39 |
| 2 | Q.   Okay.  So 55 percent of the image | 10:56:40 |
| 3 | classifications for fullness before you joined were | 10:56:44 |
| 4 | performed by -- | 10:56:48 |
| 5 | A.   Manually done for fullness. | 10:56:49 |
| 6 | Q.   Okay.  So they weren't running on an AI or | 10:56:52 |
| 7 | machine learning model? | 10:56:56 |
| 8 | MR. MELLEMA:  Objection; form. | 10:56:56 |
| 9 | A.   They were being run through it, but the | 10:56:57 |
| 10 | results weren't necessarily being used, and I think | 10:57:07 |
| 11 | for about -- the majority, like, about 55 percent of | 10:57:09 |
| 12 | them, they were being human reviewed. | 10:57:15 |
| 13 | Q.   So a customer using the Compology | 10:57:19 |
| 14 | application wanting to review fullness on a | 10:57:23 |
| 15 | particular bin, there would have been a 55 percent | 10:57:27 |
| 16 | chance that the level presented to that customer was | 10:57:31 |
| 17 | done by human classification -- | 10:57:36 |
| 18 | MR. MELLEMA:  Objection. | 10:57:37 |
| 19 | Q.   -- correct? | 10:57:38 |
| 20 | MR. MELLEMA:  Form. | 10:57:39 |
| 21 | A.   I think -- yeah, if you ignore -- you | 10:57:46 |
| 22 | know, certain bins had higher or lower percentages | 10:57:49 |
| 23 | and it all averaged out to about 55 percent.  But, | 10:57:53 |
| 24 | yeah.  I'd say it's -- you could say that. | 10:57:56 |
| 25 | Q.   Okay. | 10:57:59 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                          66

| | | |
|---|---|---|
| 1 | A.   He is not. | 11:20:58 |
| 2 | Q.   Okay.  When did he leave RoadRunner? | 11:20:58 |
| 3 | A.   He left Compology just before the | 11:21:00 |
| 4 | acquisition. | 11:21:05 |
| 5 | Q.   In the top left of this document, you see | 11:21:08 |
| 6 | the heading image handling and classification? | 11:21:14 |
| 7 | A.   Yes. | 11:21:17 |
| 8 | Q.   Do you know what that refers to? | 11:21:17 |
| 9 | A.   It looks like it's a list of steps along | 11:21:19 |
| 10 | the way from where the image comes from the camera | 11:21:36 |
| 11 | and makes its way through the -- what we call the | 11:21:42 |
| 12 | classification pipeline, which is really the | 11:21:46 |
| 13 | fullness classification pipeline, or fullness | 11:21:48 |
| 14 | determination. | 11:21:54 |
| 15 | Q.   Is anything else determined in the | 11:21:55 |
| 16 | classification pipeline? | 11:21:58 |
| 17 | A.   What do you mean? | 11:21:59 |
| 18 | Q.   You said the image makes its way through | 11:22:00 |
| 19 | the classification pipeline, which is really the | 11:22:07 |
| 20 | fullness classification pipeline. | 11:22:10 |
| 21 | A.   Mm-hmm. | 11:22:12 |
| 22 | Q.   Correct? | 11:22:13 |
| 23 | Is there any other classification that | 11:22:13 |
| 24 | occurs in the classification pipeline? | 11:22:17 |
| 25 | A.   Well, the ███████████████ that's | 11:22:20 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                          67

| | | |
|---|---|---|
| 1 | ████████, happens as a side effect of fullness | 11:22:27 |
| 2 | because essentially ████████████████████████ | 11:22:37 |
| 3 | ██████████████████████████████████████ | 11:22:43 |
| 4 | ████ | 11:22:46 |
| 5 | It looks to me like that's all that's | 11:22:53 |
| 6 | going on in this list. | 11:22:55 |
| 7 | Q.   Is this how the Compology -- strike that. | 11:22:57 |
| 8 | Is this how the classification pipeline | 11:23:03 |
| 9 | works today? | 11:23:06 |
| 10 | MR. MELLEMA:  Objection; form. | 11:23:07 |
| 11 | A.   There have certainly been certain | 11:23:08 |
| 12 | modifications that happened over time.  There are | 11:23:15 |
| 13 | also other side effects, I guess you could say, that | 11:23:19 |
| 14 | happen in this part of the code, other things like, | 11:23:26 |
| 15 | for example, ████████████████████████ | 11:23:32 |
| 16 | ████████████████████████████████████ | 11:23:43 |
| 17 | ██████. | 11:23:54 |
| 18 | More or less, this is how it works now. | 11:24:01 |
| 19 | Q.   Okay.  In the bottom left, you see the | 11:24:04 |
| 20 | heading "empty image selection"? | 11:24:08 |
| 21 | A.   Yes. | 11:24:11 |
| 22 | Q.   Can you explain what that section is | 11:24:11 |
| 23 | describing? | 11:24:13 |
| 24 | A.   Yeah.  ████████████████████████ | 11:24:14 |
| 25 | ████████████████████████████████████ | 11:24:20 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                69

```
1   decider model and service.                          11:25:53
2        Q.   And is that how it's done today?          11:25:55
3        A.   More or less.                             11:26:01
4        Q.   What's different?                         11:26:03
5        A.   I'm not sure off the top of my head.      11:26:04
6        Q.   Okay.  And then the top right of the      11:26:07
7   document, you see contamination recognition?        11:26:10
8        A.   Mm-hmm.                                   11:26:13
9        Q.   Can you explain what that section's       11:26:14
10  describing?                                         11:26:15
11       A.   ████████████████████████████████          11:26:16
12  ████████████████████████████████████████████        11:26:23
13  ████████████████████████████████████████            11:26:29
14  ██████████████████████████████████                  11:26:42
15  ████████████████████████████████████████████        11:26:53
16  ████████████████████████████████████████████        11:26:58
17  ████████████████████████████████████████████        11:27:05
18  ██████████                                          11:27:12
19       Q.   And is that how contamination recognition 11:27:13
20  is performed today?                                 11:27:19
21       A.   Yeah, more or less.                       11:27:21
22       Q.   Can you think of any differences?         11:27:22
23       A.   I can't.                                  11:27:24
24       Q.   Okay.  Bottom right.  Do you see the      11:27:25
25  section "location management"?                      11:27:27
```

ATTORNEYS' ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                          81

| | | |
|---|---|---|
| 1 | Q.    So you're alleging that Compology's right | 11:55:25 |
| 2 | sizing feature is not public? | 11:55:27 |
| 3 |        MR. MELLEMA:  Objection; form. | 11:55:30 |
| 4 | A.    I would say that the existence of the | 11:55:31 |
| 5 | right sizing feature is public. | 11:55:38 |
| 6 | Q.    Okay.  So, then, what about the right | 11:55:40 |
| 7 | sizing would you say is non-public? | 11:55:43 |
| 8 |        MR. MELLEMA:  Objection to form. | 11:55:47 |
| 9 | A.    I would say that the -- the method of | 11:55:48 |
| 10 | right sizing is not public.  I would say that the | 11:55:56 |
| 11 | specific inputs that go into right sizing are not | 11:56:01 |
| 12 | public. | 11:56:08 |
| 13 | Q.    So it would be the deep learning model and | 11:56:08 |
| 14 | the specific inputs that you allege are nonpublic -- | 11:56:12 |
| 15 |        MR. MELLEMA:  Objection to form. | 11:56:17 |
| 16 | Q.    -- is that fair to say? | 11:56:18 |
| 17 |        MR. MELLEMA:  Objection to form. | 11:56:19 |
| 18 | A.    No.  So in the case of right sizing, | 11:56:20 |
| 19 | there's -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:56:22 |
| 20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:56:28 |
| 21 | but -- yeah.  I would have to answer no to your | 11:56:33 |
| 22 | question. | 11:56:37 |
| 23 | Q.    Okay.  But then it would be at least the | 11:56:38 |
| 24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:56:41 |
| 25 | that constitute the method for right sizing that you | 11:56:44 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    82

| | | |
|---|---|---|
| 1 | allege is not public -- | 11:56:47 |
| 2 | MR. MELLEMA:  Objection; form. | 11:56:49 |
| 3 | Q.   -- correct? | 11:56:50 |
| 4 | A.   I think that the -- there are lots of | 11:56:51 |
| 5 | things that constitute the right sizing process that | 11:56:58 |
| 6 | we haven't mentioned yet. | 11:57:06 |
| 7 | Q.   Okay.  What are they? | 11:57:07 |
| 8 | A.   So you want me to describe the right | 11:57:09 |
| 9 | sizing process now? | 11:57:14 |
| 10 | Q.   Yeah, that you believe is a trade secret. | 11:57:15 |
| 11 | A.   Okay. | 11:57:18 |
| 12 | MR. MELLEMA:  Objection; form. | 11:57:18 |
| 13 | A.   ████████████████████████ | 11:57:19 |
| 14 | █████████████████████████████████ | 11:57:30 |
| 15 | ████████████████████████████████ | 11:57:38 |
| 16 | ████████ | 11:57:44 |
| 17 | ████████████████████████ | 11:57:45 |
| 18 | █████████████████████████████████ | 11:57:56 |
| 19 | ████████████████████████████████ | 11:58:03 |
| 20 | ████████████████████████████ | 11:58:08 |
| 21 | ██████████████████████████ | 11:58:11 |
| 22 | ███████████████████████████ | 11:58:20 |
| 23 | ██████████████████████████████ | 11:58:24 |
| 24 | ████████████████████████████████ | 11:58:30 |
| 25 | ████████████████████ | 11:58:36 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                          83

| | | |
|---|---|---|
| 1 | And so with each ████████████ | 11:58:39 |
| 2 | that's -- sorry. ████████████████ | 11:58:44 |
| 3 | ███████████████████████████ | 11:58:47 |
| 4 | ████████████████████████████ | 11:58:54 |
| 5 | ████████████████████████████ | 11:58:59 |
| 6 | █████████ | 11:59:10 |
| 7 | Q.   And that's the specific method you used to | 11:59:10 |
| 8 | perform right sizing -- | 11:59:14 |
| 9 | A.   Yes. | 11:59:15 |
| 10 | Q.   -- correct? | 11:59:16 |
| 11 | And where does the software code that | 11:59:17 |
| 12 | executes that method reside? | 11:59:24 |
| 13 | A.   ███████████ | 11:59:26 |
| 14 | Q.   What do you mean by in ████████? | 11:59:30 |
| 15 | A.   So ████████ is the main Compology | 11:59:33 |
| 16 | application we were talking about earlier, and it's | 11:59:39 |
| 17 | also -- ████████████████████████████ | 11:59:46 |
| 18 | ████████████████ | 11:59:48 |
| 19 | Q.   So the repository's called ████████ | 11:59:50 |
| 20 | literally? | 11:59:53 |
| 21 | A.   Yeah. | 11:59:54 |
| 22 | Q.   Okay.  Who has access to that? | 11:59:55 |
| 23 | A.   I do.  I think -- so historically, other | 11:59:57 |
| 24 | software engineers at Compology, and now that we're | 12:00:09 |
| 25 | part of RoadRunner, there are a few people on the | 12:00:14 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                           98

| | | |
|---|---|---|
| 1 | MR. MELLEMA:  Objection; form. | 12:24:06 |
| 2 | A.  I don't remember how many images I used to | 12:24:07 |
| 3 | train the last version of the SPID.  I think it was | 12:24:16 |
| 4 | around ████████ | 12:24:27 |
| 5 | Q.  And what do you mean by the -- strike | 12:24:27 |
| 6 | that. | 12:24:34 |
| 7 | What quality of training data do you need | 12:24:35 |
| 8 | to train the SPID? | 12:24:39 |
| 9 | A.  Best quality I can find. | 12:24:43 |
| 10 | Q.  What do you mean by best quality you can | 12:24:44 |
| 11 | find? | 12:24:47 |
| 12 | A.  If you have ██████████████ | 12:24:47 |
| 13 | █████████████████████████████ | 12:24:51 |
| 14 | ████████████████████████ | 12:24:59 |
| 15 | ████████████████████████ | 12:25:07 |
| 16 | █████████████████████████████ | 12:25:13 |
| 17 | ████████████████ | 12:25:17 |
| 18 | But quality is a qualitative measure by | 12:25:22 |
| 19 | definition, so I can't really put a number on it. | 12:25:26 |
| 20 | Q.  Conceptually, is it fair to say that | 12:25:33 |
| 21 | correct classification of images provides better | 12:25:40 |
| 22 | quality images -- | 12:25:45 |
| 23 | A.  Absolutely. | 12:25:46 |
| 24 | Q.  -- for training? | 12:25:47 |
| 25 | Why didn't you train it with ████████- | 12:25:48 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    99

| | | |
|---|---|---|
| 1 | sorry.  Strike that. | 12:25:53 |
| 2 | Why didn't you train the SPID with ██████ | 12:25:54 |
| 3 | images? | 12:25:58 |
| 4 | A.   ████████████████████████████ | 12:25:58 |
| 5 | ████████████████████████████████████ | 12:26:06 |
| 6 | ████████████████████████████████████ | 12:26:10 |
| 7 | ████████████ | 12:26:14 |
| 8 | Q.   What would be the difference in accuracy | 12:26:15 |
| 9 | you could obtain in a model trained on ██████ | 12:26:19 |
| 10 | images as opposed to one trained on ██████ images? | 12:26:23 |
| 11 | A.   So in the case of SPID -- actually, in the | 12:26:28 |
| 12 | case of most of the models, ███████████ | 12:26:33 |
| 13 | ████████████████████████████████████ | 12:26:36 |
| 14 | ████████████████████████████████████ | 12:26:44 |
| 15 | ██████████████████████████████ | 12:26:52 |
| 16 | ████████████████████████████████████ | 12:26:54 |
| 17 | ██████████████████████████████████ | 12:27:02 |
| 18 | ████████████████████████████ | 12:27:08 |
| 19 | Typically -- and this isn't really | 12:27:13 |
| 20 | accepted as a rule of thumb outside of just my | 12:27:22 |
| 21 | personal experience, but ████████████████ | 12:27:25 |
| 22 | ████████████████████████ | 12:27:32 |
| 23 | ██████████████████████████ | 12:27:37 |
| 24 | So I usually have ██████████████ | 12:27:40 |
| 25 | ██████████████████████ | 12:27:43 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    100

| | | |
|---|---|---|
| 1 | ███████████ that's involved in the process. | 12:27:46 |
| 2 | Q.   And what impact does it have on accuracy? | 12:27:49 |
| 3 | A.   So I'll usually ██████████████████ | 12:27:55 |
| 4 | ████████████████████████████████ | 12:28:04 |
| 5 | ██████████████████████████████████ | 12:28:08 |
| 6 | ██████████████████████████████ | 12:28:13 |
| 7 | █████████████████████████ | 12:28:16 |
| 8 | Q.   Okay.  And then what was the size and | 12:28:22 |
| 9 | quality of images you needed to train the container | 12:28:24 |
| 10 | fullness model? | 12:28:27 |
| 11 | A.   I think the last container fullness model | 12:28:28 |
| 12 | was trained with something in the neighborhood of ██ | 12:28:37 |
| 13 | █████████████ | 12:28:42 |
| 14 | Q.   Were those █████████████ | 12:28:44 |
| 15 | ████ | 12:28:49 |
| 16 | A.   ██████████ | 12:28:50 |
| 17 | Q.   All of them? | 12:28:51 |
| 18 | A.   All of them. | 12:28:52 |
| 19 | Q.   Okay.  What about the first time you | 12:28:53 |
| 20 | trained the model? | 12:28:57 |
| 21 | A.   I don't recall. | 12:28:58 |
| 22 | Q.   Do you have an estimate? | 12:28:59 |
| 23 | A.   I'll guess that it was probably just shy | 12:29:02 |
| 24 | of ██████████ the first time I trained it. | 12:29:09 |
| 25 | Q.   And were those ██████████████ | 12:29:12 |

ATTORNEYS' ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                              101

| | | |
|---|---|---|
| 1 | ██████ | 12:29:15 |
| 2 | A.     ████ | 12:29:15 |
| 3 | Q.    Do you always train with ██████████ | 12:29:16 |
| 4 | images? | 12:29:24 |
| 5 | A.    Yeah, I do. | 12:29:24 |
| 6 | Q.    Why don't you train with ██████████ | 12:29:25 |
| 7 | images? | 12:29:28 |
| 8 | A.    When you use ████████████████ | 12:29:29 |
| 9 | ████████████████████████████ | 12:29:33 |
| 10 | ██████████████████████████████████ | 12:29:40 |
| 11 | ██████████████████████████ | 12:29:44 |
| 12 | ████████ | 12:29:50 |
| 13 | Q.    Okay. | 12:29:51 |
| 14 | A.    And that's not just at Compology.  I would | 12:29:51 |
| 15 | describe that as best practice in the -- | 12:29:56 |
| 16 | Q.    Okay. | 12:30:00 |
| 17 | A.    -- industry. | 12:30:00 |
| 18 | Q.    So the best practice would be train with | 12:30:01 |
| 19 | ██████████     images, correct? | 12:30:04 |
| 20 | A.    Yeah. | 12:30:06 |
| 21 | Q.    And then with the hopes of having | 12:30:06 |
| 22 | ██████████████████████████████ | 12:30:10 |
| 23 | ██████████████████████████████ | 12:30:14 |
| 24 | ████ correct? | 12:30:17 |
| 25 | A.    Correct. | 12:30:19 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                              104

| | | |
|---|---|---|
| 1 | Q.   Okay.  What about the sizing and quality | 12:33:42 |
| 2 | of images for location soft locking model? | 12:33:44 |
| 3 | A.   That's a feature of the software, and it's | 12:33:47 |
| 4 | not trained. | 12:33:54 |
| 5 | Q.   Okay.  I'm going to turn to Page 14 of the | 12:33:54 |
| 6 | document.  If you could read Lines 16 through 18 to | 12:34:05 |
| 7 | yourself.  Let me know when you've had a chance to | 12:34:11 |
| 8 | do so. | 12:34:15 |
| 9 | A.   Okay. | 12:34:15 |
| 10 | Okay. | 12:34:57 |
| 11 | Q.   So the last sentence states, ███ | 12:34:58 |
| 12 | ████████████████████████████████████ | 12:34:59 |
| 13 | ████████████████████ | 12:35:02 |
| 14 | Do you see that? | 12:35:05 |
| 15 | A.   Mm-hmm. | 12:35:06 |
| 16 | Q.   So is it correct to say that a ██████ | 12:35:07 |
| 17 | ████████████████████████████████████ | 12:35:10 |
| 18 | █████████████████████████ | 12:35:21 |
| 19 | A.   Yeah. | 12:35:21 |
| 20 | Q.   Okay.  So I'm going to turn to Page 15 -- | 12:35:21 |
| 21 | excuse me -- of the document now.  And you see its | 12:35:42 |
| 22 | subheading subpar image detection? | 12:35:45 |
| 23 | A.   Mm-hmm. | 12:35:49 |
| 24 | Q.   And you see Lines 21 through 28? | 12:35:50 |
| 25 | A.   I see that. | 12:35:57 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                   105

| | | |
|---|---|---|
| 1 | Q.  If you could review them and let me know | 12:36:00 |
| 2 | when you have. | 12:36:05 |
| 3 | A.  Okay. | 12:36:06 |
| 4 | Okay. | 12:36:36 |
| 5 | Q.  Is that an accurate description of how the | 12:36:37 |
| 6 | SPID method is performed? | 12:36:43 |
| 7 | A.  Yes. | 12:36:47 |
| 8 | Q.  Okay.  And what electronic files contain | 12:36:47 |
| 9 | the software that executes that method? | 12:37:04 |
| 10 | A.  The software that executes that method is | 12:37:07 |
| 11 | contained in the repository's Platform ███████ | 12:37:19 |
| 12 | ████████████ | 12:37:31 |
| 13 | Q.  Can you identify specific file names or | 12:37:32 |
| 14 | locations within the repository or Platform? | 12:37:34 |
| 15 | MR. MELLEMA:  Objection; form. | 12:37:38 |
| 16 | A.  No, I don't think I can identify specific | 12:37:39 |
| 17 | file names. | 12:37:41 |
| 18 | Q.  Why not? | 12:37:42 |
| 19 | A.  There are thousands of files in those | 12:37:42 |
| 20 | repositories.  I don't remember them all. | 12:37:46 |
| 21 | Q.  If you had a source code computer in front | 12:37:49 |
| 22 | of you, could you? | 12:37:51 |
| 23 | A.  I could -- and the question is could I | 12:37:52 |
| 24 | identify that as Compology code, or -- | 12:37:56 |
| 25 | Q.  Could you identify the files that perform | 12:38:01 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                           106

| | | |
|---|---|---|
| 1 | the method described in 21 -- Lines 21 through 28 on | 12:38:05 |
| 2 | Page 15? | 12:38:11 |
| 3 |     A.   Yes. | 12:38:11 |
| 4 |     Q.   Okay.  If you had a source code computer, | 12:38:12 |
| 5 | you could do that? | 12:38:15 |
| 6 |     A.   Mm-hmm. | 12:38:15 |
| 7 |     MR. MELLEMA:  Objection to form. | 12:38:16 |
| 8 |     Q.   Okay.  How long would it take you to do | 12:38:17 |
| 9 | that? | 12:38:19 |
| 10 |     A.   So the question is how long would it take | 12:38:19 |
| 11 | me to point out which files are involved? | 12:38:22 |
| 12 |     Q.   Yeah. | 12:38:25 |
| 13 |     A.   A couple of minutes, probably. | 12:38:26 |
| 14 |     Q.   Okay.  Can you describe the development | 12:38:28 |
| 15 | process you went through to create the subpar image | 12:38:42 |
| 16 | detection model? | 12:38:46 |
| 17 |     A.   Okay.  So it started off with having a | 12:38:48 |
| 18 | ████████████████████████████████████ | 12:38:57 |
| 19 | ████████████████████████████████████ | 12:39:04 |
| 20 | ████████████████████████████████ | 12:39:07 |
| 21 | ███████████████████████████ | 12:39:16 |
| 22 | ███████████████████████ | 12:39:23 |
| 23 | ████████████████████████ | 12:39:29 |
| 24 | ████████████████████████████████████ | 12:39:32 |
| 25 | ███████████████████████████████ | 12:39:38 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                               107

| # | | Time |
|---|---|---|
| 1 | ████████████████ | 12:39:44 |
| 2 | And then we ███████████████████████ | 12:39:47 |
| 3 | ███████████████████████████████████████ | 12:39:55 |
| 4 | ██████████████████████████████████ | 12:40:03 |
| 5 | ████████████████████████████████████████ | 12:40:09 |
| 6 | ██████████████████████████████ | 12:40:14 |
| 7 | We created that change, ███████████████ | 12:40:16 |
| 8 | ██████████████████████████████████ | 12:40:26 |
| 9 | ███████████████████████████████████ | 12:40:31 |
| 10 | ████████████████████████████████ | 12:40:34 |
| 11 | ████████ | 12:40:37 |
| 12 | And after, I think it would have been | 12:40:39 |
| 13 | ████████████████████████████████████ | 12:40:43 |
| 14 | ████████████████████████████ | 12:40:48 |
| 15 | ███████████████████████████████████████ | 12:40:52 |
| 16 | ███████████████████████████████████ | 12:41:01 |
| 17 | Then I took the model that I selected and | 12:41:07 |
| 18 | █████████████████████████████████████ | 12:41:10 |
| 19 | ████████████████████████████████████ | 12:41:13 |
| 20 | ███████████████████████████████ | 12:41:17 |
| 21 | ████████████████████████████████ | 12:41:23 |
| 22 | ██████████████████████████ | 12:41:28 |
| 23 | ███████████████████████████████████████ | 12:41:33 |
| 24 | █████████████████ | 12:41:37 |
| 25 | Q.   What model did you choose? | 12:41:37 |

| | | |
|---|---|---|
| 1 | Q.   You recall before lunch we were talking | 13:34:23 |
| 2 | about the subpar image detection model? | 13:34:27 |
| 3 | A.   Yeah. | 13:34:32 |
| 4 | Q.   It's on Page 15 of the document. | 13:34:33 |
| 5 | A.   Mm-hmm. | 13:34:38 |
| 6 | Q.   Can you identify the specific software | 13:34:39 |
| 7 | files that comprise this feature? | 13:34:49 |
| 8 | A.   Can you be more specific? | 13:34:57 |
| 9 | Q.   What is the model?  Can you point to a | 13:35:02 |
| 10 | file that defines the model for this? | 13:35:12 |
| 11 | A.   Yeah.  The model is stored in ███████ | 13:35:14 |
| 12 | Q.   That's the type of file? | 13:35:19 |
| 13 | A.   Yeah. | 13:35:22 |
| 14 | Q.   Do you know the name of the file? | 13:35:23 |
| 15 | A.   It probably has a name like Breaking Dawn | 13:35:24 |
| 16 | or Superman 4 or something like that. | 13:35:32 |
| 17 | Q.   Okay.  And where does the training data | 13:35:36 |
| 18 | used to train this model exist? | 13:35:49 |
| 19 | A.   In Compology, it exists in the Postgres | 13:35:51 |
| 20 | database, and the image values -- key value store, | 13:36:00 |
| 21 | S3. | 13:36:05 |
| 22 | Q.   Okay.  And Lines 21 through 28 describe | 13:36:05 |
| 23 | the method used to perform subpar image detection? | 13:36:13 |
| 24 | MR. MELLEMA:  Objection; form. | 13:36:19 |
| 25 | A.   Let me take a moment to -- | 13:36:20 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                          111

| | | |
|---|---|---|
| 1 | Q.   Sure. | 13:36:25 |
| 2 | A.   You said 21 through 28? | 13:36:26 |
| 3 | Q.   Yep. | 13:36:28 |
| 4 | A.   I would say that that passage defines the | 13:36:51 |
| 5 | function of the SPID.  But your question was | 13:36:56 |
| 6 | different, I think. | 13:37:03 |
| 7 | Q.   Well, are you saying that the function of | 13:37:04 |
| 8 | SPID is the trade secret or something else is? | 13:37:08 |
| 9 | A.   I think we're saying that the function -- | 13:37:11 |
| 10 | the existence and the function of SPID are trade | 13:37:16 |
| 11 | secret. | 13:37:20 |
| 12 | Q.   Okay.  So you don't believe that a feature | 13:37:20 |
| 13 | ████████████████████ has ever been | 13:37:26 |
| 14 | disclosed to the public by you? | 13:37:31 |
| 15 | MR. MELLEMA:  Objection to form. | 13:37:33 |
| 16 | A.   Excuse me. | 13:37:34 |
| 17 | I don't know if it has. | 13:37:38 |
| 18 | Q.   You don't know one way or another? | 13:37:42 |
| 19 | A.   I -- I don't know if that -- ███████ | 13:37:45 |
| 20 | ████████████████ has been | 13:37:55 |
| 21 | disclosed.  I also think that the way that you used | 13:38:02 |
| 22 | so or therefore or whatever it was in the phrasing | 13:38:09 |
| 23 | of your question connected it to the thing that you | 13:38:12 |
| 24 | said before, which is that the entire function of | 13:38:14 |
| 25 | the SPID, exactly what it does and exactly how it | 13:38:24 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    121

| | | |
|---|---|---|
| 1 | A.   The micro service around the model. | 13:51:33 |
| 2 | Q.   Okay.  What's the value of your ████ | 13:51:37 |
| 3 | ████████████ feature? | 13:51:47 |
| 4 | MR. MELLEMA:  Objection; form. | 13:51:51 |
| 5 | A.   I don't know.  I'm just an engineer. | 13:51:52 |
| 6 | Q.   Do you know the value of any of your | 13:51:58 |
| 7 | machine learning algorithms or processes? | 13:52:03 |
| 8 | MR. MELLEMA:  Objection to form. | 13:52:08 |
| 9 | A.   I don't think I -- I know how to assign -- | 13:52:09 |
| 10 | you're talking about monetary value? | 13:52:13 |
| 11 | Q.   Do you assign any other type of value to | 13:52:15 |
| 12 | them? | 13:52:18 |
| 13 | A.   Well, I mean, yeah.  I think my work is | 13:52:18 |
| 14 | valuable.  I think qualitative value.  There's | 13:52:22 |
| 15 | also -- in the case of ████████ there's specific -- | 13:52:33 |
| 16 | like, specific ways that we avoid giving bad data to | 13:52:42 |
| 17 | customers, and I think there's value in that.  But | 13:52:48 |
| 18 | that's not necessarily monetary value. | 13:52:54 |
| 19 | Q.   Can you quantify it in a different way? | 13:52:56 |
| 20 | A.   I don't think I can quantify it. | 13:52:58 |
| 21 | Q.   Okay.  Turning to Page 16 and 17 of the | 13:53:00 |
| 22 | same document, you'll see there's a Subheading 2, | 13:53:20 |
| 23 | container fullness analysis. | 13:53:25 |
| 24 | A.   Mm-hmm. | 13:53:26 |
| 25 | Q.   And you see starting on Line 17 of Page 16 | 13:53:27 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                            122

| | | |
|---|---|---|
| 1 | and then carrying over to Lines 18 of Page 17? | 13:53:37 |
| 2 | A.   Mm-hmm. | 13:53:43 |
| 3 | Q.   It talks about the operation of the | 13:53:44 |
| 4 | container fullness analysis? | 13:53:48 |
| 5 | A.   Mm-hmm. | 13:53:50 |
| 6 | Q.   Do you see that? | 13:53:52 |
| 7 | Is that an accurate description of how | 13:53:53 |
| 8 | container fullness analysis is performed? | 13:54:00 |
| 9 | A.   Yeah.  An inference mode. | 13:54:03 |
| 10 | Q.   What do you mean by an inference mode? | 13:54:12 |
| 11 | A.   Also, as we've discussed a couple of other | 13:54:15 |
| 12 | times, there's a -- there's multiple steps in | 13:54:18 |
| 13 | deploying a machine learning model.  So there's the | 13:54:21 |
| 14 | training portion, the evaluation, and then once the | 13:54:24 |
| 15 | model's finished training, then it's used for what | 13:54:30 |
| 16 | we call inference. | 13:54:33 |
| 17 | And so to me this passage that you pointed | 13:54:35 |
| 18 | me to here is describing the inference function. | 13:54:41 |
| 19 | Q.   Okay.  Did Compology have a container | 13:54:47 |
| 20 | fullness machine learning model prior to you | 13:54:53 |
| 21 | starting working at Compology? | 13:54:57 |
| 22 | A.   It did. | 13:54:59 |
| 23 | Q.   Okay.  Do you know who designed it? | 13:55:00 |
| 24 | A.   They were a consultant.  Yeah.  I mean, | 13:55:04 |
| 25 | designed and trained it. | 13:55:12 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                              123

| | | |
|---|---|---|
| 1 | Q.    Who was the consultant that designed and | 13:55:13 |
| 2 | trained it? | 13:55:16 |
| 3 | A.    I don't know. | 13:55:17 |
| 4 | Q.    Was it a single person or a company? | 13:55:18 |
| 5 | A.    I'm not sure. | 13:55:22 |
| 6 | Q.    Who would know? | 13:55:23 |
| 7 | A.    Probably Ben Chehebar. | 13:55:24 |
| 8 | Q.    Okay.  Do you know what model they used? | 13:55:35 |
| 9 | A.    They trained a custom model, I believe. | 13:55:38 |
| 10 | Q.    That they designed themselves? | 13:55:44 |
| 11 | A.    Yeah. | 13:55:46 |
| 12 | Q.    Do you still use that model? | 13:55:46 |
| 13 | A.    We don't. | 13:55:51 |
| 14 | Q.    Do you know how -- how many images it took | 13:55:52 |
| 15 | for the consultant to train that custom model? | 13:55:57 |
| 16 | A.    I don't. | 13:56:01 |
| 17 | Q.    Why don't you use that custom model | 13:56:02 |
| 18 | anymore? | 13:56:06 |
| 19 | A.    It wasn't very accurate.  And it was | 13:56:07 |
| 20 | actually two models:  one for front-load Dumpsters | 13:56:12 |
| 21 | and one for roll-off Dumpsters.  And it only | 13:56:17 |
| 22 | automated about 45 percent of the images, had a very | 13:56:21 |
| 23 | low throughput.  So the new one that we made to | 13:56:26 |
| 24 | replace it was better. | 13:56:30 |
| 25 | Q.    Okay.  What one did you use to replace it? | 13:56:31 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                          124

```
1        A.    I think we called it Drummer.                13:56:36

2        Q.    And was ████████████████████████            13:56:39

3    ████████████████████████████████████████████          13:56:42

4        ███    ██████████████████████████                  13:56:47

5        Q.    And is that how it's currently deployed      13:56:49

6    right now, ██████████████████████                      13:56:53

7        A.    ████████████  yeah.                          13:56:55

8        Q.    Okay.                                        13:56:56

9        A.    We had a ████████████████████████████        13:56:56

10   ████████████████████████████████                       13:56:59

11       Q.    Okay.  And is that in connection with your   13:57:02

12   work with SkyBitz?                                     13:57:07

13       A.    SkyBitz is the big trailer customer of       13:57:12

14   Compology, yeah.                                       13:57:15

15       Q.    Okay.  But that doesn't have anything to     13:57:16

16   do with waste management, correct?                     13:57:19

17       A.    Yeah.  I guess not really.                   13:57:21

18       Q.    Okay.  Do you have any other models to       13:57:24

19   assess fullness levels in waste containers?           13:57:32

20       A.    No --                                        13:57:36

21       Q.    Beyond Drummer, sorry.                       13:57:37

22       A.    So Drummer was the one that I replaced --    13:57:40

23   the model that pre-dated me, I replaced with          13:57:43

24   Drummer, but there have been several subsequent       13:57:48

25   models.  The current one is called Foongus, like the  13:57:55
```

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    129

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you believe it's public | 14:04:46 |
| 2 | knowledge that Compology offers a container fullness | 14:04:59 |
| 3 | analysis feature? | 14:05:01 |
| 4 | A.   I do. | 14:05:04 |
| 5 | Q.   Okay.  Do you know the value of your | 14:05:05 |
| 6 | container fullness feature? | 14:05:20 |
| 7 | MR. MELLEMA:  Objection; form. | 14:05:23 |
| 8 | A.   I don't really know what its value is. | 14:05:23 |
| 9 | Q.   Maybe we can just zero this out:  Do you | 14:05:29 |
| 10 | know the value of any of the machine learning | 14:05:33 |
| 11 | models? | 14:05:36 |
| 12 | MR. MELLEMA:  Objection; form. | 14:05:36 |
| 13 | A.   Monetary value is what you're asking? | 14:05:38 |
| 14 | Q.   Let's start with monetary value. | 14:05:41 |
| 15 | A.   I don't know what the monetary value is of | 14:05:42 |
| 16 | that, no. | 14:05:46 |
| 17 | Q.   Do you know of any other value assigned to | 14:05:48 |
| 18 | any machine learning model? | 14:05:51 |
| 19 | MR. MELLEMA:  Objection; form. | 14:05:53 |
| 20 | A.   I mean, all of the machine learning models | 14:05:54 |
| 21 | serve a purpose in the end to make the customers | 14:06:01 |
| 22 | happy.  So... | 14:06:03 |
| 23 | Q.   Can you quantify that for any machine | 14:06:05 |
| 24 | learning model? | 14:06:09 |
| 25 | A.   I can't. | 14:06:09 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                     130

| | | |
|---|---|---|
| 1 | Q.   Okay.  And then just going back to Lines | 14:06:10 |
| 2 | 17 on Page 16 to 16 on Page 17 -- | 14:06:29 |
| 3 | MR. MELLEMA:  16, 17; 17, 16? | 14:06:46 |
| 4 | MR. GALICA:  Other way around, 17, 16; 16, | 14:06:50 |
| 5 | 17. | 14:06:55 |
| 6 | THE WITNESS:  Okay. | 14:06:55 |
| 7 | BY MR. GALICA: | 14:07:00 |
| 8 | Q.   Does that describe the container fullness | 14:07:00 |
| 9 | analysis that's performed in inference mode? | 14:07:02 |
| 10 | A.   Yes. | 14:07:06 |
| 11 | Q.   Okay.  And that involves ███████ | 14:07:06 |
| 12 | ████████████████████████████████ | 14:07:10 |
| 13 | correct? | 14:07:15 |
| 14 | A.   Right.  Those are the inputs into the | 14:07:15 |
| 15 | model. | 14:07:18 |
| 16 | Q.   Okay.  And then the model determines the | 14:07:18 |
| 17 | estimated fullness with a ████████████ | 14:07:24 |
| 18 | A.   Yes.  For the -- it's determined ██████ | 14:07:29 |
| 19 | ████████████ | 14:07:38 |
| 20 | Q.   Okay.  Do you believe that that process is | 14:07:40 |
| 21 | confidential? | 14:07:45 |
| 22 | A.   I believe that the entire process here has | 14:07:48 |
| 23 | confidential elements to it. | 14:07:54 |
| 24 | Q.   What are the confidential elements? | 14:07:57 |
| 25 | A.   The fact that we use the ████████████ | 14:07:59 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                              131

| | | |
|---|---|---|
| 1 | specifically and ████████████████████ | 14:08:06 |
| 2 | ████████████████████████████████████ | 14:08:11 |
| 3 | ████████ as far as I know, is confidential. | 14:08:17 |
| 4 | The fact that -- yeah. I guess I would | 14:08:23 |
| 5 | say that that's confidential, yeah. | 14:08:30 |
| 6 | Q. Okay. So turning to Subheading 3 on Page | 14:08:32 |
| 7 | 17 titled "contamination detection/content | 14:08:46 |
| 8 | identification core classifier." | 14:08:53 |
| 9 | Do you see that? | 14:08:56 |
| 10 | A. Mm-hmm. | 14:08:57 |
| 11 | Q. Okay. And this is describing the | 14:08:57 |
| 12 | contamination machine learning model? | 14:09:00 |
| 13 | A. Mm-hmm. | 14:09:03 |
| 14 | Q. Is that fair to say? Okay. | 14:09:04 |
| 15 | And it says that -- well, strike that. | 14:09:06 |
| 16 | Did a model for contamination detection | 14:09:16 |
| 17 | exist prior to you being employed by Compology? | 14:09:21 |
| 18 | MR. MELLEMA: Objection; form. | 14:09:26 |
| 19 | A. No. | 14:09:28 |
| 20 | Q. When did you develop the model to perform | 14:09:28 |
| 21 | contamination detection? | 14:09:34 |
| 22 | A. I believe it was in 2020. | 14:09:36 |
| 23 | MR. GALICA: Gets me every time. | 14:09:43 |
| 24 | MR. MELLEMA: I know, I keep looking back | 14:09:44 |
| 25 | at it. | 14:09:46 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    136

| | |
|---|---|
| 1 | covers, more or less, and the -- the way that you | 14:15:43 |
| 2 | apply the machine learning and the training set that | 14:15:51 |
| 3 | you apply to it are the -- the determinative factor | 14:15:54 |
| 4 | for whether or not you get a model that will suit | 14:16:01 |
| 5 | your needs. | 14:16:03 |
| 6 | The internal implementation of | 14:16:04 |
| 7 | convolutions, for example, is going to be the same | 14:16:10 |
| 8 | across multiple libraries.  So one's as good as | 14:16:14 |
| 9 | another. | 14:16:19 |
| 10 | Q.   Have you ever looked at a PyTorch library? | 14:16:20 |
| 11 | A.   A little bit. | 14:16:26 |
| 12 | Q.   How much? | 14:16:27 |
| 13 | A.   I've just played around with it a little | 14:16:28 |
| 14 | bit in my spare time for, like, maybe a couple of | 14:16:34 |
| 15 | hours. | 14:16:37 |
| 16 | Q.   Okay.  You see Lines -- sorry. | 14:16:37 |
| 17 | Back on Page 17, you see Lines 23 to 27? | 14:16:44 |
| 18 | A.   Mm-hmm. | 14:16:53 |
| 19 | Q.   Where it talks about the different tapes | 14:16:55 |
| 20 | of contamination detection that Compology can | 14:16:57 |
| 21 | perform? | 14:17:01 |
| 22 | A.   Mm-hmm. | 14:17:02 |
| 23 | Q.   Do you believe it's confidential -- strike | 14:17:02 |
| 24 | that. | 14:17:10 |
| 25 | Do you believe the types of contamination | 14:17:10 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                          137

| | | |
|---|---|---|
| 1 | that Compology can detect is confidential? | 14:17:13 |
| 2 | A.   I believe that this set as a complete set | 14:17:17 |
| 3 | is confidential. | 14:17:25 |
| 4 | Q.   Okay. | 14:17:26 |
| 5 | A.   I'm sure at some point we've mentioned -- | 14:17:27 |
| 6 | I mean, I remember in that conference that I | 14:17:31 |
| 7 | mentioned, for example, that plastic bags are | 14:17:33 |
| 8 | something that we look for. | 14:17:38 |
| 9 | Q.   Okay.  So plastic bags, at least, you | 14:17:39 |
| 10 | would agree is public? | 14:17:42 |
| 11 | A.   Yeah, I would say agree that -- | 14:17:43 |
| 12 | Q.   Okay. | 14:17:46 |
| 13 | A.   -- the fact that that model looks for | 14:17:46 |
| 14 | plastic bags is public. | 14:17:50 |
| 15 | Q.   What else in that list of seven items is | 14:17:52 |
| 16 | public? | 14:17:55 |
| 17 | A.   I'm not sure. | 14:17:55 |
| 18 | Q.   You see Lines 27 on Page 17 to Line 1 on | 14:17:57 |
| 19 | Page 18? | 14:18:13 |
| 20 | A.   Yeah. | 14:18:20 |
| 21 | Q.   Where it says that the seven kinds -- the | 14:18:21 |
| 22 | selection of these seven kinds of potential | 14:18:25 |
| 23 | contamination -- | 14:18:27 |
| 24 | A.   Mm-hmm. | 14:18:30 |
| 25 | Q.   -- and the frequency in which they appear | 14:18:30 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    214

```
 1                REPORTER'S CERTIFICATE

 2

 3          I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,

 4   RPR, CRR, in and for the State of California, do

 5   hereby certify:

 6          That prior to being examined, the witness

 7   named in the foregoing deposition was by me duly

 8   sworn to testify the truth, the whole truth and

 9   nothing but the truth and that the witness reserved

10   the right of signature;

11          That said deposition was taken down by me

12   in shorthand at the time and place therein named,

13   and thereafter reduced to typewriting under my

14   direction, and the same is a true, correct and

15   complete transcript of said proceedings.

16          I further certify that I am not interested

17   in the event of the action.

18          Witness my hand this 29th day of August,

19   2024.

20

21

22   _____

23   Certified Shorthand

24   Reporter for the

25   State of California
```