# EXHIBIT 3-3

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3     - - - - - - - - - - - - - -x
 4     ROADRUNNER RECYCLING, INC.,      :
 5              Plaintiff,              :
 6        v.                            :  Civil Action No.
 7     RECYCLE TRACK SYSTEMS, INC.,     :  3:23-cv-04804-WHA
 8     AND RECYCLESMART SOLUTIONS,      :
 9     INC.,
10              Defendants.
11     - - - - - - - - - - - - - -x
12
13         HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
14
15         Videotaped deposition of William Leo Hoarty
16                     Conducted Remotely
17                    September 12, 2024
18                 12:09 p.m., Eastern Time
19
20
21
22     Job No.: 552618
23     Pages: 1 - 241
24     Reported By: Alan H. Brock, RDR, CRR
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                    5

| | | |
|---|---|---|
| 1 | 2024.  Our time on the video monitor is 12:11 p.m. | 12:11:17 |
| 2 | Eastern Time.  The remote videographer today is Brian | 12:11:23 |
| 3 | Krieger, representing Planet Depos.  All parties of | 12:11:28 |
| 4 | this video deposition are attending remotely. | 12:11:31 |
| 5 | If counsel would please identify | 12:11:33 |
| 6 | themselves for the record and state whom they | 12:11:35 |
| 7 | represent. | 12:11:37 |
| 8 | MR. GALICA:  Matthew Galica, from Mintz, | 12:11:38 |
| 9 | on behalf of defendants. | 12:11:40 |
| 10 | MR. MELLEMA:  Joe Mellema, from Jeffer | 12:11:42 |
| 11 | Mangels, on behalf of plaintiff. | 12:11:45 |
| 12 | THE VIDEOGRAPHER:  The court reporter | 12:11:46 |
| 13 | today is Alan Brock, also representing Planet Depos. | 12:11:47 |
| 14 | And the witness will now be sworn. | 12:11:50 |
| 15 | WILLIAM LEO HOARTY, | 12:11:50 |
| 16 | being first duly sworn or affirmed to testify to the | 12:11:50 |
| 17 | truth, the whole truth, and nothing but the truth, was | 12:11:50 |
| 18 | examined and testified as follows: | 12:11:54 |
| 19 | EXAMINATION | 12:12:05 |
| 20 | BY MR. GALICA: | 12:12:06 |
| 21 | Q.   Good morning, Mr. Hoarty.  How are you? | 12:12:12 |
| 22 | A.   I'm fine, thanks.  Good morning -- or good | 12:12:14 |
| 23 | afternoon to you. | 12:12:17 |
| 24 | Q.   Afternoon now.  Could you state your full | 12:12:17 |
| 25 | name for the record and spell your last name. | 12:12:21 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                                6

| | | |
|---|---|---|
| 1  | A. Certainly. My full name is William Leo | 12:12:23 |
| 2  | Hoarty. Last name is spelled H, as in "hotel," | 12:12:27 |
| 3  | o-a-r-t, like "Tom," y. | 12:12:35 |
| 4  | Q. And where do you currently reside? | 12:12:36 |
| 5  | A. I live in Morgan Hill, California. | 12:12:37 |
| 6  | Q. Why can you provide an address, please? | 12:12:40 |
| 7  | A. ▓▓▓▓▓▓▓▓▓▓, in Morgan Hill. And my | 12:12:44 |
| 8  | ZIP code, ▓▓▓▓ | 12:12:51 |
| 9  | Q. And I see from the materials that you've | 12:12:56 |
| 10 | submitted as part of this case that you've been | 12:12:58 |
| 11 | deposed before; is that correct? | 12:13:00 |
| 12 | A. Correct. | 12:13:02 |
| 13 | Q. In fact, a number of times on IP-related | 12:13:03 |
| 14 | matters. Is that fair to say? | 12:13:08 |
| 15 | A. Correct. | 12:13:10 |
| 16 | Q. So you're kind of a veteran at this point, | 12:13:13 |
| 17 | but I'd still like to run through some ground rules | 12:13:17 |
| 18 | for the day. Is that okay? | 12:13:19 |
| 19 | A. Of course. | 12:13:21 |
| 20 | Q. As you know, your testimony today is under | 12:13:21 |
| 21 | oath, as if it were being taken before a judge who | 12:13:24 |
| 22 | will preside over this proceeding. Do you understand | 12:13:27 |
| 23 | that? | 12:13:28 |
| 24 | A. I do. | 12:13:29 |
| 25 | Q. And your testimony today may be presented | 12:13:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024                          78

| | | |
|---|---|---|
| 1 | of a successful and deployable camera system in a | 14:29:43 |
| 2 | harsh environment.  And amongst those -- I am so | 14:29:48 |
| 3 | sorry.  I meant to put that on silent.  It's on | 14:29:54 |
| 4 | silent. | 14:29:58 |
| 5 | And this is just an example.  Other | 14:29:59 |
| 6 | examples were enumerated elsewhere in that section of | 14:30:06 |
| 7 | my report that I was reading. | 14:30:11 |
| 8 | Q.   And how does that express the specialty of | 14:30:15 |
| 9 | the diode?  Explain that again. | 14:30:20 |
| 10 | A.   Each component in the R12 was carefully | 14:30:22 |
| 11 | chosen -- or, sorry, many of the components in R12 | 14:30:25 |
| 12 | were carefully chosen to perform a specific and | 14:30:29 |
| 13 | rare -- generally rare task relative to ordinary | 14:30:33 |
| 14 | electronic systems.  And the diode chosen was one of | 14:30:38 |
| 15 | those specialty products that's not commonly known or | 14:30:43 |
| 16 | used.  So that was along with the many others that I | 14:30:46 |
| 17 | enumerated. | 14:30:55 |
| 18 | Q.   So, then, it would have to be the specific | 14:30:56 |
| 19 | diode that you're saying is part of the trade secret; | 14:30:58 |
| 20 | right? | 14:31:01 |
| 21 | A.   I'm saying that family of diodes is part of a | 14:31:01 |
| 22 | trade secret -- sorry, is part of the design of the -- | 14:31:04 |
| 23 | strike that.  It's part of the design of a specialized | 14:31:09 |
| 24 | product that the RTS team copied to build their | 14:31:14 |
| 25 | device -- design their device, I should say -- design | 14:31:24 |

| | | |
|---|---|---|
| 1 | where it was not in a situation where it could be | 14:57:24 |
| 2 | recharged.  So that's one example. | 14:57:26 |
| 3 | Q.   What was non-obvious about the battery | 14:57:31 |
| 4 | choice? | 14:57:33 |
| 5 | MR. MELLEMA:  Objection, form. | 14:57:35 |
| 6 | A.   The chemistry chosen was not obvious. | 14:57:37 |
| 7 | Q.   Do you know whether or not Compology has | 14:57:42 |
| 8 | disclosed the battery chemistry that it uses publicly? | 14:57:46 |
| 9 | A.   I don't believe it -- I'd have to check my | 14:57:53 |
| 10 | notes.  But I don't believe they advertise the parts | 14:58:01 |
| 11 | they use. | 14:58:08 |
| 12 | Q.   Did you try to figure out whether or not any | 14:58:12 |
| 13 | of the items listed in Paragraph 46 that you identify | 14:58:15 |
| 14 | as being included in the smart camera apparatus trade | 14:58:18 |
| 15 | secret were publicly disclosed by Compology? | 14:58:26 |
| 16 | MR. MELLEMA:  Objection, form. | 14:58:28 |
| 17 | A.   I did read their patents, to be sure I | 14:58:30 |
| 18 | understood what was disclosed in the patents.  I've | 14:58:33 |
| 19 | seen -- I have only seen their presentations to their | 14:58:40 |
| 20 | customers.  I don't believe I've seen any public | 14:58:44 |
| 21 | disclosure of their system and its components. | 14:58:48 |
| 22 | Q.   What patents did you review? | 14:58:54 |
| 23 | A.   They're listed in the exhibits that we gave | 14:58:55 |
| 24 | you, I think.  Let me check. | 14:58:58 |
| 25 | Q.   They're not. | 14:59:01 |

| | | |
|---|---|---|
| 1 | And they were able to ███████████████████████ | 18:04:59 |
| 2 | ████████████████████████████████████████████ | 18:05:04 |
| 3 | ████████████████  Of course, that is with the ████ | 18:05:08 |
| 4 | ████████████████████████████████████████████ | 18:05:12 |
| 5 | ███████████████ | 18:05:16 |
| 6 | And it applies non-obvious information to | 18:05:17 |
| 7 | engineering effort, which would constitute a trade | 18:05:24 |
| 8 | secret. | 18:05:28 |
| 9 | Q.   What's the non-obvious information that you | 18:05:28 |
| 10 | just referenced? | 18:05:31 |
| 11 | A.   I think you'd probably find that in their | 18:05:33 |
| 12 | first sentence.  ██████████████████████████ | 18:05:38 |
| 13 | ████████████████████████████████████████████ | 18:05:41 |
| 14 | ████████████████████████████████████████████ | 18:05:43 |
| 15 | ████████████████████████████████████████████ | 18:05:48 |
| 16 | ████████████████████████████████████████████ | 18:05:54 |
| 17 | ████████████████████████████████████████████ | 18:05:59 |
| 18 | ████████████████████████████████████████████ | 18:06:03 |
| 19 | ██████████████████████████████████████ | 18:06:07 |
| 20 | ██ ██████████████████████████████████████ | 18:06:11 |
| 21 | ██████████████████████████████████████ | 18:06:17 |
| 22 | ███████████ | 18:06:20 |
| 23 | A.   For the chemistry they used, that was not | 18:06:22 |
| 24 | obvious for these thionyl chloride type of lithium, it | 18:06:25 |
| 25 | was not obvious. | 18:06:32 |

| | | |
|---|---|---|
| 1 | Q. ███████████████████████████████ | 18:06:33 |
| 2 | ███████████████████ | 18:06:37 |
| 3 | A.   Right.  In other words -- yes.  I'd be happy | 18:06:38 |
| 4 | to clarify what that means.  But it's obvious to an | 18:06:43 |
| 5 | engineer what they're saying. ████████████████ | 18:06:46 |
| 6 | █ -- in other words, ████████████████████ | 18:06:49 |
| 7 | ████████████████████████████████████ | 18:06:52 |
| 8 | ████████████████████████████. | 18:06:55 |
| 9 | Q. ███████████████████████████████ | 18:06:58 |
| 10 | ████████████ | 18:07:01 |
| 11 | A.   Correct. | 18:07:02 |
| 12 | Q.   You're saying that's non-obvious? | 18:07:02 |
| 13 | A.   Right. | 18:07:05 |
| 14 | Q.   Do you think using a ████████████████ | 18:07:17 |
| 15 | non-obvious? | 18:07:19 |
| 16 | A.   Definitely not obvious. | 18:07:21 |
| 17 | Q.   You've never encountered that in all your | 18:07:24 |
| 18 | years of product design and engineering? | 18:07:28 |
| 19 | A.   That's correct. | 18:07:29 |
| 20 |      MR. MELLEMA:  Objection, form. | 18:07:31 |
| 21 | A.   Actually, let me state it another way.  The | 18:07:31 |
| 22 | problem I'm working on, again, just as a reference, | 18:07:35 |
| 23 | only uses a ████████████████  It's a seven-year | 18:07:37 |
| 24 | battery, but it's huge.  So ████████████ are well | 18:07:41 |
| 25 | known. ████████████████████████████████ was a | 18:07:45 |

| | | |
|---|---|---|
| 1 | surprise to me, and I do know a lot about batteries. | 18:07:48 |
| 2 | Q.   And Compology kept it confidential that they | 18:07:57 |
| 3 | used lithium thionyl chloride batteries? | 18:08:00 |
| 4 | A.   What they kept confidential was the chemistry | 18:08:02 |
| 5 | of the ███████████████████████████████████████ | 18:08:07 |
| 6 | ████████████████████████████████████████████ | 18:08:10 |
| 7 | ██████████████████████████████████ | 18:08:14 |
| 8 | ████████████████████████████████████████████ | 18:08:18 |
| 9 | █████████████████████████████████████ | 18:08:20 |
| 10 | ████████████████████████████████████████████ | 18:08:24 |
| 11 | ████████████████████ -- the presumption could be -- | 18:08:28 |
| 12 | Anyway, it would not ██████████████████ | 18:08:32 |
| 13 | ████████████████████████████ as they call it. | 18:08:37 |
| 14 | Q.   Let's go to Paragraph 65, which is on Page | 18:09:06 |
| 15 | 32.  It's in your Optical Assembly and Design of a | 18:09:13 |
| 16 | Smart Waste Container Mounted Device section.  Do you | 18:09:20 |
| 17 | see that? | 18:09:21 |
| 18 | A.   I do. | 18:09:21 |
| 19 | Q.   What in Paragraph 65 is part of the optical | 18:09:29 |
| 20 | assembly trade secret? | 18:09:34 |
| 21 | MR. MELLEMA:  Objection, form. | 18:09:35 |
| 22 | A.   I'm reading my declaration.  I'll answer in | 18:09:39 |
| 23 | one moment. | 18:09:43 |
| 24 | I don't have much to add to what is there. | 18:10:15 |
| 25 | The effort is one of the iterative processes to find | 18:10:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of William Leo Hoarty
Conducted on September 12, 2024

159

| | | |
|---|---|---|
| 1 | an optimal field of view and focal length, so that | 18:10:24 |
| 2 | both the machine learning could be happy as well as | 18:10:28 |
| 3 | humans who are doing the manual tagging or | 18:10:31 |
| 4 | verification of the image.  And it represents | 18:10:39 |
| 5 | engineering that was not immediate or obvious. | 18:10:47 |
| 6 |     Q.   So the fourth line says, "The camera lens is | 18:10:52 |
| 7 | a ▇▇▇▇▇▇▇▇ with an optimal FOV and focal | 18:10:55 |
| 8 | length."  Do you see that? | 18:10:59 |
| 9 |     A.   Yes. | 18:11:00 |
| 10 |     Q.   So I'm going to try these with a series of | 18:11:01 |
| 11 | yes-or-nos.  So the optical assembly trade secret | 18:11:04 |
| 12 | needs to include a ▇▇▇▇▇▇▇; correct? | 18:11:22 |
| 13 |         MR. MELLEMA:  Objection, form. | 18:11:25 |
| 14 |     A.   No, it doesn't.  But you would -- no, it | 18:11:29 |
| 15 | doesn't. | 18:11:32 |
| 16 |     Q.   Okay, so what's confusing to me is, you just | 18:11:33 |
| 17 | said 65 describes the trade secret, and then I asked | 18:11:37 |
| 18 | you if a portion of 65 is part of the trade secret, | 18:11:42 |
| 19 | and you said no.  So can you specifically point to | 18:11:48 |
| 20 | me -- point me where in the Paragraph 65 is the | 18:11:54 |
| 21 | optical assembly trade secret or part of it? | 18:11:58 |
| 22 |         MR. MELLEMA:  Objection, form. | 18:12:07 |
| 23 |     A.   You asked me if it was required.  You could | 18:12:07 |
| 24 | use a ▇▇▇▇▇  It would be crazy, because it would | 18:12:09 |
| 25 | fail on you in a couple of months.  But you could use | 18:12:14 |

```
1              CERTIFICATE OF COURT REPORTER
2
3              I, Alan H. Brock, Registered Diplomate
4    Reporter and Notary Public, the officer before whom
5    the foregoing deposition was taken, do hereby certify
6    that the foregoing transcript is a true and correct
7    record of the testimony given; that said testimony was
8    taken by me stenographically and thereafter reduced to
9    typewriting under my supervision; that reading and
10   signing was not requested; and that I am neither
11   counsel for nor related to nor employed by any of the
12   parties to this case and have no interest, financial
13   or otherwise, in its outcome.
14              IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 16th day of
16   September, 2024.
17              My commission expires March 25, 2027.
18
19
20
21   _____
22   Alan H. Brock, RDR, CRR
23
24
25
```