1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:    (949) 623-7200
   Facsimile:    (949) 623-7202
9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:    (310) 203-8080
12 Facsimile:    (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S CORRECTED RESPONSE TO DEFENDANTS RECYCLE TRACK SYSTEMS, INC. AND RECYCLESMART SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |
| | Complaint Filed:  August 4, 2023 |
| | Trial Date:  December 9, 2024 |

72798323v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

Pursuant to Local Rule 79-5(c)(1), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Document | Portions to Be Sealed |
|---|---|
| Exhibit F to Declaration of Matthew S. Galica in Support of Defendants' Motions *in Limine, i.e.,* excerpted August 15, 2024 deposition transcript of Timothy (Jay) Longson | Yellow highlights |
| Exhibit 1 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion *in Limine* No. 2 | Yellow highlights |
| Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion in Limine No. 3 | Yellow highlights |
| Exhibit 1 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion in Limine No. 3 | Yellow highlights |
| Exhibit 2 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion in Limine No. 3 | Yellow highlights |
| Exhibit 3 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion in Limine No. 3 | Yellow highlights |

1   SO ORDERED.

2  DATED:

3                                          By: _____
4                                          THE HONORABLE WILLIAM H. ALSUP
                                           SENIOR DISTRICT COURT JUDGE

72798323v1