**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (DKT. NO. 204)** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | Case Assigned to Honorable William H. Alsup Courtroom 12 |
| | Complaint Filed:   August 4, 2023<br>Trial Date:             December 9, 2024 |

1

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (DKT. NO. 204) (CASE NO. 3:23-CV-04804-WHA)

Pursuant to Civil L.R. 79-5(f), Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions Inc. (collectively, "Defendants") have filed a statement and an accompanying declaration in response to Plaintiff's Motion to Consider Whether Defendants' Material Should Be Sealed (Dkt. No. 204). Having considered Defendants' submissions, the Court **GRANTS** Defendants' requests to seal as set forth in Defendants' statement and **ORDERS** sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Unredacted Version of Mellema Decl. Ex. H, *i.e.*, excerpts of Reply Expert Report of Dr. Philip Greenspun | Yellow Highlights, *i.e.*, Defendants' Proposed Redactions | Defendants |

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE WILLIAM ALSUP
SENIOR U.S. DISTRICT COURT JUDGE

2
[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (DKT. NO. 204) (CASE NO. 3:23-CV-04804-WHA)