# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2

 3    _____   )
                                          )
 4    ROADRUNNER RECYCLING, INC ,         )
                                          )
 5             Plaintiff,                 )
                                          )
 6        vs.                             ) Case Number
                                          ) 3:23-cv-04804-WHA
 7                                        )
                                          )
 8    RECYCLE TRACK SYSTEMS, INC.,        )
      RECYCLESMART SOLUTIONS,             )
 9    INC.,                               )
                                          )
10             Defendants.                )
      _____   )
11

12

13

14     Videotaped Deposition of DR. PHILIP GREENSPUN

15     taken in the above-captioned cause, remote via

16     Zoom, before Rachel F. Gard, CSR, CCR, RPR, CRR,

17     Notary Public, commencing at the hour of

18     8:08 a.m. Pacific on Friday, October 11, 2024.

19

20

21

22

23

24

25
```

DR. PHILIP GREENSPUN                                JOB NO. 1225675
OCTOBER 11, 2024

1   design issues and also mechanical design, I guess,
2   of the case and so forth, but I wasn't aware of
3   what he was doing.  And since I received the
4   sensors in the mail, I decided to take them apart.
5        Q  And do you intend to offer any opinions
6   about those at trial?
7        A  I don't know, you know.  When I go to
8   trial, I'll just answer the questions that are
9   asked.  I don't have any expectation of what I
10  might be asked at trial.
11       Q  Well, your expert report covers some of
12  the tear-downs you did, correct?
13       A  Yes.
14       Q  And you didn't speak to Mr. Baker at all
15  about this?
16       A  I did not.  I hope he doesn't contradict
17  what I wrote.  If he does, you should probably
18  take his word over mine but ...
19       Q  Why is that?
20       A  Well, I thought he has more experience.  I
21  mean, I have experience teaching electronic design
22  and designing hardware but, you know, I was told
23  that he might have more than I do, so anyway.  If
24  there's a discrepancy between my analysis and his,
25  I'll gladly defer to him.

1  Q  When you say you were told he may have
2  more experience than you do, who told you that?
3  A  Maybe Mr. Casey.  I don't know.  Somebody
4  at Mintz, but I don't know.  Maybe I just dreamed
5  it up.  If he's the hardware expert, I assume he
6  knows more about hardware than I do.
7  Q  When you say he's the hardware expert,
8  what do you mean by that?
9  A  I thought, I mean, I could be wrong, but I
10 thought he was the person on the RTS side who was
11 primarily responsible for answering questions
12 regarding the hardware.
13 Q  And how did you get that understanding?
14 A  Again, from attorneys at Mintz.
15 Q  And do you know why you then went ahead
16 and put in your report the tear-downs you did of
17 the Compology and Pello cameras?
18 A  Well, it makes sense for me to develop an
19 overall understanding of the system from end to
20 end, and I did look at the software that's on the
21 device.  So as long as we had enough devices, I
22 think it makes sense for me to have looked at the
23 hardware on which the firmware would run and also
24 be able to say that, you know, I've seen the code
25 from the servers.  I've seen the hardware that is

 1        A   I think I might have seen his first
 2   report, now that I think about it, but I don't
 3   think I've seen any subsequent reports.
 4        Q   Do you remember how you received his first
 5   report?
 6        A   It would have been an email from a Mintz
 7   attorney.
 8        Q   Do you know if that was the final report
 9   or a draft report?
10        A   I don't remember.
11        Q   Do you still have that report?
12        A   I'm not sure.
13        Q   Did you review that report?
14        A   Like I said, I have only a dim memory of
15   it.  You know, it wasn't really relevant to me,
16   except maybe out of curiosity.  But, you know, my
17   opinions are my own opinions.  So Mr. Baker, I
18   guess, you know, he's got his own corner of the
19   case to deal with.  And if he has a different
20   opinion than mine, then it's probably just because
21   he looked at some other area of the system.
22        Q   Did you look at his report for background?
23        A   Not for background because I don't think I
24   got it until the end or maybe even after the end
25   of my work on my own opening report.

C E R T I F I C A T E

I, RACHEL F. GARD, CSR, CCR, RPR, CRR, within and for the States of Illinois, Michigan, and Nevada do hereby certify:

That DR. PHILIP GREENSPUN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of October, 2024.

_____
RACHEL F. GARD, CSR, CCR, RPR, CRR
IL-CSR No. 084-003324
MI-CSR No. 9315
NV-CCR No. 1010
Registered Professional Reporter
Certified Realtime Reporter
Indiana Notary Pubic
Michigan Notary Public