# EXHIBIT E

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.,<br><br>    Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY** |

## REPLY EXPERT REPORT OF R. JACOB BAKER, PH.D., P.E.

V.  **OPINIONS**

   A.  **The SDTC and IRAP Reports Are Evidence of the Independent Development of the Pello System**

   17.   Mr. Hoarty claims without any evidence or analysis that the SDTC and IRAP project documents are not evidence of the independent development of the Pello System. *See* Hoarty Opposition Report at ¶¶29-40. I disagree. Further, Mr. Hoarty summarily dismisses the documents as lacking detail and lacking details of hardware requirements. *Id.* As an initial matter, I do not understand how Mr. Hoarty can claim how hundreds of pages of documents chronicling the development of the Pello system lack detail.

   18.   The reports do show significant details of hardware and software requirements. For example, RTS lays out the requirements in the SDTC proposal and other SDTC documents.

> The new sensor will integrate ultrasonic sensors and a camera sensor together in a single package communicating over cellular to the Cloud. The three ultrasonic sensors are each capable of transmitting and receiving ultrasonic signals so both independent directional and phased array signalling is possible to determine bin content levels. The sensors will send information on bin fill levels as well as bin current content photos back to the cloud multiple times a day. Cloud based systems used on the photos will allow an Artificial Intelligence/ Machine Learning tool to be trained to automatically indicate when "contamination" materials have been emptied into the bin. The ultrasonic sensors output can be used to automatically correlate and train the AI on bin fullness levels based on the returned photos.

RTS_00263020 at RTS_00263028.

> **Sensor part of the Technology**
>
> Battery Lifetime – 8 to 10 years
> Data Access – 3G, LTE, WIFI
> Sensors – Ultrasonic Array (3 sensors), Camera, Temperature, Accelerometer (tilt angle, collection event)
> GPS will be in units but may not critical as cell tower triangulation location has worked
>
> Hard outputs
> - Current level of bin including "full"
> - Photograph of what is in the bin currently
> - Bin pickup up indication
> - Battery level
> - Temperature (if over set point)
> - Bin tilt
>
> Calculated outputs

### B. The Differences Between the Compology Camera Systems and the Pello Camera Are Indeed Material

#### 1. The Inclusion of the Ultrasonic Sensors, External Antennas, and a Daughter Boar are Relevant Hardware Components of the Pello Device

22. Mr. Hoarty claims that the inclusion of the ultrasonic sensors, external antennas, and a daughter board are features of the Pello device that are irrelevant. *See* Hoarty Opposition Report at ¶¶43-49. I disagree. The inclusion of the ultrasonic sensors, external antennas (instead of internal antennas like the Compology devices) and a daughter board materially alter the configuration of the physical components of the Pello device. I rebut each of Mr. Hoarty's arguments below.

##### a. Ultrasonic Sensors

23. Mr. Hoarty contends that the ultrasonic sensors are an irrelevant feature of the Pello device. *See* Hoarty Opposition Report at ¶¶43-46. I disagree. As I noted in my opening report, the inclusion of the three ultrasonic sensors influences many of the design choices that went into the Pello device, including the connection and configuration of all the other hardware components inside the Pello device. These design choices are reflected in the configuration and shape of the main PCBA as well as the packaging of the Pello device both of which Mr. Hoarty claims are substantially similar.

24. And I have never claimed that an ultrasonic sensor has ever been used "to determine the identity or content of a waste container," so Mr. Hoarty's baseless argument to the contrary should be disregarded. *See* Hoarty Opposition Report at ¶45.

25. Finally, Mr. Hoarty's arguments that the Pello system was derived from an R12 camera system should be disregarded because the hardware components and the configuration of those components are in the public domain and cannot be a trade secret. As I noted in my

9

Compology devices.  Mr. Hoarty dismisses my argument by claiming any differences are "immaterial" because they provide the same functionality.  *See* Hoarty Opposition Report at ¶63.  However, it is undisputed that the wireless communication module in the Pello device is different than the Compology devices.  And as I noted in my rebuttal report, Compology's alleged smart camera apparatus trade secret including the wireless communication module is in the public domain, and therefore should not be afforded trade secret protection.  *See* Baker Rebuttal Report at ¶¶59-66.

### C. Compology's Alleged Trade Secrets Are In the Public Domain

44. Mr. Hoarty disputes that Compology's alleged trade secrets are in the public domain.  *See* Hoarty Opposition Report at ¶¶64-81.  As I noted in my rebuttal report, Compology's alleged smart camera apparatus trade secret is in the public domain, and therefore should not be afforded trade secret protection.  *See* Baker Rebuttal Report at ¶¶59-66.  After watching Mr. Chehebar's video performing a teardown of the R11 device and explaining the primary components of the R11 device, Mr. Hoarty cannot credibly claim that the smart camera apparatus trade secret is not in the public domain.

### VI. CONCLUSION

45. Based on my review of the evidence, and Mr. Hoarty's reports, it is my opinion that RoadRunner has failed to identify any alleged trade secret that should be afforded trade secret protection, RTS did not have the requisite access to misappropriate the alleged trade secrets, and the alleged trade secrets are in the public domain.  Further, it is my opinion that the Pello device was independently developed as evidenced by the detailed documents from the SDTC and IRAP projects as well as meaningful differences in hardware components and the configuration of those components in the Pello and Compology devices.

Dated: September 20, 2024

_____
R. Jacob Baker, Ph.D.