# EXHIBIT F-R

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | |
| Plaintiff, | Case No. 3:23-cv-04804-WHA |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., | |
| Defendants. | |

**OPENING EXPERT REPORT OF PHILIP GREENSPUN, PH.D.**

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*Id.*



*See* RTS_00191983 at RTS_00191988.

## VIII.    ROADRUNNER AND PELLO DEVICE TEARDOWNS

111.    In August 2024, I was provided physical samples of the RoadRunner products at issue in this case. In order to better understand the devices, I disassembled each device and took pictures to document the hardware in each RoadRunner and Pello device.  I began my teardowns

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

with the RoadRunner devices.  I then disassembled the Pello device and saw that the hardware components are substantially different, which suggests that the device was developed independently.

### A.    The RoadRunner Devices

112.    First, I disassembled a device marked "Compology R13." A similar device is available on eBay for anyone willing to spend $100 and, therefore, it is my opinion that anything that can be learned from the kind of disassembly process that I undertook cannot be a trade secret:



*See* RTS_00333374

The disassembly that I conducted was done with Torx screwdrivers, sets of which are available from Amazon.com for less than $20.  *See* RTS_00340835.  Below is the Compology R13 device as I received it, held together with four Torx T20 screws:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340983– 2024-08-06 12.05.44-1.jpg.

     113.    This is the label that is visible through a clear plastic outer housing:



*See* RTS_00340988 – 2024-08-06 12.12.38.

     114.    I note that this device on the FCC website has a label of "R13L".

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



Figure 3. Picture of R13L with label visible on bottom side

*See* RTS_00334160 at RTS_00334162.

115.   The R13 device consists of the following components:

- a primary circuit board of electronics

- a camera

- a ████████████████████ that contains an ████████

- a ██████████████████████

116.   My understanding is that the ████████████████ is claimed as a trade secret.

The ████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340990– 2024-08-06 12.19.59.jpg.

I was able to quickly find information regarding the ███████████ on the ███ web site and it matched the ███████████ description on the label inside the Compology R13:



HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340880.

      Regarding the ███████ portion of the battery pack, a quick Google search is sufficient to learn that this refers to a ████████████████████ that will be ██████████████ ███████████

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00341541.

For the person unfamiliar with why it would make sense to  a quick Google search suffices to find an explanatory page and, therefore, ▮▮▮ cannot be considered a trade secret. For example, this article recommends ▮▮▮ ▮▮▮ for "IoT applications," short for Internet of Things, a category into which a garbage sensors falls. *See* RTS_00341545.

The main circuit board is not potted for protection against reverse engineering, nor have any of the labels on the integrated circuits been removed. Thus, it is easy for anyone who purchased this device to see that a SARA-R4-series mobile data modem and ▮▮▮ ▮▮▮ are on the board and that a 2JS10 antenna[10] is used.

---

[10] https://www.2j-antennas.com/antennas/single-internal-antennas/2js10-gps-glonass-qzss-galileo-18-18-4-ceramic-antenna/305.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340986 – 2024-08-06 12.11.38.jpg.  The SARA-R4-series includes a mobile data modem for the devices to communicate over cellular networks.  *See* RTS_00341540. The ▮ ▮▮▮▮▮▮▮▮▮▮▮▮ is a ▮▮▮▮▮▮▮ so the device can report its position.  *See* RTS_00340890.  I understand the 2JS10 antenna is an onboard antenna that is internal to the device.  *See* RTS_00340796.  Based on the fact that I was able to find these components at large distributors such as Mouser and Digikey and with standard prices in quantities of 500, it is fair to characterize these as common and infer that they are included in thousands of other devices.

117.    The underside of the circuit board is similarly unprotected from inspection and analysis.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340991 – 2024-08-06 12.20.18.jpg.

118.    The ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    *See* RTS_00341543.

119.    I disassembled an additional "R13" device that had a different camera mount and a steel plate protecting the camera.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340994– 2024-08-07 17.50.34.jpg.

120.    Once opened with Torx drivers, I found that this contained the same circuit board as the above-described R13:



*See* RTS_00341000– 2024-08-07 17.52.34.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

121.    The device contained the same ███████████████ as the above-described R13.

122.    I turned my attention next to a "RoadRunner R13S" device. This device contained what appears to be an identical main circuit board to the R13 device with the same "BOM 400-0015 REV" label. The board contains the same ███████████████████████ ████████ etc. As with the R13 device, no attempt was made to cover the board in epoxy or remove the labels on the various components. The power pack is the ███████████████ ████████████████ with the same electrical specifications. A Torx T8 driver was required to complete the disassembly. The use of a different size Torx screw cannot be anyone's trade secret since U.S. Patent 3,584,667 on the Torx system was published in 1971.



*See* RTS_00341006 – 2024-08-06 18.19.19.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00341008– 2024-08-06 18.19.35.jpg.



*See* RTS_00341009– 2024-08-06 18.22.17.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00341010 – 2024-08-07 10.14.45.jpg.



*See* RTS_00341011 – 2024-08-07 10.16.21.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00341012 – 2024-08-07 10.16.37.jpg.

123.    Mr. Jay Longson, a RoadRunner corporate designee, testified that the R13, R13L which I received labeled as a R13, and R13S all have the same printed circuit board and supporting circuitry.

| | | |
|---|---|---|
| 3 | Q.   But it's the same antenna; correct? | 14:43:40 |
| 4 | A.   Yes.  R13, R13L and R13S all have the same | 14:43:42 |
| 5 | main printed circuit board that contains the | 14:43:51 |
| 6 | antennas and all of the matching networks and | 14:43:56 |
| 7 | adjacent supporting circuitry. | 14:44:05 |

*See* Deposition Transcript of Timothy Jay Longson, Corporate Designee & Individually at 145:4-7.

124.    I went back to what I believe is an earlier device, the R12:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340972– 2024-08-07 17.36.58.jpg.



*See* RTS_00340973– 2024-08-07 17.37.06.jpg.

125.    It contained a ███████████ and a different main circuit board layout:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340974– 2024-08-07 17.38.34.jpg.

126.    Once ███████████ was revealed to be an ███████████

Based on the voltage (the same as a ███████, the capacity ████████████

and the geometry ███████ it is straightforward to infer that the plastic depicted below is

wrapped around ██████████████████ *See* RTS_00340880.



*See* RTS_00340976 – 2024-08-07 17.38.54.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

127.    The main circuit board was, once again, neither protected from inspection via epoxy potting nor protected from reverse engineering via removal of chip labels.



*See* RTS_00340978– 2024-08-07 17.45.11.jpg.



*See* RTS_00340980– 2024-08-07 17.46.37.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

128.    The label on the circuit board, 400-0010 REV, suggests that this is an earlier version of the ██████████ found in the R13 units described above. The same mobile data modem is used, this time with an ████████████████████████████████



*See* RTS_00340981– 2024-08-07 17.47.36.jpg.

129.    An ██████████████████████████████████████ ████████████████ are used, just as in the R13. A different antenna for cellular data communications is used.  *See* RTS_00341013. The ████████████████████ ████████████████████  *See* RTS_00341783.  Both of these antennas are internal to the unit.

130.    The R11 unit that was supplied to me contains two cameras, ██████████████ ██████ and, thus, the extraction of at least some depth information from the resulting images.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340960– 2024-08-07 18.16.07.jpg.



*See* RTS_00340961 – 2024-08-07 18.16.1.jpg.  I understand the "VZW" in the model name refers to Verizon Wireless.  I also understand that the R11 device is featured on a Verizon Wireless website, and the page reveals several components within the device.  *See*

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

RTS_00335965.  In my opinion, this is further evidence that RoadRunner did not take the necessary steps to protect what it now says are trade secrets.

131.    Once opened, a battery was revealed with all the supplier's markings intact underneath a sticker:



*See* RTS_00340962– 2024-08-07 18.17.35.jpg.

132.    The circuit board shows a similar overall architecture to the R13 units described above. The chip marked ██████████ is a cellular data modem. The board contains an ████ ██████████████████████████████████████████████████████████ *See* RTS_00341481.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340964 – 2024-08-07 18.17.51.jpg.

133.    The back of this circuit board is marked "BOM 400-0001 REV".

134.    



*See* RTS_00340967– 2024-08-07 18.24.18.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340966– 2024-08-07 18.18.52.jpg.

135.    The RoadRunner devices all contained similar common well-known hardware components that one would expect to find in many other IoT devices and, thus, the use of these components does not qualify as a trade secret.

**B.    The Pello Device**

136.    After I performed teardowns on each of the RoadRunner devices, I turned my attention to the Pello device I was provided.  Looking at the outside packaging, I noted that it looked substantially different than any of the RoadRunner devices.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340946 – 2024-08-07 17.57.13.jpg.  Because ultrasonic sensors detect fill level more reliably than other types of sensors, I understand RTS chose ultrasonic sensors which are visible when I examine the packaging.  The use of ultrasonic sensors, which none of the RoadRunner devices include, makes the packaging and outside much different than any of the RoadRunner devices.  *Compare* the Pello device with the RoadRunner devices.  This independent design decision alone makes the Pello device substantially different than all the RoadRunner devices.  But the differences do not end there.

137.    Once opened, it was clear that the Pello device contains a camera and three ultrasonic sensors:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340949– 2024-08-07 18.05.40.jpg.  The above photo demonstrates that the inside of

the Pello device is nothing like any of the RoadRunner devices.

138.     Simply from the markings on the plastic surrounding the battery pack, it is

possible to see that ████████████████████████████████████████████

██████████████████████

139.     The connectors on the printed circuit board for the ultrasonic sensors are clearly

labeled "US1" through "US3":

71

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340951– 2024-08-07 18.06.31.jpg.  The design decision to include the ultrasonics sensors makes the inside of the Pello device substantially different because the ultrasonic sensors influenced the cut outs on the main circuit board.  I note that none of the RoadRunner devices have similar cutouts because none of the RoadRunner devices include ultrasonic sensors.

140.     Flipping the main circuit board over, one can see the Quectel mobile data modem, a different brand from the mobile data modem that had been chosen for the RoadRunner devices. The board also contains a SIM card, which is required by the GSM telephony standard (1987), and various other plainly labeled integrated circuits. As with the RoadRunner devices, no part of the board was covered in epoxy for protection against inspection or reverse engineering.

141.     A smaller circuit board contained a conventional STM microcontroller and memory as well as a connection to a camera:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340952 – 2024-08-07 18.06.55.jpg.



*See* RTS_00340956 – 2024-08-07 18.11.13.jpg.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

142.    The Pello camera was supplied by VVDN, a company that offers to do all the

image processing and AI/ML (artificial intelligence and machine learning) work that

RoadRunner claims as a trade secret:

> VVDN has unmatched expertise in the world of vision, delivering on the most cutting-edge camera-based solutions for our customers. Our vision team comes with proven and deep expertise in dual-sensor integration, calibration, image tuning, AI/ML, data modeling, edge computing, which help customers deliver increasingly sophisticated and secured solutions. VVDN's services span across several aspects of industry-quality vision solutions starting from product hardware design to mechanical design, system firmware development to device connectivity with cloud platforms, security architecture, testing, and use-case-based analytics that include AI and ML-based strategies for data-driven business logic and manufacturing services. With its reusable software frameworks, IPs and components, VVDN can help customers with effective and accurate vision solutions powered with AI and Deep Learning in a faster time to market.

*See* RTS_00339997.

143.    Substantially the same text is present on a November 1, 2020 version of the page

from the Internet Archive:

> VVDN has unmatched expertise in the world of vision, delivering on the most cutting-edge camera based solutions for our customers. Our vision team comes with the proven and deep expertise in dual sensor integration, calibration, image tuning, AI/ML, data modeling, edge computing which helps customer deliver increasingly sophisticated, and secured solutions. VVDN's services span across several aspects of industry-quality vision solutions starting from product hardware design to mechanical ID design, system firmware development to device connectivity with cloud platforms, security architecture, testing and use-case based analytics that includes AI and ML based strategies for data driven business logic and manufacturing services. With its reusable software frameworks, IPs and components, VVDN can help customers with effective and accurate vision solutions powered with AI and Deep Learning in a faster time to market.

*See* RTS_00339997.

144.    In other words, if either party in this matter had wished to outsource its machine

learning and image processing software development, VVDN was ready to take over those parts

of the project.

145.    The main circuit board contains connectors for external mobile data ("cell") and

GPS antennae:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340955– 2024-08-07 18.10.59.jpg.

146.    These poke through the case and are secured by nuts and washers that I removed with a conventional socket from a homeowner's socket set. Note that the ability to connect to an external connector is a significant technical advantage for the Pello device compared to the RoadRunner devices with respect to reliability of connectivity. The RoadRunner devices relied on ███████████████████████████████████████ To the extent that the devices were installed inside a metal container, for example, these antennae would not be able to connect to mobile data networks nor receive signals from GPS satellites. The Pello device, by contrast, could be connected by coaxial cable (like what carries a cable TV signal to a house) to an external antenna:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00340959 – 2024-08-07 18.15.29.jpg.

147.    I note that, like the RoadRunner devices, the Pello device uses an assortment of off-the-shelf hardware components that are offered for sale in quantities of 500 and likely included in similar IoT devices.  The hardware components in the Pello device are substantially different than the hardware components used in the RoadRunner devices, however.  Beginning with the packaging of the devices and the cutouts of the main circuit board that were both heavily influenced by the inclusion of the ultrasonic sensors, the Pello device and the RoadRunner devices are fundamentally different because the hardware components are different across the devices.

## IX.    FUNDAMENTAL DIFFERENCES BETWEEN THE COMPOLOGY SENSOR AND THE PELLO SENSOR SOFTWARE (TECHNICAL DOCUMENTS AND SOURCE CODE) AS A RESULT OF INDEPENDENT INNOVATION AND DEVELOPMENT

148.    The RoadRunner/Compology system uses ███████████████████ resident on in-container devices. The software on the server communicating with the devices and with users is primarily in ███████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

hardware components such as the smart camera apparatus, optical assembly and design, firmware such as its image processing techniques implemented in the camera apparatus, training data, machine learning models, an AI system implementing the machine learning models, and algorithms and processes to generate data, analysis, and recommendation to customers, including fullness, emptiness, contamination, schedules, data ingestion efficiencies, and location analysis of waste containers" is itself a trade secret.  The Pello system is substantially different than RoadRunner's overall waste metering system.  As described above, RTS' overall multi-sensor is fundamentally different than the RoadRunner sensors.  Further, as described above, RTS' overall software system is quite different from RoadRunner's overall software system.

## XI.    CONCLUSION

207.    RoadRunner/Compology and RTS were both able to develop functional systems in the general area of "smart waste containers." However, there is no evidence that the RoadRunner system influenced the RTS system.  Based on the evidence, the Pello and RoadRunner systems are substantially different.  Because of these differences and based on the evidence, it is clear to me that RTS developed the Pello system independently.


 Dated: August 30, 2024

_____
 Philip Greenspun, Ph.D.

104