1  JEFFER MANGELS BUTLER &
   MITCHELL LLP
2  STANLEY M. GIBSON (Bar No. 162329)
   *sgibson@jmbm.com*
3  JAMES NEUDECKER (Bar No. 221657)
   *JNeudecker@jmbm.com*
4  2 Embarcadero Center, 5th Floor
   San Francisco, CA 94111
5  Telephone:    (415) 398-8080
   Facsimile:    (415) 398-5584
6
   JOSEPH J. MELLEMA (Bar No. 248118)
7  *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
8  Irvine, California 92614-2592
   Telephone:    (949) 623-7200
9  Facsimile:    (949) 623-7202

10 LENA STREISAND (Bar No. 339021)
   *lstreisand@jmbm.com*
11 1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
12 Telephone:    (310) 203-8080
   Facsimile:    (310) 203-0567
13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC.,S <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed:   August 4, 2023 <br> Trial Date:   December 9, 2024 |

Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") and Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively, "Defendants," and together with RoadRunner, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(2) and the Settlement Agreement between the Parties, RoadRunner hereby dismisses its claims against Defendants with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: December 3, 2024

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER
JOSEPH J. MELLEMA
LENA STREISAND

By:  */s/ Stanley M. Gibson*
STANLEY M. GIBSON
Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

DATED: December 3, 2024

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
ARAMEH ZARGHAM O'BOYLE
JAMES M. WODARSKI
MICHAEL C. NEWMAN
MATTHEW S. GALICA
JAMES J. THOMSON
SEAN M. CASEY
TIANYI TAN
STEPHEN CHEN
AMY LOBUE

By:  */s/ Matthew S. Galica*
MATTHEW S. GALICA
Attorneys for Defendants RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC.