1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:    (949) 623-7200
   Facsimile:    (949) 623-7202

9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, CA 90067-4308
   Telephone: (310) 203-8080
12 Facsimile: (310) 203-0567

13 Attorneys for Plaintiff
   ROADRUNNER RECYCLING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:   August 4, 2023<br>Trial Date:             December 9, 2024 |

72806983v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

1   Before the Court is the Stipulation of Dismissal filed by Plaintiff RoadRunner Recycling,
2   Inc. and Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. In light of the
3   Stipulation, which the Court accepts and acknowledges, and pursuant to Rule 41(a)(2), all pending
4   claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**,
5   each party to bear its own attorneys' fees and costs.
6       SO ORDERED.

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE