JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*jneudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:   (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiff
ROADRUNNER RECYCLING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RECYCLE TRACK SYSTEMS, INC.,<br>RECYCLESMART SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-04804-WHA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　August 4, 2023<br>Trial Date:　　　　December 9, 2024 |

1    Before the Court is the Stipulation of Dismissal filed by Plaintiff RoadRunner Recycling,
2 Inc. and Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. In light of the
3 Stipulation, which the Court accepts and acknowledges, and pursuant to Rule 41(a)(2), all pending
4 claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**,
5 each party to bear its own attorneys' fees and costs.
6    SO ORDERED.

**Dated: December 3, 2024**        By: _____
                                   THE HONORABLE WILLIAM H. ALSUP
                                   SENIOR DISTRICT COURT JUDGE