UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC. and RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | No. C 23-04804 WHA <br><br> **NOTICE RE PENDING MOTIONS TO SEAL** |

Parties voluntarily dismissed the action (Dkt. No. 222). Nonetheless, the district court retains jurisdiction over the pending motions to seal the presumptively public records in this case (*cf.* Dkt. No. 70 ¶ 8). *Brennan v. Opus Bank*, 796 F.3d 1125, 1126, 1134 (9th Cir. 2015).

The district court will soon rule on the pending sealing motions (and supporting and opposing declarations) (i.e., Dkt. Nos. 104 (& 115), 114 (& 121), 120, 123 (& 128–29), 131 (& 135–36, 139), 133 (& 137, 140, 152, 162), 134, 135 (& 136, 139), 143, 144 (& 160), 146 (& 151), 147 (& 161), 158 (& 164, 170), 159, 167 (& 177, 183), 178 (& 183), 186, 188, 198 (& 217), 204 (& 221), 206 (& 212), 209 (& 219)). The prior sealing orders set out the standards, and warned that overbroad sealing requests may be rejected in toto (Dkt. Nos. 93, 112).

In light of the case's substantive developments, to the extent a party whose material was requested to be sealed wishes to withdraw, pare down, or meaningfully revise any requests (*cf.* Dkt. No. 93 at Part 4), it should please do so by **WEDNESDAY, DECEMBER 18, 2024, AT NOON.**

Dated: December 4, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE