JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:     (949) 623-7200
Facsimile:      (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:      (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA <br><br> **MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** <br><br> Complaint Filed:  August 4, 2023 <br> Trial Date:           December 9, 2024 |

1    Pursuant to Local Rule 79-5(f), Plaintiff RoadRunner Recycling, Inc. ("RoadRunner")
2 respectfully submits this motion to consider whether material designated as confidential by
3 Defendants Recycle Track Systems, Inc. and RecycleSmart Solutions, Inc. (collectively,
4 "Defendants") should be sealed.  Specifically, RoadRunner seeks to file the following documents
5 provisionally under seal (collectively, "Defendants' Materials"):

| Description | Portions to be Sealed | Designating Party |
|---|---|---|
| **Exhibit Q** to Mellema Declaration, Plaintiff's Opposition to Defendants' Motion For Summary Judgment | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit R** to Mellema Declaration, excerpts from the deposition of Timothy (Jay) Longson | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit S** to Mellema Declaration, excerpts from the deposition of W. Leo Hoarty, Vol. I | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit T** to Mellema Declaration, excerpts from the deposition of Justin Armstrong | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit U** to Mellema Declaration, excerpts from the deposition of Graham Rihn | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |

| | | |
|---|---|---|
| **Exhibit V** to Mellema Declaration, excerpts from the deposition of R. Jacob Baker | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | |
| **Exhibit W** to Mellema Declaration, unredacted version of the Opening Expert Report of W. Leo Hoarty (Hoarty Decl. Ex. A) | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit X** to Mellema Declaration, unredacted version of the Opposition Expert Report of W. Leo Hoarty (Hoarty Decl. Ex. B) | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit Y** to Mellema Declaration, unredacted version of the Reply Expert Report of W. Leo Hoarty (Hoarty Decl. Ex. C) | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit AM** to Mellema Declaration, Opening Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit AN** to Mellema Declaration; Rebuttal Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |

| Exhibit AO to Mellema Declaration, Opening Expert Report of Philip Greenspun, PH.D. | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
|---|---|---|
| **Exhibit AP** to Mellema Declaration, Rebuttal Expert Report of Philip Greenspun, PH.D. | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |
| **Exhibit AQ** Mellema Declaration, Opening Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiff has submitted yellow highlights proposed to be redacted, subject to the Court's order and Defendants' L.R. 79-5(c) response | Defendants |

Local Rule 79-5(f) provides that a document may be filed provisionally under seal when the document or portions thereof "has been designated as confidential by another party or non-party." L.R. 79-5(f). Defendants designated Defendants' Materials as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case (Dkt. No. 68), and further requested that these exhibits be filed pursuant to L.R. 79-5(f). The protective order provides that information or items designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" contain "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means." *Id.* at 3.

Accordingly, RoadRunner respectfully requests that the Court consider whether Defendants' Materials should be sealed, subject to Defendants' response to this motion. RoadRunner has also separately filed a motion pursuant to L.R. 79-5(c) to propose its own redactions, as required by L.R. 79-5.

| | | |
|---|---|---|
| 1 | DATED: December 18, 2024 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | | STANLEY M. GIBSON |
| | | JAMES NEUDECKER |
| | | JOSEPH J. MELLEMA |
| | | LENA STREISAND |

By:     */s/ Joseph Mellema*
          JOSEPH MELLEMA
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.