JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jmbm.com*
JAMES NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JOSEPH J. MELLEMA (Bar No. 248118)
*jmellema@jmbm.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone:    (949) 623-7200
Facsimile:    (949) 623-7202

LENA STREISAND (Bar No. 339021)
*lstreisand@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff ROADRUNNER
RECYCLING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ROADRUNNER RECYCLING, INC.'S OMNIBUS ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | Complaint Filed:    August 4, 2023<br>Trial Date:    December 9, 2024 |

72855663v1

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and Recyclesmart Solutions, Inc.'s Plaintiff Roadrunner Recycling, Inc.'s Omnibus Administrative Motion to Seal. Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| **Exhibit Q** to Mellema Declaration, Plaintiff's Opposition to Defendants' Motion For Summary Judgment | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit R** to Mellema Declaration, excerpts from the deposition of Timothy (Jay) Longson | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit S** to Mellema Declaration, excerpts from the deposition of W. Leo Hoarty, Vol. I | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit T** to Mellema Declaration, excerpts from the deposition of Justin Armstrong | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit U** to Mellema Declaration, excerpts from the deposition of Graham Rihn | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit V** to Mellema Declaration, excerpts from the deposition of R. Jacob Baker | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit W** to Mellema Declaration, unredacted version of the Opening Expert Report of W. Leo Hoarty (Hoarty Decl. Ex. A) | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |

| | |
|---|---|
| **Exhibit X** to Mellema Declaration, unredacted version of the Opposition Expert Report of W. Leo Hoarty (Hoarty Decl. Ex. B) | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit Y** to Mellema Declaration, unredacted version of the Reply Expert Report of W. Leo Hoarty (Hoarty Decl. Ex. C) | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AM** to Mellema Declaration, Opening Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AN** to Mellema Declaration; Rebuttal Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AO** to Mellema Declaration, Opening Expert Report of Philip Greenspun, PH.D. | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AP** to Mellema Declaration, Rebuttal Expert Report of Philip Greenspun, PH.D. | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AQ** Mellema Declaration, Opening Expert Report of R. Jacob Baker, PH.D., P.E. | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |

SO ORDERED.

DATED:

By: _____

THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

72855663v1

JMBM | Jeffer Mangels Butler & Mitchell LLP