1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *JNeudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:   (415) 398-8080
5  Facsimile:   (415) 398-5584

6  JOSEPH J. MELLEMA (Bar No. 248118)
   *jmellema@jmbm.com*
7  3 Park Plaza, Suite 1100
   Irvine, California 92614-2592
8  Telephone:   (949) 623-7200
   Facsimile:   (949) 623-7202
9
   LENA STREISAND (Bar No. 339021)
10 *lstreisand@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
11 Los Angeles, California 90067-4308
   Telephone:   (310) 203-8080
12 Facsimile:   (310) 203-0567

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17

18  ROADRUNNER RECYCLING, INC.,                Case No. 3:23-cv-04804-WHA

19           Plaintiff,                        **[PROPOSED] ORDER GRANTING
                                               PLAINTIFF ROADRUNNER
        v.                                     RECYCLING, INC.'S OMNIBUS
20                                             ADMINISTRATIVE MOTION TO SEAL**

21  RECYCLE TRACK SYSTEMS, INC.,
    RECYCLESMART SOLUTIONS, INC.,

22           Defendants.

23                                             Complaint Filed:   August 4, 2023
                                               Trial Date:        December 9, 2024
24

25

26

27

28

72854762v1

Case No. 3:23-cv-04804-WHA

[PROPOSED] ORDER

Pursuant to Local Rule 79-5, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") filed a response to Defendants Recycle Track Systems, Inc. and Recyclesmart Solutions, Inc.'s Plaintiff Roadrunner Recycling, Inc.'s Omnibus Administrative Motion to Seal. Having established good cause for sealing, the Court hereby orders the Clerk to maintain the following documents under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| **Exhibit A** to Mellema Declaration, RoadRunner's Identification of Trade Secrets ("ITS"), along with Exhibits 1-19 thereto | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit B** to Mellema Declaration, RoadRunner's Reply to Defendants' Opposition to Plaintiff's Motion to Amend First Amended Complaint | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit C** to Mellema Declaration, excerpts of Jay Longson's testimony | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit D** to Mellema Declaration, excerpts of Justin Armstrong's testimony | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit E** to Mellema Declaration, excerpts of Jay Longson's testimony | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit F** to Mellema Declaration, excerpts of Justin Armstrong's testimony | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit G** to Mellema Declaration, excerpts of Jay Longson's testimony | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |

| | |
|---|---|
| **Exhibit H** to Mellema Declaration, excerpts of W. Leo Hoarty's testimony | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit I** to Mellema Declaration, the opening expert report of Forrest A. Vickery | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit J** to Mellema Declaration, the reply expert report of Forrest A. Vickery | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit K** to Mellema Declaration, Mr. Forrest A. Vickery's deposition testimony | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit L** to Mellema Declaration, the supplemental expert report of Forrest A. Vickery | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit M** to Mellema Declaration, excerpts of the deposition of Steve Krebs | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit N** to Mellema Declaration, excerpts of Volume II of the deposition of W. Leo Hoarty | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit O** to Mellema Declaration, excerpts of the deposition of Timothy (Jay) Longson | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit P** to Mellema Declaration, excerpts from the deposition of Graham Rihn | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |

72854762v1

| | |
|---|---|
| **Exhibit Z** to Mellema Declaration, Defendants' Motion for Summary Judgment | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AA** to Mellema Declaration, RoadRunner's First Supplemental Responses to Defendants' First Set of Interrogatories, dated May 31, 2024 | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AB** to Mellema Declaration, the opening expert report of W. Leo Hoarty | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AC** to Mellema Declaration, excerpts from the deposition of W. Leo Hoarty, Volume I | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AD** to Mellema Declaration, excerpts from the deposition of Timothy (Jay) Longson | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AE** to Mellema Declaration, the rebuttal expert report of R. Jacob Baker | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AF** to Mellema Declaration, excerpts from the deposition of Justin Armstrong | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AG** to Mellema Declaration, the reply expert report of W. Leo Hoarty | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AH** to Mellema Declaration, Defendants' Reply to RoadRunner's Opposition to Defendants' Motion for Summary Judgment | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |

| | |
|---|---|
| **Exhibit AI** to Mellema Declaration, excerpts from the deposition of W. Leo Hoarty, Vol. II | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AJ** to Mellema Declaration, excerpts from the deposition of R. Jacob Baker | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AK** to Mellema Declaration, Defendants' Exhibit List | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AL** to Mellema Declaration, Defendants' opposition to RoadRunner's motion *in limine* no. 1 | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AR** to Mellema Declaration, the parties' Joint Corrected Exhibit List | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AS** to Mellema Declaration, Exhibit F to Declaration of Matthew S. Galica in Support of Defendants' Motions *in Limine, i.e.,* excerpted August 15, 2024 deposition transcript of Timothy (Jay) Longson | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AT** to Mellema Declaration, Exhibit 1 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion *in Limine* No. 3, *i.e.,* excerpted August 22, 2024 deposition transcript of Justin Armstrong | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AU** to Mellema Declaration, Exhibit 2 to | Plaintiff's yellow highlights, subject |

72854762v1

| | |
|---|---|
| Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion *in Limine* No. 3, *i.e.,* August 15, 2024 excerpted deposition transcript of Timothy (Jay) Longson | to the Court's Order and Defendants' possible L.R. 79-5(c) motion |
| **Exhibit AV** to Mellema Declaration, Exhibit 3 to Declaration of Lena Streisand in Support of Plaintiff Roadrunner Recycling, Inc.'s Opposition to Defendants' Motion *in Limine* No. 3, *i.e.,* excerpted September 12, 2024 deposition transcript of W. Leo Hoarty | Plaintiff's yellow highlights, subject to the Court's Order and Defendants' possible L.R. 79-5(c) motion |

SO ORDERED.

DATED:

By: _____
THE HONORABLE WILLIAM H. ALSUP
SENIOR DISTRICT COURT JUDGE

72854762v1