# EXHIBIT A-R

1  JEFFER MANGELS BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  SHAVON HENRY (Bar No. 326855)
   *shenry@jmbm.com*
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:(310) 203-8080
   Facsimile: (310) 230-0567

9
   JOSEPH J. MELLEMA (Bar No. 248118)
10 *jmellema@jmbm.com*
   3 Park Plaza, Suite 1100
11 Irvine, California 92614-2592
   Telephone:    (949) 623-7200
12 Facsimile:    (949) 623-7202

13 Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

14

15                 **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17

18 ROADRUNNER RECYCLING, INC.,          Case No. 3:23-cv-04804-WHA

19              Plaintiff,                *Assigned for All Purposes to:*
                                          Hon. William H. Alsup
20       v.                               Courtroom 12

21 RECYCLE TRACK SYSTEMS, INC., and     **PLAINTIFF'S IDENTIFICATION OF**
   RECYCLESMART SOLUTIONS, INC.,        **TRADE SECRETS**
22
              Defendants.
23

24                                        Complaint Filed:    August 4, 2023
                                          Trial Date:         Not Yet Set
25

26

27

28

1    Pursuant to the Court's December 26, 2023 Order (Dkt. 43), and California Code of Civil

2  Procedure § 2019.210, Plaintiff Roadrunner Recycling, Inc., ("Roadrunner") hereby identifies the

3  trade secrets that are at issue in this suit. Roadrunner's identification is based on the information

4  currently available to it, without the benefit of substantial discovery. Roadrunner reserves the right

5  to amend, revise, or supplement the information provided herein. RoadRunner requests that the

6  Court maintain the secrecy of Plaintiff's Identification of Trade Secrets pursuant to Code of Civil

7  Procedure § 3426.5, including sealing these records and ordering that Defendants' counsel, nor

8  any other third party, may disclose them, including to Defendants themselves.

9  **I.    BACKGROUND**

10    RoadRunner is a pioneer in waste and recycling metering technology. RoadRunner's

11  predecessor, Compology, Inc., which RoadRunner acquired in October 2022, originally developed

12  RoadRunner's technology over the course of 10 years, expending millions of dollars and tens of

13  thousands of person-hours to develop its confidential and proprietary technology.

14    In 2012, Jason Gates and Benjamin Chehebar co-founded Compology. Its original product

15  involved contracting with waste-hauling companies to route collection vehicles, using sensors in

16  dumpsters to monitor fullness of the waste containers and provide waste collection services. Over

17  the next several years, Compology built up a critical mass of waste-hauling clients and started to

18  make direct sales to waste generators themselves.

19    Existing solutions used ultrasonic-based technology to monitor fill levels, but those

20  solutions were unwieldy and delivered inaccurate fill level measurements in larger containers due

21  to different points of fill inside the containers. Compology's camera-based technology proved to

22  be far more accurate, enabling the customer to see the contents of a waste container and capture an

23  image, thereby detecting the fullness level of the waste container and recommending increased or

24  decreased servicing events, as needed, to reduce inefficiencies and cost in waste haulers and waste

25  generators' emptying rates. Compology's technology further enabled the customer to achieve

26  increased recycling rates. For example, Compology's technology could determine whether a waste

27  container had a large volume of clean cardboard versus contaminated items. In addition, the

28  technology could determine that the waste container included unbroken-down cardboard boxes, in

JMBM | Jeffer Mangels Butler & Mitchell LLP

1    which case the waste container could be serviced. Compology offered end data to customers so

2    that the customers could implement waste and recycling management policies and service based

3    on its desired goals. Waste haulers charged waste generators penalties or fines for contaminated

4    waste containers, and waste generators benefited from Compology's technology to ensure waste

5    containers were uncontaminated, thereby avoiding waste hauler fines.

6         Compology's technology, in part, included robust machine learning models that ingested

7    preprocessed images and machine labeled and tagged the images. These machine learning models

8    worked such that only one smart camera is needed per waste container and only three images are

9    needed per day. Compology designed its smart camera apparatus to maximize battery life, up to 5

10   years (or more). Compology sought to install cameras into a waste container only once, and

11   needed a sufficiently low-powered design to ensure that batteries or smart camera assemblies did

12   not need to be re-installed more than once per five years. Compology needed to balance its low-

13   power design with a visible flash having specific lighting characteristics to ensure sufficient

14   quality images to measure fullness, emptiness, contamination, and other events. The design

15   utilized low-power cellular technology to transmit camera images to the server/database on which

16   machine-learning ("ML") models were used to machine label and tag the camera images. Coatings

17   on the camera assembly itself were developed to shed debris.

18        In operation, the camera images are sent to a database and machine learning models

19   analyze the images. In its current iteration, only smart camera is needed to take three daily pictures

20   of the interior of a waste container. The machine learning models include a fullness analysis,

21   emptiness analysis, and dumpster content (e.g., contamination) analysis, among others. Almost

22   100% of the camera images are automatically processed by the machine learning models. The

23   images are then tagged and labeled with metadata, allowing reduced need of humans to manually

24   determine fullness, content analysis, etc. Humans in the loop, however, are used to verify and

25   further train the machine learning models, particularly in hard to determine cases. In some

26   circumstances, multiple humans manually label and tag images and the average of the scores are

27   used to further train the ML. Compology also developed algorithms using the images and

28   metadata to provide conclusions and recommendations to customers, as described more fully

PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS

1  herein.

2      Compology's technology included a web-based application for customers to connect to the

3  system and obtain analysis and reporting metrics. Compology developed an application

4  programming interface ("API") to allow larger customers to obtain data for Compology cameras

5  in the customer's waste containers. For example, certain customers used the API to integrate waste

6  container fullness data with data from weather and other systems.

7      None of this technology is publicly available and is kept strictly confidential and secret to

8  all third parties, except by disclosure under strict and narrow non-disclosure and non-use

9  provisions. RoadRunner kept its confidential and proprietary information secret from all third

10 parties in part by restricting access from all third parties and internally only with persons having a

11 "need to know" regarding certain parts of RoadRunner's technology.

12 **II.    TRADE SECRETS AT ISSUE IN THIS SUIT**

13     RoadRunner's trade secret information at issue in this suit relates to (1) the overall waste

14 and recycling metering system, (2) smart camera apparatus, (3) optical assembly and design, (4)

15 image preprocessing in camera apparatus for use by machine-learning training and operation, (5)

16 training data stored in a database and comprising labeled and tagged images and associated

17 metadata, and (6) algorithms and processes to generate data, analysis, and recommendations to

18 customers, including fullness, emptiness, contamination, schedules, data ingestion efficiencies,

19 and location analysis of waste containers.

20     The particular trade secrets at issue are documented in a series of electronically stored

21 files, some of which are reproduced and attached as exhibits to these disclosures.

22     **A.    Overall Waste Metering System**

23     RoadRunner's trade secrets include the overall know-how and design of its waste metering

24 system including physical hardware components such as the smart camera apparatus, optical

25 assembly and design, firmware such as its image preprocessing techniques implemented in the

26 camera apparatus, training data, machine learning models, an AI system implementing the

27 machine learning models, and algorithms and processes to generate data, analysis, and

28 recommendations to customers, including fullness, emptiness, contamination, schedules, data

ingestion efficiencies, and location analysis of waste containers. As more fully described below, Compology developed a convolutional neural network ("CNN") as its AI system to implement the machine learning models for accurate machine labeling and tagging of images from Compology's smart cameras. The combination of these hardware, firmware, and software elements as implemented in an waste metering system is itself a trade secret.

As described herein, RoadRunner expended millions of dollars in efforts to design its product in an iterative process over the past decade. Although certain components of RoadRunner's smart camera design employ commercially available parts, the combination of those parts, with non-commercially available parts, and the unique configuration of the parts in a smart camera assembly, integrates significant know-how and techniques learned during its development and testing process. Courts recognize that a trade secret exists when such combinations exist, even when the combinations might include commercial or generally known components. Civ. Code § 3246.1(d) (including device or compilation); 1 Milgrim on Trade Secrets § 1.01 (2020) ("A secret combination of known elements is eligible for trade secret protection."); *see also By-Buk Co. v. Printed Cellophane Tape Co.*, 163 Cal. App. 2d 157, 166 (1958) (trade secrets for bundle or combination of parts in system); *San Jose Construction, Inc. v. S.B.C.C., Inc.*, 155 Cal. App. 4th 1528, 1537 (2007) (trade secrets for compilation of written materials); *Winston Research Corp. v. 3M*, 350 F.2d 134, 139, 1965 (1965) (trade secrets in combination of specifications showing basic mechanical elements and relationship to each other).

**B.    Smart Camera Apparatus**

Developing a battery operated, wireless camera system that must survive in the harsh environment of industrial and commercial trash containers for 5+ years is non-trivial. Over 10 years, Compology designed, tested, certified, and ultimately entered mass production on six different versions of waste metering camera technology. Each version refined the performance in critical areas unique to this challenging product field. These areas include environmental challenges (e.g., grime/debris mitigation, strength & damage mitigation), optical challenges (e.g., lighting, dynamic range, field of view, etc.), radio frequency ("RF") performance, and battery life, among others. Compology's innovation resulted in highly customized designs, requiring the

1  fabrication of custom components and assemblies, all of which are the sum of years of trial and

2  error, testing, and refinement.

3         Compology experimented with numerous types of camera apparatus designs. For example,

4  Compology experimented with multiple cameras using stereovision; however, as Compology's

5  machine learning models became more robust, a single camera image could evaluate the fullness

6  level of a waste container without stereovision. In addition, Compology experimented with

7  different camera placements within different types of waste containers, settling on a three-point

8  mounting system in which the smart camera is placed high in top back corners.

9         The harsh and varying environmental conditions and needs for the waste industry required

10  Compology to iteratively develop physical components of the smart camera apparatus over the

11  course of a decade. A waste container presents a varying environment that may be very dark, very

12  light, and often both simultaneously, for example, when a waste container may have only one of

13  two lids open, or is located in a shaded or partially shaded area. In addition, the waste container

14  may be located outside and exposed to heat and cold depending on the weather cycles. The waste

15  containers also vary widely in size and shape anywhere from a 1-yard front-load container to a 40-

16  yard roll-off container.

17         Compology employed various confidential and proprietary techniques to achieve an

18  accurate, low-power, smart camera apparatus for use in waste containers. Selection of the camera

19  lens with an appropriate field-of-view ("FOV"), view angle, placement, and resolution were all

20  central to sufficiently capturing the dynamics within a variety of shapes and sizes of waste

21  containers. In addition, a camera apparatus ████████████████████ to capture a

22  usable image was required to mitigate inherent limitations in CMOS sensors and provide usable

23  images to server-side machine-learning algorithms to evaluate fullness and contamination. Further,

24  ████████████████████████████████████████████████████

25  ████████████████████████ and as a result, ████████████████████

26  ████████████████████████████████████████████████████

27  ████████████ Compology also used a custom coating on its camera lens to reduce grime and

28  debris buildup on the optical surfaces, requiring lab, in-field, and Highly Accelerated Lifecycle

1  Testing ("HALT") to identify the solution with the best performance to withstand the harsh

2  environment and sustainability factors (e.g., longevity in the field) as described herein.

3  Compology designed its smart camera apparatus with a custom CMOS Camera Module ("CCM")

4  in which specific optical, physical, and electrical requirements were used to design and

5  manufacture the custom CCM.

6  Compology's smart camera apparatus trade secret includes a smart camera, including a

7  CCM with wide field-of-view camera lens, battery pack, high-durability injection-molded parts,

8  including a "double shot" rear housing with TPE overmolding, front housing with recessed

9  sensors for debris shielding, and camera and flash PCBA cutouts and mounting, and optical

10  windows with high scratch-resistance, and specialized coatings; printed circuit board assemblies

11  ("PCBAs") containing microcontrollers, external RAM integrated circuit ("IC"), wireless

12  communication systems, accelerometer, GPS, environmental sensors, and a camera flash LED.

13  The smart camera apparatus includes a housing with an ███████████ that improves hardness

14  and scratch resistance.

15  Compology's smart camera apparatus is not publicly available. Neither Compology nor

16  RoadRunner disclosed its confidential and proprietary technology through publicly available

17  submissions to the Federal Communications Commission ("FCC"), nor through their website or

18  other online materials. A third party could not inspect and use Compology's confidential and

19  proprietary smart camera apparatus without improperly obtaining and disassembling it.

20  **1.    <u>Optical Assembly and Design</u>**

21  Designing any electronics, let alone an optoelectronic device such as Compology's smart

22  camera apparatus, to survive and continue functioning without intervention in a waste container

23  for at least five years poses significant challenges. The severity and nuances of these issues are not

24  obvious and have been mitigated through the many iterations of the Compology smart camera

25  apparatus. Compology designed the camera optics and accompanying physical elements, including

26  the components of the CCM such as the CMOS sensor, camera flash PCBA, and camera flash

27  LED, for use with harsh weather conditions, durability to withstand physical damage from impact

28  of waste and movement of waste dumpsters during filling and emptying, and to facilitate debris

JMBM | Jeffer Mangels Butler & Mitchell LLP

1    shedding to keep the lens unobscured to capture accurate images of the interior of the waste

2    dumpsters.

3         Compology iteratively developed the camera lens and materials over the course of many

4    years to optimize the captured images for use with Compology's machine learning algorithms to

5    determine fullness levels, emptying events, and contamination events and types. The camera lens

6    is a fixed-focus lens with an optimal field-of-view and focal length for the harsh/constrained

7    environment and requirements for capturing waste container images. The field of view of

8    Compology's R12 lens was ████████     and the R13 lens was ████████     Attached as

9    Exhibits 1 to __ hereto are various assembly drawings and specifications of the R12 CMOS

10   modules (Exs. 1 to 7) and of the R13 CMOS modules (Exs. 8 to 14).

11        Over the past decade, Compology experimented with different types of optical elements,

12   ████████████████████████████████████████████

13   ████████████████     However, through Compology's experimentation, it learned that ██

14   ████████████████████████████████

15   ████████████████████████████████     As

16   one example, Compology learned that ████████████████████████

17   ████████████████████████     preventing the capture of suitable images.

18   Compology experimented with ████████████████████████

19   ████████████████████████████     permitted capture

20   of images that were suitable for use by both humans and machine-learning algorithms.

21        Severe physical damage is commonplace in any waste container, but particularly in the

22   construction and demolition sectors. This damage can be imparted both by the waste put into the

23   waste container as well as the heavy machinery used to manipulate the trash and or container, such

24   as forklifts, front end loaders, and bucket loaders. Great care was taken with the mechanical design

25   to minimize or avoid this type of damage. Compology developed designs to mitigate physical

26   damage. For example, Compology used a double-shot injection molding process with a

27   thermoplastic elastomer ("TPE") second shot. This second shot rubber TPE overmolding

28   technique was designed to ████████████████████████

Jeffer Mangels
Butler & Mitchell LLP

JMBM

1 ███████████████████████████████████████████Extra strong polycarbonate ██████

2 ████████████████████████████████████████████████████████████

3 ██████████████████████████ In extreme cases, a metal shield was developed to surround and

4 protect the smart camera assembly to provide further protection from physical damage. When

5 installing the smart camera assembly in a waste container, a metal shield is first affixed to the

6 waste container, and the smart camera assembly positioned and affixed within the metal shield.

7      Debris buildup on the optical surfaces (windows) presents a substantial challenge,

8 particularly in containers serving the food industry. Sources of occlusion can include grime,

9 grease, rain, snow, dirt, humidity, cobwebs and nearly anything else that you might find in a waste

10 container. Compology mitigated these sources of debris, primarily through █████████████

11 ██████████████████████████ Specifically, Compology employed a

12 nanocoating that was designed to shed debris. Such debris can vary depending on the environment

13 and industry for which the waste containers are provided.Compology experimented with many

14 types of coatings by █████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████████████

16 ██████ Attached as Exhibit 15 hereto is a specification document detailing the specifics of the

17 nanocoating employed by Compology for its smart camera assembly. In addition, the window

18 geometry of the camera assembly housing was recessed so that waste and debris would slide off

19 instead of becoming affixed to the camera lens assembly.

20      Compology also used a white LED lens flash located █████, and █████ the camera lens.

21 The camera flash (and camera flash PCBA used to control the camera flash) were designed to

22 ensure sufficient accurate image capture of the interior of a variety of waste containers by evenly

23 delivering light to the widest area inside the waste containers. Compology also experimented with

24 different lighting characteristics, colors, and intensities to balance sufficient image capture against

25 longevity of battery life in the low-power smart camera apparatus.

26      **2.**    **Low-Power Wireless Communication Module and Location Sensors**

27      Compology smart camera assemblies are designed to function when the wireless

28 communication system is able to communicate with the server. This is a particular challenge for a

JMBM | Jeffer Mangels
Butler & Mitchell LLP

1  waste metering system because the vast majority of commercial and industrial waste containers

2  are composed of steel boxes, which closely resemble Farady Cages—a device intended to isolate

3  and inhibit radio transmission. This, coupled with the fact that Compology's customers are located

4  anywhere across the United States, in both very rural and densely populated cities, means the RF

5  performance of the wireless communication system must be highly optimized for these

6  challenging conditions. Typically the RF performance of any system is a constraint that highly

7  shapes the physical and electrical design. It is tested and refined throughout the design process and

8  is ultimately subjected to FCC and PTCRB regulatory certification.

9       Compology's smart camera assembly uses an LTE CAT-M1 wireless communication

10 module over 4G ██████████████████████████████████ The wireless

11 communication module uses an optimal PCB trace pattern for best propagation of data signals

12 using the 4G network. In operation, the smart camera assembly is designed to communicate ████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15 ████████████ The battery life of Compology's smart camera assembly is paramount and is

16 another engineering constraint which impacts nearly every element of the design. Compology's

17 use of CAT-M1 cellular technology, particularly suited to low bandwidth / low power

18 applications, was specifically chosen and implemented to lengthen the battery life of the assembly.

19      Compology smart cameras include Global Navigation Satellite System ("GNSS")/GPS for

20 location identification. GNSS provides an important data point for Compology's customers, the

21 server side algorithms that Compology employs to provide accurate service detection and

22 rightsizing recommendations, as well as for Compology's fleet of field-technicians and

23 maintenance services. GNSS provides a very weak signal, which is often further attenuated in

24 these environments due to trash corrals, bin placement within garages, or other enclosures.

25 Maximizing the GNSS RF performance is critical to reducing the time-to-first-fix and hence

26 minimizing power consumption.

27              **3.    Power Subsystem and Design**

28      Compology's smart camera apparatus also includes a specific and unique battery

1  technology chosen in combination with the other elements of the smart camera apparatus to

2  lengthen the time in the waste container to five years or more without replacement. Battery life is

3  paramount to the success of Compology's hardware products, impacting overall smart camera

4  assembly lifespan and hence cost and profitability. It is another engineering constraint which

5  impacts nearly every element of the design. This can be seen heavily in the electrical design and

6  component selection which emphasizes low power consumption. Among the factors Compology

7  needed to balance are ████████████████████████████████████████████████████

8  ████████ An exotic battery chemistry (Lithium Thionyl Chloride—LiSoCl2) was selected for

9  Compology's smart camera apparatus to meet these strict requirements. ████████████████

10 ████████████████████████████████████████████ in a custom battery

11 pack to serve this purpose. Attached as Exhibits 16-17 hereto are specifications of the battery

12 technology for the R12 smart camera (Ex. 16) and the R13 smart camera (Ex. 17).

13    **C.    Image Preprocessing Techniques**

14    Compology experimented with different image preprocessing techniques before employing

15 an image enhancement design. It created ████████████████████████████████

16 ████████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████████

19 ████ Then additional ████████████████████████████████████████████████

20 ████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████ Finally,

22 Compology employed ████████████████████████████████████████████████

23    Compology implemented its image preprocessing techniques ████████████████

24 ████████████████

25    **D.    Training Data**

26    Compology employs machine learning to analyze images of waste containers. To manually

27 review and identify metrics of waste containers using humans only is cumbersome and inefficient.

28 Thus, Compology developed a machine learning system to automatically analyze and label and tag

JMBM | Jeffer Mangels Butler & Mitchell LLP

1  images (i.e., machine labeling) for use by Compology's algorithms and processes that it uses to

2  provide data, analysis, and recommendations to its customers, among other things. To automate

3  Compology's process of analyzing images of waste containers, Compology used training data to

4  train its machine learning models such that, when sufficiently trained, the machine learning

5  models could label and tag images of waste containers without significant human involvement.

6      Compology's training data is a trade secret and is central to Compology's training of its

7  machine learning models and operation of its services. In machine learning, the size and quality of

8  the training data are the most determinative factors for creating effective machine learning

9  systems. At or around 2015, Compology started the process of training machine learning models

10  for fullness levels of waste containers. Over the course of years, Compology manually labeled and

11  tagged images from Compology's smart camera assemblies and built up a database of millions of

12  images and related labels and tags. Specifically, the images were taken with Compology's smart

13  cameras, delivered wirelessly to Compology's server, and stored on a database. Compology then

14  manually labeled and tagged these images with particular information detailing fullness levels,

15  emptying events, contamination types, and other information used by Compology's algorithms

16  and processes. This process took over seven years. The metadata included opinion data (e.g.,

17  fullness level data) as labels and tags in metadata associated with specified images.

18      The training data includes the processed images themselves as well as manually created

19  labels of container fullness, content, empty events, among others. After a critical mass of images

20  were stored in the database as a training set, Compology was able to develop working machine

21  learning models for fullness levels of waste containers, content of the containers, and the

22  empty/service state of containers over time. The machine learning models developed through the

23  training data are implemented in an AI system in order to automate the ingestion and classification

24  of images and provide automatic labels and tags associated with the particular images. It is also

25  possible to train successful machine learning models from the output of other models.

26      Compology kept its training data secret from third parties except by disclosure and use

27  under strict and narrow non-disclosure and non-use provisions.

28      As described herein, Complogy employs an AI system to automatically machine label and

JMBM | Jeffer Mangels Butler & Mitchell LLP

tag preprocessed images and store the results in its database. The AI system used by Compology in its waste metering system is a CNN, which is a type of deep learning algorithm used for processing visual data. It draws inspiration from the human visual cortex, where specific neurons respond to specific regions of the visual field. CNNs mimic this behavior to recognize patterns and features in images.

A CNN consists of layers, each designed to process and transform the input data in a specific way. The primary layers include:

1.    Convolutional Layers: These layers apply filters (or kernels) to the input image to extract features such as edges, textures, or specific shapes. The filter might be an array of 5x5 binary values (0 or 1) that passes over the image in strides (jumps 3 pixels to the right each step, for example).

2.    Activation Layers: Typically using a Rectified Linear Unit (ReLU), these layers introduce non-linearity, allowing the network to learn complex patterns.

3.    Pooling Layers: These layers reduce the spatial dimensions (width and height) of the input volume for the next convolutional layer, reducing the computation required and controlling overfitting.

4.    Fully Connected Layers: Towards the end, these layers compute the class scores, resulting in the final output, such as the classification of the image.

Weights are fundamental to CNNs. They are the parameters that the network learns through machine learning training. Each neuron in a convolutional layer is connected to a small region of the input data. The strength of these connections is determined by weights. Another parameter generated during training are biases that are generated as data falls through the neural network layers. The role of weights include:

1.    Feature Identification:  In convolutional layers, weights are part of the filters that slide over the input image to produce feature maps. Different weights allow the network to detect different features such as edges of an object.

2.    Learning Process: During machine learning training, the CNN adjusts these weights based on the error in its output. This process is known as backpropagation.

JMBM | Jeffer Mangels Butler & Mitchell LLP

There are many steps in training and adjusting weights, including:

1.      Forward Pass: The CNN processes the input data through its layers to make a prediction.

2.      Loss Calculation: The error (loss) is calculated by comparing the CNN's prediction to the actual label.

3.      Backward Pass (Backpropagation): The CNN propagates the error back through its layers, adjusting the weights to minimize the loss.

4.      Optimization Algorithms: Algorithms like Stochastic Gradient Descent (SGD) are used to update the weights in the direction that minimizes the loss.

CNNs, through their unique architecture, are adept at handling image data. The concept of weights and biases and their adjustment during training is central to how these networks learn and make predictions.  Though weights and biases are generated during training are a crucial part of the model, but they do not represent the entirety of the training process. Other key elements include:

1.      Model Architecture: This includes the design of the network with various layers (convolutional, pooling, fully connected, etc.), their arrangement, and the choice of activation functions. The architecture dictates how the weights and biases will be used to process input data.

2.      Learning Algorithm: Typically, a variant of gradient descent is used to optimize the weights. The learning algorithm determines how the weights are updated during training.

3.      Hyperparameters: These are the settings that govern the training process and are not learned from the data. Examples include the learning rate, batch size, number of epochs, and regularization terms.

Compology trained its CNN using machine learning. Machine learning is crucial to the successful application of a CNN. The examples used for training include both the input images and the expected outputs called labels, which are metadata elements. The distribution and quality of these data are fundamental to the training process. The function that measures how well the CNN is performing is called the loss function; the machine learning training is intended to

PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS

1  minimize the loss function, which can iteratively happen over time as more training data is used to

2  train the machine learning models. The weights (and biases) are the direct product of the training

3  and are used to make predictions. They are a part of the machine learning models that can be

4  saved and loaded for future use, effectively capturing the learned aspects of the training dataset.

5      Compology's high-quality training data compiled, labeled, and tagged over the course of

6  years is an important trade secret that is used to train Compology's machine learning models and

7  implemented in its CNN. The aforementioned trade secrets are kept strictly confidential and not

8  available to third parties except by disclosure under strict and narrow non-disclosure and non-use

9  provisions.

10      **E.    Software Algorithms and Processes**

11      Compology developed several software algorithms and processes that it uses to generate

12  data, analysis, and recommendations to customers, including fullness, emptiness, contamination,

13  scheduling, data ingestion efficiencies, and location analysis of waste containers, as described

14  below and herein. These algorithms and processes took significant time and effort to create.

15      **1.    Subpar Image Detection (SPID)**

16      Compology developed the SPID as the first step in the image processing pipeline. All

17  incoming images are screened by the SPID for certain problems that would make the images

18  unable to deduce an accurate fullness within the normal image processing pipeline. The SPID is a

19  machine learning model integrated in the CNN. The use of a separate, specialized model to

20  identify image problems common to waste cameras is a trade secret.

21      In operation, the SPID receives a subject image and a reference (i.e., empty) image of the

22  same waste container. The SPID process as implemented in the CNN then determines a decision

23  on image quality (i.e., OK to continue analysis, optically unusable, hardware issue, not properly

24  installed, or obstructed by loaded material), and a binary confidence level (i.e., confident, not

25  confident). Based on the decision and confidence level, the image may be deemed sufficient to

26  continue with the image processing pipeline, or may be deemed insufficient and discarded for use

27  in providing conclusions and recommendations to the customer. It may also trigger service of the

28  lens, sensor, camera assembly, etc.

The use of the SPID is only discussed with current Compology customers under strict and narrow non-disclosure and non-use provisions.

### 2.    Container Fullness Analysis

Compology developed the container fullness analysis process over the course of many years. The process consists of a human-in-the-loop machine learning system, which consists of a machine learning model implemented in the CNN and a time-efficient user interface for workers to record labels. In this system, some images are routed to human labelers who asses the fullness of a container. These fullness opinions, when available, are then averaged together to give a ground-truth fullness for training future machine learning models. When no manually labeled fullness opinions are available, machine-labeled information is used. The combination of human and machine fullness information greatly increases the accuracy of the overall system. It also creates a situation that allows for continual improvement of the machine learning models as more training data is collected over time. At least as early as 2015, Compology had developed a working container fullness analysis model. From 2015 to the present multiple improvements were made to various machine learning models, as described herein, to provide a relatively accurate fullness level output, content data, and empty event analysis.

In operation, the container fullness analysis receives a subject image and a reference (i.e.,



**PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS**

empty) image of the same waste container. The images below are examples of subject/reference images. Attached as Exhibits 18 and 19 are the subject and reference images, respectively.



The container fullness analysis as implemented in the CNN determines the estimated fullness of the waste container and a binary confidence level (i.e., confident, not confident).

The mechanics of this human-in-the-loop system are disclosed only under strict and narrow non-disclosure and non-use provisions.

### 3.    Contamination Detection / Content Identification (COR-Classifier)

Compology developed its contamination detection / content identification analysis service over the course of many years. Compology had previously implemented a content identification service for detection of clear and non-clear plastic bags, detecting both the presence of the plastic bags and the number of bags in a waste container. Over time, Compology developed the contamination detection / content identification analysis service to detect seven types of contamination: (1) plastic bags; (2) electronic waste (e.g., microwaves, etc.); (3) bulky items; (4) uncollapsed cardboard boxes, (5) construction materials and yard debris; (6) styrofoam; and (7) tanglers (e.g., stringy material that could jam the equipment at recycling processor facilities). The selection of these seven kinds of potential contamination, which balances potential harm with

JMBM | Jeffer Mangels
Butler & Mitchell LLP

1    frequency of appearance in waste streams, is a trade secret.

2         The service receives a subject image and, as implemented in the CNN, outputs bounding

3    boxes around items of interest (i.e., type of item, x/y location within the image, width and height

4    of the bounding box), and binary confidence level (i.e., confident, not confident) for each

5    bounding box. Three types of box classes are created: plastic bag, uncollapsed cardboard, and

6    anomaly.  The anomaly class represents the five other very low-occurrence contaminants. Any

7    found anomaly boxes in an image will trigger a manual human review.

8         The contamination detection / content identification analysis service is disclosed only

9    under strict and narrow non-disclosure and non-use provisions.

### 4.    Empty Event Detection

11        Compology developed an empty event detection service over the course of many years.

12   The empty event detection service is utilized to determine if and when an empty / servicing event

13   has occurred. Because there are so many kinds of waste containers, with different modes of

14   disposal, and deployed in many different ways, it is advantageous to combine multiple data

15   streams to determine that an empty event has occurred. The empty event detection process

16   therefore employs sensor fusion to combine fullness changes, accelerometer signatures, and

17   dumpster meta data (e.g. deployment, front-load or rolloff) to make this determination. In machine

18   learning, these streams of data are known as "features." The knowledge of which features are used

19   is the key to creating a successful system, as opposed to the selection of any particular machine

20   learning technique or architecture. For this reason, the features of the empty event detection

21   system are a trade secret.

22        For example, the metadata may include the state of the waste container, and type of waste

23   container, among other things. The service utilizes sensor fusion (i.e., accelerometer signal and

24   fullness level change) because Compology learned through experimentation that accelerometer

25   signals alone might not provide sufficient reliability in empty event detection. For example, waste

26   containers vary in type, some being front-load containers, while others are roll-off containers or

27   textile containers. Front-load waste containers are typically picked up with a front-loader forklift

28   and raised over the truck to an upside-down orientation and shaken. Roll-off waste containers will

have different accelerometer signals than front-load waste containers because they are not tipped upside down but rather, inclined at an angle with the ground so that the waste can slide out of the front doors. Textile containers may not be moved significantly and may not provide accelerometer signals that may be used for purposes of determining an empty event. The empty event detection service therefore utilizes accelerometer data, image identification suggesting an empty waste container, and waste container metadata to determine an empty event.

In operation, the empty event detection service receives the following inputs: (1) fullness level before possible event; (2) level after possible event; (3) accelerometer triggered image (yes/no); and (4) type of bin (front-load, roll off, textile, lugger, hopper). The service as implemented in a machine learning model (i.e., Random Forest) determines, based on the inputs, whether the waste container was emptied (i.e., true/false determination), and a binary confidence level (i.e., confident, not confident).

The empty event detection service is disclosed only under strict and narrow non-disclosure and non-use provisions.

### 5.    Rightsizing Recommendation Generation

Compology developed a rightsizing recommendation generation algorithm over the course of many years. The rightsizing recommendation generation algorithm is utilized to generate a recommendation to customers to either increase, decrease, or re-schedule the servicing (e.g., emptying of waste containers) schedule for a given waste container. The rightsizing recommendation generator receives, as an input, daily fullness increase, current collection schedule, and empty event data, and outputs a rightsizing recommendation.

In operation, the rightsizing process performs the following steps:



- 

The broad steps involved in creating these recommendations can be observed only with access to the Compology system.

The rightsizing recommendation generation algorithm is disclosed only under strict and narrow non-disclosure and non-use provisions.

### 6. Post Auto-balancing Algorithm

Compology developed the post auto-balancing algorithm over the course of many years. The purpose of the algorithm is to ███████████████████████ ███████████ Customer waste containers ████████████ ███████████████████████████ Depending on the type of customer organization, several different modes of operation are possible. For example, organizations using roll-off waste containers ████████████████ ████████████████████████ ████████████████████████████ ███████████████████████████████ █████████████████████████████ ███████████████████████ █████████████

The post auto-balancing algorithm is disclosed only under strict and narrow non-disclosure and non-use provisions.

### 7. Location "Soft-Locking" Technique

Compology developed the location soft-locking technique over the course of many years along with its algorithms and processes. At least as early as 2018, Compology developed machine learning models for waste container locations and has been improving its location soft-locking technique over the ensuing years. Compology learned through experimentation that GPS may be inaccurate for front-load waste containers. Using a soft-locking technique, rather than using a

Jeffer Mangels
Butler & Mitchell LLP
JMBM

1  strict geofence, Compology's system considers the relative density of locations versus GPS-

2  reported coordinates to match a customer location to a particular waste container. For roll-off

3  containers, as one example, Compology measures the time on-site to further match a customer

4  location to a roll-off container because the roll-off containers may be moved off-site.

5      In operation, the system receives raw GPS coordinates (i.e., GPS coordinates of a smart

6  camera post), the intended locations of waste services, the radii of nearby geofences, and any soft-

7  locked location (if any), and outputs adjustments to the geofences (i.e., attributes the camera post

8  to a location/geofence). The system makes small adjustments to the center points of geofences

9  where the location of the source address geocodes may be slightly off from the actual position of

10 the waste container. For example, the waste services at a grocery outlet are often placed in the rear

11 of a large building, whereas the address of the building geocodes to the entrance at the front. The

12 distance between these two ends of a building can cause errors attributing the waste observations

13 to the correct business or facility. This is a need unique to the waste sector.

14      Additionally, when the intended service locations are located closely in the same vicinity

15 as one another, the system uses a "soft-lock" so users can manually instruct this attribution.

16 However, if the waste container is moved a large distance away from the geofence it is soft-locked

17 to, in the event the bin is being refurbished, for example, the soft-lock is broken. This feature is

18 observable to users of the Compology system.

19      The location soft-locking technique is disclosed only under strict and narrow non-

20 disclosure and non-use provisions.

21          **8.    Overall Software System**

22      The combination of, and interaction between the aforementioned algorithms and processes

23 (i.e., Subpar Image Decision, Fullness Analysis, Content Identification, Empty Event Detection,

24 Rightsizing Recommendation Generation, and Location "Soft-Locking") is itself a trade secret,

25 and comprises a larger interdependent system, developed over years, each component creating

26 additional value to the customer. The individual connections and interactions of the components as

27 implemented in software are a trade secret.

28

1    **III.    ROADRUNNER'S TRADE SECRETS HAD INDEPENDENT ECONOMIC VALUE**

2        It is believed that Defendants had no knowledge or information to develop their own waste

3    metering system. This is apparent by the numerous customer service communications between

4    technical teams for Compology and RecycleSmart during the pendency of the parties' business

5    relationship. Without the trade secrets disclosed herein, Defendants would have had to incur

6    considerable expense and time to recreate RoadRunner's system. Thus, RoadRunner's trade

7    secrets had significant independent economic value. *See* 1 Milgrim on Trade Secrets § 1.01 (2020)

8    ("[A]s long as a competitor would have to incur considerable expense to recreate the combination,

9    generally the combination will be found to have independent economic value.").

10

11   DATED: January 16, 2024          JEFFER MANGELS BUTLER & MITCHELL LLP
                                       STANLEY M. GIBSON
12                                     JAMES NEUDECKER
                                       SHAVON HENRY
13                                     JOSEPH J. MELLEMA

14

15                                     By: _____
16                                           STANLEY M. GIBSON
17                                     Attorneys for Plaintiff ROADRUNNER
                                       RECYCLING, INC.