# EXHIBIT F-R



**ATTORNEYS' EYES ONLY**

# Transcript of Justin Armstrong, Corporate Designee & Individually

**Date:** August 22, 2024
**Case:** Roadrunner Recycling, Inc. -v- Recycle Track Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
Michigan #8598 | Nevada #089F | New Mexico #566

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3    - - - - - - - - - - - - - -x

4    ROADRUNNER RECYCLING, INC.,   :

5                    Plaintiff,    :   No 3:23-cv-04804-WHA

6    vs.                           :

7                                  :

8    RECYCLE TRACK SYSTEMS, INC.,  :

9    AND RECYCLESMART SOLUTIONS,

10   INC.,

11              Defendants.

12   - - - - - - - - - - - - - -x

13

14            ATTORNEYS' EYES ONLY

15

16   VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
        By and through its Designated Representative,
17                   JUSTIN ARMSTRONG,
              and in his Individual Capacity
18                   Pittsburgh, PA
              Thursday, August 22, 2024
19                    9:34 a.m.

20

21    Job No.: 548736

22    Pages: 1 - 214

23   Reported By: Brooklyn E. Schweitzer

24              RPR, CRR, CA CSR

25

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                               18

| | | |
|---|---|---|
| 1 | relational data, but... | 09:48:27 |
| 2 | Q.   And is that because it resides in a | 09:48:29 |
| 3 | relational database? | 09:48:31 |
| 4 | A.   It is. | 09:48:33 |
| 5 | Q.   Okay.  And what is the database in which | 09:48:33 |
| 6 | Compology raw data resides? | 09:48:39 |
| 7 | A.   For the most part, it's in Postgres.  And | 09:48:41 |
| 8 | the remainder of it is the images themselves, and | 09:48:47 |
| 9 | they're stored in S3, Amazon S3. | 09:48:53 |
| 10 | Q.   Okay.  And the Postgres database, is that | 09:48:58 |
| 11 | one maintained internally by Compology? | 09:49:02 |
| 12 | A.   Yeah.  It's a product called Amazon RDS. | 09:49:05 |
| 13 | So you pay for a hosted database.  So some of the | 09:49:11 |
| 14 | maintenance is taken care of by Amazon.  They | 09:49:19 |
| 15 | certainly take care of the physical server parts of | 09:49:24 |
| 16 | it. | 09:49:29 |
| 17 | Q.   Okay.  But they don't design the | 09:49:29 |
| 18 | underlying scheme, though, do they? | 09:49:30 |
| 19 | A.   They do. | 09:49:33 |
| 20 | Q.   Compology does, correct? | 09:49:34 |
| 21 | A.   Yes. | 09:49:35 |
| 22 | Q.   Okay.  And more specifically, you, | 09:49:35 |
| 23 | correct? | 09:49:38 |
| 24 | A.   There were many engineers, software | 09:49:38 |
| 25 | engineers that worked at Compology over the years. | 09:49:44 |

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                        19

| | | |
|---|---|---|
| 1 | So I was one of the people, but one of many. | 09:49:49 |
| 2 | Q.   Okay.  And then you mentioned an Amazon S3 | 09:49:52 |
| 3 | database.  What is stored on that? | 09:50:00 |
| 4 | A.   The images that come from the cameras. | 09:50:02 |
| 5 | Q.   And do they have any information | 09:50:06 |
| 6 | associated with them as they're stored in the S3 | 09:50:08 |
| 7 | database? | 09:50:11 |
| 8 | A.   Not really.  They only have an ID.  So | 09:50:12 |
| 9 | their file name is what they call a UUID, which is, | 09:50:18 |
| 10 | like, a long string of alphanumeric characters, and | 09:50:23 |
| 11 | that is what's used to connect them to all of the | 09:50:30 |
| 12 | rest of the information pertaining to them, which is | 09:50:32 |
| 13 | in Postgres. | 09:50:35 |
| 14 | Q.   And in the example of the University of | 09:50:36 |
| 15 | Maryland video we were discussing before, sounds | 09:50:41 |
| 16 | like they were provided with images and associated | 09:50:44 |
| 17 | fill level data; is that correct? | 09:50:48 |
| 18 | A.   I don't know if they were provided with | 09:50:51 |
| 19 | images, actually.  I don't really know anything | 09:50:53 |
| 20 | about their project or where they got the data from | 09:50:56 |
| 21 | or how it was delivered to them. | 09:51:00 |
| 22 | Q.   Who would know? | 09:51:02 |
| 23 | A.   I don't know. | 09:51:03 |
| 24 | Q.   You're not aware of anybody having given a | 09:51:08 |
| 25 | presentation to University of Maryland? | 09:51:13 |

| | | |
|---|---|---|
| 1 | images that get automatically classified with no | 10:55:14 |
| 2 | human intervention. | 10:55:18 |
| 3 | So if you want super accurate results, you | 10:55:19 |
| 4 | can send a lot more images to human review, and if | 10:55:24 |
| 5 | you don't care so much about that, you can turn the | 10:55:29 |
| 6 | dial the other way, so to speak.  That's the | 10:55:34 |
| 7 | advantage of having a human-in-the-loop system. | 10:55:37 |
| 8 | So what I generally tried to do as the | 10:55:41 |
| 9 | person setting the strategy for machine learning at | 10:55:45 |
| 10 | Compology was to try and keep the accuracy the same | 10:55:49 |
| 11 | and improve the throughput over time. | 10:55:55 |
| 12 | Q.   And what was the accuracy of the models | 10:55:58 |
| 13 | when you joined Compology? | 10:56:04 |
| 14 | A.   I believe the accuracy was somewhere in | 10:56:05 |
| 15 | the neighborhood of ███████ of the images falling | 10:56:10 |
| 16 | within ████████████ and the throughput was very | 10:56:17 |
| 17 | low when I joined.  It was something like ██ | 10:56:23 |
| 18 | ████████ | 10:56:25 |
| 19 | Q.   That's -- | 10:56:25 |
| 20 | A.   For fullness. | 10:56:26 |
| 21 | Q.   At -- sorry.  I didn't mean to cut you | 10:56:27 |
| 22 | off. | 10:56:29 |
| 23 | That's ████████████████████ | 10:56:29 |
| 24 | ████████████████ | 10:56:35 |
| 25 | A.   It was ████████████ as I | 10:56:36 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                              75

| | | |
|---|---|---|
| 1 | fashion, tries lots of different combinations. | 11:36:02 |
| 2 | That's what we did at Compology a lot of times. | 11:36:07 |
| 3 | So I don't really know what the meaning of | 11:36:10 |
| 4 | the word "design" would be in relation to those. | 11:36:15 |
| 5 | You -- I think it -- it's more accurate to say that | 11:36:19 |
| 6 | you choose or select a combination of | 11:36:23 |
| 7 | hyperparameters and then train a model based on | 11:36:27 |
| 8 | those hyperparameters. | 11:36:31 |
| 9 | Q.   Okay.  And then what did you do with | 11:36:33 |
| 10 | respect to parameters in the context of designing | 11:36:36 |
| 11 | your models? | 11:36:42 |
| 12 | A.   So the -- the nature of machine learning | 11:36:42 |
| 13 | is that the parameters get set based on the training | 11:36:45 |
| 14 | data. | 11:36:50 |
| 15 | Q.   So you didn't do anything to set them, | 11:36:51 |
| 16 | correct? | 11:36:54 |
| 17 | MR. MELLEMA:  Objection; form. | 11:36:55 |
| 18 | A.   I trained the model. | 11:36:56 |
| 19 | Q.   Okay.  And that -- the parameters being | 11:36:58 |
| 20 | set is just a by-product of training the model? | 11:37:02 |
| 21 | MR. MELLEMA:  Objection; form. | 11:37:09 |
| 22 | A.   I would say it's the purpose of training | 11:37:10 |
| 23 | the model. | 11:37:12 |
| 24 | Q.   Okay.  So how were the parameters set | 11:37:13 |
| 25 | after you trained the model? | 11:37:22 |

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    80

| | | |
|---|---|---|
| 1 | Q.   Okay.  So based on all the research you | 11:53:33 |
| 2 | did, what's your understanding of trade secrets? | 11:53:38 |
| 3 | A.   My understanding is that it's valuable | 11:53:40 |
| 4 | information that's not public. | 11:53:45 |
| 5 | Q.   Okay.  And with that understanding, what | 11:53:46 |
| 6 | of your design work do you consider to be a trade | 11:53:51 |
| 7 | secret? | 11:53:53 |
| 8 | A.   I would say most of the work that I did at | 11:53:54 |
| 9 | Compology could fall under that umbrella. | 11:53:59 |
| 10 | Q.   Can you give an example? | 11:54:04 |
| 11 | A.   The work that I did to develop the right | 11:54:05 |
| 12 | sizing algorithm, for example, I think could be | 11:54:13 |
| 13 | considered a trade secret. | 11:54:20 |
| 14 | Q.   Are you saying the idea or the feature of | 11:54:21 |
| 15 | right sizing is a trade secret? | 11:54:24 |
| 16 | MR. MELLEMA:  Object to form. | 11:54:26 |
| 17 | A.   I think that the method of right sizing. | 11:54:28 |
| 18 | So you asked if the idea of right sizing is a trade | 11:54:42 |
| 19 | secret.  I don't know, actually.  Could be. | 11:54:47 |
| 20 | Maybe it wouldn't be -- I mean, it wasn't | 11:54:53 |
| 21 | obvious to Compology that right sizing was the right | 11:54:56 |
| 22 | thing to build in the beginning.  Part of being a | 11:55:02 |
| 23 | startup is trying things and learning what the | 11:55:08 |
| 24 | market actually needs. | 11:55:13 |
| 25 | So it could be, I guess.  The idea of it. | 11:55:17 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    83

| | | |
|---|---|---|
| 1 | And so with ███████████████ | 11:58:39 |
| 2 | that's -- sorry. ██████████████ | 11:58:44 |
| 3 | ████████████████████████ | 11:58:47 |
| 4 | █████████████████████████████ | 11:58:54 |
| 5 | █████████████████████████████ | 11:58:59 |
| 6 | ███████ | 11:59:10 |
| 7 |     Q.   And that's the specific method you used to | 11:59:10 |
| 8 | perform right sizing -- | 11:59:14 |
| 9 |     A.   Yes. | 11:59:15 |
| 10 |     Q.   -- correct? | 11:59:16 |
| 11 |         And where does the software code that | 11:59:17 |
| 12 | executes that method reside? | 11:59:24 |
| 13 |     A.   In Platform. | 11:59:26 |
| 14 |     Q.   What do you mean by in Platform? | 11:59:30 |
| 15 |     A.   So Platform is the main Compology | 11:59:33 |
| 16 | application we were talking about earlier, and it's | 11:59:39 |
| 17 | also -- the code that runs that application is in a | 11:59:46 |
| 18 | repo called Platform. | 11:59:48 |
| 19 |     Q.   So the repository's called Platform | 11:59:50 |
| 20 | literally? | 11:59:53 |
| 21 |     A.   Yeah. | 11:59:54 |
| 22 |     Q.   Okay.  Who has access to that? | 11:59:55 |
| 23 |     A.   I do.  I think -- so historically, other | 11:59:57 |
| 24 | software engineers at Compology, and now that we're | 12:00:09 |
| 25 | part of RoadRunner, there are a few people on the | 12:00:14 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    94

| | | |
|---|---|---|
| 1 | Q.    Okay.  And you see in Lines 7 to 9, it | 12:17:01 |
| 2 | states, "is size and quality of the training data | 12:17:11 |
| 3 | are the most determinant factors for creating | 12:17:15 |
| 4 | effective machine learning systems." | 12:17:18 |
| 5 | A.    Mm-hmm. | 12:17:21 |
| 6 | Q.    Correct? | 12:17:21 |
| 7 |        What do you mean by "effective" there? | 12:17:22 |
| 8 | A.    I guess accurate, accurate enough to | 12:17:25 |
| 9 | fulfill customer needs. | 12:17:35 |
| 10 | Q.    Okay.  And I want to go through each trade | 12:17:36 |
| 11 | secret that you've identified in this document and | 12:17:42 |
| 12 | have you identify what you believe is an effective | 12:17:47 |
| 13 | level of accuracy for each of them.  Okay? | 12:17:52 |
| 14 |        MR. MELLEMA:  Objection; form. | 12:17:56 |
| 15 | A.    I can try. | 12:17:58 |
| 16 | Q.    Okay.  For subpar image detection, what do | 12:18:00 |
| 17 | you think is an effective level of accuracy? | 12:18:04 |
| 18 | A.    I guess I would have to say that I could | 12:18:07 |
| 19 | give an answer for something that I think would be | 12:18:12 |
| 20 | too low to be effective, and, you know, there's | 12:18:17 |
| 21 | probably a range of values that could be considered | 12:18:22 |
| 22 | acceptable.  Obviously more accurate is better than | 12:18:26 |
| 23 | less accurate. | 12:18:30 |
| 24 |        So I would say that in the case of -- you | 12:18:31 |
| 25 | were asking about subpar image detection, right?  I | 12:18:40 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    95

1    would say that if you had anything lower than ██       12:18:45

2    ██████     it would be a complete disaster.  I like it   12:18:52

3    to be in the -- in the ████████ for that one because     12:18:59

4    it's one of these upstream processes where the           12:19:04

5    mistakes it makes affect everything downstream of        12:19:10

6    it.                                                      12:19:15

7        Q.   So there's a cascading effect if there's        12:19:16

8    an error with subpar image detection throughout the      12:19:19

9    remainder of the models that you employ?                 12:19:23

10       A.   That's right, yeah, because if it decides        12:19:25

11   that -- if it decides that an image is not suitable,     12:19:28

12   nothing else happens to that image.  It's not used.      12:19:32

13       Q.   Okay.  And do you know the accuracy level        12:19:35

14   you have for subpar image detection right now?           12:19:40

15       A.   I don't remember.                                12:19:44

16       Q.   Okay.  What about the effective accuracy         12:19:45

17   for container fullness?                                   12:19:48

18       A.   Yeah.  I think -- I think that that's in         12:19:49

19   the neighborhood of ██████████████████                   12:19:55

20   ████████████████████████████                             12:20:01

21       Q.   And is that what you're attempting to            12:20:05

22   achieve or what you actually achieve?                     12:20:09

23       A.   I believe that we exceed that, but I             12:20:11

24   haven't looked at the numbers in the last couple of      12:20:14

25   weeks.                                                    12:20:18

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    96

| | | |
|---|---|---|
| 1 | Q.   Okay.  And what about the effective | 12:20:18 |
| 2 | accuracy rate you're attempting to achieve for | 12:20:21 |
| 3 | contamination detection? | 12:20:25 |
| 4 | A.   With contamination, ███████████ | 12:20:27 |
| 5 | ████████████████████████████████ | 12:20:34 |
| 6 | ███████████████████████████ | 12:20:39 |
| 7 | ██████████████████████████ | 12:20:48 |
| 8 | I think we have a top-level goal of having | 12:20:53 |
| 9 | an ████████████████████████████ | 12:21:02 |
| 10 | ███████████████████████████████████ | 12:21:10 |
| 11 | ██████████████████████████████████ | 12:21:14 |
| 12 | ███████████████████████████████ I | 12:21:18 |
| 13 | think I remember that as an accuracy that we told | 12:21:23 |
| 14 | customers, and I think it still holds. | 12:21:30 |
| 15 | Q.   Sorry.  I didn't mean to cut you off.  Is | 12:21:33 |
| 16 | that it? | 12:21:36 |
| 17 | And do you know what accuracy levels you | 12:21:37 |
| 18 | achieve right now for contamination detection? | 12:21:40 |
| 19 | A.   I believe it exceeds the ██ and the ██. | 12:21:45 |
| 20 | Q.   Okay.  And then for right sizing, what | 12:21:48 |
| 21 | level of accuracy are you attempting to achieve? | 12:21:57 |
| 22 | A.   We don't really track accuracy in right | 12:22:00 |
| 23 | sizing in any kind of formal way. | 12:22:04 |
| 24 | Q.   Okay.  What about post auto balancing, | 12:22:07 |
| 25 | what level of accuracy are you attempting to | 12:22:13 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    97

| | | |
|---|---|---|
| 1 | achieve? | 12:22:15 |
| 2 | A.   Again, that doesn't really have an | 12:22:16 |
| 3 | accuracy.  What that does is -- the point of that | 12:22:18 |
| 4 | process is ███████████████████████████████ | 12:22:24 |
| 5 | ███████████████████████████████████ | 12:22:29 |
| 6 | █████████████████████████████████ | 12:22:38 |
| 7 | ████████████████████████████████████ | 12:22:42 |
| 8 | █████████████████████████ | 12:22:52 |
| 9 | So ██████████████████████████ | 12:22:54 |
| 10 | ██████████████████████████████ | 12:22:57 |
| 11 | ██████████████████████████████ | 12:23:00 |
| 12 | ███████████████████████ | 12:23:04 |
| 13 | Q.   And then what about a success metric or | 12:23:09 |
| 14 | accuracy metric for location soft locking? | 12:23:15 |
| 15 | A.   I don't think we have anything like that. | 12:23:18 |
| 16 | Q.   Going back to Lines 7 through 9, you see | 12:23:20 |
| 17 | where it says "the size and quality of the training | 12:23:27 |
| 18 | data are the most determining factors for creating | 12:23:29 |
| 19 | effective machine learning systems"? | 12:23:34 |
| 20 | A.   Which page?  Sorry. | 12:23:37 |
| 21 | Q.   On Page 12, Lines 7 through 9. | 12:23:39 |
| 22 | A.   Yeah. | 12:23:49 |
| 23 | Q.   What do you mean -- strike that. | 12:23:49 |
| 24 | What size and quality of training data is | 12:23:56 |
| 25 | required for your subpar image detection model? | 12:24:01 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                          98

| | | |
|---|---|---|
| 1 | MR. MELLEMA:  Objection; form. | 12:24:06 |
| 2 | A.   I don't remember how many images I used to | 12:24:07 |
| 3 | train the last version of the SPID.  I think it was | 12:24:16 |
| 4 | around ████████ | 12:24:27 |
| 5 | Q.   And what do you mean by the -- strike | 12:24:27 |
| 6 | that. | 12:24:34 |
| 7 | What quality of training data do you need | 12:24:35 |
| 8 | to train the SPID? | 12:24:39 |
| 9 | A.   Best quality I can find. | 12:24:43 |
| 10 | Q.   What do you mean by best quality you can | 12:24:44 |
| 11 | find? | 12:24:47 |
| 12 | A.   If you have a lot of mistakes in your | 12:24:47 |
| 13 | training data, you will routinely need more training | 12:24:51 |
| 14 | data to make up for it.  And also if you have | 12:24:59 |
| 15 | systematic mistakes, like where the operators | 12:25:07 |
| 16 | routinely tag things the wrong way, even having more | 12:25:13 |
| 17 | data won't make up for bad quality. | 12:25:17 |
| 18 | But quality is a qualitative measure by | 12:25:22 |
| 19 | definition, so I can't really put a number on it. | 12:25:26 |
| 20 | Q.   Conceptually, is it fair to say that | 12:25:33 |
| 21 | correct classification of images provides better | 12:25:40 |
| 22 | quality images -- | 12:25:45 |
| 23 | A.   Absolutely. | 12:25:46 |
| 24 | Q.   -- for training? | 12:25:47 |
| 25 | Why didn't you train it with ██████ -- | 12:25:48 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    99

| | | |
|---|---|---|
| 1 | sorry.  Strike that. | 12:25:53 |
| 2 |     Why didn't you train the SPID with ██████ | 12:25:54 |
| 3 | images? | 12:25:58 |
| 4 |    A.   I probably did in the first version, but | 12:25:58 |
| 5 | as more images became available, it was possible to | 12:26:06 |
| 6 | get better and better results in terms of throughput | 12:26:10 |
| 7 | and accuracy. | 12:26:14 |
| 8 |    Q.   What would be the difference in accuracy | 12:26:15 |
| 9 | you could obtain in a model trained on ████████ | 12:26:19 |
| 10 | images as opposed to one trained on ██████ images? | 12:26:23 |
| 11 |    A.   So in the case of SPID -- actually, in the | 12:26:28 |
| 12 | case of most of the models, we try to keep the | 12:26:33 |
| 13 | accuracy the same and increase the throughput.  So a | 12:26:36 |
| 14 | typical increase that you might see from a ██████ | 12:26:44 |
| 15 | increase in training data, like I think you just | 12:26:52 |
| 16 | said, maybe you would go from ████████ throughput | 12:26:54 |
| 17 | to ██████ throughput, or you could go from ██ | 12:27:02 |
| 18 | █████ throughput to ███████ throughput. | 12:27:08 |
| 19 |     Typically -- and this isn't really | 12:27:13 |
| 20 | accepted as a rule of thumb outside of just my | 12:27:22 |
| 21 | personal experience, but I usually try to cut the | 12:27:25 |
| 22 | throughput -- well, the complements of the | 12:27:32 |
| 23 | throughput ██████ each time I do a retraining. | 12:27:37 |
| 24 |     So I usually have ████████ times as | 12:27:40 |
| 25 | much data, and I can ██████ the amount of human | 12:27:43 |

**PLANET DEPOS**
888.433.3767 | WWW.PLANETDEPOS.COM

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                                    100

| | | |
|---|---|---|
| 1 | intervention that's involved in the process. | 12:27:46 |
| 2 |     Q.   And what impact does it have on accuracy? | 12:27:49 |
| 3 |     A.   So I'll usually adjust the tradeoff that | 12:27:55 |
| 4 | we have between throughput and accuracy.  I'll | 12:28:04 |
| 5 | usually adjust that to have about the same accuracy | 12:28:08 |
| 6 | as the previous version of the model that I'm | 12:28:13 |
| 7 | retraining and just improve throughput. | 12:28:16 |
| 8 |     Q.   Okay.  And then what was the size and | 12:28:22 |
| 9 | quality of images you needed to train the container | 12:28:24 |
| 10 | fullness model? | 12:28:27 |
| 11 |     A.   I think the last container fullness model | 12:28:28 |
| 12 | was trained with something in the neighborhood of ▮ | 12:28:37 |
| 13 | ▮▮▮▮▮▮▮  images. | 12:28:42 |
| 14 |     Q.   Were those human labeled or machine | 12:28:44 |
| 15 | labeled? | 12:28:49 |
| 16 |     A.   Human labeled. | 12:28:50 |
| 17 |     Q.   All of them? | 12:28:51 |
| 18 |     A.   All of them. | 12:28:52 |
| 19 |     Q.   Okay.  What about the first time you | 12:28:53 |
| 20 | trained the model? | 12:28:57 |
| 21 |     A.   I don't recall. | 12:28:58 |
| 22 |     Q.   Do you have an estimate? | 12:28:59 |
| 23 |     A.   I'll guess that it was probably just shy | 12:29:02 |
| 24 | of ▮▮▮▮▮  the first time I trained it. | 12:29:09 |
| 25 |     Q.   And were those human labeled or machine | 12:29:12 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    101

| | | |
|---|---|---|
| 1 | labeled? | 12:29:15 |
| 2 | A.   Human. | 12:29:15 |
| 3 | Q.   Do you always train with human-labeled | 12:29:16 |
| 4 | images? | 12:29:24 |
| 5 | A.   Yeah, I do. | 12:29:24 |
| 6 | Q.   Why don't you train with machine-labeled | 12:29:25 |
| 7 | images? | 12:29:28 |
| 8 | A.   When you use machine-labeled images, you | 12:29:29 |
| 9 | are going to be using -- or you're likely to be | 12:29:33 |
| 10 | using lower quality data.  And so we generally trust | 12:29:40 |
| 11 | human-generated data for training in machine | 12:29:44 |
| 12 | learning. | 12:29:50 |
| 13 | Q.   Okay. | 12:29:51 |
| 14 | A.   And that's not just at Compology.  I would | 12:29:51 |
| 15 | describe that as best practice in the -- | 12:29:56 |
| 16 | Q.   Okay. | 12:30:00 |
| 17 | A.   -- industry. | 12:30:00 |
| 18 | Q.   So the best practice would be train with | 12:30:01 |
| 19 | human-labeled images, correct? | 12:30:04 |
| 20 | A.   Yeah. | 12:30:06 |
| 21 | Q.   And then with the hopes of having | 12:30:06 |
| 22 | model-produced machine-labeled images that are used | 12:30:10 |
| 23 | in whatever application the model has implemented in | 12:30:14 |
| 24 | it, correct? | 12:30:17 |
| 25 | A.   Correct. | 12:30:19 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    102

| | | |
|---|---|---|
| 1 | Q.   Do you recall the size of the quality of | 12:30:20 |
| 2 | images used to train the contamination detection | 12:30:28 |
| 3 | model? | 12:30:33 |
| 4 | A.   I don't recall.  It's in the ███████ | 12:30:33 |
| 5 | Q.   What about the -- is that most recently or | 12:30:35 |
| 6 | the first time? | 12:30:38 |
| 7 | A.   Most recently. | 12:30:38 |
| 8 | Q.   Okay.  What about the first time? | 12:30:39 |
| 9 | A.   The first time might have been in the | 12:30:41 |
| 10 | ████████████████ | 12:30:47 |
| 11 | Q.   Okay.  What about the size and quality of | 12:30:48 |
| 12 | images used for empty event detection? | 12:30:58 |
| 13 | A.   So empty event detection ████████ | 12:31:01 |
| 14 | ████████████████████████ | 12:31:07 |
| 15 | ████████████████████████████ | 12:31:13 |
| 16 | ██████████████████████████████ | 12:31:18 |
| 17 | ████████ | 12:31:21 |
| 18 | And as I recall, that's in the | 12:31:25 |
| 19 | neighborhood of -- the first time we did it was | 12:31:27 |
| 20 | probably in the -- you know, ███████████ and | 12:31:32 |
| 21 | the -- the newest one that was just trained last | 12:31:38 |
| 22 | week, if I -- I don't know, but if I had to guess, | 12:31:42 |
| 23 | probably uses ██████████████████ | 12:31:45 |
| 24 | ████████ | 12:31:50 |
| 25 | Q.   And what do you mean by ██████████████ | 12:31:51 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                    106

| | | |
|---|---|---|
| 1 | the method described in 21 -- Lines 21 through 28 on | 12:38:05 |
| 2 | Page 15? | 12:38:11 |
| 3 | A.    Yes. | 12:38:11 |
| 4 | Q.    Okay.  If you had a source code computer, | 12:38:12 |
| 5 | you could do that? | 12:38:15 |
| 6 | A.    Mm-hmm. | 12:38:15 |
| 7 | MR. MELLEMA:  Objection to form. | 12:38:16 |
| 8 | Q.    Okay.  How long would it take you to do | 12:38:17 |
| 9 | that? | 12:38:19 |
| 10 | A.    So the question is how long would it take | 12:38:19 |
| 11 | me to point out which files are involved? | 12:38:22 |
| 12 | Q.    Yeah. | 12:38:25 |
| 13 | A.    A couple of minutes, probably. | 12:38:26 |
| 14 | Q.    Okay.  Can you describe the development | 12:38:28 |
| 15 | process you went through to create the subpar image | 12:38:42 |
| 16 | detection model? | 12:38:46 |
| 17 | A.    Okay.  So it started off with having a | 12:38:48 |
| 18 | problem with images that were very blurry or images | 12:38:57 |
| 19 | that weren't even of a Dumpster getting processed by | 12:39:04 |
| 20 | the fullness system and creating erroneous results | 12:39:07 |
| 21 | for things like fill level, level of service. | 12:39:16 |
| 22 | So we decided that we needed to create a | 12:39:23 |
| 23 | separate model to deal with these edge cases of | 12:39:29 |
| 24 | images that weren't suitable.  So that was the first | 12:39:32 |
| 25 | step, is deciding that something needed to exist to | 12:39:38 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    107

| | |
|---|---|
| 1 | solve this problem. | 12:39:44 |
| 2 | And then we added an extra step in the | 12:39:47 |
| 3 | classification mini site where the Indian operators | 12:39:55 |
| 4 | tagged the images to ask instead of just can you | 12:40:03 |
| 5 | determine the fullness of this image, if not, why or | 12:40:09 |
| 6 | what's the problem with it, essentially. | 12:40:14 |
| 7 | We created that change, deployed it for a | 12:40:16 |
| 8 | period of time enough to build up a training -- a | 12:40:26 |
| 9 | corpus of training data with that additional piece | 12:40:31 |
| 10 | of information around, you know, what's wrong with | 12:40:34 |
| 11 | the image. | 12:40:37 |
| 12 | And after, I think it would have been | 12:40:39 |
| 13 | several months of having that, we built up enough | 12:40:43 |
| 14 | training data to -- to train a model.  Then I | 12:40:48 |
| 15 | trained the model and evaluated the results of model | 12:40:52 |
| 16 | candidates that came off of that training process. | 12:41:01 |
| 17 | Then I took the model that I selected and | 12:41:07 |
| 18 | wrapped it up in a micro service, created the micro | 12:41:10 |
| 19 | service, deployed it as a quality system, and then | 12:41:13 |
| 20 | modified the Platform application to consult the | 12:41:17 |
| 21 | SPID micro service at the beginning of the image | 12:41:23 |
| 22 | processing pipeline and used those results to | 12:41:28 |
| 23 | determine the path of the image as it gets processed | 12:41:33 |
| 24 | through the system. | 12:41:37 |
| 25 | Q.   What model did you choose? | 12:41:37 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    108

| | | |
|---|---|---|
| 1 | A.   The names of the models are -- we named | 12:41:39 |
| 2 | them after movies that are really bad because, you | 12:41:48 |
| 3 | know, they're subpar pictures.  So I think one of | 12:41:51 |
| 4 | the -- one of them was called Breaking Dawn, one of | 12:42:00 |
| 5 | them was called Superman 4.  I can't remember what | 12:42:04 |
| 6 | we're on now. | 12:42:09 |
| 7 | Q.   Let me ask it a little differently. | 12:42:10 |
| 8 | Is the model based on the open source | 12:42:12 |
| 9 | library? | 12:42:17 |
| 10 | A.   The model is implemented in TensorFlow, | 12:42:18 |
| 11 | which is an open source library. | 12:42:21 |
| 12 | Q.   Okay.  And when did you create the | 12:42:23 |
| 13 | original model? | 12:42:28 |
| 14 | A.   I don't recall.  Probably 2018. | 12:42:29 |
| 15 | Q.   And how long did it take to develop the | 12:42:36 |
| 16 | original model? | 12:42:39 |
| 17 | A.   I don't remember at all. | 12:42:40 |
| 18 | Q.   Do you have an estimate? | 12:42:41 |
| 19 | A.   Well, are you asking how much time it took | 12:42:47 |
| 20 | from conception to it being done, which includes | 12:42:54 |
| 21 | while we were collecting data through the system -- | 12:43:01 |
| 22 | and I didn't have any active role in that -- or are | 12:43:05 |
| 23 | you asking how much of my, like, attention, time, my | 12:43:12 |
| 24 | working hours? | 12:43:16 |
| 25 | Q.   Yeah, I'm asking how much attention/time, | 12:43:17 |

| | | |
|---|---|---|
| 1 | so working hours of Compology employees were spent | 12:43:20 |
| 2 | developing this. | 12:43:23 |
| 3 | MR. MELLEMA:  Objection to form. | 12:43:24 |
| 4 | A.   With this particular model, it was long | 12:43:25 |
| 5 | enough ago that I don't really remember how long I | 12:43:35 |
| 6 | spent on it, but it was typically several months of | 12:43:38 |
| 7 | work to get these up and running. | 12:43:44 |
| 8 | Q.   And was that full-time work? | 12:43:47 |
| 9 | A.   Yeah. | 12:43:49 |
| 10 | Q.   So you weren't working on any other models | 12:43:49 |
| 11 | during that time? | 12:43:52 |
| 12 | A.   During the time that I was working on this | 12:43:53 |
| 13 | model for several months, yeah, I wasn't working on | 12:43:55 |
| 14 | other models. | 12:43:58 |
| 15 | Q.   Okay. | 12:43:59 |
| 16 | MR. MELLEMA:  Is now a good time for a | 12:44:03 |
| 17 | break?  It's been about an hour.  Maybe for lunch? | 12:44:04 |
| 18 | THE WITNESS:  Sounds good to me. | 12:44:12 |
| 19 | MR. GALICA:  Yeah, we can do that, then. | 12:44:13 |
| 20 | VIDEOGRAPHER:  Okay.  We are going off of | 12:44:15 |
| 21 | the record at 12:44 p.m. | 12:44:18 |
| 22 | (A recess was taken.) | 12:44:21 |
| 23 | VIDEOGRAPHER:  We are going back on the | 13:34:18 |
| 24 | record at 1:34 p.m. | 13:34:21 |
| 25 | BY MR. GALICA: | 13:34:23 |

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                    141

1    actually looks at the images.  I briefly considered    14:24:21

2    using logistic regression but decided against it.    14:24:24

3        Q.    And you would consider this -- the way you    14:24:37

4    implement empty event detection to be machine    14:24:40

5    learning algorithm; is that fair to say?    14:24:43

6        A.    Yes.    14:24:47

7        Q.    Not deep learning, but still a machine    14:24:47

8    learning algorithm?    14:24:51

9        A.    Yes.    14:24:53

10        Q.    And is that different than just a    14:24:54

11    run-of-the-mill software algorithm?    14:24:57

12        A.    Well, I don't know what run-of-the-mill    14:25:01

13    would be, but --    14:25:05

14        Q.    What in your mind makes this a machine    14:25:08

15    learning algorithm?    14:25:10

16        A.    The fact that you use training data to    14:25:11

17    have the model make up its own rules, essentially,    14:25:16

18    rather than explicitly programming in rules.    14:25:21

19        Q.    Did a model for performing empty event    14:25:27

20    detection exist prior to you being employed by    14:25:41

21    Compology?    14:25:44

22        A.    It didn't.    14:25:44

23        Q.    When did you first develop this model?    14:25:45

24        A.    I think it was in the summer of 2017.    14:25:47

25        Q.    And how long did it take?    14:25:54

ATTORNEYS' EYES ONLY

Transcript of Justin Armstrong, Corporate Designee & Individually

Conducted on August 22, 2024                          151

| | | |
|---|---|---|
| 1 | A.   It's implemented in JavaScript.  It's | 14:50:53 |
| 2 | basically ingredient implementation of the knapsack | 14:51:02 |
| 3 | algorithm with a bunch of extra complications thrown | 14:51:09 |
| 4 | in. | 14:51:13 |
| 5 | Q.   Would you characterize it as a type of | 14:51:13 |
| 6 | machine learning -- | 14:51:20 |
| 7 | A.   I wouldn't. | 14:51:21 |
| 8 | Q.   -- algorithm? | 14:51:21 |
| 9 | A.   I wouldn't.  It's just an algorithm. | 14:51:24 |
| 10 | Q.   Did an algorithm for post auto balancing | 14:51:26 |
| 11 | exist prior to your employment at Compology? | 14:51:32 |
| 12 | A.   It didn't. | 14:51:34 |
| 13 | Q.   When did you develop this algorithm? | 14:51:35 |
| 14 | A.   I actually have no recollection of when | 14:51:37 |
| 15 | that was. | 14:51:44 |
| 16 | Q.   Did you work on it with anybody else? | 14:51:45 |
| 17 | A.   I mostly worked on it myself.  I talked to | 14:51:47 |
| 18 | my boss and our product manager a little bit about | 14:51:54 |
| 19 | it, but in terms of the actual programming work, it | 14:51:58 |
| 20 | was all me. | 14:52:01 |
| 21 | Q.   Can you give a year in which you might | 14:52:01 |
| 22 | have worked on it? | 14:52:07 |
| 23 | A.   I'm sorry.  I can't remember. | 14:52:08 |
| 24 | Q.   Do you remember when it was first | 14:52:10 |
| 25 | commercially deployed? | 14:52:13 |

ATTORNEYS' EYES ONLY
Transcript of Justin Armstrong, Corporate Designee & Individually
Conducted on August 22, 2024                                    214

```
 1              REPORTER'S CERTIFICATE

 2

 3         I, BROOKLYN E. SCHWEITZER, CSR NO. 14612,

 4   RPR, CRR, in and for the State of California, do

 5   hereby certify:

 6         That prior to being examined, the witness

 7   named in the foregoing deposition was by me duly

 8   sworn to testify the truth, the whole truth and

 9   nothing but the truth and that the witness reserved

10   the right of signature;

11         That said deposition was taken down by me

12   in shorthand at the time and place therein named,

13   and thereafter reduced to typewriting under my

14   direction, and the same is a true, correct and

15   complete transcript of said proceedings.

16         I further certify that I am not interested

17   in the event of the action.

18         Witness my hand this 29th day of August,

19   2024.

20

21

22   _____

23   Certified Shorthand

24   Reporter for the

25   State of California
```