# EXHIBIT P-R

1                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
2

3                    Civil Action No. 3:23-CV-04804

4

5    ROADRUNNER RECYCLING, INC.,

6           Plaintiff,

7         -vs-

8    RECYCLE TRACK SYSTEMS, INC., and
     RECYCLESMART SOLUTIONS INC.,
9

           Defendants.
10      _____/

11

12          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13                  VIDEOTAPED DEPOSITION OF
                          GRAHAM RIHN
14

15

16                Thursday, September 5, 2024
                   10:06 a.m. - 12:20 p.m.
17

18                      Remote Location
                  Via Zoom Videoconference
19                    All Parties Remote

20

21

22

                  Stenographically reported by:
23        Erica Field, RDR, CRR, CA-CSR, TX-CSR, GA-CSR,
       WA-CSR, NM-CCR, IL-CSR, NJ-CCR, FL-FPR, OR-CSR, NY
24                  Notary, FL Notary,
                       AK Notary
25                   Job No. 551921

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Graham Rihn
Conducted on September 5, 2024                    46

| | | |
|---|---|---|
| 1 | up our conviction a lot was we piloted the | 11:15:17 |
| 2 | technology after -- I believe after I had met with | 11:15:21 |
| 3 | Jason Gates at WasteExpo, we met -- you know, we | 11:15:26 |
| 4 | met up at WasteExpo, and the next step from that | 11:15:31 |
| 5 | conversation -- because the conversation | 11:15:40 |
| 6 | acquisition/merger was mentioned, and one of the | 11:15:42 |
| 7 | next steps was to be able to pilot.  And I wanted | 11:15:46 |
| 8 | to -- we sorts of wanted to see what the | 11:15:49 |
| 9 | technology could do. | 11:15:52 |
| 10 | We had an idea of the impact it could make | 11:15:54 |
| 11 | to RoadRunner.  But as a result of that pilot, | 11:15:56 |
| 12 | that made it very real for us.  And if I look | 11:16:02 |
| 13 | back, like that's certainly actually becoming a | 11:16:06 |
| 14 | user of the technology and the insights it creates | 11:16:09 |
| 15 | is what built very high conviction internally at | 11:16:13 |
| 16 | RoadRunner. | 11:16:19 |
| 17 | Q  Were there other assets or things of value | 11:16:19 |
| 18 | that RoadRunner could acquire through a purchase | 11:16:26 |
| 19 | of Compology? | 11:16:29 |
| 20 | A  We were most focused on the technology and | 11:16:29 |
| 21 | what it could do for RoadRunner. | 11:16:34 |
| 22 | Q  Was there anything beyond the technology | 11:16:35 |
| 23 | that would also be of value or -- to RoadRunner? | 11:16:39 |
| 24 | A  No.  I think, obviously, they had a legacy | 11:16:43 |
| 25 | business, but that legacy business -- we had our | 11:16:47 |

| | | |
|---|---|---|
| 1 | concerns about.  And there was an understanding | 11:16:50 |
| 2 | internally that we would bear some burden of | 11:16:56 |
| 3 | experiencing that.  But there was enough | 11:17:00 |
| 4 | conviction and potential with what that technology | 11:17:05 |
| 5 | could do for RoadRunner that we were still very | 11:17:09 |
| 6 | excited. | 11:17:13 |
| 7 | Q  When you say what the technology could do | 11:17:13 |
| 8 | for RoadRunner, at that time what did you | 11:17:26 |
| 9 | contemplate RoadRunner would do to use or exploit | 11:17:30 |
| 10 | the technology as part of its business? | 11:17:34 |
| 11 | A  I would -- you know, I would prob- -- at | 11:17:35 |
| 12 | that time I wrote e-mails, and we put some | 11:17:38 |
| 13 | documents together that just put our business | 11:17:42 |
| 14 | thesis down on paper of the potential.  We had an | 11:17:45 |
| 15 | idea pre-pilot, and then we got to experience it | 11:17:50 |
| 16 | in the pilot. | 11:17:54 |
| 17 | So some of the specifics refer to -- one, | 11:18:00 |
| 18 | ███████████████████████████████████ | 11:18:03 |
| 19 | ███████████████████████, and having the | 11:18:10 |
| 20 | ability to correct those, know them and correct | 11:18:13 |
| 21 | them, was a large opportunity. | 11:18:18 |
| 22 | Having the ability to know how full a | 11:18:24 |
| 23 | container is allows RoadRunner to benefit greatly, | 11:18:27 |
| 24 | not only RoadRunner but our customers. | 11:18:34 |
| 25 | And being able to identify and have a view | 11:18:39 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Graham Rihn

Conducted on September 5, 2024                              55

| | | |
|---|---|---|
| 1 | valuation of Compology as a business? | 11:29:14 |
| 2 | A  So after first discussions, we signed an | 11:29:18 |
| 3 | NDA where we had access to a folder online, like a | 11:29:25 |
| 4 | data room.  In that process, most of the valuation | 11:29:31 |
| 5 | discussion was led by Jason in the process and | 11:29:38 |
| 6 | myself.  We, of course, internally had to align to | 11:29:43 |
| 7 | the process in terms of like looking at their | 11:29:52 |
| 8 | financials and evaluating them, and that's where | 11:29:58 |
| 9 | some of our -- as I mentioned in my testimony, | 11:30:03 |
| 10 | where we got uncomfortable. | 11:30:07 |
| 11 | But as a result of the conviction we had | 11:30:10 |
| 12 | and the technology, we attempted to -- I tried to | 11:30:15 |
| 13 | align to what Jason was asking for to get a deal | 11:30:20 |
| 14 | done.  That's really what set the valuation. | 11:30:24 |
| 15 | Q  And I appreciate that, Mr. Rihn.  So I | 11:30:27 |
| 16 | just want to make clear what I understand. | 11:30:36 |
| 17 | So prior to close of the transaction in | 11:30:39 |
| 18 | October of 2022, RoadRunner never commissioned any | 11:30:42 |
| 19 | third party to do a valuation of Compology's | 11:30:48 |
| 20 | business or assets, correct? | 11:30:51 |
| 21 | A  I don't recall ever commissioning a third | 11:30:53 |
| 22 | party.  I recall working with Michael Bevan from | 11:30:57 |
| 23 | General Atlantic, as I mentioned, our team | 11:31:03 |
| 24 | internally, and myself and Jason in working to a | 11:31:06 |
| 25 | valuation. | 11:31:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Graham Rihn
Conducted on September 5, 2024                    81

| # | | |
|---|---|---|
| 1 | A   I'm not specifically referring to patents | 12:15:16 |
| 2 | or patents rights.  No.  I'm referring to the | 12:15:23 |
| 3 | device and the insights that we gained from the | 12:15:28 |
| 4 | technology. | 12:15:30 |
| 5 | Q   Got it.  So, to your understanding, does | 12:15:30 |
| 6 | the company, RoadRunner, value any of the | 12:15:37 |
| 7 | Compology patents or patent rights as an | 12:15:41 |
| 8 | intangible asset? | 12:15:44 |
| 9 | MR. MELLEMA:  Objection.  Form. | 12:15:46 |
| 10 | A   The patents and patent rights are not of | 12:15:46 |
| 11 | something that's on my radar from a valuation | 12:15:54 |
| 12 | perspective.  We are focused on the technology and | 12:15:59 |
| 13 | what impact it can make on our business and the | 12:16:01 |
| 14 | industry. | 12:16:04 |
| 15 | BY MR. WODARSKI: | 12:16:04 |
| 16 | Q   Fair enough.  So similar -- just to end | 12:16:05 |
| 17 | with this, to answer a similar question with | 12:16:06 |
| 18 | respect to trademarks.  Are you aware of whether | 12:16:11 |
| 19 | or not RoadRunner values as an intangible asset | 12:16:13 |
| 20 | any trademarks it acquired from Compology? | 12:16:16 |
| 21 | MR. MELLEMA:  Same objection. | 12:16:20 |
| 22 | A   From my purview, we value the technology | 12:16:20 |
| 23 | and the insights that that technology can make on | 12:16:29 |
| 24 | our business and the industry. | 12:16:31 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Graham Rihn
Conducted on September 5, 2024                        85

```
1                    CERTIFICATE OF REPORTER

2

3    UNITED STATES DISTRICT COURT )

4    NORTHERN DISTRICT OF CALIFORNIA )

5

6         I, ERICA FIELD, RDR, CRR, certify that I

7    was authorized to and did stenographically report

8    the deposition of GRAHAM RIHN, that a review of

9    the transcript was not requested; and that the

10   transcript is a true and complete record of my

11   stenographic notes.

12        I further certify that I am not a

13   relative, employee, attorney, or counsel of any of

14   the parties, nor am I a relative or employee of

15   any of the parties' attorney or counsel connected

16   with the action, nor am I financially interested

17   in the action.

18

19        DATED this 10th day of September, 2024.

20
         Erica Field
21       _____
         Erica Field, RDR, CRR
22

23

24

25
```