# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., | Case No. 3:23-cv-04804-WHA |
| Plaintiff, | |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | |
| Defendants. | |

**<u>EXPERT REPORT OF W. LEO HOARTY</u>**

## TABLE OF CONTENTS

**Page**

I.     INTRODUCTION ..................................................................................................1

II.    QUALIFICATIONS ..............................................................................................1

III.   ASSIGNMENT ......................................................................................................3

IV.    MATERIALS CONSIDERED ..............................................................................4

V.     LEGAL STANDARDS ..........................................................................................4

    A.     Trade Secrets .............................................................................................4

    B.     Misappropriation .......................................................................................5

VI.    SUMMARY OF OPINIONS .................................................................................6

VII.   FACTUAL OVERVIEW .......................................................................................7

    A.     The Parties .................................................................................................7

    B.     RoadRunner's Allegations Against Defendants ........................................7

VIII.  OPINIONS ..............................................................................................................9

    A.     Methodology ..............................................................................................9

    B.     RoadRunner's Trade Secrets ...................................................................11

        1.     Trade Secret 1: Overall Waste Metering and Recycling
               Technology for a Smart Waste Container Mounted Device ...............11

        2.     Trade Secret 2: Smart Camera Apparatus for a Smart Waste
               Container Mounted Device .................................................................14

        3.     Trade Secret 3: Optical Assembly and Design of a Smart
               Waste Container Mounted Device ......................................................31

        4.     Trade Secret 4: Training Data for an AI/ML System Analyzing
               Data from a Smart Waste Container Mounted Device .......................39

        5.     Trade Secret 5: Subpar Image Detection (SPID) ..............................46

        6.     Trade Secret 6: Contamination Detection/Content
               Identification Service .........................................................................48

        7.     Trade Secret 7: Container Fullness Analysis .....................................51

    C.     RoadRunner's Trade Secrets Have Independent Economic Value ...............54

    D.     RecycleSmart Derived its Pello Camera System from Compology's
        Camera Systems .......................................................................................57

        1.     RecycleSmart Disassembled Compology's R12 Camera System ........58

        2.     Comparison of Pello Camera System to Compology's R12
               Camera System ...................................................................................64

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

<u>**TABLE OF CONTENTS**</u>
**(CONTINUED)**

**Page**

|  |  | a. | ████████ Lithium-Thionyl Chloride Battery Pack Design | 64 |
|  |  | b. | Camera Subsystem Assembly and Design | 67 |
|  |  | c. | Mainboard System Architecture | 72 |
|  |  | d. | Case Mold and Mount Design | 74 |
|  | E. | RecycleSmart Derived its ML Models from Compology's Training Data | | 78 |
|  | F. | RecycleSmart Derived its Dirty Lens Detection from Compology's Training Data and Web Application | | 93 |
|  | G. | RecycleSmart Derived its Plastic Bag Contamination Detection from Compology's Training Data | | 99 |
|  | H. | RecycleSmart Derived its Fill Level ML Model from Compology's Training Data | | 106 |
| IX. | CONCLUSION | | | 111 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## I.    **INTRODUCTION**

1.    I have been retained as an independent technical expert by counsel for Plaintiff RoadRunner Recycling, Inc. in *RoadRunner Recycling, Inc. v. Recycle Track Systems, Inc. et al.*, N.D. Cal. Case No. 3:23-cv-04804-WHA. Counsel has asked me to render opinions regarding RoadRunner's trade secrets. Specifically, I have been asked to inspect and compare Compology's camera systems to Defendants' Pello camera system, including the hardware, software, artificial intelligence, and machine learning components of each. I have been asked to review source code, inspect physical devices and prototypes, review documents and communications, and read certain deposition transcripts. My conclusions are based on my review of these materials and my professional experience.

2.    I reserve the right to supplement, change, clarify, or modify my opinions should additional information and/or documentation become available to me. I also reserve the right to submit a rebuttal declaration in response to any expert declaration(s) submitted on behalf of the owner of the Defendants.

## II.    **QUALIFICATIONS**

3.    I am a professional engineer with over 40 years of experience in both electronics engineering and computer science. I have considerable experience in the development of all levels of complex software systems as well as designing and bringing to market electronic hardware products. My areas of expertise include artificial intelligence (AI) and machine learning (ML), audience measurement, automatic content recognition (ACR), audio and video encoding, decoding, and transmission, cable and satellite settop design, consumer electronics product design, digital signal processing (DSP), digital watermarking, digital rights management, electronic circuit design, interactive television systems, mobile application development, iOS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

system was derived from the Compology R12 camera system. I visually inspected the physical devices and documentation of the hardware of Pello prototypes and devices as part of my comparison of the hardware. I also compared the bills of materials (BOMs) for each device. A comparison of the BOMs reveals that the majority of all components identified on the Pello BOM are the same part or exhibit substantially the same function as used to build the R12 device. Most of the critical chips and their functions are substantively the same between the two products. I found that parts of the Compology camera system design, particularly the R12 camera system, were either identically replicated, or were derived from it, including the battery pack assembly design, camera subsystem, and mainboard system architecture. RTS documents provided to me further confirmed my conclusions. Based on these findings, as more fully described herein and in the attachments, I conclude that the Pello camera system was derived from the Compology R12 camera system.

28.    I also inspected the Pello system source code. Inspection and documentation of the source code of Pello establishes that (1) RecycleSmart used Compology's labeled and tagged images to train its ML models, (2) RecycleSmart used Compology's labeled and tagged images to train its dirty lens detection ML models, (3) RecycleSmart used Compology's labeled and tagged images to train its contamination detection ML models, and (4) RecycleSmart used Compology's labeled and tagged images to train its fill level determination ML models. I also inspected the web application that RoadRunner supplies to its customers. My inspection revealed that the web application identifies the major building blocks of RoadRunner's algorithms and processes to its customers (under confidentiality agreements). I conclude that RecycleSmart had access to these building blocks and used them to develop its software system, which is corroborated by the Pello source code I inspected and RTS documents provided to me. Based on

these findings, as more fully described herein and in the attachments, I conclude that the Pello

system ML models and AI system was derived from Compology's training data.

29.     Based on these findings, I conclude that RoadRunner's trade secrets embodied in

Compology's camera devices and system were used by RecycleSmart to derive its Pello device

and system.

**B.     RoadRunner's Trade Secrets**

**1.     Trade Secret 1: Overall Waste Metering and Recycling Technology
for a Smart Waste Container Mounted Device**

30.     I examined RoadRunner's overall waste metering and recycling technology

including its R11-R13/S/L camera systems, its firmware, and its software. As I describe below in

detail, the Compology R11-R13/S/L includes electronic, optoelectronic, and mechanical active

and passive components and design implementations. I also examined the Compology source

code, which implements sophisticated ML techniques and data analytics in the form of

algorithms and processes, which it distributes to its customers via a web application, which I

have also examined.

31.     I find that RoadRunner's trade secrets include the overall know-how and design

of its waste metering system including physical hardware components such as the camera

system, optical assembly and design, firmware such as its image preprocessing techniques

implemented in the camera apparatus, training data, machine learning models, an AI system

implementing the machine learning models, and algorithms and processes to generate data,

analysis, and recommendations to customers, including fullness, emptiness, contamination,

schedules, data ingestion efficiencies, and location analysis of waste containers. As more fully

described below, Compology developed a convolutional neural network ("CNN") as its AI

system to implement the machine learning models for accurate machine labeling and tagging of

11                HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

images from Compology's smart cameras. The combination of these hardware, firmware, and software elements as implemented in a waste metering system is itself a trade secret.

32.     As described herein, RoadRunner expended millions of dollars in efforts to design its product in an iterative process over the past decade. Although certain components of RoadRunner's smart camera design employ commercially available parts, the combination of those parts, with non-commercially available parts, and the unique configuration of the parts in a smart camera assembly, integrates significant know-how and techniques learned during its development and testing process. Courts recognize that a trade secret exists when such combinations exist, even when the combinations might include commercial or generally known components.  Civ. Code § 3246.1(d) (including device or compilation); 1 Milgrim on Trade Secrets § 1.01 (2020) ("A secret combination of known elements is eligible for trade secret protection."); see also *By-Buk Co. v. Printed Cellophane Tape Co.*, 163 Cal. App. 2d 157, 166 (1958) (trade secrets for bundle or combination of parts in system); *San Jose Construction, Inc. v. S.B.C.C., Inc.*, 155 Cal. App. 4th 1528, 1537 (2007) (trade secrets for compilation of written materials); *Winston Research Corp. v. 3M*, 350 F.2d 134, 139, 1965 (1965) (trade secrets in combination of specifications showing basic mechanical elements and relationship to each other); *Altavion, Inc. v. Konica Minolta Sys. Lab. Inc.*, 226 Cal.App.4th 26, 48 (2014) ("The doctrine has been established that a trade secret can include a system where the elements are in the public domain, but there has been accomplished an effective, successful and valuable integration of the public domain elements and the trade secret gave the claimant a competitive advantage which is protected from misappropriation.").

33.     I understand that Compology kept its camera systems secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart

could not disassemble or reverse engineer the camera system. Similarly, I understand that these contractual restrictions on use and disclosure also prevented RecycleSmart from using or disclosing confidential information regarding operation and functionality of Compology's algorithms and processes and data analytics. I also understand that Compology kept its training data that it used to train its ML models confidential. While Compology permitted its customers to download and store labeled and tagged images of the customers' bins, those customers were unable to use that information to derive their own system. I understand that only customers under strict confidentiality restrictions on use and disclosure may have access to any of Compology's confidential information in its camera systems and software.

34.    I find that even though Compology sold its cameras to customers, those customers were not permitted to disassemble or reverse engineer them. Moreover, I find that even though Compology supplied labeled and tagged image data and its web application to its customers, those customers were not permitted to reverse engineer or derive their own system from them, such as, by training their own AI/ML system using these very valuable Compology tagged images. Having many years of experience in integrating hardware and software into devices, in my opinion a skilled engineer would have to conduct software development in conjunction with the hardware development, an iterative process requiring years and years of testing, to arrive at Compology's camera system and software. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology camera systems and software, are not generally available to the public or those who could obtain value from knowing them.

35.    I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any camera system and software that embodies the overall waste and recycling metering technology at issue here. This demonstrates

13        HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

that there is an absence of camera systems and software that mimic the design of the Compology camera system and software, as such devices and software have not been independently developed by others.

### 2. Trade Secret 2: Smart Camera Apparatus for a Smart Waste Container Mounted Device

36.     I examined the Compology camera systems R11-R13/S/L, as described herein, in detail. First, I disassembled each of Compology R11, R12, R13, R13-L, and R13-S camera systems by opening the case and observing the PCBA and related components in the case housing. I took high-resolution photographs of the top and bottom of the PCBA, as well as the various components embedded in the housing of each. The R11 camera system is a dual-camera sensor system mounted on three mounting positions in a waste container for ████████████ ████████████████████████████████████████████████ *See* Exhibit 20. The R11 includes a processor board, a █████ long-life lithium battery, ████████████████████████████ and a ██████ case molding. The R11 further includes, on its PCBA, a LTE Mobile Radio IC (integrated circuit) with an LTE Mobile Antenna, an ARM CPU, a GPS Receiver IC, and a GPS antenna, mounted perpendicular to the main PCBA. Embedded or made part of the housing is a camera flash LED, a light sensor, and two camera windows including UV coating and a contamination resistant nano-coating. The battery pack of the R11 features a █████ long-life Lithium Thionyl Chloride Battery Pack, ████████████████████████████████ ██████ a Molex power connector, and plastic wrap bundling the aforementioned components (and others, including a █████, into a battery pack. The R11 camera system is depicted below.





The R11 camera system and its components are depicted in a series of photographs I took that identify the main features and components of the camera system. *See* Exhibit 20.

37.    The R12 camera system is a single-camera sensor system mounted on three mounting positions in a waste container. The R12 includes a clear outer shell with ███████ ██████ to withstand a rugged environment. The R12 further includes an ███████████████ ███████████████ The R12 includes a main processor board, a camera module and assembly, a ████ battery pack, and ██████ case molding. The battery pack of the R12 features a 2-cell long-life Lithium-Thionyl Chloride Battery Pack, ████████████████████████ ████████████████████ a Molex connector, and plastic heat-shrink wrap bundling the aforementioned components (and others, including a ████, into a battery pack. The R12 includes a camera control board, a camera assembly, a light sensor, and a camera flash LED as part of its optical assembly and design. The R12 further includes, on its PCBA, a LTE Mobile Antenna, a

LTE Mobile Radio, an ARM CPU, a GPS Receiver, and a GPS antenna, mounted on the rear of the main PCBA. The R12 camera system is depicted below.



The R12 camera system and its components are depicted in a series of photographs I took that identify the main features and components of the camera system. *See* Exhibit 20.

38.    The R12 camera subsystem is a custom CMOS camera module (CCM) that includes custom designed parts and assemblies. The R12 camera module includes a ████████ ████████████████ Camera Sensor/Processor, a camera module board, and a ████ ██████████████ and a ████████████████ The ██████████ as described more fully herein, was an iterative design choice based on extensive research and testing. The camera module board includes a light sensor, a camera LED flash, and a ████████████████ ██████████████ (to which the ████████████████ is connected in operation). Both the R12 and R13 utilize the same overall camera subsystem design, though the PCBA of the R13 is different from the R12.

39.     The R13, R13-S, and R13-L camera systems generally utilize the same internal components, including a camera assembly, light sensor, camera flash LED, camera mount, LTE Mobile Antenna, LTE Mobile Radio IC, GPS Antenna, GPS Receiver, ARM CPU, and a battery pack. The battery pack includes a ███████ long-life Lithium-Thionyl Chloride ███████ ████████████████████████████████████, a Molex connector, and plastic shrink wrap bundling the aforementioned components (and others, including a ████). The R13 camera system is depicted below.



40.     As described above, the R13 camera system also was developed into two variants, the R13S and the R13L, depicted below.





The R13, R13S, and R13L camera systems and their components are depicted in a series of photographs I took that identify the main features and components of the camera system. *See* Exhibit 20.

41.     Developing a battery operated, wireless camera system that must survive in the harsh environment of industrial and commercial trash containers for 5+ years involves significant innovation and iterative design choices. I am informed by Compology's legacy engineers that Compology designed, tested, certified, and ultimately entered mass production on multiple different versions of waste metering camera technology. For example, in 2013, and through at least 2015, Compology developed prototypes and entered into limited manufacturing production on camera systems such as consecutively numbered R0-R7 camera systems. In or around 2013-2014, Compology developed its R10 camera system. After the R10 camera system, Compology developed its R11, R12, R13, R13L, and R13S camera systems, from 2015 to 2022. After Compology was acquired by RoadRunner in 2022, RoadRunner continued to develop its R13 series of camera systems. I understand that the R13L camera system was developed to accommodate thick-walled containers employing an exterior mount, and R13 was developed to accommodate thin-walled containers. I understand that R13S is a newer iteration for internal mount capabilities.

42.     As described above, the R11 camera system utilized a two-camera system. The R11 camera system was iteratively developed and migrated to the R12 camera system, a single-camera system, that also ███████████████████████████████████ in addition to a number of other improvements and features. The R12 camera system was iteratively developed to arrive at the R13 camera system, another single-camera system, that also ████████████ ███████████████████ in addition to a number of other improvements and features. Each version refined the performance in critical areas unique to this challenging product field. These areas include environmental challenges (e.g., grime/debris mitigation, strength and damage mitigation), optical challenges (e.g., lighting, image dynamic range, field of view, etc.),

radio frequency ("RF") performance while operating in metal containers, and battery life, among others. Compology's innovation resulted in highly customized designs, requiring the design and fabrication of custom components and assemblies, all of which are the sum of years of trial and error, testing, and refinement.

43.    Compology experimented with numerous types of camera apparatus designs. For example, Compology experimented with multiple cameras using stereovision; however, as Compology's machine learning models became more robust, a single camera image could evaluate the fullness level of a waste container without the need for stereovision. In addition, Compology experimented with different camera placements within different types of waste containers, settling on a three-point mounting system in which the smart camera is placed high in top back corners.

44.    The harsh and varying environmental conditions and needs for the waste industry required Compology to iteratively develop physical components of the smart camera apparatus over the course of a decade. A waste container presents a varying environment that may be very dark, very light, and often both simultaneously, for example, when a waste container may have only one of two lids open or is located in a shaded or partially shaded area. In addition, the waste container may be located outside and exposed to extreme heat and cold depending on the weather cycles. The waste containers also vary widely in size and shape anywhere from a 1-yard front-load container to a 40-yard roll-off container. Below are examples of each.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



1-Yard Front Load Dumpster



40-Yard Roll-Off Dumpster

45.    Compology employed various confidential and proprietary techniques to achieve

an accurate, low-power, smart camera apparatus for use in waste containers that could operate

for at least five years on an internal battery. Selection of the camera lens with an appropriate

field-of-view ("FOV"), view angle, placement, and resolution were all central to sufficiently

capturing the dynamics within a variety of shapes and sizes of waste containers. In addition, a camera apparatus with a [redacted] to capture a usable image was required to mitigate inherent limitations in CMOS sensors and provide usable images to server-side machine-learning algorithms to evaluate fullness and contamination. Further, [redacted] and as a result, [redacted] Compology also used a custom coating on its camera lens to reduce grime and debris buildup on the optical surfaces, requiring lab, in-field, and Highly Accelerated Lifecycle Testing ("HALT") to identify the solution with the best performance to withstand the harsh environment and sustainability factors (e.g., longevity in the field) as described herein. Compology designed its smart camera apparatus with a custom CMOS Camera Module ("CCM") in which specific optical, physical, and electrical requirements were used to design and manufacture the custom CCM.

46. Compology's smart camera apparatus trade secret includes a smart camera, including a CCM with wide FOV camera lens, battery pack, high-durability injection-molded parts, including a "double shot" rear housing with TPE overmolding, front housing with recessed sensors for debris shielding, and camera and flash PCBA cutouts and mounting, and optical windows with high scratch-resistance, and specialized coatings; printed circuit board assemblies ("PCBAs") containing microcontrollers, external RAM integrated circuit ("IC"), wireless communication systems, accelerometer, GPS, environmental sensors, and a camera flash LED. The smart camera apparatus includes a housing with an [redacted] coating that improves hardness and scratch resistance. I disassembled and took high-resolution photographs including

annotations to the components of the R11-R13/S/L camera systems that disclose these relevant

features of Compology's smart camera design. *See* Exhibit 20.

47.     In more detail, Compology employed an ██████████████████████████

████████████████████████ The specific MCU chosen by Compology remained

consistent between R11-R13S camera systems. In practice, the ██████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████

████ The MCU generally includes embedded peripherals that differentiate it from a central

processing unit or a microprocessor. Newer electronic designs implement even more peripherals,

including internal RAM, such that external RAM is sometimes not necessary, depending on the

application of the device. Internal RAM may be useful for certain applications because it may

tend to eliminate copper traces and complexity in general on the PCBA on which the MCU is

located. Still, in some circumstances, however, though the internal RAM of a MCU is sufficient,

it may be advantageous to utilize external RAM when certain image processing functions may

require more resolution or more operations on an image such as ██████████████████████

████████████ in general, where multiple instances of an image are required for simultaneous

image operations. The camera system generally also includes ██████████████████████

██████████████████████████████████████████████████████.

48.     Compology camera systems also implement an ambient light sensor configured to

measure the ambient light the camera's image sensor may receive. For example, the waste

container may be ██████████████████████████████ On the other hand, the

waste container may be ████████████████████████████████

████████████████████████████ In situations where the ████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████ A temperature

sensor is also employed to determine the ambient temperature of the waste container; this is

valuable in debugging and determining the source or nature of problems in the field, especially

when operating in extreme temperatures.

49.     Compology camera devices also utilize an accelerometer. The accelerometer may

be utilized to determine when the container is lifted such as for emptying, which triggers

empty/service event detection. The accelerometer data is suitable to determine an emptying event

for front load bins where the bin is lifted over the top of a truck, but for roll-off bins, however,

sensor fusion may be utilized by combining accelerometer data with fullness level data over

time, as disclosed herein. An RGB LED is utilized for convenient on-site technician feedback to

ascertain what mode or function in which the camera device is operating.

50.     Compology smart camera assemblies are designed to function when the wireless

communication system is able to communicate with the server. This is a particular challenge for

a waste metering system because the vast majority of commercial and industrial waste containers

are composed of steel, which closely resemble Faraday Cages—a device intended to isolate and

inhibit radio transmission. This, coupled with the fact that Compology's customers are located

anywhere across the United States, in both very rural and densely populated cities, means the RF

performance of the wireless communication system must be highly optimized for these

challenging conditions. Typically, the RF performance of any system is a constraint that highly

shapes the physical and electrical design. It is tested and refined throughout the design process and is ultimately subjected to FCC and PTCRB regulatory certification.

51.    Compology's smart camera assembly uses an LTE CAT-M1 wireless communication module over 4G, with the ability to fall back to 3G, ██████████████ ███████████████████████ The wireless communication module uses an ████████ ██████████ for best propagation of data signals using the 4G network. In operation, the smart camera assembly is designed to communicate ████████████████████ ███████████████████████████████████████████ ███████████████████████ The battery life of Compology's smart camera assembly is paramount and is another engineering constraint which impacts nearly every element of the design. Compology's use of CAT-M1 cellular technology, particularly suited to low bandwidth / low power applications, was specifically chosen and implemented to lengthen the battery life of the assembly. Notably, Compology was an early adopter of Verizon's LTE CAT-M1 network when it became first available. Compology chose to utilize the UBLOX mobile radio technology in its R11 camera system, which offered reasonable support services in connection with Compology's adoption of new technology implemented in the Verizon LTE CAT-M1 network. As a benefit of the UBLOX module in connection with the Verizon LTE CAT-M1 network, the ███████████████████████ ████████ which was preferable because the camera system could be utilized in a variety of settings and localities, including rural areas.

52.    The camera systems also generally employed a variety of wireless connectivity devices such as Global Navigation Satellite System ("GNSS")/GPS, Bluetooth low-energy ("BLE"), and near-field communications ("NFC"). The GNSS/GPS is critical to operation of the

device by providing location tracking and ID. For example, waste containers move often, and it was—and remains—necessary to provide a suitable tracking methodology to keep track of the waste containers. GNSS provides an important data point for Compology's customers, the server-side algorithms that Compology employs to provide accurate service detection and rightsizing recommendations, as well as for Compology's fleet of field-technicians and maintenance services. GNSS are very weak signals when received on the earth surface, which is often further attenuated in these environments due to trash corrals, bin placement within garages, or other enclosures. Maximizing the GNSS RF performance is critical to reducing the time-to-first-fix and hence minimizing power consumption.

53.     In addition, the GNSS/GPS network provides a time stamp at the time an image is captured by the camera device. While LTE networks may be utilized for location tracking, I understand that at the time Compology had tested location tracking, LTE was relatively inaccurate. In addition, while LTE networks may be utilized for time stamp information, Compology utilized a different methodology to provide accurate time stamp information. In addition, NFC provided a completely passive (no camera system power needed) method for technicians to interact with the camera system (e.g. trigger the camera during installation and/or retrieve logs) when diagnosing in-field issues.

54.     Compology's smart camera apparatus also includes a specific and unique battery technology chosen in combination with the other elements of the smart camera apparatus to lengthen the time in the waste container to five years or more without replacement. Battery life is paramount to the success of Compology's hardware products, impacting overall smart camera assembly lifespan and hence cost and profitability. It is another engineering constraint which impacts nearly every element of the design. This can be seen across the electrical design and

component selection which emphasizes low-power consumption. Among the factors Compology

needed to balance are ███████████████████████████████████████

███████████████████ An exotic battery chemistry (Lithium Thionyl Chloride—

LiSoCl2) was selected for Compology's smart camera apparatus to meet these strict

requirements. This ██████████████████████████████████████████

████████████████████████████ in a custom battery pack to serve this

purpose. Attached as Exhibits 16-17 hereto are specifications of the battery technology for the

R12 camera system (Exhibit 16) and the R13 camera system (Exhibit 17).

    55.    Compology designed the ███████████████████████████

██████████████████████ Compology chose a █████████████████

███████████████████████████████████████████████████████

████████████████████ in the harsh environment of a waste container. The addition of ██

███████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████ While it is conceivable to use a ██████████████████████████

███████████████████████████████████████ which would result in a

higher-cost camera system. The █████████████████████████████████

███████████████████████████████████ while accommodating a lower-

cost design.

    56.    Compology also experimented with the ████████████████████ Its R11

design utilized ███████████████ which, ████████████████████████████

███████████████████████████████████████████████

      HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



57.     In Compology's iterative design choices, Compology experimented with ██████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████ Compology also determined the ███████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████ I understand that R11 used an ███████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████ In its R12 design, however, as silicon geometries shrank and power efficiency

increased (Moore's Law), and as Compology moved to a LTE CAT-M1 module, Compology

determined that ████████ were more than sufficient, and in its later R13 design, ████████



██████ Below are photographs of the R12 and R13 battery assemblies.





58.    Each of Compology's iterative battery pack designs utilized Lithium-Thionyl

Chloride batteries, a unique battery chemistry that balances long life and ███████████

████████████████████████████████ Compology researched and designed

every element of the battery pack with its battery assembly supplier. Below is a schematic

drawing of the custom battery pack for R12.



59.    Compology utilized an internal SMT (surface mount technology) antenna mount

████████████████████████████████████████████████

████████████████████████████████████████████████

██████

60.    I understand that Compology kept its camera systems secret by entering into

contractual restrictions on use and disclosure, including that customers such as RecycleSmart

could not disassemble or reverse engineer the camera system. Similarly, I understand that these

contractual restrictions on use and disclosure also prevented RecycleSmart from using or

disclosing confidential information regarding operation and functionality of Compology's algorithms and processes and data analytics.

61.     I find that even though Compology sold its cameras to customers, those customers were not permitted to disassemble, or reverse engineer them. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology camera systems, are not generally available to the public or those who could obtain value from knowing them.

62.     I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any camera system that embodies the smart camera systems at issue here. This demonstrates that there is an absence of camera systems that mimic the design of the Compology camera system, as such devices and software have not been independently developed by others.

### 3.     Trade Secret 3: Optical Assembly and Design of a Smart Waste Container Mounted Device

63.     I examined the optical assembly and design of the Compology camera systems R11-R13/S/L, as described herein, in detail. First, I disassembled each of Compology R11, R12, R13, R13L, and R13S camera systems by opening the case and removing the optical/camera components. I took high-resolution photographs to identify the components and design of the camera subsystem. *See* Exhibit 20.

64.     Based on my experience in over 40 years designing embedded and integrated hardware and software for commercial products, I understand that designing any electronics, let alone an optoelectronic device such as Compology's smart camera apparatus, to survive and continue functioning without intervention in a waste container for at least five years and in extreme temperature conditions poses significant challenges. The severity and nuances of these issues are not obvious and have been mitigated through the many iterations of the Compology

31                HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Docusign Envelope ID: 3047E2F2-29A0-417A-960A-2A92C8EB435E

smart camera apparatus. Compology designed the camera optics and accompanying physical elements, including the components of the CCM such as the CMOS sensor, camera flash PCBA, and camera flash LED, for use with harsh weather conditions, durability to withstand physical damage from impact of waste and movement of waste dumpsters during filling and emptying, and to facilitate debris shedding to keep the lens unobscured to capture accurate images of the interior of the waste dumpsters.

65.    Compology iteratively developed the camera lens and materials over the course of many years to optimize the captured images for use with Compology's machine learning algorithms to determine fullness levels, emptying events, and contamination events and types. The camera lens is a fixed-focus lens with an optimal FOV and focal length for the harsh/constrained environment and requirements for capturing waste container images. The FOV of Compology's R12 lens was ███████████, and the R13 lens was ███████████. Attached as Exhibits 1 to 14 hereto are various assembly drawings and specifications of the R12 CMOS modules (Exhibits 1 to 7) and of the R13 CMOS modules (Exhibits 8 to 14).

Docusign Envelope ID: 3047E2F2-29A0-447A-960A-2A82C8EB435E



R12 Camera Module



R12 Camera Module Board

66.     The camera lens and its FOV were chosen to address several tradeoffs. In order to be usable and optimal for use in an ML model, the camera is placed such that ███████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████ This allows the ML model (or a human observer—i.e., human-in-the-loop) to be able to determine when the container is full and when the container is empty. The images must capture these areas of the container so that the images can be manually or automatically (AI) tagged/labeled and used in the data analytics represented by the algorithms and processes as identified herein. For example, the container fullness analysis process requires a subject image (i.e., an image of the container at a point in time) to ███████████████████████████ such that the fullness level of the container may be tagged/labeled. In addition, the container fullness analysis process requires the image to █████████████████████████ to provide a reference image (i.e., an empty container image) to compare against the subject image. In addition, Subpar Image Detection ("SPID") requires both a subject image and a reference image to make its assessment of whether the image is suitable for the AI system to automatically tag/label the image. Other algorithms and processes, such as the empty event detection service and the rightsizing (optimizing emptying schedules and quantities of bins) recommendation generation algorithm require fullness level inputs, such that the optical design must ████████████████████ ████████████████

67.     In practice, it is possible to place the camera system, and thus, the optical design, in other parts of the container—such as the center. However, in these positions, Compology learned that in order to ███████████████████████████████████████████████ ███████████████████████████████████ is required. Consequently, ██████████████ ██████████████████████████████████████████████████████████████████ ████████████████. In addition, ███████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████.

68.     Compology as part of its development of the optical assembly and design ███████ ██████████████████████████████ When the camera captures an image from a container, ██ ██████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████ Compology chose the ███████████████ ██████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████.

69.     Compology determined during its iterative development of the camera system that a ██████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ Preferably, the ████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████ As such, ███████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████ Compology optimized the ██████████████████

████████████████████████████████████████████████████

Thus, the design balances ████████████████████████████████████

████████████████ In later designs, including the R13 and R13L, Compology utilized

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

70.     Further, certain Compology camera system designs, such as the Compology R12

camera system, include a clear casing in the front half of the housing, and ████████████

████████████████████████████████████████ In those systems, however,

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████ In other examples,

Compology's R-12 camera system experienced ████████████████████████████

████████████████████████████████████████████████████

████████████████████ In cases such as these, where ████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████ which it applied to its camera system designs. Thus, Compology

had to determine the ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████

71.     Still further, the image resolution that the camera sensor captures is carefully specified by Compology. The resolution in the R12 camera system is ███████████ and is chosen ████████████████████████ For example, with a ███████████████████ ████████████████████ The ███████████████████████████████ ████████████████████████████████████████████ ███████████████ In addition, it should be noted that the resolution of the image is not chosen ██████████████████████████████████████████████ █████████████████████████████████████████████ █████████████████████████████████████████ In practice, however, since a human is utilized to determine characteristics of the image, both for training data and for human-in-the-loop verification of difficult images, the image must be of sufficient resolution that a human can view the scene and determine fullness, contamination, etc. For AI purposes, however, that are configured to automatically label the images, the resolution of the image is not as important and is not necessarily a factor that Compology considers in determining the size and resolution of its image sensor.

72.     In addition, over the past decade, Compology experimented with different types of optical elements, ██████████████████████████████████████████ ██████████████████████████████ However, through Compology's experimentation, it learned that ██████████████████████████████ ██████████████████████████████████████████████ ████████████████ As one example, Compology learned that ███████████████ ████████████████████████████████████████████ preventing the capture of suitable images. Compology experimented with ████████████████

███████████████████████████████████████████████████████████

████████████████ permitted capture of images that were suitable for use by both humans and ML algorithms.

73.    Severe physical damage is commonplace in any waste container, but particularly in the construction and demolition sectors. This damage can be imparted both by the waste put into the waste container as well as the heavy machinery used to manipulate the trash and or container, such as forklifts, front end loaders, and bucket loaders. Great care was taken with the mechanical design to minimize or avoid this type of damage. Compology developed designs to mitigate physical damage. For example, Compology used a double-shot injection molding process with a thermoplastic elastomer ("TPE") second shot. This second shot rubber TPE overmolding technique was designed to ███████████████████████████████████████ ████████████████████████████████████████████ Extra strong polycarbonate ████████████████████████████████████████████ ███████████████████████████████████ In extreme cases, a metal shield was developed to surround and protect the smart camera assembly to provide further protection from physical damage. When installing the smart camera assembly in a waste container, a metal shield is first affixed to the waste container, and the smart camera assembly positioned and affixed within the metal shield.

74.    Debris buildup on the optical surfaces (windows) presents a substantial challenge, particularly in containers serving the food industry. Sources of occlusion can include grime, grease, rain, snow, dirt, humidity, cobwebs and nearly anything else that you might find in a waste container. Compology mitigated these sources of debris, primarily through ███████ ██████████████████████████████████████████ Specifically, Compology

employed a nanocoating that was designed to shed debris. Such debris can vary depending on the environment and industry for which the waste containers are provided. Compology experimented with many types of coatings by ███████████████████████████████████ █████████████████████████████████████████████████ ████████████████ Attached as Exhibit 15 hereto is a specification document detailing the specifics of the nanocoating employed by Compology for its smart camera assembly. In addition, the window geometry of the camera assembly housing was recessed so that waste and debris would slide off instead of becoming affixed to the camera lens assembly.

75.    Compology also used a white LED lens flash located ██████ and ██████, the camera lens. The camera flash (and camera flash PCBA used to control the camera flash) were designed to ensure sufficient accurate image capture of the interior of a variety of waste containers by evenly delivering light to the widest useful area inside the waste containers. Compology also experimented with different lighting characteristics, colors, and intensities to balance sufficient image capture against longevity of the battery in the low-power smart camera apparatus.

### 4.    Trade Secret 4: Training Data for an AI/ML System Analyzing Data from a Smart Waste Container Mounted Device

76.    I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology trained its ML models for the purpose of training AI systems to analyze images and the source and content of labeled and tagged images Compology used to train these models. Compology's source code reveals that the models are implemented as microservices that operate as independent and scalable routines in the service of the individual needs of the overall control system.

77.     Compology employs machine learning to analyze images of waste containers. To manually review and identify metrics of waste containers using humans only is cumbersome and inefficient. Thus, Compology developed an AI system to automatically analyze and label and tag images (i.e., machine labeling) for use by Compology's algorithms and processes that it uses to provide data, analysis, and recommendations to its customers, among other things. To automate Compology's process of analyzing images of waste containers, Compology used training data to train its ML models such that, when sufficiently trained, the ML models could be used in an AI system to label and tag images of waste containers without significant human involvement.

78.     Compology's training data is a trade secret and is central to Compology's training of its ML models and operation of its services. In ML, the size and quality of the training data are the most determinative factors for creating effective ML systems. At or around 2015, Compology started the process of training ML models for fullness levels of waste containers. Over the course of years, Compology manually labeled and tagged images from Compology's smart camera assemblies and built up a database of millions of images and related labels and tags. Specifically, the images were taken with Compology's camera systems, delivered wirelessly to Compology's server, and stored on a database. Compology then manually labeled and tagged these images with particular information detailing fullness levels, emptying events, contamination types, and other information used by Compology's algorithms and processes. This process took over seven years. The metadata included opinion data (e.g., fullness level data, contamination ID, etc.) as labels and tags in metadata associated with specified images. Compology utilized three vendors to assist in manual labeling and tagging of images to create the training data set. Compology engineers also labeled and tagged images that became part of Compology's training data set. Based on my own research and knowledge of ML training, as

well as through interviews with RoadRunner's engineers, no training data set like it exists except for Compology's own training data set.

79.    Compology's training set required collection of millions of images from containers in many conditions (including contamination, lighting, fullness, blockage, etc.), with a camera system that needs to be modified over to time (to overcome breakage, lens issues, heat, moisture, etc.) in order to capture those images over many years, and have those images manually labeled and tagged. In my opinion, there is no shortcut to obtaining meaningful and high-quality data on which to train ML models as Compology did.

80.    The training data includes only manually tagged labels of container fullness, content identification, empty events, among others. After a critical mass of images were stored in the database as a training set, Compology was able to develop working ML models for fullness levels of waste containers, content of the containers, and the empty/service state of containers over time. The ML models developed through the training data are implemented in an AI system in order to automate the ingestion and classification of images and provide automatic labels and tags associated with the particular images. It is also possible to train successful machine learning models from the output of previous models.

81.    For example, Compology's AI system's accuracy for contamination identification of plastic bags and uncollapsed cardboard boxes were extremely high, and thus, there is a high confidence level for those labels/tags. Compology's AI system detected ████████████ ████████████████████████ In or around the time that RecycleSmart would have had access to these images, ████████████████████████████████ ████████████████████████ Accordingly, Compology's machine-labeled images were highly accurate, and ████████████████████████████

███████████████████████ only increased the accuracy of the resulting set of labeled and tagged images, an essential and very valuable asset.

82.    In addition, Compology's ML model for SPID—or subpar image detection—in which the AI system categorizes the images and screens them such that usable images (e.g., non-obstructed images) are used as inputs to the other ML models of Compology's software system. I understand that the ████████████████████████████ I understand that the ████████ ████████████████████████████████ respectively, at the time that RecycleSmart had access to Compology's labeled and tagged images.

83.    As described herein, Compology employs an AI system to automatically machine label and tag preprocessed images and store the results in its database. The AI system used by Compology in its waste metering system is a CNN, which is a type of deep-learning algorithm used for processing visual data. It draws inspiration from the human visual cortex, where specific neurons respond to specific regions of the visual field. CNNs mimic this behavior to recognize patterns and features in images.

84.    A CNN consists of layers, each designed to process and transform the input data in a specific way. The primary layers include:

- Convolutional Layers: These layers apply filters (or kernels) to the input image to extract features such as edges, textures, or specific shapes. The filter might be an array of 5x5 binary values (0 or 1) that passes over the image in strides (jumps 3 pixels to the right each step, for example).

- Activation Layers: Typically using a Rectified Linear Unit (ReLU) or an equivalent algorithm, these layers introduce non-linearity reducing the amount of information but allowing the network to learn complex patterns.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Pooling Layers: These layers reduce the spatial dimensions (width and height) of the input volume for the next convolutional layer, reducing the computation required and controlling overfitting (which is when there is not enough training and learning is limited such that the result is only the recognition of yellow cats when trained to recognize cat species).

- Fully Connected Layers: Towards the end, these layers compute the class scores, resulting in the final output, such as the desired identification (classification) of the image.

85. Weights are fundamental to CNNs. They are the parameters that the network learns through machine learning training. Each neuron in a convolutional layer is connected to a small region of the input data. The strength of these connections is determined by weights. Another parameter generated during training are biases that are generated as data falls through the neural network layers. The role of weights include:

- Feature Identification:  In convolutional layers, weights are part of the filters that slide over the input image to produce feature maps. Different weights allow the network to detect different features such as edges of an object.

- Learning Process: During machine learning training, the CNN adjusts these weights based on the error in its output. This process is known as backpropagation.

86. There are many steps in training and adjusting weights, including:

- Forward Pass: The CNN processes the input data through its layers to make a prediction.

- Loss Calculation: The error (loss) is calculated by comparing the CNN's prediction to the actual label.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Backward Pass (Backpropagation): The CNN propagates the error back through its layers, adjusting the weights to minimize the loss.

- Optimization Algorithms: Algorithms like Stochastic Gradient Descent (SGD) are used to update the weights in the direction that minimizes the loss.

87.    CNNs, through their unique architecture, are adept at handling image data. The concept of weights and biases and their adjustment during training is central to how these networks learn and make predictions.  Though weights and biases are generated during training are a crucial part of the model, but they do not represent the entirety of the training process. Other key elements include:

- Model Architecture: This includes the design of the network with various layers (convolutional, pooling, fully connected, etc.), their arrangement, and the choice of activation functions. The architecture dictates how the weights and biases will be used to process input data. Examples of popular architectures include from the past, AlexNet and ResNet as well as the modern ConvNeXt and Transformer models.

- Learning Algorithm: Typically, a variant of gradient descent is used to optimize the weights. The learning algorithm determines how the weights are updated during training.

- Hyperparameters: These are the settings that govern the training process and are not learned from the data. Examples include the learning rate, batch size, number of epochs (the number of times the training passes through the entire dataset), and regularization terms.

88.    Compology trained its CNN using ML appropriate to the learning task at hand. ML is crucial to the successful application of a CNN. The examples used for training include

both the input images and the expected outputs called labels, which are metadata elements. The distribution, variety, and quality of these data are fundamental to the training process. The function that measures how well the CNN is performing is called the loss function; the ML training is intended to minimize the loss function (that is: how well did it guess the image as revealed by the image label?), which can iteratively happen over time as more training data is used to train the ML models. The weights (and biases) are the direct product of the training and are used to make predictions. They are a part of the machine learning models that can be saved and loaded for future use (called transfer learning), effectively capturing the learned aspects of the training dataset.

89.    I find that Compology's high-quality training data compiled, labeled, and tagged over the course of years is an important trade secret that is used to train Compology's ML models and implemented in its CNN. This ML process is certainly the most time-consuming aspect of using artificial intelligence. The value of the training data is more than just the labeling cost; rather, the compiling, labeling, and tagging process involves significant efforts both in hardware and software design.

90.    I understand that Compology's training data comprises many millions of labeled and tagged images of the interior of waste containers. This is itself a trade secret. I also find that labeled and tagged images of the interior of waste containers in sufficient volumes to train an ML model is also a trade secret. For example, certain ML models may require thousands, tens of thousands, hundreds of thousands, or millions of labeled and tagged images to sufficiently train an ML model. Each have value by being kept secret from members of the public, including competitors.

91.     I understand that Compology kept its training data secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart could not derive their own ML models by using the labeled and tagged output of Compology's AI processes. I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own MLs. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, are not generally available to the public or those who could obtain value from knowing them.

92.     I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, which is provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

**5.     Trade Secret 5: Subpar Image Detection (SPID)**

93.     I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology trained its SPID ML model and the steps Compology implemented in SPID. Compology's source code reveals that the SPID ML model is implemented as a microservice, which is an independent process that operates asynchronously from the command and control (cloud-based) operating system.

94.     I understand that Compology developed SPID as the first step in the image processing pipeline. All incoming images are screened by SPID for certain problems that would make the images unable to deduce an accurate fullness or contaminants within the normal image processing pipeline. SPID is an ML model integrated in the CNN. In my opinion, the use of a

46                 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

separate, specialized model to identify image problems common to waste cameras and to use this information ahead of and to control input into the other AI systems is a trade secret.

95.    I understand that, in operation, SPID receives a subject image and a reference (i.e., empty) image of the same waste container. The SPID process as implemented in the CNN then determines a decision on image quality (i.e., OK to continue analysis, optically unusable, hardware issue, not properly installed, or obstructed by loaded material), and a binary confidence level (i.e., confident, not confident). Based on the decision and confidence level, the image may be deemed sufficient to continue with the image processing pipeline or may be deemed insufficient and discarded for use in providing conclusions and recommendations to the customer. It may also trigger service of the lens, sensor, camera assembly, etc. For example, SPID informs Compology's customers that the image is "Obstructed" when the image is inverted, blocked by waste, dirty, or captures an entirely black image. The image itself is viewable by the customer and can be used by the customer, Compology, or maintenance/technicians to service the camera. For example, a camera that captures an off-kilter image may need to be re-installed due to physical impacts; other times, a camera that captures an entirely black image may have a hardware problem that will require repair or replacement. Still other times, a blurry image may signify a dirty lens due to organic or other waste, or the like, in which case a technician may be alerted to clean the dirty lens.

96.    I find that SPID is an important trade secret that filters out unusable images to provide higher quality image data for use by other AI subsystems as implemented by Compology's CNN.

97.    I understand that Compology kept SPID secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart could not

derive their own ML models by using the labeled and tagged output of Compology's AI system or the confidential information contained in Compology's web application to derive their own image filtering ML model or system. I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own MLs, including SPID or a derivative of SPID. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, and as implemented in SPID, are not generally available to the public or those who could obtain value from knowing them.

98.     I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. I am also not aware of any algorithms or processes that are publicly or privately in use for filtering out unusable images of waste containers such as that performed by proprietary SPID process. This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, and an absence of algorithms or processes for filtering out unusable images of waste containers, which are provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

### 6. Trade Secret 6: Contamination Detection/Content Identification Service

99.     I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology trained its ML models associated with the contamination detection/content ID analysis service and the steps Compology implemented to obtain data and analytics concerning that service. Compology's source code reveals that the ML models are implemented as a microservice similar to the aforementioned services.

100. I understand that Compology developed its contamination detection / content identification analysis service over the course of many years. Compology had previously implemented a content identification service for detection of clear and non-clear plastic bags, detecting both the presence of the plastic bags and the number of bags in a waste container. Over time, Compology developed the contamination detection / content identification analysis service to detect seven types of contamination: (1) plastic bags; (2) electronic waste (e.g., microwaves, etc.); (3) bulky items; (4) uncollapsed cardboard boxes, (5) construction materials and yard debris; (6) styrofoam; and (7) tanglers (e.g., stringy material that could jam the equipment at recycling processor facilities). I find that the selection and combination of these seven kinds of potential contamination, which balances potential harm with frequency of appearance in waste streams, is a trade secret.

101. The service receives a subject image and as implemented in the Compology AI system, outputs bounding boxes around items of interest (i.e., type of item, x/y location within the image, width and height of the bounding box), and binary confidence level (i.e., confident, not confident) for each bounding box. Three types of box classes are created: plastic bag, uncollapsed cardboard, and anomaly. The anomaly class represents the five other very low-occurrence contaminants. Any found anomaly boxes in an image will trigger a manual human review. I find that the methodology Compology employed to implement the service is a trade secret.

102. Consequently, I find that the contamination/content ID service is an important trade secret that identifies seven unique types of contaminants/content in waste containers and segregates the bounding boxes into three classes for both efficiency and accuracy purposes. Contaminants can ruin recycle efforts and are of the utmost importance to identify accurately.

Docusign Envelope ID: 3047E2F2-29A0-417A-860A-2A92C8EB435E

False positive identification can be expensive for the operator and false negatives can be harmful to the environment.

103.    I understand that Compology kept the service secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart could not derive their own ML models by using the labeled and tagged output of Compology's AI system or the confidential information contained in Compology's web application to derive their own service for identifying contaminants in waste containers. I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own MLs, including the contamination/content ID analysis service, or a derivative of the service. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, and as implemented in the service, are not generally available to the public or those who could obtain value from knowing them.

104.    I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. I am also not aware of any algorithms or processes that are publicly or privately in use for identifying seven unique types of contaminants/content in waste containers and segregating the bounding boxes into three classes for both efficiency purposes and accuracy purposes such as that performed by the service. This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, and an absence of such algorithms or processes, which are provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 7.    Trade Secret 7: Container Fullness Analysis

105.    I examined Compology's source code and interviewed RoadRunner's engineers to understand how Compology trained its ML models associated with its fullness level ML model. Compology's source code reveals that the ML models are implemented as a microservice similar to the aforementioned services.

106.    I understand that Compology developed its fullness level ML model over the course of many years. The process consists of a human-in-the-loop AI system, which consists of a ML model implemented in the CNN and a time-efficient user interface for workers to record labels. In this system, some images are routed to human labelers who assess the fullness of a container. These fullness opinions, when available, are then averaged together to give a ground-truth fullness for training future ML models. When no manual-labeled fullness opinions are available, machine-labeled information is used. The combination of human and machine fullness information greatly increases the accuracy of the overall system. It also allows for continual improvement of the ML models as more training data is collected over time. I understand that at least as early as 2015, Compology had developed a working container fullness analysis model. I also understand that from 2015 to the present multiple improvements were made to various ML models, as described herein, to provide a relatively accurate fullness level output, content data, and empty event analysis.

107.    In operation, the container fullness analysis receives a subject image and a reference (i.e., empty) image of the same waste container. The images below are examples of subject/reference images (*see* Exhibits 18-19).





108.    The container fullness analysis as implemented in the CNN determines the estimated fullness of the waste container and a binary confidence level (i.e., confident, not confident).

109.   Consequently, I find that the container fullness analysis as implemented in a fullness ML model is an important trade secret that utilizes computer vision to accurately determine the fullness level (i.e., fill level) of a waste container and provide valuable information that can be used to bypass manual observations of each waste container, saving valuable time and resources, and providing data by which reduced scheduling of waste hauling pickups can be realized.

110.   I understand that Compology kept its fullness analysis secret by entering into contractual restrictions on use and disclosure, including that customers such as RecycleSmart could not derive their own ML models by using the labeled and tagged output of Compology's AI system or the confidential information contained in Compology's web application to derive their own service for identifying contaminants in waste containers. I find that even though Compology provided labeled and tagged images to customers, those customers were not permitted to use them to compete against Compology (or RoadRunner) by using them to train their own ML models, including the fullness analysis, or a derivative of the analysis. Thus, the trade secrets at issue in this lawsuit, and as embodied in the Compology training data, and as implemented in the analysis, are not generally available to the public or those who could obtain value from knowing them.

111.   I am also not aware, based on my own knowledge and research of the industry, as well as my interviews with RoadRunner engineers, of any training data that is either publicly or privately available for use in training ML models on waste containers. I am also not aware of any algorithms or processes that are publicly or privately in use for container fullness analysis as implemented by Compology. This demonstrates that there is an absence of training data other than the training data compiled and stored by RoadRunner, and an absence of such algorithms or

processes, which are provided to customers only under the aforementioned strict non-use and non-disclosure requirements.

### C.    RoadRunner's Trade Secrets Have Independent Economic Value

112.    In my opinion, each of RoadRunner's trade secrets, including the overall waste metering and recycling system, smart camera apparatus, optical assembly and design, training data, and algorithms and processes, has independent economic value. The overall waste metering and recycling system and technology has independent economic value because (1) the system made it possible to obtain data and analytics that facilitated customers' desires to reduce costs, reduce carbon emissions, protect the environment, and provide a more sustainable system, (2) I understand that at least $40 million and 10 years were expended in developing the system, and (3) I understand that RecycleSmart took RoadRunner's system as its own to develop its competing Pello system in a matter of months.

113.    In my opinion, each of the aforementioned trade secrets are part of the overall waste metering and recycling system and each has independent economic value as being part of a working system, as well as being separately valuable by remaining secret to third parties. I understand that the Compology camera systems are not generally available or readily ascertainable to business competitors or others. They are provided to third parties only under strict prohibitions on use and disclosure. The Compology camera systems are provided in a secured housing in which the components and internals of the apparatus are not able to be examined without disassembly, which is prohibited activity by Compology's customers. The Compology camera systems are valuable because they took significant resources to research and develop. The original Compology camera system was developed starting in 2013 and was iteratively improved over years. Many person-hours were expended in developing the hardware of the smart camera apparatus and required integration with other parts of the overall waste and

54        HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

assembly and design was derived from R12 and must have been obtained through disassembly and reverse engineering of Compology's R12 camera system. *See, e.g.*, Exhibit 24.

132.    I have prepared a figure (below) that compares camera/flash design similarities between the Compology R12 camera system and the Pello camera system. I took these photographs depicted in the figure during my investigation.



133.    The exterior housing and external-facing components of the camera/flash design suggest that Pello's overall camera subsystem assembly and design was derived from Compology's R12 design. For example, the Pello camera system includes ██████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████ while in a waste container, an ambient light sensor, and a camera flash LED. Notably, the camera flash LED is ███████████████ ████████████████████████████████████████ All of these

such information and amend my opinions, if necessary. Also, if requested, I will analyze and

provide opinions about the work performed by other experts or individuals involved in this case.


DATED:     <u>August 30, 2024</u>

_____    _____
                                   W. Leo Hoarty