# EXHIBIT AJ-R

11:36  1   can choose from, though; right?
11:36  2          MR. CASEY:  Objection.
11:36  3          THE WITNESS:  I mean, I -- I think you
11:36  4   could choose from something where you screw the
11:37  5   wires in.  It's just not as reliable.  Because
11:37  6   the screws can shake loose.  But, I mean, there
11:37  7   may be some others.  I can't think of any.
11:37  8   BY MR. GIBSON:
11:37  9      Q.  Both the Pello and the R12 have a
11:37 10   ████████; correct?
11:37 11          MR. CASEY:  Objection.
11:37 12          THE WITNESS:  Yes.  Electronic devices
11:37 13   often have ████
11:37 14   BY MR. GIBSON:
11:37 15      Q.  Well, in this case, both the Pello and
11:37 16   the R12 have the same ████████; correct?
11:37 17          MR. CASEY:  Objection.
11:37 18          THE WITNESS:  Yes.
11:37 19   BY MR. GIBSON:
11:37 20      Q.  And we talked about the optical design
11:37 21   before the break.  The optical design, they
11:38 22   both -- the image sensors both come from
11:38 23   ██████ as we talked about before; right?
11:38 24      A.  Yes.  Both image sensors are
11:38 25   manufactured by ██████  Just different