# EXHIBIT AL-R

| | |
|---|---|
| 1 | Arameh Zargham O'Boyle (SBN: 239495) |
| | azoboyle@mintz.com |
| 2 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
| | 2049 Century Park East, Suite 300 |
| 3 | Los Angeles, CA 90067 |
| | Telephone: 310-586-3200 |
| 4 | Facsimile: 310-586-3202 |

James M. Wodarski (Admitted *Pro Hac Vice*)
JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
mcnewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
smcasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com
Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Attorneys for Defendants
RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br>    Plaintiff, <br><br>v. <br><br>RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br>    Defendants. | Case No. 3:23-cv-04804-WHA <br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF ROADRUNNER RECYCLING, INC.'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE TESTIMONY REGARDING ROADRUNNER'S TERMINATION OF BENJAMIN CHEHEBAR'S EMPLOYMENT** <br><br>Judge: Hon. William H. Alsup <br>Pretrial Conf.:  November 26, 2024 <br>Time:  9:30 am <br>Location:  450 Golden Gate Avenue <br>    Courtroom 12, 19th Floor <br>    San Francisco, CA 94102 <br><br>Complaint Filed:  August 4, 2023 <br>Trial Date:  December 9, 2024 |

**I.     ARGUMENT**

Plaintiff's Motion *in Limine* ("MIL") No. 1—seeking broad prohibition of prospective testimony about Plaintiff's termination of its own witness (Mr. Chehebar)—should be denied for two reasons. First, the motion is factually inaccurate, as Mr. Chehebar was questioned about his termination at this deposition. Second, the testimony Plaintiff seeks to exclude is relevant to Plaintiff's ████████████████████████████████████████████████████████████████—as well as Mr. Chehebar's credibility, at least. For these reasons, Plaintiff's MIL No. 1 should be denied.

First, Plaintiff's assertion that "Defendants *did not ask Mr. Chehebar* or Mr. Gates *about the nature or circumstances of RoadRunner's termination of Mr. Chehebar's employment*" is flagrantly false. MIL No. 1 at 5; Mellema Decl. at ¶ 3 (emphasis added). During his deposition, Mr. Chehebar was questioned, at length, about his termination:

> Q.   And why did you leave RoadRunner?
> A.   I was let go.
>
> Q.   Okay. And why were you let go?
> A.   I was let go ████████████ that happened.
>
> Q.   Okay. And when you say let go, do you mean terminated or fired?
> A.   Okay. ████████████████
>
> Q.   Okay. And what was ████████████████████
> A.   ██████████████████████████████████████
>
> Q.   Okay. ████████████████████
> A.   █████████
>
> Q.   Okay. ██████████████████████████
> A.   ████████████
>
> Q.   ████████████████████████████████████
>      ████████████████████████████████████
> A.   ████████████████████████████████████
>      ████████████████████████████████████
>      ████████████████████████████████████
>
> Q.   Okay. ██████████████████████████████
> A.   ██████████████████████████████████████

Ex. G, August 28, 2024 Deposition of Benjamin Chehebar Tr. ("Chehebar Tr.") at 66:21-67:24.

1  Therefore, Plaintiff's first argument that "Defendants *did not seek any testimony concerning these issues from Mr. Chehebar* or Mr. Gates during their depositions" is completely inaccurate. MIL No. 1 at 3 (emphasis added). For this reason alone, Plaintiff's MIL No. 1 should be denied.

Second, the prospective testimony regarding ▆▆▆▆▆▆▆▆▆▆ and related termination are relevant to Plaintiff's policies, procedures, and systems to maintain confidential information, as well as Mr. Chehebar's his credibility, at least. *See, e.g.*, *Smilovits v. First Solar, Inc.*, No. CV12-0555-PHX-DGC, 2019 WL 6698199, at *14 (D. Ariz. Dec. 9, 2019) ("For example, if a witness was terminated because she objected to the nondisclosures at issue in this case, the termination clearly would be relevant. While Plaintiffs have not identified any such witness, the Court cannot conclude that other reasons for departing are not relevant to issues in the case, including witness credibility."). As Plaintiff's MIL No. 1 admits, Mr. Chehebar ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ MIL No. 1 at 4-5. Interestingly, Mr. Chehebar testified that he ▆▆▆▆▆▆▆▆▆▆ (Ex. G, Chehebar Tr. 67:9-11), while Plaintiff's MIL ▆▆▆▆▆▆▆▆▆▆ MIL No. 1 at 3 ("Mr. Chehebar … ▆▆▆▆▆▆▆▆▆▆"); *id.* at 3 ("▆▆▆▆▆▆▆▆▆▆…"); *id.* at 6 ("… Mr. Chehebar ▆▆▆▆▆▆▆▆▆▆.") (emphasis added). In either event, Plaintiff found Mr. Chehebar's actions ▆▆▆▆▆▆▆▆▆▆ Defendants should be permitted to probe Mr. Chehebar's termination, as well as ▆▆▆▆▆▆▆▆▆▆ because these subjects are relevant to his credibility, at least.

Therefore, Plaintiff's MIL No. 1 should be denied because it is based on both false facts and pretenses.

## II.   CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court deny RoadRunner's motion *in limine* to preclude testimony, argument, and/or reference to RoadRunner's termination of Mr. Chehebar's employment.

| | |
|---|---|
| Dated: November 19, 2024 | Respectfully Submitted, |
| | */s/ Matthew S. Galica* |

Arameh Zargham O'Boyle (SBN: 239495)
azoboyle@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

James M. Wodarski (Admitted *Pro Hac Vice*)
JWodarski@mintz.com
Michael C. Newman (Admitted *Pro Hac Vice*)
mcnewman@mintz.com
Matthew S. Galica (Admitted *Pro Hac Vice*)
MSGalica@mintz.com
James J. Thomson (Admitted *Pro Hac Vice*)
JJThomson@mintz.com
Sean M. Casey (Admitted *Pro Hac Vice*)
smcasey@mintz.com
Tianyi Tan (Admitted *Pro Hac Vice*)
TTan@mintz.com
Stephen Chen (Admitted *Pro Hac Vice*)
SChen@mintz.com
Amy LoBue (Admitted *Pro Hac Vice*)
ALoBue@mintz.com
One Financial Center
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241

Attorneys for Defendants
**RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC.**