# EXHIBIT AM-R

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROADRUNNER RECYCLING, INC.,

    Plaintiff,

       v.

RECYCLE TRACK SYSTEMS, INC., and
RECYCLESMART SOLUTIONS INC.,

    Defendants.

Case No. 3:23-cv-04804-WHA

**<ins>OPENING EXPERT REPORT OF R. JACOB BAKER, PH.D., P.E.</ins>**

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*Id.*



*See* RTS_00191983 at RTS_00191988.

## VII.    TEARDOWNS OF THE ROADRUNNER AND PELLO DEVICES

70.    In August of 2024, I was provided with physical samples of RoadRunner's R11, R12, and R13 devices and RTS' Pello device. I performed a teardown of each device to learn what hardware components were used in each of the devices. Knowing which specific

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

components each device comprises would allow me to do a comparison of the RoadRunner

devices with RTS' Pello devices.

# EXHIBIT C

### A.    R11

71.    The first device I examined is the R11 device.



*See* RTS_00339917 (PXL_20240826_173723750.jpg). From the image above you can see two

cameras and a flash behind plastic windows. On the side of the device is a label indicating that

this is an R11 device designed by Compology, which is RoadRunner's predecessor.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339916 (PXL_20240826_173644862.jpg). The "VZW" suffix indicates that this

device uses the Verizon Wireless network for its cellular communications. In fact, a web search

for the R11 shows a webpage for the Oscar R11 that describes what it is.



*See* RTS_00335965 at RTS_00335965. The R11 product in the Verizon Wireless webpage, looks slightly different than the physical sample furnished to me. From the image I only see one camera and the flash, but the webpage indicates that the product does feature stereo vision.

72.    The Verizon Wireless webpage includes a lot of details about the R11 device. For example, before I try to disassemble the R11 device, I know that the R11 device is a sensor that monitors the fullness of waste containers. *Id*. I know that the sensor includes a camera and can communicate via LTE with GSM/UMTS. *Id*. The R11 device includes an internal antenna and is powered by a 3.6V/57Ah Lithium Thionyl Chloride battery.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT C



*Id* at RTS_00335966. The R11 device further includes an accelerometer, which is likely to detect emptying a waste container, and a GPS/GNSS module.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*Id* at RTS_00335966. Finally, for the network, I know that the R11 device can communicate on Band4 and Band13 of the LTE network.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

| Network | | |
|---|---|---|
| **EXHIBIT C** | | |
| **NAT**<br>– | Fax capable | – |
| **Routing Protocols**<br>– | Firewall | – |
| **Security Protocol**<br>– | UMTS | – |
| **VPN Support**<br>– | LTE | Band4 (1700 MHz)<br>Band13 (700 MHz) |
| **Numbershare**<br>N - no Numbershare | | |

*Id* at RTS_00335968. For a device that is supposed to house several critical trade secrets I find it strange that Compology, RoadRunner's predecessor, disclosed so much information publicly.

73.    Continuing with my teardown of the R11 device, the device is secured in its packaging by five torx screws.



*See* RTS_00339918 (PXL_20240826_174104148.jpg). I removed the torx screws and opened the packaging to reveal the main board, a battery pack, and the inside of the packaging.



*See* RTS_00339919 (PXL_20240826_174136867.jpg). A closer look at the battery pack reveals that a label is covering the manufacturer's label on the battery pack, but it appears there are ▮ ▮▮▮▮▮▮▮▮▮▮▮ from the outside of the packaging, and the label on the outside of the battery pack indicates that it is a 3.6V, 57AH battery.



*See* RTS_00339919 (PXL_20240826_174136867.jpg).

74.    One side of the main board shows a UBlox TOBY-L01 cellular modem for wireless communications. The main board is rectangular in shape, and there is a connector for the battery pack.



*See* RTS_00339920 (PXL_20240826_174205213.jpg). In addition, I see a SIM card which is needed for the wireless communications. Finally, amongst the other hardware components, I see an ARM microcontroller which likely controls everything on the board via the firmware. All these components that we see on this side of the board are common hardware components, that one would find in thousands of IoT-like devices that need to communicate via the cellular network.

75.    On the other side of the main board are two cameras for stereo vision, and what looks like a LED flash module. The cameras appear to be identical and are arranged to be pointed in the same direction of one another on an angle. The LED flash module appears to be oriented on the same angle.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339922 (PXL_20240826_212532132.jpg).

**B.     R12**

76.     Next, I turned my attention to the R12 physical sample supplied to me. From the outside, the R12 device looks substantially different than the R11 device I tore down.



*See* RTS_00339927 (PXL_20240826_181900591.jpg). Upon inspection, the first thing I notice is the use of only one camera, which leads me to conclude that the R12 device does not utilize

stereo vision like the R11 device. The R12 device includes a label visible on the outside that

# EXHIBIT C

shows that this is a Compology R12 device.



*See* RTS_00339926 (PXL_20240826_181817629.jpg). Turning the device upside down, I see

that the packaging is secured with seven torx screws.



FILED PROVISIONALLY UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

*See* RTS_00339928 (PXL_20240826_181928434.jpg). When I removed the torx screws the back of the packaging was removed, and I see the inside that includes a battery pack, a main board, and a camera module.



*See* RTS_00339929 (PXL_20240826_182236600.jpg). The battery pack consists of ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ When I flip the battery pack over, I see that it is an ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ From the ▮▮▮▮▮ webpage, I understand that this is a lithium thionyl chloride battery pack. *See* RTS_00340880.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339930 (PXL_20240828_161643964.jpg).

77.    Like the R11 device, the main circuit board of the R12 device is long and rectangular. It seems the edges of the board are angled to fit inside the packaging.



*See* RTS_00339931 (PXL_20240828_161728279.jpg). Upon examination of the board, I can see several familiar components. Starting from the left side of the board, I see an █████████ antenna module. An Internet search shows that this is an internal 4G/LTE antenna. *See* RTS_00341013. Moving along toward the right, I see a UBlox SARA-R410M. Because there is an IMEI on it, I know that this is the cellular modem. Immediately, next to it I can see the SIM

43

EXHIBIT C

card which is also for cellular communications. Further to the right of the SIM card is an ARM MCU, an ISSI flash memory chip, and a Winbond core storage memory.

78.     When I flip the main circuit board over, I see the title "BOM 400-0010 REV" and what appears to be a GPS module with the marking "1590R-A," which confirms that it is the GPS module. *See* RTS_00341783.



*See* RTS_00339932 (PXL_20240828_161804564.jpg).

79.     Like the R11 unit, all these hardware components are typical of an IoT-like device that needs to communicate via the cellular network.

**C.     R13 Devices**

80.     Next, I turned to the physical samples of RoadRunner's R13 devices. I understand the R13 device is in the public domain as its available for purchase by anyone on the eBay website. *See* RTS_00333374; RTS_00335970; RTS_00335992.

81.     I have three R13 devices in my possession: two that appear to have a slightly different camera mounted on it that protrudes out of the housing, and an R13S device that is in a more compact packaging with a recessed camera. I tore these down in succession. The main distinction between these devices appears to be the camera module – the board seems to be identical for each device. I understand Mr. Jay Longson confirmed this in his deposition when he

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

indicated they all have the same main circuit board, with the same antennas, matching networks, and adjacent supporting circuitry.

# EXHIBIT C

> 3    Q.  But it's the same antenna; correct?
> 4    A.  Yes.  R13, R13L and R13S all have the same
> 5  main printed circuit board that contains the
> 6  antennas and all of the matching networks and
> 7  adjacent supporting circuitry.

Deposition Transcript of Timothy Jay Longson, Corporate Designee & Individually at 145:3-7.

82.    Using the board from the R13S as exemplar between all of the R13 device variants, we can see that this board is square in shape unlike the rectangular boards found in the R11 and R12 devices.



*See* RTS_00339942 (PXL_20240828_160025709.jpg). On one side of the board, I can see the same UBlox module as in the R12 device. Further, there is a UBlox EVA-M8 GPS module. *See* RTS_00340884. Finally, there is a 2JS10 antenna which I understand is an internal GPS antenna.

*See* RTS_00340796. On the other side of the board, there is also a similar ISSI flash memory chip as well as a Winbond coded serial memory.

# EXHIBIT C



*See* RTS_00339943 (PXL_20240828_160057679.jpg). I further reiterate that the hardware components found on the R13 devices are common components one would find in any IoT-like device that needs to communicate via the cellular network.

### D.     Pello

83.     I was also given a Pello physical sample to examine. The Pello devices looks strikingly different than the RoadRunner devices as the ultrasonic sensors are featured prominently in the Pello device's packaging. As can be seen from the images of my teardown, the packaging, the main circuit board, and its components including the cellular modem and the three ultrasonic sensors, the inclusion of a daughter board with a camera and flash module, and the external antennas are all different than the RoadRunner devices.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339898 (PXL_20240826_170332521.jpg). From its packaging it is clear that this is a Pello device and in the bottom right corner I can see the camera behind glass and what looks to be three flash LEDs positioned next to it. At the top of the image what resembles two eyes are ultrasonic sensors, and the third ultrasonic sensor is positioned looking downward at the bottom of the Pello device.

84.     With the ultrasonic sensors featured prominently, the front packaging of the Pello device is unlike any of the RoadRunner devices. *Compare* Pello with R11, R12, and R13 devices.

85.     On the back of the device, I can see that the packaging is secured with six torx screws. Interestingly, and unlike the RoadRunner devices, there looks to be two coaxial connectors protruding from inside the packaging to the outside. These are connections for an external antenna.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339899 (PXL_20240826_170448537.jpg). With its external antenna connectors protruding from the back, the back packaging of the Pello device is completely different than all the RoadRunner devices.

86.    By removing the back plate of the Pello device, I can see the connectors of the ultrasonic sensors connected to the main board which is green PCB in the image below.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339900 (PXL_20240826_172232299.jpg). The Pello device includes a main circuit board, a daughter circuit board that includes a camera and LED flash module, a battery pack, and three ultrasonic sensors.

87.    The main circuit board includes many different hardware components including a Quectel BC95-M3 and a sim card for cellular communications, which is not used by any of the RoadRunner devices.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339908(PXL_20240826_181451000.jpg). Comparing the main circuit board in the Pello device with the main circuit boards in the RoadRunner devices, I see that they are shaped differently, include different components, and the connections between the hardware components are all different.

88.    The ribbon cable in the image connects the main circuit board to the daughter board that includes the camera and flash LEDs. Looking at the camera and flash module of the Pello device, it is easy to see that the camera and flash modules in the RoadRunner devices are completely different than the Pello device.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339907 (PXL_20240826_181230209.jpg). The daughter board includes a connection to a camera that is labeled VVDN Technologies, who I understand supplied the whole camera and flash LEDs module. The back side of the daughter board shows that it includes a STMicroelectronics microcontroller and memory that is connected to the camera module.



HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

*See* RTS_00339906 (PXL_20240826_180959274.jpg). As can be seen in the following image, the connections that pro***EXHIBIT C*** are in fact coaxial cell and GPS connector for antennas that are external to the device. These external antennas for the RoadRunner devices were all internal antennas.



*See* RTS_00339907 (PXL_20240826_181230209.jpg).



*See* RTS_00339903 (PXL_20240826_173007559.jpg).

## VIII.   COMPARISON BETWEEN PELLO AND ROADRUNNER DEVICES

89.     I understand that RoadRunner is alleging that RTS misappropriated RoadRunner's trade secrets and copied RoadRunner's waste metering systems. *See*

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

ROADRUNNER000000001 at ROADRUNNER000000023. I further understand that

RoadRunner claims, with no evidence, the following:

EXHIBIT C

> In addition, the Pello camera utilizes virtually the same physical, electronic, and
> optoelectronic components as Compology's smart camera assembly, including
> substantially the same printed circuit board assembly ("PCBA"), microcontroller,
> external RAM IC, wide field-of-view camera lens, camera flash PCBA, camera
> injection molded parts, "double-shot" rear housing with TPE overmolding, battery
> pack, shape, color, and materials of the camera housing, recessed sensors for
> debris shedding, and identical camera flash PCBA cutouts and mounting.

*See* SAC at ¶58.

90.     I further understand that RoadRunner has not indicated from which of its devices

that RTS allegedly misappropriated its trade secrets. A comparison of the major hardware

components of the RTS Pello device and the RoadRunner devices demonstrate that the Pello

device is vastly different than RoadRunner's devices. In my opinion, the multitude of differences

further show that the Pello device was independently developed, which is corroborated by the

SDTC and IRAP projects I discussed earlier. *Supra*.

### A.     The Outside of the Devices

91.     I begin my comparison of the devices on the outside with the packaging.

RoadRunner claims that the Pello device includes substantially the same shape, color, and

materials of the camera housing. In my opinion, the packaging on the Pello device could not be

more different than the RoadRunner devices.

#### 1.     Packaging

92.     Beginning with the Pello device, one can see that the packaging is unique, and in

my opinion representative of its independent development. From my experience with the

RoadRunner devices, and from my research on other types of sensors like the Enevo sensor, I

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

have not found a waste sensor that compares to the Pello device. In fact, I understand that a United States design p̶a̶t̶e̶n̶t̶ EXHIBIT C ̶a̶c̶k̶a̶g̶i̶n̶g̶ ̶d̶e̶s̶i̶g̶n̶. *See* USD1002984S1.

93.     The front of the packaging is highlighted by three recessed ultrasonic sensors in a unique configuration to sense in different zones within a waste container. Down in the bottom right corner one can see the camera module with a LED flash board with 3 distinct LEDs in a specific configuration to illuminate the inside of a waste container.



*See* RTS_00339898 (PXL_20240826_170332521.jpg).

94.     Upon inspection, none of the RoadRunner devices are like the Pello device.

95.     The R11 RoadRunner device has a fundamentally different front packaging.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339917(PXL_20240826_173723750.jpg). For example, at first impression, the packaging seems larger than the Pello device and they look very dissimilar. There are recessed openings for two cameras that are behind optical windows very different from the Pello device. The recessed openings for the cameras point downward, as does the flash module, whereas the Pello's camera and flash module points outward. From examination of the packaging of the R11 device, there are no ultrasonic sensors present.

96.    The R12 device also includes a uniquely different outer packaging from the Pello device.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339927 (PXL_20240826_181900591.jpg). Its packaging is also very dissimilar from the Pello's packaging. While the R12 appears to be more compact than the R11, it is still fundamentally different than the Pello's packaging. There are clearly no ultrasonics sensors in the R12 device, and its packaging reflects that fact. The optical window on the package for the R12 appears completely different than the Pello device.

97.    The R13 devices all have much different packaging than the Pello device. For example, the R13L looks much different than the Pello device with its long protruding camera, and its lack of ultrasonic sensors.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339933 (PXL_20240826_182433770.jpg).

98.     Similarly, the R13's packaging is radically different than the Pello's packaging.

The R13's packaging is the same as the R13L with a shorter camera protruding from its body.



*See* RTS_00339894 (PXL_20240825_162421040.jpg). The R13 also does not feature ultrasonic

sensors in its packaging.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

99.    Finally, the R13S' packaging is closer to the R12 than it is to its R13 counterparts. Like the R12, the R13S' packaging is simpler and different than the Pello's packaging, and the R13S also does not include ultrasonic sensors in its packaging.

# EXHIBIT C



*See* RTS_00342112 (PXL_20240828_154532367.jpg).

100.    In summary, the Pello's unique packaging is unlike any of the RoadRunner devices' packaging. My opinion the Pello's unique packaging is further evidence that Pello independently developed its product as corroborated by the SDTC and IRAP reports.

**B.    Inside the devices**

101.    The outer packaging of the devices is different because of RTS' independent development. Inside the devices will now be compared. The printed circuit board assemblies ("PCBAs") are different. I understand that RoadRunner claims that the PCBA in the Pello device is "substantially the same printed circuit board assembly" as the RoadRunner devices. *See* SAC at ¶58. I disagree. The independently developed Pello device includes a very unique PCBA

58

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

unlike any PCBA in the RoadRunner devices. For example, the PCBA in the Pello device has a

unique shape due to the **EXHIBIT C** folding up the PCBA in

my hand below, it is easy to see that the cutouts in the corners on top are the result of the

ultrasonic sensors. Further, in the bottom right corner there is a cutout to accommodate the

daughter board that connects the camera that was supplied by VVDN. Finally, because the

ultrasonic sensor that is arranged at the bottom of the device and points to a downward zone,

there was no reason for an additional PCBA cutout to accommodate that sensor.



*See* RTS_00339908 (PXL_20240826_181451000.jpg). Before I show how much different the

PCBAs in the RoadRunner devices are from this PCBA, I want to focus attention on where the

Quectel cellular modem, the SIM card, and the Nordic processor reside on this board. The

Quectel modem is in the upper right corner of the board. Shortly below that one can see the SIM

card. To the left of both of those components, one can see where the Nordic processor normally

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

resides. For some reason, it has not been included in this device, but one can see it in the

promotional material from Pello.

# EXHIBIT C



*See, e.g.*, RTS_00311115. Comparing this image with my prior teardown image, it is clear where

the Nordic nRF52 series MCU resides, to the left of the Quectel modem and the SIM card. *Id*. I

note the position of these components because if this board is substantially the same, as

RoadRunner claims, then RoadRunner would include a board with a substantially similar shape,

with the same components in substantially the same configuration. But as I will show below, that

is simply not the case.

102.    For the RoadRunner devices, I begin my comparison with the R11 device. Please

keep in mind the unique configuration of the Pello PCBA due to the ultrasonic sensors. Starting

with the R11, as I pointed out in my teardown of the R11 device, the PCBA is completely

different from the Pello device. Compare the following rectangular PCBA with the Pello PCBA:

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339920 (PXL_20240826_174205213.jpg).



*See* RTS_00339908 (PXL_20240826_181451000.jpg). While the PCBAs are nothing alike, one

might argue that if you rotate the R11 board 180 degrees, then at least the processor, wireless

modem and SIM card almost match up. While this would not remedy the material differences

between the two boards, this reasoning still has a flaw. For example, the camera module on the

Pello device is located in the bottom right corner layout. The camera module on the R11 device,

however, is located on the opposite side of the PCBA, meaning not only are the boards

substantially different, but so are the locations of the other chips, and as I will show you below,

so are the types of chips used between the two devices. This is further evidence that the Pello

device is the result of RTS' independent development that is described in the SDTC and IRAP

reports.

103.    Moving along to the R12 device, one can easily see that this rectangular board

fares even worse against the Pello board regarding a comparison.



*See* RTS_00339931 (PXL_20240828_161728279.jpg). For example, this rectangular board, like

the R11 device, is nothing like the Pello device's PCBA. In this instance with the ARM MCU to

the right of the SIM card and the wireless modem to the left of the SIM card, not only is the

PCBA completely different from the PCBA in the Pello device, but so are the location of the

components, and as I will show you shortly, the components are completely different as well. *Id.*

104.    With the R13 devices, the square PCBA that is shared amongst these devices,

does not fare any better against the Pello PCBA. Upon inspection, the two boards are

substantially different.

FILED PROVISIONALLY UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339942 (PXL_20240828_160025709.jpg). Not only is the board in the R13 devices completely different from the Pello device, so is the configuration of the modules as the MCU in these devices is located on the opposite side of the board.



HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT C

*See* RTS_00339943 (PXL_20240828_160057679.jpg). So not only is the PCBA substantially different from the PCBA in the Pello device, so is the configuration of the modules. And as I will demonstrate shortly, those modules are materially different between the Pello and the RoadRunner devices. *Infra*.

105.    After demonstrating that the PCBAs and the configuration of the modules on the PCBAs are substantially different between the Pello and RoadRunner devices, I will now show the underly hardware components are substantially different as well.

### 1.    Camera module

106.    Beginning my comparison with the camera module, the easiest way to demonstrate that these are substantially different across the Pello and RoadRunner devices is twofold. First, I will show that image sensor and the flash modules are different between the Pello and the RoadRunner devices. Next, I will show that the location of the camera module is substantially different as well, leading to a differing configuration of different components, connected to different boards.

107.    To begin my comparison, I note that the camera module of the Pello device is substantially different from the camera module of the RoadRunner devices, because the Pello and RoadRunner devices use substantially different image sensors.

### a.    The Pello Image Sensor

108.    Beginning with RTS' Pello device, I show how each of the RoadRunner devices includes a different image sensor. For example, according to its Bill of Materials ("BOM"), the Pello device includes ███████████████████████████████ *See* RTS_00184006 at RTS_00184006. According to ████████████████████████████████████████ ████████████████████████████████████ that provides the full functionality

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

of a █████████████████████████████████████████████████████████████
████████████ *See* R█S_0000940 at █TS_00 02 43 . Th████████████ further states
that █████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████r is designed for automotive
applications. RTS_0020409 at RTS_0020411.



*Id*. The ████████████████████████████████████████████████████████████

████████████ packed in tape & reel with protective film.



*Id*. The ██████████████████ comes equipped with many features including support for many

different image sizes.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*Id*. The ███████████ includes many key specifications. I understand the o██████ ███████████████████████ was a contributing factor in this image sensor being selected for the Pello device.



*Id*.

> **b.    RoadRunner's R11, R12, and R13 Image Sensor**

109.    Conversely, RoadRunner's R11, R12, and R13 devices all include a fundamentally different ████████████████████████ used in the Pello device.

As pointed out by Mr. Jay Longson, the R11 includes two cameras, instead of one camera like the Pello device and the other RoadRunner devices. Longson Depo Tr. at 117:17-118:5.

**EXHIBIT C**

110.    While both image sensors used in the Pello and RoadRunner devices are ██████████████████████ the similarities end there. For example, according to the BOM for the R11 device, the image sensor in the R11 is a ████████████████████████████ ██████████████ *See* ROADRUNNER000043283. According to the R12 System Block Diagram, the R12 also uses the ████████████ *See* ROADRUNNER00000119 at ROADRUNNER000000125. And according to the R13 System Block Diagram, the R13 uses the ████████████ as well. *See* ROADRUNNER00000119 at ROADRUNNER000000152.

111.    According to ████████████ datasheet for the ██████████████ the ████████ image sensor is a ████████████████████ image sensor that provides the full functionality of a ████████████████████████████████████████████ ████████████████████████ *See* ROADRUNNER000042517 at ROADRUNNER000042531. ████████████ datasheet further indicates that the ████████ is designed for cellular phones, picture phones, toys, PC multimedia, and digital still cameras. *Id*. at ROADRUNNER000042521.

112.    I will now highlight some of the ████████████████ discrete features and show how they differ from ████████████████████ For example, the ████████ is designed for completely different applications than ████████████

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* ROADRUNNER000042517 at ROADRUNNER000042521 and RTS_0020409 at RTS_0020411. ███████████████ is designed for cell phones, picture phones, toys, PC multimedia, and digital still cameras. The ██████ is solely designed for the automotive industry.

113.    The ████████████ includes a ██████████ whereas the ████████ ██████████████████ with █████████████████████████

*See* ROADRUNNER000042517 at ROADRUNNER000042521 and RTS_0020409 at RTS_0020411.

114.    A comparison of the features of ████████████████████████ ████████ supports more image sizes and has low power consumption.

68

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* ROADRUNNER000042517 at ROADRUNNER000042521 and RTS_0020409 at RTS_0020411.

115.    A comparison of the key specifications between the ████████ and the ████████ shows that at least the power supply, power requirements, temperature range, output formats, lens size, lens chief ray angle, sensitivity, dynamic range, maximum exposure interval, pixel size, image area, and package dimensions are all different between the ████████████ ████████████.

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* ROADRUNNER000042517 at ROADRUNNER000042521 and RTS_0020409 at

RTS_0020411.

116.    The image sensor in the Pello devices is connected to the circuit board in a fundamentally different way. *Supra*. The Pello device utilizes a daughter board that includes a connected camera and flash module. *Supra*. None of the RoadRunner devices use a similar daughter board. *Supra*.

117.    In summary, the only thing in common between the ████████████████ is that they are both manufactured by ████████ The two image sensors were designed for fundamentally different application, they include fundamentally different features, and fundamentally different key specifications. The ████████████████ are fundamentally different devices. Because RoadRunner's R11 device and RTS's Pello device employ fundamentally different image sensors, RTS has not used RoadRunner's alleged trade secret of a smart camera.

### c.    The Pello device's flash board

118.    Upon inspection, the Pello device includes 3 camera flash LEDs, an IR LED; a UV LED; and a visible light LED in a unique configuration. *See* RTS_00184006. This is readily apparent in the teardown picture below.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY



*See* RTS_00339898 (PXL_20240826_170332521.jpg).

### d.    The RoadRunner Devices' Flash Board

119.    In contrast, upon comparing the flash board in the RoadRunner devices with the

flash board in the Pello device, it is obvious that they are substantially different.



*See* RTS_00339917 (PXL_20240826_173723750.jpg).



*See* RTS_00339927 (PXL_20240826_181900591.jpg).



*See* RTS_00339933 (PXL_20240826_182433770.jpg). As can be seen from all three of these teardown images, the flash modules are substantially different than the flash module in the Pello device. Finally, by examining the above tear down photos, it is obvious that the location of the camera module is substantially different in the Pello device and the RoadRunner devices, leading to a differing configuration of different components, connected to different boards. In my opinion these material differences in design, configuration, and components demonstrate that the Pello device was independently developed as corroborated by the SDTC and IRAP reports.

120.     Next, I will turn my attention to major hardware components that are materially different across the Pello and RoadRunner devices.

### 2.     Ultrasonic Sensors

121.     The independently developed Pello device includes three ultrasonic sensors. *See, e.g.*, RTS_00159565; RTS_00113200; RTS_00066189; and RTS_00112393. An inspection of the teardown images and the BOMs demonstrate that none of the RoadRunner devices include ultrasonic sensors. *See, e.g.*, ROADRUNNER000043283; ROADRUNNER000043285;

ROADRUNNER000023702; ROADRUNNER000063606; ROADRUNNER000058671;

ROADRUNNER000035582; ROADRUNNER000063606; ROADRUNNER000023401;

ROADRUNNER000022533; ROADRUNNER000021951; ROADRUNNER000021931; and

ROADRUNNER000002508.

122.    The fact that not only does the Pello device include an ultrasonic sensor, which

makes it materially different than the RoadRunner devices, the Pello device includes three

ultrasonic sensors arranged in a specific configuration so each sensor can measure the fill level in

its own zone in a waste dumpster. This too is further evidence of the independent development of

the Pello device.

### 3.    Microcontrollers

123.    The independently developed Pello device includes a Nordic nRF52 series MCU.

*See, e.g.*, RTS_00159565; RTS_00113200; RTS_00066189; and RTS_00112393. None of the

RoadRunner devices include a Nordic MCU as each of them use an ARM MCU. *See, e.g.*,

ROADRUNNER000043283; ROADRUNNER000043285; ROADRUNNER000023702;

ROADRUNNER000063606; ROADRUNNER000058671; ROADRUNNER000035582;

ROADRUNNER000063606; ROADRUNNER000023401; ROADRUNNER000022533;

ROADRUNNER000021951; ROADRUNNER000021931; and ROADRUNNER000002508.

124.    Further as demonstrated above in my teardowns, the MCU is not only different in

the Pello device, but it is also positioned in a different location, on a different type of board than

that of the RoadRunner devices. *Supra*.

### 4.    Antennas

125.    The independently developed Pello device includes two external antennas, one for

GPS and one for cellular communications. *Supra*. These external antennas are advantageous

because they are mounted on the outside of the waste container and not on the inside. Based on

my teardowns above none of the RoadRunner devices include an external antenna, and in fact,

they are all internal antennas, that in my opinion are more likely to face reception and

connectivity issues inside a metal waste container. *Supra.*

### 5. Accelerometers

126.    The independently developed Pello device includes a TI ADXL345

accelerometer. *See, e.g.*, RTS_00159565; RTS_00113200; RTS_00066189; and RTS_00112393.

While each of the RoadRunner devices include and accelerometer, none of the RoadRunner

devices include a TI ADXL345 accelerometer. *See, e.g.*, ROADRUNNER000043283;

ROADRUNNER000043285; ROADRUNNER000023702; ROADRUNNER000063606;

ROADRUNNER000058671; ROADRUNNER000035582; ROADRUNNER000063606;

ROADRUNNER000023401; ROADRUNNER000022533; ROADRUNNER000021951;

ROADRUNNER000021931; and ROADRUNNER000002508. Further, based on my teardowns

of the devices, I know the location of the accelerometer in the Pello device is substantially

different than the RoadRunner devices. *Supra.*

### 6. GPS/GNSS

127.    The independently developed Pello device includes a Quectel GPS/GNSS

module. *See, e.g.*, RTS_00159565; RTS_00113200; RTS_00066189; and RTS_00112393. None

of the RoadRunner devices include a Quectel GPS/GNSS module. *See, e.g.*,

ROADRUNNER000043283; ROADRUNNER000043285; ROADRUNNER000023702;

ROADRUNNER000063606; ROADRUNNER000058671; ROADRUNNER000035582;

ROADRUNNER000063606; ROADRUNNER000023401; ROADRUNNER000022533;

ROADRUNNER000021951; ROADRUNNER000021931; and ROADRUNNER000002508.

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

Further, the location of the Quectel GPS/GNSS module on the Pello PCBA is substantially different than the location of the GPS/GNSS module on the RoadRunner devices. This is further evidence that Pello independently developed its device.

### 7.    Wireless Communication Modules

128.    The independently devloped Pello device includes a Quectel BG96 and EG91 cellular modules. *See, e.g.*, RTS_00159565; RTS_00113200; RTS_00066189; and RTS_00112393. None of the RoadRunner devices include a Quectel BG96 and EG91 cellular modules. *See, e.g.*, ROADRUNNER000043283; ROADRUNNER000043285; ROADRUNNER000023702; ROADRUNNER000063606; ROADRUNNER000058671; ROADRUNNER000035582; ROADRUNNER000063606; ROADRUNNER000023401; ROADRUNNER000022533; ROADRUNNER000021951; ROADRUNNER000021931; and ROADRUNNER000002508. And based on my teardowns, none of these wireless communication modules in the RoadRunner devices are in the same location in the Pello device, which is another material difference.

### C.    Summary of Comparisons

129.    After performing this comparison of the major components between the Pello device and the RoadRunner devices, the hardware components are substantially different than that of the RoadRunner devices.

130.    In summary, the table below shows the material differences between the Pello device's Pello and RoadRunner devices major hardware components:

| Component | Same component in Pello and RoadRunner devices? | Located in the same position on the respective circuit board? |
|---|---|---|
| Packaging | N | N |
| PCBA | N | N |

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

| Component | Same component in Pello and RoadRunner devices? | Located in the same position on the respective circuit board? |
|---|---|---|
| Camera Image Sensor | N | N |
| Camera Flash Board | N | N |
| Ultrasonic Sensors | N | N |
| Microcontrollers | N | N |
| Antennas | N | N |
| Accelerometers | N | N |
| GPS/GNSS | N | N |
| Wireless Communication Module | N | N |

131.    Because the RoadRunner devices do not include ultrasonic sensors, that fact reverberates through the entire comparison. The lack of ultrasonic sensors in the RoadRunner devices mean their design choices were simpler – there was no consideration of where to attach three ultrasonics sensors to the board. This further meant the packaging and the PCBA of the Pello device is fundamentally different than the RoadRunner devices. When you couple those facts with the fact that every single component is not only different in the Pello device than in the RoadRunner devices, but it is attached to a materially different board, in a materially different configuration, demonstrates to me just how different these devices are. And to be clear, in my opinion the Pello device is so different than the RoadRunner devices, there is no doubt that it was independently developed, which is corroborated by the SDTC and IRAP reports over the course of years.

## IX.    CONCLUSION

132.    Based on my review of the evidence, and the comparison of the hardware components in the Pello and RoadRunner devices, which shows material differences between the

FILED PROVISIONALLY UNDER SEAL
HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

Pello device and the RoadRunner devices, it is my opinion that RTS independently developed
the Pello multi-sensor.

# EXHIBIT C

Dated: August 30, 2024

_____

R. Jacob Baker, Ph.D.