# EXHIBIT AQ-R

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br> RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS INC., <br><br> Defendants. | Case No. 3:23-cv-04804-WHA |

## OPENING EXPERT REPORT OF R. JACOB BAKER, PH.D., P.E.

card which is also for cellular communications. Further to the right of the SIM card is an ARM MCU, an █████████████████

78. When I flip the main circuit board over, I see the title "BOM 400-0010 REV" and what appears to be a GPS module with the marking "1590R-A," which confirms that it is the GPS module. *See* RTS_00341783.



*See* RTS_00339932 (PXL_20240828_161804564.jpg).

79. Like the R11 unit, all these hardware components are typical of an IoT-like device that needs to communicate via the cellular network.

**C.   R13 Devices**

80. Next, I turned to the physical samples of RoadRunner's R13 devices. I understand the R13 device is in the public domain as its available for purchase by anyone on the eBay website. *See* RTS_00333374; RTS_00335970; RTS_00335992.

81. I have three R13 devices in my possession: two that appear to have a slightly different camera mounted on it that protrudes out of the housing, and an R13S device that is in a more compact packaging with a recessed camera. I tore these down in succession. The main distinction between these devices appears to be the camera module – the board seems to be identical for each device. I understand Mr. Jay Longson confirmed this in his deposition when he

Pello device and the RoadRunner devices, it is my opinion that RTS independently developed the Pello multi-sensor.

Dated: August 30, 2024

_____
R. Jacob Baker, Ph.D.

EXHIBIT C