# EXHIBIT AU-R

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                 _____

4

5    ROADRUNNER RECYCLING, INC.,   )
                                   )
6                    Plaintiff,    )
     vs.                           ) Case No.
7                                  ) 3:23-cv-04804-WHA
     RECYCLE TRACK SYSTEMS, INC., )
8    and RECYCLESMART SOLUTIONS    )
     INC.,                         )
9                                  )
                     Defendants.   )
10   _____)

11

12              ATTORNEYS' EYES ONLY

13

14   VIDEOTAPED DEPOSITION OF ROADRUNNER RECYCLING, INC.,
        By and through its Designated Representative,
             TIMOTHY JAY LONGSON,
15        and in his Individual Capacity
           Thursday, August 15, 2024
16          San Francisco, California

17

18                9:32 a.m. PDT

19                     to

20                6:01 p.m. PDT

21

22

23   Stenographically Reported by:
     Burgundy B. Ryan, RPR,
24   CSR No. 11373
     Job No. 549087
25   Pages 1-232

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                        6

```
 1              BE IT REMEMBERED that, pursuant to Notice

 2    of Taking Deposition, and on Thursday, August 15,

 3    2024, commencing at 9:32 a.m. PDT thereof, at Mintz,

 4    Levin, Cohn, Ferris, Glovsky and Popeo, 44

 5    Montgomery Street, San Francisco, California, before

 6    me, Burgundy B. Ryan, a Certified Shorthand Reporter

 7    in and for the State of California, personally

 8    appeared

 9                   TIMOTHY JAY LONGSON,

10    a witness called on behalf of DEFENDANT, pursuant to

11    all applicable sections of the Federal Rules of

12    Civil Procedure, and who, having been first duly

13    sworn by me to testify to the truth, was examined

14    and testified as follows:

15              THE VIDEOGRAPHER:  Here begins Media No. 1        09:32:03

16    in the videotaped deposition of Timothy Longson in         09:32:05

17    the matter of RoadRunner Recycling Inc. vs. Recycle        09:32:10

18    Track Systems Inc., et al, in the United States            09:32:16

19    District Court, Northern District of California,           09:32:19

20    Case No. 3:23-cv-04804-WHA.                                09:32:21

21              Today's date is August 15th, 2024.               09:32:29

22              The time on the video monitor is 9:32.           09:32:31

23              The videographer today is Ken Lauguico,          09:32:35

24    representing Planet Depos.                                 09:32:37

25              This video deposition is taking place at 44      09:32:39
```

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    7

| | | |
|---|---|---|
| 1 | Montgomery Street, 36th Floor, in San Francisco, | 09:32:42 |
| 2 | California. | 09:32:46 |
| 3 | Would counsel please voice-identify | 09:32:46 |
| 4 | themselves and state whom they represent? | 09:32:47 |
| 5 | MR. GALICA:  Matthew Galica from Mintz | 09:32:50 |
| 6 | Levin on behalf of the Defendant. | 09:32:52 |
| 7 | MR. MELLEMA:  Joseph Mellema, Jeffer | 09:32:54 |
| 8 | Mangels, on behalf of plaintiff RoadRunner Recycling | 09:32:56 |
| 9 | Inc. | 09:33:01 |
| 10 | THE VIDEOGRAPHER:  The court reporter today | 09:33:03 |
| 11 | is Brooke Ryan, representing Planet Depos. | 09:33:03 |
| 12 | The witness will now be sworn. | 09:33:05 |
| 13 | (Whereupon, the witness was sworn.) | 09:33:17 |
| 14 | COURT REPORTER:  Thank you very much. | 09:33:17 |
| 15 | Would you please state your name for the | 09:33:17 |
| 16 | record? | 09:33:17 |
| 17 | THE WITNESS:  My name is Timothy Jay | 09:33:17 |
| 18 | Longson. | 09:33:21 |
| 19 | COURT REPORTER:  Would you please spell it? | 09:33:22 |
| 20 | THE WITNESS:  T-i-m-o-t-h-y J-a-y | 09:33:22 |
| 21 | L-o-n-g-s-o-n. | 09:33:26 |
| 22 | COURT REPORTER:  Thank you very much. | 09:33:30 |
| 23 | Counsel, you may proceed. | 09:33:30 |
| 24 | ///// | 09:33:32 |
| 25 | ///// | 09:33:32 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    27

| | | |
|---|---|---|
| 1 | of Electrical Engineering. | 10:05:00 |
| 2 | Q. And did you work on a team? | 10:05:04 |
| 3 | A. I was the first employee. | 10:05:07 |
| 4 | Q. Okay. And when you started, what was your | 10:05:09 |
| 5 | understanding of your role? | 10:05:14 |
| 6 | A. I was there to help build the hardware | 10:05:19 |
| 7 | required for Compology. | 10:05:23 |
| 8 | Q. For a specific product? | 10:05:26 |
| 9 | A. Yes. For our waste metering products. | 10:05:28 |
| 10 | Q. And were there any prototypes that existed | 10:05:35 |
| 11 | when you started? | 10:05:40 |
| 12 | A. Yes, but they were in their infancy. | 10:05:46 |
| 13 | Q. What -- what does it mean to be in their | 10:05:55 |
| 14 | infancy? | 10:05:57 |
| 15 | A. They were not well developed. They did not | 10:06:01 |
| 16 | serve the functions needed. | 10:06:03 |
| 17 | Q. At what level of development were they? | 10:06:08 |
| 18 | A. I don't really know. I didn't interact | 10:06:14 |
| 19 | with those prototypes. I quickly started | 10:06:17 |
| 20 | prototyping a new solution. | 10:06:22 |
| 21 | Q. So when you started, you were aware of | 10:06:27 |
| 22 | prototypes but set them aside and began work from | 10:06:32 |
| 23 | scratch on a new project, is that fair to say? | 10:06:37 |
| 24 | A. Yes. | 10:06:39 |
| 25 | Q. Okay. And this would have been the first | 10:06:41 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                          78

| | | |
|---|---|---|
| 1 | development that's done because we can push firmware | 11:52:34 |
| 2 | updates over the year and then, yes, there is often | 11:52:39 |
| 3 | troubleshooting or rolling changes that need to be | 11:52:43 |
| 4 | made for one reason or another. | 11:52:46 |
| 5 | Q.   And who is involved in the firmware | 11:52:49 |
| 6 | development of Compology's products? | 11:52:53 |
| 7 | A.   There's been a number of people over the | 11:52:57 |
| 8 | years.  I have been leading much of that effort. | 11:52:59 |
| 9 | Q.   For all Compology products? | 11:53:08 |
| 10 | A.   Yes. | 11:53:11 |
| 11 | Q.   Okay.  Who else works on it? | 11:53:12 |
| 12 | A.   Right now we have an employee named Jacob | 11:53:16 |
| 13 | Junker. | 11:53:23 |
| 14 | Q.   And what products has he worked on? | 11:53:26 |
| 15 | A.   He's worked on R13S and C01. | 11:53:29 |
| 16 | Q.   And what is C01? | 11:53:37 |
| 17 | A.   It's a new product that we're launching | 11:53:41 |
| 18 | right now. | 11:53:44 |
| 19 | Q.   Has it launched? | 11:53:46 |
| 20 | A.   We have gone through our first | 11:53:49 |
| 21 | manufacturing build, but we have not deployed any of | 11:53:53 |
| 22 | these cameras en masse. | 11:53:57 |
| 23 | Q.   And where are C01 products intended to be | 11:54:02 |
| 24 | deployed? | 11:54:10 |
| 25 | A.   It's specifically targeting compactor | 11:54:13 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    82

| | | |
|---|---|---|
| 1 | A.   Any other repositories for what? | 12:00:07 |
| 2 | Q.   For the -- the algorithms that you were | 12:00:09 |
| 3 | just discussing. | 12:00:17 |
| 4 | A.   Not to my knowledge, but I am -- I'm not on | 12:00:18 |
| 5 | the software team, so you can't speak to that. | 12:00:21 |
| 6 | Q.   Okay.  Is there any policy governing how | 12:00:23 |
| 7 | trade secrets are handled at RoadRunner or | 12:00:35 |
| 8 | Compology? | 12:00:37 |
| 9 | A.   Yes.  We do a number of things to protect | 12:00:43 |
| 10 | our trade secrets.  So for starters, our facilities | 12:00:46 |
| 11 | are locked.  So any of the physical hardware is kept | 12:00:52 |
| 12 | safe, as well as IT equipment and so on.  So each of | 12:00:57 |
| 13 | those require key cards to get into those | 12:01:05 |
| 14 | facilities. | 12:01:08 |
| 15 | Additionally, we have a whole IT department | 12:01:10 |
| 16 | basically committed to protecting our data.  And | 12:01:16 |
| 17 | then, thirdly, any employee that is hired has to | 12:01:26 |
| 18 | sign a contract with the company, stipulating that | 12:01:33 |
| 19 | they are going to protect the company's data and | 12:01:38 |
| 20 | when they leave or are terminated, the IT department | 12:01:46 |
| 21 | has procedures in place to revoke access to | 12:01:51 |
| 22 | sensitive data. | 12:01:57 |
| 23 | Q.   Okay.  You started by saying the physical | 12:02:00 |
| 24 | hardware is kept safe.  What do you mean by | 12:02:04 |
| 25 | "physical hardware"? | 12:02:08 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    83

| | | |
|---|---|---|
| 1 | A.   I'm talking about anything that we're | 12:02:10 |
| 2 | developing in-house.  So prototypes, for example, | 12:02:16 |
| 3 | is -- are kept under a secure facility, so it's | 12:02:22 |
| 4 | secure. | 12:02:31 |
| 5 | Q.   And how is it secured? | 12:02:34 |
| 6 | A.   As I said, these facilities are locked. | 12:02:36 |
| 7 | Only people with the key can get access to it. | 12:02:41 |
| 8 | Q.   What about when the sensors are deployed? | 12:02:54 |
| 9 | A.   What about that? | 12:03:01 |
| 10 | Q.   What do you do to protect access to them? | 12:03:03 |
| 11 | A.   We have contracts with any of our customers | 12:03:14 |
| 12 | that prevent the customers from disassembling or | 12:03:18 |
| 13 | taking apart or reverse engineering those devices. | 12:03:25 |
| 14 | We also use security screws, or security bolts, to | 12:03:29 |
| 15 | attach these to containers so that they are not able | 12:03:38 |
| 16 | to be removed by anyone with a screwdriver, and we | 12:03:48 |
| 17 | have contracts with our field technicians, | 12:03:56 |
| 18 | stipulating that they will maintain access to the | 12:04:02 |
| 19 | equipment and not disassemble it, of course. | 12:04:08 |
| 20 | Q.   And is that done so -- to prevent | 12:04:17 |
| 21 | disclosure of the components used inside the | 12:04:21 |
| 22 | sensors? | 12:04:23 |
| 23 | A.   It's done to protect our trade secrets | 12:04:25 |
| 24 | associated with the camera apparatus. | 12:04:29 |
| 25 | Q.   Does RoadRunner/Compology have a formal | 12:04:36 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    94

| | | |
|---|---|---|
| 1 | Do you understand that? | 12:20:10 |
| 2 | A.   Yes.  I understand that. | 12:20:12 |
| 3 | Q.   Okay.  So do you not know one way or | 12:20:13 |
| 4 | another what overall know-how and design, as used in | 12:20:17 |
| 5 | line 23 on page 4, means? | 12:20:21 |
| 6 | MR. MELLEMA:  Objection.  Form. | 12:20:24 |
| 7 | THE WITNESS:  I understand my | 12:20:36 |
| 8 | interpretation of overall know-how and design. | 12:20:38 |
| 9 | By MR. GALICA: | 12:20:40 |
| 10 | Q.   What's your interpretation of overall | 12:20:40 |
| 11 | know-how and design? | 12:20:42 |
| 12 | MR. MELLEMA:  Objection.  Form. | 12:20:43 |
| 13 | THE WITNESS:  I believe it to mean all of | 12:21:01 |
| 14 | the information needed to create the system. | 12:21:41 |
| 15 | By MR. GALICA: | 12:21:47 |
| 16 | Q.   And what is all of the information needed | 12:21:47 |
| 17 | to create the system? | 12:21:49 |
| 18 | MR. MELLEMA:  Objection.  Form. | 12:21:51 |
| 19 | THE WITNESS:  I can't answer that.  That's | 12:21:55 |
| 20 | literally a decade's worth of work that me and my | 12:21:57 |
| 21 | colleagues undertook. | 12:22:01 |
| 22 | By MR. GALICA: | 12:22:04 |
| 23 | Q.   Can you name one thing? | 12:22:04 |
| 24 | A.   Yep.  So in order to get very good GPS | 12:22:16 |
| 25 | reception, ███████████████████████ | 12:22:22 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    95

| | | |
|---|---|---|
| 1 | ███████████████████████████ | 12:22:24 |
| 2 | ████████████████████████████ | 12:22:28 |
| 3 | █████████████████████████████ | 12:22:33 |
| 4 | ██████████████████████████ | 12:22:38 |
| 5 | ██████████████████████████████ | 12:22:43 |
| 6 | █████████████  That's just one example. | 12:22:47 |
| 7 | Q.    Okay.  Can you think of any others? | 12:22:50 |
| 8 | A.    I can think of probably hundreds. | 12:22:56 |
| 9 | Q.    Can you name another? | 12:23:02 |
| 10 | A.    Yeah.  So, I mean, a big part of what | 12:23:09 |
| 11 | provides value to the system is that it's able to | 12:23:16 |
| 12 | withstand the harsh environments of a trash | 12:23:21 |
| 13 | container and live out in the field for multiple | 12:23:24 |
| 14 | years.  So much of the work that we do is aimed at | 12:23:29 |
| 15 | making sure that the devices are rugged and that | 12:23:38 |
| 16 | they can withstand this environment, and we've spent | 12:23:43 |
| 17 | thousands of hours performing highly-accelerated | 12:23:48 |
| 18 | life cycle testing to ensure that our cameras can | 12:23:54 |
| 19 | withstand this harsh environment. | 12:23:59 |
| 20 | Q.    Okay.  So are you saying that the trade | 12:24:01 |
| 21 | secret is the cameras can withstand harsh | 12:24:05 |
| 22 | environments or the design choices that you made | 12:24:09 |
| 23 | that allows them to withstand harsh environments? | 12:24:14 |
| 24 | A.    It's the design choices are the -- the | 12:24:18 |
| 25 | trade secret. | 12:24:21 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually

Conducted on August 15, 2024                    98

| | | |
|---|---|---|
| 1 | THE WITNESS:  The materials and the shape | 12:27:26 |
| 2 | are defined in the technical drawings. | 12:27:27 |
| 3 | By MR. GALICA: | 12:27:31 |
| 4 | Q.   Okay.  Anywhere else? | 12:27:31 |
| 5 | A.   That is the document of truth for the | 12:27:44 |
| 6 | material and shape. | 12:27:54 |
| 7 | Q.   Okay.  And so it's your position that | 12:27:56 |
| 8 | you've never disclosed the shape of your products to | 12:28:00 |
| 9 | the public? | 12:28:04 |
| 10 | A.   I never said that. | 12:28:04 |
| 11 | Q.   Well, you said it was a trade secret; | 12:28:06 |
| 12 | right? | 12:28:08 |
| 13 | A.   I said that the shape helps with making | 12:28:10 |
| 14 | sure that it can survive harsh environments. | 12:28:21 |
| 15 | Q.   And is that a trade secret? | 12:28:25 |
| 16 | A.   I don't believe that the shape is a trade | 12:28:29 |
| 17 | secret.  I'm sure there's elements within the | 12:28:31 |
| 18 | enclosure that are trade secret. | 12:28:35 |
| 19 | Q.   And you've never shown the inside of your | 12:28:37 |
| 20 | enclosures to the public? | 12:28:40 |
| 21 | MR. MELLEMA:  Objection.  Form. | 12:28:41 |
| 22 | THE WITNESS:  There are FCC filings that | 12:28:49 |
| 23 | include pictures of the inside of the devices. | 12:28:52 |
| 24 | By MR. GALICA: | 12:28:56 |
| 25 | Q.   So you've shown them to the public then; | 12:28:56 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                         99

| | | |
|---|---|---|
| 1 | correct? | 12:28:58 |
| 2 | MR. MELLEMA:  Objection.  Form. | 12:28:59 |
| 3 | THE WITNESS:  As I said, there are some | 12:29:03 |
| 4 | images that show some portion of the inside of | 12:29:05 |
| 5 | the -- inside of the device that are public. | 12:29:09 |
| 6 | By MR. GALICA: | 12:29:13 |
| 7 | Q.   So what -- what is the portion that isn't | 12:29:13 |
| 8 | shown to the public that's a trade secret? | 12:29:16 |
| 9 | A.   I would have to review all of those | 12:29:19 |
| 10 | documents to be able to comment further. | 12:29:21 |
| 11 | Q.   You don't know as you sit here right now? | 12:29:24 |
| 12 | A.   No.  I don't remember what specifically was | 12:29:26 |
| 13 | shown in the FCC filing. | 12:29:29 |
| 14 | Q.   All right.  If you could turn to page 5 and | 12:30:01 |
| 15 | read lines 7 through 11 and let me know when you're | 12:30:09 |
| 16 | done. | 12:30:16 |
| 17 | A.   Okay.  I'm done. | 12:30:35 |
| 18 | Q.   Okay.  So can you explain the unique | 12:30:36 |
| 19 | configuration of the parts in the smart camera | 12:30:40 |
| 20 | assembly, what that means? | 12:30:46 |
| 21 | A.   I'm struggling to explain it any more | 12:31:21 |
| 22 | clearly than it's already stated here. | 12:31:24 |
| 23 | So unique, as in it doesn't exist | 12:31:28 |
| 24 | elsewhere.  Configuration, like how they're | 12:31:30 |
| 25 | arranged. | 12:31:37 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    108

1    apparatus that we designed and built, any aspect of          12:46:59
2    that that's not public knowledge, that is the trade          12:47:03
3    secret.                                                      12:47:05
4          Q.    Is the battery pack public knowledge?            12:47:06
5          A.    No.                                              12:47:10
6          Q.    So you've never disclosed to the public          12:47:10
7    what type of batteries you use?                              12:47:12
8          A.    That's not what I said.                          12:47:14
9          Q.    Have you disclosed to the public what type       12:47:15
10   of batteries you used?                                       12:47:17
11         A.    I believe marketing has, yes.                    12:47:19
12         Q.    Okay.  So that's not a trade secret, then.       12:47:20
13         A.    The battery chemistry isn't, but the             12:47:24
14   battery pack is.                                             12:47:27
15         Q.    Okay.  And what is secret about the battery      12:47:30
16   pack?                                                        12:47:32
17         A.    There's a number of elements that we've          12:47:32
18   included in that battery pack that make it into a            12:47:34
19   pack, as opposed to just a single battery.                  12:47:36
20         Q.    And what are those elements that you've          12:47:39
21   included?                                                    12:47:41
22         A.    We've included a ██████████████████              12:47:41
23   ████████████████████████████████████████████████████        12:47:46
24   ████████████████████████████████████                        12:47:53
25         Q.    And you've never disclosed a picture of          12:47:55

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    109

| | | |
|---|---|---|
| 1 | your battery pack to the public? | 12:47:58 |
| 2 | A.   There is a picture, I believe, in the FCC | 12:48:00 |
| 3 | filing of the battery pack, but that does not | 12:48:03 |
| 4 | disclose all of the elements used in that battery | 12:48:06 |
| 5 | pack. | 12:48:07 |
| 6 | Q.   So what are the elements that are not | 12:48:08 |
| 7 | disclosed in that picture? | 12:48:10 |
| 8 | A.   All of the ones that I just listed, besides | 12:48:12 |
| 9 | the plastic and the leads. | 12:48:14 |
| 10 | Q.   So it doesn't disclose a ███████████? | 12:48:19 |
| 11 | A.   No. | 12:48:30 |
| 12 | Q.   And what's valuable about using a | 12:48:31 |
| 13 | ███████████? | 12:48:33 |
| 14 | A.   ████████████████████████ | 12:48:36 |
| 15 | ██████████████████████ | 12:48:39 |
| 16 | ████████████████████████ | 12:48:45 |
| 17 | ███████████████████ | 12:48:49 |
| 18 | ██████████████████████ | 12:48:53 |
| 19 | █████████████ | 12:48:59 |
| 20 | Q.   So without a ███████████, you couldn't | 12:49:11 |
| 21 | use a flash? | 12:49:14 |
| 22 | A.   Correct. | 12:49:15 |
| 23 | Q.   Can you define the scope of the trade | 12:49:21 |
| 24 | secret identified in line 6 through 14 any more | 12:49:23 |
| 25 | beyond what you've testified to today? | 12:49:31 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                   121

| | | |
|---|---|---|
| 1 | 20 on page 7 of Exhibit 326.  Just let me know when | 13:56:52 |
| 2 | you get there. | 13:57:01 |
| 3 | A.   Line 20, page 6? | 13:57:07 |
| 4 | Q.   Page 7. | 13:57:09 |
| 5 | A.   Yep.  I'm here. | 13:57:18 |
| 6 | Q.   Okay.  So you see it says "optical assembly | 13:57:19 |
| 7 | and design"? | 13:57:23 |
| 8 | A.   Uh-huh. | 13:57:24 |
| 9 | Q.   Okay.  Is there one trade secret for the | 13:57:25 |
| 10 | optical assembly and design? | 13:57:29 |
| 11 | A.   I guess I don't know exactly what the legal | 13:57:43 |
| 12 | definition of the trade secret here is, but I think | 13:57:45 |
| 13 | this identifies pieces of it.  Let me just read it. | 13:57:48 |
| 14 | Q.   Sure. | 13:57:56 |
| 15 | A.   Yeah.  I guess from a legal perspective, I | 13:58:50 |
| 16 | don't -- I don't know whether there is one trade | 13:58:53 |
| 17 | secret or multiple trade secrets encompassed in | 13:58:55 |
| 18 | this, but... | 13:58:58 |
| 19 | Q.   Did you have any conversations with your | 13:59:02 |
| 20 | counsel about the subject of your testimony during | 13:59:03 |
| 21 | lunch? | 13:59:06 |
| 22 | A.   Yeah. | 13:59:07 |
| 23 | Q.   You discussed the subject of your testimony | 13:59:09 |
| 24 | during lunch? | 13:59:11 |
| 25 | A.   Oh, sorry.  We just discussed generally | 13:59:12 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    122

| | | |
|---|---|---|
| 1 | the -- the testimony and, you know, how things are | 13:59:14 |
| 2 | going. | 13:59:19 |
| 3 | Q.    Okay.  Nothing specific? | 13:59:20 |
| 4 | A.    No. | 13:59:22 |
| 5 | Q.    He didn't suggest how to answer questions | 13:59:23 |
| 6 | when you return from break? | 13:59:26 |
| 7 | A.    No. | 13:59:27 |
| 8 | Q.    Okay.  I will turn your attention to lines | 13:59:30 |
| 9 | 3 through 10 on page 8.  Can you just give that a | 13:59:43 |
| 10 | read and let me know when you've had a chance to do | 13:59:50 |
| 11 | that? | 13:59:53 |
| 12 | A.    Okay. | 14:00:18 |
| 13 | Q.    Do you see line 4 -- end of line 3, | 14:00:28 |
| 14 | beginning of line 4, where it says, "over the course | 14:00:33 |
| 15 | of many years to optimize the captured images"? | 14:00:36 |
| 16 | A.    Yes. | 14:00:44 |
| 17 | Q.    How did you optimize the captured images | 14:00:44 |
| 18 | for the R11? | 14:00:47 |
| 19 | A.    Well, a big piece was, you know, designing | 14:00:53 |
| 20 | the whole lens assembly, so making sure that we had | 14:01:00 |
| 21 | an adequate IR filter, adequate field of view, that | 14:01:04 |
| 22 | the image sensor had low light sensitivity.  I'm | 14:01:13 |
| 23 | trying to think what else was important in those | 14:01:21 |
| 24 | design decisions. | 14:01:23 |
| 25 | R11 actually had two cameras, so two image | 14:01:29 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                  123

| | | |
|---|---|---|
| 1 | sensors, two lenses, et cetera, so we were working | 14:01:33 |
| 2 | at the time on doing stereo photography to assist | 14:01:38 |
| 3 | with the fullness evaluation. | 14:01:45 |
| 4 | Q.   Okay.  So -- excuse me.  There were two | 14:01:52 |
| 5 | cameras with the R11, you said; correct? | 14:02:00 |
| 6 | A.   Uh-huh. | 14:02:03 |
| 7 | Q.   Did those have different fields of view? | 14:02:04 |
| 8 | A.   No.  In fact, when you're doing stereo | 14:02:11 |
| 9 | photography, you typically want those two cameras to | 14:02:15 |
| 10 | be similar; otherwise, you have to account for those | 14:02:18 |
| 11 | dissimilarities. | 14:02:23 |
| 12 | Q.   Okay.  So ideally you want them to be | 14:02:24 |
| 13 | identical; correct? | 14:02:29 |
| 14 | A.   It really depends on what you're trying to | 14:02:31 |
| 15 | achieve.  I can imagine a scenario in which if | 14:02:34 |
| 16 | you're only interested in stereo content within some | 14:02:39 |
| 17 | small range, that you might want one large field of | 14:02:44 |
| 18 | view camera to capture the entire contents and then | 14:02:49 |
| 19 | a smaller one to capture just the stereo information | 14:02:52 |
| 20 | in that small range.  But for our purposes at the | 14:02:56 |
| 21 | time, we were interested in having two similar | 14:03:04 |
| 22 | cameras. | 14:03:07 |
| 23 | Q.   And just to be clear, similar or identical? | 14:03:08 |
| 24 | A.   These two cameras were identical short of | 14:03:12 |
| 25 | manufacturing tolerances. | 14:03:18 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    124

| | | |
|---|---|---|
| 1 | Q.   So within manufacturing tolerances, they | 14:03:20 |
| 2 | were designed to be identical? | 14:03:23 |
| 3 | A.   There may have been slight differences in | 14:03:28 |
| 4 | the way they were mounted and/or the connectors that | 14:03:32 |
| 5 | they used, but I believe they were nearly identical. | 14:03:36 |
| 6 | Q.   Okay.  And you referred to stereo | 14:03:41 |
| 7 | functionality.  Do you recall that? | 14:03:51 |
| 8 | A.   Yes. | 14:03:53 |
| 9 | Q.   What is a stereo camera? | 14:03:55 |
| 10 | A.   A stereo camera is one that uses two image | 14:03:58 |
| 11 | sensors and lenses to generate a single composite | 14:04:04 |
| 12 | image with depth information included, like your | 14:04:10 |
| 13 | eyes.  Your eyes are stereo. | 14:04:16 |
| 14 | Q.   I didn't mean to cut you off. | 14:04:21 |
| 15 | A.   Assuming you have two eyes. | 14:04:22 |
| 16 | Q.   And are the image sensors used in a stereo | 14:04:29 |
| 17 | camera configuration specifically define -- designed | 14:04:34 |
| 18 | for that purpose? | 14:04:39 |
| 19 | A.   Yes.  I would recommend that.  If you're | 14:04:44 |
| 20 | designing a stereo camera, then you should probably | 14:04:48 |
| 21 | consider how you're designing it. | 14:04:51 |
| 22 | Q.   So there are image sensors that are | 14:04:56 |
| 23 | dedicated for use in stereo camera systems; is that | 14:05:00 |
| 24 | correct? | 14:05:04 |
| 25 | A.   There are image sensors that allow you to | 14:05:04 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    125

| 1 | synchronize the image capture so that both image | 14:05:09 |
| 2 | sensors capture an image simultaneously, at the | 14:05:14 |
| 3 | exact same time.  However, we did not use such | 14:05:17 |
| 4 | synchronized image sensors for this product. | 14:05:24 |
| 5 | Q.  So you didn't use ones that were specific | 14:05:29 |
| 6 | for stereo camera systems; correct? | 14:05:33 |
| 7 | A.  That's correct.  If -- if your contents | 14:05:37 |
| 8 | isn't changing very rapidly and you don't care about | 14:05:40 |
| 9 | that synchronization, then you can get away with | 14:05:43 |
| 10 | just a standard image sensor. | 14:05:49 |
| 11 | Q.  Okay.  Does the R12 incorporate a stereo | 14:05:51 |
| 12 | camera? | 14:05:55 |
| 13 | A.  No.  R12 had just one single lens and image | 14:05:56 |
| 14 | sensor. | 14:06:01 |
| 15 | Q.  And is that true for the R13 and its | 14:06:02 |
| 16 | variants as well? | 14:06:05 |
| 17 | A.  Yes. | 14:06:06 |
| 18 | Q.  Okay.  You previously said that you | 14:06:07 |
| 19 | designed it to have adequate ▉.  Do you recall | 14:06:11 |
| 20 | that? | 14:06:14 |
| 21 | A.  I think I said ▉▉▉▉▉. | 14:06:15 |
| 22 | Q.  What is an ▉▉▉▉? | 14:06:21 |
| 23 | A.  It's a ▉▉▉▉▉▉▉▉ | 14:06:24 |
| 24 | ▉▉▉▉▉▉▉ | 14:06:28 |
| 25 | Q.  And what is the amount adequate that ▉▉▉ | 14:06:30 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                              126

| | | |
|---|---|---|
| 1 | ██████████ | 14:06:35 |
| 2 | A.   So if you don't -- ████████████ | 14:06:38 |
| 3 | ████████████████████████ | 14:06:44 |
| 4 | ████████████████████████ | 14:06:50 |
| 5 | ████████████████████████ | 14:06:56 |
| 6 | ██████████████ | 14:06:59 |
| 7 | Q.   So you incorporated an ████████ to prevent | 14:07:05 |
| 8 | that from occurring? | 14:07:08 |
| 9 | A.   That's correct. | 14:07:09 |
| 10 | Q.   And did you design the ████████? | 14:07:10 |
| 11 | A.   No. | 14:07:13 |
| 12 | Q.   Who did? | 14:07:13 |
| 13 | A.   I don't know the company for this specific | 14:07:15 |
| 14 | one.  I would have to go and look at our | 14:07:19 |
| 15 | documentation. | 14:07:22 |
| 16 | Q.   So you just purchased the part; correct? | 14:07:23 |
| 17 | A.   Yeah, effectively.  I'm -- I'm sure it was | 14:07:26 |
| 18 | not a relatively off-the-shelf part. | 14:07:29 |
| 19 | Q.   In lines 5 to 6 on page 8, you state that | 14:07:47 |
| 20 | "the camera lens is a fixed focus lens." | 14:07:52 |
| 21 | Do you see that? | 14:07:55 |
| 22 | A.   Yes. | 14:07:55 |
| 23 | Q.   What does that mean? | 14:07:56 |
| 24 | A.   That means it cannot dynamically change | 14:07:59 |
| 25 | focus.  If it's a fixed focus, it has a single focus | 14:08:03 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    127

| | | |
|---|---|---|
| 1 | that's set at time of manufacturing. | 14:08:09 |
| 2 | Q.   And did you set the focus? | 14:08:17 |
| 3 | A.   I did.  I set the focus in the design | 14:08:22 |
| 4 | specifications and then our manufacturer assembled | 14:08:27 |
| 5 | the parts to our specifications. | 14:08:33 |
| 6 | Q.   And who assembled the parts? | 14:08:36 |
| 7 | A.   We've used a few different camera module | 14:08:42 |
| 8 | vendors over the years.  The one we're using | 14:08:47 |
| 9 | currently is called ████. | 14:08:50 |
| 10 | Q.   And how do you set the focus on a camera | 14:08:53 |
| 11 | lens? | 14:08:56 |
| 12 | A.   For these particular lenses, they have a | 14:08:58 |
| 13 | screw thread, which threads into a lens mount, and | 14:09:02 |
| 14 | the amount that you screw it down influences the | 14:09:09 |
| 15 | focus. | 14:09:18 |
| 16 | Q.   And did you set the same focus for the | 14:09:18 |
| 17 | cameras in the R11, R12, and R13? | 14:09:23 |
| 18 | A.   It's similar, but we've used different | 14:09:28 |
| 19 | lenses for different products, so there's some | 14:09:33 |
| 20 | variation between them. | 14:09:41 |
| 21 | Q.   Okay.  And is setting the focus, for | 14:09:45 |
| 22 | example, a trade secret? | 14:09:50 |
| 23 | A.   I wouldn't characterize it as that, but I | 14:10:00 |
| 24 | suppose maybe somebody could. | 14:10:03 |
| 25 | Q.   Why wouldn't you characterize it as that? | 14:10:08 |

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    128

| | | |
|---|---|---|
| 1 | A.   It's not something that -- well, I think | 14:10:16 |
| 2 | because there's probably a variety of focuses that | 14:10:43 |
| 3 | would be acceptable, and so there's not a whole lot | 14:10:48 |
| 4 | of, kind of, ingenuity that went into that decision. | 14:10:55 |
| 5 | Q.   And then reading, again, lines 5 and 6, it | 14:11:09 |
| 6 | says, "The camera lens is a fixed focus lens with an | 14:11:14 |
| 7 | optimal field of view and focal length." | 14:11:17 |
| 8 | Do you see that? | 14:11:20 |
| 9 | A.   Uh-huh. | 14:11:21 |
| 10 | Q.   What is the focal length for the R11? | 14:11:22 |
| 11 | A.   I don't remember the specific focal length, | 14:11:28 |
| 12 | but it's around ▮. | 14:11:31 |
| 13 | Q.   And what is a focal length? | 14:11:32 |
| 14 | A.   Focal length basically dictates where -- | 14:11:36 |
| 15 | where the light convergences, like, how far away | 14:11:44 |
| 16 | from the lens the light is converging. | 14:11:47 |
| 17 | Q.   Okay.  And when you said that the focal | 14:11:50 |
| 18 | length for the R11 is around ▮, in what form of | 14:11:52 |
| 19 | measurement is that? | 14:11:56 |
| 20 | A.   To be honest, I've forgotten the -- the | 14:11:59 |
| 21 | metric, but I think it's ▬▬▬▬▬.  It's a -- | 14:12:03 |
| 22 | yeah.  I think it's in the ▬▬▬▬▬. | 14:12:10 |
| 23 | Q.   Okay.  And is it different for the R12? | 14:12:13 |
| 24 | A.   I'm sure it's subtlety different, but it's | 14:12:15 |
| 25 | probably pretty similar. | 14:12:19 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    129

| | | |
|---|---|---|
| 1 | Q.   Okay.  Would you say the focal length is a | 14:12:20 |
| 2 | trade secret? | 14:12:23 |
| 3 | A.   I think -- as far as I know, the focal | 14:12:33 |
| 4 | length has never been shared with anyone else | 14:12:35 |
| 5 | publicly, so -- and it does derive value to us, so | 14:12:38 |
| 6 | you could characterize it that way. | 14:12:43 |
| 7 | Q.   What is the value that it derives to you? | 14:12:46 |
| 8 | A.   It allows us to capture images that are | 14:12:50 |
| 9 | appropriate for the -- both the environment that | 14:12:57 |
| 10 | we're in and the machine learning algorithms that | 14:13:01 |
| 11 | are analyzing those images. | 14:13:05 |
| 12 | Q.   Okay.  So you set the focal length, so -- | 14:13:08 |
| 13 | based on the environment that you're in and the | 14:13:11 |
| 14 | machine learning algorithms that you are using; | 14:13:13 |
| 15 | correct? | 14:13:17 |
| 16 | A.   The focal length allows you -- I mean, the | 14:13:19 |
| 17 | focal length and field of view are similar and, kind | 14:13:24 |
| 18 | of, go hand-in-hand, but they -- they basically | 14:13:27 |
| 19 | dictate what you're able to capture, what -- what | 14:13:30 |
| 20 | the images look like. | 14:13:36 |
| 21 | Q.   And the focal length and field of view are | 14:13:39 |
| 22 | specific, though, to the R11, for example; correct? | 14:13:42 |
| 23 | A.   Each camera has a specific focal length and | 14:13:46 |
| 24 | field of view, that's correct. | 14:13:49 |
| 25 | Q.   Okay.  So a camera with a different field | 14:13:50 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually

Conducted on August 15, 2024                    132

| | | |
|---|---|---|
| 1 | A.   No.  This is all speculation. | 14:17:57 |
| 2 | Q.   Okay. | 14:17:59 |
| 3 | MR. MELLEMA:  I keep thinking we're going | 14:18:12 |
| 4 | to get spied on over here.  It keeps turning on, and | 14:18:15 |
| 5 | the cameras look at us. | 14:18:20 |
| 6 | MR. GALICA:  Is that an ███████? It | 14:18:22 |
| 7 | might be. | 14:18:24 |
| 8 | MR. MELLEMA:  It looks expensive. | 14:18:25 |
| 9 | By MR. GALICA: | 14:18:35 |
| 10 | Q.   I'm going to direct your attention to lines | 14:18:35 |
| 11 | 7 through 19 on page 9.  If you could just read | 14:18:37 |
| 12 | through that and let me know when you've had a | 14:18:41 |
| 13 | chance to review it. | 14:18:43 |
| 14 | A.   I've read it. | 14:19:44 |
| 15 | Q.   So lines 16 and 17 reference a | 14:19:52 |
| 16 | nano-coating.  Do you see that? | 14:19:58 |
| 17 | A.   Yes. | 14:19:59 |
| 18 | Q.   And what is the purpose of the | 14:20:02 |
| 19 | nano-coating? | 14:20:07 |
| 20 | A.   To facilitate debris shutting. | 14:20:07 |
| 21 | Q.   Okay.  And do you believe that the | 14:20:14 |
| 22 | nano-coating is a trade secret? | 14:20:18 |
| 23 | A.   I do. | 14:20:22 |
| 24 | Q.   What's the value of it? | 14:20:24 |
| 25 | A.   It prolongs the life of our cameras. | 14:20:28 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    148

| | | |
|---|---|---|
| 1 | MR. MELLEMA:  Objection.  Form. | 14:50:48 |
| 2 | THE WITNESS:  Again, I don't know whether | 14:50:52 |
| 3 | our marketing material talks about ██████████. | 14:50:54 |
| 4 | By MR. GALICA: | 14:51:11 |
| 5 | Q.   Did you develop a unique type of ██████ | 14:51:11 |
| 6 | ████? | 14:51:21 |
| 7 | A.   Yes. | 14:51:23 |
| 8 | Q.   How is it a unique type of ████████████? | 14:51:26 |
| 9 | A.   It's unique in the fact that I wrote it and | 14:51:30 |
| 10 | tuned it to perform well on our cameras. | 14:51:37 |
| 11 | Q.   So when you say "████████████" here, | 14:51:45 |
| 12 | you're referring to the specific ████████████ | 14:51:47 |
| 13 | that you wrote in tunes to perform on your cameras; | 14:51:50 |
| 14 | correct? | 14:51:53 |
| 15 | A.   That's correct. | 14:51:54 |
| 16 | Q.   Okay.  What about ████████████?  Is | 14:51:54 |
| 17 | that a standard thing that is done in image | 14:52:12 |
| 18 | processing? | 14:52:16 |
| 19 | MR. MELLEMA:  Objection.  Form. | 14:52:18 |
| 20 | THE WITNESS:  ████████████████ | 14:52:23 |
| 21 | ████████████████████████████ | 14:52:25 |
| 22 | ████████████████████ | 14:52:43 |
| 23 | ████████████████████████████ | 14:52:48 |
| 24 | ████████████████████████ | 14:52:51 |
| 25 | ████████████████████████████ | 14:52:56 |

| | | |
|---|---|---|
| 1 | Q.   What knowledge do you have? | 14:57:12 |
| 2 | A.   I participated in labeling data, as I said | 14:57:16 |
| 3 | earlier, so that became part of the training set, or | 14:57:22 |
| 4 | training data set.  I'm familiar with the tools that | 14:57:31 |
| 5 | we developed to allow humans to label this data.  I | 14:57:37 |
| 6 | did not write any of it, but I have used those | 14:57:42 |
| 7 | tools.  And I'm familiar with the fact that we | 14:57:45 |
| 8 | outsource a lot of this data labeling now. | 14:57:54 |
| 9 | I know some other specifics around the way | 14:58:13 |
| 10 | these systems work, but that's getting in the weeds | 14:58:16 |
| 11 | a little bit.  But I did not write any of the code | 14:58:19 |
| 12 | that makes all of this work. | 14:58:27 |
| 13 | Q.   And who did? | 14:58:31 |
| 14 | A.   I think a few people were involved:  Justin | 14:58:35 |
| 15 | Armstrong was certainly involved.  I suspect Tyler | 14:58:40 |
| 16 | Benjamin was involved, possibly Shandy Brown, and | 14:58:44 |
| 17 | likely other members of the software team. | 14:58:54 |
| 18 | Q.   And when you just said you're familiar with | 14:59:01 |
| 19 | the tools that we developed without humans to label | 14:59:04 |
| 20 | the data, is that the -- what you described earlier | 14:59:09 |
| 21 | today, where an image is presented and a range of | 14:59:11 |
| 22 | fullness levels from zero to 100 in 5 percent | 14:59:18 |
| 23 | increments is given to the reviewer to choose? | 14:59:23 |
| 24 | A.   That's correct for the fullness level | 14:59:27 |
| 25 | evaluation, but there are other machine learning | 14:59:32 |

| | | |
|---|---|---|
| 1 | A.    No. | 17:27:17 |
| 2 | Q.    Okay. | 17:27:18 |
| 3 | MR. MELLEMA:  Are you ready for another | 17:27:22 |
| 4 | break? | 17:27:23 |
| 5 | MR. GALICA:  Sure. | 17:27:24 |
| 6 | THE VIDEOGRAPHER:  We're going off the | 17:27:26 |
| 7 | record at 17:27. | 17:27:27 |
| 8 | (Recess.) | 17:36:49 |
| 9 | THE VIDEOGRAPHER:  And we're back on at | 17:37:32 |
| 10 | 17:37. | 17:37:34 |
| 11 | By MR. GALICA: | 17:37:37 |
| 12 | Q.    Handing you a document marked Exhibit 342. | 17:37:37 |
| 13 | (Whereupon, Longson Exhibit 342 was marked for | 17:37:51 |
| 14 | identification.) | 17:37:51 |
| 15 | COURT REPORTER:  I've marked exhibit 342 | 17:37:52 |
| 16 | for the record. | 17:37:54 |
| 17 | By MR. GALICA: | 17:37:56 |
| 18 | Q.    Do you recognize this document? | 17:37:56 |
| 19 | A.    There is no title, besides internal | 17:38:03 |
| 20 | pictures, so I -- I don't know for sure what | 17:38:07 |
| 21 | document this is. | 17:38:14 |
| 22 | Q.    On the first page do you not recognize what | 17:38:16 |
| 23 | product is being depicted there? | 17:38:20 |
| 24 | A.    Yeah.  This is R12. | 17:38:24 |
| 25 | Q.    Okay.  And is this part of the FCC | 17:38:26 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    220

| | | |
|---|---|---|
| 1 | submission? | 17:38:31 |
| 2 | A.   I would suspect so, based on what it looks | 17:38:33 |
| 3 | like, but I don't see any mention of FCC or anything | 17:38:36 |
| 4 | like that. | 17:38:40 |
| 5 | Q.   Okay.  On page -- the first page, the | 17:38:41 |
| 6 | left-hand portion of the image, do you see that? | 17:38:45 |
| 7 | A.   Yep. | 17:38:51 |
| 8 | Q.   Okay.  Does that depict the internal | 17:38:52 |
| 9 | portion of the R12? | 17:38:56 |
| 10 | A.   Again, it depicts some of the internals. | 17:38:58 |
| 11 | Q.   Okay.  Does it also depict ██████████ | 17:39:02 |
| 12 | ██████████ | 17:39:08 |
| 13 | A.   It depicts the battery pack, not the | 17:39:09 |
| 14 | specific ██████████████ | 17:39:12 |
| 15 | Q.   Okay.  And then the last -- or sorry -- the | 17:39:14 |
| 16 | middle two pages, do you see those? | 17:39:25 |
| 17 | A.   Yep. | 17:39:29 |
| 18 | Q.   What does that depict? | 17:39:29 |
| 19 | A.   The front and back of the PCBA. | 17:39:31 |
| 20 | Q.   Okay.  I'm going to hand you another | 17:39:34 |
| 21 | document marked Exhibit 343. | 17:39:39 |
| 22 | (Whereupon, Longson Exhibit 343 was marked for | 17:40:01 |
| 23 | identification.) | 17:40:01 |
| 24 | COURT REPORTER:  I've marked Exhibit 343 | 17:40:02 |
| 25 | for the record. | 17:40:04 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                   227

| | | |
|---|---|---|
| 1 | specific way that traces and routes are implemented | 17:52:52 |
| 2 | in the design of your products, that would be the | 17:52:55 |
| 3 | trade secret; correct? | 17:52:58 |
| 4 | MR. MELLEMA:  Objection.  Form. | 17:53:01 |
| 5 | THE WITNESS:  I think the Gerber files | 17:53:03 |
| 6 | describe a piece of the design that contributes to | 17:53:08 |
| 7 | the overall camera system. | 17:53:13 |
| 8 | By MR. GALICA: | 17:53:18 |
| 9 | Q.  Well, if a product had different tracing | 17:53:18 |
| 10 | and routing, that would be a different design and | 17:53:21 |
| 11 | different trade secret; correct? | 17:53:26 |
| 12 | MR. MELLEMA:  Objection.  Form. | 17:53:28 |
| 13 | THE WITNESS:  Again, I don't know the | 17:53:30 |
| 14 | specifics around trade secret law to be able to | 17:53:33 |
| 15 | comment on that. | 17:53:35 |
| 16 | By MR. GALICA: | 17:53:38 |
| 17 | Q.  So why does it matter what type of tracing | 17:53:38 |
| 18 | or routing you use then? | 17:53:42 |
| 19 | MR. MELLEMA:  Objection.  Form. | 17:53:44 |
| 20 | THE WITNESS:  Because it is valuable to | 17:53:51 |
| 21 | have a working design, and that's part of what makes | 17:53:55 |
| 22 | your design work. | 17:54:01 |
| 23 | By MR. GALICA: | 17:54:05 |
| 24 | Q.  So to the extent that a PCB trace or route | 17:54:05 |
| 25 | allows your product to work, that's the value you | 17:54:10 |

ATTORNEYS' EYES ONLY

Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                    228

| | | |
|---|---|---|
| 1 | ascribe to your Gerber files? | 17:54:17 |
| 2 | MR. MELLEMA:  Objection.  Form. | 17:54:19 |
| 3 | THE WITNESS:  I think there's lots of value | 17:54:26 |
| 4 | that you could attribute to a Gerber file and a | 17:54:30 |
| 5 | design.  I think that's just one piece. | 17:54:34 |
| 6 | By MR. GALICA: | 17:54:40 |
| 7 | Q.   Beyond allowing your product to work, what | 17:54:40 |
| 8 | is unique about the tracing and routing in your | 17:54:45 |
| 9 | Gerber files? | 17:54:49 |
| 10 | A.   As I said before, in addition to just | 17:55:26 |
| 11 | allowing your product to work, there may be design | 17:55:30 |
| 12 | choices which improve performance in one way or | 17:55:35 |
| 13 | another. | 17:55:39 |
| 14 | Q.   Okay.  I'm going to give you one more | 17:55:41 |
| 15 | exhibit.  I don't know what number we're on. | 17:55:51 |
| 16 | COURT REPORTER:  344. | 17:55:55 |
| 17 | MR. GALICA:  344. | 17:55:57 |
| 18 | (Whereupon, Longson Exhibit 344 was marked for | 17:56:08 |
| 19 | identification.) | 17:56:08 |
| 20 | By MR. GALICA: | 17:56:08 |
| 21 | Q.   And I'll direct you specifically to the | 17:56:08 |
| 22 | page on the bottom where it says RoadRunner | 17:56:15 |
| 23 | 000000126. | 17:56:18 |
| 24 | Do you recognize this? | 17:56:32 |
| 25 | A.   This is part of the schematic for R12. | 17:56:36 |

ATTORNEYS' EYES ONLY
Transcript of Timothy Jay Longson, Corporate Designee & Individually
Conducted on August 15, 2024                                    232

```
 1              CERTIFICATE OF STENOGRAPHIC REPORTER

 2

 3

 4          I, BURGUNDY B. RYAN, a Certified Shorthand

 5     Reporter, hereby certify that the witness in the

 6     foregoing deposition,

 7                  TIMOTHY JAY LONGSON,

 8     was by me duly sworn to tell the truth, the whole

 9     truth, and nothing but the truth, in the

10     within-entitled cause; that said deposition was

11     taken at the time and place therein named; that the

12     testimony of said witness was stenographically

13     reported by me, a disinterested person, and was

14     thereafter transcribed into typewriting.

15          I further certify that I am not of counsel

16     or attorney for either or any of the parties to said

17     deposition, nor in any way interested in the outcome

18     of the cause named in said caption.

19

20          DATED:  Wednesday, August 21, 2024.

21

22

23          Burgundy B. Ryan, CSR No. 11373, RPR

24

25
```