JEFFER MANGELS & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
JAMES NEUDECKER (Bar No. 221657)
jneudecker@jmbm.com
333 Bush Street, 11th Floor
San Francisco, CA 94104
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER RECYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., <br><br> Defendants. | Case No. 4:23-cv-04804-YGR <br><br> **JOINT STATEMENT AND REQUEST FOR ADDITIONAL TIME TO REFILE DOCUMENTS** <br><br> Complaint Filed:     August 4, 2023 |

In response to the Court's February 2, 2026 Order on all Pending Sealing Motions and All Motions to Correct Docket, Plaintiff RoadRunner Recycling, Inc. ("RoadRunner") and Defendants Recycle Track Systems, Inc. and Recyclesmart Solutions, Inc. (collectively "Recyclesmart") submit this joint statement. RoadRunner requests an additional three weeks—to March 20, 2026—to refile all filings at issue in the motions to seal in compliance with the Court's Order. Recyclesmart does not oppose RoadRunner's request for an extension. The request is based on the following:

The two RoadRunner attorneys primarily responsible for preparing RoadRunner's omnibus motion to seal and other motions to seal—Joe Mellema and Lena Streisand—both left Jeffer Mangels & Mitchell LLP (formerly "Jeffer Mangels Butler & Mitchell LLP") before the Court issued the February 2, 2026 Order. RoadRunner's lead attorney, Stan Gibson, has been in trial since January 2026. Accordingly, attorney James Neudecker has taken lead for RoadRunner on the re-filing/redaction effort, but because he had no involvement with the prior motions, the effort is taking longer than anticipated. In addition, Mr. Neudecker re-started a bench trial in Monterey County Superior Court on February 25, 2026. In short, as a practical matter, RoadRunner needs more time to comply with the Court's Order.

In addition, counsel for RoadRunner and Recyclesmart conferred, and agree that to ensure compliance with the Court's Order, it makes sense to coordinate efforts and cross-check each other's work, particularly with respect to filings by one party that attach documents the other party sought to redact. The parties also contemplate merging their respective revised documents into a single joint submission, which will take additional time.

In light of these matters, the parties respectfully request that the compliance deadline be continued to March 20, 2026, and the compliance hearing be continued to a date thereafter.

DATED: February 25, 2026

JEFFER MANGELS & MITCHELL LLP
STANLEY M. GIBSON
JAMES NEUDECKER

By:    */s/ James Neudecker*
      JAMES NEUDECKER
Attorneys for Plaintiff ROADRUNNER RECYCLING, INC.

DATED: February 25, 2026

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
MATTHEW GALICA

By:    */s/ Matthew Galica*
      MATTHEW GALICA
Attorneys for Defendants RECYCLE TRACK SYSTEMS, INC., and RECYCLESMART SOLUTIONS, INC.