1  JEFFER MANGELS & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329)
2  *sgibson@jmbm.com*
   JAMES NEUDECKER (Bar No. 221657)
3  *jneudecker@jmbm.com*
   2 Embarcadero Center, 5th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  Attorneys for Plaintiff ROADRUNNER
   RECYCLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROADRUNNER RECYCLING, INC., | Case No. 4:23-cv-04804-YGR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO REFILE DOCUMENTS** |
| v. | |
| RECYCLE TRACK SYSTEMS, INC., RECYCLESMART SOLUTIONS, INC., | Complaint Filed:    August 4, 2023 |
| Defendants. | |

1    Based on the parties' Joint Statement and Request for Additional Time to Refile

2 Documents, the Court hereby continues the compliance deadline set forth in the Court's February

3 2, 2026 Order on all Pending Sealing Motions and All Motions to Correct Docket, to March 20,

4 2026. The Court continues the compliance hearing to _____.

6 DATED: February \_\_, 2026

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge